IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| ANNORA PHARMA PRIVATE LIMITED, | ) |
| APOTEX INC., APOTEX CORP., | ) |
| AUROBINDO PHARMA USA INC., | ) |
| LUPIN LTD., MICRO LABS LTD., | ) |
| MICRO LABS USA, INC., | ) |
| MSN PHARMACEUTICALS INC., | ) |
| MSN LABORATORIES PRIVATE LTD. and | ) |
| ZYDUS PHARMACEUTICALS (USA) | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee Received Notice:

- Annora Pharma Private Ltd.: July 23, 2020

- Apotex Inc. and Apotex Corp.: July 1, 2020

- Aurobindo Pharma USA Inc.: July 9, 2020

- Lupin Limited: July 2, 2020

- Micro Labs USA, Inc. and Micro Labs Ltd.: June 13, 2020

- MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd.: July 1, 2020

- Zydus Pharmaceuticals (USA) Inc.: July 16, 2020

Date of Expiration of Patents:

- The Patents-in-Suit are subject to pending applications for patent term extension under 35 U.S.C. § 156 that would yield the following expiration dates:

  o U.S. Patent No. 6,784,197: February 21, 2026

  o U.S. Patent No. 6,911,461: February 21, 2026

  o U.S. Patent No. 8,492,416: April 15, 2023

- The patents' expiration date without any extension is February 21, 2021.

Thirty Month Stay Deadline: November 12, 2023

- This deadline is calculated pursuant to 21 U.S.C. § 355(j)(5)(F)(ii), which applies in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs UCB, Inc. and UCB Biopharma SRL*

OF COUNSEL:

George F. Pappas
Philip S. May
Cody J. Reeves
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

Alexa R. Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2544
(415) 591-6000

Hangcheng (Robert) Zhou
COVINGTON & BURLING LLP
3500 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306-2112
(650) 632-4700

James Trainor
Ryan Johnson
So Yeon Choe
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY  10010-6035
(212) 430-2600

Peter C. Richardson
Traci Medford-Rosow
RICHARDSON & ROSOW LLC
147 East 37th Street
New York, NY  10016
(646) 449-9055

Manisha A. Desai
UCB Biopharma SRL
Allée de la Recherche 60
B-1070 Brussels
Belgium
+32 2 559 99 99

July 24, 2020