# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jack B. Blumenfeld
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

December 18, 2020

The Honorable Colm F. Connolly          *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *UCB, Inc., et al. v. Annora Pharma Private Limited, et al.*
            C.A. No. 20-987 (CFC)
            *UCB, Inc., et al. v. Sunshine Lake Pharma Co., Ltd.*
            C.A. No. 20-1343 (CFC)

Dear Judge Connolly:

      We represent the plaintiffs in these actions and write in response to Your Honor's November 19, 2020 Order. We are pleased to report that the parties to both actions agree that the cases should be consolidated for all purposes, including discovery, any *Markman* proceedings and trial. We plan to send a proposed scheduling order to the defendants shortly and expect to be able to submit such an order next month, after the holidays.

                                                   Respectfully,

                                                   */s/ Jack B. Blumenfeld*

                                                   Jack B. Blumenfeld (#1014)

JBB/bac

cc:    Clerk of Court (via hand delivery)
        All Counsel of Record (via electronic mail)