IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 20-00987-CFC |
| | : | |
| ANNORA PHARMA PRIVATE LIMITED, APOTEX INC., APOTEX CORP., AUROBINDO PHARMA USA INC., LUPIN LTD., MICRO LABS LTD., MICRO LABS USA, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LTD. and ZYDUS PHARMACEUTICALS (USA) INC., | : : : : : : : : : | |
| Defendants. | : | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*__**

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Rebecca A. Carter of Winston & Strawn LLP to represent defendants Apotex Inc. and Apotex Corp. Pursuant to this Court's Standing Order for District Court Fund, the annual fee of $25.00 has been previously paid to the Clerk of Court.

|  |  |
|---|---|
| | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630) |
| OF COUNSEL:<br><br>George C. Lombardi<br>Bryce A. Cooper<br>Kevin E. Warner<br>Rebecca A. Carter<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive,<br>Chicago, Illinois 60601-9703<br>(312) 558-5600<br>glombardi@winston.com<br>bcooper@winston.com<br>kwarner@winston.com<br>rcarter@winston.com | 300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Apotex Inc. and Apotex Corp.* |

Dated: March 10, 2021

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Rebecca A. Carter of Winston & Strawn LLP to represent defendants Apotex Inc. and Apotex Corp. is granted.

DATED this _____ day of _____, 2021.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of Court.

/s/ Rebecca A. Carter
Rebecca A. Carter
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
rcarter@winston.com

Dated: March 10, 2021