

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

DD: (302) 472-7311
Email:  dgattuso@hegh.law

April 30, 2021

**VIA CM-ECF**
The Honorable Colm F. Connolly, U.S.D.J.
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801-3555

Re: *UCB, Inc., et al. v. Annora Pharma Private Ltd., et al., No. 20-987 (CFC) (Consolidated) and UCB, Inc., et al. v. Sunshine Lake Pharma Co., Ltd., No. 20-1343 (CFC)*

Dear Judge Connolly:

This firm, together with Winston & Strawn LLP, represents Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") and MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "MSN") in the above-referenced consolidated matter. We write on behalf of all Defendants in the above-referenced matters regarding the Court's question during the Scheduling Conference on April 16, 2021.

We write to report that Defendants and Plaintiffs UCB, Inc. and UCB Biopharma SRL (collectively, "Plaintiffs") are discussing a stipulation by which Defendants would agree to streamline the case by stipulating to the infringement of certain claims of U.S. Patent No. 6,911,461 ("the '461 Patent"), the only patent asserted by Plaintiffs in the above-referenced matters, to the extent those claims are found valid and enforceable, provided that Plaintiffs agree to an equivalent narrowing by forgoing discovery related to infringement and reducing the asserted claims to only the claim(s) they intend to present at trial. Defendants have proposed specific terms to Plaintiffs and expect to meet and confer on a proposed draft stipulation soon.

Defendants propose that the parties provide a status update to the Court on this matter on or before May 14, 2021.

Counsel are available at the convenience of the Court to address any questions.

Respectfully,

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)

cc:  All Counsel of Record