

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

DD:  (302) 472-7311
Email:  dgattuso@hegh.law

May 14, 2021

**VIA CM-ECF**
The Honorable Colm F. Connolly, U.S.D.J.
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801-3555

Re: *UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*, No. 20-987 (CFC) (Consolidated) and *UCB, Inc., et al. v. Sunshine Lake Pharma Co., Ltd.*, No. 20-1343 (CFC)

Dear Judge Connolly:

This firm, together with Winston & Strawn LLP, represents Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") and MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "MSN") in the above-referenced consolidated matter. We write on behalf of all parties to update the Court on the status of the proposed scheduling order. The parties met and conferred last week and are diligently working in good faith to enter into an infringement stipulation, which would in turn affect the proposed scheduling order. The parties will provide a status update to the Court regarding this matter by next Friday, May 21.

Counsel are available at the convenience of the Court to address any questions.

Respectfully,

*/s/ Dominick T. Gattuso*

DTG/ram                                                         Dominick T. Gattuso (# 3630)
cc:  All Counsel of Record