

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

DD: (302) 472-7311
Email: dgattuso@hegh.law

May 21, 2021

**VIA CM-ECF**
The Honorable Colm F. Connolly, U.S.D.J.
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801-3555

Re: *UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*, No. 20-987 (CFC) (Consolidated) and *UCB, Inc., et al. v. Sunshine Lake Pharma Co., Ltd.*, No. 20-1343 (CFC)

Dear Judge Connolly:

This firm, together with Winston & Strawn LLP, represents Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") and MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "MSN") in the above-referenced consolidated matter. We write on behalf of all parties.

We are pleased to report that the parties have agreed to an infringement stipulation as filed today. The parties respectfully request that the Court assign a trial date in accordance with the parties' discussion at the April 16, 2021 Scheduling Conference. The parties will then promptly meet and confer regarding the remaining deadlines and submit a proposed Scheduling Order to the Court in short order.

Counsel are available at the convenience of the Court to address any questions.

Respectfully,

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)

cc: All Counsel of Record