

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Pilar G. Kraman**
P 302.576.3586
pkraman@ycst.com

June 11, 2021

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:   *UCB, Inc., et al. v. Annora Pharma Private Limited, et al.,*
            C.A. No. 20-987-CFC

Dear Judge Connolly:

    I write on behalf of Defendant Zydus Pharmaceuticals Inc. ("Zydus") with the consent of all parties to request that the Court reschedule the trial in this action. The parties understand that the trial for this action has been set to begin on October 31, 2022. Zydus, its in-house representative, and the same lead counsel as this action are all scheduled to begin another trial on October 31, 2022 before Judge Andrews in *Merck Sharp & Dohme Corp. v. Zydus Worldwide DMCC, et al.*, C.A. No. 21-315-RGA.

    In light of the foregoing, the parties have conferred regarding their availability after the assigned trial date. All parties are available for a five (or fewer)-day trial beginning November 14, 2022 or December 5, 2022. For completeness, the parties' full availability is November 14–21, 2022 and December 5–16, 2022. In light of the conflict with Zydus's previously scheduled trial and with the consent of all other parties, Zydus respectfully requests that the Court set trial beginning the week of November 14 or December 5, 2022.

    Counsel are available at the Court's convenience should Your Honor have any questions regarding this request.

The Honorable Colm F. Connolly
June 11, 2021
Page 2

                                                   Respectfully submitted,

                                                   Pilar G. Kraman (No. 5199)

cc:    Clerk of the Court (via CM/ECF and hand delivery)
        All Counsel of Record (via CM/ECF and electronic mail)