IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL,<br><br>Plaintiffs,<br><br>v.<br><br>ANNORA PHARMA PRIVATE LIMITED, APOTEX INC., APOTEX CORP., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., LUPIN LTD., MICRO LABS LTD., MICRO LABS USA, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LTD. and ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>Defendants. | C.A. No. 20-987 (CFC)<br>**CONSOLIDATED**<br><br>REDACTED - PUBLIC VERSION<br>Original filing date: August 25, 2021<br>Redacted filing date: August 25, 2021 |

**STIPULATION OF DISMISSAL OF DEFENDANTS
<u>MICRO LABS LTD. AND MICRO LABS USA, INC.</u>**

WHEREAS, Defendants Micro Labs Ltd. and Micro Labs USA, Inc. (collectively, "Micro Labs") have ▬▬▬ Abbreviated New Drug Application ("ANDA") No. 214880 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ with respect to U.S. Patent No. 6,911,461 (the "'461 Patent") ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬;

WHEREAS U.S. Patent Nos. 8,492,416 and 6,784,197 have expired;

NOW, THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) that all claims, counterclaims, and affirmative defenses between Plaintiffs and Micro Labs are dismissed, with each party to bear its own costs, disbursements, and attorney fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

OF COUNSEL:

James Trainor
Ryan Johnson
So Yeon Choe
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010-6035
(212) 430-2600

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

OF COUNSEL:

Stephen R. Auten
Richard T. Ruzich
Ian Scott
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-3713
(312) 527-4000

*Attorneys for Defendants Micro Labs Ltd. and Micro Labs USA, Inc.*

George F. Pappas
Philip S. May
Cody J. Reeves
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
(202) 662-6000

Alexa R. Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2544
(415) 591-6000

Hangcheng (Robert) Zhou
COVINGTON & BURLING LLP
3500 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306-2112
(650) 632-4700

*Attorneys for Plaintiffs UCB, Inc. and UCB Biopharma SRL*

August 25, 2021

        SO ORDERED this ___ day of _____, 2021.

                                            _____
                                            The Honorable Colm F. Connolly
                                            United States District Court Judge