# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | CONSOLIDATED |
| ANNORA PHARMA PRIVATE LIMITED, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF ALAIN MATAGNE

TO:  Plaintiffs' and their attorneys of record, Jack B. Blumenfeld, Michael J. Flynn and Andrew M. Moshos of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Annora Pharma Private Ltd. ("Annora"), Apotex Inc. and Apotex Corp. (collectively, "Apotex"), Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively, "Aurobindo"), Lupin Ltd. ("Lupin"), MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "MSN"), Sunshine Lake Pharma Co., Ltd. ("Sunshine Lake"), and Zydus Pharmaceuticals (USA) Inc. ("Zydus") (all collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of Alain Matagne on December 9, 2021, at a time and place (or remotely on a virtual deposition platform) as agreed upon by counsel**.** The deposition will be taken before a duly qualified notary public or other person authorized by law to administer oaths, and will be recorded by audio, stenographic and/or videographic means. The deposition will continue from day to day until completed, with adjournments as may be necessary.

Dated: November 9, 2021

| | |
|---|---|
| _/s/ Kenneth L. Dorsney_ | _/s/ Eve H. Ormerod_ |
| MORRIS JAMES LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Eve H. Ormerod (No. 5369) |
| 500 Delaware Avenue, Suite 1500 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chich@morrisjames.com | eormerod@skjlaw.com |
| | |
| CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A. | WINDELS MARX LANE & MITTENDORF LLP |
| Todd S. Werner | Andrew J. Miller |
| Saukshmya Trichi | H. Howard Wang |
| 225 South Sixth Street, Suite 4200 | One Giralda Farms |
| Minneapolis, Mn 55402 | Madison, NJ 07940 |
| Phone: (612) 436-9600 | amiller@windelsmarx.com |
| twerner@carlsoncaspers.com | hwang@windlesmarx.com |
| strichi@carlsoncaspers.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Defendant* | *Sunshine Lake Pharma Co. Ltd* |
| *Annora Pharma Private Limited* | |

| | |
|---|---|
| */s/ Dominick T. Gattuso* | */s/ Kenneth L. Dorsney* |
| HEYMAN, ENERIO GATTUSO & HIRZEL LLP | MORRIS JAMES LLP |
| Dominick T. Gattuso (#3630) | Kenneth L. Dorsney (#3726) |
| 300 Delaware Avenue, Suite 200 | Cortlan S. Hitch (#6720) |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 1500 |
| (302) 472-7300 | Wilmington, DE 19801 |
| dgattuso@hegh.law | (302) 888-6800 |
| | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |

WINSTON & STRAWN LLP
George C. Lombardi
Bryce A. Cooper
Christopher Parker
35 W. Wacker Drive,
Chicago, Illinois 60601
(312) 558-5600
GLombard@winston.com
BCooper@winston.com
CParker@winston.com

WINSTON & STRAWN LLP
Noorossadat Torabi
101 California Street
San Francisco, CA 94111
(415) 591-1000
NTorabi@winston.com

*Attorneys for Defendants
Apotex Inc. and Apotex Corp.,
MSN Laboratories Private Limited and
MSN Pharmaceuticals, Inc.*

WITHERS BERGMAN LLP
Steven J. Moore
James E. Nealon
1700 East Putnam Avenue, Suite 400
Greenwich, Connecticut 06870-1366
Phone: (203) 302-4100
Fax: (203) 302-6611
steven.moore@withersworldwide.com
james.nealon@withersworldwide.com

*Attorneys for Defendants
Aurobindo Pharma USA Inc., and
Aurobindo Pharma Ltd.*

| | |
|---|---|
| */s/ Megan C. Haney* | */s/ Pilar G. Kraman* |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| John C. Phillips, Jr. (#110) | Pilar G. Kraman (No. 5199) |
| Megan C. Haney (#5016) | Rodney Square |
| 1200 North Broom Street | 1000 North King Street |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| (302) 655-4200 | (302) 571-6600 |
| jcp@pmhdelaw.com | pkraman@ycst.com |
| mch@pmhdelaw.com | |
| | |
| KNOBBE MARTENS OLSON & BEAR LLP | LOCKE LORD LLP |
| William R. Zimmerman | Michael J. Gaertner |
| Carol Pitzel Cruz | David B. Abramowitz |
| Jeremiah S. Helm | Carolyn A. Blessing |
| 1717 Pennsylvania Ave. N.W., Suite 900 | Emily L. Savas |
| Washington, D.C. 20006 | Jonathan B. Turpin |
| (202) 640-6400 | Smitha B. Uthaman |
| bill.zimmerman@knobbe.com | 111 South Wacker Drive |
| carol.pitzel.cruz@knobbe.com | Chicago, IL 60606 |
| jeremiah.helm@knobbe.com | Telephone: (312) 443-0700 |
| | Facsimile: (312) 443-0336 |
| | |
| *Attorneys for Defendant Lupin Ltd.* | *Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.* |