IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANNORA PHARMA PRIVATE LIMITED, et )<br>al., )<br>)<br>Defendants. ) | C.A. No. 20-987 (CFC)<br>**CONSOLIDATED** |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs UCB, Inc. and UCB Biopharma SRL (collectively, "Plaintiffs") and Defendants Annora Pharma Private Ltd., Apotex Inc. and Apotex Corp., Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd., Lupin Ltd., and MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "Defendants," and together with Plaintiffs, "Parties"), by their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS pursuant to paragraph 17 of the Scheduling Order (D.I. 99), expert depositions shall be completed by July 1, 2022, and *Daubert* motions shall be filed by July 15, 2022; and,

WHEREAS due to scheduling issues, the parties have agreed, subject to the approval of the Court, to complete the expert depositions of Drs. MacMillan and Pleasure on July 8 and July 15, 2022, respectively, and to extend the deadline to file *Daubert* motions.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, and subject to the approval of the Court, that (i) the expert depositions of Dr. MacMillan and Dr. Pleasure may be taken out of time; and, (ii) the deadline to file *Daubert* motions shall be extended from July 15, 2022 to July 22, 2022.

No other deadlines in the Scheduling Order shall be affected by this stipulation unless agreed to by the parties or ordered by the Court.

/s/ Megan E. Dellinger
MORRIS, NICHOLS,
ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs UCB Inc. and UCB Biopharma SRL*

/s/ Cortlan S. Hitch
MORRIS JAMES LLP
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (# 6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant Annora Pharma Private Limited*

/s/ John C. Phillips
PHILLIPS, MCLAUGHLIN
  & HALL, P.A.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Lupin Ltd.*

Dated: June 30, 2022

/s/ Dominick T. Gattuso
HEYMAN, ENERIO
GATTUSO & HIRZEL LLP
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Apotex Inc. and Apotex Corp., MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.*

/s/ Cortlan S. Hitch
MORRIS JAMES LLP
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (# 6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma USA Inc., and Aurobindo Pharma Ltd.*

SO ORDERED this \_\_\_5th\_\_\_ day of \_\_\_July_____, 2022.

_____
United States District Judge

3