IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and<br>UCB BIOPHARMA SRL,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANNORA PHARMA PRIVATE<br>LIMITED, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 20-987 (CFC) (JLH)<br>)<br>)<br>)<br>)<br>)<br>)  REDACTED - PUBLIC VERSION<br>)<br>) |

## **CONSENT JUDGMENT**

UCB, Inc. and UCB Biopharma SRL (collectively, "UCB"), and Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively "Aurobindo"), parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this ___ day of September, 2022:

ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Aurobindo Products" shall mean Generic Brivaracetam Products that are sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 214848 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patent" shall mean United States Patent Number 6,911,461; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Aurobindo; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Aurobindo, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through

any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing the Aurobindo Products in the United States.

4.  Compliance with this Consent Judgment may be enforced by UCB and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.  This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6.  All claims, affirmative defenses and demands of UCB and Aurobindo in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Cortlan S. Hitch* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>kjacobs@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs UCB, Inc. and UCB Biopharma SRL* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.* |

3

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| | |
| George F. Pappas | Steven J. Moore |
| Erica N. Andersen | James E. Nealon |
| Philip S. May | WITHERS BERGMAN LLP |
| Connor J. Kelley | 1700 East Putnam Avenue, Suite 400 |
| Cody J. Reeves | Greenwich, CT  06870-1366 |
| Tobias Y. Ma | (203) 302-4100 |
| COVINGTON & BURLING LLP | |
| One CityCenter | |
| 850 Tenth Street, NW | |
| Washington, DC  20001-4956 | |
| (202) 662-6000 | |

Alexa R. Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2544
(415) 591-6000

September 22, 2022


SO ORDERED this _____ day of _____, 2022.


_____
The Honorable Colm F. Connolly
Chief, United States District Judge