IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL,<br><br>Plaintiffs,<br><br>v.<br><br>ANNORA PHARMA PRIVATE LIMITED,<br>APOTEX INC., APOTEX CORP.,<br>AUROBINDO PHARMA USA INC.,<br>AUROBINDO PHARMA LTD.,<br>LUPIN LTD., MICRO LABS LTD.,<br>MICRO LABS USA, INC.,<br>MSN PHARMACEUTICALS INC.,<br>MSN LABORATORIES PRIVATE LTD.<br>and<br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>Defendants. | C.A. No. 20-987 (CFC)<br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 14, 2022, a copy of Defendants' Notice Pursuant to 35 U.S.C. § 282 was served on the following counsel by electronic mail:

OF COUNSEL:

George F. Pappas
Erica N. Andersen
Philip S. May
Cody J. Reeves
Connor J. Kelley
Tobias Ma
COVINGTON & BURLING LLP

Jack B. Blumenfeld
Megan Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Alexa R. Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2544

OF COUNSEL:

George C. Lombardi
Bryce A. Cooper
WINSTON & STRAWN LLP
35 W. Wacker Drive,
Chicago, Illinois 60601-9703
(312) 558-5600

Noorossadat Torabi
WINSTON & STRAWN LLP
101 California Street
35th Floor
San Francisco, CA 94111
415-591-1000

Dated: October 14, 2022

HEYMAN, ENERIO
GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Apotex Inc., Apotex Corp., MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.*