# EXHIBIT 1

# EXHIBIT 1

# STATEMENT OF ADMITTED FACTS

# Table of Contents

I.      The Parties..............................................................................1

II.     Briviact®...............................................................................2

III.    U.S. Patent No. 6,911,461 and Asserted Claim 5....................4

IV.     Defendants' ANDAs ...............................................................6

        A.      Annora .......................................................................6

        B.      Apotex .......................................................................7

        C.      MSN ...........................................................................8

V.      Background ..............................................................................9

        A.      UCB's First ASD – Levetiracetam ...............................9

VI.     Definition of a POSA ............................................................10

VII.    Facts Relating to Objective Indicia......................................11

## I.      THE PARTIES

1.      Plaintiff UCB, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 1950 Lake Park Drive, Smyrna, Georgia 30080.

2.      Plaintiff UCB Biopharma SRL (collectively with UCB, Inc. "UCB" or "Plaintiffs") is a corporation organized and existing under the laws of Belgium, having an office and place of business at Allée de la Recherche 60, B-1070 Brussels, Belgium.

3.      Defendant Annora Pharma Private Ltd ("Annora") is a corporation organized and existing under the laws of India, having its principal place of business at Sy. No. 261, Plot No. 5,7,8,9,13 and 14, Annaram Village, Jinnaram Mandal, Medak Hyderabad TG 502313, India.

4.      Defendant Apotex Inc. is a corporation organized and existing under the laws of Canada, having its principal place of business at 150 Signet Drive, Toronto, Ontario, M9L 1T9, Canada.

5.      Defendant Apotex Corp. (collectively with Apotex Inc., "Apotex") is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 2400 N. Commerce Parkway, Suite 400, Weston, Florida 33326.

6.      Apotex Corp. is a wholly-owned subsidiary of Apotex Inc.

7.     Defendant MSN Pharmaceuticals Inc. is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 20 Duke Road, Piscataway, New Jersey 08854.

8.     Defendant MSN Laboratories Private Limited (collectively with MSN Pharmaceuticals Inc., "MSN," and collectively with Annora and Apotex, "Defendants") is a corporation organized and existing under the laws of the Republic of India, having its principal place of business at MSN House, Plot No: C-24, Industrial Estate, Sanathnagar, Hyderabad 500 018, Telangana, India.

9.     MSN Pharmaceuticals Inc. is a wholly-owned subsidiary of MSN Laboratories Private Limited.

## II.    BRIVIACT®

10.    Briviact® is an FDA-approved drug indicated for the treatment of partial-onset seizures in patients 1 month of age and older.

11.    Briviact was first approved by FDA in 2016 for treatment of patients 16 years of age and older. Briviact was approved by FDA in 2018 for treatment of pediatric patients 4 years of age and older. In 2021, Briviact was approved by FDA for treatment of patients one month of age and older.

12.    The active pharmaceutical ingredient in Briviact is brivaracetam.

13.    The compound with the chemical names (2S)-2-[(4R)-2-oxo-4-propyltetrahydro-1*H*-pyrrol-1-yl]butanamide          and          (2S)-2-[(4R)-2-oxo-4-

propylpyrrolidinyl]butanamide is also known by the International Non-Proprietary name "brivaracetam."

14.     Brivaracetam has the following chemical structure:



15.     Briviact is available in 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg tablets (NDA No. 205836), a 50 mg/5 mL single-dose intravenous solution (NDA No. 205837), and a 10 mg/mL oral solution (NDA No. 205838).

16.     UCB, Inc. is the holder of New Drug Application ("NDA") No. 205836 for Briviact (brivaracetam) tablets (10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths).

17.     The approval date of NDA No. 205836 for Briviact (brivaracetam) tablets (10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths) is listed in FDA's publication *Approved Drug Products with Therapeutic Equivalence Evaluations* (the "Orange Book") as May 12, 2016.

18.     UCB, Inc. holds approved NDA No. 205837 for Briviact (brivaracetam) intravenous solution (50 mg/5 mL dosage strength).

19.    The approval date of NDA No. 205837 for Briviact (brivaracetam) intravenous solution (50 mg/5 mL dosage strength) is listed in the Orange Book as May 12, 2016.

20.    UCB, Inc. holds approved NDA No. 205838 for Briviact (brivaracetam) oral solution (10 mg/mL dosage strength)

21.    The approval date of NDA No. 205838 for Briviact (brivaracetam) oral solution (10 mg/mL dosage strength) is listed in the Orange Book as May 12, 2016.

22.    The Briviact label states the "precise mechanism by which BRIVIACT exerts its anticonvulsant activity is not known. Brivaracetam displays a high and selective affinity for synaptic vesicle protein 2A (SV2A) in the brain, which may contribute to the anticonvulsant effect."

## III.    U.S. PATENT NO. 6,911,461 AND ASSERTED CLAIM 5

23.    The patent-in-suit is United States Patent No. 6,911,461 ("the '461 patent"). Benoit Kenda, Benedicte Lallemand, and Patrick Pasau are the named inventors of the '461 patent.

24.    The '461 patent, entitled "2-oxo-1-pyrrolidine Derivatives, Processes for Preparing Them and Their Uses" issued on June 28, 2005. The '461 patent issued from U.S. Patent Application No. 10/693,917, filed on October 28, 2003, and claims earliest priority to GB0004297, filed on February 23, 2000. A true and

correct copy of the '461 patent was produced bearing Bates numbers UCB_BRIV_00000053 – UCB_BRIV_00000099.

25.   For purposes of this case, the priority date for the '461 patent is February 23, 2000.

26.   According to the records of the U.S. Patent & Trademark Office, UCB Biopharma SRL is the assignee of the '461 patent.

27.   The '461 patent is listed in the Orange Book in connection with Briviact.

28.   The Orange Book lists the expiration date of the '461 patent as February 21, 2026.

29.   Plaintiffs have asserted claim 5 of the '461 patent against each of the Defendants.

30.   Claim 5 recites: "(2S)-2-[(4R)-2-oxo-4-propylpyrrolidinyl]butanamide or a pharmaceutically acceptable salt thereof."

31.   The compound with the chemical name (2S)-2-[(4R)-2-oxo-4-propylpyrrolidinyl]butanamide is also known by the International Non-Proprietary name "brivaracetam." Brivaracetam is identified in the '461 patent specification as compound 159.

## IV.    DEFENDANTS' ANDAS

### A.    Annora

32.    Annora served Plaintiffs with a Notice Letter dated July 17, 2020 ("Annora's Notice Letter") that provided written notice to Plaintiffs that Annora had submitted ANDA No. 214831 to FDA seeking approval for a proposed generic version of brivaracetam tablets in 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths that included a Paragraph IV certification for the '461 patent, among other patents.

33.    Annora's ANDA No. 214831 seeks FDA approval to engage in the commercial manufacture, use, or sale of brivaracetam tablets in 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths as generic versions of BRIVIACT Tablets ("Annora's ANDA Product") prior to the expiration of the '461 patent.

34.    Annora has stipulated its submission of ANDA No. 214831 constitutes infringement of Claim 5 of the '461 patent, if that claim is found not invalid or unenforceable (D.I. 90).

35.    Annora has stipulated that the commercial manufacture, use, sale, offer to sell, and/or importation of Annora's ANDA Product as currently described would infringe Claim 5 of the '461 patent, if that claim is found not invalid or unenforceable (D.I. 90).

### B.    Apotex

36.    Apotex served Plaintiffs with a Notice Letter, pursuant to 21 U.S.C. 355(j), dated June 30, 2020 ("Apotex's Notice Letter") that provided written notice to Plaintiffs that Apotex had submitted ANDA No. 214875 to FDA seeking approval to market a generic version of brivaracetam tablets in 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths that included a Paragraph IV certification with respect to the '461 patent, among other patents.

37.    Apotex's ANDA No. 214875 seeks FDA approval to engage in the commercial manufacture, use, or sale of brivaracetam tablets in 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths ("Apotex's ANDA Product") prior to the expiration of the '461 patent.

38.    Apotex has stipulated its submission of ANDA No. 214875 constitutes infringement of Claim 5 of the '461 patent pursuant to 35 U.S.C. § 271(e)(2)(A), if that claim is found not invalid or unenforceable (D.I. 90).

39.    Apotex has stipulated that the commercial manufacture, use, sale, offer to sell, and/or importation of Apotex's ANDA Product as currently described prior to the expiration of the '461 patent would infringe Claim 5 of the '461 patent, if that claim is found not invalid or unenforceable (D.I. 90)

## C.    MSN

40.    MSN served Plaintiffs with a Notice Letter, pursuant to 21 U.S.C. 355(j), dated June 26, 2020 ("MSN's First Notice Letter") that provided written notice to Plaintiffs that MSN had submitted ANDA Nos. 214922 and 214924 to FDA seeking approval to market generic versions of brivaracetam oral and intravenous solutions that included Paragraph IV certifications with respect to the '461 patent, among other patents.

41.    MSN served Plaintiffs with a Notice Letter, pursuant to 21 U.S.C. 355(j), dated June 30, 2020 ("MSN's Second Notice Letter") that provided written notice to Plaintiffs that MSN had submitted ANDA No. 214921 to FDA seeking approval to market a generic version of brivaracetam tablets in 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths that included Paragraph IV certifications with respect to the '461 patent, among other patents.

42.    MSN's ANDA Nos. 214921, 214922, and 214924 seek FDA approval to engage in the commercial manufacture, use, or sale of brivaracetam oral solution, intravenous solution, and tablets in 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg dosage strengths ("MSN's ANDA Products") prior to the expiration of the '461 patent.

43.    MSN has stipulated its submission of each of ANDA Nos. 214922, 214924, and 214921 constitutes infringement of Claim 5 of the '461 patent pursuant

to 35 U.S.C. § 271(e)(2)(A), if that claim is found not invalid or unenforceable (D.I. 90).

44.   MSN has stipulated that the commercial manufacture, use, sale, offer to sell, and/or importation of MSN's ANDA Products as currently described prior to the expiration of the '461 patent would infringe Claim 5 of the '461 patent, if that claim is found not invalid or unenforceable (D.I. 90).

## V.   BACKGROUND

### A.   Epilepsy

45.   Epilepsy is a heterogeneous disorder, meaning that it presents differently in every patient. Moreover, every epileptic seizure varies in duration, severity, and effect on the brain.

46.   The precise cause of epilepsy in a particular person is often unknown, but there are many potential causes that tend to correlate to age of onset.

47.   The natural history of a patient's epilepsy is complex and changes over time. The dynamic nature of epilepsy can manifest in many ways. For example, patients can experience periods of seizure exacerbation and periods of seizure improvement.

### B.   Levetiracetam

48.   Levetiracetam was first synthesized by chemists at UCB in 1977.

49.   Levetiracetam was approved by FDA on November 30, 1999 for the treatment of epilepsy under the trade name Keppra®.

9

50.   UCB Inc. holds approved NDA No. 021035 for Keppra® (levetiracetam) tablets (250 mg, 500 mg, 750 mg, and 1000 mg dosage strengths).

51.   Levetiracetam has the following chemical structure:

$$CH_3CH_2\text{—}\overset{}{\underset{H}{C}}(\text{pyrrolidin-2-one ring})\text{—}CONH_2$$

52.   The compound with the chemical name (-)-(S)-α-ethyl-2-oxo-1-pyrrolidine acetamide is also known by the International Non-Proprietary name "levetiracetam."

53.   During development, levetiracetam was known in the literature as L059.

## VI.   DEFINITION OF A POSA

54.   The POSA would be a person with a doctorate degree in chemistry, medicinal chemistry, organic or synthetic chemistry, or a related discipline, and around 2–3 years of experience in the synthesis, research and development of medicinal compounds, or, alternatively, a person with a lesser post-graduate degree in those fields, with at least four or more years of experience in the same areas.

55.   The POSA would have had knowledge and experience and/or worked with a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with advanced degrees and/or experience in clinical medicine,

pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry, related to research and development of drug products and formulations, including preclinical and clinical research.

## VII.  PRIOR ART

56.    U.S. Patent No. 4,943,639 to Gobert et al. ("Gobert '639 patent") issued on July 24, 1990, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

57.    Patsalos et al., "*Newer Epileptic Drugs Towards an Improved Risk-Benefit Ratio*," Drug Safety, Vol. 11, No. 1, pp. 37–67 ("Patsalos 1994") was published in 1994, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

58.    Prous et al., "*Levetiracetam*," Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111–13 (1994) ("Prous") was published in 1994, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

59.    Stables et al., "*Progress report on new antiepileptic drugs – a summary of the Second Eilat Conference*," Epilepsy Research, Vol. 22, pp. 235–46 ("Stables") was published in 1995, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

60.    Noyer, et al., "*The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes,*" European Journal of Pharmacology, Vol. 286, pp. 137–46 ("Noyer") was published in 1995, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

61.    Sharief et al., "*Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy,*" Journal of Epilepsy, Vol. 9, pp. 106–12 ("Sharief") was published in 1996, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

62.    Abou-Khalil et al., "*Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers,*" Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 ("Abou-Khalil") was published in 1996, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

63.    Löscher, et al., "*Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy,*" Journal of Pharmacy and Experimental Therapeutics, vol. 284, No. 2, pp. 474–79 ("Löscher") was published in 1998, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

64.     Shorvon et al., "*Efficacy and Tolerability of Levetiracetam (LEV) as Add-on Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial*," Epilepsia, Vol. 40 (Suppl. 2), 248–49 ("Shorvon") was published on September 13, 1999, and therefore qualifies as prior art at least under pre-AIA 35 U.S.C. § 102(a) to the '461 patent for the purposes of this litigation.

65.     Crawford et al., "*Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period*," Epilepsia, Vol. 40 (Suppl. 2), 248 ("Crawford") was published on September 13, 1999, and therefore qualifies as prior art at least under pre-AIA 35 U.S.C. § 102(a) to the '461 patent for the purposes of this litigation.

66.     Ben-Menachem et al., "*Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures*," Epilepsia, Vol. 40 (Suppl. 2), 249 ("Ben-Menachem") was published on September 13, 1999, and therefore qualifies as prior art at least under pre-AIA 35 U.S.C. § 102(a) to the '461 patent for the purposes of this litigation.

67. Perucca, "*Drugs Under Clinical Trial*," *in*: Eadie M.J., Vajda F.J.E. (eds), Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology, Vol 138. Springer, Berlin, Heidelberg ("Perucca")

13

was published in 1999, and therefore qualifies as prior art at least under pre-AIA 35 U.S.C. § 102(a) and/or (b) to the '461 patent for the purposes of this litigation.

68.     Patsalos, "*Pharmacokinetic profile of levetiracetam: toward ideal characteristics*," Pharmacology & Therapeutics, Vol. 85, pp. 77–85 ("Patsalos 2000") was published on February 2, 2000, and therefore qualifies as prior art at least under pre-AIA 35 U.S.C. § 102(a) to the '461 patent for the purposes of this litigation.

69.     Olesen *et al.*, "*Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man*," Stroke, Vol. 9, No. 4, pp. 344–49 ("Olesen") was published in 1978, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

70.     Levin, "*Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability*," Journal of Medicinal Chemistry, Vol. 23, No. 6, 682–84 (1980) ("Levin") was published in 1980, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

71.     Adrien Albert, "*Selective Toxicity, the physico-chemical basis of therapy,*" 7th ed. ("Albert") was published in 1985, and therefore qualifies as prior

art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

72.    Wong et al., "*Substituent Effects on Partition Coefficient of Barbituric Acids,*" Journal of Pharmaceutical Science, Vol. 77, No. 11, pp. 926–32 ("Wong") was published in 1988, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

73.    Lolin    et    al.,    "*Antiepileptic    drug    pharmacokinetics    and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: phenytoin*," Epilepsy Research, 19, pp. 99–110 ("Lolin") was published in 1994, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

74.    Gouliaev and Senning, "*Piracetam and other structurally related nootropics*," Brain Research Reviews, Vol. 19, pp. 180–222 ("Gouliaev") was published in 1994, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

75.    Appleton et al., "*Lorazepam versus diazepam in the acute treatment of epileptic seizures and status epilecticus*," Developmental Medicine and Child Neurology, Vol. 37, pp. 682–88 ("Appleton") was published in 1995, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

76.    Hadjipavlou-Litina, "*Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants*," Med. Res. Rev., Vol. 18, No. 2, pp. 91–119 ("Litina") was published in 1998, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

77.    van de Waterbeemd et al., "*Estimation of blood-brain barrier crossing of drugs using molecular size and shape, and H-bonding descriptors*," J. Drug Targeting, Vol. 6, pp. 151–65 ("Waterbeemd") was published in 1998, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

78.    Pardridge, "*CNS Drug Design Based in Principles of Blood-Brain Barrier Transport*," Journal of Neurochemistry, Vol. 70, No. 5, pp. 1781–92 (1998) ("Pardridge") was published in 1998, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

79.    GB 1,309,692, Honore et al., was published on March 14, 1973, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

80.    Glozman, et al., "*The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides*," translated from KHIMIKO-FARMATSEVTICHESKII ZHURNAL, Vol. 14, No. 11, pp. 43–48 ("Glozman") was published in 1980, and

16

therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

81.     Bobkov, et al., "*Pharmacological characteristics of 4-Phenylpiracetam – A new phenyl analog of Piracetam*," Translated from BYULLETEN EKSPERIMENTAL'NOI BIOLOGII I MEDITSINY, Vol. 95, No. 4, pp. 50–53 ("Bobkov") was published in 1983, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

82.     EP 0154490 B1 ("EP '490") was published on August 10, 1988, and therefore qualifies as prior art under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

83.     International application No. PCT/EP98/07383 published as WO 99/25683 ("WO '683") on May 27, 1999, and therefore qualifies as prior art at least under pre-AIA 35 U.S.C. § 102(a) to the '461 patent for the purposes of this litigation.

84.     Canadian Patent Application No. 2,310,319 ("CA '319") was published on May 27, 1999, and therefore qualifies as prior art at least under pre-AIA 35 U.S.C. § 102(a) to the '461 patent for the purposes of this litigation.

85.     FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs, 1992 ("FDA Guidance") was published in 1992, and therefore qualifies as prior art

under pre-AIA 35 U.S.C. § 102(b) to the '461 patent for the purposes of this litigation.

## VIII.  FACTS RELATING TO OBJECTIVE INDICIA

86.   Briviact is an embodiment of Claim 5 of the '461 patent.

# EXHIBIT 2

# **EXHIBIT 2**

# **PLAINTIFFS' STATEMENT OF CONTESTED ISSUES OF FACT**

# Table of Contents

GLOSSARY ........................................................................................ vi

I.    BACKGROUND ......................................................................... 1

    A.    Briviact® and U.S. Patent No. 6,911,461 ......................... 1

    B.    Epilepsy ............................................................................. 4

    C.    Medication for Treatment of Epilepsy ............................... 7

    D.    Drug Discovery .................................................................. 9

        1.    Goals of a Drug Discovery Program ...................... 9

        2.    Finding a Promising Drug ...................................... 9

        3.    Evaluating New Compounds ................................ 12

    E.    Anti-Seizure Drug Development Landscape ................... 14

    F.    Clinical Research in Epilepsy ......................................... 19

    G.    UCB's First ASD – Levetiracetam ................................. 20

    H.    UCB's Continued Research Into ASDs – the B011/B051 Project ............................................................................. 23

II.    The Asserted Claim Is Not Obvious .................................... 24

    A.    Scope and Content of the Prior Art ................................. 25

        1.    Abou-Khalil ......................................................... 25

        2.    Albert ................................................................... 25

        3.    Appleton ............................................................... 25

        4.    Ben-Menachem .................................................... 26

        5.    Bobkov ................................................................. 26

        6.    Burris ................................................................... 27

7.   CA '319/WO '683 .................................................................. 27

8.   Crawford ................................................................................ 28

9.   EP '490 .................................................................................. 29

10.  FDA Guidance ....................................................................... 29

11.  GB '692 ................................................................................. 30

12.  Glozman ................................................................................ 31

13.  Gobert '639 ........................................................................... 31

14.  Gouliaev ............................................................................... 31

15.  Keppra Label ........................................................................ 32

16.  Keppra Medical Review ...................................................... 32

17.  Levin ..................................................................................... 33

18.  Litina .................................................................................... 33

19.  Lolin ...................................................................................... 34

20.  Löscher ................................................................................. 34

21.  March .................................................................................... 35

22.  Noyer ..................................................................................... 35

23.  Olesen ................................................................................... 37

24.  Pardridge .............................................................................. 37

25.  Patsalos 1994 ....................................................................... 37

26.  Patsalos 2000 ....................................................................... 38

27.  Perucca ................................................................................. 38

28.  Prous ..................................................................................... 39

29.  Sharief .................................................................................. 39

30.   Shorvon.........................................................................39

31.   Stables ..........................................................................40

32.   Waterbeemd...................................................................40

33.   Wong.............................................................................41

B.   The POSA Would Not Have Selected Levetiracetam as a Lead Compound........................................................................42

1.   As of February 2000, There Were Many FDA-Approved ASDs the POSA Could Have Chosen as a Lead Compound...................................................................43

2.   As of February 2000, There Were Many ASDs in Development.................................................................45

3.   Levetiracetam's Mechanism of Action and Target Were Poorly Characterized as of February 2000...........................46

4.   Little Was Known About Levetiracetam's Clinical Performance Compared to Other Approved ASDs as of February 2000.................................................................47

C.   Asserted Claim 5 Is Not Obvious Over Levetiracetam as a Lead Compound........................................................................48

1.   The POSA Would Focus on Activity, Toxicity, and Tolerability in Developing an ASD....................................48

2.   The POSA Would Not be Motivated to Increase Levetiracetam's Lipophilicity to Change the Properties Identified by Defendants....................................................51

3.   Assuming the POSA Was Motivated to Modify Levetiracetam, the POSA Would Not Have Been Motivated to Make Defendants' Proposed Modifications ......62

4.   The POSA Would Not Have Reasonably Expected That a Compound With Higher Lipophilicity Than Levetiracetam Would Show Any Improvement Over Levetiracetam................................................................97

5.     The POSA Would Not Have Reasonably Expected That Modifying Levetiracetam Would Result in a Compound with Beneficial Properties .............................................. 105

D.   Asserted Claim 5 Is Not Obvious Over the Asserted Combinations .......................................................... 109

    1.     The Combination of Keppra Label and/or Noyer in View of One or More of Gouliaev, Litina, and Waterbeemd, Optionally Further in View of GB '692 Does Not Render Claim 5 Obvious .......................................................... 109

    2.     The Combination of Noyer and/or Abou-Khalil in View of One or More of Gouliaev, Litina, and Waterbeemd, Optionally in Further View of CA '319, and Further in View of Bobkov Does Not Render Claim 5 Obvious .......... 112

    3.     The Combination of Noyer and/or Crawford in View of Bobkov, Optionally in Further View of Gouliaev, and Further in View of Levin Does Not Render Claim 5 Obvious .......................................................... 115

E.   Objective Indicia Confirm the Non-Obviousness of Asserted Claim 5 .......................................................... 117

    1.     Many Others Failed to Develop an ASD that Achieved Regulatory Approval ....................................................... 117

    2.     There Was a Long Felt but Unmet Need for ASDs Effective in Reducing or Eliminating Seizures ................... 121

    3.     There Was a Long Felt but Unmet Need for ASDs with Improved Side Effect Profiles .......................................... 122

    4.     Brivaracetam Has Shown Unexpectedly Superior Affinity for the SV2A Target Over Levetiracetam .............. 123

    5.     Brivaracetam Has Shown Unexpectedly Superior Potency in a Number of Different Animal Models Over Levetiracetam ............................................................... 123

    6.     Brivaracetam Has Shown an Unexpectedly Different Overall Mechanistic Profile Over Levetiracetam ............... 125

7.   Briviact Has Demonstrated a Unique Combination of Efficacy and Tolerability, Especially Showing a Marked Improvement Over the Side Effect Profile of Levetiracetam.............................................................. 126

8.   Briviact Has Been Praised by Industry Participants Since Its Introduction............................................................ 127

9.   Dr. Philippe Michel, the Project Leader of the B011 Project, Expressed Skepticism that Pyrrolidone Compounds with 4-Alkyl Substituents Would Result in Compounds More Active Than Levetiracetam................... 128

10.  Nexus.......................................................................... 129

## GLOSSARY

| Term/Abbreviation | Definition |
|---|---|
| ASD | Anti-seizure drug |
| BBB | Blood-brain barrier |
| BBB permeability | The ability of a drug to cross the blood-brain barrier. |
| CNS | Central nervous system |
| $ED_{50}$ | $ED_{50}$ is the median effective dose, or the dose at which the desired response is seen 50% of the time. $ED_{50}$ indicates how potent a drug is (i.e., the amount of drug needed to elicit an effect). The lower this number, the more potent the compound. |
| LBS | Levetiracetam binding site |
| Lipophilicity | The ability of a compound to dissolve in a lipid (also known as fatty or oily) solution. |
| $\log D/\log P$ | $\log D$ is the logarithm of the distribution coefficient and $\log P$ is the logarithm of the partition coefficient. The distribution coefficient and the partition coefficient are ratios that describe the relative ability of a compound to dissolve in a non-polar substance (i.e., oil) versus a polar substance (i.e., water).

When these numbers are negative, that indicates that a compound dissolves more in water than oil. When these numbers are positive, that indicates that a compound dissolves more in oil than water. If these numbers are zero, that indicates that a compound dissolves equally in both oil and water.

Where a compound is incapable of being ionized, $\log D$ is equal to $\log P$. |
| MES | Maximal electroshock test |
| $pK_i$ | $pK_i$ is a measure of binding affinity. The higher the number, the stronger a compound binds to its target. |
| PTZ | Pentylenetetrazole test |

1.      Pursuant to D.Del LR 16.3(c)(4), Plaintiffs submit the following issues of fact that remain to be litigated.

## I.      BACKGROUND

### A.      Briviact® and U.S. Patent No. 6,911,461

2.      Briviact® is an FDA-approved drug indicated for the treatment of partial-onset seizures, a form of epilepsy.

3.      No gradual dose escalation or dose titration is required for treatment with Briviact.

4.      U.S. Patent No. 6,911,461 (the '461 Patent) patent discloses a genus of 2-pyrrolidone derivatives with the general formula below:



The '461 Patent explains that "compounds of the invention are particularly suited for treating neurological disorders such as epilepsy."

5.      Claim 5 of the '461 Patent is directed to "(2S)-2-[(4R)-2-oxo-4-propylpyrrolidinyl]butanamide or a pharmaceutically acceptable salt thereof," which is brivaracetam and/or pharmaceutically acceptable salts thereof. The numbers in the innermost brackets in these names refer to the places around the

1

pyrrolidone ring where each substituent is located. According to convention, the nitrogen in the 2-pyrrolidone ring is counted as position 1 and the carbonyl or "oxo" group as position 2. Based on this convention, brivaracetam's propyl group is located at the 4 position.



6.     The "butanamide" in the chemical name of brivaracetam (also sometimes referred to as "butyramide") refers to the amide chain connected to the pyrrolidone ring at the 1 position. It is called "butanamide" because the overall substituent contains four carbons, which is known as a "butyl" chain, and it contains an amide group—a primary amino group connected to a carbonyl group (a carbon connected to an oxygen via a double bond).



4-R-propyl

2-pyrrolidone ring

butanamide/butyramide chain
ethyl side chain
acetamide moiety
alpha carbon with S stereochemistry

7.      "R" and "S" refer to 3D-configurations of chiral compounds (i.e., compounds that have a carbon with four different substituents attached to it).  A compound in its "R" configuration is the mirror image of the same compound in the "S" configuration, and the two cannot be superimposed:



Compounds A and B in this example are known as "enantiomers," because they have only a single chiral center and are non-superimposable mirror images of each other.

8.      Diastereoisomers describe compounds that have multiple chiral carbons where the substituents on all chiral carbons are the same. These chiral carbons can have multiple 3D-configurations:



3

9.     Where two diastereoisomers differ from each other at only one of the chiral carbons, those compounds are referred to as "epimers."

10.    Brivaracetam and its 4S-epimer (the diastereoisomer of brivaracetam where the n-propyl at the 4-position is in the S configuration as opposed to the R and the butanamide at the 1-position stays as S) are identified in the '461 Patent specification as compounds 159 and 158, respectively.

11.    The written description of the '461 Patent explains that the anticonvulsant activity of the disclosed compounds "can be determined in the audiogenic seizures model." It also states that "[a]nother assay indicative of potential anticonvulsant activity is binding to levetiracetam binding site (LBS)."

12.    The '461 Patent goes on to explain that several compounds, including brivaracetam (compound 159), show "particular affinity" for the LBS and "particularly promising activity" in the audiogenic mouse seizure model.

**B.     Epilepsy**

13.    Epilepsy is a chronic neurological disorder characterized by recurrent unprovoked seizures or an enduring predisposition to unprovoked seizures. A seizure is a behavioral change caused by brief abnormal electrical activity in the brain, which is in turn caused by chemical changes in nerve cells.

14.    There are several distinct types of epileptic seizures, including focal onset seizures and generalized onset seizures.

15.     Focal onset seizures involve a localized network of neurons that have enhanced excitability and spread that excitability to neighboring regions of the brain, thereby causing a seizure. They can be either focal aware (previously called simple partial seizures) or focal with impaired awareness (previously called complex partial seizures).

16.     The precise manifestations of focal onset seizures often depend on the particular areas of the brain affected, but can include behavioral arrest, automatic behaviors (e.g., blinking, chewing, grunts, and repetitive use of words or phrases), simple motor manifestations (e.g., dystonic posturing and clonic limb jerking), or autonomic features (e.g., apnea and tachycardia).

17.     Generalized onset seizures involve early activation of bilateral networks of neurons in the cerebral cortex. Subtypes of generalized onset seizures include absence (previously called petit mal), tonic-clonic (previously called grand mal), myoclonic, and atonic seizures.

18.     The manifestations of generalized onset seizures can include a brief period of unresponsive staring (absence), stiffening and rhythmic jerking of the whole body accompanied by loss of consciousness (tonic-clonic), very brief jerking movements of one muscle or muscle group without impaired awareness (myoclonic), and loss in body tone, leading to sudden falls (atonic).

19.     Epilepsy is often defined as any one of the following three conditions: (1) two or more unprovoked seizures occurring more than 24 hours apart; (2) one unprovoked seizure and a 60% or greater probability of a second unprovoked seizure over the next 10 years; and (3) diagnosis of epilepsy syndrome.

20.     Epilepsy is one of the most common neurological disorders, affecting at least 65 million people worldwide and 3.4 million people in the United States. In the United States, 150,000 new cases of epilepsy are diagnosed every year and approximately 1 in 26 people will develop epilepsy at some point in their lifetime.

21.     Epilepsy is a serious disorder that can be fatal. The risk of death in people with epilepsy is approximately 1.6 to 3 times higher than the risk of death in the general population, and is likely even higher for children despite their particularly low risk of death when healthy.

22.     Patients who experience epileptic seizures are also at an increased risk of death due to drowning or traumatic injury, such as head injuries, broken bones, cuts, and bruises.

23.     A comorbidity is one disorder that commonly precedes or coexists with another. Common comorbidities of epilepsy include depression, anxiety, attention-deficit hyperactivity disorder, and autism. Psychiatric and behavioral comorbidities, such as attention-deficit hyperactivity disorder and autism, are particularly common in children with epilepsy.

6

24.     Epilepsy dramatically affects the quality of life of those who live with it, as well as the lives of their friends, families, and other caregivers. People with epilepsy are encouraged to take numerous precautions when engaging in common, everyday activities that others take for granted.

25.     Additional effects on quality of life are unique to children with epilepsy and those who care for them. The sudden, unpredictable nature of epileptic seizures has been likened to the sword of Damocles hanging over the heads of children with epilepsy as well as their friends, families, and other caregivers.

26.     People with epilepsy suffer social and emotional harms. These types of harms are particularly acute for children with epilepsy, who can face bullying, teasing, and exclusion from other children and even adults throughout the most formative years of their lives.

27.     Epilepsy is often diagnosed through the combination of a historical examination and a neurological examination.

C.     **Medication for Treatment of Epilepsy**

28.     Drug therapy is almost always the first and often the only treatment administered to epilepsy patients, and requires the evaluation of comorbidities that may impact the approach to treatment. Virtually all epilepsy patients receive treatment with medications referred to interchangeably as "anti-epilepsy drugs" (AEDs), "anti-seizure drugs" (ASDs), or "anti-seizure medications" (ASMs).

29.     ASDs are not a cure for epilepsy, but rather a means of managing epilepsy symptoms.

30.     Generally speaking, ASDs can be split into two groups: narrow-spectrum and broad-spectrum. Narrow-spectrum ASDs can be effective at preventing certain types of seizures but can worsen other types of seizures. Broad-spectrum ASDs can be effective at preventing all types of seizures.

31.     All ASDs have varying levels of efficacy (i.e., how effective they are at preventing or controlling epileptic seizures) and tolerability (i.e., their ability to be taken long-term without unacceptable side effects). The ideal ASD for a particular patient is one that is fully efficacious (i.e., prevents or controls all epileptic seizures) and completely tolerable (i.e., causes no unacceptable side effects).

32.     Selecting the best ASD for a particular patient is often a long, complex process of trial and error that involves closely monitoring the patient's seizures and side effects.

33.     The tolerability of an ASD is just as, if not more, important than its efficacy. Epileptic seizures, although extremely serious, are often sporadic and relatively short in duration, whereas epilepsy patients often need to take an ASD every day for years, perhaps for their entire life.

### D.    Drug Discovery

#### 1.    Goals of a Drug Discovery Program

34.    A drug discovery research program starts with a program goal, often centered on 1) affecting or impacting a biological target of interest (a "target-based" program), or 2) affecting a biological condition of interest—for example, preventing seizures (a "phenotypic screening" program).

35.    In a target-based program the target (or targets) is chosen because of its proven or hypothesized association with a relevant biological or disease process. The more targets identified, of course, the more complex and unpredictable the resulting drug discovery program.

36.    Modifications in a target-based program are deliberately made to produce a specific effect at a particular target or to minimize so-called "off-target" activity, which means a target the program is not intending to affect. Typically, target-based programs use *in vitro* assays to screen for the specific effect.

37.    In contrast, a "phenotypic screening program" is biological *response*-driven. It is often used when there is no known biological target. A phenotypic screening program will generally utilize an *in vivo* animal model to test for the phenotypic response.

#### 2.    Finding a Promising Drug

38.    Once a biological target or response goal is selected, the next major challenge is to discover a molecule that can affect the target's activity (in a target-

based program) and bring about a therapeutic effect in the body (in both programs). In many cases, this process typically begins with the selection of a so-called "lead compound." The lead compound is a molecule on which the research program will experiment with structural changes. Alternatively, the program may continue to screen libraries of existing compounds, with the goal of assessing the activity of those existing compounds, while performing no structural modifications.

39.    Under the lead compound approach, selecting a promising starting compound is difficult, especially if the literature is heavily populated with a variety of different structures and lacks data characterizing their activities and/or pharmacological properties.

40.    After settling on a lead compound, a medicinal chemist then performs structural modifications at one specific location on the molecule at a time to observe what effect the change in structure has on the compound's biological and physical properties. This incremental process is necessary because of the inherent unpredictability of the impact that any single structural modification will have on a range of desired biological properties.

41.    The structural modifications a researcher may choose to make fall into roughly two categories: a 'rational' guided approach, and an 'irrational' random approach. In the rational guided approach, the researcher has an understanding of where the molecule is going to bind, including the shape, size, and electronics of the

binding site, and thus can make educated selections of what modifications may result in desired biological results. In the irrational approach, the researcher does not know how the molecule elicits its intended biological effect, and thus selects proposed modifications in an almost random fashion, as there is little to no information on which to guide modification selection.

42.    It is a maxim of the drug development field that small changes can have large and unexpected results.

43.    Ultimately, multiple structural modifications to the lead compound may be made. Making multiple incremental changes simultaneously is also wholly unpredictable. The biological impact when various individual structural changes are combined can be additive, synergistic, subtractive, deleterious, or altogether different from the impact of any individual change when made separately.

44.    The resulting data describing the impact of incremental and serial changes to the lead compound provides the basis for what is known as the Structure Activity Relationship, or "SAR." SAR is a retrospective description of what the data shows are the effects that different substitutions at different positions had on the biological properties of interest—it tells a chemist the effects associated with changes already made and tested. And although it helps generate hypotheses for future changes, it cannot be said to be predictive.

### 3.    Evaluating New Compounds

45.    When evaluating structural changes, researchers consider many biological properties, such as potency (the dosage needed to achieve the desired effect), binding affinity (how strongly the compound binds to its intended target), toxicity (the harmful effects of consuming the compound), and tolerability (the ability of the patient to withstand harmful effects caused by consuming the compound).

46.    Researchers also consider the mechanisms by which a drug is processed through the body to ensure that a drug will actually be able to achieve its intended goals. This drug processing is known by the initials "ADME," which stands for (1) absorption, or the rate at which a drug reaches systemic circulation; (2) distribution, or the different biological tissues, organs, and fluids in which a drug can be found; (3) metabolism, or the processes by which the body breaks down the drug; and (4) excretion, or the means by which the body eliminates a drug and its metabolites from the body.

47.    A researcher may consider optimizing any number of factors related to ADME, but suitable activity, acceptable toxicity, and few to no new side effects are arguably more important. This is because the ADME characteristics become irrelevant if a compound fails to act on the target receptor or is unacceptably toxic.

48.     One particular facet of distribution for compounds that are active in the brain that the POSA may consider is blood-brain barrier ("BBB") permeability. The blood-brain barrier permeability of a drug refers to its ability to cross the BBB and enter the brain.

49.     In order for a drug that impacts the central nervous system ("CNS") to exert its therapeutic effect, it must enter the brain by crossing the BBB, partition into the brain's interstitial fluid, and interact with the target receptor(s) before being excreted.

50.     The BBB is a protective system that prevents toxins from reaching the brain through the bloodstream. This system is highly selective, with some scientists estimating that more than 98% of small organic compounds fail to cross the BBB.

51.     Most drugs enter the brain via transmembrane diffusion, also referred to as passive or free diffusion. Because the cell membranes that form the BBB are predominately made of lipids and are tightly bound together, compounds with lower molecular weights and higher lipid solubility (i.e., lipophilicity) are generally better able to cross the BBB. However, although a passively-diffused compound has to be lipophilic enough to cross the BBB, it also has to be hydrophilic enough to dissolve in the aqueous interstitial fluid after it crosses the BBB.

52.     The remaining drugs are transported via active transport: mechanisms that require other molecules to "transport" the target compound across the BBB.

Such mechanisms include carrier-mediated transport and receptor-mediated transcytosis. For example, one anti-seizure drug (ASD) that depends on carrier-mediated transport is valproate.

53.    Once in the brain, the drug must stay in place long enough to interact with the desired receptor. At a simplistic level, the quantity of a drug that remains in the brain is a function of the rate of entry compared with the rate of clearance (such as through metabolism or excretion). Therefore, merely increasing the rate at which a drug enters the brain is no guarantee that more drug will stay in the brain.

54.    For chronic conditions like reducing or eliminating the occurrence of seizures, the rate at which an ASD enters the brain is of less importance than the equilibrium concentration in the brain of the ASD.

55.    Many lipophilic compounds, including many ASDs, are also actively ejected from the brain via mechanisms involving "multidrug resistance-associated proteins" and efflux transport proteins such as P-glycoprotein.

### E.    Anti-Seizure Drug Development Landscape

56.    Anti-seizure drugs have been developed since 1850. There are more than 30 ASDs available today. Some of the most popular ASDs approved prior to February 2000 include phenytoin (1953), carbamazepine (1974), clonazepam (1975), valproate (1978), gabapentin (1993), lamotrigine (1994), topiramate (1996), and levetiracetam (1999).

57.     Every ASD has one or more mechanisms of action, i.e., a specific biochemical interaction in the brain through which the ASD produces a pharmacological effect, typically the suppression of abnormal neuronal action.

58.     Patients who have failed on two or more tolerated and appropriately chosen ASDs (whether as monotherapies or in combination) are referred to as "refractory."

59.     Despite the fact that new ASDs have continued to be brought to market, the percentage of epilepsy patients who are refractory has held constant at approximately 30% for decades.

60.     Despite the relative stability of the percentage of patients whose epilepsy is refractory, new drugs do continue to make a difference on the individual patient level due to their different (and improved) side effect profiles, safety profiles, and fewer drug-drug interactions.

61.     As of February 2000, ASDs were generally viewed as having one or more of these three mechanisms of action: (1) GABA-mediated neuronal inhibition, (2) glutamate-mediated neuronal excitation, and (3) modulation of sodium, potassium, or calcium ion channels.

62.     As of February 2000, most rational drug design programs were focused on developing drugs that targeted known mechanisms of action (GABA-mediated

neuronal inhibition, glutamate-mediated neuronal excitation, and modulation of ion channels).

63.    Almost all of the ASDs that have been approved since 2000 act by the same three mechanisms that were known as of February 2000 (GABA-mediated neuronal inhibition, glutamate-mediated neuronal excitation, and modulation of ion channels), with levetiracetam and brivaracetam being notable exceptions. These ASDs include zonisamide, stiripentol, pregabalin, rufinamide, lacosamide, eslicarbazepine acetate, retigabin, perampanel, cenobamate, midazolam, and diazepam.

64.    There is a distinction to be drawn between an ASD's mechanism of action and an ASD's molecular target. For example, an ASD may be classified as a sodium channel blocker, but sodium channels are not monolithic and there are many different binding sites and targets that have the effect of blocking a sodium channel.

65.    Rational design has historically been a largely disfavored and unsuccessful method of developing ASDs, both before February 2000 and continuing today.

66.    Most ASDs have not been developed by rational design using a target-based approach. Instead, most have been developed by either random structural variation of known ASDs, or serendipity by screening compounds using a phenotypic screening approach.

16

67.     The anti-seizure potential of a compound can be assessed using animal models in which seizures are stimulated using different means. Researchers have developed a wide variety of animal models of epilepsy. In general, a compound's efficacy against the seizures present in a particular animal model may be correlated with likely efficacy against a particular type of seizure in humans.

68.     The maximal electroshock ("MES") test is frequently used as a screening test to assess whether or not a particular compound is efficacious in suppressing seizures. Efficacy in the MES test in rodents is correlated with efficacy against generalized (tonic-clonic) seizures in humans.

69.     The subcutaneous pentylenetetrazole ("PTZ") test is also frequently used as a screening test. Efficacy in the PTZ test in rodents is correlated with efficacy against clonic and absence seizures in humans.

70.     The amygdala kindled rat model is another animal test that is used to evaluate the efficacy of a drug against focal seizures. The amygdala kindled rat model is more predictive of a drug's anti-seizure utility in humans with difficult-to-treat focal seizures than either the MES or PTZ tests.

71.     Other animal models used to screen ASDs for efficacy against partial (focal onset) and secondarily generalized seizures include the corneal kindling, hippocampal kindling, kainate post-status epilepticus, and 6 Hz models.

17

72.     The audiogenic mouse, Genetic Absence Epilepsy Rat from Strasbourg ("GAERS") rat, and NMDA models can be used to screen compounds for efficacy against generalized (tonic-clonic) seizures.

73.     The phenytoin-resistant amygdala kindled rat model can be used to screen compounds for efficacy against drug-resistant seizures.

74.     The DMCM, pilocarpine, bicuculline, and picrotoxin models, like the PTZ test, can be used to screen compounds for efficacy against clonic seizures.

75.     The strychnine test can be used to screen compounds for efficacy against tonic seizures.

76.     Due to their low cost and relative simplicity, the MES test and PTZ test are commonly used as screening tests by those working to discover new ASDs, and have been used in this way for decades. The MES and PTZ tests, as of February 2000, were considered the "gold standard."

77.     Other kinds of animal models can be used to assess the safety and tolerability of a compound. For example, in the rotarod test, animals (such as rats or mice) are administered a drug and placed upon a rotating rod. The longer the animal can stay on the rod, the less they have been neurologically impaired by the compound.

## F.  Clinical Research in Epilepsy

78.  Clinical decision-making is driven by, among other things, clinical research, including research evaluating ASD efficacy and tolerability.

79.  Clinical research comprises a wide array of study designs, such as controlled trials, cohort and case studies, and systematic reviews, such as meta-analyses.

80.  There is no "one-size-fits-all" study design for clinical research questions. A researcher's choice of study design is driven by, among other things, the particular research question being analyzed and the feasibility of employing the various study designs to conduct the analysis.

81.  One specific type of limitation that all clinical research faces is bias, such as selection bias (where the study population may not reflect a representative sample of the target population); confounding bias (where a study factor may not be causally related to the study outcome); positive result bias (where a study that finds a statistically significant effect may be more likely to be published than one that does not); and novelty bias (where newer treatments may be assessed to be better than older treatments).

82.  Drug developers often sponsor or are otherwise involved with clinical research evaluating the efficacy and tolerability of the drugs they develop, including clinical research evaluating efficacy and tolerability.

83.     The "honeymoon effect" is a poorly-defined concept that refers to a period shortly after a patient starts a new medication where the patient appears to be responding positively to the new medication, only to eventually stop responding positively. The term "honeymoon effect" includes various phenomena that are present in virtually all clinical epilepsy research, such as the natural waxing and waning of a patient's epilepsy. The "honeymoon effect" often ignores the important impact on patients of even relatively brief periods of seizure freedom or significant seizure reduction. There is no agreed upon time frame for how long the "honeymoon effect" lasts.

84.     All clinical research analyzes a patient population during a particular snapshot in time. Every study will therefore include—and be influenced by—some patients whose epilepsy is in a period of exacerbation and some patients whose epilepsy is in a period of improvement.

85.     The presence or absence of peer review—followed by publication—can be a much better indicator of study reliability than study design, length, size, or bias.

## G.     UCB's First ASD – Levetiracetam

86.     Levetiracetam, known internally at UCB by the code L059, was first synthesized by chemists at UCB in an attempt to develop a new nootropic drug.

87.    A nootropic drug is one believed to improve cognitive function. ASDs are not a subclass of nootropic drugs.

88.    Initial testing performed by Professor Löscher showed that levetiracetam was not active in the classical MES and PTZ tests, but was active in the amygdala kindled rat and audiogenic mouse models.

89.    Keppra was not commercially available in the United States until after February 2000.

90.    Levetiracetam is one of a small number of ASDs that acts primarily on sites other than the major then-known receptors (e.g., sodium channels, calcium channels, and GABA receptors). As of February 2000, levetiracetam was known only to act on a unique binding site then referred to as the "levetiracetam binding site" or "LBS."

91.    In 2004, it was discovered that the LBS is synaptic vesicle protein 2A ("SV2A"), a protein involved in the regulation of neurotransmitter release.

92.    The precise relationship between SV2A and seizure prevention remains unclear today.

93.    Levetiracetam consists of a 2-pyrrolidone ring, an acetamide moiety, and an ethyl side chain at the α carbon attached to the 2-pyrrolidone ring at the nitrogen as shown in the below diagram:



2-pyrrolidone ring

butanamide/butyramide chain
ethyl side chain
acetamide moiety
alpha carbon with S stereochemistry

94.     As of February 2000, very little was publicly known about levetiracetam's mechanism of action beyond that it did not appear to derive from any interaction with known mechanisms involved in inhibitory and excitatory neurotransmission.

95.     Levetiracetam possessed a unique preclinical profile that suggested that it acted by a unique mechanism. It was not active in the classical MES and PTZ screening tests, but it was active in the amygdala kindled rat screening model. This profile was unprecedented among ASDs.

96.     Even today, there is much that is not understood about levetiracetam's anti-seizure mechanism. Although the LBS was identified as the SV2A protein in 2004, the site on SV2A on which levetiracetam acts was (and remains) unknown. It also remains unknown how levetiracetam actually changes the structure or function of SV2A (if at all) to exert an anti-seizure effect.

97.     In addition to acting on the LBS (i.e. acting as an SV2A ligand), levetiracetam has also been shown to inhibit calcium channels and to regulate GABA.

**H.     UCB's Continued Research Into ASDs – the B011/B051 Project**

98.     After UCB's discovery of levetiracetam's anti-seizure properties in the early 1990s, it undertook significant efforts to identify additional LBS ligands, with the goal of identifying a superior ASD.

99.     Building off internal knowledge about levetiracetam, UCB began its efforts by randomly modifying levetiracetam and screening the resulting compounds for anticonvulsant activity. As the years progressed, UCB was able to combine existing animal evaluation models with the discovery of the LBS and transitioned from random screening to a random screening plus rational design approach, screening compounds for LBS affinity and selectivity in addition to screening compounds for improved seizure protection in various animal models, such as the audiogenic mouse model.

100.    Between the 1990s and the early 2000s, UCB synthesized and screened approximately 12,000 compounds in an effort to find an improved LBS ligand.

101.    Early results from these efforts in the first half of the 1990s led to the discovery of at least four promising candidates, including compounds with halogenated methyl substituents; all were terminated in 1997 due to toxicity issues.

102.   In around 1994–95, UCB synthesized some of the first pyrrolidone derivatives substituted with unsubstituted alkyl groups at the 4-position, including methyl- and isopropyl-substituted compounds. The binding affinity and anticonvulsant activity data for each of these 4-alkyl compounds was similar to or worse than the data for levetiracetam.

103.   One of the compounds that UCB synthesized in the late 1990s was brivaracetam, which features an n-propyl group at the 4-position of the pyrrolidone ring of levetiracetam. Brivaracetam displayed at least ten times higher binding affinity for the LBS and anticonvulsant activity in the audiogenic mouse model than levetiracetam.

104.   Brivaracetam is known to show activity at SV2A and therefore is at times referred to as an SV2A ligand.

## II.   THE ASSERTED CLAIM IS NOT OBVIOUS

105.   Defendants cannot prove by clear and convincing evidence that Claim 5 is invalid as obvious under 35 U.S.C. § 103.

106.   The priority date of the '461 Patent is February 23, 2000. The obviousness of the invention of Claim 5 is to be evaluated as of that date.

### A.      Scope and Content of the Prior Art[1]

#### 1.      Abou-Khalil

107.   *Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers* ("Abou-Khalil") is an abstract about the use of levetiracetam written by Bassel Abou-Khalil and others and published in Epilepsia in 1996. Abou-Khalil noted that adverse events "were generally mild and transient." Abou-Khalil concludes that "ucbL059 appears to be an effective and well tolerated adjunctive agent in the treatment of refractory partial onset seizures."

#### 2.      Albert

108.   *Selective Toxicity: The physico-chemical basis of therapy* ("Albert") is an excerpt of a book written by Adrien Albert and published in 1985. Albert discusses "[t]he fall and rise of bacteriostatic action with [the] fall and rise of partition coefficient" in various oxine substances, which are structurally different from 2-pyrrolidones and are not ASDs. Albert demonstrates that the relationship between lipophilicity and bacteriostatic activity is not predictable.

#### 3.      Appleton

109.   *Lorazepam versus diazepam in the acute treatment of epileptic seizures and status epilepticus* ("Appleton") is an article written by Richard Appleton and

---

[1] Unless expressly admitted as an undisputed fact, Plaintiffs do not admit that any of the references contained in this section are prior art.

25

others and published in Developmental Medicine and Child Neurology in 1995. Appleton was a study conducted with children in the UK and evaluated only the efficacy of diazepam and lorazepam in treating acute seizures including status epilepticus. Appleton does not discuss levetiracetam.

### 4. Ben-Menachem

110. *Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures* ("Ben-Menachem") is an abstract about use of levetiracetam written by E. Ben-Menachem and others and published in Epilepsia in 1999. Ben-Menachem concludes that "[t]he results of this trial were consistent with the results of other studies during the add-on treatment period," including that "[t]he efficacy of [levetiracetam] was maintained during the monotherapy period" and "[t]he safety profile was similar to placebo."

### 5. Bobkov

111. *Pharmacological Characteristics of 4-Phenylpiracetam – A New Phenyl Analog of Piracetam* ("Bobkov") is an article written by Yu G. Bobkov and others and published in Byulleten Eksperimental noi Biologii I Meditsiny in 1983. Bobkov discusses and provides data on 4 compounds—(1) 4-phenylpiracetam; (2) piracetam; (3) 4-phenylpyrrolidone; and (4) morpholep. The study was conducted

by observing the sedative, anticonvulsive, myorelaxant, and anti-aggressive effect of the compounds in rats, mice, and guinea pigs.

112.   Bobkov notes that it is drawing on work previously reported by the same group working with pyrrolidone derivatives, which was reported in Gouliaev, described *infra*. Bobkov does not discuss levetiracetam.

### 6.   Burris

113.   *Review and Evaluation of Pharmacology/Toxicology Data* ("Burris") is a review written by Jennifer A. Burris and completed in 1999 as part of FDA's review of the Keppra NDA. Defendants have not shown that Burris was publicly available by February 23, 2000.

114.   Burris identifies that levetiracetam "was shown to have low toxic potential and a high therapeutic index" in animal studies. Burris also observes that levetiracetam has a "low potential . . . to produce CNS adverse effects" and that "[t]here appears to be a relatively wide safety margin for any adverse CNS effects with levetiracetam relative to other anti-epileptic drugs."

### 7.   CA '319/WO '683

115.   International Patent Application No. 99/25683 ("WO '683"), published May 27, 1999, and its Canadian counterpart, Canadian Patent Application No. 2,310,319 ("CA '319"), name Thomas J. Feuerstein and Rainer Knorle as

inventors. Both documents appear to have identical disclosures; however, WO '683 was written in German, whereas CA '319 is in English.

116.   CA '319 and WO '683 describe compounds that were found to be able to reduce extracellular glutamate levels and therefore were suitable for the treatment of various disorders such as stroke and cerebral apoplexy. CA '319 and WO '683 claim "a 2-pyrrolidinone derivative" of the following "general formula" and defines $R^1$–$R^7$ broadly to include a large number of potential substituents, therefore including millions of compounds.



Neither reference discusses levetiracetam.

### 8.   Crawford

117.   *Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period* ("Crawford") is an abstract about the use of levetiracetam written by P. Crawford and others and published in Epilepsia in 1999.

118.   Crawford concludes that somnolence was observed in patients receiving 4000 mg/day when administered without up-titration, which is above the

FDA-approved maximum dose of 3000 mg/day. Although Crawford observed adverse events, Crawford also stated that "[m]ost of these AEs were moderate or [mild] in severity."

### 9.    EP '490

119.    European Patent Specification No. EP 0154490 B1 ("EP '490"), filed on February 26, 1985, names Mario Pinza as the inventor. It is titled "Process for the preparation of pyrrolidone derivatives." EP '490 concerns a process for preparing "2-oxo-1-pyrrolidineacetamide derivatives, which may also be called 1-carbamoylmethyl-2-pyrrolidinone derivatives."

120.    EP '490 states without any further explanation that "[i]t is known that 4-substituted derivatives of 2-oxo-1-pyrrolidineacetamide are valued psychotropic agents that . . . restore cognitive function that has been damaged as a result of various pathologies," citing only articles that discuss oxiracetam, a 4-hydroxy substituted piracetam that does not display anticonvulsant activity. EP '490 does not discuss levetiracetam.

### 10.    FDA Guidance

121.    *Development of New Stereoisomeric Drugs* ("FDA Guidance") is an FDA Guidance document published in 1992. FDA Guidance "focuses on issues relating to the study and pharmaceutical development of individual enantiomers and racemates." "Such stereoisomers usually require specialized chiral techniques for

their correct identification, characterization, separation and measurement." This reference does not discuss levetiracetam.

### 11.  GB '692

122.   Great Britain Patent No. 1,309,692 ("GB '692"), filed on February 13, 1970, names Joseph Honore, Lucien Michel Strubbe, and Raymond Armand Linz as inventors. It is titled "New N-Substituted Lactams."

123.   GB '692 describes N-substituted pyrrolidone derivatives, the preparation thereof, and the use thereof for therapeutic purposes. GB '692 claims the following "general formula" and defines X, Y, R', and R" broadly to include a large number of potential substituents.



124.   The genus disclosed by GB '692 encompasses at least millions of compounds. Among those millions of compounds, GB '692 does not provide specific guidance to choose the substituents needed to arrive at either brivaracetam or levetiracetam.

### 12.   Glozman

125.   *The Synthesis and Antispamodic Activity of 4-Phenylpyrrolidone-2-Acetamides* ("Glozman") is an article written by O.M. Glozman and others and published in Khimiko-Farmatsevticheskii Zhurnal in 1980. Glozman appears to be another article from the same lab group that published the Bobkov paper, and is cited in Bobkov.

126.   Glozman discusses the synthesis and antispasmodic activity of 4-phenylpyrrolidone-2-acetamides and discusses the possibility of attaching a phenyl ring to the 4 position of the pyrrolidone ring. This reference does not discuss levetiracetam.

### 13.   Gobert '639

127.   United States Patent No. 4,943,639 ("Gobert '639") names Jean Gobert, Jean-Pierre Geerts, and Guy Bodson as inventors. It issued on July 24, 1990. It is titled "(S)-alpha-ethyl-2-oxo-1-pyrrolidineacetamide." Gobert '639 concerns "(S)-alpha-ethyl-2-oxo-1-pyrrolidineacetamide, its preparation and pharmaceutical compositions containing the same." Gobert '639 at Abstract. (S)-alpha-ethyl-2-oxo-1-pyrrolidineacetamide is also known as levetiracetam.

### 14.   Gouliaev

128.   *Piracetam and other structurally related nootropics* ("Gouliaev") is an article written by Alex Haahr Gouliaev and others and published in Brain Research Reviews in 1994. Gouliaev is a review that covers clinical, pharmacokinetic,

biochemical and behavioral results presented in the literature from 1965 through 1992 concerning nootropic compounds, including several racetams, like piracetam, oxiracetam, pramiracetam, etiracetam, nefiracetam, aniracetam, and androlziracetam, which Gouliaev notes had been investigated more thoroughly than other racetams. Gouliaev notes that these racetams pass the blood-brain barrier despite possessing log $P$ values ranging from negative to positive.

### 15.   Keppra Label

129.   The product insert for Keppra ("Keppra Label") is dated December 1, 1999. Defendants have not shown that the Keppra Label was publicly available by February 23, 2000.

130.   The Keppra Label explains that Keppra (levetiracetam) is an antiepileptic drug (ASD) that has been shown to be effective as adjunctive therapy in adults in three clinical studies. The Keppra Label also provides information regarding drug interactions, dosing adverse reactions, dosage, and administration.

### 16.   Keppra Medical Review

131.   *FDA Division of Neuropharmacological Drug Products, Clinical Review of NDA Submission* for Keppra ("Keppra Medical Review") is an FDA review of levetiracetam's clinical trials completed in 1999 as part of FDA's review of the Keppra NDA. Defendants have not shown that the Keppra Medical Review was publicly available by February 23, 2000.

132.   The Keppra Medical Review shows that levetiracetam had a marginally higher rate of discontinuations due to adverse effects as compared to a placebo, which suggests that levetiracetam has an overall low rate of adverse effects.

### 17.   Levin

133.   *Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability* ("Levin") is an article written by Victor A. Levin and published in the Journal of Medicinal Chemistry in 1980. Levin reports data for a number of compounds in an effort to correlate lipophilicity, molecular size, and the ability to cross the BBB.

134.   Levin discloses an equation, based on 22 compounds structurally unrelated to levetiracetam, which purports to correlate the brain permeability of a compound with the octanol/water partition coefficient of a compound and its molecular weight but notes that brain permeability is one factor of many that ultimately impact activity. Levin concludes that, all else being equal, among the compounds studied with a molecular weight below 400, increasing lipophilicity appears to improve brain permeability. This reference does not discuss levetiracetam.

### 18.   Litina

135.   *Review, Reevaluation, and New Results in Quantitative Structure Activity Studies of Anticonvulsants* ("Litina") is an article written by Dimitra

Hadjipavlou-Litina and published in Medicinal Research Reviews in 1998. Litina discusses the lipophilicity of larger lactam rings and, among the compounds discussed in Litina, the correlation of certain physiochemical data to the effects of the compound in the MES and PTZ tests. This reference does not discuss levetiracetam.

### 19.   Lolin

136.   *Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: Phenytoin* ("Lolin") is an article written by Yvette I. Lolin and others and published in Epilepsy Research in 1994. Lolin discusses the pharmacokinetics of phenytoin and explains that the therapeutic potential of a drug can be optimized by devising a rational dosing regimen based on pharmacokinetics. Phenytoin is structurally different from 2-pyrrolidones, and Lolin does not discuss levetiracetam.

### 20.   Löscher

137.   *Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy* ("Löscher") is an article written by Wolfgang Löscher and others and published in The Journal of Pharmacology and Experimental Therapeutics in 1998. Löscher examined the antiepileptogenic capability of levetiracetam in the amygdala kindling model in rats.

138. Löscher concludes that levetiracetam may be useful for the pharmacological prevention of epilepsy, particularly in patients with head injury that have a high prospective risk of development of epilepsy.

### 21.   March

139. *Advanced Organic Chemistry: Reactions, Mechanisms, and Structure* ("March") is an excerpt of a textbook written by Jerry March and published in 1992. March is a basic reference about organic compounds. This reference does not discuss levetiracetam.

### 22.   Noyer

140. *The Novel Antiepileptic Drug Levetiracetam (UCB L059) Appears to Act Via a Specific Bonding Site in CNS Membranes* ("Noyer") is an article written by Michel Noyer and others at UCB and published in the European Journal of Pharmacology in 1995. Noyer discusses levetiracetam, which at the time was in clinical development with an unknown mechanism of action.

141. Noyer discloses the LBS affinity and anticonvulsant activity (as measured by the audiogenic mouse model) resulting from various modifications of levetiracetam, with a focus on the butanamide side chain. There are only a few compounds that propose other types of modifications on the molecule.

| Compound | R1 | | R2 | pKi | ED$_{50}$ mmol/kg | Range |
|---|---|---|---|---|---|---|
| Piracetam | H | - | CONH2 | 4.5±0.1 | 2.1 | 1.3-7.6 |
| Levetiracetam | C2H5 | S | CONH2 | 6.1±0.1 | 0.05 | 0.04-0.07 |
| ucb L060 | C2H5 | R | CONH2 | <3.0 | >1.0 | ND |
| 3 | CH3 | S | CONH2 | 5.5±0.1 | 0.10 | 0.04-0.19 |
| 13 | CH3 | R | CONH2 | <3.0 | #3.0 | |
| 4 | C3H7 | S | CONH2 | 5.3±0.0 | 0.13 | 0.03-0.22 |
| 14 | cycloC3H5 | - | CONH2 | #4.0 | #1.0 | |
| 5 | isoC3H7 | S | CONH2 | 4.7±0.1 | 0.66 | ND |
| 15 | C4H9 | R | CONH2 | <3.0 | 0.41 | 0.37-0.47 |
| 6 | C4H9 | S | CONH2 | 5.0±0.0 | 0.18 | 0.13-0.32 |
| 16 | isoC4H9 | S | CONH2 | <4.0 | #1.0 | |
| 7 | C6H13 | S | CONH2 | 5.3±0.1 | 0.24 | 0.20-0.29 |
| 17 | C6H13 | R | CONH2 | 4.3 | 0.13 | ND |
| 18 | C2H4CONH2 | d l | CONH2 | #4.0 | #1.0 | |
| 8 | C2H5 | S | CONHCH3 | 4.9 | 0.4 | 0.25-0.61 |
| 19 | C2H5 | d l | (structure) | #4.0 | #1.0 | |
| 9 | C2H5 | S | CSNH2 | 5.0 | 0.46 | ND |
| 20 | C2H5 | S | CONHCH2φ | #4.0 | #0.56 | |
| 21 | C2H5 | S | COOH | #4.0 | #3.0 | |
| 10 | C2H5 | S | CONH2 | 6.3 | 0.043 | 0.022-0.060 |
| 11 | C2H5 | (structure) | CONH2 | 5.2±0.1 | 0.42 | 0.18-1.45 |
| 12 | C2H5 | (structure) | CONH2 | 4.8 | 0.92 | 0.64-1.45 |
| 22 | C2H5 | (structure) | CONH2 | #4.0 | #1.0 | |
| HA 966 | - | (structure, NH2) | - | #3.0 | 0.073[a)] | 0.048-0.096 |
| Aniracetam | 0 | (structure, OH) | (benzene-OCH3) | 3.0±0.2 | >3.0 | ND |

142.  Of the 24 comparative compounds, one (compound 10) displayed higher LBS binding affinity and anticonvulsant activity than levetiracetam. The remaining compounds showed, in varying degrees, reduced LBS affinity and anticonvulsant activity as compared to levetiracetam. The compounds with additional carbons on the acetamide moiety as compared to levetiracetam (e.g., compounds 4, 6, and 7) show decreased affinity and activity.

### 23. Olesen

143. *Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man* ("Olesen") is an article written by Jes Olesen and others and published in Stroke in 1978. Olesen characterized the ability of two compounds, isoproterenol and propranolol, to cross the blood-brain barrier. Isoproterenol and propranolol are structurally different from 2-pyrrolidones, and Olesen does not discuss levetiracetam.

### 24. Pardridge

144. *CNS Drug Design Based in Principles of Blood-Brain Barrier Transport* ("Pardridge") is an article written by William M. Pardridge and published in the Journal of Neurochemistry in 1998. Pardridge advises two potential approaches to increase the BBB permeability of a small molecule: (a) block hydrogen bond-forming functional groups, e.g., hydroxyls, or (b) increase the number of methylene groups. Pardridge notes that it is less clear if BBB permeability is greatly increased by the addition of methylene groups, because it has not been shown that increasing lipid solubility translates into increased BBB permeability. Pardridge also identifies some risks associated with increasing the lipid solubility of a compound.

### 25. Patsalos 1994

145. *New Epileptic Drugs Towards an Improved Risk-Benefit Ratio* ("Patsalos 1994") is an article written about levetiracetam by P.N. Patsalos and

37

others and published in Drug Safety in 1994. Patsalos 1994 explains that levetiracetam had "a unique profile of action incorporating features in common with other available antiepileptic drugs [ASDs], minimal adverse effects, a high therapeutic index, and rapid absorption after oral ingestion."

### 26.   Patsalos 2000

146.   *Pharmacokinetic profile of levetiracetam: toward ideal characteristics* ("Patsalos 2000") is an article written by P.N. Patsalos and published in Pharmacology & Therapeutics in 2000. Patsalos 2000 explains that levetiracetam is an antiepileptic drug (ASD) with a unique preclinical profile, a high therapeutic index, and potential antiepileptogenic effects. It further notes that the results of clinical trials indicate activity in partial-onset and generalized seizures. Patsalos 2000 further explains that levetiracetam has a wide margin of safety and patient-friendly pharmacokinetics.

### 27.   Perucca

147.   *Drugs Under Clinical Trial* ("Perucca") is a book chapter written by E. Perucca and published in Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology in 1999. Perucca reviews a number of antiepileptic drugs (ASDs) that were undergoing clinical testing.

148.   Perucca explains that the search for newer drugs with improved efficacy and safety was ongoing due to an existing need for more effective drugs,

and that none of the "new agents" were ideal in terms of their pharmacokinetic properties, interaction potential, spectrum of activity, and side effect profile.

### 28.    Prous

149.    *Levetiracetam* ("Prous") is an article written by Prous and others and published in Drugs of the Future in 1994. Prous discusses the nootropic properties of levetiracetam. This includes discussion of various measures of the pharmacological activity of levetiracetam. Prous notes that levetiracetam was in Phase II trials in Europe for epilepsy and anxiety treatment.

### 29.    Sharief

150.    *Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy* ("Sharief") is an article about the use of levetiracetam in 14 patients written by M.K. Sharief and others and published in the Journal of Epilepsy in 1996. Sharief concludes that levetiracetam may have potential antiepileptic properties, is apparently well-tolerated, and has minor adverse effects. Sharief further concludes that the good tolerability profile and maintained antiepileptic activity of levetiracetam suggest that it is an effective drug in the long-term management of patients with intractable partial epilepsy.

### 30.    Shorvon

151.    *Efficacy and Tolerability of Levetiracetam (LEV) as Add-On Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial* ("Shorvon") is an abstract about the use of

levetiracetam written by Shorvon and others and published in Epilepsia in 1999. Shorvon concludes that the results show a significant superiority of both doses of levetiracetam over placebo in reducing the weekly seizure frequency.

### 31.   Stables

152.   *Progress report on new antiepileptic drugs: A summary of the Second Eilat Conference* ("Stables") is an article written by J.P. Stables and others and published in Epilepsy Research in 1995. Stables discusses presentations delivered at the Second Eilat Conference on New Antiepileptic Drugs concerning antiepileptic drugs (ASDs) in development, including levetiracetam. Levetiracetam is reported as showing anticonvulsant activity in certain animal models with no cardiovascular, carcinogenic, or reproductive toxicities. Stables does report "slight sedation at very high doses," but does not further disclose the severity of the sedation and does not indicate what a "very high dose" would be.

### 32.   Waterbeemd

153.   *Estimation of Blood-Brain Barrier Crossing of Drugs Using Molecular Size and Shape, and H-Bonding Descriptors* ("Waterbeemd") is an article written by Han van de Waterbeemd and others and published in the Journal of Drug Targeting in 1998. Waterbeemd analyzes a collection of molecules (both CNS and non-CNS active drugs) to assess the influence of properties, including lipophilicity, on brain uptake. Waterbeemd observes that correlations between membrane permeation data

(such as gastrointestinal and brain cell membranes) and physicochemical properties of drugs or drug candidates "unravel trends and do not produce hard relationships." Waterbeemd also notes that CNS activity depends on multiple factors, such as dose, receptor affinity, receptor concentration, protein binding in the periphery, and metabolism.

154.   Waterbeemd states the optimal log $D$ values for brain uptake should be in the range of 1–4, but numerous CNS drugs have log $D$ (log $P$) values below 1, including 8 specifically identified in Waterbeemd. Waterbeemd does not discuss levetiracetam.

### 33.   Wong

155.   *Substituent Effects on Partition Coefficient of Barbituric Acids* ("Wong") is an article written by Ooi Wong and others and published in the Journal of Pharmaceutical Science in 1988. Wong discusses effects of various substituents on the partition coefficients of barbituric and 2-thiobarbituric acids, which are compounds distinct from pyrrolidones. Among these compounds Wong concludes that it is substituent steric effects and not substituent polar effects that make a significant contribution to log $P_{exp}$. Wong does not discuss levetiracetam.

156.   Wong cautions against relying solely on log $P$ values that are "purely calculated" by modeling software when performing SAR studies.

41

**B.**      **The POSA Would Not Have Selected Levetiracetam as a Lead Compound**

157.   Most existing ASDs as of February 2000 were not discovered by any form of target-based (or rational) design. Instead, most ASDs were discovered by serendipity (i.e., discovering that an existing compound has anti-seizure properties) or through screening of structurally modified compounds (e.g., modifying an existing compound that is known to have anti-seizure properties to attempt to improve one or more of its properties). And, even then, screening of structurally modified compounds had not reliably produced new and better ASDs as of February 2000.

158.   Due to the historical lack of success in target-based design and screening structurally modified compounds, the POSA as of February 2000 most likely would have designed or screened entirely new compounds to develop a new ASD.

159.   If the POSA had decided to pursue the development of a new ASD in February 2000 by either target-based design or structural modification of an existing compound, the POSA would not have selected levetiracetam as a lead compound.

160.   The POSA would have selected one of the many other approved ASDs or one of the compounds that was in development at the time as a lead compound rather than levetiracetam.

161.   Approximately 30 ASDs had been approved for the treatment of epilepsy by February 2000. At least 10 additional compounds were publicly known to be in development as of February 2000 and had demonstrated efficacy against seizures in clinical trials in humans or in animal studies.

### 1.   As of February 2000, There Were Many FDA-Approved ASDs the POSA Could Have Chosen as a Lead Compound

162.   The 30 ASDs that FDA had approved by February 2000 spanned numerous chemical classes and numerous mechanisms of action, including ion channel blocking, glutamate modulation, and GABA modulation. The FDA-approved compounds as of February 2000 included:

- Barbiturates, including phenobarbital, mephobarbital, metharbital, and primidone
- Oxazolidinediones, including paramethadione and trimethadione
- Suximides, including phensuximide, methsuximide, and ethosuximide
- Benzodiazepines, including diazepam, clonazepam, lorazepam, and clorazepate
- Phenytoin
- Ethotoin
- Carbamazepine
- Oxcarbazepine
- Valproate
- Vigabatrin
- Zonisamide

- Lamotrigine

- Felbamate

- Gabapentin

- Topiramate

- Tiagabine

163. The standard ASDs as of February 2000 were valproate, carbamazepine, and phenytoin.

164. Although all of the FDA-approved compounds demonstrated clinical efficacy for some patients, some compounds showed broad spectrum activity, while others were specific to certain types of seizures.

165. The FDA-approved compounds also had side effects. The most common side effects of ASDs were sedation/drowsiness, dizziness, and impaired coordination. Other common side effects included teratogenicity (e.g., birth defects), skin issues (e.g., rash), visual effects (e.g., diplopia), and other cognitive effects (e.g., confusion and impaired concentration). Some FDA-approved ASDs were associated with severe idiosyncratic side effects. For example, lamotrigine was associated with skin desquamation and epidermal necrolysis. Vigabatrin was associated with irreversible visual field constriction.

166. As another example, felbamate was an FDA-approved compound that, after approval, demonstrated serious side effects, such as aplastic anemia and liver toxicity, once it was administered to a larger population of patients. Felbamate was

44

briefly removed from the market, but ultimately allowed back on with a black-box warning.

**2.     As of February 2000, There Were Many ASDs in Development**

167.   There were at least ten additional ASDs in clinical development as of February 2000 that also spanned numerous chemical classes and numerous mechanisms of action, including ion channel blocking, glutamate modulation, and GABA modulation. The compounds in development as of February 2000 included:

- Imepitoin

- DP-Valproate

- Isovaleramide

- Safinamide

- Pregabalin

- Remacemide

- Retigabine

- Rufinamide

- Stiripentol

- Valrocemide

168.   Each of these compounds was active in numerous animal models, such as the MES, PTZ, audiogenic mouse, and amygdala kindled rat models. In fact, all of the compounds were shown to be active in at least one of the MES or PTZ tests, and all but one (DP-Valproate) were shown to be active in both tests.

45

169.   Early studies indicated that each of the ten compounds in development were well tolerated, although some had certain limited side effects.

170.   Four of these ten compounds in development ultimately received FDA approval for use as ASDs in humans.

### 3.   Levetiracetam's Mechanism of Action and Target Were Poorly Characterized as of February 2000

171.   Levetiracetam's mechanism of action was largely unknown and poorly characterized as of February 2000. The lack of information surrounding levetiracetam's mechanism of action would have made the POSA less likely to select levetiracetam as a lead compound.

172.   The source of levetiracetam's anti-seizure effect, then speculated to be the LBS, was poorly understood as of February 2000. The lack of information available to the POSA concerning both the basis for levetiracetam's anti-seizure effect and the LBS itself would have made it exceedingly difficult to predict how changes to a compound's chemical structure would affect its binding to the LBS, its efficacy against seizures, and other features important to drugability, including toxicity and pharmacokinetics.

173.   Compared to binding to the LBS, other ASD mechanisms of action and targets, including calcium and sodium ion channels, were better understood and characterized as of February 2000.

### 4. Little Was Known About Levetiracetam's Clinical Performance Compared to Other Approved ASDs as of February 2000

174. As of February 2000, very little was publicly known about levetiracetam's clinical performance. This lack of public information about levetiracetam's clinical performance would have made the POSA less likely to select levetiracetam as a lead compound.

175. Keppra (levetiracetam) was approved in the United States in 1999 (its first approval worldwide). But Keppra was not launched in the United States until April 2000. As of February 2000, Keppra was not yet available for physicians to prescribe to patients.

176. As of February 2000, the only evidence of real-world clinical experience with levetiracetam was in the context of clinical trials. But the only public reports of the pivotal Phase II clinical trials that were available as of this time were short article stubs. The full clinical trials reports of the pivotal Phase II clinical trials of levetiracetam were not published until after February 2000.

177. As of February 2000, the POSA would have been concerned that patients would exhibit tolerance to levetiracetam, given an article from Professor Wolfgang Löscher in 1998 that suggested that rats administered levetiracetam showed signs of tolerance. Tolerance is concerning to epilepsy researchers and

clinicians because it means that a patient must be given ever-increasing doses of a drug to maintain the same efficacy.

178.   Many other approved ASDs shared the same qualities that Defendants' expert, Dr. Lepore, has opined would have attracted the POSA to levetiracetam, including that it is "rapidly absorbed," has "minimal adverse effects," and has a "high therapeutic index."

179.   The POSA as of February 2000 would have been less likely to choose levetiracetam as a lead compound based on the fact that UCB had no history of expertise in epilepsy treatment.

180.   Since levetiracetam became publicly known on September 29, 1987, no company other than UCB has attempted to modify levetiracetam to make a new ASD.

181.   Defendants have made no argument that brivaracetam is obvious over any lead compound other than levetiracetam.

**C.   Asserted Claim 5 Is Not Obvious Over Levetiracetam as a Lead Compound**

**1.   The POSA Would Focus on Activity, Toxicity, and Tolerability in Developing an ASD**

182.   The POSA would focus on activity, tolerability, and toxicity during drug discovery.

183.   The goal of any drug discovery process is to discover molecules that bring about a therapeutic effect with minimal side effects at a reasonable dose (or, said differently, finding compounds with high levels of anticonvulsant activity, minimal toxicity, and maximal tolerability).

184.   When the intended target is poorly characterized overall but has been shown to be sensitive to even small changes in the molecular structure of potential ligands, the POSA would understand that the likelihood of adversely affecting activity when modifying a compound (whether to increase lipophilicity or otherwise) is high.

185.   If little is known about off-target activity of a compound, as was the case with levetiracetam, it would be close to impossible to predict whether a change in a molecule would adversely impact toxicity and tolerability, or have no effect. The POSA would be particularly aware of these problems when developing a treatment for epilepsy, given that the majority of assessment models are black box— meaning, the POSA only sees the ultimate phenotypic response of administration, not the mechanism by which the drug elicits the response.

186.   Although lipophilicity can impact a compound's brain uptake—which could then potentially have an impact on activity, administered dose, and/or side effect profile—the POSA would not prioritize changing a compound's lipophilicity due to the potential negative impacts on activity, toxicity, and tolerability. Increasing

blood-brain barrier permeability means nothing if the resulting compound is inactive and can be dangerous if the resulting compound is toxic. The POSA would not take these risks—especially if the drug to be modified was already known to have good activity and a favorable side effect profile.

187.    The prior art, including Levin and Litina, recognized that brain uptake is only part of the equation for CNS activity. Levin, for example, states that "BBB passage alone" is an "insufficient criterion" for activity and adds that other factors such as "[p]lasma pharmacokinetics, rate and site of drug biotransformation," and the drug's "mode of action" also modulate activity. Litina likewise acknowledges "affinity for CNS receptors" as a crucial factor.

188.    Increasing the lipophilicity of a compound is not a simple task. Although some substituents were known, in the abstract, to increase the lipophilicity of the compounds to which they were added, these substituents did not increase lipophilicity in a predictable manner.

189.    Even if the POSA could successfully modify a drug to increase its lipophilicity, in addition to the structural modification itself leading to unpredictable changes to activity, toxicity, and tolerability, the increase in lipophilicity could, among other downsides, 1) prevent the drug from partitioning into the brain's interstitial cerebrospinal fluid, 2) increase metabolism, generating undesired metabolites, and 3) increase unwanted plasma protein binding.

### 2. The POSA Would Not be Motivated to Increase Levetiracetam's Lipophilicity to Change the Properties Identified by Defendants

190. As of February 2000, levetiracetam was known to have several exceptional properties, such as a unique profile of action, minimal adverse effects, and a high therapeutic index, low neurotoxicity, rapid absorption, close to 100% oral bioavailability, no known drug interactions, and good tolerability.

191. The prior art does not point to any property of levetiracetam that the POSA would understand to be deficient and in need of improvement—and thus motivate the POSA to make modifications to levetiracetam's structure—and Defendants fail to identify such a property.

192. Assuming that the POSA were motivated to modify the structure of levetiracetam, the POSA would not be motivated to increase levetiracetam's ability to cross the blood-brain barrier to reduce its administered dose, improve upon its side effect profile or its activity, by focusing on increasing levetiracetam's lipophilicity.

193. Even if the POSA were motivated to increase levetiracetam's ability to cross the blood-brain barrier to reduce its administered dose and/or reduce side effects or increase its activity (as Defendants argue) there were several alternative methods for doing so that the POSA would more appropriately consider that account for activity, toxicity, and tolerability (the driving forces of drug discovery).

### a)      Brain Uptake

194.   The POSA would not be motivated to improve upon levetiracetam's brain uptake, whether by increasing lipophilicity or via other methods, because levetiracetam's brain uptake was adequate.

195.   Levetiracetam was already active at its FDA-approved dosage without significant side effects, which meant that sufficient quantities of levetiracetam were already reaching the brain to treat partial onset seizures without triggering dosage-related side effects.

196.   Levetiracetam already had a favorable side effect profile at its FDA-approved dosage, so the POSA would not have been motivated to change its side effect profile at all, whether by increasing brain uptake or via other methods.

197.   The disclosures of Waterbeemd or Litina would not motivate the POSA to increase levetiracetam's brain uptake, whether by increasing lipophilicity or via other methods.

198.   The POSA would not understand it to be "necessary" for CNS drugs to have a log $P$ value between 1 and 4 in order to be successful. The POSA would understand that levetiracetam is an effective CNS drug while having a log $P$ value of -0.65. Waterbeemd itself discloses multiple compounds that are CNS-active despite having log $P$ values below 1, as shown in Figure 7 of Waterbeemd.



Figure 7 of Waterbeemd draws a box around the CNS-active compounds, which stretches from a log *D* range of roughly -1 to 4 and would include levetiracetam.

199.   Figure 7 of Waterbeemd only discloses whether a given drug is active or inactive and does not tell the POSA whether a given drug is more or less brain penetrative. Figure 7 of Waterbeemd discloses nothing to the POSA beyond whether the compound is CNS-active, what the compound's log *P* value is, and what the compound's molecular weight is.

200.   The POSA would not read Figure 7 of Waterbeemd as teaching that levetiracetam had low brain uptake (or any other deficiency) because Waterbeemd does not state that the compounds towards the "edges" of the box are (a) more or less brain penetrative; or (b) more or less active when compared to those in the "center" of the box. Nor would levetiracetam's placement in Figure 7 of Waterbeemd motivate the POSA to increase levetiracetam's lipophilicity to move it closer to the "center" of the box.

201.    The fact that the 4-propyl analog of levetiracetam somewhat aligns with meprobamate on the plot, as Defendants argue—which has a log $D$ below Waterbeemd's proposed log $D$ range of 1.0–4.0—is irrelevant. The POSA would have no reason to believe that any given compound would be a successful ASD based on its log $P$ value and molecular weight being located near another CNS-active drug. Thus, the POSA would have no motivation to "align" a compound with any given compound on the plot, especially if the compound, like meprobamate, was not an ASD.

202.    If the POSA nonetheless were to rely on the plot in Figure 7 of Waterbeemd to predict whether a potential compound would be CNS-active, the 4-propyl analog of levetiracetam—based on Defendants' calculations—would be located near at least four CNS-inactive compounds as shown in the annotated figure below. In the figure below, (A) represents levetiracetam and (B) represents the 4-propyl analog of levetiracetam.



203.   Neither Levin nor Burris would motivate the POSA to increase levetiracetam's brain uptake, whether by increasing lipophilicity or via other methods.

204.   Levin notes that drugs without the ability to cross the blood-brain barrier are unlikely to be active in the CNS. The POSA would therefore understand that levetiracetam had sufficient brain uptake because it was an active ASD.

205.   Although Burris mentions that levetiracetam's exchange was "slower for the CNS," this statement is comparing levetiracetam's brain uptake with its uptake into other tissues, such as adipose tissue, the lens, and the kidneys. It does not compare levetiracetam's brain uptake with other ASDs or even other CNS drugs. Burris also mentions, without qualification, that levetiracetam "enters the central nervous system."

206.   Even assuming that the POSA would be motivated to increase levetiracetam's ability to cross the blood-brain barrier, the POSA would not know how levetiracetam crossed the blood brain barrier. Even assuming levetiracetam crossed the blood-brain barrier via passive diffusion, there are multiple transport mechanisms for crossing the blood-brain barrier other than passive diffusion that the POSA would have considered in February 2000.

207.   The POSA seeking to increase levetiracetam's brain uptake might have been motivated to find active brain transport mechanisms besides passive diffusion in order to circumvent the selectivity of the blood-brain barrier. This is especially true given the many potential drawbacks of too-high lipophilicity.

208.   Reducing clearance of the drug from the brain is another means of increasing ultimate brain uptake (increasing the concentration in the brain by raising the equilibrium of the drug in versus drug out). For example, the POSA may also consider the blocking of efflux transporters—such as P-glycoproteins. P-glycoproteins recognize many small lipophilic molecules as substrates and can then efflux these molecules out of the brain.

### b)   Side Effect Profile or Dosage Amount

209.   Levetiracetam was known in the art to have minimal side effects at its administered dosage and the POSA would not have been motivated to lower

levetiracetam's dosage amount or change its side effect profile, whether by increasing lipophilicity or via other methods.

210.   Several articles remarked on levetiracetam's favorable side effect profile, including Perucca, Noyer and Stables.

211.   Discussions in Stables of "slight sedation at very high doses" of levetiracetam without explaining what the "very high doses" were or if they were comparable to practical human dosing on a mg/kg basis, would not have motivated the POSA to reduce levetiracetam's administered dose to reduce the incidence of sedation (or any other side effects), whether by increasing lipophilicity or otherwise.

212.   The mere incidence of more frequent side effects for patients on levetiracetam as compared to a placebo, as reported in the FDA review of levetiracetam's clinical data would not have motivated the POSA to change levetiracetam's side effect profile, whether by increasing lipophilicity or via other methods.

213.   The POSA would have understood that many known ASDs at the time were known to exhibit adverse effects, with 31% of patients reporting adverse effects while taking phenytoin, 23% with phenobarbitone (also known as phenobarbital), 15% with carbamazepine, and 12% with sodium valproate. Levetiracetam's adverse effects were well within these ranges.

214.   Although there remained a need to find ASDs with better side effect profiles, the preferred way of doing so was to find new compounds that operated by different mechanisms of action; not reducing the dose of existing compounds.

215.   The POSA would not have been motivated to lower levetiracetam's administered dosage to reduce levetiracetam's side effects because there was no evidence demonstrating that levetiracetam's side effects were related to its administered dosage.

216.   Assuming nonetheless that the POSA would have been motivated to lower levetiracetam's side effects by reducing its administered dose, the POSA would not have been motivated to achieve that result by increasing levetiracetam's lipophilicity.

217.   Lowering the dose of a drug by increasing its lipophilicity is complicated, and doing so, while still resulting in a useful ASD, requires several variables to fall into place. The POSA would have had to ensure that the modified compound 1) was more lipophilic than levetiracetam; 2) crossed the blood-brain barrier more easily than levetiracetam; and 3) accessed the LBS in sufficient quantity for sufficient time, all while 4) increasing the modified compound's potency (i.e., the activity to dose ratio) compared to levetiracetam; and 5) maintaining acceptable toxicity and tolerability for the modified compound. There is no guarantee of success for any of these elements individually, much less all together.

218.   The POSA would not have been motivated to increase levetiracetam's lipophilicity to lower its administered dose because levetiracetam's side effects, such as sedation, are CNS-related. The POSA would have understood that the incidence of levetiracetam's side effects would likely be proportionally-related to levetiracetam's concentration in the brain and the concentration needed to cause the anti-seizure effect. Increasing the lipophilicity of levetiracetam, and all else being equal, increasing the equilibrium concentration in the brain, would potentially increase the incidence of these CNS-related side effects.

219.   Rather than focusing on lipophilicity as an indirect means of potentially lowering the dose and side effects, the POSA could have focused on increasing activity at the biological target, which is still a common strategy in drug development. Increasing the activity at the biological target may also lead to a larger window between the dose that leads to beneficial result, and the dose that causes the off-target activity in the brain.

220.   The POSA could have also attempted to increase retention time of levetiracetam in the brain. For chronically administered drugs, increasing levetiracetam's retention time lowers the necessary dose.

221.   Another method of increasing retention time would have been to explore whether a large amount of levetiracetam, followed by repeated smaller amounts, could lead to sustained action at the receptor. In theory, this route would

have allowed using a known drug, with a known positive activity, toxicity, and tolerability profile, at a lower dose.

### c)  Activity

222.   The POSA would not have been motivated to change levetiracetam's activity profile across various animal models, whether by increasing lipophilicity or via other methods.

223.   The prior art at the time described levetiracetam as having a broad spectrum of action in humans, and levetiracetam was FDA-approved to treat partial-onset seizures.

224.   The POSA would not have ignored levetiracetam's widely understood efficacy profile and fixated on levetiracetam's failures in a handful of epilepsy models (e.g., the MES and PTZ tests), which would not be viewed as problematic in an FDA-approved drug.

225.   The POSA might have considered inactivity in the MES and PTZ tests to be a positive, because showing inactivity in some "traditional" tests while showing activity in other tests can indicate that the drug functions via a different mechanism of action. This is especially important in the context of treating refractory patients, as new mechanisms were likely needed to make progress towards obtaining complete control of seizures.

226.   Even if the POSA would have been motivated to increase levetiracetam's activity in certain animal models, the POSA would not have chosen to focus on lipophilicity to do so. There is no known relevant correlation between lipophilicity and anticonvulsant activity, either with respect to pyrrolidone compounds or FDA-approved ASDs in general.

227.   The fact that levetiracetam has a negative log $P$ while still being a potent anticonvulsant would belie any positive or predictive correlation between lipophilicity and anticonvulsant activity.

228.   Litina only provides a purported correlation between the log $P$ of various ASDs (not pyrrolidones) and activity in the MES and PTZ tests. But, the POSA would have known that levetiracetam is inactive in those models and would not have placed any weight on Litina's purported findings, or any reference that discussed lipophilicity and the MES or PTZ test.

229.   Waterbeemd provides no correlation whatsoever between lipophilicity and anticonvulsant activity. Waterbeemd did not consider anticonvulsant activity specifically, and indeed considered only whether or not a compound had CNS activity, not the degree of activity.

230.   Noyer likewise would have confirmed the lack of correlation between lipophilicity and anticonvulsant activity. For example, Noyer showed compounds

with the same lipophilicities  had different LBS binding affinities and anticonvulsant activities.

231.   Noyer showed that compounds with higher lipophilicities than levetiracetam had lower LBS affinity and lower anticonvulsant activity (as measured in the audiogenic mouse model) than levetiracetam. This would suggest to the POSA that, if anything, substituents that increase lipophilicity on the levetiracetam scaffold led to compounds with decreased activity.

232.   UCB's own work confirmed that there was no correlation between lipophilicity  and LBS affinity or anticonvulsant activity.

### 3.   Assuming the POSA Was Motivated to Modify Levetiracetam, the POSA Would Not Have Been Motivated to Make Defendants' Proposed Modifications

233.   The POSA would not have been motivated to modify levetiracetam to affirmatively  add a 4R-n-propyl group, but make no other modification to the levetiracetam structure, with a reasonable expectation of arriving at a useful ASD with good activity, a lack of toxicity and good tolerability,  in light of the prior art and in further view of the objective indicia discussed below.

234.   Defendants rely on a series of necessary and linked conclusions to support their position that the POSA would have been motivated to add a propyl group in the R configuration to position 4 of the 2-pyrrolidone ring of levetiracetam

and done nothing else. The POSA would not have so concluded. Specifically, the POSA would have had to conclude:

- First, that the butanamide side chain of levetiracetam could not be modified

- Second, that the core structure of the 2-pyrrolidone ring of levetiracetam could not be modified

- Third, that the 3, 4, and 5 positions on the pyrrolidone ring could be modified

- Fourth, that despite this potential availability of three positions for modification, the only substitution that would be acceptable around the 2-pyrrolidone ring would be at the 4 position

- Fifth, that the only acceptable substitution at the 4 position of the 2-pyrrolidone ring would be an alkyl chain of one to six carbons

- And finally, that the proper substituent at the 4 position would be an n-propyl group in the R configuration.

235.   Defendants have failed to identify a small, predictable group of substituents that the POSA would have explored in order to increase the lipophilicity of levetiracetam, had the POSA been motivated to do so, while reasonably expecting such a modification to result in an ASD with good activity, lack of toxicity, and tolerability.  None of the cited references actually teach an n-propyl substitution at the 4 position of the 2-pyrrolidone ring. And, further, none teach focusing on a compound which has the R configuration at the 4 position.

236.   Instead of focusing on a narrow set of potential modifications to increase a single property (lipophilicity), the POSA who believed that levetiracetam

merited improvement in some way would seek ways to both improve the activity of the compound while also seeking to reduce the impact of side effects or toxicity. The POSA would then be faced with a near infinite number of potential changes to make to levetiracetam.

237.  Even if the POSA were motivated to modify levetiracetam solely to increase its lipophilicity, even this seemingly modest goal would still present hundreds of thousands of options to the POSA—if not more.

> **a)**    **The Prior Art Cited by Defendants Would Have Been of Limited Use to the POSA Looking to Modify Levetiracetam**

238.  Defendants cite various prior art references (Gouliaev, EP '490, CA '319/WO '683, Bobkov/Glozman, GB '692) in support of their assertion that the POSA would keep the levetiracetam structure intact and only substitute an n-propyl group at the 4-position. These references would not be helpful to the POSA for this proposition.

239.  Gouliaev focuses on nootropic activity, which the POSA would have understood is different from anticonvulsant activity. Of the minimal information provided with respect to 4 substituted piracetams (substituted with a 4-phenyl and 4-OH) and anticonvulsant activity, Gouliaev merely repeats data from Bobkov and Glozman and states that oxiracetam (with a 4-OH substituent) was inactive in epilepsy clinical trials.

240.   Gouliaev hypothesizes that a potential use for piracetam derivatives is for treating epilepsy when used "in co-treatment with" valproate to increase GABA neurotransmission. This conclusion in Gouliaev would be meaningless to the POSA working with levetiracetam since Noyer (published a year after Gouliaev) informed the POSA that levetiracetam did not act directly on GABA receptors.

241.   EP '490 does not discuss levetiracetam, but instead discusses the 4-OH piracetam derivatives similar to oxiracetam—which Gouliaev states was inactive in a clinical epilepsy trial. Moreover, EP '490 is primarily focused on means of making these 4-OH piracetam derivatives and contains no biological data.

242.   CA '319 and WO '683 are directed to the reduction of extracellular glutamate, which was not the mechanism by which levetiracetam (or brivaracetam) were believed to act as of the priority date. The disclosed compounds also differ structurally from piracetams, lacking the butanamide moiety. Moreover, these references contain no biological data.

243.   Bobkov and Glozman each examined a limited number of compounds in the MES and PTZ tests. But, by February 2000, it was understood that levetiracetam was generally inactive in both the MES and PTZ tests.

244.   GB '692 discloses no actual data on how most of the claimed compounds performed in epilepsy models. Although the audiogenic seizure test is referenced, GB '692 only states that "compounds of the present invention are active

65

in the tonic phase of the audiogenic seizure at an intraperitoneally administered dose of about 200 mg/kg body weight," which is significantly higher than the maximum approved dose for levetiracetam of 50 mg/kg/day for a 60 kg adult human.

245.   GB '692 discloses some limited biological activity data for a handful of compounds in the central nystagmus test, which tests for effectiveness against motion sickness, and the spinal fixation test, which tests for effectiveness for amnesic activity. The data from these tests would be irrelevant to the POSA if they were motivated to modify levetiracetam for use as an anticonvulsant.

246.   To the extent that the POSA motivated to modify levetiracetam would have reviewed the prior art cited by Defendants, the POSA would not have placed significant weight, if any, on these references due to the lack of information specifically applicable to levetiracetam.

> **b)** **Assuming the POSA Would Have Been Motivated to Modify Levetiracetam, the POSA Would Have Explored Modifications of All Positions of Levetiracetam**

247.   If the POSA were to start with levetiracetam and desired to reduce the dose as compared to levetiracetam or to try to create an "improved AED," as Defendants suggest, the POSA would have started from ground zero and begun by developing and testing compounds to assess potency, toxicity, and tolerability. Under that rubric, there would be a multitude of potential modifications to levetiracetam available that the POSA may consider, including:

- Adjusting the size of the pyrrolidone ring

- Opening the pyrrolidone ring

- Substituting the oxygen on the pyrrolidone ring

- Substituting at the 3, 4, and 5 positions on the pyrrolidone ring

- Changing or substituting the primary amide

- Changing or substituting the ethyl group on the α-side chain

- Changing the stereochemistry at the 2-position

248.   Because of the limited biological data available, the POSA would have had little insight as to which pathway, and specifically, which modification (or combination of modifications), if any, would ultimately result in a compound with appropriate efficacy, lack of toxicity, and suitable tolerability.

249.   The references that Defendants cite would not have motivated the POSA to create the compound now known as brivaracetam, nor would the POSA have had a reasonable expectation of success in creating a useful ASD, with good activity, lack of toxicity, and good tolerability.

250.   The POSA would have understood that, although certain structural changes may negatively impact a particular property when performed in a vacuum, combining multiple structural changes could produce a compound with an overall improvement in a particular property, such as an increase in binding affinity or anticonvulsant activity. Therefore, the POSA may have been motivated to make more than one change to a molecule like levetiracetam.

251.   In making any of these changes, the POSA would have been mindful that Noyer indicated that the LBS was sensitive to structural changes. But, assuming the POSA would have been motivated to make new compounds in the first place, awareness of this sensitivity at the LBS would reduce the POSA's expectation that a given change would be successful (i.e., create a compound with good potency, lack of toxicity, and good tolerability). Thus, to maximize the chances of finding an effective ASD, the POSA would have effectively engaged in a random screening of compounds, exploring many possible modifications.

### (1)   The POSA Would Have Explored Modifications to the Butanamide Side Chain

252.   The POSA looking to modify levetiracetam would have been motivated to explore the butanamide side chain. There are three potential ways that the POSA could have done so: (1) changing or substituting the primary amide; (2) changing or substituting the ethyl group on the α-side chain; and (3) changing the stereochemistry at the 2 position.

253.   None of the references Defendants cite (Noyer, Gouliaev, CA '319/WO '683, Glozman/Bobkov, GB '692) would have discouraged the POSA from exploring these modifications

254.   The POSA would not have decided to avoid modifying the ethyl group in levetiracetam based on Noyer. Noyer explored a limited number of compounds, primarily compounds with straight alkyl groups on the butanamide side chain.

68

Although the compound with the ethyl group showed the highest affinity for the LBS and audiogenic mouse model activity among the compounds tested, the other handful of compounds showed some activity.

255.   The POSA looking at the data in Noyer would not have decided to abandon modification of the butanamide chain entirely. Rather, the POSA would have understood that it would be worth exploring other classes of substituents at that position, including branched alkyl groups, substituted alkyl groups, vinyl groups, alkenyl groups, or alkynyl groups.

256.   Modifying the ethyl group on the acetamide substituent would have been worth considering in combination with other modifications because modifications at more than one position may be additive.

257.   The POSA may also have sought to make modifications at the primary amide moiety as well, and the limited data in Noyer would not have discouraged the POSA from doing so. The POSA would have understood that other potential modifications not described in Noyer were still available, including substitutions on the amide, converting the amide to a thioamide, or potentially replacing the amide with another functional group altogether.

258.   Even if the POSA would have been concerned about modifying the acetamide moiety based on the teachings of Noyer, Noyer also taught that the chain

length of the α-carbon alkyl substituent could still be modified so long as the 1 position of the pyrrolidone ring was substituted with an acetamide moiety generally.

259.   Gouliaev would not have dissuaded the POSA from modifying the butanamide side chain. In Gouliaev, the authors concluded that "it seems that the acetamide moiety is important for activity." The POSA would not have read this as a directive to maintain the butanamide moiety of levetiracetam, specifically. Indeed, of the seven racetams discussed in some depth in Gouliaev, only one actually has an ethyl group on the α-side chain (etiracetam). The other "thoroughly investigated" compounds either (a) lack the α-ethyl group of levetiracetam, but have an unsubstituted primary amide; (b) lack the α-ethyl group of levetiracetam and have a substituted primary amide; or (c) eliminate the amide in its entirety. Accordingly, the POSA would have believed that there was an opportunity to explore further substitution of the ethyl side chain of levetiracetam as well as the potential to modify the primary amide in ways that were not represented in these compounds.

260.   To the extent the POSA would have relied on Gouliaev at all, and assuming that generic "nootropic activity" could function as a proxy for anticonvulsant activity, Gouliaev teaches that modification to the acetamide moiety of piracetam can result in compounds with desirable activity.

261. CA '319/WO '683 would not have dissuaded the POSA from modifying the butanamide side chain, and indeed, would have encouraged such

modification. These references express disfavor towards an amide side chain entirely and would have motivated the POSA to try a $C_1$–$C_6$ alkyl or acyl substituent instead (if anything at all) as opposed to an acetamide moiety.

262.    The teaching of CA '319/WO '683 that substitution on the nitrogen of the 2-pyrrolidone ring is "substantially uncritical" conflicts with the purported teachings by Noyer and Gouliaev, as discussed *supra*, each of which allegedly teach that substituting the nitrogen with a primary amide moiety was critical.

263.    Glozman and Bobkov would not have dissuaded the POSA from modifying the butanamide side chain. Glozman concluded that the acetamide moiety was critical to antispasmodic activity of the four 2-pyrrolidone derivatives explored in that paper, but the acetamide moieties explored in Glozman did not include a butanamide, like levetiracetam has. None of the compounds in Bobkov have a butanamide like levetiracetam has. Thus, Glozman and Bobkov would have motivated the POSA to eliminate the ethyl side chain from the α-carbon position altogether. This also conflicts with Defendants' assertions regarding the purported teachings of Noyer and Gouliaev.

264.    GB '692 would not have dissuaded the POSA from modifying the butanamide side chain. GB '692 claims extensive modifications to both the α-side chain and the primary amide, and of the 32 compounds specifically claimed, just three are butanamides. Of the nine compounds in GB '692 for which specific animal

model test data is provided, just one—2-(5-methyl-2-oxo-pyrrolidino)-butyramide—has a butanamide. Thus, GB '692 would have motivated the POSA to make any number of modifications to the butanamide.

265. The actual work undertaken by UCB further supports the fact that the POSA would have sought to modify the butanamide side chain in some manner. UCB explored multiple modifications to the α side chains of the compounds they synthesized.

266. Although work by people at UCB was not publicly available and shows the route taken by the inventors, the fact that the inventors saw fit to explore numerous modifications to the butanamide side chain conflicts with Defendants' assertion that the POSA would have known that the butanamide side chain should remain unmodified. That the inventors, persons of extraordinary skill, did not possess this knowledge confirms that the POSA would not have had this knowledge either.

267. Thus, to the extent the POSA would have relied on the references cited by Defendants, the POSA would have been motivated to modify the butanamide side chain.

### (2)   The POSA Would Have Explored Modifications to the 2-Pyrrolidone Ring

268. The POSA looking to modify levetiracetam would have been motivated to explore modifications to the 2-pyrrolidone ring. Options that the POSA could

consider include increasing the ring size, exploring aromatic nitrogen rings or examining acylic compounds. The POSA may have also considered exploring thiocarbonyl derivatives.

269. The disclosure in Noyer of two compounds with modified 2-pyrrolidone rings that had lower LBS affinity than levetiracetam would not have dissuaded the POSA from exploring modifications to the 2-pyrrolidone ring. These two compounds had higher activity than piracetam, which would have indicated to the POSA that modification of the ring size can potentially increase activity, especially if it were undertaken in conjunction with other modifications.

270. The POSA would also have considered whether acyclic compounds could be of use as ASDs. This is, in fact, what UCB did, as reported in Benoit Kenda's 2004 article describing the results of UCB's efforts in generating acylic compounds exploring the levetiracetam scaffold. It was only after synthesizing and testing the acyclic compounds that UCB came to the ultimate conclusion that acyclic structures were not preferred for LBS binding.

271. To the extent that the POSA would have even looked towards compounds with nootropic or other mood/behavior altering properties when designing an ASD, the POSA would have been motivated to explore 6-membered rings, given the known association between piperidine—a 6-member ring containing

one nitrogen atom—and certain substances that affect mood and behavior. Such rings are also more chemically stable than a pyrrolidine ring.

272. Gouliaev would not have dissuaded the POSA from exploring modifications to the 2-pyrrolidone ring. Even accepting that the data from Gouliaev is instructive at all on the issue of modifying the pyrrolidone ring (given the focus on nootropic activity instead of anticonvulsant activity), Gouliaev's remark that the pyrrolidone ring "seems to be important" for activity does not teach that a 5-membered ring is a requirement for anticonvulsant activity. Gouliaev is merely commenting that many of the structures studied share a 5-membered ring, which is unsurprising given that Gouliaev was specifically surveying derivatives of piracetam—which has a 5-membered ring.

273. The POSA would not have understood Gouliaev's limited observations about a shared 2-pyrrolidone ring across many structures to be an instruction that the 2-pyrrolidone ring must be retained. Instead, the POSA would have understood Gouliaev as teaching that both 5- and 6-membered rings show some psychotropic effect. Even then, the POSA would not have understood Gouliaev as teaching that the pyrrolidone ring is important for maintaining the anticonvulsant activity of levetiracetam, given that ring size is not tied to anticonvulsant activity of the compounds in Gouliaev.

274.   The POSA would also have considered modifying the 2-oxo on the pyrrolidone to become a 2-thio. Both Gouliaev and Noyer recognized that thiocarbonyl analogs showed better activity than their corresponding carbonyl analogs.

275.   Thiocarbonyl compounds are also more lipophilic than their carbonyl analogs. Therefore, even assuming the POSA would have been motivated to improve upon levetiracetam's lipophilicity, the POSA would have explored the 2-thio-pyrrolidine derivative of levetiracetam.

276.   The POSA would not have been dissuaded from considering a thioamide based on hepatotoxicity concerns. There are FDA-approved drugs that contain thioamides: both propylthiouracil and methimazole are chronically administered despite liver toxicity concerns. The POSA would have further considered the tradeoff between increased activity and the increased toxicity in development given that the 2-thiopyrrolidone had better binding than levetiracetam, as shown in Noyer.

**(3)   The POSA Would Have Had No Reason to Explore the 4 Position of the 2-Pyrrolidone Ring to the Exclusion of the 3 and 5 Positions**

277.   Even if the POSA were motivated to retain the 2-pyrrolidone ring structure and the butanamide side chain of levetiracetam, the POSA would then have

been presented with three different carbons amenable to substitution around the ring—the carbons at the 3, 4, and 5 positions.



Each of these carbons would have been equally interesting to the POSA to explore in seeking to improve the anticonvulsant activity of levetiracetam while seeking to compounds with suitable toxicity and tolerability.

278.   The number of potential substitutions at the 3, 4, or 5 position does not restrict the POSA to a limited number of potential compounds. In truth, each of these positions, or combinations of positions, could have been substituted with any number of potential substituents. Substitutions only at this "limited number of positions" could result in thousands, if not millions, of potential compounds.

279.   The POSA would have looked at all three of the positions, alone or in combination, for potential substitution around the 2-pyrrolidone ring, and would not focus exclusively on the 4 position. Indeed, none of Defendants' cited references teach that substitution at the 4 position of the 2-pyrrolidone ring is the only acceptable substitution that may be made to analogs of piracetam, or even the best substitution that may be made.

280.   Many of the references cited by Defendants also teach substitution at the 3 and/or 5 position, and certain references teach that substitution at other positions is better than substitution at the 4-position.

**(a)   GB '692 Would Have Motivated the POSA to Explore Substitutions at the 3 and/or 5 Positions**

281.   GB '692 discloses that compounds of the formula



with substitution(s) at the 3, 4, and/or 5 position of the 2-pyrrolidone ring "have the same pharmacological activities as the compounds disclosed in our British Patent Specification No. 1,039,113." GB '113 identifies compounds that could "be used for therapeutic purposes, for example, for the treatment of motion sickness, hyperkinesia, hypertonia and epilepsy," were "active in the central nystagmus test," and had CNS activity that was "considerably greater than was initially expected."

282.   GB '692 discloses specific examples of compounds that are substituted around the 2-pyrrolidone ring with the following substitutions:

- 3-methyl
- 4-methyl
- 5-methyl
- 3,3-dimethyl

- 3,4-dimethyl
- 3,5-dimethyl
- 4,4-dimethyl
- 4,5-dimethyl
- 5,5-dimethyl
- 3,5,5-trimethyl
- 5-ethyl

283.   The pharmacological data in GB '692 did not favor substitution at the 4 position. Instead, GB '692 showed (a) the compound with the lowest dose required in the central nystagmus test for motion sickness was a 5,5-dimethyl substituted compound; (b) the compound with the lowest dose required in the spinal fixation test of amnesic activity was a 3,5,5-trimethyl substituted compound; and (c) there was no specific data provided for any compounds for the audiogenic seizure test in mice to demonstrate a decrease in cerebral excitability (beyond a statement that the compounds of the invention were active at doses around 200 mg/kg body weight).

284.   There was no indication in GB '692 that substitution at the 4 position was particularly special or favored for showing pharmacological activity in the central nystagmus, spinal fixation, or audiogenic seizure tests. Given the limited number of expressly disclosed compounds—and only one compound with a substitution at the 4 position— the POSA would have understood that substitution at the 4 position of piracetam could lead to a less active compound.

285. The only compound identified in GB '692 with specific pharmacological data that was singly substituted at the 4 position was (4-methyl-2-oxo-pyrrolidino)-acetamide:



GB '692 taught that this 4-substituted compound was up to 6.7 times less potent than a 5,5-dimethyl substituted compound in the central nystagmus test and nearly 3 times less potent than a 3,5,5-trimethyl substituted compound in the spinal fixation test.

286. GB '692 would have, at best, indicated to the POSA that substitution at 3, 4, and/or 5 had equal potential to be favorable (or not favorable), and would have motivated the POSA to explore substitution at all of those positions—including in combination with one another given the disclosure of di- and tri-substituted compounds in GB '692 that showed the best pharmacological data in the central nystagmus and spinal fixation tests.

**(b)    Bobkov and Glozman Would Not Have Dissuaded the POSA From Exploring Substitutions at the 3 or 5 Positions**

287.    The disclosure of 4-phenylpiracetam in Bobkov and Glozman (among a handful of compounds) would not have led the POSA to only look to the 4 position of the 2-pyrrolidone ring as a place to substitute.

288.    Bobkov presents data on how 4-phenylpiracetam and morpholep performed on blocking epileptiform activity, but does not include any comparative data for piracetam or 4-phenylpyrrolidone. Moreover, the data in Bobkov showed that morpholep had "high anticonvulsant activity."



4-phenylpiracetam



piracetam



4-phenylpyrrolidone (4-phenyl-2-pyrrolidone)



morpholep (morsuximide)

289.    In addition, in tests where 4-phenylpiracetam performed well, such as the postrotational nystagmus test, 4-phenylpyrrolidone did not.

290.    All Bobkov would tell the POSA is that among the extremely limited set of compounds that Bobkov studied, 4-phenylpiracetam had anticonvulsant activity, but also that a 4-phenyl substitution on the pyrrolidone ring in the absence of other features could lead to increased toxicity. The data presented in Bobkov would not have motivated the POSA to pursue mono-substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam to the exclusion of all other options.

291.    Glozman presents data looking at 4-phenylpiracetam analogs, with additional substitutions on the primary amide moiety, and then compares that data against piracetam, 4-phenylpyrrolidone, and morpholep. The pharmacological test data was mixed (at best) in identifying what substitutions around the 2-pyrrolidone ring would produce anticonvulsant effects and showed that 4-phenylpiracetam was more toxic than piracetam.

292.    The data in Glozman shows that substitution at the 4 position can potentially yield inactive compounds in the MES test.

293.    Glozman would be of limited value in assisting the POSA in identifying what substitutions would be appropriate around the 2-pyrrolidone ring of levetiracetam. This aligns with the data from GB '692.

294.   The data presented in Glozman would not have motivated the POSA to pursue mono-substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam to the exclusion of all other options.

      **(c)**    **EP '490 Would Not Have Dissuaded the POSA From Exploring Substitutions at the 3 or 5 Positions**

295.   EP '490 would not have motivated the POSA to only pursue substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam.

296.   EP '490 does not, itself, disclose any specific data that 4-substitution is preferred, and only mentions oxiracetam and 4-ether or 4-ester substitutions of the 2-pyrrolidone ring of piracetam as opposed to alkyl substitutions.

297.   The only 4-substituted compounds that are ever specifically identified in EP '490 are oxiracetam and 1-carbamoylmethyl-4-acetoxy-2-pyrrolidone. Oxiracetam was known by the priority date to be ineffective in treating epilepsy.

298.   EP '490 would not have motivated the POSA to pursue mono-substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam to the exclusion of all other options.

      **(d)**    **Gouliaev Would Not Have Dissuaded the POSA From Exploring Substitutions at the 3 or 5 Positions**

299.   Gouliaev would not have motivated the POSA to only pursue substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam.

300.   Gouliaev fails to demonstrate that 4-substitution was preferred for anticonvulsant activity and instead teaches away from it. For example, Defendants highlight Gouliaev's disclosure of 4-phenylpiracetam and oxiracetam, but Gouliaev reports that the use of oxiracetam, which was also the subject of EP '490, "ha[d] not been met with convincing success" when used in patients suffering from epilepsy.

301.   Gouliaev discloses a handful of structures with substitutions at the 4 position, primarily 4-OH, 4-ester, or 4-ether compounds, which are exemplified by structures (3), (19), and (20) of Gouliaev, reproduced below.



**(3)**



$R^1$ = Et, allyl, $CH_2CCH$, $CH_2COOEt$, $CH_2CONH_2$,
    $CH_2CH_2CONH_2$, CONHEt, CH(allyl)CONH$_2$

$R^2$ = H, Me, allyl, Ac, benzoyl; all with (±)-configuration

**(19)**



$R^1$ = H, Ac, $CH_2COOH$, $CH_2COOEt$, $CH_2CONH_2$,
    $CH_2CH_2CONH_2$

$R^2$ = H, allyl, Ac, benzoyl; all with (±)-configuration

**(20)**

Structure (3) is oxiracetam. Structures (19) and (20) of Gouliaev are effectively the same chemical scaffold as each other, with different restrictions on the $R_1$ and $R_2$ groups. The compounds of structure (20) were subjected to nootropic tests, and the authors of Gouliaev reported that "alkylation and acetylation of the hydroxy group [of oxiracetam] . . . reduced the beneficial effect" of the compounds.

302.   If the POSA were to consider compounds with nootropic activity as a proxy for anti-seizure activity (which it is not), Defendants' citation of structures (3), (19), and (20) ignores the numerous other compounds and structures from Gouliaev with nootropic activity that either (a) had no substitution at the 4 position of the 2-pyrrolidone ring (or comparable structure); or (b) had substitution elsewhere on the 2-pyrrolidone ring.

303.   Considering all of the teachings from Gouliaev (and the references it cites), the POSA would have understood that there were benefits associated with positions 3 and 5; that the 4 position was not specifically preferred; and that there would be no reason to pursue only the 4 position. Thus, the data presented would not have motivated the POSA to pursue mono-substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam to the exclusion of all other options.

(e) **CA '319/WO '683 Would Not Have Dissuaded the POSA From Exploring Substitutions at the 3 or 5 Positions**

304.  The identical disclosures of CA '319 and WO '683 fail to support Defendants' conclusion that the POSA would have focused exclusively on substitution at the 4 position.

305.  Even to the extent that the molecules in these references relate to levetiracetam's structure or activity, CA '319 and WO '683 do not teach that substitution at the 4 position is "essential" to the exclusion of substitution at the 3 and 5 positions. The proposed claim set expressly permits substitution at positions 3 and 5. The data presented would not have motivated the POSA either way to pursue mono-substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam to the exclusion of all other options.

(f) **UCB's Own Work Confirms That the POSA Would Have Explored All Positions of the 2-Pyrrolidone Ring Using Many Different Classes of Substituents**

306.  UCB's actual work in exploring modifications to the levetiracetam scaffold confirms that the POSA would have explored substitutions at all three positions on the 2-pyrrolidone ring with a wide variety of substituents. UCB explored potential substitution at the 3, 4, and 5 positions of the 2-pyrrolidone ring while maintaining a butanamide chain, including several multi-position substitutions, using many different substituent classes.

307.   The POSA would not have had the insight to focus exclusively on position 4 when even the inventors—persons of extraordinary skill—did not have that understanding.

> **(4)    Assuming the POSA Would Have Been Motivated to Increase Levetiracetam's Lipophilicity, the POSA Would Been Motivated to Explore Substituents Other Than an n-Propyl Group**
>
> > **(a)    The POSA Would Have Been Motivated to Explore Lipophilic Substituents Other Than $C_1$-$C_6$ Straight Chain Alkyls**

308.   Even if viewed through the lens of a desire solely to increase lipophilicity, the prior art would not have motivated the POSA to add a $C_1$-$C_6$ alkyl or n-propyl group specifically at any position of the 2-pyrrolidone ring of levetiracetam. If the POSA were motivated to increase levetiracetam's lipophilicity, there are several non-alkyl lipophilic substituents (that could be substituted at any position of the 2-pyrrolidone ring) disclosed in the references cited by Defendants as well as other substituents that the POSA would have known at the time and been motivated to try.

309.   To the extent the POSA would have considered CA '319/WO '683 at all, this reference would have motivated the POSA to try longer alkyl chains (i.e., greater than six carbons). Although CA '319/WO '683 discloses a "preference" for a $C_1$–$C_{10}$ alkyl and a "particular[]" preference for a $C_1$–$C_6$ alkyl, claims 3 and 8 in

CA '319 are directed to $C_1$ to $C_{10}$ alkyl substituents with no preference for any particular length. This would cover at least hundreds of potential straight and branched alkyl substituents.

310.   To the extent the POSA would have considered GB '692 at all, this reference would have motivated the POSA to try alkenyl (carbon chains with double bonds) or alkynyl (carbon chains with triple bonds) substituents. GB '692 claims substitutions at the 3, 4 or 5 positions with any alkyl, alkenyl, or alkynyl substituent between one and six carbons and discloses no data showing that any particular substitution was potentially more effective than another. This would cover a significant number of potential straight and branched alkyl, alkene, and alkyne substituents.

311.   Although adding branched alkyl chains results in a lower increase in lipophilicity than adding a straight chain alkyl with the same number of carbons, adding a branched alkyl group with more carbons will also increase lipophilicity over a lower-carbon straight chain. For example, Wong demonstrates that substituting an ethyl group with branched butyl groups increased lipophilicity and compared reasonably with the n-butyl.

312.   CA '319/WO '683 also would have motivated the POSA to try cycloalkyl substituent, which would increase lipophilicity of a compound. A "particularly preferred" embodiment disclosed in CA '319/WO '683 is for "the

radicals $R^1$ and $R^2$ [which are the substituents at the 4 position of the 2-pyrrolidone ring] to form, together with the carbon atom in position 4 of the pyrrolidinone ring, a saturated or unsaturated 5- to 10-membered ring." That particularly preferred embodiment is further particularly preferred when there is an unsaturated cyclohexane at the 4 position of the 2-pyrrolidone ring, which is a compound identified as 8-azaspiro[5,4]decan-9-one. This unsaturated cyclohexane compound is also the only specific compound used in any of the examples in CA '319 and WO '683. The POSA could also try other unsubstituted cycloalkyl groups, such as cyclopentane, cyclobutane, cyclopropanes, larger groups, or even substituted cycloalkyl groups.

313. The POSA could also have been motivated to try a 4-phenyl substitution of levetiracetam, as discussed in Gouliaev, Bobkov and Glozman. A 4-phenyl group was known to increase lipophilicity and have a higher bond dissociation energy (and therefore higher metabolic stability) than a 4-alkyl group. Indeed, adding a 4-phenyl group would increase the lipophilicity of levetiracetam by more than adding a 4-n-propyl group would.

314. The POSA would also have been aware of work that had shown $CF_3$ groups could increase lipophilicity and therefore been motivated to try such substituents. Other substituents that can increase lipophilicity include halogens, halogen substituted alkyls, heteroaromatic compounds, and aminos, as demonstrated

by Waterbeemd. Indeed, Waterbeemd does not discuss alkyl substituents on any compounds, much less 2-pyrrolidones.

315.   All of these substituents would, in theory, increase levetiracetam's lipophilicity, and Defendants offer no credible evidence to explain why the POSA would not consider these options. Accordingly, contrary to Defendants' assertion, if the overall motivation of the POSA were to increase lipophilicity, there would have been no motivation to select a single small straight alkyl chain at the 4 position of the 2-pyrrolidone ring.

> **(b)    The POSA Would Have Had No Motivation to Choose an n-Propyl Group Specifically**

316.   Even assuming that the POSA would have relied on CA '319/WO '683 and GB '692 to select a $C_1$ to $C_6$ alkyl at the 4 position in order to increase lipophilicity (and ignored the disclosures in Gouliaev, Bobkov, Glozman, and EP '490, which emphasize phenyl, hydroxy, ether and ester substituents), there is no reason that the POSA would have selected n-propyl from among the over 35 unsubstituted straight or branched alkyl groups consisting of 1 to 6 carbons.

317.   Gouliaev does not support selecting an n-propyl group at the 4 position. In addition to only disclosing compounds where the 4-position substituent is a phenyl or oxygen containing substituent, Gouliaev discusses generic structures with

hundreds of thousands of compounds, but **none** of the structures distinctly points out a 4-n-propyl as even a possibility.

318.   Although GB '692 and CA '319/WO '683 discuss alkyl substitutions on the pyrrolidone ring, neither provides any motivation to select n-propyl specifically.

319.   The POSA also would not have relied on the calculated values of purported lipophilicities  of compounds to select a 4-n-propyl group. Of note, Defendants' calculated data compares the calculated log $P$ values of a compound with a 4-n-propyl group to compounds with 4-methyl (1 carbon) and 4-hydroxyl (0 carbons), while excluding compounds with a 4-ethyl (2 carbons) and any chain length above an n-propyl.

320.   The addition of an n-propyl group to levetiracetam would increase steric bulk as compared to levetiracetam. To the extent that steric issues would have discouraged the POSA from attempting a substitution, the fact that an n-propyl group would potentially have a "smaller impact" on steric issues than an isopropyl group would not alleviate the POSA's concerns about adding steric bulk at all via the addition of a three-carbon alkyl group.

321.   As the table below shows, adding alkyl chains longer than an n-propyl group at the 4 position increases the calculated log $P$ of the 2-pyrrolidone compounds. The fact that the difference in log $P$ between the compound with a 4-n-

butyl group and a 4-isobutyl group (i.e., a branched alkyl group) is very small (0.08)

further confirms that the POSA would have considered branched alkyl compounds.

| Compound/ Substituent | Structure | Log $P$ from Literature (if known) | Defendants' log $P$ (if stated) | Calculated log $P$ |
|---|---|---|---|---|
| Levetiracetam |  | -0.65 | -0.13 | -0.75 |
| 4-Hydroxyl |  | | -1.16 | -1.56 |
| 4-Methyl |  | | 0.12 | -0.35 |
| 4-Ethyl |  | | | 0.07 |
| 4-n-Propyl |  | | 0.90 | 0.49 |
| 4-n-Butyl |  | | | 0.9 |
| 4-Isobutyl |  | | | 0.82 |

| Compound/ Substituent | Structure | Log $P$ from Literature (if known) | Defendants' log $P$ (if stated) | Calculated log $P$ |
|---|---|---|---|---|
| 4-n-Pentyl | | | | 1.32 |
| 4-n-Hexyl | | | | 1.74 |
| 4-n-Heptyl | | | | 2.16 |
| 4-Phenyl | | | 1.27 | 0.84 |
| 3-n-Propyl | | | | 0.65 |
| 5-n-Propyl | | | | 0.48 |

322. There is a small, but significant, difference in log $P$ due to the placement of the alkyl chain at different positions around the 2-pyrrolidone ring. For example, an n-propyl group at the 3 position increases log $P$ more than the n-propyl group at the 4 position, although the log $P$ values of compounds with an n-propyl

group at the 4 and 5 positions appear to be about equal. This further confirms that the POSA would not have focused on the 4 position if their only goal were to increase lipophilicity.

323.   The assertion that the POSA would select 4-n-propyl conflicts with the purported teachings of Waterbeemd as stated by the Defendants. Assuming that the POSA would have wanted to bring the new compound closer to the cluster of CNS active compounds on a plot of log $D$ (log $P$) versus molecular weight, the 4-n-propyl compound (B) on the figure below—although closer to the center of Figure 7 from Waterbeemd than levetiracetam (A)—is still fairly far away from the cluster of CNS active compounds.



log $D$ at pH 7.4
(same as log P for non-ionizable drugs)

324.   As calculated by Defendants, brivaracetam has a log $P$ of 0.9. Yet, according to Defendants, Waterbeemd teaches that a log $D$ of 1 to 4 is "necessary." Thus, the POSA motivated to increase lipophilicity would not have been satisfied with an n-propyl group and would have wanted to further increase lipophilicity to meet the "necessary" threshold log $P$ value of 1, and likely closer to 2 or 3 to "meet" the cluster of CNS-active drugs in Figure 7 of Waterbeemd and the log $P$ value of 2.0 discussed in Litina as "ideal."

325.   An annotated version of Figure 7 from Waterbeemd, which uses the values calculated for levetiracetam (red), a 4-n-propyl substituted compound (orange), a 4-n-butyl substituted compound (yellow), a 4-n-pentyl substituted compound (green), a 4-n-hexyl substituted compound (blue), a 4-n-heptyl substituted compound (purple), and a 4-phenyl substituted compound (grey), is displayed below. As can be seen, the other compounds all showed higher calculated log $P$ values than brivaracetam and are much closer to the cluster of CNS-active compounds than brivaracetam is.



326.   Even after calculating that a specific 4-substituted compound had the desired lipophilicity as indicated by log *P*, the POSA would still have to confirm via actual experimentation that the log *P* value calculated by the modeling software was correct and, more importantly, evaluate the compound for activity, toxicity, and tolerability. Given the fact that a single alkyl substitution at the 4 position of the 2-pyrrolidone ring of levetiracetam would have created a new chiral center, the POSA would have also had to consider the impact this new chiral center would have on activity, toxicity, and tolerability.

327.   There would have been no motivation to select n-propyl as the substituent at the 4 position of the 2-pyrrolidone ring if the overall motivation of the POSA was to increase lipophilicity, because other 4-alkyl groups showed higher log

*P* values, and thus would be expected to have higher lipophilicity than the compound which came to be known as brivaracetam.

### (5)   The POSA Would Have Had No Motivation to Choose the R Configuration at the 4 Position

328.   Claim 5 is directed specifically to brivaracetam. To arrive at claim 5, the POSA would also have to have been motivated to develop and select the R configuration of the 4-n-propyl compound, reasonably expecting that compound to possess desirable properties, such as good activity, lack of toxicity, and good tolerability.

329.   The POSA would not have attempted to make (or isolate) a given diastereomer without data showing that the racemic compound with the 4-n-propyl group had promising anticonvulsant activity and suitable toxicity and tolerability, because, especially in the February 2000 time frame, acquiring diastereomers often required additional steps (either synthetic or using separation methods) that were time- and resource-intensive.

330.   As of February 2000, the POSA did not have such data, and thus would not have been motivated to spend these resources in the absence of some understanding that the non-stereospecific compound, at the least, showed promising biological activity.

331.   Nor would the POSA have expected that one diastereomer would automatically show higher activity than the other. The biological activity of a given

diastereomer may be more, equal or less active to the non-stereospecific compound or epimeric mixture.

332.   In this case, the biological activity (and many of the other properties) of brivaracetam and its diastereomer were approximately equal. As a result, UCB pursued both compounds in parallel development for several months before ultimately deciding to advance brivaracetam into clinical studies. At UCB, the ultimate selection of brivaracetam over the diastereomer was extremely difficult given the similarity of their biological profiles (i.e., slightly higher binding affinity and similar activity in various animal models) with neither diastereomer claiming "better" performance in every animal model. This further demonstrates that the POSA would not have reasonably expected that one diastereomer would necessarily have better biological activity over the other, or that brivaracetam would be better.

### 4.   The POSA Would Not Have Reasonably Expected That a Compound With Higher Lipophilicity Than Levetiracetam Would Show Any Improvement Over Levetiracetam

333.   The POSA would not have reasonably expected that a compound with increased lipophilicity compared to levetiracetam, whether from adding an n-propyl group at the 4-position or any other lipophilic substituent, would improve any of levetiracetam's properties.

## a)    Brain Uptake

334.   The degree to which a compound's lipophilicity will change based on a change in the substituent profile cannot be reliably predicted. Accordingly, the POSA would not have been able to reliably predict the magnitude of change in brain uptake based on a change in lipophilicity. Although there is a general directional correlation between brain permeability and lipophilicity for compounds that penetrate the BBB via passive diffusion, all else being equal, this relationship is not strictly linear and not reliable for compounds with levetiracetam's 2-pyrrolidone structure.

335.   The references cited by Defendants do not alter this conclusion. For example, absent independent testing, the POSA would not have been able to apply the findings of Levin (based on 22 compounds that are structurally unrelated to levetiracetam) to drugs with levetiracetam's specific structure.

336.   Pardridge warns that simply adding methylene groups to increase lipophilicity may not reliably increase penetration across the blood brain barrier. Pardridge also explains that while "BBB transport of [a] drug may be increased in direct proportion to lipid solubility," "the benefits from lipidizing a drug and increasing BBB permeability may be offset by the unfavorable effects of lipidization on plasma pharmacokinetics and the area under the plasma concentration curve (AUC) of the drug."

337.   The POSA would have understood that even though increasing lipophilicity could increase transport across the blood brain barrier, this was not necessarily good or desirable due competing properties that reduced brain uptake.

338.   Although lipophilicity can increase a drug's ability to cross cell membranes, this can lead to the drug penetrating other cells, thus limiting the amount of drug reaching the brain and eventually crossing the blood brain barrier.

339.   A compound that is too lipid soluble may penetrate into the blood brain barrier but fail to make it to the target in the brain because it is not soluble enough in the interstitial cerebrospinal fluid (which is more water-like in terms of solubility). This reduces the overall amount of the drug available to reach the target.

340.   Increasing the lipophilicity of the molecule also may lead to an increase in plasma protein binding. Plasma-protein binding refers to the tendency of the drug to bind other blood plasma proteins, such as albumins, glycoproteins, and globulins. A drug that is bound to plasma proteins is generally not available to bind to the target receptor, so larger amounts of the drug are required to achieve the desired effect on the receptor.

341.   Increasing lipophilicity could also adversely affect the metabolism of the compound. Adding a lone, unprotected carbon chain would likely result in carbon hydroxylation of the addition (i.e., a form of metabolism). This would then

reduce the quantity of the compound that was available to cross the BBB, as the compound would be degraded before it could reach the brain.

342.   Increasing lipophilicity could also increase the amount of efflux of the compound out of the brain. Certain proteins such as P-glycoprotein and multidrug resistance-associated proteins in the BBB actively eject lipophilic compounds.

343.   Given all of these significant risks, the POSA would not have had a reasonable expectation that increasing levetiracetam's lipophilicity would successfully increase the brain uptake of the resulting compound.

344.   One specific example highlighting the complexity of increasing lipophilicity in the context of ASDs is the development of tiagabine, an ASD derived from nipecotic acid. Nipecotic acid, like levetiracetam, was known to have anticonvulsant activity. Unlike levetiracetam, however, nipecotic acid was known to have poor brain penetration. The result of efforts to increase nipecotic acid's brain penetration was tiagabine, which links a complex lipophilic anchor to the nipecotic acid structure:

**Nipecotic Acid**                    **Tiagabine**



Nipecotic Acid        Lipophilic Anchor and Linker

345.   Attempts to create a more lipophilic compound by experimenting with "methyl or ethyl ester derivatives" of nipecotic acid were unsuccessful, as the resulting compounds, caused "pronounced cholinergic adverse effects" and had half-lives that were "much too short for chronic treatment." Thus, the POSA would have understood that adding alkyl substituents could come with significant downsides and would not reasonably expect the addition of such substituents to result in a compound with higher brain uptake while retaining good activity, low toxicity, and good tolerability.

**b)   Side Effects**

346.   The POSA would not have reasonably expected that a compound with increased lipophilicity compared to levetiracetam would lead to a reduced dose, or an improved side effect profile.

347.   To the extent the reduced dose were premised on increased brain uptake, because the POSA could not have reasonably expected that increased

lipophilicity would result in increased brain uptake, it follows that the POSA would not have reasonably expected that increased lipophilicity would result in the ability to administer a reduced dose.

348.   There was no evidence as of February 2000 that even the highest FDA-approved doses of levetiracetam were associated with significant side effects, or that lower doses would show lessened or fewer side effects. Thus, the POSA would not have reasonably expected that being able to reduce the amount of the compound would resolve or lessen the incidence of any other adverse events associated with levetiracetam.

349.   The POSA would also not have reasonably expected that improved brain uptake would reduce a side effect like sedation. Sedation is a CNS-modulated effect, meaning that a compound with increased lipophilicity—and thus, a compound that may have a higher concentration in the brain—may in fact increase the incidence of somnolence.

350.   The POSA would also have been concerned that increased lipophilicity would result in a more toxic compound, with new side effects or changes to existing side effects. Medicinal chemistry is unpredictable, and the POSA would have been aware that small modifications to a compound could result in extreme changes to the activity, toxicity, and tolerability of the compound. With levetiracetam in particular, because so little was known about off-target activity for 2-pyrrolidones (other than

that levetiracetam is remarkably devoid of serious adverse effects), one could not predict whether a change in the molecule would adversely impact toxicity and tolerability, or have no effect.

351.   The POSA would have been concerned that by increasing lipophilicity of a drug, the compound could undergo an increase in unwanted metabolism. Increased metabolism (1) reduces the amount of compound available to enter the brain; (2) could lead to a spike in existing toxic metabolites; and (3) may create new toxic metabolites. This potential for increased toxicity would only be exacerbated if the drug were more brain-penetrative.

352.   The POSA would not have reasonably expected the modified compound to remain just as potent because the LBS was reported to be sensitive to modifications, thereby making it highly likely that the modified compound would be less active and thus require higher dosages. When combined with the potential risks highlighted above, the POSA would not have had a reasonable expectation that increasing levetiracetam's lipophilicity would lead to a lower administered dose or improved side effect profile while achieving the same therapeutic benefits.

### c)   Activity

353.   The POSA would not have reasonably expected that a compound with increased lipophilicity compared to levetiracetam would result in a compound with increased anticonvulsant activity, especially with respect to activity at the LBS.

354.   There is no known correlation between lipophilicity and anticonvulsant activity of all compounds in all animal models. Noyer, for example, disclosed that levetiracetam derivatives with additional methylenes on the butanamide side chain (which would have had increased lipophilicity as compared to levetiracetam) had lower activity in the audiogenic mouse model than levetiracetam. Thus, the POSA would not have reasonably expected increasing lipophilicity to generate or increase activity in any given animal model.

355.   Subsequent experimentation with the 2-pyrrolidone scaffold further bears out this premise, showing that increased lipophilicity will not lead to increased activity in animal models like the MES and PTZ tests. For example, seletracetam, a 4-substituted pyrrolidone with a di-fluorovinyl substituent had a higher log $P$ than levetiracetam, yet did not display activity in the MES and PTZ tests.

356.   Accordingly, because the POSA would have understood so little about how to find a compound that showed activity in any anticonvulsant activity animal models (especially in the MES and PTZ models, where levetiracetam is inactive), the POSA would not have reasonably expected that any change they made to levetiracetam would lead to a compound that showed anticonvulsant activity, whether in the MES or PTZ models specifically, any other animal models, or in humans.

### 5. The POSA Would Not Have Reasonably Expected That Modifying Levetiracetam Would Result in a Compound with Beneficial Properties

357.   Because the POSA would not have reasonably expected that increasing the lipophilicity of levetiracetam would reduce its dose, maintain or increase activity, or improve upon levetiracetam's side effect profile, the POSA would not have reasonably expected that the potential increase in lipophilicity from a compound with a 4R-n-propyl group would allow for a reduced dose (as compared to levetiracetam), maintained or increased activity (as compared to levetiracetam), or a better side effect profile (as compared to levetiracetam).

358.   As of February 2000, the POSA also would not have reasonably expected that modifying levetiracetam by adding a 4R-n-propyl group (or any other substituent) would result in a useful drug at all, that is, one with good activity, a lack of toxicity, and good tolerability, especially for treatment of epilepsy, a chronic condition requiring long-term administration of a compound.

359.   It remains difficult for medicinal chemists to predict based on structure alone whether a compound will show anticonvulsant activity—much less develop into a successful ASD. The POSA would have understood that even minor changes to an ASD in an effort to increase lipophilicity could result in an inactive compound, a toxic compound, or a poorly tolerated compound.

360.   The POSA's lack of understanding about levetiracetam's mechanism of action and its binding site, the LBS, at the time of invention would have made it extremely difficult to predict how any given change to levetiracetam would affect its properties, such as its binding to the LBS, its efficacy against seizures, and other features important to drugability, including toxicity and pharmacokinetics. The POSA would not have reasonably expected that any changes would result in a compound that improved upon levetiracetam in some way.

361.   What little data was available at the time, primarily in Noyer, demonstrated that the LBS was extremely sensitive to even small changes, all of which "deleteriously impacted" levetiracetam's activity and LBS binding affinity. For example, Noyer discloses a handful of analogs of levetiracetam. Almost all of these analogs had decreased LBS binding affinity and anticonvulsant activity in the audiogenic mouse model, as compared to levetiracetam. Nor, based on Noyer (or any other reference) would the POSA have been able to rely solely on LBS affinity data to predict activity in the audiogenic mouse model (or vice versa). Thus, the POSA would not have reasonably expected the addition of a substituent at the 4-position to improve upon levetiracetam's activity, let alone lead to a useful ASD, with good activity, a lack of toxicity, and good tolerability, based on the prior art.

362.   The other references (GB '692, CA '319/WO '683, Bobkov, Glozman, or Gouliaev) would not have led the POSA to a reasonable expectation that

modifying levetiracetam at the 4 position, with any substituent, would result in a useful ASD, with good activity, a lack of toxicity, and good tolerability.

363. CA '319/WO '683 would not have provided the POSA with a reasonable expectation of success because it is directed to an irrelevant mechanism (the reduction of extracellular glutamate), has compounds that are structurally dissimilar to levetiracetam, and discloses no data at all with respect to how effective its disclosed compounds are in any epilepsy model.

364. The POSA would not have had a reasonable expectation of success based on Bobkov and Glozman's disclosures. The anticonvulsant data in these references was in the MES and PTZ tests—two tests in which levetiracetam was known to be inactive—and the substituent at the 4 position was a phenyl group, not an alkyl group. The POSA would not have reasonably expected an alkyl substituent, let alone the n-propyl in particular, to have anticonvulsant activity based on the results from a compound with a phenyl substituent (a substituent with notably different properties compared to n-propyl) in the MES and PTZ tests.

365. The POSA would not have had a reasonable expectation of success based on Gouliaev's disclosures of compounds with oxygen-containing substituents (i.e., compounds (3), (19) and (20)).

366. Without any positive relevant data in any of the references cited by Defendants, the POSA would not have had a reasonable expectation that a

compound with a substituent at the 4-position, whether an alkyl group or not, would be more active than levetiracetam.

367.   Nor would the POSA have reasonably expected that modifying levetiracetam by adding a 4R-n-propyl group in particular would result in a useful drug at all (i.e., with good activity, a lack of toxicity, and good tolerability), especially for the treatment of epilepsy, a chronic condition requiring long-term administration of a compound.

368.   The POSA would have understood that adding a straight three-carbon chain to a molecule of levetiracetam's size would not be a conservative change. Given Noyer's data confirming that the LBS was sensitive to changes of even a single carbon, the POSA would have understood that the addition of a flexible three-carbon chain would be a significant change to the levetiracetam structure.

369.   The POSA would not have reasonably expected that the LBS binding activity of the resulting compound would be the same or better than levetiracetam. Rather, the POSA would have been concerned that this resulting compound, while potentially more lipophilic than levetiracetam, would not bind to the LBS, even if it was able to make it into the brain.

370.   The POSA also would not have reasonably expected that the toxicity or tolerability of the resulting compound would be the same or better than levetiracetam, thus leading to concerns that the resulting compound, even if more

108

lipophilic, would cause additional or more severe adverse effects. This concern would be magnified if the resulting compound had better brain uptake, which could exacerbate such toxic effects.

371.   The POSA would also have been concerned that the addition of an n-propyl group would be highly susceptible to metabolism. Metabolism can 1) reduce the amount of drug available to reach the brain and 2) lead to potentially toxic metabolites. Therefore, the POSA would not have reasonably expected that modifying levetiracetam by adding a 4R-n-propyl group would result in a compound with good activity, a lack of toxicity, and good tolerability.

### D.      Asserted Claim 5 Is Not Obvious Over the Asserted Combinations

372.   Claim 5 of the '461 Patent would not have been obvious in view of the prior art and in further view of the objective indicia discussed below.

### 1.      The Combination of Keppra Label and/or Noyer in View of One or More of Gouliaev, Litina, and Waterbeemd, Optionally Further in View of GB '692 Does Not Render Claim 5 Obvious

373.   Defendants have not established that the Keppra Label was publicly available as of February 2000.

374.   The POSA would not have been motivated to modify levetiracetam at all, let alone attempt to increase its lipophilicity in order to increase brain uptake, reduce dose, make a similar or more active ASD, or improve levetiracetam's side effect profile.

375.   None of Noyer, Gouliaev, Litina, Waterbeemd, or GB '692 would have motivated the POSA to modify levetiracetam by making a mono substitution of an R-n-propyl group at the 4 position while leaving the rest of the levetiracetam molecule unchanged.

376.   The POSA would not have reasonably expected to be successful in creating a compound that would allow for a reduced dose, increase brain uptake, make a similar or more active ASD, or provide an improved side effect profile as compared to levetiracetam, based on the above combination of references. Certainly, the POSA would not have reasonably expected to create a compound that would be a useful ASD, with good activity, lack of toxicity, and good tolerability.

377.   Furthermore, the POSA would not have been motivated to combine the Keppra Label, Noyer, Gouliaev, Litina, Waterbeemd, or GB '692 because these references address different compounds, different data (if available), and different tests.

378.   For example, the Keppra Label and Noyer, specifically, address the fact that levetiracetam appears to treat epilepsy by binding to what was then known as the LBS. Noyer taught that the LBS was a fairly selective target that did not tolerate significant changes. In contrast to Noyer, GB '692 taught that substitution at the 3, 4, or 5 position of the 2-pyrrolidone ring structure with a variety of substituents may produce active compounds in the phenotypic animal models outlined in GB '692,

including the central nystagmus test, spinal fixation test, and audiogenic seizure test in mice.

379.   Nor would the POSA have combined Gouliaev with the Keppra Label, Noyer, or GB '692. Gouliaev is a wide-ranging review article aimed at evaluating piracetam and other racetam analogs for their cognition-enhancing properties. Gouliaev mentions anticonvulsant activity for certain piracetam analogs only in passing, without including any specific data about anticonvulsant activity. Moreover, Gouliaev predates the publication of Noyer, which identified that levetiracetam acted on the LBS and that the affinity for the LBS for a compound was closely correlated with the $ED_{50}$ in the audiogenic mouse model. Gouliaev did not posit that etiracetam (the racemic compound of levetiracetam and its opposite enantiomer) acted on a new receptor to produce anticonvulsant effects; instead Gouliaev incorrectly hypothesized that etiracetam acted on known receptors.

380.   Nor would the POSA have combined the Keppra Label or Noyer with Litina. Litina only draws a correlation between anticonvulsant activity in a pharmaceutical with its lipophilicity as measured by log $P$ based on the $ED_{50}$ in the MES and PTZ tests. However, it was already known that levetiracetam was generally inactive in both the MES and PTZ tests.

381. Finally, the POSA would not have combined Gouliaev with Waterbeemd, as these references provide conflicting information. Waterbeemd

teaches that the "[o]ptimal log $D$ value [which is equivalent to log $P$ for non-ionizable compounds] for brain uptake should be in the range of 1–4." But Gouliaev observes that racetams with log $P$ values ranging from -1.49 to +0.70 are all able to cross the blood brain barrier. The competing teachings in Gouliaev and Waterbeemd about lipophilicity would not have motivated the POSA to combine those references.

382. Given the disparate teaching and focuses of these references Defendants have identified, the POSA would not have had any motivation to combine these specific references for any reason, and certainly not to improve levetiracetam.

### 2. The Combination of Noyer and/or Abou-Khalil in View of One or More of Gouliaev, Litina, and Waterbeemd, Optionally in Further View of CA '319, and Further in View of Bobkov Does Not Render Claim 5 Obvious

383. The POSA would not have been motivated to modify levetiracetam at all, let alone attempt to increase its lipophilicity in order to increase brain uptake, reduce dose, make a similar or more active ASD, or improve levetiracetam's side effect profile.

384. None of Noyer, Gouliaev, Litina, Waterbeemd, CA '319, or Bobkov would have motivated the POSA to modify levetiracetam by making a mono substitution of an R-n-propyl group at the 4 position while leaving the rest of the levetiracetam molecule unchanged.

385.   The POSA would not have reasonably expected to be successful in creating a compound that would allow for a reduced dose, increase brain uptake, make a similar or more active ASD, or provide an improved side effect profile as compared to levetiracetam, based on the above combination of references. Certainly, the POSA would not have reasonably expected to create a compound that would be a useful ASD, with good activity, lack of toxicity, and good tolerability.

386.   Further, the POSA would not have been motivated to combine Noyer, Abou-Khalil, Gouliaev, Litina, Waterbeemd, CA '319, or Bobkov because these references address different compounds, different data (if available), and different tests.

387.   For example, Noyer and Abou-Khalil, specifically, address the fact that levetiracetam appears to treat epilepsy by binding to what was then known as the LBS. In addition, as discussed above, Noyer taught that the LBS was a fairly selective target that did not tolerate significant changes. In contrast to Noyer, CA '319 taught that substitution at the 3 or 5 position of the 2-pyrrolidone ring and substitution of the nitrogen of the 2-pyrrolidone ring were "substantially uncritical," albeit for purposes of modulating extra cellular glutamate—a completely different mechanism than discussed in Noyer.

388.   Nor would the POSA have combined Gouliaev with Noyer, Abou-Khalil, or CA '319. Gouliaev is a wide-ranging review article aimed at evaluating

113

piracetam and other racetam analogs for their cognition-enhancing properties. Gouliaev mentions anticonvulsant activity for certain piracetam analogs only in passing, without including any specific data about anticonvulsant activity. Moreover, Gouliaev predates the publication of Noyer, which identified that levetiracetam acted on the LBS and that the affinity for the LBS for a compound was closely correlated with the $ED_{50}$ in the audiogenic mouse model. Gouliaev did not posit that etiracetam (the racemic compound of levetiracetam and its opposite enantiomer) acted on a new receptor to produce anticonvulsant effects; instead Gouliaev incorrectly hypothesized that etiracetam acted on known receptors.

389.   Nor would the POSA have combined Noyer and Abou-Khalil with Litina or Bobkov. Litina only draws a correlation between anticonvulsant activity based on the $ED_{50}$ in the MES and PTZ tests of a pharmaceutical with its lipophilicity as measured by log $P$. Similarly, Bobkov examined a limited number of compounds in the MES and PTZ tests. However, it was already known that levetiracetam was generally inactive in both the MES and PTZ tests.

390.   Finally, the POSA would not have combined Gouliaev with Waterbeemd, as these references provide conflicting information. Waterbeemd, on the other hand, teaches that the "[o]ptimal log $D$ value [which is equivalent to log $P$ for non-ionizable compounds] for brain uptake should be in the range of 1–4." But Gouliaev observes that racetams with log $P$ values ranging from -1.49 to +0.70 are

all able to cross the blood brain barrier. The competing teachings in Gouliaev and Waterbeemd about lipophilicity would not have motivated the POSA to combine those references.

391. Given the disparate teaching and focuses of these references Defendants have identified, the POSA would not have had any motivation to combine these specific references for any reason, and certainly not to improve levetiracetam.

### 3. The Combination of Noyer and/or Crawford in View of Bobkov, Optionally in Further View of Gouliaev, and Further in View of Levin Does Not Render Claim 5 Obvious

392. The POSA would not have been motivated to modify levetiracetam at all, let alone attempt to increase its lipophilicity in order to increase brain uptake, reduce dose, make a similar or more active ASD, or improve levetiracetam's side effect profile.

393. None of Noyer, Bobkov, Gouliaev, or Levin would have motivated the POSA to modify levetiracetam by making a mono substitution of an R-n-propyl group at the 4 position while leaving the rest of the levetiracetam molecule unchanged.

394. The POSA would not have reasonably expected to be successful in creating a compound that would allow for a reduced dose, increase brain uptake, make a similar or more active ASD, or provide an improved side effect profile as

compared to levetiracetam, based on the above combination of references. Certainly, the POSA would not have reasonably expected to create a compound that would be a useful ASD, with good activity, lack of toxicity, and good tolerability.

395. Further, the POSA would not have been motivated to combine Noyer, Crawford, Bobkov, Gouliaev, or Levin because these references address different compounds, different data (if available), and different tests.

396. For example, Noyer addresses the fact that levetiracetam appears to treat epilepsy by binding to what was then known as the LBS. Crawford is a four paragraph abstract about up-titration during a clinical trial of levetiracetam. In contrast, Levin is a general research paper comparing the partition coefficient, rat brain permeability, and molecular weight. None of the compounds explored are 2-pyrrolidones and none appear to relate to treatment of epilepsy.

397. Nor would the POSA have combined Gouliaev with Noyer or Crawford. Gouliaev is a wide-ranging review article aimed at evaluating piracetam and other racetam analogs for their cognition-enhancing properties. Gouliaev mentions anticonvulsant activity for certain piracetam analogs only in passing, without including any specific data about anticonvulsant activity. Moreover, Gouliaev predates the publication of Noyer, which identified that levetiracetam acted on the LBS and that the affinity for the LBS for a compound was closely correlated with the $ED_{50}$ in the audiogenic mouse model. Gouliaev did not posit that

etiracetam (the racemic compound of levetiracetam and its opposite enantiomer) acted on a new receptor to produce anticonvulsant effects; instead Gouliaev incorrectly hypothesized that etiracetam acted on known receptors.

398.   Nor would the POSA have combined Noyer and Crawford with Litina or Bobkov. Litina only draws a correlation between anticonvulsant activity based on the $ED_{50}$ in the MES and PTZ tests in a pharmaceutical with its lipophilicity as measured by log $P$. Similarly, Bobkov examined a limited number of compounds in the MES and PTZ tests. However, it was already known that levetiracetam was generally inactive in both the MES and PTZ tests.

399.   Given the disparate teaching and focuses of these references Defendants have identified, the POSA would not have had any motivation to combine these specific references for any reason, and certainly not to improve levetiracetam.

### E.   Objective Indicia Confirm the Non-Obviousness of Asserted Claim 5

#### 1.   Many Others Failed to Develop an ASD that Achieved Regulatory Approval

400.   The drug development process is fraught with uncertainty and risk. Most compounds in testing never make it to Phase I trials. Once that initial barrier is cleared to even enter Phase I, the likelihood that an ASD in Phase I clinical trials

will achieve regulatory approval is approximately 30%. Indeed, the vast majority of would-be ASDs fail to achieve regulatory approval.

401. Since 1975, the National Institutes of Health ("NIH") has managed a program known as the Antiepileptic Drug Development ("ADD") Program, which collaborates with industry and other groups to develop new ASDs. One component of the program is the Anticonvulsant Screening Project ("ASP"), now known as the Epilepsy Therapy Screening Program. The ASP assists in the development of ASDs by conducting preclinical screening of potential ASDs.

402. By 2002, the ASP had helped to screen 23,000 compounds for anticonvulsant activity. Six of those compounds had been approved as ASDs by that time: vigabatrin, lamotrigine, oxcarbazepine, felbamate, gabapentin, and topiramate.

403. By 2015, only three additional ASDs were approved with the assistance of the Anticonvulsant Screening Project ("ASP"). Although this contribution to the field of epilepsy treatment is significant, the disparity between the number of screened compounds and the number of new ASDs produced out of the program underscores the inherent difficulty in discovering new ASDs.

404. One way to ascertain how many compounds fail in the preclinical phase is to look at the available data from the ASP. During a five-year period in the 1990s, 4,000 compounds were screened by the program. Only 10% of those compounds were found to be active in the MES test, and fewer than 5% were active in the PTZ

test. If those percentages are used as a measure of the historical performance of the program, then approximately 2,300 of the 23,000 compounds that the program had screened by 2002 were active in the MES test. By this point, only six compounds had been approved out of the ASP. This further demonstrates the uncertainties of ASD development, even where a compound has demonstrated some anticonvulsant efficacy in an animal model.

405.   Determining why a drug failed to achieve regulatory approval can be challenging.  In some cases, unpublished, non-public preclinical or clinical data for a compound may compel the developer of that compound to cease development. In such a case, few details about the failure may ever be publicly known. The existence of the compound itself may not even be known.

406.  Even if a drug's development does reach some level of public awareness (e.g., is included in journals, conference synopses, or patent applications), there may still be aspects of the drug's fate that are not publicly known. A pharmaceutical company may not announce that it is stopping development of a drug, and even if it does, it may not explain why.

407.  In general, a drug's development is assumed to have failed if a significant period of time passes in which no new publications are made, no new clinical trials have been announced, and the drug is not being actively marketed.

408.   One source for information regarding in-development ASDs is the Eilat Conference, which is held in even-numbered years by the International League Against Epilepsy. During Eilat V, which was held in June 2000, data for eleven in-development ASDs were discussed. Of these eleven drugs, six—imepitoin, remacemide, talampanel, valrocemide, safinamide, and isovaleramide—have failed to achieve regulatory approval as ASDs in humans. A seventh, DP-valproate, may still be in development, over 20 years later.

409.   Additional potential ASDs discussed in the literature around 2000 as being in clinical development have also failed to achieve regulatory approval in humans, including carisbamate, carabersat, and irampanel.

410.   Patent filings may also reveal failures in the preclinical phase. For example, U.S. Patent No. 6,605,610 (filed Feb. 25, 2000), which was assigned to Pfizer, Inc., claims the use of "aryl fused azapolycyclic compounds" to treat, among other things, epilepsy. None of the sixty compounds discussed in this patent ever became approved ASDs. Similarly, U.S. Patent No. 6,492,388 (filed June 29, 2000), which was assigned to SmithKline Beecham p.l.c., describes using "novel isoquinolines" as anticonvulsant drugs. None of the at least forty compounds discussed in this patent have become approved ASDs.

411.   Since February 2000, many large pharmaceutical companies have abandoned epilepsy research entirely, including GlaxoSmithKline and Pfizer. A

large portion of research into new ASDs is now undertaken by small and mid-size pharmaceutical companies or academics.

412.   In addition to these compounds that were in development around February 2000 and later failed, new and promising ASDs have continued to fail since February 2000, including for example, fluorofelbamate.

413.   Two compounds developed by UCB after February 2000 have failed to achieve regulatory approval, including seletracetam, a SV2A ligand like levetiracetam and brivaracetam, and padsevonil, a dual-acting SV2A and GABA receptor agonist.

414.   Development of seletracetam was halted in May 2008, when two clinical trials were withdrawn. Development of padsevonil was halted in 2020 when it failed a Phase IIb clinical trial.

415.   No entity other than UCB has ever attempted to develop levetiracetam analogs for epilepsy treatment, as far as is publicly known.

### 2. There Was a Long Felt but Unmet Need for ASDs Effective in Reducing or Eliminating Seizures

416.   As of February 2000, there was a long-felt but unmet need for ASDs effective in reducing or eliminating seizures in patients with refractory epilepsy.

417.   Briviact has satisfied for some patients a long-felt but unmet need for some patients for ASDs effective in reducing or eliminating seizures in patients with refractory epilepsy.

418.  Briviact enables a number of patients whose epilepsy remained uncontrolled on other ASDs, including levetiracetam, to experience improvement in seizure frequency and even become seizure-free.

419.  Briviact enables a number of children whose epilepsy remained uncontrolled on other ASDs, including levetiracetam, to experience improvement in seizure frequency and even become seizure-free.

420.  Briviact's success in treating patients with refractory epilepsy, including children, has been well-documented in the literature and observed first-hand by clinicians.

### 3.   There Was a Long Felt but Unmet Need for ASDs with Improved Side Effect Profiles

421.  As of February 2000, there was a long-felt but unmet need for ASDs with improved side effect profiles.

422.  Briviact has satisfied for some patients a long-felt but unmet need for some patients for ASDs with improved side effect profiles.

423.  Briviact offers epilepsy patients a treatment option with an overall milder side effect profile and, as compared to levetiracetam, a substantially milder psychiatric and behavioral side effect profile.

424.  Briviact offers children with epilepsy an overall milder side effect profile and, as compared to levetiracetam, a substantially milder psychiatric and behavioral side effect profile. Psychiatric and behavioral side effects are particularly

salient for children with epilepsy, many of whom have one or more cognitive comorbidities.

425.  Briviact's improved side effect profile, including in children with epilepsy, has been well-documented in the literature and observed first-hand by clinicians.

### 4.  Brivaracetam Has Shown Unexpectedly Superior Affinity for the SV2A Target Over Levetiracetam

426.  The POSA would not have expected Brivaracetam to exhibit at least ten-fold increased affinity for SV2A over levetiracetam.

427.  Brivaracetam's greatly increased binding affinity for SV2A over levetiracetam correlates with brivaracetam's higher potency over levetiracetam in terms of seizure protection in the audiogenic mouse model.

428.  Brivaracetam is over ten times more potent than levetiracetam in the audiogenic mouse model ($ED_{50}$ of 14 µmol/kg, i.p. vs. $ED_{50}$ of 180 µmol/kg, i.p., respectively).

429.  Brivaracetam's superior efficacy and potency over levetiracetam were surprising to the inventors of the '461 Patent, including Benoit Kenda.

### 5.  Brivaracetam Has Shown Unexpectedly Superior Potency in a Number of Different Animal Models Over Levetiracetam

430.  The POSA would not have expected brivaracetam to demonstrate superior potency in a number of different animal models over levetiracetam.

431.   As compared to levetiracetam, brivaracetam is also over three times more potent in the DMCM model, more than 270-fold more potent in the hippocampal-kindled rat model, 6-fold more potent in the corneal-kindled mouse model, 8-fold more potent in the phenytoin-resistant kindled rats model, 8-fold more potent in the amygdala kindled rat model, and 10-fold more potent in status epilepticus models.

432.   Brivaracetam also has a larger ratio than levetiracetam between the dose at which neurotoxicity is shown in the rotarod test (measured in $TD_{50}$) compared to efficacy (measured in $ED_{50}$ (i.p.)) in both the audiogenic mouse model (ratio of 87 for brivaracetam versus 72 for levetiracetam) and the amygdala kindling rat model (ratio of 8.4 for brivaracetam versus 6.2 for levetiracetam). This ratio between neurotoxicity and efficacy is known as the "therapeutic index" or "therapeutic window."

433.   Brivaracetam's potency over levetiracetam in these animal models cannot be explained by brivaracetam's increased affinity for SV2A.

434.   Brivaracetam's increase in potency over levetiracetam in these animal models also cannot be explained by brivaracetam's increased lipophilicity as measured by log P.

435.   Lipophilicity refers to the ability of a compound to dissolve in a lipid (also known as fatty or oily) solution. The brain is surrounded by a lipid membrane,

so a compound's lipophilicity is one factor of many that can impact the ability of the compound to enter the brain through that membrane.

436.  Log P is the logarithm of the partition coefficient, which is a ratio that describes the relative ability of a compound to dissolve in a non-polar substance (i.e., oil) versus a polar substance (i.e., water). A negative log P indicates that a compound dissolves more in water than oil, a positive log P indicates that a compound dissolves more in oil than water, and a log P of zero indicates that a compound dissolves equally in both oil and water.

### 6. Brivaracetam Has Shown an Unexpectedly Different Overall Mechanistic Profile Over Levetiracetam

437.  The POSA would not have expected brivaracetam to possess a different mechanistic profile than levetiracetam.

438.  Although both levetiracetam and brivaracetam are thought to derive their primary anti-seizure effects from binding to the SV2A protein, data published by UCB researchers suggests that levetiracetam and brivaracetam act at different binding sites or interact with different conformation states of SV2A. This was unexpected.

439.  Levetiracetam and brivaracetam also possess other, but different, mechanisms of action. For example, levetiracetam has been shown to inhibit AMPA receptors and calcium channels. By contrast, brivaracetam does not possess these mechanisms.

125

440.   Brivaracetam and levetiracetam possess different pre-clinical profiles in animal models of epilepsy. Brivaracetam is active in the MES and PTZ models where levetiracetam is not. Levetiracetam is active in the pilocarpine model where brivaracetam is not. These differences in pre-clinical profiles cannot be attributed to levetiracetam and brivaracetam's differing affinities for SV2A.

441.   The physicochemical properties of levetiracetam and brivaracetam (including lipophilicity, as measured by log P) are not responsible for their different mechanistic profiles.

### 7. Briviact Has Demonstrated a Unique Combination of Efficacy and Tolerability, Especially Showing a Marked Improvement Over the Side Effect Profile of Levetiracetam

442.   As of February 2000, approximately 30% of epilepsy patients were still refractory and many of the available ASDs came with unacceptable side effects.

443.   As of February 2000, the POSA would not have expected that Briviact would demonstrate a unique combination of efficacy and tolerability as compared to other available ASDs.

444.   The POSA would have been surprised that Briviact demonstrated a unique combination of efficacy and tolerability, including improved efficacy and tolerability as compared to levetiracetam.

445.   The POSA would have been surprised that Briviact demonstrated a unique combination of efficacy and tolerability, including improved efficacy and tolerability as compare to levetiracetam.

446.   The POSA would have been surprised that Briviact demonstrated a markedly improved psychiatric and behavioral side effect profile as compared to levetiracetam, in part because psychiatric and behavioral adverse events associated with levetiracetam had been partially attributed to its action on SV2A.

447.   The POSA would have been surprised that Briviact demonstrated a markedly improved side effect profile for children with epilepsy, in whom psychiatric and behavioral comorbidities are particularly prevalent.

### 8.     Briviact Has Been Praised by Industry Participants Since Its Introduction

448.   Briviact has been praised extensively in the literature, including in articles written by Hirsch, Villanueva, and Asadi-Pooya.

449.   Both neurologists who prescribe Briviact and patients who take Briviact have praised Briviact for its clinical profile and performance.

450.   There is particularly high praise for Briviact as having high efficacy while not having the psychiatric and behavioral adverse effects associated with levetiracetam.

9.     **Dr. Philippe Michel, the Project Leader of the B011 Project, Expressed Skepticism that Pyrrolidone Compounds with 4-Alkyl Substituents Would Result in Compounds More Active Than Levetiracetam**

451.    Dr. Philippe Michel, the project manager of the B011/B051 project between 1997 and 2000, and a person who had more skill than a POSA at the time of the invention, was skeptical that alkyl substitution at the 4-position of the pyrrolidone ring of levetiracetam would lead to a safe and effective ASD.

452.    In late 1997, before brivaracetam was invented, Dr. Michel was skeptical that alkyl substitution at the 4-position of the pyrrolidone ring of levetiracetam, such as the n-propyl group at the 4-position of the pyrrolidone ring of brivaracetam, would result in a safe and effective ASD.

453.    At that time, Dr. Michel, a medicinal chemist, was heavily involved in the B011/B051 project, and had been since at least 1995, thus making him at least a POSA by late 1997.

454.    By 1996, as part of the B011/B051 Projects, UCB had affinity data from the LBS binding assay and potency data from the audiogenic mouse test for two different alkyl substitutions—methyl and isopropyl—at the 4-position.

455.    The data showed that the binding affinity and potency for these two compounds was similar to or lower than the corresponding data for levetiracetam, thus failing to meet the goals of the B011/B051 project, which were to develop compounds with higher binding affinity and potency than levetiracetam.

456. Dr. Michel was unconvinced that further exploration of alkyl substitutions at the 4-position of the pyrrolidone ring would yield any results, and he expressed his skepticism to two UCB employees on his team, Benedicte Lallemand and Patrick Pasau, who are also two of the inventors of the '461 Patent, and discouraged them from further exploration of alkyl substitutions at the 4-position of the pyrrolidone ring.

457. Moreover, after synthesizing the methyl and isopropyl-substituted compounds, and while Dr. Michel oversaw the B011/B051 Project, UCB did not synthesize another 4-alkyl compound in the B011/B051 Project for about two years until Ms. Lallemand and Dr. Pasau decided to try substituting an n-hexyl group at the 4-position of levetiracetam in late 1997.

### 10.    Nexus

#### a)    Briviact with Claim 5

458. Brivaracetam, as the active ingredient in Briviact, imparts the efficacy to Briviact. Briviact's efficacy, safety, and tolerability are a direct result of brivaracetam as the active pharmaceutical ingredient.

459. The evidence of objective indicia of non-obviousness discussed above are a direct result of brivaracetam and its use to treat epilepsy patients.

#### b)    Dr. Michel's Skepticism with Claim 5

460. There is a direct relationship between Dr. Michel's skepticism and Claim 5 of the '461 Patent.

461.   Brivaracetam is a racetam derivative with a butanamide side chain in the S configuration off the nitrogen and an n-propyl substituent in the R configuration at the 4-position of the pyrrolidone ring, which is the exact type of substituent about which Dr. Michel had expressed skepticism—a pyrrolidone compound with an alkyl substituent at the 4-position.

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-987 (CFC) (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) ) ) ) | |
| Defendants. | ) | |

**EXHIBIT 3**

**<u>DEFENDANTS' STATEMENT OF ISSUES OF FACT
THAT REMAIN TO BE LITIGATED</u>**

Pursuant to Local Rule 16(c)(4), Defendants identify the following issues of fact that remain to be litigated. The following statements are not exhaustive, and Defendants reserve the right to prove any matters identified in their pleadings, interrogatory responses, and/or expert reports. Defendants intend to offer evidence to rebut evidence offered by Plaintiffs. Defendants reserve the right to modify or amend this summary to the extent required to address any future rulings by the Court and to respond to any new issues raised by Plaintiffs. To the extent Defendants' Statement of Issues of Law contains issues of fact, those issues are incorporated herein by reference. Moreover, if any issue of fact identified below

1

should properly be considered an issue of law, then such statement shall be considered a part of Defendants' Statement of Issues of Law. Defendants incorporate by reference their expert reports in support of any proof to be presented by expert testimony.

In an effort not to overburden the Court with a voluminous statement at this pre-trial stage, Defendants have attempted to streamline their Statement of Facts that Remain to be Litigated.  As a result, the contested facts presented below are an encapsulation of the contested facts that Defendants intend to litigate at trial and are not intended to set forth every individual fact that might be addressed during the course of the trial.  Defendants reserve the right to expound upon and/or provide additional detail, as necessary, to further support Defendants' positions at trial, including with respect to the evidence (e.g. prior art literature) identified in support of various factual issues Defendants have identified as remaining to be litigated. The exclusion of detail is not intended as a waiver.  In view of the foregoing, Defendants incorporate by reference the entirety of all of their experts' reports and the documents/materials cited therein in full.

Finally, and for the avoidance of any doubt, Defendants dispute and reserve all rights to introduce evidence and argument rebutting any statements set forth in Plaintiffs' Statement of Facts and Law that Remain to Be Litigated.

## **ISSUES OF FACT THAT REMAIN TO BE LITIGATED**

A.     **The Person of Ordinary Skill in the Art**

1.     The person of ordinary skill in the art ("POSA") for U.S. Patent No. 6,911,461 ("the '461 patent") would have had, as of the relevant date, a doctorate degree in chemistry, medicinal chemistry, organic or synthetic chemistry, or a related discipline, and at least two years of experience in the synthesis, research and development of medicinal compounds.  Alternatively, the POSA may have had a lesser post-graduate degree in one of those fields, with four or more years of experience in the same areas. A POSA would have had knowledge and experience and/or worked with a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with advanced degrees and/or experience in clinical medicine, pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry related to research and development of drug products and formulations, including preclinical and clinical research.

2.     Dr. Salvatore D. Lepore, Ph.D., qualifies as a POSA with respect to the '461 patent.

B.     **Prior Art Pertaining to the Obviousness of Claim 5 of the '461 Patent**

3.     U.S. Patent No. 4,943,639 to Gobert et al. ("Gobert") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

4.     Gobert discloses and claims the levorotatory ("l" or "S") enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide, which is also known as levetiracetam, and a method of preparation. Gobert explains that this compound can be used for therapeutic purposes such as the treatment of epilepsy. Gobert teaches that the S-enantiomer can be administered orally, in solid or liquid formulations, or parenterally, and discloses an exemplary capsule formulation.

5.     Patsalos et al., "*Newer Epileptic Drugs Towards an Improved Risk-Benefit Ratio*," Drug Safety, Vol. 11, No. 1, pp. 37-67 ("Patsalos 1994") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

6.     Patsalos teaches certain properties for an ideal antiepileptic drug and discloses that levetiracetam has a "unique profile of action incorporating features in common with a wide range of currently available antiepileptic drugs;" "minimal adverse effects and a high therapeutic index;" was "rapidly absorbed after oral ingestion;" and that its "preliminary efficacy results are very encouraging, with significant efficacy in patients with complex partial seizures." Patsalos 1994 at 57-58.

7.     Prous et al., "*Levetiracetam*," Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111-113 (1994) ("Prous") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

8.      Prous discloses the relationship between piracetam and levetiracetam (UCB-L059) as close structural analogs, and discusses the anticonvulsant effects of both in animal models, disclosing that levetiracetam "was shown to exert potent anticonvulsant effects and was selected for further evaluation as an antiepileptic drug."  Prous at 111-12.

9.      Stables et al., "*Progress report on new antiepileptic drugs – a summary of the Second Eilat Conference*," Epilepsy Research, Vol. 22, pp. 235-246 ("Stables") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

10.      Stables teaches that levetiracetam (UCB L059) was undergoing clinical evaluation as of the time of the Second Eilat Conference.  In summarizing the presentations of the Second Eilat Conference, Stables discloses levetiracetam's activity in audiogenic, bicuculline, and picro-toxin induced seizures, the pentylenetetrazol kindling and amygdala and corneal kindling rat models, and models of absence epilepsy, as well as its poor maximal electroshock test activity. Stables teaches that levetiracetam was well tolerated with slight sedation at very high doses.

11.      Noyer, et al., "*The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*," European Journal of Pharmacology, Vol. 286, pp. 137-146 ("Noyer") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

12.   Noyer teaches the superior affinity of the (s)-enantiomer of levetiracetam, the broad-spectrum applicability and safety profile of levetiracetam, and the existence of a reversible, saturable and stereoselective specific binding site in crude membrane of rate central nervous system (CNS). Noyer discloses results for a number of different molecules, including levetiracetam, in an in vitro study of the binding of the compound to the LBS in rat CNS membranes, and an *in vivo* study of anticonvulsant activity in audiogenic mice. Noyer teaches that a comparison of the binding affinities of the tested compounds and their *in vivo* anticonvulsant activities showed "a fairly good correlation."  Noyer at 143.  Noyer's structure-activity relationship results teach that the length of the alkyl chain in the (S)-α-alkyl-2-oxopyrrolidine acetamide homologues of levetiracetam affects affinity, with longer alkyl chains having intermediate affinities, that modifying the amide moiety to certain other structures produced affinity reduction, and that changing the pyrrolidinone ring produced "profound reduction of affinity." *Id.* at 144.

13.   Sharief et al., "*Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy*," Journal of Epilepsy, Vol. 9, PP. 106-112 ("Sharief") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

14.   Sharief teaches that ucb L059, levetiracetam, is an orally active substance with antiepileptic activity in a wide range of animal models, with undiminished activity after chronic administration.  Describing a clinical trial of

6

levetiracetam, Sharief teaches that levetiracetam was "well tolerated," and that levetiracetam "was associated with a significant reduction in partial seizures as compared with baseline or placebo" as well as having a good tolerability profile and ultimately may be useful in treatment of refractory partial epilepsy. Sharief at 107.

15.   Abou-Khalil et al., "Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers," Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 ("Abou-Khalil") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

16.   Abou-Khalil discloses results from pooling data from two centers participating in an add-on, open-label extension trial of ucbL059. From the disclosed results, Abou-Khalil concludes that "ucbL059 appears to be an effective and well tolerated adjunctive agent in the treatment of refractory partial onset seizures." Abou-Khalil at Conclusion.

17.   Löscher, et al., *Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy*," Journal of Pharmacy and Experimental Therapeutics, vol. 284, No. 2, pp. 474-479 ("Löscher") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

18.   Löscher discloses advantages of levetiracetam such as "potent anticonvulsant activity" and its "true antiepileptogenic effect" among others.

7

Löscher teaches levetiracetam appeared effective and well-tolerated in treating refractory partial epilepsy in clinical trials.

19.    Shorvon et al., "Efficacy and Tolerability of Levetiracetam (LEV) as Add-on Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial," Epilepsia, Vol. 40 (Suppl. 2), 248-249 ("Shorvon") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

20.    Shorvon discloses clinical data regarding efficacy and tolerability of levetiracetam as add-on treatment in refractory epileptic patients with partial onset seizures.

21.    Crawford et al., "Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period," Epilepsia, Vol. 40 (Suppl. 2), 248 ("Crawford") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

22.    Crawford discloses that "LEV can be given at an effective dose without any up-titration period" and can be used as add-on treatment for refractory partial epilepsy.  It also suggests efficacy for refractory generalized epilepsy, and describing trials in patients with partial seizures.

23.    Ben-Menachem et al., "Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset

8

Seizures," Epilepsia, Vol. 40 (Suppl. 2), 249 ("Ben-Menachem") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

24.    Ben-Menachem discloses a study evaluating the efficacy and tolerability of levetiracetam as add-on treatment in patients taking one other AED (at most) and later as monotherapy. The efficacy of levetiracetam was maintained as well as showing a safety profile similar to placebo.

25.    Perucca, "*Drugs Under Clinical Trial*," *in*: Eadie M.J., Vajda F.J.E. (eds), Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology, Vol 138. Springer, Berlin, Heidelberg ("Perucca") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

26.    Perucca teaches that the search for antiepileptic drugs was ongoing and discloses the activity of levetiracetam in the maximal electroshock and pentylenetetrazole tests, in which it did not show anticonvulsant activity, and tonic and clonic audiogenic seizures in mice and tonic audiogenic seizures in rats, in which levetiracetam did show anticonvulsant activity. Perucca further discloses the results from clinical trials evaluating levetiracetam treatment for epilepsy in which a significant reduction in the frequency of refractory partial onset seizures was observed.

9

27.    J.A. Burris, Review and evaluation of pharmacology/toxicology data for levetiracetam, ("Burris") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

28.    Burris teaches that "[l]evetiracetam was rapidly distributed and tissue concentrations were close to those in blood after both single and repeated administration, with the exception of lower levels in the adipose tissue," and that "[t] exchange was slower for the CNS." Burris at 1, 6.

29.    FDA Division of Neuropharmacological Drug Products, Clinical Review of NDA Submission for Kep[p]ra ("Keppra Medical Review") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

30.    Keppra Medical Review discloses results from levetiracetam's clinical trials, which showed the frequency of discontinuing treatment due to adverse events, such as sedation, was higher for patients treated with levetiracetam compared with the placebo group.

31.    The 1999 product insert for KEPPRA™ (levetiracetam) ("Keppra Label") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

32.    Keppra Label discloses that Keppra (levetiracetam) was approved by the FDA for use as as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy based on clinical studies.  Keppra Label further discloses that Keppra™ (levetiracetam) is an antiepileptic drug available as 250 mg (blue), 500

10

mg (yellow) and 750 mg (orange) tables for oral administration and teaches dosing regimens.

33.     Patsalos, "*Pharmacokinetic profile of levetiracetam: toward ideal characteristics*," Pharmacology & Therapeutics, Vol. 85, pp. 77-85 ("Patsalos 2000") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

34.     Patsalos 2000 discloses the characteristics of an ideal antiepileptic drug included rapid absorption after oral ingestion, good bioavailability with rapid achievement of steady-state concentrations, linear kinetics, minimal or no protein binding, a half-life offering once- or twice-daily dosing, absence of drug-drug interactions, and no metabolism, and that there was need for further development of antiepileptic therapies.    Patsalos 2000 discloses levetiracetam as an ideal antiepileptic drug effective in partial-onset and generalized seizures based on the results of preclinical and clinical trials.

35.     Olesen *et al.*, "*Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man*," Stroke, Vol. 9, No. 4, pp. 344-349 ("Olesen") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

36.     Olesen studied the ability of isoproterenol and propranolol to cross the blood-brain barrier, finding that given the hydrophilic nature of isoproterenol, its diffusion across the blood-brain barrier was expected "to be very slow" while "the

11

lipophilic nature of the propranolol molecule indicates that it should easily pass the blood-brain barrier." Olesen at 347.

37.    Levin, "*Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability*," Journal of Medicinal Chemistry, Vol. 23, No. 6, 682-684 (1980) ("Levin") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

38.    Levin discloses that an understanding of physical transport factors that affect brain capillary permeability, such as molecular size and lipophilicity, will be important to develop better therapy and new therapeutic agents, correlating molecular weight with the brain capillary permeability coefficient (*Pc*).

39.    Adrien Albert, "*Selective Toxicity, the physico-chemical basis of therapy,*" 7th ed. ("Albert") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

40.    Albert discloses an example showing the impact of lipophilicity, as measured by partition coefficient, on biological activity.

41.    Wong et al., "*Substituent Effects on Partition Coefficient of Barbituric Acids,*" Journal of Pharmaceutical Science, Vol. 77, No. 11, pp. 926-932 ("Wong") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

12

42.    Wong discloses substituent effects on partition coefficients and the additive impact of substituents on the partition coefficient of a compound. Wong calculates the increment of the log $P$ value, per $CH_2$ unit, is 0.53.

43.    Lolin et al., "Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: phenytoin," Epilepsy Research, 19, pp. 99-110 ("Lolin") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

44.    Lolin teaches that pharmacokinetic considerations are pivotal in therapeutic drug monitoring which is performed routinely for a variety of drugs, including several antiepileptic drugs.  Lolin explains that "[a]fter administration, phenytoin rapidly appeared in both serum ($T_{max}$ mean range 0.15-0.38 h) and CSF ($T_{max}$ mean range 0.9-1.4 h)."  Lolin at Abstract.  Lolin further explains that this is indicative of ready penetration of the blood-brain barrier.

45.    Gouliaev and Senning, "*Piracetam and other structurally related nootropics*," Brain Research Reviews, Vol. 19, pp. 180-222 ("Gouliaev") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

46.    Gouliaev teaches that possible beneficial effects of the racetams include beneficial effects "in patients with mild to moderate dementia," and in "epilepsy" "in co-treatment with other drugs." Gouliaev at 209. Gouliaev summarizes the structure-activity relationship of the racetam as showing that the pyrrolidone ring

13

and the acetamide moiety are important for the nootropic activity.  Gouliaev further teaches that the (S)-form of etiracetam, known as levetiracetam or UCB L059, shows "significantly higher activity" at clinically relevant concentrations compared to the (R)-form.   Gouliaev explains that piracetam "crosses the brain-barrier slowly because of its high hydrophilicity." *Id.* at 188.

47.    Appleton et al., "*Lorazepam versus diazepam in the acute treatment of epileptic seizures and status epilecticus*," Developmental Medicine and Child Neurology, Vol. 37, pp. 682-688 ("Appleton") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

48.    Appleton teaches that the ideal drug for treating acute seizures "should act rapidly, have a sustained duration of action and be safe." Appleton at 682.

49.    Hadjipavlou-Litina, "*Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants*," Med. Res. Rev., Vol. 18, No. 2, pp. 91-119 ("Litina") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

50.    Litina teaches that for drugs acting in the CNS, "hydrophobicity is an important property" and further that the log $P_o$ of antiepileptics fell in the range of 1.4 to 2.7.  Litina teaches that substituting alkyl groups on lactam rings increased the compounds' lipophilicity.

51.     van de Waterbeemd et al., "*Estimation of blood-brain barrier crossing of drugs using molecular size and shape, and H-bonding descriptors*," J. Drug Targeting, Vol. 6, pp. 151-165 ("Waterbeemd") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

52.     Waterbeemd teaches that "the structural and physicochemical properties of the compounds are important determinants for brain uptake" and that compounds with receptors in the central nervous system (CNS) should readily permeate across the BBB.  Waterbeemd at 152. Waterbeemd concludes that three characteristics were important in determining brain penetration of a drug, namely: $1 < \log D < 4$; molecular weight $< 450$; and $SP < 90$ Å$^2$, where D is the 1-octanol/water distribution coefficient taken at the correct physiological value of pH (pH = 7.4 in the case of penetration to the brain), and SP is the polar surface area of the compound.  Waterbeemd explains that the lipophilicity constraint of log D in the range of 1-4 is "necessary," but it is not automatically "sufficient."  In particular, molecular weight higher than 450 and polar surface area larger than 90 Å$^2$ "are not favorable."

53.     Pardridge, "*CNS Drug Design Based in Principles of Blood-Brain Barrier Transport*," Journal of Neurochemistry, Vol. 70, No. 5, pp. 1781-1792 (1998) ("Pardridge") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

15

54.     Pardridge discloses that "[d]rugs may be altered chemically to increase lipid solubility of the compound."   Pardridge at 1785.   Pardridge explains that, provided the molecular mass of the drug does not exceed a threshold of 400-600 Da, the BBB transport of the drug may be increase din direct proportion to its lipid solubility.  *Id.* at 1785-86.

55.     GB 1,309,692, Honore et al., filed on February 13, 1970, published on March 14, 1973 ("GB '692") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

56.     GB '692 discloses and claims α-ethyl-2-oxo-1-pyrrolidine acetamide and contains several examples of compounds with substitutions at the 3, 4, and 5 positions of the pyrrolidone ring of alkyls, alkenyls, and alkynyls having up to six carbon atoms.  GB '692 further discloses N-substituted lactams of a general formula (I), therapeutic purposes for the disclosed compounds of formula (I) including epilepsy and decreasing cerebral excitability in the audiogenic seizure test in mice, and pharmaceutical compositions comprising the compounds of formula (I).

57.     Glozman, *et al.*, "*The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides*," translated from KHIMIKO-FARMATSEVTICHESKII ZHURNAL, Vol. 14, No. 11, pp. 43-48 ("Glozman") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

58.    Glozman reported that 4-phenylpiracetam (designated as compound 'Ia') demonstrated antispasmodic activity (Table 1 at 777) and also acted as an antagonist to convulsants (Table 2 at 778), while piracetam (which lacked the 4-phenyl group on pyrrolidone ring) was inactive.

59.    Bobkov, et al., "*Pharmacological characteristics of 4-Phenylpiracetam – A new phenyl analog of Piracetam*," Translated from BYULLETEN EKSPERIMENTAL'NOI BIOLOGII I MEDITSINY, Vol. 95, No. 4, pp. 50-53 ("Bobkov") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

60.    Bobkov discloses the anticonvulsant activity of a few pyrrolidone derivatives had previously been reported and that the most active of the compounds studied was found to be the amide of 4-phenylpyrrolidone-2-acetic acid, known as 4-phenylpiracetam.  Bobkov discloses that the addition of a phenyl group at the fourth carbon in the pyrrolidine ring of piracetam results in a compound with more anticonvulsant activity than other pyrrolidone derivatives.  Bobkov further disclosed seizure discharge reduction and suppression of epileptiform activity in the cortex and thalamus, and the effects lasting 5 hours or longer, following injection of 20 mg/kg of 4-phenylpiracetam and 100 mg/kg of 4-phenylpiracetam, respectively, in rat brain tissues.

61.    EP 0154490 B1 ("EP '490") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

17

62.    EP '490 discloses a process for preparing 2-oxo-1-pyrrolidineacetamide derivatives. As EP '490 teaches, it was "known that 4-substituted derivatives of 2-oxo-1-pyrrolidineacetamide are valued psychotropic agents that, in animals and man, restore cognitive function that has been damaged as a result of various pathologies." EP '490 at 2, ll. 6-8.

63.    International application No. PCT/EP98/07383 published as WO 99/25683 ("WO '683") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

64.    WO '683 discloses a 2-pyrrolidinone derivative of a general formula, and teaches that 2-pyrrolidinone derivatives which have in position 4 at least one substituent (such as C1-10 alkyl) can be used for the prophylaxis and treatment of disorders of the central nervous system such as epilepsy because this compound thus substituted lowers extracellular glutamate levels. WO '683 teaches that the substitution at the 4-position of the pyrrolidinone ring is "essential" and that it is "necessary for at least one radicals $R^1$ and $R^2$ to be different from hydrogen. One of the radicals $R^1$ and $R^2$ is preferably a hydrogen atom, and other radical is preferably a $C_1$-$C_{10}$ alkyl radical, preferably a $C_1$-$C_6$ alkyl radical." WO '683 at 4.

65.    Canadian Patent Application No. 2,310,319 ("CA '319") is the Canadian application of international application No. PCT/EP/98/07383 published

18

as WO 99/25683 and qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

66.     CA '319 explains that 4-substited 2-pyrrolidinone derivatives are useful for treating several disorders, including epilepsy by reducing the extracellular glutamate levels. CA '319 discloses 2-pyrrolidinone derivative of a general formula, and teaches that "[s]ubstitution of the 2-pyrrolidinone derivatives according to the invention in positions 3 and 5 of the pyrrolidinone ring is substantially uncritical as long as substitution in position 4 of the pyrrolidinone ring is ensured." CA '319 at 5. CA '319 teaches that the substitution at the 4-position of the pyrrolidinone ring is "essential" and that it is "necessary for at least one radicals $R^1$ and $R^2$ to be different from hydrogen. One of the radicals $R^1$ and $R^2$ is preferably a hydrogen atom, and other radical is preferably a $C_1$-$C_{10}$ alkyl radical, preferably a $C_1$-$C_6$ alkyl radical." *Id.*

67.     FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs, 1992 ("FDA Guidance") qualifies as prior art under 35 U.S.C. § 102(b) to the '461 patent.

68.     FDA Guidance teaches that "[d]iastereoisomers and geometric isomers are both chemically distinct and pharmacologically different (unless they are interconverted *in vivo*) and are generally readily separated without chiral techniques. Geometric isomers and diastereoisomers therefore should, with the rare exception of

cases where in vivo interconversion occurs, be treated as separate drugs and developed accordingly." FDA Guidance at 1. In addition, the FDA Guidance teaches" [a]ppropriate manufacturing and control procedures should be used to assure stereoisomeric composition of a product, with respect to identity, strength, quality and purity." *Id*. at 2. The FDA Guidance also teaches that "[p]harmacokinetic evaluations that do not use a chiral assay will be misleading if the disposition of the enantiomers is different. Therefore, techniques to quantify individual stereoisomers in pharmacokinetic samples should be available early. If the pharmacokinetics of the enantiomers are demonstrated to be the same or to exist as a fixed ratio in the target population, an achiral assay or an assay that monitors one of the enantiomers may be used, subsequently." *Id*.

### C.   Claim 5 Would Have Been Obvious to a POSA

#### 1.   A POSA Would Have Been Motivated to Select Levetiracetam for Further Development Efforts

69.    On November 30, 1999—before the priority date of the '461 patent— the FDA approved a drug known as levetiracetam (also known as L059 and sold under the tradename Keppra®) for the treatment of "as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy," under the brand name Keppra, in 250 mg, 500 mg and 750 mg tablets for oral administration. Keppra Label at 5, 12.

70.    The chemical structure of levetiracetam is:

71.    Levetiracetam had been extensively studied in a large variety of preclinical models as well as in numerous human clinical trials before the priority date, and its anticonvulsant activity was well documented.  *E.g.*, Noyer; Loscher 1993; Gower; Prous; Patsalos 1994; Klitgaard; Sharief; Stables; Trenite; Abou-Khalil; Shorvon; Crawford; Ben-Menachem; Perucca; Keppra Label; GB '692; Gobert; Goulaiev; Keppra Medical Review.  It was known to be a broad-spectrum antiepileptic agent.  *See, e.g.*, Löscher 1993 at 156; Noyer at 137-138, Gower at 193; Klitgaard. at 200; Löscher 1993 at 157.

72.    Levetiracetam was known to involve a unique binding site that differentiated it from the other antiepileptic agents available at the time, most of which were second and third generation drugs based on earlier drugs with well-explored mechanisms of action.  See, e.g., Grower at 202; Noyer at 137-138, 141-142, 144, Patsalos 1994 at 57-58.  Before the critical date, POSAs understood that levetiracetam involved binding at a unique site in the brain known as the levetiracetam binding site ("LBS").  *Id*.  No other drugs approved by the FDA for

treating epilepsy were known to function by interacting with the LBS, making levetiracetam particularly intriguing to POSAs for further development efforts.

73.    Levetiracetam was a specific enantiomer, the levorotatory enantiomer, and it was known that the other enantiomer, the dextrorotatory enantiomer, did not exhibit meaningful activity.  E.g., Gobert at Abstract, 1:29-37, 9:8-12, Tables I-III, claim 1; Gouliaev at 198, 206; Prous at 111, 112; Noyer at Abstract, 137, 141; Prous at 112-113.  A POSA would have understood the stereoselectivity of the LBS and this would have reinforced their understanding of the need to investigate differences between the enantiomers of any drugs designed to interact with this site.

74.    The specification of the '461 patent acknowledges that the prior art patent EP No. 0 162 036 B1 "discloses compound (S)-α-ethyl-2-oxo-1-pyrrolidine acetamide," which was known as levetiracetam." *See id*. at 1:11-14.   The specification further acknowledges that "[l]evetiracetam, a laevorotary compound, is disclosed as a protective agent for the treatment and prevention of hypoxic and ischemic type aggressions of the central nervous system. This compound is also effective in the treatment of epilepsy, a therapeutic indication for which it has been demonstrated that its dextrorotatory enantiomer (R)-α-ethyl-2-oxo-1-pyrrolidine acetamide, also known from European Patent No. 0 165 919 B1, completely lacks activity." *See id*. at 1:15-23.

22

75.     While levetiracetam was not perfectly free from side effects, it was understood to be quite safe and well-tolerated.  *See, e.g.*, Gobert at Table III, 9:8-12; Stables at 239; Sharief at 106; Abou-Khalil; Ben-Menachem; Patsalos at 77, 84.  It was also known to be tolerated even without a dose titration period.  Crawford.

76.     As a result of the well documented safety and efficacy of levetiracetam, a POSA would have considered levetiracetam to be a promising drug worthy of use as a "lead compound," and appropriate for optimization efforts.

## 2.     A POSA Would Have Been Motivated to Optimize Levetiracetam by Increasing Its Lipophilicity

77.     While levetiracetam was known to be an effective, broad-spectrum, and safe drug with a unique mode of action, POSAs understood it was not perfect.  For example, it posed the potential side effects of sedation and asthenia.  See Keppra Medical Review, at pp. 37, 45, 46 ("The majority of discontinuations were related to epilepsy (convulsion) or from a known and common side effect of the drug (somnolence)."), 75 ("The incidence of sedation and asthenia is greater in the levetiracetam treated-patients in all controlled studies (Table 74)."); Pardridge at 1785; Stables; *see also* Patsalos at 78; Keppra Label at 5 (stating that "[l]evetiracetam did not inhibit single seizures induced by maximal stimulation with electrical current or different chemoconvulsants and showed only minimal activity in submaximal stimulation").  As is virtually always the case, a POSA would have bene motivated to try to optimize levetiracetam to improve upon its properties.

23

78.     To improve upon the safety, efficacy, and tolerability of levetiracetam, a POSA would have been motivated to optimize the lipophilicity of the compound. Lipophilicity was known as a particularly important factor for drugs that target the central nervous system.  *E.g.*, Levin at 684; Litina at 93, 110, 116; Waterbeemd at 162.  For example, it was known that for drugs acting in the CNS, "the most important parameter in the isolated receptor interactions as well as in the whole animal, is lipophilicity." *See* Litina at 99 (also stating that "hydrophobicity is an important property" for drugs acting in the CNS).  A POSA would have understood this emphasis on lipophilicity, knowing that a drug targeting the CNS must first reach its receptors in the CNS to exert its therapeutic effect.  *See, e.g.*, Levin at 682-683.  Demonstrating the known importance of lipophilicity to antiepileptic drugs, Goulaiev attributed the limited ability of piracetam to cross the blood-brain barrier to its "high hydrophilicity."

79.     The correlation between a compound's anticonvulsant activity and its lipophilicity/partition coefficient was known in the art.  For example, Litina summarized the results of a previous QSAR study correlating the ED50 values obtained for anti-electroshock MES and anti-PTZ activities in mice with the physicochemical parameters of various anticonvulsants.  See Litina at 93; *see also* Albert at 477 (Table 11.9), 489.

80.     It was known in the art that hydrophilic and lipophilic compounds cross the blood-brain barrier at different levels.  *E.g.*, Olesen at 344.  For example, given the hydrophilic nature of isoproterenol, its diffusion across the BBB was expected (and proved to be) "to be very slow".  *Id*. at 347.  By contrast, "[t]he lipophilic nature of the propranolol molecule indicates that it should easily pass the blood-brain barrier. 14C-propranolol has been found in significant amounts in the brain a few minutes after an intravenous injection," and "[a]bout 2/3 of propranolol in the blood crosses the blood-brain barrier in a single passage through the brain."  *Id*.  As another example, it was known that piracetam "crosses the brain-barrier slowly because of its high hydrophilicity."  Gouliaev at 188.

81.     The prior art also taught correlations between the lipophilicity of a molecule, its molecular size and its ability to cross the BBB.  It was known that for a molecule with a molecular weight below 400 (such as levetiracetam), increasing lipophilicity will improve the ability of the drug to cross the BBB. *E.g.*, Levin at 684 (also describing a quantitative relationship between the permeability coefficient (Pc) in rat brain capillaries and the octanol/water partition coefficient (P) and molecular weight (Mr) through the equation $\log Pc = -4.605 + 0.4115 \log [P(Mr)^{-1/2}]$ that a POSA would have used to calculate that the addition of a propyl group would have increased the  permeability coefficient of levetiracetam by about 250%).

25

82.     Waterbeemd taught a lipophilicity target of log D in the range of 1-4, where D is the 1-octanol/water distribution coefficient taken at the correct physiological value of pH (pH =7.4 in the case of penetration to the brain). Waterbeemd at 162, Fig. 7, 164.  A POSA would have known that levetiracetam has no ionizable groups at physiological pHs and concluded that its log P and log D would be equivalent.  Waterbeemd at 157.

83.     Determining the log P of levetiracetam would have been a routine determination—one of the first things that a POSA would have assessed upon selecting levetiracetam as a lead compound.  *See, e.g.*, Gouliaev at 203; Waterbeemd at 152.  In addition, a POSA would have known the log P value for levetiracetam because it had already been reported as -0.65 for etiracetam (the racemate containing levetiracetam) and enantiomers have the same physical properties (including log P). Gouliaev at 186, Table 2.  A POSA would have understood this value to be below the desired range, and so would have been motivated to increase the lipophilicity of levetiracetam.

84.     Further, while levetiracetam was shown to be rapidly distributed in many tissues after single and repeat administration, the "exchange was slower for CNS."  Burris at 6.  This modest BBB permeation would not have been surprising to a POSA given levetiracetam's negative log P.  This also would have motivated a POSA to increase the lipophilicity of levetiracetam, as the need for additional drug

26

would increase the risk of side effects.  *See, e.g.*, Stables at 239 (explaining that levetiracetam exhibited slight sedation at high doses).

### 3. A POSA Would Have Been Motivated to Add a Propyl Group at the 4-Position of the Pyrrolidone Ring of Levetiracetam

85.     In order to increase the lipophilicity of levetiracetam, a POSA would have been motivated to add a lower alkyl group, specifically a propyl group, at the 4-position of the pyrrolidone ring.  This change would have resulted in the formation of the molecule known as brivaracetam that is the subject of claim 5.



levetiracetam                brivaracetam

86.     First, a POSA would have been motivated to modify the compound by adding a lower alkyl group, especially a propyl group, because it was well known that the addition of akyl groups increases the lipophilicity of compounds.

87.     Adding methylene groups ($CH_2$) to drug molecules was a well-known strategy for increasing lipophilicity.  *See, e.g.*, Pardridge at 1783.  For example, Wong calculated the increment of the log P value per methylene unit as approximately 0.53 for the straight alkyl chain substituents.  Wong at 927-928; Fig.

27

1.   Similarly, Litina taught that adding alkyl groups on lactam rings increases lipophilicity.  Litina at 103 (Table VI).  Waterbeemd also would have motivated a POSA to add a small alkyl group to increase the lipophilicity of levetiracetam. See Waterbeemd at 162; Fig. 7.

88.    It was known that partition coefficient (which is a measurement of lipophilicity) is an additive/constitutive property.  *See* Wong at 926.  Unlike a propyl group, other groups such as hydroxyl, or methyl group at the 4-position of the levetiracetam would not have accomplished the goal of increasing lipophilicity.  A POSA would have expected a 4-hydroxyl substituent to reduce permeability to less than half that of levetiracetam, while a 4-methyl substitution would have been expected offers to make virtually no improvement relative to levetiracetam.

89.    Further, software was available to assess the impact of adding a propyl group on the lipophilicity of the compound, and use of such software would have confirmed the appropriateness of a propyl group.  Doing so, a POSA would have determined that the log D and MW of the 4-propyl analog of levetiracetam nearly perfectly coincide with the CNS drug meprobamate, which is one of the compounds included in the CNS-active data set used by Waterbeemd (Table II).  Waterbeemd at 156.  Further, the resulting physical properties of the molecule would better fit within the guidance offered by a table in Waterbeemd comparing molecular weight and Log D.

28



log *D* at pH 7.4
(same as log P for non-ionizable drugs)

90.    A POSA would have preferred n-propyl over isopropyl group because it would be expected to better accomplish an increase in lipophilicity with a smaller impact on steric issues compared to an isopropyl group.

91.    Second, a POSA would have been motivated to add the propyl group to the 4-position of the pyrrolidone ring.  Numerous prior art articles described the deleterious impact of making changes at various positions of the molecular backbone of levetiracetam, and these teachings would have motivated a POSA to focus optimization efforts on the 4-position of the pyrrolidone ring.  For example, Noyer

investigated the impact of things such as modifying the amide moiety, the pyrrolidone moiety, and the length of the alkyl chain on the amide moiety, and showed that these features had been optimized in levetiracetam. Noyer at 142-144, Table I ("Unsubstituted acetamide and (S)-alkyl pyrrolidinone moieties are two structural requirements for a significant activity at the [3H]levetiracetam binding site. These structural features are more important than the chain length of the alkyl substituent at the α carbon."); *see also* Gouliaev at 205-206 (summarizing the structure-activity relationship of the racetams and showing that the pyrrolidone ring and the acetamide moiety are important for activity). Noyer also taught that changing the 2-pyrrolidinone ring, e.g., by increasing the size of the ring by adding a methylene group to the ring, or by removing a methylene group to open the ring (compounds 11 and 12), "produced profound reduction of the affinity." Id., Table 1; *see also* Gouliaev at 205; Perucca at 516; Löscher at 474; ee CA '319 at 3, 5; WO '683 at 2, 4; (teaching that substitution at position 4 of the pyrrolidinone ring is "essential," and "is preferably a C1-C6 alkyl radical" and claiming compounds with no substitutions at the 3 and 5 positions).

92. On the other hand, the prior art indicated that a change to the 4-position of the pyrrolidone should not have a negative impact on activity. For example, GB '692 taught that compounds in which at least one of the hydrogen atoms on positions 3, 4, or 5 of the 2-oxo-pyrrolidine ring is replaced by an alkyl, alkenyl, or alkynyl

radical containing 1 to 6 carbon atoms also had the same pharmacological activities as levetiracetam. See, e.g., GB '692 at 1, 2, *see also id.* at 6 (disclosing 2-(4-methyl-2-oxo-pyrrolidino)-butyramide).

93.     The prior art would have indicated to POSAs a preference for substitution at the 4-position.  Glozman, Tables 1, 2; EP '490 at 2:6-8 (explaining that it was "known that 4-substituted derivatives of 2-oxo-1-pyrrolidine acetamide are valued psychotropic agents that, in animals and man, restore cognitive function that has been damaged as a result of various pathologies"); Gouliaev at 183, 186, 191, 192, and 196 (examining 660 piracetam and related nootropics and showing that the 4-position of the piracetam primary amide scaffold was the preferred point of substitution of the 2-pyrrolidone ring (e.g., structures 3, 19, and 20) and focusing on two 4-position analogs: oxiracetam and 4-phenylpiracetam). Bobkov disclosed a 4-phenyl analog of piracetam that was the most active compound among a few 2-oxo-pyrrolidone derivatives tested for anticonvulsant activity.  Bobkov at 464, Figure 1.

94.     For the foregoing reasons, a POSA would have been motivated to add a propyl group at the 4-position of the pyrrolidine ring of levetiracetam. At the very least, a POSA would have considered adding a propyl substituent at this position an obvious choice from among a small number of options suggested by the prior art to try and subject to routine tests.

### 4.     A POSA Would Have Identified the Correct Enantiomer to Use

95.     In adding a propyl group to the 4-position of the pyrrolidone ring of levetiracetam, a POSA would have understood that a new chiral center had been created.  A POSA would have understood the necessity of investigating the two different enantiomers of this molecule to determine whether one was more effective than the other.

96.     First, investigation of enantiomers is a necessary and routine step in drug discovery. FDA Guidance teaches that "[d]iastereoisomers and geometric isomers are both chemically distinct and pharmacologically different (unless they are interconverted *in vivo*) and are generally readily separated without chiral techniques.  Geometric isomers and diastereoisomers therefore should, with the rare exception of cases where in vivo interconversion occurs, be treated as separate drugs and developed accordingly."  FDA Guidance at 1; *see also* March at 116. In addition, the FDA Guidance teaches" [a]ppropriate manufacturing and control procedures should be used to assure stereoisomeric composition of a product, with respect to identity, strength, quality and purity." *Id*. at 2.  The FDA Guidance also teaches that "[p]harmacokinetic evaluations that do not use a chiral assay will be misleading if the disposition of the enantiomers is different.  Therefore, techniques to quantify individual stereoisomers in pharmacokinetic samples should be available early.  If

the pharmacokinetics of the enantiomers are demonstrated to be the same or to exist as a fixed ratio in the target population, an achiral assay or an assay that monitors one of the enantiomers may be used, subsequently." *Id*.

97.    Prior art textbooks also taught that diastereomers could be separated from one another by using a variety of techniques that take advantage of their different physical properties, such as fractional crystallization and liquid chromatography. See, e.g., March at 121

98.    Second, the prior art had already demonstrated that the LBS was stereoselective, i.e. differentiated between enantiomers.   Noyer at 141, 144; Gouliaev at 206; Prous at 112-113; Gobert at 1:29-37, Tables I, II. This would have further demonstrated the need to investigate the different enantiomers of the compound.

99.    In performing this routine enantiomeric analysis, a POSA would have determined that the (4R) diastereoisomer of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide enantiomer was preferred.  This would not have been a surprise but the simple result of a fundamental, routine experiment. Further, as there were only two enantiomers, it would be obvious to try both.

　　　　**5.    A POSA Would Have Had a Reasonable Expectation of Success in Adding a Propyl Group to the 4-Position of the Pyrrolidone Ring**

100.   Based on the well-demonstrated efficacy of levetiracetam, the structure-activity relationships provided in the prior art that showed that changes to the 3-position of the pyrrolidone ring should not deleteriously impact the activity of the drug, the maintenance of the critical structural features of levetiracetam, the known impact of a propyl group on lipophilicity, and the known properties and safety of propyl groups, a POSA would have had a strong expectation of success in adding the propyl group to levetiracetam as described herein.

101.   A POSA would not have had the same expectation of success with more drastic changes, such as the introduction of a thio function to the amide group of the molecule, than the POSA would have had with the conservative change of adding a 4-propyl group.   A thioamide group would have raised concerns of potential liver damage caused by the metabolic oxidation of the sulfur group (S-oxidation).   Ruse at abstract; Hillhouse at 169.   For at least this reason, a POSA would not have been motivated to make more fundamental changes like this to the levetiracetam molecule.

102.   It would not have been necessary for a POSA to have a detailed understanding of the mechanism of action of levetiracetam in order to have a reasonable expectation of success in making this change.   Many drugs have been developed without a detailed understanding of their mechanism of action, including both levetiracetam and brivaracetam. *See* Keppra Label at 5 ("The precise

34

mechanism(s) by which levetiracetam exerts its antiepileptic effect is unknown"); Patsalos 2000 ("Although the mechanism of action is not fully understood, in vitro assays performed on crude membranes suggest that levetiracetam selectively binds to brain cell membranes in the CNS in a reversible, saturable, and stereoselective fashion.") (citing Noyer).

103.    For the above reasons, the claimed invention would have been obvious over the prior art.  Exemplary combinations of prior art references demonstrating the obviousness of the claimed invention include:

- Keppra label and/or Noyer in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of GB '692

- Noyer and/or Abou-Khalil in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of CA '319, and further in view of Bobkov

- Noyer and/or Crawford in view of Bobkov, optionally in further view of Gouliaev, and in further in view of Levin

104.    A POSA would have been motivated to consider the above-cited references in combination.  Each of these references are directed to one or more of levetiracetam and its analogs and the use thereof as antiepileptic agents, the importance of lipophilicity to antiepileptic and other central nervous system drugs and target criteria for the same, the impact of changes to drugs on lipophilicity, and

35

basic information about routine drug development efforts and activities.  A POSA would not have needed to specifically consider most of the cited references because they reflect basic knowledge already well-known to POSAs, but these references corroborate such basic understanding.

### 6. No Secondary Considerations Overcome the Obviousness of the Claimed Compound

105.   Plaintiffs cannot overcome the obviousness of the claimed compound based on any proffered evidence of secondary considerations.

106.   Plaintiffs lack any credible evidence that persons of ordinary skill in the art were skeptical about the introduction of a 4-propyl group to the pyrrolidone ring of levetiracetam.

107.   Plaintiffs lack any credible evidence that others had tried but failed to develop a compound in which a 4-proply group had been added to the pyrrolidone ring of levetiracetam, or to otherwise optimize levetiracetam.  Plaintiffs rely on development efforts of others that bear no relation to the small, conservative change to an FDA-approved compound at issue, and without regard to the motivations for those changes or the expectations a POSA would have had about the impact of making the changes in those design efforts.  Ultimately, Plaintiffs evidence of failure of others lacks any nexus to the claimed invention.  Further, Plaintiffs lack any information about the extent of effort and resources put into such activities, and lack

any foundation or evidence about whether and why efforts to develop any particular compounds were discontinued.

108.   Plaintiffs lack any credible evidence that the claimed compound is unexpectedly superior to levetiracetam.  At most, Plaintiffs offer speculation that there might be some minimal degree of difference between levetiracetam and brivaracetam in terms of certain side effects in certain patients.  Any such differences are neither surprising, nor clinically meaningful.  Physicians continue to prescribe levetiracetam far more frequently than levetiracetam, and it is impossible to know the extent to which a particular patient might benefit more from brivaracetam than levetiracetam, if any, or vice versa.  Further, brivaracetam causes the same side effects associated with levetiracetam.  Any differences between the drugs fails are not so meaningful and surprising as to overcome the obviousness of the claimed invention.

109.   With respect to literature concerning any preclinical tests, such as in vitro assays and preclinical animal models, there is no indication that any differences between levetiracetam and brivaracetam observed in these tests results in any differences in the clinical setting.  Any suggestion otherwise is speculative and lacks scientific support.  For the same reasons, any alleged differences in the mechanisms of the drugs is speculative and has not proven relevant or meaningful in the clinical setting.

110.   Plaintiffs lack any credible evidence that brivaracetam solved a long-felt need.  There is no scientifically credible evidence that brivaracetam is better tolerated, safer, or more effective for any patients or patient populations.  Epilepsy remains a complex, poorly understood, widely divergent and dynamic disease, and brivaracetam has done nothing to meaningfully change the treatment of epilepsy. Transitory episodes of benefit for isolated and disparately-presenting patients does not represent a solution to the problem of refractory patients.  The problem with patients who are refractory to antiepileptic medications remains virtually unchanged in the wake of the introduction of brivaracetam.

111.   Anecdotal experiences of isolated individuals is not scientifically valid and is inadequate to demonstrate differences between brivaracetam and levetiracetam, especially in view of many confounding and unconsidered variables presented by such comparisons, such as concomitantly administered drugs and the dynamic nature of epilepsy, especially in growing and adolescent children.

112.   Plaintiffs lack any credible evidence that there has been any industry praise of the claimed invention.  All of the literature cited by Plaintiffs to tout the beneficial properties of brivaracetam are sponsored by, designed by, and/or authored by Plaintiffs and their employees, and suffer from numerous biases known to those skilled in the art.

113.   The alleged secondary considerations, considered individually and collectively, fail to overcome the obviousness of the claimed invention.

# EXHIBIT 4

**<u>EXHIBIT 4</u>**

**PLAINTIFFS' STATEMENT OF
<u>ISSUES OF LAW THAT REMAIN TO BE LITIGATED</u>**

i

# Table of Contents

I.    VALIDITY ................................................................................................ 2

    A.    Prior Art.......................................................................................... 3

        1.    Issues to be Litigated ................................................. 3

        2.    Legal Principles.......................................................... 3

    B.    Obviousness.................................................................................... 6

        1.    Issues to be Litigated ................................................. 6

        2.    Legal Principles.......................................................... 6

            a)    The Knowledge and Attributes of a Person of Ordinary Skill in the Art ("POSA") ............................... 7

            b)    Obviousness Cannot Rely on Hindsight......................... 9

            c)    Obviousness Cannot Be Assessed from the Perspective of the Inventors or Their Views on the Prior Art .......................................................... 10

            d)    Obviousness Must Be Assessed Based on the Prior Art as a Whole ............................................... 12

            e)    A Party Alleging Obviousness Must Prove Motivation and Reasonable Expectation of Success..... 13

            f)    Selecting and Combining Prior Art References ........... 13

            g)    Lead Compound Analysis ............................................ 15

                (1)    Identifying a lead compound............................... 16

                (2)    Motivation or Reason to Make the Claimed Invention............................................................. 17

                (3)    Reasonable Expectation Of Success ................... 21

            h)    "Obvious to Try" ......................................................... 26

            i)    Prior Art "Taught Away" from the Invention .............. 28

i

j)    Objective Indicia......................................................... 29

    (1)    Objective Indicia Must Be Considered as Part of the Obviousness Determination.............. 29

    (2)    Nexus................................................................. 30

    (3)    Evidence of Post-Issuance Objective Indicia of Non-Obviousness Is Relevant......................... 32

    (4)    Long-Felt But Unmet Need................................. 33

    (5)    Failure of Others.............................................. 35

    (6)    Industry Acceptance and Praise .......................... 36

    (7)    Skepticism ...................................................... 37

    (8)    Unexpected Results ........................................... 38

II.    REMEDIES ................................................................... 41

    A.    Issues To Be Litigated........................................................ 41

    B.    Legal Principles ................................................................ 42

1.      Pursuant to D.Del. LR 16.3(c)(5), Plaintiffs submit the following issues of law that remain to be litigated. The following statements and authorities are not exhaustive, and Plaintiffs may prove any matters identified in their pleadings, interrogatory responses, and/or expert reports, to the extent needed. Plaintiffs may modify or amend this Statement to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this Statement to fairly respond to any new issues that Defendants may raise.

2.      To the extent Plaintiffs' statement of the issues of fact that remain to be litigated, which is submitted as **Exhibit 2** hereto, contains issues of law, those issues are incorporated here by reference. Moreover, if any issue of law identified below should properly be considered an issue of fact, then such statement should be considered to be part of Plaintiffs' statement of issues of fact that remain to be litigated.

3.      Further, Plaintiffs' identification of the issues that remain to be litigated on issues where Defendants bear the burden of proof is based on their understanding of the arguments that Defendants have put forth to date. To the extent Defendants intend or attempt to introduce different or additional legal arguments to meet their burden of proof, Plaintiffs contest those legal arguments, and may present any and all rebuttal evidence in response to those arguments.

## I.   VALIDITY

4.     In challenging a patent's validity, Defendants face a heavy burden. Issued patents are "presumed valid," 35 U.S.C. § 282, and Defendants have the burden of overcoming that presumption by clear and convincing evidence. *ActiveVideo Networks, Inc. v. Verizon Commc'ns, Inc.*, 694 F.3d 1312, 1327 (Fed. Cir. 2012); *Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 99–114 (2011).

5.     Under the clear and convincing evidence standard, a party alleging invalidity must create "in the mind of the trier of fact an abiding conviction that the truth of a factual contention is 'highly probable.'" *Price v. Symsek*, 988 F.2d 1187, 1191 (Fed. Cir. 1993) (citation omitted). The Federal Circuit has likened the standard to "well-nigh irrefragable" proof, which is "evidence that 'cannot be refuted or disproved; incontrovertible, incontestable, indisputable, irrefutable, undeniable.'" *Am-Pro Protective Agency, Inc. v. United States*, 281 F.3d 1234, 1239–40 (Fed. Cir. 2002) (quoting Oxford English Dictionary 93 (2d ed. 1991)).

6.     Although the clear and convincing standard applies in all circumstances, it applies "even more clearly" where the U.S. Patent & Trademark Office ("USPTO") considered the evidence in question. *See Microsoft*, 564 U.S. at 109. Thus, where invalidity is asserted on the basis of a reference or references considered by the USPTO during prosecution of the patent, it is "especially difficult" to overcome the presumption of validity. *Glaxo Grp. Ltd. v. Apotex, Inc.*, 376 F.3d

1339, 1348 (Fed. Cir. 2004) (internal quotation marks and citation omitted). Under such circumstances, the party alleging invalidity has "the added burden of overcoming the deference that is due to a qualified government agency presumed to have properly done its job, which includes one or more examiners who are assumed to have some expertise in interpreting the references and to be familiar from their work with the level of skill in the art and whose duty it is to issue only valid patents." *Shire LLC v. Amneal Pharm., LLC*, 802 F.3d 1301, 1307 (Fed. Cir. 2015) (internal quotation marks and citation omitted).

### A.    Prior Art

#### 1.    Issues to be Litigated

7.    Whether Defendants can prove by clear and convincing evidence that the Keppra Label is prior art under 35 U.S.C. § 102(a), (b), or (e).

8.    Whether Defendants can prove by clear and convincing evidence that Burris is prior art under 35 U.S.C. § 102(a), (b), or (e).

9.    Whether Defendants can prove by clear and convincing evidence that FDA medical review is prior art under 35 U.S.C. § 102(a), (b), or (e).

#### 2.    Legal Principles

10.    Defendants "bear the burden of persuasion to show that [their asserted invalidity references] are prior art to the [asserted patent] by clear and convincing evidence." *Allergan, Inc. v. Apotex Inc.*, 754 F.3d 952, 967 (Fed. Cir. 2014); *see also, e.g.*, *Amkor Tech., Inc. v. Int'l Trade Comm'n*, 692 F.3d 1250, 1258 (Fed. Cir.

3

2012). To be prior art, as relevant here, the item or reference must have been (1) "known or used by others in this country" before the invention, 35 U.S.C. § 102(a) (pre-AIA); (2) "patented or described in a printed publication in this or a foreign country . . . more than one year prior to the date of the application for patent in the United States," *id.* § 102(b); or (3) described in either a published patent application "by another filed in the United States before the invention by the applicant" or in "a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent," *id.* § 102(e).

11.    "Whether a reference qualifies as a printed publication under § 102 is a legal conclusion based on underlying fact findings." *Acceleration Bay, LLC v. Activision Blizzard, Inc.*, 908 F.3d 765, 772 (Fed. Cir. 2018). A printed publication is prior art if it is "publicly accessible," which is measured either from the invention date under 35 U.S.C. § 102(a), *see, e.g.*, *id.*, or from one year prior to the date of the application for patent in the United States under 35 U.S.C. §102(b), *see, e.g.*, *SRI Int'l, Inc. v. Internet Sec. Sys., Inc.*, 511 F.3d 1186, 1194 (Fed. Cir. 2008). "The decision whether a particular reference is a printed publication must be approached on a case-by-case basis." *Id.* at 1194–95 (internal quotation marks and citation omitted).

12.    To determine whether a reference is deemed a "printed publication," the reference must be publicly accessible. *In re Hall*, 781 F.2d 897, 898–99 (Fed.

Cir. 1986). There must be a "'satisfactory showing that such document has been disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art exercising reasonable diligence, can locate it.'" *Kyocera Wireless Corp. v. Int'l Trade Comm'n*, 545 F.3d 1340, 1350 (Fed. Cir. 2008) (quoting *SRI Int'l*, 511 F.3d at 1194); *see also In re Cronyn*, 890 F.2d 1158, 1160 (Fed. Cir. 1989) (theses organized by the students names were not sufficiently publicly available because the name had no relationship to the subject of the theses).

13.     The determination of whether a reference is a "printed publication" involves a case-by-case inquiry into the facts and circumstances surrounding the reference's disclosure to members of the public. *In re Cronyn*, 890 F.2d at 1161. "[U]nder 35 U.S.C. § 102(b), delays . . . within any . . . organization responsible for the publication of printed documents, are of utmost significance because public access to the document is thereby deferred, thus postponing the commencement of the one year time bar." *In re Bayer*, 568 F.2d 1357, 1362 (C.C.P.A. 1978). The presence of a copyright and revision date on a reference without evidence about the extent of the reference's distribution should result in the reference being excluded as prior art. *See Navico Inc. v. Garmin Int'l, Inc.*, No. 16-cv-190-JRG-RSP, 2017 WL 3750252, at *3 (E.D. Tex. July 28, 2017), *R&R adopted*, 2017 WL 3764213 (E.D. Tex. Aug. 29, 2017); *see also Finjan, Inc. v. Sophos, Inc.*, No. 14-cv-1197-

WHO, 2016 WL 2988834, at *26 (N.D. Cal. May 24, 2016) (excluding thesis as prior art reference when the only evidence of public accessibility was the copyright date, testimony that the thesis was "submitted to the university and published in the university library," and a record with an unexplained "Published/Distributed" date, finding that "there is no evidence of when exactly [publication] occurred or how exactly the reference was catalogued at the relevant time"); *Coalition for Affordable Drugs IV LLC v. Pharmacyclics, Inc.*, IPR2015-1076, 2015 WL 7303857, at *3–4 (P.T.A.B. Oct. 19, 2015) (excluding a printout from www.ClinicalTrials.gov as a prior art reference under a lower burden of proof than in district court litigation based on the patent challenger's failure to explain how the website was publicly accessible before the critical date).

### B.      Obviousness

#### 1.      Issues to be Litigated

14.     Whether Defendants can prove by clear and convincing evidence that Claim 5 of the '461 Patent would have been obvious under 35 U.S.C. § 103.

#### 2.      Legal Principles

15.     Under 35 U.S.C. § 103, a claim is invalid for obviousness only "if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." 35 U.S.C. § 103.

6

16.     Obviousness is a question of law based on several factual determinations, including (1) the scope and content of the prior art, (2) the differences between the prior art and the claims at issue, (3) the level of ordinary skill in the pertinent art, and (4) any secondary considerations (i.e., objective indicia) of non-obviousness. *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007) (citing *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966)). A determination of obviousness requires consideration of all four factors, "and it is error to reach a conclusion of obviousness until all those factors are considered." *Apple Inc. v. Samsung Elecs. Co.*, 839 F.3d 1034, 1048 (Fed. Cir. 2016) (en banc) (citing *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.* (*In re Cyclobenzaprine II*), 676 F.3d 1063, 1075–76 (Fed. Cir. 2012)).

### a)     The Knowledge and Attributes of a Person of Ordinary Skill in the Art ("POSA")

17.     Obviousness is determined as of the time of the claimed invention, from the perspective of a hypothetical POSA to which the claimed invention pertains. *See* 35 U.S.C. § 103; *Graham*, 383 U.S. at 3; *Procter & Gamble Co. v. Teva Pharms. USA, Inc.*, 566 F.3d 989, 994 (Fed. Cir. 2009). The POSA is a "theoretical construct" and "is not descriptive of some particular individual," but instead is one who is "presumed to be aware of all the pertinent prior art." *Endress + Hauser, Inc. v. Hawk Measurement Sys. Pty., Ltd.*, 122 F.3d 1040, 1042 (Fed. Cir. 1997) (quoting *Custom Accessories, Inc. v. Jeffrey-Allan Indus., Inc.*, 807 F.2d 955, 963 (Fed. Cir. 1986)).

18.     Factors relevant to determining the attributes of the POSA include "(1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field." *Daiichi Sankyo Co. v. Apotex, Inc.*, 501 F.3d 1254, 1256–58 (Fed. Cir. 2007) (quoting *Envtl. Designs, Ltd. v. Union Oil Co. of Cal.*, 713 F.2d 693, 696 (Fed. Cir. 1983)).

19.     References published after the priority date of a claimed invention cannot be used to prove that the invention would have been obvious. However, certain information published after the priority date may be considered as evidence of non-obviousness. *See, e.g.*, *Sanofi-Aventis Deutschland GmbH v. Glenmark Pharms. Inc., USA*, 748 F.3d 1354, 1360 (Fed. Cir. 2014) ("[T]here is no requirement that an invention's properties and advantages were fully known before the patent application was filed, or that the patent application contains all of the work done in studying the invention, in order for that work to be introduced into evidence in response to litigation attack.") (quoting *Knoll Pharm. Co. v. Teva Pharms. USA, Inc.*, 367 F.3d 1381, 1385 (Fed. Cir. 2004)); *Reckitt Benckiser Pharms. Inc. v. Watson Labs., Inc.*, C.A. No. 13-1674-RGA, 2015 WL 6456551, at *1–2 (D. Del. Oct. 26, 2015) ("[R]eferences are not irrelevant simply by virtue of having been published after the patent priority date.").

8

### b) Obviousness Cannot Rely on Hindsight

20.     Because the obviousness inquiry is conducted from the perspective of the POSA at the time of the claimed invention, courts must be careful to avoid "slipping into use of hindsight." *Graham*, 383 U.S. at 36 (quoting *Monroe Auto Equip. Co. v. Heckethorn Mfg. & Supply Co.*, 332 F.2d 406, 412 (1964)); *Metalcraft of Mayville, Inc. v. Toro Co.*, 848 F.3d 1358, 1367 (Fed. Cir. 2017) ("[W]e cannot allow hindsight bias to be the thread that stitches together prior art patches into something that is the claimed invention."). In other words, "the proper analysis requires a form of amnesia that 'forgets' the invention and analyzes the prior art and understanding of the problem at the date of invention." *Mintz v. Dietz & Watson, Inc.*, 679 F.3d 1372, 1379 (Fed. Cir. 2012).

21.     For this reason, obviousness cannot be proved by starting from the claimed invention and working backward to identify each limitation in the prior art. *See Ortho-McNeil Pharm., Inc. v. Mylan Labs., Inc.*, 520 F.3d 1358, 1364 (Fed. Cir. 2008) (defendant did not prove obviousness where its expert "simply retraced the path of the inventor with hindsight"); *Uniroyal, Inc. v. Rudkin-Wiley Corp.*, 837 F.2d 1044, 1051 (Fed. Cir. 1988) (district court erred by using hindsight to reconstruct the invention from prior art, rather than viewing the invention from the perspective of the POSA at the time the invention was made); *InTouch Techs., Inc. v. VGO Comm'ns, Inc.*, 751 F.3d 1327, 1351–52 (Fed. Cir. 2014) (finding that expert

9

errantly used the challenged patent as a roadmap for assembling disparate references which was impermissible hindsight).

22. Moreover, when the invention emerged from a crowded field, an allegation that the claimed invention would have been obvious may be based on hindsight. *See Celsis In Vitro, Inc. v. CellzDirect, Inc.*, 664 F.3d 922, 928–29 (Fed. Cir. 2012) ("[T]he district court correctly emphasized and found based on the preliminary record that the art was a crowded field for many years and yet there was not one reference to [the claimed invention].").

23. As explained in more detail below, *see* Section I.B.2.m), *infra*, to protect against the improper use of hindsight when assessing obviousness, the Court considers objective considerations of nonobviousness, such as praise, skepticism, failure of others, unexpected results, and long-felt but unmet need. *See, e.g.*, *LEO Pharm. Prods., Ltd. v. Rea*, 726 F.3d 1346, 1358 (Fed. Cir. 2013).

### c) Obviousness Cannot Be Assessed from the Perspective of the Inventors or Their Views on the Prior Art

24. Patentability cannot "be negated by the manner which the invention was made." 35 U.S.C. § 103(a). Thus, a party alleging obviousness cannot rely on the inventor's own path to the invention. *See Otsuka Pharm. Co. v. Sandoz, Inc.*, 678 F.3d 1280, 1296 (Fed. Cir. 2012) ("The inventor's own path itself never leads to a conclusion of obviousness; that is hindsight. What matters is the path that the person of ordinary skill in the art would have followed, as evidenced by the pertinent prior

10

art."); *Life Techs., Inc. v. Clontech Labs., Inc.*, 224 F.3d 1320, 1325 (Fed. Cir. 2000) ("[T]he path that leads an inventor to the invention is expressly made irrelevant to patentability by statute."). Without this prohibition, meritorious inventions would appear obvious. "In retrospect, [an inventor's] pathway to the invention, of course, seems to follow the logical steps to produce these properties, but at the time of invention, the inventor's insights, willingness to confront and overcome obstacles, and yes, even serendipity, cannot be discounted." *Ortho-McNeil Pharm., Inc.*, 520 F.3d at 1364.

25.     Where an inventor's post-invention statements concerning the prior art are made through the lens of the claimed invention or otherwise reflect non-public information, those statements are properly discounted. Thus, as the Federal Circuit recently explained, a pharmaceutical applicant's statements to the U.S. Food & Drug Administration ("FDA") concerning the prior art are not evidence of obviousness. *See Neptune Generics, LLC v. Eli Lilly & Co.*, 921 F.3d 1372, 1377 (Fed. Cir. 2019) ("Here, the statements Petitioners argue established the state of the art were made in December 1999, more than five months after the critical date. As the Board found, the views Lilly expressed about the prior art references in its communications are made through the lens of what they had invented.").

26.     Although an inventor's reasons for making the invention cannot be used to prove obviousness, the inventor's difficulties in making the claimed invention are

evidence of non-obviousness. *See, e.g.*, *Endo Pharms., Inc. v. Actavis LLC*, 922 F.3d 1365, 1373–77 (Fed. Cir. 2019) (holding absence of a reasonable expectation of success was "further supported by the fact that the inventors . . . engaged in extensive experimentation, involving much failure, to ultimately produce [the claimed inventions]"); *Micro Chem., Inc. v. Great Plains Chem. Co.*, 103 F.3d 1538, 1547 (Fed. Cir. 1997) (finding inventor's "extensive efforts to solve the problem" relevant in determining non-obviousness); *In re Dow Chem. Co.*, 837 F.2d 469, 473 (Fed. Cir. 1988) (same).

### d) Obviousness Must Be Assessed Based on the Prior Art as a Whole

27.     Another safeguard against the use of hindsight is the requirement that obviousness be assessed on the basis of the prior art as a whole. *See Discovision Assocs. v. Disc Mfg., Inc.*, 25 F. Supp. 2d 301, 345 (D. Del. 1998). Failure to consider the prior art as a whole is a basis to reject an obviousness contention. *See Ortho-McNeil Pharm.*, 520 F.3d at 1364 (rejecting obviousness challenge on the basis that challenger's expert "discounted the number and complexity of the alternatives"). All of the relevant teachings of the prior art must be considered, as it is improper to "pick and choose from any one reference only so much of it as will support a given position to the exclusion of other parts necessary to the full appreciation of what such reference fairly suggests to one skilled in the art." *Bausch & Lomb, Inc. v. Barnes-Hind/Hydrocurve, Inc.*, 796 F.2d 443, 448 (Fed. Cir. 1986) (quoting *In re Wesslau*,

353 F.2d 238, 241 (C.C.P.A. 1965)). It is thus critical to consider what the prior art as a whole taught concerning the state of the art.

### e) A Party Alleging Obviousness Must Prove Motivation and Reasonable Expectation of Success

28.    A party alleging obviousness must prove by clear and convincing evidence "that all claimed limitations are disclosed in the prior art." *Par Pharm., Inc. v. TWi Pharms., Inc.*, 773 F.3d 1186, 1194 (Fed. Cir. 2014). The party must also prove "by clear and convincing evidence that a skilled artisan would have had reason to combine the teaching of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success from doing so." *Id.* at 1068–69 (quoting *Procter & Gamble*, 566 F.3d at 994).

### f) Selecting and Combining Prior Art References

29.    "Whether a skilled artisan would be motivated to make a combination includes whether he would select particular references in order to combine their elements." *WBIP, LLC v. Kohler Co.*, 829 F.3d 1317, 1337 (Fed. Cir. 2016). "Too often the obviousness analysis is framed as an inquiry into whether a person of skill, with two (and only two) references sitting on the table in front of him, would have been motivated to combine . . . the references in a way that renders the claimed invention obvious." *Id.* "The real question is whether that skilled artisan would have plucked one reference out of the sea of prior art . . . and combined it with [any other relevant references] to address some need present in the field[.]" *Id.*

13

30.     Where a party alleges that an invention would have been obvious based on a combination of multiple prior art teachings, "this analysis should be made explicit." *KSR Int'l*, 550 U.S. at 418 (citing *In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006)). Specifically, the party must identify the specific portions of those references that the POSA would have combined and the reason or expectation concerning that combination. *See ActiveVideo Networks*, 694 F.3d at 1327–28 (affirming exclusion of expert testimony where expert "failed to explain how specific references could be combined, which combination(s) of elements in specific references would yield a predictable result, or how any specific combination would operate or read on the asserted claims"); *Innogenetics, N.V. v. Abbott Labs.*, 512 F.3d 1363, 1373–74 (Fed. Cir. 2008) (affirming exclusion of expert testimony where defendant's expert provided only "vague and conclusory obviousness testimony" that failed to "state how or why a person ordinarily skilled in the art would have found the [asserted claims] obvious in light of some combination of [the asserted] references"). Indeed, "conflicting teachings cannot reasonably be viewed as suggesting their combination" where the only possible reason to combine those references is "the hindsight knowledge" of the claimed invention. *See Karsten Mfg. Corp. v. Cleveland Golf Co.*, 242 F.3d 1376, 1385 (Fed. Cir. 2001).

31.     A situation where multiple parties pursued a solution to the same problem, but only the inventor succeeded in solving it, strongly suggests that the

invention would not have been obvious. *See Orexo AB v. Actavis Elizabeth LLC*, 903 F.3d 1265, 1273 (Fed. Cir. 2018) (reversing finding of obvious, where the pertinent art "received extensive scientific study" prior to the invention, but the claimed invention was "not proposed or suggested in the [prior art] references"); *Endo Pharms. Inc. v. Actavis Labs. UT, Inc.*, C.A. No. 13-192-JRG, 2015 WL 12910639, at *22–25 (E.D. Tex., Aug. 27, 2015) ("The evidence before the Court suggests that a number of parties, including corporations and countless persons of ordinary skill in the art, were, in the relevant timeframe, actively considering the issues" but despite "this extensive effort, the path to effective and commercially-desirable results for [the claimed invention] was not clear."), *aff'd*, 660 F. App'x 959 (Fed. Cir. 2016).

### g)    Lead Compound Analysis

32.    In the context of chemical compounds, to determine whether a new chemical compound would have been obvious over prior art compounds, the Federal Circuit has established what is known as the "Lead Compound Analysis." *Yamanouchi Pharm. Co. v. Danbury Pharmacal, Inc.*, 231 F.3d 1339 (Fed. Cir. 2000).

33.    In a lead compound analysis, the challenger bears the burden of showing by clear and convincing evidence that (1) "a chemist of ordinary skill would have selected the asserted prior art compounds as lead compounds, or starting points,

for further development efforts;" and (2) "the prior art would have supplied one of ordinary skill in the art with a reason or motivation to modify a lead compound to make the claimed compound with a reasonable expectation of success." *Otsuka Pharm.*, 678 F.3d at 1291–92.

### (1)     Identifying a lead compound

34.     The "lead compound" is defined as "a compound in the prior art that would be most promising to modify in order to improve upon its . . . activity and obtain a compound with better activity," and is "a natural choice for further development efforts." *See Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1357 (Fed. Cir. 2007); *see also Otsuka*, 678 F.3d at 1291.

35.     In determining whether a POSA would have selected a prior art compound as a lead, the analysis is guided by evidence of the compound's pertinent properties, such as activity, potency, toxicity, and other relevant characteristics. *See Otsuka*, 678 F.3d at 1292. "Absent a reason or motivation based on such prior art evidence, mere structural similarity between a prior art compound and the claimed compound does not inform the lead compound selection." *Id.*

36.     "While the lead compound analysis must, in keeping with *KSR*, not rigidly focus on the selection of a single, best lead compound, the analysis still requires the challenger to demonstrate by clear and convincing evidence that one of ordinary skill in the art would have had a reason to select a proposed lead compound

or compounds over other compounds in the prior art." *Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1354 (Fed. Cir. 2010) (internal citation omitted).

### (2)   Motivation or Reason to Make the Claimed Invention

37.   "Whether a person of ordinary skill would have been motivated to modify the teachings of a reference is a question of fact." *Amerigen Pharms. Ltd. v. UCB Pharma GmbH*, 913 F.3d 1076, 1086 (Fed. Cir. 2019) (citing *WBIP*, 829 F.3d at 1327).

38.   Once a lead compound has been identified, a party seeking to invalidate a patent must then show the reason or motivation for modifying the lead compound. "Proof of obviousness based on structural similarity requires clear and convincing evidence that a medicinal chemist of ordinary skill would have been motivated to select and then to modify a prior art compound (e.g., a lead compound) to arrive at a claimed compound with a reasonable expectation that the new compound would have similar or improved properties compared with the old." *Daiichi*, 619 F.3d at 1352.

39.   If the modifications to the lead compound were not routine, there would not be a reasonable expectation of success arising out of those modifications. *See Procter & Gamble Co. v. Teva Pharm. USA, Inc.*, 566 F.3d 989 (Fed. Cir. 2009).

40.   In determining whether the POSA would have been motivated or had reason to make the claimed invention, a fact finder must consider the prior art as a

17

whole. Thus, evidence showing that the POSA would not have been motivated or had reason to make the claimed invention must be considered. *See, e.g.*, *Impax Labs. Inc. v. Lannet Holdings, Inc.*, 893 F.3d 1372, 1380–81 (Fed. Cir. 2018); *Star Sci., Inc. v. R.J. Reynolds Tobacco Co.*, 655 F.3d 1364, 1375 (Fed. Cir. 2011); *Nevro Corp. v. Stimwave Techs., Inc.*, C.A. No. 19-325-CFC, 2019 WL 3322368, at *13 (D. Del. July 24, 2019); *see also Amerigen*, 913 F.3d at 1087 (holding that the POSA would not be motivated to improve upon a property of a prior art compound where the evidence did not support a finding that the property of the prior art compound needed improvement); *Bausch Health Cos. Inc. v. Actavis Labs. FL, Inc.*, Civ. No. 16-9038 (SRC), 2019 WL 3214550, at *21 (D.N.J. July 17, 2019) (POSA would not have been motivated to add a compound to a formulation to improve a property of the active ingredient where "the prior art did not recognize [the property] as a problem to be solved, nor as a characteristic in need of improvement," and further holding that "if there is no motivation to look for [something to enhance a property], it cannot be obvious to select a particular [compound to enhance the property] to combine with [the active ingredient]").

41.     A POSA's alleged motivation or reason for modifying or combining the prior art must be assessed with respect to the actual needs in the pertinent art. *See KSR Int'l*, 550 U.S. at 421. In other words, if the POSA would not have believed that the invention would solve those needs, the invention would not have been

obvious. *See Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.*, 752 F.3d 967, 974–75 (Fed. Cir. 2014) (assessing whether the proposed changes would have been expected to achieve the actual goal of "improved activity"); *Institut Pasteur v. Focarino*, 738 F.3d 1337, 1346 (Fed. Cir. 2013) (analysis should remain focused on the "highly desired goal, not switch to a different goal that may be a less challenging but also less worthwhile pursuit").

42.     The party challenging the patent has the "burden to show that 'the prior art would have suggested making the *specific molecular modifications* necessary to achieve the claimed invention.'" *Amerigen*, 913 F.3d at 1089 (quoting *Takeda*, 492 F.3d at 1350) (emphasis in original). Showing a "general motivation" to modify a lead compound "would not suffice," given that "[a]ny compound may look obvious once someone has made it and found it to be useful, but working backwards from that compound, with the benefit of hindsight, once one is aware of it does not render it obvious." *Id.* A failure to establish a motivation to make modifications to a lead compound is fatal to the challenge. *See, e.g.*, *Mylan Pharms. Inc. v. Res. Corp. Techs., Inc.*, 914 F.3d 1366, 1374–75 (Fed. Cir. 2019) (affirming nonobviousness when "Appellants failed to meet their burden to establish a motivation to modify [the lead] compound").

43.     Simply because the prior art disclosed a particular combination of claim elements does not mean that an invention would have been obvious. Rather, the

POSA must have had a motivation or "reason" to combine those elements to make the claimed invention. *See KSR Int'l*, 550 U.S. at 421; *Orexo*, 903 F.3d at 1271; *In re Cyclobenzaprine II*, 676 F.3d at 1068–69. In other words, the party alleging obviousness must prove that the POSA would have had an affirmative reason to both select particular features of the prior art and to modify or combine those features to achieve those inventions. *See, e.g.*, *Endo Pharms. Sols., Inc. v. Custopharm Inc.*, 894 F.3d 1374, 1380 (Fed. Cir. 2018) ("To meet its burden, Custopharm needed to do more than merely show that the prior art does not preclude lowering the dose of TU. Custopharm needed to affirmatively demonstrate that a skilled artisan would have been motivated to lower the dose of TU despite no clear evidence of overdosing under the FDA Guidelines."); *Unigene Labs., Inc. v. Apotex, Inc.*, 655 F.3d 1352, 1361 (Fed. Cir. 2011) ("In this case, the patent claims a new composition or formulation to deliver an FDA-approved active ingredient. Thus, the claimed invention is not obvious if a person of ordinary skill would not select and combine the prior art references to reach the claimed composition or formulation.") (citing *Eli Lilly & Co. v. Zenith Goldline Pharms., Inc.*, 471 F.3d 1369, 1380 (Fed. Cir. 2006)).

44.    A party cannot establish that an invention would have been obvious merely by asserting that the POSA "would have arrived at the claimed invention through routine optimization." *Alcon Rsch., Ltd. v. Watson Labs., Inc.*, C.A. No. 15-

1159-GMS, 2018 WL 1115090, at *23 (D. Del. Mar. 1, 2018) (quoting *In re Stepan Co.*, 868 F.3d 1342, 1346 (Fed. Cir. 2017)). "A general incentive does not make obvious a particular result, nor does the existence of techniques by which those efforts can be carried out." *In re Deuel*, 51 F.3d 1552, 1559 (Fed. Cir. 1995).

45.     Although a POSA need not have believed that an invention would have been the "best option," *see, e.g.*, *Par Pharm.*, 773 F.3d at 1198, it is not enough for the POSA to have believed that the invention would have been possible. Rather, to have a motivation or reason to modify or combine the prior art, the POSA must have believed that the invention would have been desirable. *Winner Int'l Royalty Corp. v. Wang*, 202 F.3d 1340, 1349 (Fed. Cir. 2000) ("Trade-offs often concern what is feasible, not what is, on balance, desirable. Motivation to combine requires the latter.")

### (3)     Reasonable Expectation Of Success

46.     "An obviousness determination requires that a skilled artisan would have perceived a reasonable expectation of success in making the invention in light of the prior art." *Amgen, Inc. v. F. Hoffman-La Roche Ltd.*, 580 F.3d 1340, 1362 (Fed. Cir. 2009); *see also In re Cyclobenzaprine II*, 676 F.3d at 1068–69.

47.     Proving obviousness also requires a showing by clear and convincing evidence that a POSA would have had a reasonable expectation of success in achieving the claimed invention. *See In re Cyclobenzaprine II*, 676 F.3d at 1068–69.

To have such an expectation, the POSA must have been motivated to do more than merely "vary all parameters or try each of numerous possible choices until one possibly arrived at a successful result, where the prior art gave either no indication of which parameters were critical or no direction as to which of many possible choices is likely to be successful." *In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988). Similarly, the POSA must have been motivated to do more than to pursue a "general approach that seemed to be a promising field of experimentation, where the prior art gave only general guidance as to the particular form of the claimed invention or how to achieve it." *Id.*

48.   There is no "bright-line legal rule" that "small changes to a compound are necessarily *prima facie* obvious." *Sanofi-Aventis U.S., LLC v. Dr. Reddy's Labs., Inc.*, 933 F.3d 1367, 1380 (Fed. Cir. 2019) (distinguishing *Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.*, 752 F.3d 967 (Fed. Cir. 2014)).

49.   The success in modifying the lead compound is not just synthesizing the new compound, but also the discovery of the compound having the "most desirable combination of pharmacological properties," including "high activity, few side effects, and lack[ing] toxicity." *Yamanouchi*, 231 F.3d at 1345; *see also LEO Pharm.*, 726 F.3d at 1357 ("[T]here is nothing to indicate that a skilled artisan would have had a reasonable expectation that such an experiment would succeed in being therapeutically effective.") (internal quotation marks and citation omitted).

22

50.     Even where the prior art would have motivated the POSA to perform experiments that would ultimately have resulted in the claimed invention, the invention would not have been obvious if the POSA would not have had a reasonable expectation that such experiments would succeed in yielding the claimed properties. *See LEO Pharm.*, 726 F.3d at 1357 ("There is no indication in the prior art which of these possible formulations would be the most promising to try. . . . Without a reasonable expectation of success or clues pointing to the most promising combinations, an artisan could have spent years experimenting without success."); *In re Cyclobenzaprine II*, 676 F.3d at 1070 ("While it may have been obvious to experiment with the use of the same PK profile when contemplating an extended-release formulation, there is nothing to indicate that a skilled artisan would have had a reasonable expectation that such an experiment would succeed in being therapeutically effective."); *Merck & Co., Inc. v. Sandoz, Inc.*, Civ. No. 10-1625-SRC, 2012 WL 266412, at *2 (D.N.J. Jan. 30, 2012) (granting summary judgment of non-obviousness where the evidence established that the POSA "would have been unable to predict the outcome of the experiments necessary to develop the formulation").

51.     Obviousness does not require absolute predictability of success. *Vanda Pharms. Inc. v. Roxane Labs., Inc.*, 203 F. Supp. 3d 412, 423 (D. Del. 2016)

(citations omitted). However, hope of success is not enough to establish reasonable expectation. *See OSI Pharms., LLC v. Apotex*, 939 F.3d 1375, 1385 (Fed. Cir. 2019).

52.    When drug discovery is "complicated, unpredictable, and largely conducted through trial error" a reasonable expectation of success in making a modification can be "precluded." *Pfizer Inc. v. Teva Pharms. USA, Inc.*, 555 F. App'x 961, 971 (Fed. Cir. 2014). *See also Proctor & Gamble*, 566 F.3d at 996 (affirming a finding of no reasonable expectation of success where compounds in the same class of structure did not have similar "physical-chemical, biological, [or] therapeutic characteristics" and literature stated that "[t]o infer from one compound the effects in another is dangerous and can be misleading"); *Takeda*, 492 F.3d at 1361–62 (affirming a finding of no reasonable expectation of success in creating a non-toxic compound when a structurally similar compound was toxic, there was no evidence that homologation would reduce or eliminate the toxicity, and that the "biological activities of various substituents were 'unpredictable'").

53.    As with the POSA's reason for modifying or combining the prior art, the POSA's expectation of success must be assessed with respect to the actual needs in the pertinent art. *See Institut Pasteur*, 738 F.3d at 1345–46. Thus, in assessing whether the POSA would have had a reasonable expectation of success, a fact finder must determine whether the POSA would have believed that the invention would succeed based on the goals that the POSA would have had, regardless of whether

those goals are reflected in particular claim limitations. *See, e.g.*, *id.* (finding that the POSA would not have had a reasonable expectation of practicing a method of manipulating a living cell based on prior art references stating that such a method would be toxic to the cell, even though the claims did not expressly require that the cell remain viable).

54.    For example, an obviousness contention may be rejected where it "discounted" the "number and complexity of the alternatives." *See Ortho-McNeil Pharm*, 520 F.3d at 1364.

55.    Similarly, where a POSA would not have been motivated or had reason to make the claimed invention based on concerns that the inventions would have been toxic or undesirable, this weighs against a finding of obviousness. *See Institut Pasteur*, 738 F.3d at 1345–46 (concluding that the possibility that the claimed method "could be highly toxic" "counts significantly against finding a motivation to take the claimed steps with a reasonable expectation of success"); *Alcon, Inc. v. Teva Pharm. USA, Inc.*, 664 F. Supp. 2d 443, 462–63 (D. Del. 2009) (finding that the "uncertain toxicity status" of the prior art compound "would have also weighed against its development" and that the POSA "would only consider viable a treatment that exhibited a similar risk profile" to prior art compounds); *Takeda Chem. Indus., Ltd. v. Mylan Labs., Inc.*, 417 F. Supp. 2d 341, 370 (S.D.N.Y. 2006) (holding invention not obvious where defendant "has not shown by any persuasive evidence,

much less by clear and convincing evidence, that [the POSA] would have had any reasonable expectation based on the prior art that [making the claimed invention] would result in discovery of a non-toxic, effective treatment for [the targeted disease], and therefore would not have had any motivation to do so").

### h) "Obvious to Try"

56.     An invention would have been "obvious to try" only if the prior art identified the path to the claimed invention and there are "there are a finite number of identified, predictable solutions" to be tried. *KSR Int'l*, 550 U.S. at 421. Put differently, the number of possible solutions, "in the context of the art," must be "small or easily traversed." *Ortho-McNeil Pharm.*, 520 F.3d at 1364; *see also Sanofi-Aventis*, 748 F.3d at 1360.

57.     "When a field is 'unreduced by direction of the prior art,' and when prior art gives 'no indication of which parameters were critical or no direction as to which of many possible choices is likely to be successful,' an invention is not obvious to try." *See Unigene Labs.*, 655 F.3d at 1361 (quoting *Bayer Schering Pharm. AG v. Barr Labs., Inc.*, 575 F.3d 1341, 1347 (Fed. Cir. 2009)); *see also In re Cyclobenzaprine II*, 676 F.3d at 1072 ("Evidence of obviousness, especially when that evidence is proffered in support of an 'obvious-to-try' theory, is insufficient unless it indicates that the possible options skilled artisans would have encountered

were 'finite,' 'small,' or 'easily traversed,' and that skilled artisans would have had a reason to select the route that produced the claimed invention.") (citation omitted).

58.    ""Obvious to try' is not equivalent to obviousness, particularly where the prior art provided at most ***general motivation*** to conduct trial and error experimentation in a decidedly unpredictable field." *In re Armodafinil Patent Litig. Inc.*, 939 F. Supp. 2d 456, 501 (D. Del. 2013) (emphasis added); *see also id.* at 502 & n.59 ("That an invention would have been obvious as a 'result of routine pharmaceutical development, not invention'—as the defendants generally assert here—has been rejected where the experiments were unpredictable." (collecting cases in a footnote)).

59.    The Federal Circuit has further clarified that a theory of "obvious to try" is not the equivalent of obviousness when:

> a skilled artisan would have to: (1) "vary all parameters or try each of numerous possible choices until one possibly arrived at a successful result, where the prior art gave either no indication of which parameters were critical or no direction as to which of many possible choices is likely to be successful"; or (2) "explore a new technology or general approach that seemed to be a promising filed of experimentation, where the prior art gave only general guidance as to the particular form of the claimed invention or how to achieve it."

*See In re O'Farrell*, 853 F.2d at 903.

60.    "To the extent an art is unpredictable, as the chemical arts often are, *KSR*'s focus on . . . 'identified, predictable solutions' may present a difficult hurdle [for patent challengers] because potential solutions are less likely to be genuinely

predictable." *Eisai Co., Ltd. v. Dr. Reddy's Labs., Ltd.*, 533 F.3d 1353, 1359 (Fed. Cir. 2008).

### i)      Prior Art "Taught Away" from the Invention

61.    "[A] showing that a prior art reference teaches away from a given combination is evidence that one of skill in the art would not have been motivated to make that combination to arrive at the claimed invention." *Rembrandt Wireless Techs., LP v. Samsung Elecs. Co.*, 853 F.3d 1370, 1379 (Fed. Cir. 2017). A reference teaches away from the claimed invention if the POSA, "upon reading the reference, would be discouraged from following the path set out in the reference, or would be led in a direction divergent from the path that was taken by the applicant." *Millennium Pharms., Inc. v. Sandoz Inc.*, 862 F.3d 1356, 1366 (Fed. Cir. 2017) (quoting *In re Urbanski*, 809 F.3d 1237, 1244 (Fed. Cir. 2016)). A prior art reference that teaches away "alone can defeat [an] obviousness claim," by defeating the motivation required to establish obviousness. *Winner Int'l Royalty*, 202 F.3d at 1349–50. Nevertheless, courts have made clear that the prior art need not "teach away" from the invention for that invention to be nonobviousness.

62.    Where a patentee chooses to allege that the prior art "taught away," teaching away is properly considered as part of the obviousness case. *See, e.g.*, *Millennium Pharms.*, 862 F.3d at 1366–67; *Par Pharm.*, 773 F.3d at 1198–99 (same); *Kinetic Concepts, Inc. v. Smith & Nephew, Inc.*, 688 F.3d 1342, 1361–65,

1367 (Fed. Cir. 2012) (same); *Winner Int'l Royalty*, 202 F.3d at 1349–51 (same); *Nevro*, 2019 WL 3322368, at *13 (same).

### j)   Objective Indicia

63.   "The evidentiary burden to show facts supporting a conclusion of invalidity is one of clear and convincing evidence." *Procter & Gamble* 566 F.3d at 993–94 (citation omitted). The burden of proof rests with Defendants and does not shift to Plaintiffs. *Id.*; *see also Graham*, 383 U.S. at 17–18; *In re Cyclobenzaprine II*, 676 F.3d at 1079 n.5 ("[T]he party challenging validity bears the burden of persuasion throughout the litigation.") (citing *Microsoft*, 564 U.S. at 100 & n.4).

### (1)   Objective Indicia Must Be Considered as Part of the Obviousness Determination

64.   The Federal Circuit requires consideration of all of the evidence under the *Graham* factors before reaching a decision on obviousness, and that includes evidence of secondary considerations, also called "objective indicia of nonobviousness." *Graham*, 383 U.S. at 17–18. "Objective indicia of nonobviousness play a critical role in the obviousness analysis." *LEO Pharm. Prods.*, 726 F.3d at 1358. Thus, in determining the question of obviousness, evidence of objective indicia must be considered as part of the analysis. *See In re Cyclobenzaprine II*, 676 F.3d at 1079–80. This requirement is a "check against hindsight bias." *See id.* at 1079. Objective indicia of nonobviousness include, among other things, long-felt, but unmet need; failure of others; industry acceptance and praise; unexpected results;

29

and skepticism—all of which tend to demonstrate that the claimed inventions would not have been obvious. Objective indicia evidence "may often be the most probative and cogent evidence of nonobviousness in the record." *Procter & Gamble*, 566 F.3d at 998 (internal quotation marks and citation omitted).

65.    "[A] patentee never *must* submit evidence to support a conclusion by a judge or jury that a patent remains valid . . . ." *Prometheus Labs., Inc. v. Roxane Labs., Inc.*, 805 F.3d 1092, 1101 (Fed. Cir. 2015) (internal quotation marks omitted); *see also Novartis Pharms. Corp. v. W.-Ward Pharms. Int'l Ltd.*, 287 F. Supp. 3d 505, 510 (D. Del. 2017) ("A patentee is not required to present evidence of secondary considerations." (citation omitted)). "[T]he absence of objective evidence does not preclude a holding of nonobviousness because such evidence is not a requirement for patentability." *Custom Accessories*, 807 F.2d at 960.

### (2)    Nexus

66.    A patentee asserting objective indicia must show a "nexus" between the objective indicia and the claimed invention. *See Henny Penny Corp. v. Frymaster LLC*, 938 F.3d 1324, 1332 (Fed. Cir. 2019). A patentee is "entitled to the presumption of nexus for its objective evidence of non-obviousness [when] it establishe[s] that the specific products . . . are embodiments of the invention in the asserted claims." *WBIP*, 829 F.3d at  1331. Under such circumstances, the burden shifts to the party alleging obviousness to rebut the presumed nexus. *See id.* at 1329–

30

30 & n.4. The party alleging obviousness "cannot successfully rebut the presumption with argument alone—it must present evidence." *Id.* at 1329 (citing *Brown & Williamson Tobacco Corp. v. Philip Morris Inc.*, 229 F.3d 1120, 1130 (Fed. Cir. 2000)). A showing that the objective indicia relate to both claimed and unclaimed features is insufficient to rebut the presumption. *See, e.g.*, *Ecolochem, Inc. v. S. Cal. Edison Co.*, 227 F.3d 1361, 1378 (Fed. Cir. 2000). In addition to the presumption of nexus, "the patent owner is still afforded an opportunity to prove nexus by showing that the evidence of secondary considerations is the 'direct result of the unique characteristics of the claimed invention.'" *Fox Factory, Inc. v. SRAM, LLC*, 944 F.3d 1366, 1373–74 (Fed. Cir. 2019) (quoting *In re Huang*, 100 F.3d 135, 140 (Fed. Cir. 1996)).

67.     The nexus between a patented invention and objective indicia (e.g. long-felt need, praise, skepticism, failure of others) can be based on benefits of the invention which do not need to be expressly recited in the claims. *See United States v. Adams*, 383 U.S. 39, 48–52 (1966); *E.I. du Pont de Nemours & Co. v. Phillips Petroleum Co.*, 849 F.2d 1430, 1433 (Fed. Cir. 1988) (discussing *Adams* and holding "[t]hough using water was not expressly included in the claims, that unexpected feature was relevant to the Court's decision on nonobviousness" (citing *Graham*, 383 U.S. at 17–18)).

68.    As the Federal Circuit has elaborated, it is "improper" to impose a "strict requirement" that specific features for which objective indicia evidence is provided must be recited in the claims; rather "[o]bjective evidence of nonobviousness need only be 'reasonably commensurate with the scope of the claims.'" *Rambus Inc. v. Rea*, 731 F.3d 1248, 1257 (Fed. Cir. 2013) (citation omitted) (finding evidence of praise related to high-speed memory systems commensurate with the scope of the claims even though a specific speed was not recited in the claims, because the "claimed . . . functionality is what enabled the praised high-speed transfer of data").

69.    "For chemical compounds, the structure of the compound and its properties are inseparable considerations in the obviousness determination." *Sanofi-Synthelabo v. Apotex, Inc.*, 550 F.3d 1075, 1086 (Fed. Cir. 2008) (citing *In re Sullivan*, 498 F.3d 1345, 1353 (Fed. Cir. 2007), *In re Papesch*, 315 F.2d 381, 391 (C.C.P.A. 1963)).

### (3)    Evidence of Post-Issuance Objective Indicia of Non-Obviousness Is Relevant

70.    Evidence of objective indicia of non-obviousness need not pre-date the issuance of a patent to be relevant. *See Knoll*, 367 F.3d at 1385 ("There is no requirement that an invention's properties and advantages were fully known before the patent application was filed, or that the patent application contains all of the work done in studying the invention, in order for that work to be introduced into evidence

32

in response to litigation attack. Nor is it improper to conduct additional experiments and provide later-obtained data in support of patent validity.").

71.    For example, evidence that "others continue to fail despite having the patent as prior art . . . may illustrate just how radically different the patent was from past discoveries." *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.* (*In re Cyclobenzaprine I*), C.A. No. 09-MD-2118-SLR, 2010 WL 3766530, at *2 (D. Del. Sept. 21, 2010). Likewise, "evidence of unexpected results may be [considered] . . . even if that evidence was obtained after the patent's filing or issue date." *Genetics Inst., LLC v. Novartis Vaccines & Diagnostics, Inc.*, 655 F.3d 1291, 1307 (Fed. Cir. 2011); *see also Sanofi-Aventis*, 748 F.3d 1354 at 1360 ("[P]atentability may consider all of the characteristics possessed by the claimed invention, whenever those characteristics become manifest."); *In re Dillon*, 919 F.2d 688, 692–93 (Fed. Cir. 1990).

### (4)    Long-Felt But Unmet Need

72.    Evidence that a claimed invention satisfied a long-felt but unmet need supports a conclusion of non-obviousness. *See KSR Int'l*, 550 U.S. at 406; *Apple*, 839 F.3d at 1057. This is "because it is reasonable to infer the need would not have persisted had the solution been obvious." *Apple*, 839 F.3d at 1056. A long-felt need arises when there is "an articulated identified problem [as of the priority date] and

evidence of efforts to solve that problem." *WBIP*, 829 F.3d at 1329 (quoting *Texas Instruments, Inc. v. Int'l Trade Comm'n*, 988 F.2d 1165, 1178 (Fed. Cir. 1993)).

73.     In the pharmaceutical context, a claimed drug satisfies a long-felt, unmet need that existed as of the priority date even if that need no longer exists by the time the claimed drug is actually marketed. *Procter & Gamble*, 566 F.3d at 998 (rejecting argument that because a competing drug product became available after the priority date but before the claimed drug product, the claimed drug product could not have satisfied the long-felt need).

74.     To satisfy a long-felt, unmet need, a claimed invention need not completely eliminate a problem; it need only reach a result superior to prior available options. *Tris Pharma, Inc. v. Teva Pharms. USA, Inc.*, Civ. No. 20-5212 (KM)(ESK), 2022 WL 4082190, at *21 (D.N.J. Sept. 6, 2022) (finding a long-felt, unmet need where there were "a significant number of children who could not or would not swallow existing" formulations of a drug and rejecting the argument that "one cannot show an unmet need if there are alternatives, even if the new product would be preferable in some way"); *Eli Lilly & Co. v. Sicor Pharms., Inc.*, 705 F. Supp. 2d 971, 1008 (S.D. Ind. 2010) (finding "the first drug in thirty years to produce an improvement in overall survival" satisfied a long-felt, unmet need for new treatment options, even though it did not present a complete cure for pancreatic cancer), *aff'd*, 426 F. App'x 892 (Fed. Cir. 2011); *cf. Apple*, 839 F.3d at 1057

34

(finding that the claimed invention solved a long-felt need even where there were other "solutions" to the problem in the prior art).

### (5)    Failure of Others

75.    "Nonobviousness is suggested by the failure of others to find a solution to the problem which the patent[] in question purport[s] to solve." *Symbol Techs., Inc. v. Opticon, Inc.*, 935 F.2d 1569, 1578 (Fed. Cir. 1991) (internal quotation marks and citation omitted). "The purpose of evidence of failure of others is to show 'indirectly the presence of a significant defect in the prior art, while serving as a simulated laboratory test of the obviousness of the solution to a skilled artisan.'" *In re Cyclobenzaprine II*, 676 F.3d at 1082 (quoting *Symbol Techs.*, 935 F.2d at 1578–79). "In the pharmaceutical industry, the failure of others to develop a safe and effective drug often supports the nonobviousness of a drug that finally achieves success." *ViiV Healthcare UK Ltd. v. Lupin Ltd.*, 6 F. Supp. 3d 461, 496 (D. Del. 2013) (internal quotation marks and citation omitted), *aff'd*, 594 F. App'x 686 (Fed. Cir. 2015).

76.    In assessing failure of others, the question is not whether others attempted and failed to create the specific inventions claimed by the patents, but whether others attempted and failed to solve the problem addressed by the inventions. *See, e.g.*, *In re Cyclobenzaprine II*, 676 F.3d at 1082; *Knoll*, 367 F.3d at 1385 (reversing a finding of obviousness for "refusing to consider evidence of the

failure of others to develop [a drug in the class of the claimed composition] including abandonment of certain FDA registration applications," specifically "the failure of two pharmaceutical companies to obtain FDA approval for [two other drug combinations in the class of the claimed composition]); *Pfizer Inc. v. Teva Pharms. USA, Inc.*, 460 F. Supp. 2d 659, 662 (D.N.J. 2006) (refusing to preclude testimony about failure of others concerning failure to obtain FDA approval in the general class of compounds in a case where the patent claimed a specific compound and genus); *Eli Lilly & Co. v. Zenith Goldline Pharms., Inc.*, 364 F. Supp. 2d 820, 852 (S.D. Ind. 2005) (fact that numerous investigators had "tried but failed to develop a safe, atypical antipsychotic drug between 1975 and 1990" supported non-obviousness of patented drug).

77.     Evidence of failure of others occurring after the patent's issue date is relevant to the obviousness inquiry. *See In re Cyclobenzaprine I*, 2010 WL 3766530, at *2 (citing *Knoll*, 367 F.3d at 1385); *see also Allergan, Inc. v. Teva Pharms. USA, Inc.*, No. 15-cv-1455-WCB, 2017 WL 1319555, at *4 (E.D. Tex. Apr. 10, 2017) (Bryson, J. by designation) ("It is at least potentially relevant to nonobviousness if others continue to search for different solutions to the prior art problem in order to compete with the patentee, but repeatedly fail in that effort.").

### (6)     Industry Acceptance and Praise

78.    "Evidence that the industry praised a claimed invention or a product that embodies the patent claims weighs against an assertion that the same claimed invention would have been obvious." *Apple*, 839 F.3d at 1053. "Thus, if there is evidence of industry praise of the claimed invention in the record, it weighs in favor of the non-obviousness of the claimed invention." *Id.* (citing *Institut Pasteur*, 738 F.3d at 1347; *Power-One, Inc. v. Artesyn Techs., Inc.*, 599 F.3d 1343, 1352 (Fed. Cir. 2010)).

### (7)    Skepticism

79.    Evidence of skepticism also supports a conclusion of non-obviousness. *See Adams*, 383 U.S. at 52; *WBIP*, 829 F.3d at 1335.

> If industry participants or skilled artisans are skeptical about whether or how a problem could be solved or the workability of the claimed solution, it favors nonobviousness. Doubt or disbelief by skilled artisans regarding the likely success of a combination or solution weighs against the notion that one would combine elements in references to achieve the claimed invention.

*WBIP*, 829 F.3d at 1335 (citations omitted). Such skepticism need not be premised on whether the claimed invention is "technically infeasible," "unworkable," or "impossible" to be relevant.

80.    The Federal Circuit "recognizes a range of third-party opinion that can constitute skepticism" including "testimony that third parties were 'worried' or 'surprised.'" *Neptune Generics*, 921 F.3d at 1378  (citing *Circuit Check Inc. v. QXQ*

*Inc.*, 795 F.3d 1331, 1337 (Fed. Cir. 2015)); *see also Transocean Offshore Deepwater Drilling, Inc. v. Maersk Drilling USA, Inc.*, 699 F.3d 1340, 1352–53 (Fed. Cir. 2012) (finding testimony by the inventors that they were aware of skepticism of others in the industry, including a company's customers, is evidence of skepticism).

81.     Skepticism may also include "economic skepticism," such as decisions by members of the industry not to invest in a product. *Pressure Prods. Med. Supplies, Inc. v. Greatbatch Ltd.*, 599 F.3d 1308, 1319 (Fed. Cir. 2010) (affirming a finding of skepticism based on the fact that "other medical device companies initially turned down the opportunity to license the Lee patents because they did not believe that the invention would work"); *UCB, Inc. v. Accord Healthcare, Inc.*, 201 F. Supp. 3d 491, 516–17 (D. Del. 2016) (citing as evidence of skepticism a potential development partner's decision not to invest in developing the patented invention because they "had 'other initiatives . . . that seem[ed] more attractive'").

### (8)     Unexpected Results

82.     The existence of unexpected properties is another objective indicium of non-obviousness. *See, e.g.*, *Millennium Pharms*, 862 F.3d at 1368.

83.     Unexpected results are an objective indicium of nonobviousness where the "claimed invention exhibits some superior property or advantage that a person of ordinary skill in the relevant art would have found surprising or unexpected."

*Daiichi Sankyo Co. v. Mylan Pharms., Inc.*, 670 F. Supp. 2d 359, 382 (D.N.J. 2009), *aff'd sub nom.*, *Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346 (Fed. Cir. 2010) (quoting *In re Soni*, 54 F.3d 746, 750 (Fed. Cir. 1995)). "The basic principle behind this rule is straightforward—that which would have been surprising to a person of ordinary skill in a particular art would not have been obvious." *In re Soni*, 54 F.3d at 750.

84.    "Unexpected results are useful to show the improved properties provided by the claimed compositions are much greater than would have been predicted." *LEO Pharm.*, 726 F.3d at 1358  (internal quotation marks and citation omitted); *see also Procter & Gamble Co. v. Teva Pharms. USA, Inc.*, 536 F. Supp. 2d 476, 495–96 (D. Del. 2008) (finding unexpected results based on the claimed compound's "potency and toxicity" that were "unexpected and substantially improved over other [compounds of the same class]" when the potency was "more than three times" that of the prior art, the toxicity profile was "three times superior" to the prior art, and the compound "exhibited a safety to efficacy ratio that was at least ten times better than any of the other compounds tested"), *aff'd*, 566 F.3d 989 (Fed. Cir. 2009). "Whether the difference between the claimed invention and the prior art is a difference 'in kind' or a difference 'in degree' is not mentioned in section 103. Section 103 simply requires a determination as to whether the invention as a whole would have been obvious to one of ordinary skill in the art at the time of

39

appellant's invention. An unexpected increase in physiological activity may be persuasive evidence of unobviousness." *In re Wagner*, 371 F.2d 877, 885 (C.C.P.A. 1967) (citation omitted); *see also In re Soni*, 54 F.3d at 751 ("[W]hen an applicant demonstrates substantially improved results . . . and states that the results were unexpected, this should suffice to establish unexpected results in the absence of evidence to the contrary.") (emphases omitted); *In re Corkill*, 771 F.2d 1496, 1501 (Fed. Cir. 1985) (holding "[a] greater than expected result is an evidentiary factor pertinent to the legal conclusion of . . . obviousness") (citation omitted); *cf. Rolls-Royce, PLC v. United Techs. Corp.*, 603 F.3d 1325, 1340 (Fed. Cir. 2010) (accepting inventor testimony that in the context of an interference proceeding that when industry expectations were that 0.5% was a "huge gain," an improvement of 1.8% was "phenomenal" and "quite a remarkable result").

85.     "[E]vidence of unexpected results may be [considered] . . . even if that evidence was obtained after the patent's filing or issue date." *Genetics Inst.*, 655 F.3d at 1307; *see also Knoll*, 367 F.3d at  1385 ("There is no requirement that an invention's properties and advantages were fully known before the patent application was filed . . . . Nor is it improper to conduct additional experiments and provide later-obtained data in support of patent validity."). "[P]atentability may consider all of the characteristics possessed by the claimed invention, whenever those characteristics become manifest." *Sanofi-Aventis*, 748 F.3d at 1360. Such

evidence may include "test data showing that the claimed composition[] possess[es] unexpectedly improved properties or properties that the prior art does not have." *In re Dillon*, 919 F.2d at 692–93 (citation omitted).

## II.   REMEDIES

### A.   Issues To Be Litigated

86.   Whether Plaintiffs are entitled to a judgment that Defendants have infringed the Asserted Patent pursuant to 35 U.S.C. § 271(e)(2). Defendants have all stipulated that their respective ANDA Products would infringe claim 5 of the Asserted Patent if claim 5 is found not invalid or unenforceable. D.I. 91 (Stipulation and Order Regarding Infringement of U.S. Patent No. 6,911,461), ¶ 2.

87.   Whether Plaintiffs are entitled to a judgment that Defendants' commercial manufacture, use, offer to sell, or sale, or importation of Defendants' ANDA Products would directly infringe the Asserted Patent pursuant to 35 U.S.C. § 271. Defendants have all stipulated that their respective ANDA Products would infringe claim 5 of the Asserted Patent if claim 5 is found not invalid or unenforceable. D.I. 91 (Stipulation and Order Regarding Infringement of U.S. Patent No. 6,911,461), ¶ 2.

88.   Whether Plaintiffs are entitled to an order under 35 U.S.C. § 271(e)(4)(A) that the effective date of any FDA approval of each of Defendants'

ANDAs be no earlier than the day after the expiration of the Asserted Patent, including any extensions and associated exclusivities.

89.     Whether Plaintiffs are entitled to a permanent injunction enjoining Defendants, each of their officers, agents, employees, parents, affiliates, and subsidiaries, and all persons in active concert or participation with them, from commercially manufacturing, selling or offering for sale, using, or importing Defendants' ANDA Products or otherwise infringing the Asserted Patent until the expiration of the Asserted Patent, including any extensions.

90.     Whether, pursuant to 35 U.S.C. § 285, the Court should determine that this is an exceptional case and award reasonable attorney fees to Plaintiffs.

91.     Whether, pursuant to Federal Rule of Civil Procedure 54(d)(1), the Court should award costs to Plaintiffs.

### B.     Legal Principles

92.     Section 271(e)(4)(A) provides that when a party infringes a patent by submitting an ANDA, the court shall "order the effective date of any approval of the drug . . . involved in the infringement to be a date which is not earlier than the date of expiration of the patent which has been infringed." The effective date in a district court's order therefore will be "the date of patent expiration, including any patent extension." *In re Omeprazole Patent Litig.*, 536 F.3d 1361, 1367–68 (Fed. Cir. 2008); *see also Rsch. Found. of State Univ. of N.Y. v. Mylan Pharms. Inc.*, C.A. Nos.

09-184-LPS, 10-892-LPS, 2012 WL 1901267, at *4–5, *7 (D. Del. May 25, 2012) (directing FDA to withdraw final approval of any product that is the subject of an ANDA deemed to infringe and ordering the effective date to be the date of expiration of the asserted patent, or any extension of that date).

93.    In furtherance of a patent owner's right to exclude, district courts may grant injunctions "in accordance with the principles of equity to prevent the violation of any right secured by patent, on such terms as the court deems reasonable." *Apple Inc. v. Samsung Elecs. Co.*, 809 F.3d 633, 638 (Fed. Cir. 2015) (quoting 35 U.S.C. § 283); *see also Edwards Lifesciences AG v. CoreValve, Inc.*, 699 F.3d 1305, 1314 (Fed. Cir. 2012) ("A patentee's right to exclude is a fundamental tenet of patent law."); *Mylan Pharms.*, 2012 WL 1901267, at *1, *7  (entering a permanent injunction "enjoining [accused infringer] and those in concert with it from the commercial manufacture, use, sale, and offer for sale within the United States or importation into the United States of any drug product described in [accused infringer's] ANDA . . . until expiration of the [asserted] Patent").

94.    A plaintiff seeking a permanent injunction for patent infringement must show: (1) it has suffered irreparable injury; (2) the remedies available at law, such as monetary damages, are inadequate to compensate for the injury of patent infringement; (3) considering the balance of hardships between the plaintiff and

defendant, a remedy in equity is warranted; and (4) the public interest would not be disserved. *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 390–94 (2006).

95.     Section 285 of the Patent Act provides that a "court in exceptional cases may award reasonable attorney fees to the prevailing party." 35 U.S.C. § 285. An exceptional case within the meaning of the statute is "one that stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated." *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014). Whether a case is exceptional is a question committed to the Court's discretion, and the Court must consider the totality of the circumstances in reaching its conclusion. *Id.* In assessing the totality of the circumstances, the Court may consider, *inter alia*, "frivolousness, motivation, objective unreasonableness (both in the factual and legal components of the case) and the need in particular circumstances to advance considerations of compensation and deterrence." *Id.* at 554 n.6 (internal quotation marks and citation omitted). A party seeking attorneys' fees must show the case is exceptional by a preponderance of the evidence. *Id.* at 557–58. The Court may award attorneys' fees in "the rare case in which a party's unreasonable conduct—while not necessarily independently sanctionable—is nonetheless so 'exceptional' as to justify an award of fees." *Id.* at 555; *see also generally MarcTec, LLC v. Johnson & Johnson*, 664 F.3d 907 (Fed. Cir. 2012)

(finding that the case was exceptional and awarding Johnson & Johnson fees for having to rebut theories that disregarded the district court's claim construction and were therefore legally irrelevant); *Takeda Chem. Indus., Ltd. v. Mylan Labs., Inc.*, 549 F.3d 1381 (Fed. Cir. 2008) (finding that the case was exceptional based on Defendants' shifting obviousness theories and awarding fees).

96.     Under Federal Rule of Civil Procedure 54(d)(1), "costs—other than attorney's fees—should be allowed to the prevailing party."

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 20-987 (CFC) |
| v. | ) | (Consolidated) |
| | ) | |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**EXHIBIT 5**

**DEFENDANTS' STATEMENT OF ISSUES OF LAW
THAT REMAIN TO BE LITIGATED**

Pursuant to Local Rule 16(c)(5), Defendants identify the following issues of

law that remain to be litigated. The following statements are not exhaustive, and

Defendants reserve the right to prove any matters identified in their pleadings,

interrogatory responses, and/or expert reports. Defendants reserve the right to

modify or amend this summary to the extent required to address any future rulings

by the Court and to respond to any new issues raised by Plaintiffs. To the extent

Defendants' Statement of Issues of Fact contains issues of law, those issues are

incorporated herein by reference. Should the Court determine that any issue

identified in this Exhibit as an issue of law is more appropriately considered an

1

issue of fact, it should be treated as an issue of fact as if listed by Defendants in Exhibit 3.  Defendants also dispute and reserve all rights to introduce argument rebutting any statements set forth in Plaintiffs' Statement of Facts and Law that Remain to Be Litigated.

## I.    LEGAL ISSUES THAT REMAIN TO BE LITIGATED

1.    Whether the Defendants have proven by clear and convincing evidence that claim 5 of the '461 patents would have been obvious to a person of ordinary skill in the art as of the priority date, rendering that claim invalid pursuant to 35 U.S.C. § 103.[1]

2.  Whether the person of ordinary skill in the art to whom the '461 patents is directed is a person who would have had, as of the relevant date,:

(a) either (i) a doctorate degree in chemistry, medicinal chemistry, organic or synthetic chemistry, or a related discipline, and at least two years of experience in the synthesis, research and development of medicinal compounds or (ii) a lesser post-graduate degree in one of those fields, with four or more years of experience in the same areas; and

(b) knowledge and experience and/or worked with a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with

---

[1] Because the '473 Patent claims priority to applications that predate March 16, 2013, the applicable version of the Patent Act (35 U.S.C. § 100 *et seq.*) predates the amendments enacted by the Leahy-Smith America Invents Act, Pub. L. No. 112-29, 125 Stat. 284 (2011).

advanced degrees and/or experience in clinical medicine, pharmacology,

biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry

related to research and development of drug products and formulations, including

preclinical and clinical research

3.      Whether the following references are prior art to the patents-in-suit

under one or more of 35 U.S.C. § 102(a), (b), or (e):

- Abou-Khalil et al., "Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers," Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 ("Abou-Khalil")

- Adrien Albert, "*Selective Toxicity, the physico-chemical basis of therapy,*" 7th ed. ("Albert")

- Appleton et al., "*Lorazepam versus diazepam in the acute treatment of epileptic seizures and status epilecticus,*" Developmental Medicine and Child Neurology, Vol. 37, pp. 682-688 ("Appleton")

- Ben-Menachem et al., "Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures," Epilepsia, Vol. 40 (Suppl. 2), 249 ("Ben-Menachem")

- Bobkov, et al., "*Pharmacological characteristics of 4-Phenylpiracetam – A new phenyl analog of Piracetam,*" Translated from BYULLETEN EKSPERIMENTAL'NOI BIOLOGII I MEDITSINY, Vol. 95, No. 4, pp. 50-53 ("Bobkov")

- J.A. Burris, Review and evaluation of pharmacology/toxicology data for levetiracetam, ("Burris")

- Canadian Patent Application No. 2,310,319 ("CA '319")

- Crawford et al., "Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period," Epilepsia, Vol. 40 (Suppl. 2), 248 ("Crawford")

- EP 0154490 B1 ("EP '490")

- FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs, 1992 ("FDA Guidance")

- GB 1,309,692, Honore et al., filed on February 13, 1970, published on March 14, 1973 ("GB '692")

- Glozman, *et al*., "*The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides*," translated from KHIMIKO-FARMATSEVTICHESKII ZHURNAL, Vol. 14, No. 11, pp. 43-48 ("Glozman")

- U.S. Patent No. 4,943,639 to Gobert et al. ("Gobert")

- Gouliaev and Senning, "*Piracetam and other structurally related nootropics*," Brain Research Reviews, Vol. 19, pp. 180-222 ("Gouliaev")

- International application No. PCT/EP98/07383 published as WO 99/25683 ("WO '683")

- Hadjipavlou-Litina, "*Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants*," Med. Res. Rev., Vol. 18, No. 2, pp. 91-119 ("Litina")

- The 1999 product insert for KEPPRA™ (levetiracetam) ("Keppra Label")

- FDA Division of Neuropharmacological Drug Products, Clinical Review of NDA Submission for Kep[p]ra ("Keppra Medical Review")

- Levin, "*Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability*," Journal of Medicinal Chemistry, Vol. 23, No. 6, 682-684 (1980) ("Levin")

- Lolin et al., "Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of

4

blood and cerebrospinal fluid: phenytoin," Epilepsy Research, 19, pp. 99-110 ("Lolin")

- Löscher, et al., "*Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy*," Journal of Pharmacy and Experimental Therapeutics, vol. 284, No. 2, pp. 474-479 ("Löscher")

- Noyer, et al., "*The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*," European Journal of Pharmacology, Vol. 286, pp. 137-146 ("Noyer")

- Pardridge, "*CNS Drug Design Based in Principles of Blood-Brain Barrier Transport*," Journal of Neurochemistry, Vol. 70, No. 5, pp. 1781-1792 (1998) ("Pardridge")

- Patsalos et al., "*Newer Epileptic Drugs Towards an Improved Risk-Benefit Ratio*," Drug Safety, Vol. 11, No. 1, pp. 37-67 ("Patsalos 1994")

- Patsalos, "*Pharmacokinetic profile of levetiracetam: toward ideal characteristics*," Pharmacology & Therapeutics, Vol. 85, pp. 77-85 ("Patsalos 2000")

- Perucca, "*Drugs Under Clinical Trial*," *in*: Eadie M.J., Vajda F.J.E. (eds), Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology, Vol 138. Springer, Berlin, Heidelberg ("Perucca")

- Prous et al., "*Levetiracetam*," Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111-113 (1994) ("Prous")

- Olesen *et al.*, "*Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man*," Stroke, Vol. 9, No. 4, pp. 344-349 ("Olesen")

- Sharief et al., "*Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy*," Journal of Epilepsy, Vol. 9, PP. 106-112 ("Sharief")

- Shorvon et al., "Efficacy and Tolerability of Levetiracetam (LEV) as Add-on Treatment in Refractory Epileptic Patients with Partial Onset

Seizures: Analysis of the Crossover Part of the European Trial," *Epilepsia*, Vol. 40 (Suppl. 2), 248-249 ("Shorvon")

- Stables et al., "*Progress report on new antiepileptic drugs – a summary of the Second Eilat Conference*," Epilepsy Research, Vol. 22, pp. 235-246 ("Stables")

- van de Waterbeemd et al., "*Estimation of blood-brain barrier crossing of drugs using molecular size and shape, and H-bonding descriptors*," J. Drug Targeting, Vol. 6, pp. 151-165 ("Waterbeemd")

- Wong et al., "*Substituent Effects on Partition Coefficient of Barbituric Acids*," Journal of Pharmaceutical Science, Vol. 77, No. 11, pp. 926-932 ("Wong")

4.    Whether a POSA would have considered levetiracetam a compound worthy of optimization through additional drug development efforts.

5.    Whether the prior art would have motivated a POSA to optimize levetiracetam by adding a propyl group at the 4-position of the pyrrolidone ring.

6.    Whether the prior art would have motivated a POSA to increase the lipophilicity of levetiracetam in order to improve permeation of the blood-brain barrier as a means to potentially improve its safety, efficacy, and/or tolerability.

7.    Whether a person of ordinary skill in the art would have had a reasonable expectation of success in adding a 4-propyl group to the pyrrolidone ring of levetiracetam.

8.    Whether the purported evidence of unexpected results presented by Plaintiffs is adequate to overcome the obviousness of claim 5 of the '461 patent.

9.  Whether the Defendants are entitled to judgment that the asserted claims of the '461 patent are invalid.

10. Whether this case is exceptional under 35 U.S.C. § 285 such that Defendants are entitled to an award of attorney fees pursuant to 35 U.S.C. § 285.

11. Whether Plaintiffs are entitled to an injunction preventing the manufacture, use, sale, offering for sale, or importation of Defendants' proposed ANDA products until the expiration of the '461 patent.

## II.   <u>APPLICABLE LAW</u>

12.   Every issued patent claim is presumed valid. 35 U.S.C. § 282. A patent challenger bears the burden of proving its invalidity contentions by clear and convincing evidence. *Microsoft Corp. v. i4i Ltd. P'ship*, 131 S. Ct. 2238, 2242 (2011).

### 1.   Obviousness

#### a.   Standard

13.   The determination of obviousness under § 103(a) is a question of law based on underlying facts. *Bayer Schering Pharma AG v. Barr Labs., Inc.*, 575 F.3d 1341, 1346 (Fed. Cir. 2009).

#### b.   General Principles

14.   "Section 103(a) forbids issuance of a patent 'when the differences between the subject matter sought to be patented and the prior art are such that the

subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.'" *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007).

15.   The obviousness analysis requires that "the scope and content of the prior art are to be determined; differences between the prior art and the claims at issue are to be ascertained; and the level of ordinary skill in the pertinent art resolved." *KSR*, 550 U.S. at 406 (quoting *Graham v. John Deere Co.*, 383 U.S. 1, 17-18 (1966)).

16.   Secondary considerations, or objective indicia, such as "commercial success, long felt but unsolved needs, failure of others, etc., might be utilized to give light to the circumstances surrounding the origin of the subject matter sought to be patented." *KSR*, 550 U.S. at 406 (quoting *Graham*, 383 U.S. at 17-18).

17.   To determine whether a claimed invention would have been obvious, "a court must ask whether the improvement is more than the predictable use of prior art elements according to their established functions." *KSR*, 550 U.S. at 417.

18.   A determination that a claimed invention would have been obvious "need not seek out precise teachings directed to the specific subject matter of the challenged claim, for a court can take account of the inferences and creative steps that a person of ordinary skill in the art would employ." *KSR*, 550 U.S. at 418.

19.   An obvious combination is no more than the "predictable use of prior

8

art elements according to their established functions." *KSR*, 550 U.S. at 417.

20.    Where there are "a finite number of identified, predictable solutions" and "a person of ordinary skill has good reason to pursue the known options within his or her technical grasp," those solutions would have been obvious. *KSR*, 550 U.S. at 421.

### c.    Person of Ordinary Skill in the Art

21.    The person of ordinary skill in the art is a hypothetical person presumed to know all of the teachings of the prior art references at the time the invention was made.  *See Union Carbide Corp. v. Am. Can Co.*, 724 F.2d 1567, 1576 (Fed. Cir. 1984) (describing the person of ordinary skill in the art as "the inventor working in his shop with the prior art references—which he is presumed to know—hanging on the walls around him").  The person of ordinary skill in the art is attributed with knowledge of all prior art references.  *In re Sernaker*, 702 F.2d 989, 994 (Fed. Cir. 1983).

22.    The person of ordinary skill in the art ("POSA") "is also a person of ordinary creativity, not an automaton." *KSR*, 550 U.S. at 421.

23.    In determining the level of ordinary skill in the art, a court should consider the following factors: (1) the types of problems encountered in the art; (2) prior art solutions to those problems; (3) the rapidity with which innovations are made; (4) the sophistication of the technology involved; and (5) the educational level

9

of active workers in the field.  *Daiichi Sankyo Co., Ltd. v. Apotex Inc.*, 501 F.3d 1254, 1256 (Fed. Cir. 2007); *see also U.S. Surgical Corp. v. Ethicon, Inc.*, 103 F.3d 1554, 1564 (Fed. Cir. 1997).  "Not all such factors may be present in every case, and one or more . . . may predominate in a particular case." *Envtl. Designs, Ltd. v. Union Oil Co. of Cal.*, 713 F.2d 693, 696–97 (Fed. Cir. 1983).

24.    "While it may be easier to prove obviousness if each limitation of the claimed invention is found in the prior art, the level of skill of one of ordinary skill in the art can, at times, fill in the gap when limitations of the claimed invention are not specifically found in the prior art." *Belden Techs., Inc. v. Superior Essex Commc'ns LP*, 802 F. Supp. 2d 555, 563 (D. Del. 2011).

### d.    Scope and Content of the Prior Art

25.    "[T]he scope of the relevant prior art . . . includ[es] that reasonably pertinent to the particular problem with which the inventor was involved."  *In re GPAC Inc.*, 57 F.3d 1573, 1577 (Fed. Cir. 1995) (quotation omitted).  "A reference is reasonably pertinent if, even though it may be in a different field of endeavor, it is one which, because of the matter with which it deals, logically would have commended itself to an inventor's attention in considering his problem."  *Id*. at 1578 (quotation omitted).  "If a reference disclosure relates to the same problem as that addressed by the claimed invention, that fact supports use of that reference in an obviousness [finding]."  *Id*. (quotation omitted).  "The field of endeavor is

10

determined 'by reference to explanations of the invention's subject matter in the patent application, including the embodiments, function, and structure of the claimed invention.'" *Id.* (citing *In re Bigio*, 381 F.3d 1320, 1325 (Fed. Cir. 2010)).

26.    Prior art under section 102(a) includes disclosures that were "known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent."  35 U.S.C. § 102(a) (pre-AIA).

27.    Prior art under section 102(b) includes disclosures that were "patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States."  35 U.S.C. § 102(b) (pre-AIA).

28.    A reference is prior art under 102(e) if it is "(1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for the purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language."  35 U.S.C. § 102(e) (pre-AIA).  The statute's reference to

11

"by another" refers to an application by a different inventive entity. *EmeraChem Holdings, LLC v. Volkswagen Grp. of Am., Inc*., 859 F.3d 1341, 1345 (Fed. Cir. 2017).

29.     A "commonsense principle that the Federal Circuit has recognized throughout its existence" is "that new evidence supporting an invalidity defense may carry more weight in an infringement action than evidence previously considered by the PTO." *Microsoft*, 131 S. Ct. at 2251 (quotations omitted). While the Supreme Court has "not reach[ed] the question whether the failure to disclose [an invalidating prior art reference] during the prosecution of [the patent-in-suit] voids the presumption of validity given to issued patents," it "nevertheless . . . note[d] that the rationale underlying the presumption—that the PTO, in its expertise, has approved the claim—seems much diminished" in that context. *KSR*, 550 U.S. at 426.

30.     Conversely, the fact that a reference was previously considered by the PTO merely goes to the weight of that reference's evidence and does not increase the burden of proof or preclude a finding of invalidity. *See Sciele Pharma, Inc. v. Lupin Ltd.*, 684 F.3d 1253, 1259-60 (Fed. Cir. 2012); *Surface Tech., Inc. v. U.S.I.T.C.*, 801 F.2d 1336, 1340-41 (Fed. Cir. 1986). A finding of invalidity may be appropriate where the reference was considered by the PTO, but the Examiner failed to give proper consideration to the teachings of that reference. *See Pharmastem*

12

*Therapeutics, Inc. v. Viacell, Inc.*, 491 F.3d 1342, 1366 (Fed. Cir. 2007).  In fact, "[w]hether a reference was previously considered by the PTO, the burden of proof is the same: clear and convincing evidence." *Sciele Pharma*, 684 F.3d at 1260 (citing *Microsoft.*, 131 S. Ct. at 2245-46). "The burden does not suddenly change to something higher—'extremely clear and convincing evidence' or 'crystal clear and convincing evidence'—simply because the prior art references were considered by the PTO." *Id.* at 1260. "In short, there is no heightened or added burden that applies to invalidity defenses that are based upon references that were before the Patent Office." *Id.*

31.    Apart from prior art references, "[a]dmissions in the specification regarding the prior art are binding on the patentee for purposes of a later inquiry into obviousness." *PharmaStem Therapeutics, Inc. v. ViaCell, Inc*., 491 F.3d 1342, 1362 (Fed. Cir. 2007) (citing *Constant v. Advanced Micro-Devices, Inc*., 848 F.2d 1560, 1570 (Fed. Cir. 1988) ("A statement in a patent that something is in the prior art is binding on the applicant and patentee for determinations of anticipation and obviousness.")); *Sjolund v. Musland*, 847 F.2d 1573, 1577–79 (Fed. Cir. 1988) (admission in the patent specification "must [be] accepted . . . as prior art, as a matter of law"); *In re Fout,* 675 F.2d 297, 300–01 (C.C.P.A. 1982) ("We hold that appellants' admission that they had actual knowledge of the prior . . . invention described in the preamble constitutes an admission that it is prior art to them."); *In*

*re Nomiya*, 509 F.2d 566, 570–71 (C.C.P.A. 1975) (representations in the specification are "accepted at face value as admissions" of what is "considered 'prior art' for any purpose, including use as evidence of obviousness under § 103").

###### e.   Motivation to Combine Prior Art

32.   The Supreme Court has held that the Federal Circuit's requirement for some teaching, suggestion, or motivation in the art to combine references forming the basis for an obviousness contention was too rigid and propounded an "expansive and flexible approach" based on the principles laid down in *Graham*. *KSR*, 550 U.S. at 415; s*ee also Senju Pharm. Co. Ltd. v. Apotex Inc.*, 836 F. Supp. 2d 196, 208 (D. Del. 2011) ("The Supreme Court has emphasized the need for courts to value 'common sense' over 'rigid preventative rules.'").

33.   As long as a person of ordinary skill in the art would have been motivated to combine references by the prior art taken as a whole, it is not necessary that the references be combined for the same reasons contemplated by the inventor. *In re Kahn*, 441 F.3d 977, 990 (Fed. Cir. 2006).

34.   The obviousness analysis is not limited to the problem that the patentee was trying to solve but "[u]nder the correct analysis, any need or problem known in the field of endeavor at the time of invention and addressed by the patent can provide a reason for combining the elements in the manner claimed." *KSR*, 550 U.S. at 420.

35.     Rather than focus on the "particular motivation" or the "avowed purpose" of the patentee, what matters to a proper obviousness analysis is "the objective reach of the claim." *KSR*, 550 U.S. at 419. Simply put, "[i]f the claim extends to what is obvious, it is invalid under § 103." *Id.*

36.     "One of the ways in which a patent's subject matter can be proved obvious is by noting that there existed at the time of invention a known problem for which there was an obvious solution encompassed by the patent's claim." *KSR*, 550 U.S. at 419-20; *see also Norgren Inc. v. Int'l Trade Comm'n*, 699 F.3d 1317, 1324-26 (Fed. Cir. 2012) (affirming invalidity of claims under § 103 where the claimed invention solved known problems by the use of an obvious solution).

37.     "The combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results." *KSR*, 550 U.S. at 416.

38.     "When the prior art provides the means of making the invention and predicts the results, and the patentee merely verifies the expectation through 'routine testing,' the claims are obvious." *Purdue Pharma Prods. L.P. v. Par Pharm., Inc.*, 642 F. Supp. 2d 329, 368 (D. Del. 2009) (citing *Pfizer*, 480 F.3d at 1367).

39.     None of "the length, expense, [or] difficulty of the techniques used are dispositive since many techniques that require extensive time, money, and effort to carry out may nevertheless be arguably 'routine' to one of ordinary skill in the art."

15

*Pfizer*, 480 F.3d at 1367.   Furthermore, obviousness, 'does not require that the motivation be the *best* option, only that it be a *suitable* option from which the prior art did not teach away." *Bayer Pharma AG v. Watson Labs., Inc*., 874 F.3d 1316, 1319 (Fed. Cir. 2017); *Merck & Co. v. Biocraft Labs., Inc.*, 874 F.2d 804, 807 (Fed. Cir. 1989) ("That the '813 patent discloses a multitude [> 1,200] of effective combinations does not render any particular formulation less obvious.").

40.     A "claim to a product does not become nonobvious simply because the patent specification provides a more comprehensive explication of the known relationships between the variables and the affected properties." *In re Applied Materials*, 692 F.3d at 1297.

41.     A reference may be said to teach away "when a person of ordinary skill, upon reading the reference, would be discouraged from following the path set out in the reference, or would be led in a direction divergent from the path that was taken by the applicant." *Gator Tail, LLC v. Mud Buddy, LLC.*, 618 F. App'x 992, 998-99 (Fed. Cir. 2015) (quoting *In re Gurley*, 27 F.3d 551, 553 (Fed. Cir. 1994)).   Absent evidence that the prior art "invariably" led to a different path, the prior art does not teach away.   *See Par Pharm.*, 773 F.3d at 1199.

42.     "A teaching that a composition may be optimal or standard does not criticize, discredit, or otherwise discourage investigation into other compositions." *Galderma Labs*., 737 F.3d at 739.   Absent evidence that the prior art "invariably"

16

led to a different path, the prior art does not teach away. *See Par Pharm.*, 773 F.3d at 1199.

43.     A statement that a particular combination or use is not a preferred embodiment does not teach away absent clear discouragement of that combination or use. *Galderma Labs.*, 737 F.3d at 739; *Syntex*, 407 F.3d at 1380 ("A statement that a particular combination is not a preferred embodiment does not teach away absent clear discouragement of that combination." (citation omitted)).

44.     A reference that is silent as to whether an embodiment will work cannot be said to teach away from that embodiment. *See, e.g., Syntex*, 407 F.3d at 1383 (finding district court erred "because a prior art reference that does not specifically refer to one element of a combination does not, per se, teach away. If it did, only references that anticipate could be used to support an obviousness analysis [but that is not the law].").

### f.     Reasonable Expectation of Success

45.     In general, a claim is invalid for obviousness if "a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention," and "would have had a reasonable expectation of success in doing so." *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1361 (Fed. Cir. 2007).

46.     "While the definition of 'reasonable expectation' is somewhat vague, [Federal Circuit] case law makes clear that it does not require a certainty of success."

*Medichem, SA v. Rolabo, SL*, 437 F.3d 1157, 1165 (Fed. Cir. 2006). "Obviousness does not require absolute predictability of success," but rather, "[a]ll that is required is a reasonable expectation of success" in making the invention. *Id.*; *see also In re Merck & Co.*, 800 F.2d 1091, 1097 (Fed. Cir. 1986) ("Obviousness does not require absolute predictability. Only a reasonable expectation that the beneficial result will be achieved is necessary to show obviousness."). Thus, "obviousness cannot be avoided simply by a showing of some degree of unpredictability in the art so long as there was a reasonable probability of success." *Pfizer*, 480 F.3d at 1364.

47.    Furthermore, where a "patent sets forth no human clinical or laboratory data showing," it would be "clearly err[oneous] [to] find[] any difference between the claimed invention and the [prior art] on this point." *Merck & Co. v. Teva Pharm. USA, Inc.*, 395 F.3d 1364, 1374 (Fed. Cir. 2005) (reversing judgment of nonobviousness); *Alcon Research, Ltd. v. Apotex Inc.*, 687 F.3d 1362, 1369 (Fed. Cir. 2012) (reversing judgment of nonobviousness and rejecting "argu[ment] that [the prior art] would not give a skilled artisan an expectation" of clinical safety, because "neither does the [asserted] patent," which was "not based on testing in humans").

### g.    Lead Compound Analysis

48.    Whether a new chemical compound would have been obvious over prior art involves two steps evaluating: 1) whether a chemist of ordinary skill would

have selected the prior art compound as a lead compound for development, and 2) whether the prior art would have provided a motivation to modify the lead compound to make the claimed compound with a reasonable expectation of success. *Otsuka Pharm. Co. v. Sandoz, Inc.*, 678 F.3d 1280, 1291-92 (Fed. Cir. 2012); *Eisai Co. v. Dr. Reddy's Labs., Ltd.*, 533 F.3d 1353, 1359 (Fed. Cir. 2008) ("[A] prima facie case of obviousness for a chemical compound still, in general, begins with the reasoned identification of a lead compound.").

49.     "While the lead compound analysis must, in keeping with *KSR*, not rigidly focus on the selection of a single, best lead compound . . . the analysis still requires the challenger to demonstrate by clear and convincing evidence that one of ordinary skill in the art would have had a reason to select a proposed lead compound or compounds over other compounds in the prior art." *Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1354 (Fed. Cir. 2010). A lead compound is one that would be "promising to modify in order to improve upon its . . . activity and obtain a compound with better activity." *Otsuka*, 678 F.3d at 1291.  Further, "[a]s such, a lead compound is [one that is] 'a natural choice for further development efforts.'" *Id.*; *see also Altana Pharma AG v. Teva Pharm. USA, Inc.*, 566 F.3d 999, 1008 (Fed. Cir. 2009).  Determining whether a chemist would have selected a compound as the lead compound "is guided by evidence of the compound's pertinent properties," including activity and potency, toxicity, and other relevant characteristics. *Otsuka*,

678 F.3d at 1292.

50.      Selection of a lead compound may be obvious if it is one of a finite number of compounds identified in the prior art; it is one of the more "potent" compounds identified in the prior art; and/or the prior art disclosing the lead compound was ripe for further experimentation.  *See, e.g., Altana Pharma AG v. Teva Pharms. USA, Inc*., 566 F.3d 999, 1007-09 (Fed. Cir. 2009).

51.      The motivation to modify the lead compound "may come from any number of sources and need not necessarily be explicit in the prior art." *Otsuka*, 678 F.3d at 1292. The "pertinent properties guide the analysis" in this step as well. *Id.*; *Aventis Pharma Deutschland GmbH v. Lupin, Ltd.*, 499 F.3d 1293, 1301 (Fed. Cir. 2007) ("The 'reason or motivation' need not be an explicit teaching that the claimed compound will have a particular utility; it is sufficient to show that the claimed and prior art compounds possess a 'sufficiently close relationship . . . to create an expectation,' in light of the totality of the prior art, that the new compound will have 'similar properties' to the old.") (quoting *In re Dillon*, 919 F.2d 688, 692 (Fed. Cir. 1990)); *see also KSR*, 550 U.S. at 417 ("[I]f a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar devices in the same way, using the technique is obvious unless its actual application is beyond his or her skill."); *Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1356-57 (Fed. Cir. 2007) ("[I]n cases

involving new chemical compounds, it remains necessary to identify some reason that would have led a chemist to modify a known compound in a particular manner to establish prima facie obviousness of a new claimed compound.").

### h.    Secondary Considerations

52.    The Court also considers in its obviousness analysis secondary considerations of non-obviousness that may bear on the issue of whether the claimed invention would have been obvious. *KSR*, 550 U.S. at 406.

53.    Secondary considerations cannot override a strong showing of nonobviousness. *See, e.g., Ohio Willow Wood Co. v. Alps S., LLC*, 735 F.3d 1333, 1334 (Fed. Cir. 2013) ("Where a claimed invention represents no more than the predictable use of prior art elements according to established functions . . . , evidence of secondary indicia are frequently deemed inadequate to establish non–obviousness."); S*tone Strong, LLC v. Del Zotto Prods. of Fla.*, 455 F. App'x 964, 971 (Fed. Cir. 2011) ("Where the inventions represent no more than the predictable use of prior art elements according to their established functions, the secondary considerations are inadequate to establish nonobviousness as a matter of law." (internal quotation marks omitted)); *Agrizap, Inc. v. Woodstream Corp.*, 520 F.3d 1337, 1344 (Fed. Cir. 2008) ("[O]bjective evidence of nonobviousness simply cannot overcome . . . a strong prima facie case of obviousness.").

### i.    Nexus

54.     For secondary considerations to be relevant, there must be a nexus between the secondary considerations and the claimed invention. *See Ormco Corp. v. Align Tech., Inc.*, 463 F.3d 1299, 1311–12 (Fed. Cir. 2006) ("Evidence of commercial success, or other secondary considerations, is only significant if there is a nexus between the claimed invention and the commercial success."). The patentee bears the burden of demonstrating "a legally and factually sufficient connection." *In re Paulson*, 30 F.3d 1475, 1482 (Fed. Cir. 1994).  If such a connection is not shown, the evidence is not entitled to weight. *Id.; Bosch Auto. Serv. Sols., LLC v. Matal*, 878 F.3d 1027, 1036 (Fed. Cir. 2017).

55.     A "nexus between the merits of the claimed invention and evidence of secondary considerations is required in order for the evidence to be given substantial weight in an obviousness decision.   Commercial success or other secondary considerations may presumptively be attributed to the patented invention only where the marketed product embodies the claimed features, and is coextensive with them." *Muniauction, Inc. v. Thomason Corp.*, 532 F.3d 1318, 1327 (Fed. Cir. 2009) (citations omitted).   "Where the offered secondary consideration actually results from something other than what is both claimed and novel in the claim, there is no nexus to the merits of the claimed invention." *In re Huai-Hung Kao*, 639 F.3d 1057, 1068 (Fed. Cir. 2011); *see also In re GPAC*, 57 F.3d at 1580 ("[F]or objective evidence to be accorded substantial weight, its proponent must establish a nexus

between the evidence and the merits of the claimed invention."). Even "impressive" evidence of secondary considerations is not "entitled to weight" unless "it is relevant to the claims at issue." *In re Paulsen*, 30 F.3d 1475, 1482 (Fed. Cir. 1994).

56.     To weigh against a finding of obviousness, "objective evidence of nonobviousness must be commensurate in scope with the claims which the evidence is offered to support." *Asyst Techs., Inc. v. Emtrak, Inc.*, 544 F.3d 1310, 1316 (Fed. Cir. 2008); *see also In re Dill*, 604 F.2d 1356, 1361 (C.C.P.A. 1979) ("The evidence presented to rebut a prima facie case of obviousness must be commensurate in scope with the claims to which it pertains."). Thus, if evidence of secondary considerations relates to a narrow aspect of a much broader claim, such evidence is not commensurate with the scope of the claims and fails to establish the non-obviousness of the asserted claims. *See Therasense*, 593 F.3d at 1336 ("Because the claims are broad enough to cover devices that either do or do not solve the 'short fill' problem, Abbott's objective evidence of non-obviousness fails because it is not 'commensurate in scope with the claims which the evidence is offered to support.'") (quoting *In re Grasselli*, 713 F.2d 731, 743 (Fed. Cir. 1983)); *MeadWestVaco Corp. v. Rexam Beauty & Closures, Inc.*, 731 F.3d 1258, 1264-65 (Fed. Cir. 2013) (holding that district court erred where its "analysis of the secondary considerations of nonobviousness involved only fragrance-specific uses, but the [asserted claims] are not fragrance-specific").

23

57.     Nexus must be established through specific evidence.  *See In re Huang*, 100 F.3d 135, 140 (Fed. Cir. 1996) (party asserting secondary considerations "must submit some factual evidence that demonstrates the nexus"); *see also In re De Blauwe*, 736 F.2d 699, 705 (Fed. Cir. 1984).

58.     Courts have routinely excluded evidence of secondary considerations absent a showing of nexus.  *See*, *e.g.*, *Cot'n Wash, Inc. v. Henkel Corp.*, 56 F. Supp. 3d 626, 651 (D. Del. 2014) (excluding expert testimony regarding industry praise where no nexus existed), *aff'd sub nom. Cot'n Wash Inc. v. Sun Prods. Corp.*, 606 F. App'x 1009 (Fed. Cir. 2015); *Inventio AG v. Thyssenkrupp Elevator Corp.*, C.A. No. 08-00874, 2014 WL 5786668, at *8 (D. Del. Nov. 6, 2014) (evidence of secondary considerations properly excluded where plaintiff failed to show nexus to claimed invention), *aff'd*, 622 F. App'x 906 (Fed. Cir. 2015).

### i.      Skepticism

59.     Where the record "does not express any direct skepticism concerning the feasibility" of the invention, the "assertion that there was secondary indicia of skepticism that rendered the invention of the asserted claims nonobvious is supported only by evidence that is irrelevant and not supportive." *Dow Jones & Co. v. Ablaise Ltd.*, 606 F.3d 1338, 1352 (Fed. Cir. 2010); *see also Ruiz v. A.B. Chance Co.*, 357 F.3d 1270, 1274–75 (Fed. Cir. 2004) (where the record actually "does not show that [the industry] doubted that [the claimed invention] would work," the

evidence of "skepticism of experts [i]s weak").

60.    Substantiating a claim of skepticism often requires a showing of technical infeasibility or manufacturing uncertainty—not economic considerations or other companies' preferences. *See Orthopedic Equip. Co. v. United States*, 702 F.2d 1005, 1013 (Fed. Cir. 1983) ("[T]hat the two disclosed apparatus would not be combined by businessmen for economic reasons is not the same as saying that it could not be done because skilled persons in the art felt that there was some technological incompatibility that prevented their combination."): *Muniauction, Inc. v. Thomson Corp.*, 532 F.3d 1318, 1328 (Fed. Cir. 2008) ("[M]arket-force skepticism also lacks the requisite nexus to the claimed invention."); *AstraZeneca LP v. Breath Ltd.*, 542 F. App'x 971, 980 (Fed. Cir. 2013) ("evidence of corporate prudence" is not "industry skepticism.").

61.    "The focus of this consideration is skepticism of others, not skepticism of the inventors." *AstraZeneca LP v. Breath Ltd.*, 88 F. Supp. 3d 326, 383 (D.N.J.), aff'd, 603 F. App'x 999 (Fed. Cir. 2015) (explaining that "[w]hether [the patentee's] employees believed that [the claimed invention would work] is not the proper inquiry")

## ii.    Unexpected Results

62.    To be considered as evidence of nonobviousness, "unexpected results must be established by factual evidence." *In re De Blauwe*, 736 F.2d 699, 705 (Fed.

Cir. 1984). "Mere argument or conclusory statements" by the patentee "do[] not suffice." *Id.*

63.    "To be particularly probative, evidence of unexpected results must establish that there is a difference between the results obtained and those of the closest prior art, and that the difference would not have been expected by one of ordinary skill at the time of the invention." *Bristol-Myers Squibb Co. v. Teva Pharm. USA, Inc.*, 752 F.3d 967, 977 (Fed. Cir. 2014) (citations omitted); *see also Koa Corp. v. Unilever U.S., Inc.*, 441 F.3d 963, 970 (Fed. Cir. 2006) ("[W]hen unexpected results are used as evidence of nonobviousness, the results must be shown to be unexpected compared with the closest prior art."); *accord In re Baxter Travenol Labs.*, 952 F.2d 388, 392 (Fed. Cir. 1991) (same).

64.    When a patentee attempts to rely on the unexpected benefits of a claimed invention, the patentee must "show that the claimed invention exhibits some superior property or advantage that a person of ordinary skill in the relevant art would have found surprising or unexpected." *In re Geisler*, 116 F.3d 1465, 1469 (Fed. Cir. 1997). "The outcome of optimizing a result-effective variable may still be patentable if the claimed ranges are 'critical' and 'produce a new and unexpected result which is different in kind and not merely in degree from the results of the prior art.'" *In re Applied Materials*, 692 F.3d at 1297 (citing *In re Aller*, 220 F.2d 454, 456 (C.C.P.A. 1955); *see also Wm. Wrigley Jr. Co. v. Cadbury Adams USA LLC*,

683 F.3d 1356, 13623 (Fed. Cir. 2012) (holding synergies created by combination of agents known to the prior art must be "beyond the degree that was already predictable based on the prior art.").

65.     For a patentee to rely on unexpected results as secondary evidence of nonobviousness, "the results must be shown to be unexpected compared with the closest prior art." *Abbott Labs. v. Andrx Pharms., Inc.*, 452 F.3d 1331, 1345 (Fed. Cir. 2006) (citing *In re Baxter Travenol Labs.*, 952 F.2d 388, 392 (Fed. Cir. 1991)); *see also In re Geisler*, 116 F.3d 1465, 1469 (Fed. Cir. 1997) (the patentee must "show that the claimed invention exhibits some superior property or advantage that a person of ordinary skill in the relevant art would have found surprising or unexpected").

66.     "Unexpected results that are probative of non-obviousness are those that are different in kind and not merely in degree from the results of the prior art." *Galderma*, 737 F.3d at 739 (citations omitted); *see also Pfizer*, 480 F.3d at 1371 ("The district court wrongly relied on the fact that the 'besylate salt works' because considerable evidence shows that amlodipine maleate also worked for its intended purpose and even did so in human clinical trials, even though somewhat inferior in ease of tableting and projected shelf-life."); *Iron Grip Barbell Co., Inc. v. USA Sports, Inc.*, 392 F.3d 1317, 1322-23 (Fed. Cir. 2004) ("[E]ven though [a] modification results in great improvement and utility over the prior art, it may still

not be patentable if the modification was within the capabilities of one skilled in the art, unless the claimed [invention] produce[s] a new and unexpected result which is different in kind and not merely in degree from the results of the prior art.") (quotation omitted); *Bristol-Myers Squibb*, 752 F.3d at 977 ("a 'mere difference in degree' is insufficient").

67.    Moreover, "in order to properly evaluate whether a superior property was unexpected, the court should . . . consider[] what properties were expected." *Pfizer*, 480 F.3d at 1371.  Only by comparison to what would have been expected can the patentee then show that its claimed invention has superior properties that were unexpected.  *Id.*

68.    A showing of unexpected results requires "factual evidence," not merely the unsupported assertions of counsel.  *In re Youngblood*, 215 F.3d 1342, at *7 (Fed. Cir. 1999) (deeming unsupported assertions "insufficient").  "Mere argument or conclusory statements" by the patentee are insufficient.  *In re De Blauwe*, 736 F.2d 699, 705 (Fed. Cir. 1984).  And any evidence that is in fact provided should be "weighed against contrary evidence indicating that the results were not unexpected or not a substantial improvement over the prior art."  *See Santarus Inc. v. Par Pharm., Inc.*, 720 F. Supp. 2d 427, 457 (D. Del. 2010) (*rev'd on other grounds*, 694 F.3d 1344 (Fed. Cir. 2012)).

69.    The relevant time period for the unexpected results inquiry is whether

28

the results would have been unexpected by one of ordinary skill in the art at the time of the patentee's application and based on knowledge available at that time.  *In re Geisler*, 116 F.3d 1465, 1470 (Fed. Cir. 1997) ("But the fact that one group of inventors 15 years earlier may have made an assumption that was contrary to . . . test results does not prove that [they] would be regarded as unexpected by one of ordinary skill in the art at the time.").

70.     Moreover, just as unexpected results may provide evidence of nonobviousness, "[e]xpected beneficial results" provide additional "evidence of obviousness."  *In re Gershon*, 372 F.2d 535, 537 (C.C.P.A. 1967).

71.     As with other secondary considerations, even where a claimed invention "exhibits unexpectedly superior results," "this secondary consideration does not overcome [a] strong showing of obviousness."  *Pfizer*, 480 F.3d at 1372. Where "the record establishes such a strong case of obviousness," any "alleged unexpectedly superior results are ultimately insufficient."  *Id.*   In particular, "evidence of superior [results] does nothing to undercut the showing that there was a reasonable expectation of success . . . even if the level of success may have turned out to be somewhat greater than would have been expected."  *Hoffmann-La Roche Inc. v. Apotex Inc.*, 748 F.3d 1326, 1334 (Fed. Cir. 2014).

### iii.        Failure of Others

72.     When asserted as a secondary consideration of nonobviousness, "[t]he

29

purpose of evidence of failure of others is to show 'indirectly the presence of a significant defect in the prior art, while serving as simulated laboratory test of the obviousness of the solution to a skilled artisan.'" *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, 676 F.3d 1063, 1082 (Fed. Cir. 2012) (quoting *Symbol Techs., Inc. v. Opticon, Inc.*, 935 F.2d 1569, 1578–79 (Fed. Cir. 1991)).  Failure of others is "inherently limited to events pre-dating issuance of the patent." *Eisai Co., Ltd. v. Teva Pharm. USA, Inc.*, 247 F.R.D. 440, 444 (D.N.J. 2007).

73.   "[A]n unsolved problem is not evidence of non-obviousness unless skilled workers in the art have tried and failed to solve the problem." *Ecolochem, Inc. v. S. Cal. Edison Co.*, 227 F.3d 1361, 1378 (Fed. Cir. 2000).

74.   Actual evidence of failure of others must be shown, as "the mere passage of time without the claimed invention is not evidence of nonobviousness." *Iron Grip Barbell Co. v. USA Sports, Inc.*, 392 F.3d 1317, 1325 (Fed. Cir. 2004).

75.   Additionally, failure of others requires that the prior attempts failed because they lacked the claimed features.  *See Ormco*, 463 F.3d at 1313 ("[T]he evidence does not suggest that these prior attempts failed because [they] lacked the claimed features.").

### iv.      Long-Felt but Unmet Need

76.   To show the existence of a long-felt but unmet need, the patent owner

must show recognition of a problem in the relevant field for a considerable time, that the claimed invention solved the problem, and that the solution was not dependent on unrelated advances in the field. *Perfect Web Techs., Inc. v. InfoUSA, Inc.*, 587 F.3d 1324, 1332 (Fed. Cir. 2009).

77.    When asserted as a secondary consideration of nonobviousness, analysis of a long-felt but unmet need begins at the time that an identified problem is articulated and ends at the time of filing of the claimed invention. *Tex. Instruments Inc. v. U.S. Int'l Trade Comm'n*, 988 F.2d 1165, 1178 (Fed. Cir. 1993) ("Long-felt need is analyzed as of the date of an articulated identified problem and evidence of efforts to solve that problem."); *Procter & Gamble Co. v. Teva Pharm. USA, Inc.*, 566 F.3d 989, 998 (Fed. Cir. 2009) ("[W]e look to the filing date of the challenged invention to assess the presence of a long-felt and unmet need.").  It is not enough for a patentee to identify drawbacks; the patentee must "show that these drawbacks constituted a long-felt unmet need alleviated by the patent." *Perfect Web*, 587 F.3d at 1332; *In re Gardner*, 449 F. App'x 914, 918 (Fed. Cir. 2011) ("[O]nce a long-felt need is established, evidence must show that the claimed invention satisfied that need." (citing *In re Cavanagh*, 436 F.2d 491, 496 (C.C.P.A. 1971))).  Bare assertions that a claimed invention made improvements without supporting data are not sufficient to show that the claimed invention met any long-felt need. *Perfect Web*, 587 F.3d at 1333.  Thus, an assertion of long-felt need must be rejected where the

31

patentee "provided no evidence to explain how long [any relevant] need was felt . . . when the problem first arose," or how the "need [was] alleviated by the patent." *Id.* at 1332.

78.     Even if there is evidence that the "claimed [invention] may have been beneficial," that evidence is not probative if "others had previously solved the long-felt need." *In re PepperBall Techs., Inc.*, 469 F. App'x 878, 882 (Fed. Cir. 2012); *see also Newell Cos. v. Kenney Mfg. Co.*, 864 F.2d 757, 768 (Fed. Cir. 1988) ("once another supplied the key element, there was no long-felt need").

79.     Furthermore, evidence of long-felt need may be discounted in certain where there is no actual and present need, but rather a need that has yet to be realized; where the long-felt need is part of a niche market; or where the differences between the prior art and the claimed invention are minimal. *Tokyo Keiso Co. v. SMC Corp.*, 307 F. App'x 446, 453 (Fed. Cir. 2009) (Evidence of "long-felt need" is not probative in "a niche market," where "it is not surprising that it took a few years for a company to expand on the prior art."); *Geo. M. Martin Co. v. Alliance Mach. Sys. Int'l LLC*, 618 F.3d 1294, 1304 (Fed. Cir. 2010) ("Where the differences between the prior art and the claimed invention are . . . minimal," "it cannot be said that any long-felt need was unsolved.").

### v.     Praise

80.     To support a finding of nonobviousness, "[i]ndustry praise must . . . be

linked to the patented invention." *Geo. M. Martin*, 618 F.3d at 1305; *see also Paulsen*, 30 F.3d at 1482 (evidence of praise, while impressive, was not relevant to the claims and was thus entitled to no weight); *Gardner*, 449 F. App'x at 918 (evidence of praise was "properly rejected" where patentee did not establish[] the requisite nexus"). A patentee must show that any industry praise is "attributable to . . . material difference[s] between [the prior art] and the patented invention." *Asyst*, 544 F.3d at 1316.

81.     "[S]elf-referential commendation fall[s] well short of demonstrating true industry praise." *Bayer*, 713 F.3d at 1377. "While praise in the industry for a patented invention, and specifically praise from a competitor tends to indicate that the invention was not obvious, self-serving statements from researchers about their own work do not have the same reliability." *Power–One v. Artesyn Techs., Inc.*, 599 F.3d 1343, 1352 (Fed.Cir.2010) (internal quotes omitted).

82.     Furthermore, industry praise of what was clearly rendered obvious by published references is not a persuasive secondary consideration." *Id.*

83.     A statement intended to generate interest in a product also is not evidence of industry praise. *Richardson-Vicks*, 122 F.3d at 1484 n.3 ("This advertisement, according to RVI, represents 'industry acclaim' of the patented invention that constituted 'strong objective evidence of nonobviousness.' We fail to appreciate the significance of this statement which is intended to generate interest in

33

the product, not prove its superiority.").

# EXHIBIT 6

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*,
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| **PTX-001** | Presentation entitled "SV2 Franchise at UCB" (dated Oct. 27, 2005) | UCB_BRIV_00206463 | UCB_BRIV_00206492 | H, W, R, F | |
| **PTX-002** | Lab Notebook No. 3 (dated June 16, 1995) | UCB_BRIV_00019143 | UCB_BRIV_00019269 | H, R, FL, IC, B | |
| **PTX-003** | UCB Laboratory Notebook (PAP-BLD-02) | UCB_BRIV_00016286 | UCB_BRIV_00016412 | H, R, FL, IC, B | |
| **PTX-004** | UCB Laboratory Notebook (BEN-EVR-31) | UCB_BRIV_00017302 | UCB_BRIV_00017428 | H, R, FL, IC, B | |
| **PTX-005** | Presentation entitled Modern Synthetic Technologies for Timely Delivery of PAMD1 and NCE-TNF Small Molecules (dated Nov. 2015) | UCB_BRIV_00298504 | UCB_BRIV_00298528 | H, R, W, F, B | |
| **PTX-006** | L. Archen et al., SYNTHESIS OF NEWER KEPPRA(TM) ANALOGS Promising anti-epileptic agents, UCB Pharma Sector | UCB_BRIV_00310811 | UCB_BRIV_00310823 | R, H, F | |
| **PTX-009** | Lab Notebook No. 32 (dated Sept. 23, 1998) | UCB_BRIV_00016413 | UCB_BRIV_00016539 | R, H, FL, IC, B | |
| **PTX-010** | Table 5 - In vitro and in vivo Pharmacological data for 4'-substituted-2-oxo-pyrrolidinyl derivatives | UCB_BRIV_00310665 | UCB_BRIV_00310666 | R, H, F, B | |
| **PTX-011** | Minutes of the 5th Project Group Meeting (held on Oct. 12, 1999) | UCB_BRIV_00019788 | UCB_BRIV_00019792 | R, H, U | |
| **PTX-012** | Research Project Executive Summary (Project Name: L059 analogs) (dated Nov. 23, 1999) | UCB_BRIV_00019778 | UCB_BRIV_00019778 | R, H, F, I | |
| **PTX-013** | Project Name: L059 Analogs; Appendix 1: Chemistry | UCB_BRIV_00308973 | UCB_BRIV_00308976 | R, H, F, I | |
| **PTX-014** | Internal Memo entitled "L059 analogs (Ucb 34713/714): Ucb 34714 selected as a new potential Drug Candidate for Epilepsy" | UCB_BRIV_00407108 | UCB_BRIV_00407109 | R, H, W, F | |
| **PTX-015** | Ucb 34713 or ucb 34714: The choice | UCB_BRIV_00407130 | UCB_BRIV_00407131 | R, H, F | |
| **PTX-016** | L059 Milestones (January 2001) | UCB_BRIV_00310891 | UCB_BRIV_00310898 | R, H, F | |
| **PTX-017** | Presentation entitled "Discovery of ucb 34714 : a New Pyrrolidone Derivative with Antiepileptic Properties" | UCB_BRIV_00346368 | UCB_BRIV_00346314 | R, H, W, F | |
| **PTX-018** | Request for Public Disclosure # 07.0012 | UCB_BRIV_00310455 | UCB_BRIV_00310663 | R, H, IC, F | |
| **PTX-019** | Comparative Testing | UCB_BRIV_00185043 | UCB_BRIV_00185047 | R, H, F | |
| **PTX-020** | Curriculum Vitae of Henrik Valdemar Klitgaard | UCB_BRIV_00227566 | UCB_BRIV_00227576 | A, R, H, F | |
| **PTX-021** | Brivaracetam (UCB34714) Discovery Story | UCB_BRIV_00262321 | UCB_BRIV_00262325 | A, R, H, F, P | |
| **PTX-022** | Henrik Klitgaard, et al., Evidence for a unique profile of levetiracetam in rodent models of seizures and epilepsy, European Journal of Pharmacology 3, 191-206 53 (1998) | UCB_BRIV_00250436 | UCB_BRIV_00250451 | A, R, H | |
| **PTX-023** | Presentation entitled "Seeking Solutions for Epilepsy" (dated Sept. 25, 2015) | UCB_BRIV_00258352 | UCB_BRIV_00258531 | R, H, F | |
| **PTX-024** | Presentation Entitled "Future Innovation in Anti-epileptic Drug Discovery" (dated Oct. 17, 2018) | UCB_BRIV_00207717 | UCB_BRIV_00207745 | R, H, F | |
| **PTX-025** | Presentation Entitled "UCB Contribution to Treatment of Epilepsy (dated Sept. 26, 2019) | UCB_BRIV_00211763 | UCB_BRIV_00211781 | R, H, F | |
| **PTX-026** | Patrick Kwan, et al., Early Identification of Refractory Epilepsy, The New England Journal of Medicine, Vol. 24, No. 5 (Feb. 3, 2000) | UCB_BRIV_00426966 | UCB_BRIV_00426971 | A, R, H, F | |
| **PTX-028** | Presentation Entitled "Levetiracetam to brivaracetam: a journey" | UCB_BRIV_00206114 | UCB_BRIV_00206140 | R, H, F | |
| **PTX-029** | Minutes of Advisory Board Meeting: Brivaracetam: Preclinical and Clinical Profile | UCB_BRIV_00230314 | UCB_BRIV_00230332 | R, H, F | |
| **PTX-030** | Email String from Klitgaard Henrik to Kenda Benoit re Brivaracetam Discovery Story (dated Apr. 23, 2017) | UCB_BRIV_00184115 | UCB_BRIV_00184116 | R, H | |
| **PTX-031** | Email String from Matagne Alain to Klitgaard Henrik re Platinum Award Nominations (dated Feb. 15, 2017) | UCB_BRIV_00225552 | UCB_BRIV_00225552 | R, H | |
| **PTX-032** | Alain Matagne and Benoit Kenda - Platinum Spot Award Proposal | UCB_BRIV_00225553 | UCB_BRIV_00225554 | A, R, H, F | |
| **PTX-033** | Minutes of the 4th Project Group Meeting (dated Feb. 26, 1999) | UCB_BRIV_00421007 | UCB_BRIV_00421027 | R, H, F, D | |
| **PTX-034** | Minutes from the B011 - Epilepsy Meeting held on Tuesday 3 Feb. 1998 | UCB_BRIV_00421317 | UCB_BRIV_00421349 | R, H, F, D | |
| **PTX-035** | Email from Pasau Patrick to Benedicte Lallemand enclosing Presentation Entitled "Building Our Vision Combichem" (dated Jan. 14, 2008) | UCB_BRIV_00298495 | UCB_BRIV_00298502 | R, H, FL, IC, F | |
| **PTX-036** | Email from Audouin Corinne to Pasau Patrick enclosing Request For Public Disclosure # 09.0018 (dated Apr. 30, 2009) | UCB_BRIV_00299012 | UCB_BRIV_00299405 | R, H, IC, FL, F | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.,*
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| **PTX-037** | Email from Kenda Benoit Klitgaard Henrik enclosing Brivaracetam. Discovery Story (dated Apr. 6, 2017) | UCB_BRIV_00225698 | UCB_BRIV_00225703 | R, H, F, IC | |
| **PTX-038** | Biannual Report 01 (Sept. 2004 - Mar. 2005) | UCB_BRIV_00309987 | UCB_BRIV_00310057 | R, H, F | |
| **PTX-039** | Email from Ates Ali to Quesnel Yannick, et al., enclosing Presentation Titled "Chemical Strategy" (dated June 15, 2006) | UCB_BRIV_00298635 | UCB_BRIV_00298671 | R, H, FL, F, IC | |
| **PTX-040** | Laboratory Notebook (MIC/AFY/04) (1995) | UCB_BRIV_00018286 | UCB_BRIV_00018412 | R, H, FL, IC, P, B | |
| **PTX-041** | Minutes of the 1st Project Group Meeting, April 24, 1998 | UCB_BRIV_00407548 | UCB_BRIV_00407554 | R, H, F, P | |
| **PTX-042** | Minutes of the 5th Project Group Meeting, May 5, 1999 | UCB_BRIV_00407580 | UCB_BRIV_00407606 | R, H, F, P | |
| **PTX-044** | XADAGO™ (safinamide) Product Insert, revised 8/2021 | UCB_BRIV_00427086 | UCB_BRIV_00427104 | A, R, H, F, P | |
| **PTX-045** | Gus Baker et al., Quality of Life of People with Epilepsy: A European Study, 38:3 Epilepsia 353 (1997) | UCB_BRIV_00427692 | UCB_BRIV_00427702 | A, R, H, F, P | |
| **PTX-046** | Barbara Bennett et al., Seletracetam (UCB 44212), 4 Neurotherapeutics 117 (2007) | UCB_BRIV_00427284 | UCB_BRIV_00427289 | A, R, H, F, P | |
| **PTX-047** | Meir Bialer et al., Progress report on new antiepileptic drugs: a summary of the Fifth Eilat Conference (EILAT V), 43 Epilepsy Research 11 (2001) | UCB_BRIV_00427038 | UCB_BRIV_00427085 | A, R, H, F, P | |
| **PTX-048** | Meir Bialer et al., Progress report on new antiepileptic drugs: a summary of the Sixth Eilat Conference (EILAT VI), 51 Epilepsy Research 31 (2002) | UCB_BRIV_00427904 | UCB_BRIV_00427944 | W, A, R, H, F, P | |
| **PTX-049** | Meir Bialer et al., Valproic Acid: Second Generation, 4 Neurotherapeutics 130 (2007) | UCB_BRIV_00427276 | UCB_BRIV_00427283 | A, R, H, F, P | |
| **PTX-050** | M.M. Castel-Branco et al., The Maximal Electroshock Seizure (MES) Model in the Preclinical Assessment of Potential New Antiepileptic Drugs, 31:2 Methods & Findings in Experimental & Clinical Pharmacology 101 (2009) | UCB_BRIV_00427686 | UCB_BRIV_00427691 | A, R, H, F, P | |
| **PTX-051** | Giovambattista De Sarro et al., AMPA Receptor Antagonists as Potential Anticonvulsant Drugs, 5 Current Topics in Medicinal Chemistry 31 (2005) | UCB_BRIV_00427630 | UCB_BRIV_00427642 | A, R, H, F, P | |
| **PTX-052** | John S. Duncan, The promise of new antiepileptic drugs, 53 British J. of Clinical Pharmacology 123 (2002) | UCB_BRIV_00427604 | UCB_BRIV_00427612 | A, W, R, H, F, P | |
| **PTX-053** | Mervyn J. Eadie, Could Valerian Have Been the First Anticonvulsant?, 45:11 Epilepsia 1338 (2004) | UCB_BRIV_00427014 | UCB_BRIV_00427019 | A, R, H, F, P | |
| **PTX-054** | Ruggero G. Fariello, Safinamide, 4 Neurotherapeutics 110 (2007) | UCB_BRIV_00428060 | UCB_BRIV_00428066 | A, R, H, F, P | |
| **PTX-055** | Jacqueline A. French et al., New generation antiepileptic drugs: what do they offer in terms of improved tolerability and safety?, 2:4 Therapeutic Advances in Drug Safety 141 (2011) | UCB_BRIV_00428042 | UCB_BRIV_00428059 | A, R, H, F, P | |
| **PTX-056** | Aaron C. Gerlach et al., Antiepileptic Drug Discovery and Development: What Have We Learned and Where Are We Going?, 3 Pharmaceuticals 2884 (2010) | UCB_BRIV_00427770 | UCB_BRIV_00427785 | A, R, H, F, P | |
| **PTX-057** | J.E. Hirsch, An index to quantify an individual's scientific research output, 102:46 PNAS 16569 (2005) | UCB_BRIV_00428170 | UCB_BRIV_00428173 | A, R, H, F, P | |
| **PTX-058** | John F. Howes et al., Talampanel, 4:1 Neurotherapeutics 126, 126 (2007) | UCB_BRIV_00427814 | UCB_BRIV_00427817 | A, R, H, F, P | |
| **PTX-059** | Pavel Klein et al., A review of the pharmacology and clinical efficacy of brivaracetam, 10 Clinical Pharmacology: Advances and Applications 1 (2018) | UCB_BRIV_00427748 | UCB_BRIV_00427769 | A, R, H, F, P | |
| **PTX-060** | Henrik Klitgaard, Levetiracetam: The Preclinical Profile of a New Class of Antiepileptic Drugs?, 42:4 Epilepsia 13 (2001) | UCB_BRIV_00427878 | UCB_BRIV_00427883 | A, R, H, F, P | |
| **PTX-061** | Henrik Klitgaard et al., Brivaracetam: Rationale for discovery and preclinical profile of a selective SV2A ligand for epilepsy treatment, 57:4 Epilepsia 538 (2016) | UCB_BRIV_00427115 | UCB_BRIV_00427125 | A, R, H, F, P | |
| **PTX-062** | J.P. Leach et al., Remacemide for drug-resistant localization related epilepsy, 4 Cochrane Database of Systematic Reviews 1, (2002) | UCB_BRIV_00427492 | UCB_BRIV_00427511 | A, R, H, F, P | |
| **PTX-067** | Wolfgang Löscher et al., New avenues for anti-epileptic drug discovery and development, 12 Nature Reviews Drug Discovery 757 (2013) | UCB_BRIV_00427989 | UCB_BRIV_00428008 | A, R, H, F, P | |
| **PTX-069** | Wolfgang Löscher, Animal Models of Seizures and Epilepsy: Past, Present, and Future Role for the Discovery of Antiseizure Drugs, 42 Neurochemistry Research 1873 (2017) | UCB_BRIV_00427838 | UCB_BRIV_00427853 | A, R, H, F, P | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*,
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| **PTX-071** | Wolfgang Löscher et al., The ups and downs of alkyl-carbamates in epilepsy therapy: How does cenobamate differ?, 62 Epilepsia 596 (2021) | UCB_BRIV_00427885 | UCB_BRIV_00427903 | A, R, H, F, P | |
| **PTX-073** | Berkley A. Lynch et al., The synaptic vesicle protein SV2A is the binding site for the antiepileptic drug levetiracetam, 101:26 PNAS 9861 (2004) | UCB_BRIV_00427409 | UCB_BRIV_00427414 | A, R, H, F, P | |
| **PTX-075** | Gerald P. Novak et al., Carisbamate (RWJ-333369), 4 Neurotherapuetics 106 (2007) | UCB_BRIV_00427290 | UCB_BRIV_00427293 | A, R, H, F, P | |
| **PTX-077** | Press Release, UCB S.A., UCB provides an update on Phase 2b padsevonil safety and efficacy study in epilepsy (ARISE) (Mar. 13, 2020) | UCB_BRIV_00427626 | UCB_BRIV_00427629 | A, R, H, F, P | |
| **PTX-079** | Chris Rundfeldt and Wolfgang Löscher, The Pharmacology of Imepitoin: the First Partial Benzodiazepine Receptor Agonist Developed for the Treatment of Epilepsy, 28 CNS Drugs 29 (2013) | UCB_BRIV_00427144 | UCB_BRIV_00427158 | A, R, H, F, P | |
| **PTX-080** | Steven C. Schachter et al., Remacemide: current status and clinical applications, 9:4 Expert Opinion on Investigational Drugs 871 (2000) | UCB_BRIV_00428156 | UCB_BRIV_00428169 | A, R, H, F, P | |
| **PTX-081** | Erwin Sigel et al., The antiepileptic drug AWD 131-138 stimulates different recombinant isoforms of the rat GABAA receptor through the benzodiazepine binding site, 245 Neuroscience Letters 85 (1998) | UCB_BRIV_00427830 | UCB_BRIV_00427833 | A, R, H, F, P | |
| **PTX-084** | Rainer Surges et al., Is levetiracetam different from other antiepileptic drugs? Levetiracetam and its cellular mechanism of action in epilepsy revisited, 1:1 Therapeutic Advances in Neurological Disorders 13 (2008) | UCB_BRIV_00427818 | UCB_BRIV_00427829 | A, R, H, F, P | |
| **PTX-086** | Michal K. Trojnar et al., New Generation of Valproic Acid, 56 Polish J. of Pharmacology 283 (2004) | UCB_BRIV_00427374 | UCB_BRIV_00427379 | A, R, H, F, P | |
| **PTX-087** | Simon D. Shorvon, Drug treatment of epilepsy in the century of the ILAE: The second 50 years, 1959-2009, 50:3 Epilepsia 93 (2009) | UCB_BRIV_00427321 | UCB_BRIV_00427358 | A, R, H, F, P | |
| **PTX-088** | Neil Upton et al., Profile of SB-204269, a mechanistically novel anticonvulsant drug, in rat models of focal and generalized epileptic seizures, 121 British J. of Pharmacology 1679 (1997) | UCB_BRIV_00427136 | UCB_BRIV_00427143 | A, R, H, F, P | |
| **PTX-089** | Martyn D. Wood et al., Evidence for a differential interaction of brivaracetam and levetiracetam with the synaptic vesicle 2A protein, 58:2 Epilepsia 255 (2017) | UCB_BRIV_00427235 | UCB_BRIV_00427242 | A, R, H, F, P | |
| **PTX-090** | Gaetano Zaccara et al., AMPA receptor inhibitors for the treatment of epilepsy: the role of perampanel, 13:6 Expert Review of Neurotherapeutics 647, 647 (2013) | UCB_BRIV_00427247 | UCB_BRIV_00427256 | A, R, H, F, P | |
| **PTX-091** | ANTICONVULSANT SCREENING PROGRAM REPORT -MAY 29, 2015, https://www.ninds.nih.gov/About-NINDS/Strategic-Plans-Evaluations/Program-Evaluations/Anticonvulsant-Screening-Program-0 (last visited Feb. 13, 2022) | UCB_BRIV_00428190 | UCB_BRIV_00428197 | A, R, H, F, B, P | |
| **PTX-092** | DISEASES &CONDITIONS:WHAT YOU NEED TO KNOW, https://www.pfizer.com/science/disease-and-conditions-index (last visited Feb. 13, 2022) | UCB_BRIV_00427270 | UCB_BRIV_00427275 | A, R, H, F, B, I, P | |
| **PTX-093** | OPEN LABEL STUDY TO STUDY THE LONG-TERM SAFETY AND EFFICACY OF SELETRACETAM FOR THE TREATMENT OF EPILEPSY, https://clinicaltrials.gov/ct2/show/NCT00175851?term=seletracetam&draw=2&rank=1 (last visited Feb. 13, 2022) | UCB_BRIV_00427159 | UCB_BRIV_00427161 | A, R, H, F, B, P | |
| **PTX-094** | OUR PIPELINE, https://www.gsk.com/en-gb/research-anddevelopment/our-pipeline/ (last visited Feb. 13, 2022) | UCB_BRIV_00427982 | UCB_BRIV_00427988 | A, R, H, F, B, P | |
| **PTX-095** | TYPES OF SEIZURES, https://www.cdc.gov/epilepsy/about/typesof-seizures.htm (last visited Feb. 13, 2022) | UCB_BRIV_00427834 | UCB_BRIV_00427837 | A, R, H, F, B, P | |
| **PTX-096** | SINGLE DOSE FOLLOWED BY MAINTENANCE DOSE TOLERANCE STUDY OF BIIR 561 CL IN HEALTHY ELDERLY MALE AND FEMALE VOLUNTEERS, https://clinicaltrials.gov/ct2/show/NCT02223507?term=irampanel&draw=2&rank=2 (last visited Feb. 13, 2022) | UCB_BRIV_00428096 | UCB_BRIV_00428099 | A, R, H, F, B, P | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.,*
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| PTX-097 | SINGLE INCREASING DOSE TOLERANCE STUDY IN HEALTHY MALE VOLUNTEERS OF BIIR 561 CL, https://clinicaltrials.gov/ct2/show/NCT02222974?term=irampanel&draw=2&rank=1 (last visited Feb. 13, 2022) | UCB_BRIV_00427682 | UCB_BRIV_00427685 | A, R, H, F, B, P | |
| PTX-098 | A STUDY TO EVALUATE THE EFFICACY AND SAFETY OF SELETRACETAM IN ADULT PATIENTS WITH REFRACTORY PARTIAL ONSET SEIZURES, https://clinicaltrials.gov/ct2/show/NCT00422110?term=seletracetam&draw=2&rank=3 (last visited Feb. 13, 2022) | UCB_BRIV_00427622 | UCB_BRIV_00427625 | A, R, H, F, B, P | |
| PTX-099 | STUDY WITH SELETRACETAM (UCB 44212) IN ADULT SUBJECTS (18 TO 65 YEARS) WITH PARTIAL ONSET SEIZURES, https://clinicaltrials.gov/ct2/show/NCT00152451?term=seletracetam&draw=2&rank=4 (last visited Feb. 13, 2022) | UCB_BRIV_00427488 | UCB_BRIV_00427491 | A, R, H, F, B, P | |
| PTX-100 | STUDY WITH SUBJECTS 18-65 YEARS OLD WITH PARTIAL ONSET SEIZURES WHO ARE CURRENTLY TAKING LEVETIRACETAM, https://clinicaltrials.gov/ct2/show/NCT00152503?term=seletracetam&draw=2&rank=5 (last visited Feb. 13, 2022) | UCB_BRIV_00427703 | UCB_BRIV_00427706 | A, R, H, F, B, P | |
| PTX-101 | U.S. Patent No. 4,696,943 | UCB_BRIV_00429176 | UCB_BRIV_00429181 | A, R, H, F, P | |
| PTX-102 | Carlota O. Andrews et al., Gabapentin: A New Agent for the Management of Epilepsy, 28 The Annals of Pharmacotherapy 1188 (1994) | UCB_BRIV_00428246 | UCB_BRIV_00428254 | A, R, H, F, P | |
| PTX-103 | Meir Bialer et al., Can we develop improved derivatives of valproic acid?, 16:1 Pharmacy World & Science 2 (1994) | UCB_BRIV_00428323 | UCB_BRIV_00428327 | A, R, H, F, P | |
| PTX-104 | Meir Bialer et al., Progress report on new antiepileptic drugs: a summary of the fourth Eilat conference (EILAT IV), 34 Epilepsy Research 1 (1999) | UCB_BRIV_00428282 | UCB_BRIV_00428322 | A, R, H, F, P | |
| PTX-105 | T. Betts et al., A multicentre, double-blind, randomized, parallel group study to evaluate the tolerability and efficacy of two oral doses of levetiracetam, 2000 mg daily and 4000 mg daily, without titration in patients with refractory epilepsy, 9 Seizure 80 (2000) | UCB_BRIV_00428274 | UCB_BRIV_00428281 | A, R, H, F, P | |
| PTX-106 | Francesca Boschi et al., A synthesis of levetiracetam based on (S)-N-phenylpantolactam as a chiral auxiliary, 16 Tetrahedron: Asymmetry 3739 (2005) | UCB_BRIV_00428328 | UCB_BRIV_00428335 | A, R, H, F, P | |
| PTX-107 | William A. Catterall, Structure and Function of Voltage-Gated Ion Channels, 64 Annual Review of Biochemistry 493 (1995) | UCB_BRIV_00428356 | UCB_BRIV_00428396 | A, R, H, F, P | |
| PTX-108 | William J. Curry et al., Newer Antiepileptic Drugs: Gabapentin, Lamotrigine, Felbamate, Topiramate and Fosphenytoin, 57:3 American Family Physician 513 (1998) | UCB_BRIV_00428398 | UCB_BRIV_00428405 | A, R, H, F, P | |
| PTX-109 | J.A. Davies, Ramacemide Hydrochloride: A Novel Antiepileptic Agent, 28:4 General Pharmacology 499 (1997) | UCB_BRIV_00428406 | UCB_BRIV_00428409 | A, R, H, F, P | |
| PTX-110 | Mukta Dooley et al., Levetiracetam: A Review of its Adjunctive Use in the Management of Partial Onset Seizures, 60:4 Drugs 871 (2000) | UCB_BRIV_00428416 | UCB_BRIV_00428438 | A, R, H, F, P | |
| PTX-111 | Tracy A. Glauser, Topiramate, 40 Epilepsia S71 (supp.) (1999) | UCB_BRIV_00428510 | UCB_BRIV_00428519 | A, R, H, F, P | |
| PTX-112 | Royston Gray et al., The proposed mechanisms of action of CBD in epilepsy, 22:1 Epileptic Disorders S10 (supp.) (2020) | UCB_BRIV_00428520 | UCB_BRIV_00428525 | A, R, H, F, P | |
| PTX-113 | Robert S. Greenwood, Adverse Effects of Antiepileptic Drugs, 41 Epilepsia S42 (supp.) (2000) | UCB_BRIV_00428526 | UCB_BRIV_00428536 | A, R, H, F, P | |
| PTX-114 | Peter J. Houghton, Everolimus, 16:5 Clinical Cancer Research 1368 (2010) | UCB_BRIV_00428549 | UCB_BRIV_00428555 | A, R, H, F, P | |
| PTX-115 | Svein I. Johannessen, Therapeutic drug monitoring of antiepileptic drugs, in DRUG MONITORING AND CLINICAL CHEMISTRY (G. Hempel, ed., 2004) | UCB_BRIV_00428564 | UCB_BRIV_00428596 | A, R, H, F, P | |
| PTX-116 | John Paul Leach, Antiepileptic drugs: safety in numbers?, 9 Seizure 170 (2000) | UCB_BRIV_00428604 | UCB_BRIV_00428612 | A, R, H, F, P | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.,*
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| PTX-117 | Wolfgang Löscher et al., Pharmacological Evaluation of Various Metabolites and Analogues of Valproic Acid, 24:5 Neuropharmacology 427 (1985) | UCB_BRIV_00428628 | UCB_BRIV_00428636 | A, R, H, F, P | |
| PTX-118 | Wolfgang Löscher, Current status and future directions in the pharmacotherapy of epilepsy, 23:3 Trends in Pharmacological Sciences 113 (2002) | UCB_BRIV_00428622 | UCB_BRIV_00428627 | A, R, H, F, P | |
| PTX-119 | Wolfgang Löscher et al., Experimental and Clinical Evidence for Loss of Effect (Tolerance) during Prolonged Treatment with Antiepileptic Drugs, 47:8 Epilepsia 1253 (2006) | UCB_BRIV_00428651 | UCB_BRIV_00428682 | A, R, H, F, P | |
| PTX-120 | Wolfgang Löscher et al., Perampanel—new promise for refractory epilepsy?, 8 Nature Reviews 661 (2012) | UCB_BRIV_00428683 | UCB_BRIV_00428684 | A, R, H, F, P | |
| PTX-121 | Marianna Madeo et al., The Human Synaptic Vesicle Protein, SV2A, Functions as a Galactose Transporter in Saccharomyces cerevisiae, 289:48 The Journal of Biological Chemistry 33066 (2014) | UCB_BRIV_00428690 | UCB_BRIV_00428695 | A, R, H, F, P | |
| PTX-122 | Fumisuke Matsuo, Lamotrigine, 40 Epilepsia S30, S30 (supp.) (1999) | UCB_BRIV_00428696 | UCB_BRIV_00428702 | A, R, H, F, P | |
| PTX-123 | Brian S. Meldrum, Identification and Preclinical Testing of Novel Antiepileptic Compounds, 38 Epilepsia S7 (supp.) (1997) | UCB_BRIV_00428703 | UCB_BRIV_00428711 | A, R, H, F, P | |
| PTX-124 | Philip N. Patsalos, New antiepileptic drugs, 36 Annual Clinical Biochemistry 10 (1999) | UCB_BRIV_00429151 | UCB_BRIV_00429160 | A, R, H, F, P | |
| PTX-125 | John M. Pellock, Felbamate, 40 Epilepsia S57 (1999) | UCB_BRIV_00429161 | UCB_BRIV_00429166 | A, R, H, F, P | |
| PTX-126 | J. Perez et al., Stiripentol: Efficacy and Tolerability in Children with Epilepsy, 40:11 Epilepsia 1618 (1999) | UCB_BRIV_00429167 | UCB_BRIV_00429175 | A, R, H, F, P | |
| PTX-127 | Emilio Perucca et al., The Clinical Pharmacokinetics of the Newer Antiepileptic Drugs, 31:1 Clinical Pharmacokinetics 29 (1996) | UCB_BRIV_00428768 | UCB_BRIV_00428785 | A, R, H, F, P | |
| PTX-128 | Tilman Polster, Individualized treatment approaches: Fenfluramine, a novel antiepileptic medication for the treatment of seizures in Dravet syndrome, 91 Epilepsy & Behavior 99 (2019) | UCB_BRIV_00428786 | UCB_BRIV_00428789 | A, R, H, F, P | |
| PTX-129 | Roberta Roberti et al., Pharmacology of Cenobamate: Mechanism of Action, Pharmacokinetics, Drug-Drug Interactions and Tolerability, 35 CNS Drugs 609 (2021) | UCB_BRIV_00428797 | UCB_BRIV_00428806 | A, R, H, F, P | |
| PTX-130 | Sarah J. Roberts et al., Prescribing of anti-epileptic drugs in the northern and Yorkshire region: 1992–1995, 7 Seizure 127 (1998) | UCB_BRIV_00428807 | UCB_BRIV_00428812 | A, R, H, F, P | |
| PTX-131 | Michael A. Rogawski, Molecular Targets Versus Models for New Antiepileptic Drug Discovery, 68:1 Epilepsy Research 233 (2006) | UCB_BRIV_00428813 | UCB_BRIV_00428819 | A, R, H, F, P | |
| PTX-133 | Charles P. Taylor et al., A summary of mechanistic hypotheses of gabapentin pharmacology, 29 Epilepsy Research 233 (1998) | UCB_BRIV_00428902 | UCB_BRIV_00428918 | A, R, H, F, P | |
| PTX-134 | Evelyn S. Tecoma, Oxcarbazepine, 40 Epilepsia S37 (supp.) (1999) | UCB_BRIV_00428919 | UCB_BRIV_00428928 | A, R, H, F, P | |
| PTX-136 | FDA APPROVES FIRST DRUG COMPRISED OF AN ACTIVE INGREDIENT DERIVED FROM MARIJUANA TO TREAT RARE, SEVERE FORMS OF EPILEPSY, https://www.fda.gov/news-events/pressannouncements/fda-approves-first-drug-comprised-activeingredient-derived-marijuana-treat-rare-severe-forms (last visited March 30, 2022) | UCB_BRIV_00428469 | UCB_BRIV_00428471 | A, R, H | |
| PTX-137 | FDA APPROVES EVEROLIMUS FOR TUBEROUS SCLEROSIS COMPLEXASSOCIATED PARTIAL-ONSET SEIZURES, https://www.fda.gov/drugs/resources-information-approveddrugs/fda-approves-everolimus-tuberous-sclerosis-complexassociated-partial-onset-seizures (last visited March 30, 2022) | UCB_BRIV_00428468 | UCB_BRIV_00428468 | A, R, H, P | |
| PTX-138 | FDA APPROVES NEW TREATMENT FOR ADULTS WITH PARTIALONSET SEIZURES, https://www.fda.gov/news-events/pressannouncements/fda-approves-new-treatment-adults-partial-onsetseizures (last visited March 30, 2022) | UCB_BRIV_00428472 | UCB_BRIV_00428473 | A, R, H, P | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.,*
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| PTX-139 | FDA NEWS: NAYZILAM (MIDAZOLAM) NASAL SPRAY APPROVED FOR SEIZURE CLUSTERS, https://www.epilepsy.com/article/2019/5/fda-news-nayzilammidazolam-nasal-spray-approved-seizure-clusters (last visited March 30, 2022) | UCB_BRIV_00428474 | UCB_BRIV_00428476 | A, R, H, B, P | |
| PTX-140 | NEW DRUG: VALTOCO (DIAZEPAM NASAL SPRAY) APPROVED AS RESCUE THERAPY FOR SEIZURES, https://www.epilepsy.com/article/2020/1/new-drug-valtocodiazepam-nasal-spray-approved-rescue-therapy-seizures (last visited March 30, 2022) | UCB_BRIV_00428725 | UCB_BRIV_00428727 | A, R, H, B, P | |
| PTX-141 | TOLERANCE AND THE HONEYMOON EFFECT, https://www.epilepsy.com/article/2014/3/tolerance-andhoneymoon-effect (last visited March 30, 2022) | UCB_BRIV_00428929 | UCB_BRIV_00428931 | A, R, H, P | |
| PTX-142 | SABRIL (VIGABATRIN), https://www.fda.gov/drugs/postmarketdrug-safety-information-patients-and-providers/sabril-vigabatrin (last visited April 1, 2022) | UCB_BRIV_00428820 | UCB_BRIV_00428821 | A, R, H, P | |
| PTX-143 | Elinor Ben-Menachem et al., Efficacy and safety of brivaracetam for partial-onset seizures in 3 pooled clinical studies, 87:3 Neurology 314 (2016) | UCB_BRIV_00429247 | UCB_BRIV_00429257 | A, R, H, F, P | |
| PTX-144 | E. Detrait, et al., Protective Activity of Brivaracetam in the 6 Hz Model of Partial Epilepsy: Comparison with Levetiracetam and Older Antiepileptic Drugs, Epilepsia, 49(supp. 7) 1–498, 111 (2008) | UCB_BRIV_00429262 | UCB_BRIV_00429262 | A, R, H, F, P | |
| PTX-145 | Manoj Gayke et al., Synthetic Approaches toward the Synthesis of Brivaracetam: An Antiepileptic Drug, 7 ACS Omega 2486 (2022) | UCB_BRIV_00429273 | UCB_BRIV_00429290 | A, R, H, F, P | |
| PTX-146 | Atsuyuki Kakee et al., Brain Efflux Index as a Novel Method of Analyzing Efflux Transport at the Blood-Brain Barrier, 277:3 The Journal of Pharmacology and Experimental Therapeutics 1550 (1996) | UCB_BRIV_00429306 | UCB_BRIV_00429315 | A, R, H, P | |
| PTX-147 | Karine Leclercq et al., Pharmacological Profile of the Novel Antiepileptic Drug Candidate Padsevonil: Characterization in Rodent Seizure and Epilepsy Models, 372 Journal of Pharmacology and Experimental Therapeutics 11, 14 (2019) | UCB_BRIV_00429349 | UCB_BRIV_00429358 | A, R, H, F, P | |
| PTX-148 | Wolfgang Löscher, How to Explain Multidrug Resistance in Epilepsy?, 5:3 Epilepsy Currents 107 (2005) | UCB_BRIV_00429359 | UCB_BRIV_00429364 | A, R, H, F, P | |
| PTX-149 | Reem Odi et al., A perspective on the physciochemical and biopharmaceutic properties of marketed antiseizure drugs—From phenobarbital to cenobamate and beyond, 61:8 Epilepsia 1543 (2020) | UCB_BRIV_00429263 | UCB_BRIV_00429272 | A, R, H, F, P | |
| PTX-152 | Cristina Zona et al., Brivaracetam (ucb 34714) inhibits Na+ current in rat cortical neurons in culture, 88 Epilepsy Research 46, 52–53 (2010) | UCB_BRIV_00429388 | UCB_BRIV_00429396 | A, R, H, F, P | |
| PTX-153 | BRIVIACT Prescribing Information (Rev. 2/2016) | UCB_BRIV_00419198 | UCB_BRIV_00419224 | A, R, H, F, P | |
| PTX-158 | Giovambattista De Sarro et al., Effects of adenosine receptor agonists and antagonists on audiogenic seizure-sensible DBA/2 mice, 371 European J. of Pharmacology 137 (1999) | UCB_BRIV_00429475 | UCB_BRIV_00429482 | A, R, H, F, P | |
| PTX-161 | Orrin Devinsky, Patients with Refractory Seizures, New England J. Med. 340(2):1565 (1999) | UCB_BRIV_00427126 | UCB_BRIV_00427131 | A, R, H, F, P | |
| PTX-162 | Marc A. Dichter et al., New Antiepileptic Drugs, New England J. Med., 334(24):1583 (1996) | UCB_BRIV_00427574 | UCB_BRIV_00427581 | A, R, H, F, P | |
| PTX-163 | Lisa Ford et al., Comprehensive review of visual defects reported with topiramate, Clinical Ophthalmology 11:983 (2017) | UCB_BRIV_00427804 | UCB_BRIV_00427813 | A, R, H, F, P | |
| PTX-166 | Dale C. Hesdorffer, Comorbidity between neurological illness and psychiatric disorders, CNS Spectrums 21(3):230 (2016) | UCB_BRIV_00427105 | UCB_BRIV_00427113 | A, R, H, F, P | |
| PTX-168 | Gregory L. Holmes, Critical Issues in the Treatment of Epilepsy, 50 Am. J. Hosp. Pharm. S8 (1993) | UCB_BRIV_00427396 | UCB_BRIV_00427408 | A, R, H, F, P | |
| PTX-169 | Kewal K. Jain, An assessment of rufinamide as an anti-epileptic in comparison with other drugs in clinical development, Expert Opinion on Investigational Drugs 9(4):829 (2000) | UCB_BRIV_00427424 | UCB_BRIV_00427436 | A, R, H, F, P | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.,*
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| PTX-174 | Richard H. Mattson, Efficacy and Adverse Effects of Established and New Antiepileptic Drugs, 36 Epilepsia S19 (1995) | UCB_BRIV_00427294 | UCB_BRIV_00427309 | A, R, H, F, P | |
| PTX-175 | Richard H. Mattson, Current Challenges in the Treatment of Epilepsy, 44 Neurology S6 (1994) | UCB_BRIV_00427643 | UCB_BRIV_00427651 | A, R, IC, H, F, P | |
| PTX-178 | J. Pelekanoes et al., Allergic Rash Due to Antiepileptic Drugs: Clinical Features and Management, 32 Epilepsia 554 (1991) | UCB_BRIV_00427790 | UCB_BRIV_00427796 | A, R, H, F, P | |
| PTX-179 | A. Sabers et al., Cognitive function and anticonvulsant therapy: effect of monotherapy in epilepsy, 92 Acta Neurol. Scand. 19 (1995) | UCB_BRIV_00427512 | UCB_BRIV_00427520 | A, R, H, F, P | |
| PTX-180 | J.W.A.S. Sander, Some Aspects of Prognosis in the Epilepsies: A Review, Epilepsia 34(6):1007 (1993) | UCB_BRIV_00427668 | UCB_BRIV_00427677 | A, R, H, F, P | |
| PTX-181 | Dieter Schmidt et al., Monotherapy versus Polytherapy in Epilepsy: A Reappraisal, CNS Drugs 3(3): 194 (1995) | UCB_BRIV_00428174 | UCB_BRIV_00428189 | A, R, H, F, P | |
| PTX-183 | James P. Stables et al., Models for Epilepsy and Epileptogenesis: Report from the NIH Workshop, Bethesda, Maryland, Epilepsia 43(11):1410 (2002) | UCB_BRIV_00427534 | UCB_BRIV_00427544 | A, R, H, F, P | |
| PTX-193 | MANAGING EPILEPSY & SEIZURES INFOGRAPHIC, https://www.epilepsy.com/livingepilepsy/seizure-first-aid-and-safety/stayingsafe/managing-epilepsy-seizures-infographic (last visited Feb. 11, 2022) | UCB_BRIV_00427132 | UCB_BRIV_00427135 | A, R, H, F, B, P | |
| PTX-194 | HOW SERIOUS ARE SEIZURES?, https://www.epilepsy.com/learn/about-epilepsy-basics/how-serious-are-seizures (last visited Feb. 11, 2022) | UCB_BRIV_00427662 | UCB_BRIV_00427666 | A, R, H, F, P | |
| PTX-195 | ABOUT EPILEPSY: THE BASICS, https://www.epilepsy.com/learn/aboutepilepsy-basics (last visited Feb. 11, 2022) | UCB_BRIV_00427243 | UCB_BRIV_00427246 | A, R, H, F, P | |
| PTX-197 | Intentionally Left Blank | | | | |
| PTX-198 | Chloe Jones et al., Experiences and needs of parents of young children with active epilepsy: A population-based study, 90 Epilepsy & Behavior 37, 37 (2019) | UCB_BRIV_00429298 | UCB_BRIV_00429305 | A, R, H, F, P | |
| PTX-199 | Elisabeth Halma et al., Behavioral side-effects of levetiracetam in children with epilepsy: A systematic review, 23 Seizure 685, 686 (2014) | UCB_BRIV_00429291 | UCB_BRIV_00429297 | A, R, H, F, P | |
| PTX-200 | Terence J. O'Brien et al., Long-term safety, efficacy, and quality of life outcomes with adjunctive brivaracetam treatment at individualized doses in patients with epilepsy: An up to 11- year, open--label, follow-up trial, Epilepsia 61:636 (2020) | UCB_BRIV_00429365 | UCB_BRIV_00429375 | A, R, H, F, P | |
| PTX-201 | Manuel Toledo et al., Long-term safety, efficacy, and quality of life during adjunctive brivaracetam treatment in patients with uncontrolled epilepsy: An open-label follow-up trial, Epilepsy & Behavior 118:1 (2021) | UCB_BRIV_00429378 | UCB_BRIV_00429387 | A, R, H, F, P | |
| PTX-202 | Andreea Nissenkorn et al., Treatment with brivaracetam in children – The experience of a pediatric epilepsy center, 101 Epilepsy & Behavior 1, 3 (2019) | UCB_BRIV_00427025 | UCB_BRIV_00427028 | A, R, H, F, P | |
| PTX-204 | 1996 B011 Data | UCB_BRIV_00421080 | UCB_BRIV_00421080 | R, H, F | |
| PTX-205 | B051 Meeting 02 | UCB_BRIV_00407506 | UCB_BRIV_00407510 | R, H, F | |
| PTX-206 | Minutes of the 3rd Project Group Meeting, September 8, 1998 | UCB_BRIV_00407768 | UCB_BRIV_00407782 | R, H, F | |
| PTX-207 | Minutes of the 4th Project Group Meeting, February 26, 1999 | UCB_BRIV_00407661 | UCB_BRIV_00407681 | R, H, F, D | |
| PTX-208 | Minutes of the 9th Project Group Meeting, March 1, 2000 | UCB_BRIV_00407555 | UCB_BRIV_00407579 | R, H, F | |
| PTX-219 | Benoit Kenda, Discovery of Brivaracetam: a New Pyrrolidone Derivative with Antiepileptic Properties, UCB Chemical Research | UCB_BRIV_00310672 | UCB_BRIV_00310732 | R, H, F, P | |
| PTX-225 | W. Löscher and D. Schmidt, Which Animal Models Should be Used in the Search for New Antiepileptic Drugs? A Proposal Based on Experimental and Clinical Considerations, 2 Epilepsy Research 145 (1988) | UCB_BRIV_00427945 | UCB_BRIV_00427981 | A, R, H, F, P | |
| PTX-227 | M.S. Luer et al., Saturable Transport of Gabapentin at the Blood- Brain Barrier, 21 Neurological Research (1999) | UCB_BRIV_00428685 | UCB_BRIV_00428689 | A, R, H, F, P | |
| PTX-230 | Minutes from the B011 – Epilepsy meeting held on Tuesday 3, Feb. 1998 | UCB_BRIV_00407178 | UCB_BRIV_00407210 | R, H, F, P, D | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*,
No. 20-987 (CFC) (Consolidated)

Plaintiffs' Trial Exhibit List

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| PTX-231 | Monthly Report (March 1996) | UCB_BRIV_00342097 | UCB_BRIV_00342097 | R, H, F | |
| PTX-232 | M.P. de la Mora and R. Tapia, Anticonvulsant effect of 5-ethyl,5- phenyl,2-pyrrolidinone and its possible relationship to gammaaminobutyric acid-dependent inhibitory mechanisms, 22(20) Biochem Pharmacol., 22(20) (1973) | UCB_BRIV_00428720 | UCB_BRIV_00428724 | A, R, H, F, P | |
| PTX-233 | F. Neumaier et al., Drug Penetration into the Central Nervous System: Pharmacokinetic Concepts and In Vitro Model Systems, 13 Pharmaceutics 1542 (2021) | UCB_BRIV_00429214 | UCB_BRIV_00429244 | A, R, H, F, P | |
| PTX-239 | W. E. Rosenfeld, Topiramate: A Review of Preclinical, Pharmacokinetic, and Clinical Data, 19 Clinical Therapeutics 1294, 1296 (1997) | UCB_BRIV_00429397 | UCB_BRIV_00429411 | A, R, H, F, P | |
| PTX-245 | UCB Laboratory Notebook (BEN-RDH-52) | UCB_BRIV_00015651 | UCB_BRIV_00015777 | R, H, FL, F, P, B | |
| PTX-246 | UCB Laboratory Notebook (MIC-AFY-03) | UCB_BRIV_00014033 | UCB_BRIV_00014159 | R, H, FL, F, P | |
| PTX-258 | Curriculum Vitae of David MacMillan, Ph.D. | N/A | N/A | A, R, H | |
| PTX-262 | Description De La Branche D' Activite | UCB_BRIV_00019812 | UCB_BRIV_00019814 | A, R, H, FL, F, P | |
| PTX-263 | Letter from Stephane Drouin to Xavier Michel (dated Apr. 2, 2015) | UCB_BRIV_00019831 | UCB_BRIV_00019832 | A, R, H, FL, F, P | |
| PTX-264 | Participations of December 31, 2013 Meeting | UCB_BRIV_00019871 | UCB_BRIV_00019931 | A, R, H, FL, F, P | |
| PTX-265 | Augmentation Du Capital Social Modifications Aux Statuts | UCB_BRIV_00019932 | UCB_BRIV_00019941 | A, R, H, FL, F, P | |
| PTX-266 | Register of Legal Entities number BE 0403 096 168 (UCB Pharma) | UCB_BRIV_00019942 | UCB_BRIV_00019979 | A, R, H, F, P | |
| PTX-267 | Description of the Branch of Activities Contributed | UCB_BRIV_00019980 | UCB_BRIV_00019982 | A, R, H, F, P | |
| PTX-268 | Distriburship Agreement (dated Apr. 3, 2002) | UCB_BRIV_00019983 | UCB_BRIV_00020070 | A, R, H, IC, FL, F, P | |
| PTX-269 | Research and Development Services Agreement (dated Sept. 16, 2015) | UCB_BRIV_00020071 | UCB_BRIV_00020078 | A, R, H, F, P | |
| PTX-270 | Manufacturing License Agreement (dated Dec. 19, 2014) | UCB_BRIV_00020079 | UCB_BRIV_00020094 | A, R, H, F, P | |
| PTX-271 | Amendments to the Articles of Association (dated Apr. 30, 2014) | UCB_BRIV_00020095 | UCB_BRIV_00020102 | A, R, H, F, P | |
| PTX-272 | Distriburship Agreement (dated Oct. 1, 2019) | UCB_BRIV_00020103 | UCB_BRIV_00020138 | A, R, H, IC, F, P | |
| PTX-273 | Certification of New Company (dated Dec. 2, 2019) | UCB_BRIV_00020139 | UCB_BRIV_00020139 | A, R, H, F, P | |
| PTX-274 | Deed of Novation (dated Dec. 20, 2006) | UCB_BRIV_00019815 | UCB_BRIV_00019830 | A, R, H, F, P | |
| PTX-275 | Validation of Contribution (Feb. 17, 2007) | UCB_BRIV_00019833 | UCB_BRIV_00019870 | A, R, H, F, P | |
| PTX-276 | Lab Notebook (dated June 21, 1999) | UCB_BRIV_00020162 | UCB_BRIV_00020286 | A, R, H, FL, F, P, B | |
| PTX-277 | Minutes of the 7th project group meeting (held on Oct. 12, 1999) | UCB_BRIV_00407650 | UCB_BRIV_00407660 | R, H, F, P, FL | |
| PTX-278 | Minutes of the 13th project group meeting (held on Apr. 23, 2001) | UCB_BRIV_00407511 | UCB_BRIV_00407547 | R, H, F, P, FL | |
| PTX-279 | UCB Study Number: TB0544 | UCB_BRIV_00030003 | UCB_BRIV_00030174 | R, H, F, P | |
| PTX-280 | UCB Study Number: TA0748 | UCB_BRIV_00033645 | UCB_BRIV_00033722 | R, H, F, P | |
| PTX-281 | Minutes of the 16th project group meeting (held on Nov. 16, 2001) | UCB_BRIV_00421429 | UCB_BRIV_00421471 | R, H, IC, F, P | |
| PTX-282 | 2021 Half-Year Financial Report (July 29, 2021) | UCB_BRIV_00426846 | UCB_BRIV_00426886 | R, H, F, P | |
| PTX-283 | Integrated Annual Report 2020 | UCB_BRIV_00426550 | UCB_BRIV_00426845 | R, H, F, P | |
| PTX-284 | Simon P. Aiken and William M. Brown, Treatment of Epilepsy: Existing Therapies and Future Developments, Frontiers in Bioscience 5, el24-152 (Nov. 1, 2000) | UCB_BRIV_00426887 | UCB_BRIV_00426915 | A, R, H, F, P | |
| PTX-286 | Gate 2 Brochure, Potential CNS Drug Candidate (July 2003) | UCB_BRIV_00402495 | UCB_BRIV_00402700 | R, H, IC, P, F | |
| PTX-287 | M. Hamann, et al., Brivaracetam and seletracetam, two new SV2A ligands, improve paroxysmal dystonia in the dtsz mutant hamster, European Journal of Pharmacology 601 (2008) 99-102 | UCB_BRIV_00426940 | UCB_BRIV_00426943 | A, R, H, F, P | |
| PTX-288 | 3.2.P.8.3. Stability Data | UCB_BRIV_00026303 | UCB_BRIV_00026315 | R, H, I, W, P | |
| PTX-289 | ANTIEPILEPTIC DRUGS: PHARMACOLOGY AND THERAPEUTICS (M.J. Eadie and F.J.E. Vajda eds., 1st ed. 1999) | UCB_BRIV_00175813 | UCB_BRIV_00176470 | A, R, H, F, P | |
| PTX-290 | Jong M. Rho & Raman Sankar, The Pharmacologic Basis of Antiepileptic Drug Action, 40 EPILEPSIA 1471 (1999) | UCB_BRIV_00176488 | UCB_BRIV_00176500 | A, R, H, F, P | |
| PTX-291 | Dr. Tristan Sands Notes ▮▮▮▮▮▮▮ | SANDS000001 | SANDS000005 | A, R, H, F, P | |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*,
**No. 20-987 (CFC) (Consolidated)**

**Plaintiffs' Trial Exhibit List**

| PTX Trial Ex. No. | Description | BegBates | EndBates | Defendants' Objections | Date Admitted |
|---|---|---|---|---|---|
| **PTX-292** | Dr. Tristan Sands Notes | SANDS000006 | SANDS000012 | A, R, H, F, P | |
| **PTX-293** | Dr. Tristan Sands Notes | SANDS000013 | SANDS000026 | A, R, H, F, P | |
| **PTX-294** | EP 0338435 | UCB_BRIV_00428439 | UCB_BRIV_00428465 | A, R, FL, H, F, P | |
| **PTX-295** | Henrik Klitgaard, et al., Brivaracetam: Rationale for discovery and preclinical profile of a selective SV2A ligand for epilepsy treatment, Epilepsia, 57(4):538-548 (2016) (Supporting Information) | UCB_BRIV_00427257 | UCB_BRIV_00427269 | A, R, H, F, P | |
| **PTX-296** | H. Steve White et al., Anticonvulsant Profile of NPS 1776: A Broad-Spectrum Antiepileptic Drug, 40 Epilepsia 1, 28 (supp.) (1999) | UCB_BRIV_00429245 | UCB_BRIV_00429246 | A, R, H, F, P | |
| **PTX-298** | G. Deutsch et al., Human Studies with "High Dose" Metronidazole: A Non-Toxic Radiosensitizer of Hypoxic Cells, 31 British J. Cancer 75-80 (1975) | UCB_BRIV_00428410 | UCB_BRIV_00428415 | A, R, H, F, P | |
| **PTX-299** | H.A. Cameron et al., Ketanserin in Essential Hypertension: Use as Monotherapy and in Combination with a Diuretic of β-adrenoceptor Antagonist, 24 British J. Clinical Pharmacology 705-11 (1987) | UCB_BRIV_00428349 | UCB_BRIV_00428355 | A, R, H, F, P | |
| **PTX-300** | E. Harada et al., Treatment discontinuation and tolerability as a function of dose and titration of duloxetine in the treatment of major depressive disorder, 12 Neuropsychiatric Disease and Treatment 89-97 (2016) | UCB_BRIV_00429412 | UCB_BRIV_00429420 | A, R, H, F, P | |

**Defendants' Objection Key to Plaintiffs' Deposition Designations
and Trial Exhibit List**

| Code | Description | Objection Basis |
|:---:|:---:|:---:|
| A | Authentication (FRE 901 – authentication) | FRE 901 |
| AA | Asked and Answered | FRE 403 |
| AF | Assumes Facts Not In Evidence | FRE 602 |
| AR | Argumentative | FRE 403 |
| B | Not best Evidence (FRE 1002 – best evidence rule) | FRE 1002, 1003, 1004 |
| C | Compound | FRE 611 |
| C/O | Counsel Colloquy or Objections (if not needed to understand substance) | FRE 611 |
| D | Duplicative | FRE 403 |
| E | Improper to offer testimony under Rule 32 | Rule 32 |
| ET/LOT | Calls for Expert Testimony/Improper Lay Opinion Testimony | FRE 701/702 |
| F | Foundation | FRE 901 |
| FL | Foreign Language document with no translation | |
| FL-C | Foreign language document – translation provided but certification  not provided or inadequate | |
| H | Hearsay (FRE 802) | FRE 802 |
| I | Incomplete (FRE 106 – Completeness) | FRE 106, 403, 901, 1006 |
| IC | Improper Compilation (FRE 403 – Unfair Prejudice) | FRE 403 |
| ID | Improper Designation (Not complete Q and A) | FRE 106 |
| IS | Improper summary | FRE 1006 |

| Code | Description | Objection Basis |
|------|-------------|-----------------|
| L | **Beyond the Scope of Direct/Leading** | **FRE 611** |
| LC | **Legal Conclusion** | **FRE 403** |
| M | **Misstates Witness' Testimony** | **FRE 403** |
| N | **Narrative** | **FRE 403** |
| NR | **Answer is non-responsive** | **FRE 403** |
| NT | **Not timely produced during discovery** | **FRCP 26/37(c)** |
| O | **Outside Scope of 30(b)(6) Notice** | **FRCP 30(b)(6), FRE 403** |
| OC | **Offer to Compromise under FRE 408** | **FRE 408** |
| OD | **Original Document Required (FRE 1002 – Best Evidence Rule)** | **FRE 1002** |
| P | **Prejudicial/Probative value substantially outweighed** | **FRE 403** |
| PK | **Lack of Personal Knowledge** | **FRE 602** |
| R | **Relevance** | **FRE 401/402** |
| S | **Speculation** | **FRE 602** |
| U | **Cumulative** | **FRE 403** |
| V | **Vague** | **FRE 403** |
| W | **Wrong document identified or incorrectly described** | |

# EXHIBIT 7

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10001 | Lallemand 1 | 11/09/2021 Defendants' Notice of Deposition of Benedicte Lallemand | | | | 106, 402, 403 |
| DTX-10002 | Lallemand 2 | 10/27/2005 Presentation, "SV$_2$ Franchise at UCB" By Henrik Klitgaard, Ph.D. | Confidential | UCB_BRIV_00206463 | UCB_BRIV_00206492 | 106, 403 |
| DTX-10003 | Lallemand 3; Klitgaard 16 | 10/26/2021 UCB's First Supplemental Responses to Defendants' First Set of Common Interrogatories (Nos. 1 and 3) | | | | 106, 402, 403, LC |
| DTX-10004 | Lallemand 4 | 6/16/1995 Benedicte Lallemand Lab Notebook | Confidential | UCB_BRIV_00019143 | UCB_BRIV_00019269 | 106, 403 |
| DTX-10005 | Lallemand 5 | 10/22/1997 Benedicte Lallemand Lab Notebook | Confidential | UCB_BRIV_00016286 | UCB_BRIV_00016412 | 106, 403 |
| DTX-10006 | Lallemand 6 | 05/27/1998 Benedicte Lallemand Lab Notebook | Confidential | UCB_BRIV_00017302 | UCB_BRIV_00017428 | 106, 403 |
| DTX-10007 | Lallemand 7 | 11/2015 UCB Presentation, "Modern Synthetic Technologies for Timely Delivery of PAMD1 and NCE-TNF Small Molecules", Technology SAB Meeting, London, | Confidential | UCB_BRIV_00298504 | UCB_BRIV_00298528 | 106, 403 |
| DTX-10008 | Lallemand 8; Kenda 12; Matange 12; Pasau 5; Klitgaard 8 | UCB Presentation: Synthesis of Newer Keppra™ Analogs Promising anti-epileptic agents | Confidential | UCB_BRIV_00310811 | UCB_BRIV_00310823 | 106, 403 |
| DTX-10012 | Kenda 1 | 11/09/2021 Defendants' Notice of Deposition of Benoit Kenda | | | | 106, 402, 403, LC |
| DTX-10014 | Kenda 3 | 9/23/1998 EVR/ BEN Lab Notebook | Confidential | UCB_BRIV_00016413 | UCB_BRIV_00016539 | 106, 403 |
| DTX-10015 | Kenda 4 | Table 5. *In vitro* and *in vivo* Pharmacological data for 4'-substituted-2-oxo-pyrrolidinyl derivatives. | Confidential | UCB_BRIV_00310665 | UCB_BRIV_00310666 | 106, 403 |
| DTX-10016 | Kenda 5 | Minutes of the 5th project group meeting held on May 5, 1999 re Preclinical CNS Project No. 7 | Confidential | UCB_BRIV_00019779 | UCB_BRIV_00019783 | 106, 402, 403, 701, 702, 802, Y |
| DTX-10017 | Kenda 6 | Minutes of the 5th project group meeting held on October 12, 1999 re Preclinical CNS Project No. 7 | Confidential | UCB_BRIV_00019788 | UCB_BRIV_00019792 | 106, 403 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10018 | Kenda 7 | 11/23/1999 Research Project Executive Summary, Project Name: L059 analogs, Therapeutic Group: CNS, Project Manager: Ph. Michel | Confidential | UCB_BRIV_00019778 | UCB_BRIV_00019778 | 106, 403 |
| DTX-10019 | Kenda 8 | Project Name: L059 Analogs, Appendix 1: Chemistry [redacted] | Confidential | UCB_BRIV_00308973 | UCB_BRIV_00308976 | 106, 403 |
| DTX-10020 | Kenda 9 | 5/3/2000 UCB Internal Memo from Kenda Benoit to A. Matagne et al. re L059 analogs (Ucb 34713/714): Ucb 34714 selected as a new potential Drug Candidate for Epilepsy | Confidential | UCB_BRIV_00407108 | UCB_BRIV_00407109 | 106, 403 |
| DTX-10021 | Kenda 10 | Ucb 34713 or ucb 34714 : The choice | Confidential | UCB_BRIV_00407130 | UCB_BRIV_00407131 | 106, 403 |
| DTX-10022 | Kenda 11 | L059 Analogs | Confidential | UCB_BRIV_00310891 | UCB_BRIV_00310898 | 106, 403 |
| DTX-10023 | Kenda 13 | UCB presentation, "Discovery of ucb 34714 : a New Pyrrolidone Derivative with Antiepileptic Properties" by | Confidential | UCB_BRIV_00346368 | UCB_BRIV_00346414 | 106, 403 |
| DTX-10024 | Kenda 14 | 4/24/2007 UCB NCE Research Request for Public Disclosure # 07.0012, Submitted by Benoit Kenda | Confidential | UCB_BRIV_00310455 | UCB_BRIV_00310663 | 106, 403 |
| DTX-10025 | Kenda 15 | 10/12/2018 Email from Benoit Kenda to Benoit Kenda re Scan from UCB Ricoh Printer [with attachment: Comparative Testing] | Confidential | UCB_BRIV_00185043 | UCB_BRIV_00185047 | 106, 403 |
| DTX-10026 | Matagne 1 | 11/9/2021 Defendants' Notice of Deposition of Alain Matagne | | | | 106, 402, 403, MD, LC |
| DTX-10030 | Matagne 6 | 4/23/2017 Email from Henrik Klitgaard to Benoit Kenda and Alain Matagne re Brivaracetam Discovery Story | Confidential | UCB_BRIV_00184115 | UCB_BRIV_00184116 | 106, 403 |
| DTX-10031 | Matagne 7 | 4/21/2017 Brivaracetam (UCB34714) Discovery Story by Henrik Klitgaard and Benoit Kenda [attachment to Ex. 6 email] | Confidential | UCB_BRIV_00184117 | UCB_BRIV_00184121 | 106, 402, 403, 701, 702, 802 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10032 | Matagne 8 | 2/15/2017 Email from Alain Matagne to Henrik Klitgaard re FW: platinum award nominations Matagne and Kenda | Confidential | UCB_BRIV_00225552 | UCB_BRIV_00225552 | 106, 403 |
| DTX-10033 | Matagne 9 | Alain Matagne and Benoit Kenda - Platinum Spot Award Proposal [attachment to Ex. 8 email] | Confidential | UCB_BRIV_00225553 | UCB_BRIV_00225554 | 106, 403 |
| DTX-10034 | Matagne 10 | Minutes of the 4th project group meeting held on February 26, 1999 re Preclinical CNS Project No. 7, B051: new analogues of levetiracetam (ucb L059) and ligands with dual affinity | Confidential | UCB_BRIV_00421007 | UCB_BRIV_00421027 | 106, 403 |
| DTX-10035 | Matagne 11 | Minutes from the B011 - Epilepsy meeting held on Tuesday 3, Feb. 1998 | Confidential | UCB_BRIV_00421317 | UCB_BRIV_00421349 | 106, 403 |
| DTX-10036 | Pasau 1 | 11/16/2021 UCB Objections and Responses to Defendants' Notice of Deposition Pursuant to FRCP 30(b)(6) | Confidential | | | 106, 402, 403, LC |
| DTX-10037 | Pasau 2 | 1/14/2008 Email from Patrick Pasau to Benedicte Lallemand, Thierry Demaude, and Michael Deligny re buildingvision.ppt [with attachment] | Confidential | UCB_BRIV_00298495 | UCB_BRIV_00298502 | 106, 403 |
| DTX-10038 | Pasau 3 | 4/30/2009 Email from Corinne Audouin to Patrick Pasau re RD_Disclosure 09_0018.doc [with attachment] | Confidential | UCB_BRIV_00299012 | UCB_BRIV_00299405 | 106, 403 |
| DTX-10039 | Pasau 4 | 4/6/2017 Email from Benoit Kenda to Henrik Klitgaard re BRV discovery story-V1 [with attachment] | Confidential | UCB_BRIV_00225698 | UCB_BRIV_00225703 | 106, 403 |
| DTX-10040 | Pasau 6 | L059 Analogs: Biannual report 01 (Sept 2004 - March 2005) | Confidential | UCB_BRIV_00309987 | UCB_BRIV_00310057 | 106, 403 |
| DTX-10041 | Pasau 7 | 6/12/2006 Email from Ali Ates to Yannick Quesnel et al. re Emailing: Ali 15 06 06.ppt [with attachment] | Confidential | UCB_BRIV_00298634 | UCB_BRIV_00298671 | 106, 403 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10043 | | Exhibit B - Opening Expert Report of Tristan T. Sands, M.D., Ph.D., Materials Considered | | | | 106 |
| DTX-10045 | | Exhibit A - Reply Expert Report of Tristan T. Sands, M.D., Ph.D., Materials Considered | | | | 106 |
| DTX-10054 | Lepore 3 | Exhibit B - Opening Expert Report of Dr. Salvatore Lepore Materials Considered | | | | 106, 402, 403, 701, 703, 802, 1006 |
| DTX-10056 | Lepore 5 | Exhibit A - Rebuttal Expert Report of Dr. Salvatore Lepore Materials Considered | | | | 106, 402, 403, 702, 703, 802, 1006, MIL |
| DTX-10058 | Lepore 7 | Exhibit A - Reply Expert Report of Dr. Salvatore Lepore Materials Considered | | | | 106, 402, 403, 702, 703, 802, MIL, 1006, Y |
| DTX-10059 | Lepore 8; MacMillan 15 | Silverman, R., "The Organic Chemistry of Drug Design and Drug Action", Academic Press Inc., Ch. 2: 10-23, 48; Ch. 7: 277-319 (1992) | | BRIV-DEFS_0000617 | BRIV-DEFS_0000668 | 106, 402, 403, 701, 702, 802, MIL, MD, NP, NTD, R |
| DTX-10060 | Lepore 9 | Patsalos, P., and Sander, J. "Newer Antiepileptic Drugs Towards an Improved Risk-Benefit Ratio", Drug Safety 11 (1): 37-67 (1994) | | BRIV-DEFS_0000460 | BRIV-DEFS_0000490 | 106, 402, 403, 701, 702, 802 |
| DTX-10061 | Lepore 10 | Stables, J.P., et al., "Progress report on new antiepileptic drugs A Summary of the Second Eilat Conference", Epilepsy Research 22:235-246 (1995) | | BRIV-DEFS_0000669 | BRIV-DEFS_0000680 | 106, 402, 403, 701, 702, 802, R |
| DTX-10062 | Lepore 11 | Keppra™ (levetiracetam) Rx Description Label, pgs. 5-22 (Rev. 12/1/99) | | BRIV-DEFS_0000249 | BRIV-DEFS_0000266 | 106, 402, 403, 701, 702, 802, NP, Y |
| DTX-10063 | Lepore 12 | Eadie, M. and Vadja, F.J.E., "Antiepileptic Drugs Pharmacology and Therapeutics", Handbook of Experimental Pharmacology, 138(21): 515-551 (1999) | | BRIV-DEFS_0000504 | BRIV-DEFS_0000578 | 106, 402, 403, 701, 702, 802, Y |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10064 | Lepore 13 | Pedro, A. and Lehmann, F., "Anticonvulsivos.1. Influencia de la Lipofilicidad Sobre Potencia Anticonvulsiva y Neurotoxicidad", Centro de Investigacion y Estudios Avazados, Rev. Soc. Quim. Mex., 23, No. 2, Marzo-Abril: 94-96 | | BRIV-DEFS_0001360 | BRIV-DEFS_0001362 | 106, 402, 403, 701, 702, 802, MIL, NTD, R |
| DTX-10065 | Lepore 14 | English Translation of the article by Pedro and Lehmann, "Anticonvulsants.1. Influence of Lipophilicity on Anticonvulsive Potency and Neurotoxicitiy" | | BRIV-DEFS_0001363 | BRIV-DEFS_0001366 | 106, 402, 403, 701, 702, 802, MIL, NTD, R |
| DTX-10066 | Lepore 15 | 7/28/2021 Defendants' Amended Invalidity Contentions Regarding U.S. Patent No. 6,911,461 | | | | 106, 402, 403, 701, 702, 802, LC |
| DTX-10067 | Lepore 16 | van de Waterbeemd, H., et al., "Estimation of Blood-Brain Barrier Crossing of Drugs Using Molecular Size and Shape, and H-Bonding Descriptors", Journal of Drug Targeting, 6 (2): 151-165 (1998) | | BRIV-DEFS_0000706 | BRIV-DEFS_0000720 | 106, 402, 403, 701, 702, 802, R |
| DTX-10068 | Lepore 17; Klitgaard 6; MacMillan 8 | Noyer, M., et al., "The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes", European Journal of Pharmacology, 286: 137-146 (1995) | | BRIV-DEFS_0000432 | BRIV-DEFS_0000441 | Duplicate of DTX-90 106, 402, 403, 701, 702, 802 |
| DTX-10069 | Lepore 18; MacMillan 5 | Patent Application No. 6978/70 for 1,309,692 in GB | | BRIV-DEFS_0000169 | BRIV-DEFS_0000176 | 106, 402, 403, 701, 702, 802, Y |
| DTX-10070 | Lepore 19; MacMillan 7 | Canada Patent Application for CA 2,310,319 A1 | | BRIV-DEFS_0000067 | BRIV-DEFS_0000086 | 106, 402, 403, 701, 702, 802 |
| DTX-10071 | Lepore 20 | WO 99/256683 ("WO '683") Original; WO 99/256683 ("WO '683") English Translation; WO 99/256683 ("WO '683") Certification of Translation | | BRIV-DEFS_0000738 | BRIV-DEFS_0000780 | 106, 402, 403, 701, 702, 802, MD, NP |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10072 | Lepore 21; MacMillan 9 | Gouliaev, A. and Senning, A., "Piracetam and other structurally related nontropics" Brain Research Reviews, 19: 180-222 (1994) | | BRIV-DEFS_0000191 | BRIV-DEFS_0000233 | 106, 402, 403, 701, 702, 802, Y |
| DTX-10073 | Lepore 22; MacMillan 14 | Bobkov, Y.G., et al., "Pharmacological Characteristics of 4-Phenylpiracetam - A New Analog of Piracetam", Byulleten' Eksperimental'noi Biologii i Meditsiny (translated), 95(4): 50-53 (1983) | | BRIV-DEFS_0000027 | BRIV-DEFS_0000030 | 106, 402, 403, 701, 702, 802, Y |
| DTX-10074 | Lepore 23; MacMillan 6 | Glozman, O.M., et al., "The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides", Khimiko-Farmatsevticheskii Zhurnal (translated), 14(11): 43-48 (1980) | | BRIV-DEFS_0000177 | BRIV-DEFS_0000181 | 106, 402, 403, 701, 702, 802, R |
| DTX-10075 | Lepore 24 | Hadjipavlou-Litina, D., "Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants", John Wiley & Sons, Inc., Medicinal Research Reviews, 18(2): 91-119 (1998) | | BRIV-DEFS_0000379 | BRIV-DEFS_0000407 | 106, 402, 403, 701, 702, 802 |
| DTX-10080 | Loscher 1 | Exhibit D - Opening Expert Report of Wolfgang Loscher, D.V.M., Materials Considered | | | | 106 |
| DTX-10082 | Loscher 2 | Exhibit E - Rebuttal Expert Report of Wolfgang Loscher, D.V.M., Materials Considered | | | | 106 |
| DTX-10084 | Loscher 3 | Exhibit F - Reply Expert Report of Wolfgang Loscher, D.V.M., Materials Considered | | | | 106 |
| DTX-10085 | Loscher 5 | U.S. Patent No. 10,729,653 B2 | | | | 106, 402, 403, 701, 702, 802, NP |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10089 | Loscher 9 | Löscher, W., and Klein, P., "The Pharmacology and Clinical Efficacy of Antiseizure Medications: From Bromide Salts to Cenobamate and Beyond", CNS Drugs 35: 935-963 (2021) | | BRIV-DEFS_0001442 | BRIV-DEFS_0001470 | 106; 402; 403; 701; 702; 802; NP |
| DTX-10090 | Loscher 10 | Noyer, M., et al., "The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes", European Journal of Pharmacology, 286: 137-146 (1995) | | UCB_BRIV_00427652 | UCB_BRIV_00427661 | Duplicate of DTX-068  106, 402, 403, 701, 702, 802 |
| DTX-10091 | Loscher 11; Klitgaard 4 | Klitgaard, H., et al., "Evidence for a unique profile of levetiracetam in rodent models of seizures and epilepsy", European Journal of Pharmacology 353: 191-206 (1998) | Confidential | UCB_BRIV_00250436 | UCB_BRIV_00250451 | 106, 403 |
| DTX-10095 | Pleasure 1 | Exhibit B - Opening Expert Report of Samuel Pleasure, Materials Considered | | | | 106, 402, 403, 701, 703, 802, 1006 |
| DTX-10097 | Pleasure 2 | Exhibit A - Rebuttal Expert Report of Samuel Pleasure, Materials Considered | | | | 106, 402, 403, 701, 703, 802, 1006 |
| DTX-10099 | Pleasure 3 | Exhibit A - Reply Expert Report of Samuel Pleasure, Materials Considered | | | | 106, 402, 403, 701, 703, 802, 1006 |
| DTX-10100 | Pleasure 4 | 4/4/2022 Email from Bryce Cooper to Alexa Hansen et al., re UCB v. Annora, | | | | 106, 402, 403, 408, LC |
| DTX-10101 | Pleasure 5 | Kutlu, G., et al., "The Honeymoon Effect in Adult Patients with Refractory | | BRIV-DEFS_0001438 | BRIV-DEFS_0001441 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10102 | Pleasure 6 | Chen, Zhibin, et al., "Treament Outcomes in Patients With Newly | | BRIV-DEFS_0001378 | BRIV-DEFS_0001385 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10103 | Pleasure 7 | Alsfouk, B., et al., "Tolerability of Antiseizure Medications in Individuals | | BRIV-DEFS_0001352 | BRIV-DEFS_0001359 | Duplicate of DTX-279  106, 402, 403, 701, 702, 802, NP |
| DTX-10104 | Pleasure 8 | Stephen, L., and Brodie, M., "Brivaracetam: a novel antiepileptic | | BRIV-DEFS_0001531 | BRIV-DEFS_0001540 | 106, 402, 403, 701, 702, 802, NP |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10107 | MacMillan 1 | Exhibit B - Opening Expert Report of David MacMillan, Ph.D.,  Materials Considered | | | | 106 |
| DTX-10109 | MacMillan 2 | Exhibit A - Rebuttal Expert Report of David MacMillan, Ph.D., CV | | | | 106 |
| DTX-10111 | MacMillan 3 | Exhibit A - Reply Expert Report of David MacMillan, Ph.D., CV | | | | |
| DTX-10112 | MacMillan 10 | Pardridge, W., "CNS Drug Design Based on Principles of Blood-Brain Barrier | | BRIV-DEFS_0000448 | BRIV-DEFS_0000459 | 106, 402, 403, 701, 702, 802 |
| DTX-10114 | MacMillan 12 | Perkins, A., "Polymer Diagnostics: The Next Generation of Image Contrast Agents", Journal of Drug Targeting, 6 (2): 79-84 (1998) | | BRIV-DEFS_0000704 | BRIV-DEFS_0000720 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10115 | MacMillan 13 | Levin, V., "Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability", Journal of Medicinal Chemistry, 23: 682-684 (1980) | | BRIV-DEFS_0000376 | BRIV-DEFS_0000378 | 106, 402, 403, 701, 702, 802 |
| DTX-10116 | Klitgaard 2 | Henrik Veldemar Klitgaard Curriculum Vitae | Confidential | UCB_BRIV_00227566 | UCB_BRIV_00227576 | 106, 403 |
| DTX-10117 | Klitgaard 9 | Dr. Klitgaard presentation, Future innovation in anti-epileptic drig discovery, October 17, 2018 | Confidential | UCB_BRIV_00207717 | UCB_BRIV_00207745 | 106, 403 |
| DTX-10118 | Klitgaard 10 | Dr. Klitgaard presentation, UCS Contribution to Treatment of Epilepsy, September 26, 2019 | Confidential | UCB_BRIV_00211763 | UCB_BRIV_00211781 | 106, 403 |
| DTX-10119 | Klitgaard 11 | Kwan, P., "Early Identification of Refractory Epilepsy," The New England Journal of Medicine, 342(5): 314-319 (2000) | | UCB_BRIV_00426966 | UCB_BRIV_00426971 | 106, 403 |
| DTX-10121 | Klitgaard 13 | Dr. Klitgaard presentation, Levetiracetam to brivaracetam: a journey | Confidential | UCB_BRIV_00206114 | UCB_BRIV_00206140 | 106, 403 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10122 | Klitgaard 14 | Klitgaard, H., et al., "Brivaracetam: Rationale for discovery and preclinical profile of a selective SV2A ligand for epilepsy treatment," Epilepsy 57(4): 538-548 (2016) | Confidential | UCB_BRIV_00242292 | UCB_BRIV_00242302 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10123 | Klitgaard 15 | Advisory Board Meeting Minutes, Brivaracetam: Preclinical and Clnical Profile, November 20, 2015 | Confidential | UCB_BRIV_00230314 | UCB_BRIV_00230332 | 106, 403 |
| DTX-10124 | | EP 0154490 (EP '490") | | BRIV-DEFS_0000144 | BRIV-DEFS_0000160 | 106, 402, 403, 701, 702, 802 |
| DTX-10125 | | U.S. Patent No. 4,943,639 ("Gobert '639 patent") | | BRIV-DEFS_0000182 | BRIV-DEFS_0000190 | 106, 402, 403, 701, 702, 802 |
| DTX-10126 | | A. Albert, "Selective Toxicity, The physico-chemical basis of therapy", Chapman and Hall, Seventh Edition (1985) ("Albert") | | BRIV-DEFS_0000003 | BRIV-DEFS_0000017 | 106, 402, 403, 701, 702, 802 |
| DTX-10127 | | R. Appleton, et al., "Lorazepam Versus Diazepam in the Acute Treatment of Epileptic Seizures and Status Epilepticus", Developmental Medicine and Child Neurology, 37, 682-688 (1995) ("Appleton") | | BRIV-DEFS_0000018 | BRIV-DEFS_0000024 | 106, 402, 403, 701, 702, 802 |
| DTX-10128 | | E. Ben-Menachem, et al., "Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures", Epilepsia, Vol. 40, Suppl. 2, 249 (1999) ("Ben-Menachem") | | BRIV-DEFS_0000108 BRIV-DEFS_0000106 | BRIV-DEFS_0000108 | 106, 402, 403, 701, 702, 802 |
| DTX-10129 | | J.A. Burris, Review and Evaluation of Pharmacology/Toxicology Data: NDA number 21-035 (October 28, 1999) ("Burris") | | BRIV-DEFS_0000031 | BRIV-DEFS_0000066 | 106, 402, 403, 701, 702, 802, NP, AF |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10130 | | P. Crawford, et al., "Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period", Epilepsia, Vol. 40, Suppl. 2, 248 (1999) ("Crawford") | | BRIV-DEFS_0000107 BRIV-DEFS_0000106 | BRIV-DEFS_0000108 | 106, 402, 403, 701, 702, 802 |
| DTX-10131 | | FDA Division of Neuropharmacological Drug Products Clinical Review of NDA Submission (November 18, 1999) NDA 21-035 ("Keppra Medical Review") | | BRIV-DEFS_0000267 | BRIV-DEFS_0000375 | 106, 402, 403, 701, 702, 802, NP, AF |
| DTX-10132 | | FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs, https://www.fda.gov/Drugs/Guidance ComplianceRegulatoryInformation/Gui dances/ucm (1992) ("FDA Guidance") | | BRIV-DEFS_0000161 | BRIV-DEFS_0000168 | 106, 402, 403, 701, 702, 802 |
| DTX-10133 | | W. Egan, et al., "Prediction of Drug Absorption Using Multivariate Statistics", J. Med. Chem., 43, 3867-3877 (2000) | | BRIV-DEFS_0000788 | BRIV-DEFS_0000798 | Duplicate of DTX-175 106, 402, 403, 701, 702, 802, NP |
| DTX-10134 | | J. Hillhouse, et al., "Thiono Compounds, 7. Oxidation of Thioamides in Relation to Adverse Biological Effects", Phosphorus and Sulfur, Vol. 26, pp. 169-184 (1986) | | BRIV-DEFS_0000975 | BRIV-DEFS_0000991 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10135 | | Y. Lolin, et al., "Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: Phenytoin", Epilepsy Research 19, 99-110 (1994) ("Lolin") | | BRIV-DEFS_0000408 | BRIV-DEFS_0000419 | 106, 402, 403, 701, 702, 802 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10136 | | W. Löscher, et al., "Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucbL059) in the Kindling Model of Temporal Lobe Epilepsy", The Journal of Pharmacology and Experimental Therapeutics, Vol. 284, No. 2, 474-479 (1998) ("Löscher") | | BRIV-DEFS_0000420 | BRIV-DEFS_0000425 | 106, 402, 403, 701, 702, 802 |
| DTX-10137 | | J. March, "Advanced Organic Chemistry, Reactions, Mechanisms, and Structures", Fourth Edition, Chapter 4, pp. 94-127 (1992) ("March") | | BRIV-DEFS_0000913 | BRIV-DEFS_0000958 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10138 | | Y. C. Martin et al. (Editors), "Modern Drug Research-Paths to Better and Safer Drugs", Chapter 3, pp. 77-160 (1989) ("Martin") | | BRIV-DEFS_0001055 | BRIV-DEFS_0001146 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10139 | | Moseley et al., "A review of the drug–drug interactions of the antiepileptic drug brivaracetam", Epilepsy Research, Vol. 163 (2020) | | BRIV-DEFS_0000799 | BRIV-DEFS_0000806 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10140 | | J. Olesen, et al., "Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man", Stroke, vol 9, No 4 344-349 (1978) ("Olesen") | | BRIV-DEFS_0000442 | BRIV-DEFS_0000447 | 106, 402, 403, 701, 702, 802 |
| DTX-10141 | | P. Patsalos, "Pharmacokinetic profile of levetiracetam: toward ideal characteristics, Pharmacology & Therapeutics", Volume 85, Issue 2, Pages 77-85 (2000) ("Patsalos 2000") | | BRIV-DEFS_0000491 | BRIV-DEFS_0000503 | Duplicate of DTX-222 106, 402, 403, 701, 702, 802 |
| DTX-10142 | | J. Prous, et al., "Levetiracetam, Drugs of the Future", ES, Barcelona, vol. 19, No. 2, pp.  111-113 (1994) ("Prous") | | BRIV-DEFS_0000579 | BRIV-DEFS_0000581 | 106, 402, 403, 701, 702, 802 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10143 | | M.J. Ruse, et al., "The effect of methimazole on thioamide bioactivation and toxicity, Toxicology Letters", 58, 37-41 (1991) | | BRIV-DEFS_0001196 | BRIV-DEFS_0001200 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10144 | | M.K. Sharief, et al., "Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy", J. Epilepsy, 9:106-112 (1996) ("Sharief") | | BRIV-DEFS_0000595 | BRIV-DEFS_0000601 | 106, 402, 403, 701, 702, 802 |
| DTX-10145 | | S. Shorvon, et al., "Efficacy and Tolerability of Levetiracetam (LEV) as Add-On Treatment in | | BRIV-DEFS_0000107 | BRIV-DEFS_0000108 | 106, 402, 403, 701, 702, 802 |
| DTX-10146 | | T.W. Graham Solomon, "Organic Chemistry", 4th Edition, Chapter 4, pp. 149-191 (1988) | | BRIV-DEFS_0001201 | BRIV-DEFS_0001245 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10147 | | O. Wong, et al., "Substituent Effects on Partition Coefficients of Barbituric Acids", Journal of Pharmaceutical | | BRIV-DEFS_0000781 | BRIV-DEFS_0000787 | 106, 402, 403, 701, 702, 802 |
| DTX-10148 | | UCB News: U.S.FDA approves UCB's new epilepsy treatment ,BRIVIACT®,for patients with partial-onset seizures | | UCB_BRIV_00420109 | UCB_BRIV_00420113 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10149 | | A. Bondi, van der Waals Volumes and Radii, J. Phys. Chem., 68, 3, 441-451 (1964) | | BRIV-DEFS_0001367 | BRIV-DEFS_0001377 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10150 | | J. Ferrendelli et al., "Inhibitory Effects of Anticonvulsant Drugs on Cyclic Nucleotide Accumulation in Brain", Annals of Neurology, Vol.5, No.6, 533 | | BRIV-DEFS_0001386 | BRIV-DEFS_0001391 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10151 | | A. Gringauz, "Introduction to Medicinal Chemistry: How Drugs Act and Why" (1st Edition). Wiley VCH (December 27, 1996) | | BRIV-DEFS_0001392 | BRIV-DEFS_0001424 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10153 | | Z. Koneval et al., "Antiseizure drug efficacy and tolerability in established and novel drug discovery seizure models in outbred vs inbred mice, Epilepsia". Vol. 61, pp. 2022–2034 (2020) | | BRIV-DEFS_0001425 | BRIV-DEFS_0001437 | 106, 402, 403, 701, 702, 802, NP |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10154 | | Certification for English translation for P. Lehmann F., Anticonvulsants. 1. Effect of the lipophilicity on anticonvulsive and neurotoxicity potentials, Revista de la Sociedad Quimica de Mexico, 23(2), 94-96 (1979) | | BRIV-DEFS_0001366 | | 106, 402, 403, 701, 702, 802, MIL, NP |
| DTX-10155 | | G. Patrick, "An Introduction to Medicinal Chemistry, Chapter 9-Quantitative structure-activity relationships (QSAR)", Oxford University Press (1995) ("Patrick 1995") | | BRIV-DEFS_0001481 | BRIV-DEFS_0001516 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10157 | | M. Rami Reddy, et al., "Chapter 1, Overview of Rational Drug Design", ACS Symposium Series; American Chemical Society: Washington, DC, (1999) ("Reddy") | | BRIV-DEFS_0001520 | BRIV-DEFS_0001530 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10159 | | C. Webster, et al., "Molecular Dimensions for Adsorptives", J. Am. Chem. Soc., 120, 5509-5516. (1998) | | BRIV-DEFS_0001559 | BRIV-DEFS_0001566 | 106, 402, 403, 701, 702, 802 |
| DTX-10160 | | Martyn D. Wood et al., "Evidence for a differential interaction of brivaracetam and levetiracetam with the synaptic vesicle 2A protein", 58:2 Epilepsia 255 (2017) ("Wood") | | UCB_BRIV_00427234 | UCB_BRIV_0042742 | 106, 402, 403, 802, 701, 702, NP |
| DTX-10166 | | 1996 B011 Data UCB_BRIV | Confidential | UCB_BRIV_00421080 | | 106, 403 |
| DTX-10167 | Klitgaard 3 | Henrik Klitgaard and Benoit Kenda, Brivaracetam (UCB34714) Discovery Story (dated Apr. 21, 2017) | Confidential | UCB_BRIV_00262321 | UCB_BRIV_00262325 | 106, 403 |
| DTX-10168 | | Monthly Report March 1996 (Native Document) | Confidential | UCB_BRIV_00342097 | | 106, 403 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10175 | | Egan, "Prediction of Drug Absorption Using Multivariate Statistics," J. Med. Chem., Chem., Vol. 43 (2000) | | BRIV-DEFS_0000788 | BRIV-DEFS_0000798 | Duplicate of DTX-133 106, 402, 403, 802, 701, 702, NP |
| DTX-10176 | | Yoshihara & Yoshimura, Metabolism of Drugs, Chem. Pharm. Bull. 1906-12 (1972) | | BRIV-DEFS_0001654 | BRIV-DEFS_0001660 | 106, 402, 403, 701, 702, 802 |
| DTX-10180 | | B051 Meeting 02 | Confidential | UCB_BRIV_00407506 | UCB_BRIV_00407510 | 106, 403 |
| DTX-10181 | | B051 Meeting 03 | Confidential | UCB_BRIV_00407768 | UCB_BRIV_00407782 | 106, 403 |
| DTX-10182 | | B051 Meeting 04 | Confidential | UCB_BRIV_00407661 | UCB_BRIV_00407681 | 106, 403 |
| DTX-10183 | | B051 Meeting 09 | Confidential | UCB_BRIV_00407555 | UCB_BRIV_00407579 | 106, 403 |
| DTX-10198 | | W. Löscher and D. Hönack, "Profile of UCB L059, a Novel Anticonvulsant Drug, in Models of Partial and Generalized Epilepsy in Mice and Rats", 232 European J. Pharmacology 147, 152–53 (1993) | | BRIV-DEFS_0001032 | BRIV-DEFS_0001043 | 106, 402, 403, 701, 702, 802 |
| DTX-10215 | | T.M. Itil et al., "The Effects of Oxiracetam (ISF 2522) in Patients with Organic Brain Syndrome (A Double-Blind Controlled Study with Piracetam), 2 Drug Development Research", 447–61 (1982) | | BRIV-DEFS_0000234 | BRIV-DEFS_0000248 | 106, 402, 403, 701, 702, 802 |
| DTX-10220 | | White, "Clinical Significance of Animal Seizure Models and Mechanism of Action Studies of Potential Antiepileptic Drugs," Epilepsia, Vol. 38 (Suppl. 1), pp. S9-S-17 (1997) | | BRIV-DEFS_0000729 | BRIV-DEFS_0000737 | 106, 402, 403, 701, 702, 802 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10221 | | Abou-Khalil et al., "Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers," Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 (1996) | | BRIV-DEFS_0000001 | BRIV-DEFS_0000002 | 106, 402, 403, 701, 702, 802 |
| DTX-10222 | | Patsalos, "Pharmacokinetic profile of levetiracetam: toward ideal characteristics," Pharmacology & Therapeutics, Vol. 85, pp. 77-85 (February 2, 2000) | | BRIV-DEFS_0000495 | BRIV-DEFS_0000503 | Duplicate of DTX-141 106, 402, 403, 802, 701, 702 |
| DTX-10223 | Klitgaard 7 | PowerPoint: Antiepileptic Drug Discovery: Past Achievements and Future Challenges | Confidential | UCB_BRIV_00236056 | UCB_BRIV_00236107 | 106, 402, 403, 701, 702 |
| DTX-10224 | | PowerPoint: UCB - An Evolving Leader, Seeking Solutions for Epilepsy | Confidential | UCB_BRIV_00258352 | UCB_BRIV_00258531 | 106, 403 |
| DTX-10225 | | Gower et al., "ucb L059, a novel anti-convulsant drug: pharmacological profile in animals," European Journal of Pharmacology, Vol. 222, pp. 193-203 (1992) | | BRIV-DEFS_0000964 | BRIV-DEFS_0000974 | 106, 402, 403, 701, 702, 802 |
| DTX-10226 | | Merritt's Textbook of Neurology, Ninth Edition, edited by Lewis P. Rowland, Chapter 137 (1995) | | BRIV-DEFS_0001147 | BRIV-DEFS_0001180 | 106, 402, 403, 701, 702, 802 |
| DTX-10227 | | Trenité et al., "Photosensitive epilepsy: a model to study the effects of antiepileptic drugs. Evaluation of the piracetam analogues, levetiracetam," Epilepsy Research, Vol. 25, pp. 225-230 (1996) ("Trenité") | | BRIV-DEFS_0001246 | BRIV-DEFS_0001251 | 106, 402, 403, 701, 702, 802 |
| DTX-10228 | | Eric H. Kossoff et al., Levetiracetam Psychosis in Children with Epilepsy, 42 Epilepsia 1611, 1611 (2001) | | BRIV-DEFS_0000992 | BRIV-DEFS_0000994 | 106, 402, 403, 802, 701, 702, NP |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10229 | | Robert M. Post, A History of the Use of Anticonvulsants as Mood Stabilizers in the Last Two Decades of the 20th Century, 38 Neuropsychobiology 152 (1998) | | BRIV-DEFS_0001181 | BRIV-DEFS_0001195 | 106, 402, 403, 701, 702, 802 |
| DTX-10230 | | Frederick K. Goodwin, Anticonvulsant Therapy and Suicide risk in Affective Disorders, 60 J. Clinical Psychiatry 89, 92 (1999) | | BRIV-DEFS_0000959 | BRIV-DEFS_0000963 | 106, 402, 403, 701, 702, 802 |
| DTX-10231 | | Barbara Malawksa & Katarzyna Kulig, Brivaracetam: A New Drug in Development for Epilepsy and Neuropathic Pain, 17 Expert Opinion on Investigational Drugs 361 (2008) | | BRIV-DEFS_0001044 | BRIV-DEFS_0001054 | 106, 402, 403, 802, 701, 702, NP |
| DTX-10232 | | Backonja, "Use of anticonvulsants for treatment of neuropathic pain," Neurology 59(5 suppl 2) (2002) | | BRIV-DEFS_0001252 | | 106, 402, 403, 802, 701, 702, NP, Y, R |
| DTX-10233 | | Besag, "Behavioural Effects of the New Anticonvulsants," Drug Safety 24(7): 513-536 (2001) | | BRIV-DEFS_0001264 | BRIV-DEFS_0001287 | 106, 402, 403, 802, 701, 702, NP |
| DTX-10234 | | Genton, "Antimyoclonic effect of levetiracetam," Epileptic Disorders, The Educational Journal of the International League Against Epilepsy (2000) | | BRIV-DEFS_0001288 | | 106, 402, 403, 802, 701, 702, NP, Y |
| DTX-10235 | | Goldberg, "Levetiracetam for Acute Mania," Am. J. Psychiatry 159:1, pp. 148-158 (2002) | | BRIV-DEFS_0001289 | BRIV-DEFS_0001299 | 106, 402, 403, 802, 701, 702, NP, MD |
| DTX-10236 | | Bazil, "New Antiepileptic Drugs," The Neurologist 8:71-81 (2002) | | BRIV-DEFS_0001253 | BRIV-DEFS_0001263 | 106, 402, 403, 802, 701, 702, NP |
| DTX-10237 | | Harrison's Principles of Internal Medicine: The Epilepsies and Convulsive Disorders, Chapter 367 (13th Ed.), pp. 2223-2233 (1994) | | BRIV-DEFS_0001300 | BRIV-DEFS_0001312 | 106, 402, 403, 701, 702, 802 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10240 | | Tolerance and the Honeymoon Effect \| Epilepsy Foundation | | BRIV-DEFS_0001556 | BRIV-DEFS_0001558 | 106, 402, 403, 802, 701, 702, NP |
| DTX-10241 | | Wessel Woldman, Mark J. Cook & John R. Terry, Evolving Dynamic Networks: An Underlying Mechanism of Drug Resistance in Epilepsy?, Epilepsy & Behavior 94:264-268, March 2019 | | BRIV-DEFS_0001567 | BRIV-DEFS_0001571 | 106, 402, 403, 802, 701, 702, NP |
| DTX-10266 | | PR Newswire, SK Life Science Initiates Phase 3 Clinical Trial of Carisbamate for Lennox-Gastaut Syndrome (Accessed March 10, 2022) | | BRIV-DEFS_0001517 | BRIV-DEFS_0001519 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10267 | | Marson A., et al., SANAD II: Dear Levetiracetam, the Honeymoon is Over, Epilepsy Currents 2022, Vol. 22(1) 18-21 | | BRIV-DEFS_0001471 | BRIV-DEFS_0001474 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10268 | | Medication and "The Honeymoon Phase" \| Epilepsy Foundation | | BRIV-DEFS_0001475 | BRIV-DEFS_0001477 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10269 | | Linda J. Stephen & Martin J. Brodie, Pharmacological Management of the Genetic Generalised Epilepsies in Adolescents and Adults, CNS Drugs (2020) 34:147–161 | | BRIV-DEFS_0001541 | BRIV-DEFS_0001555 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10270 | | Catalogue of Bias Collaboration. Persaud N, Heneghan C.Novelty Bias. In: Catalogue Of Bias: https://catalogofbias.org/biases/novelty-bias/ | | BRIV-DEFS_0001478 | BRIV-DEFS_0001480 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10274 | | Wolfgang Löscher & Dieter Schmidt, Which Animal Models Should be Used in the Search for New Antiepileptic Drugs? A Proposal Based on Experimental and Clinical Considerations, 2 Epilepsy Res. 145, 151 (1988) | | BRIV-DEFS_0000995 | BRIV-DEFS_0001031 | 106, 402, 403, 701, 702, 802 |

| Trial Ex. No. | Deposition Exhibit No. | DESCRIPTION | DESIGNATION | PRODBEG | PRODEND | OBJECTIONS |
|---|---|---|---|---|---|---|
| DTX-10275 | | Krymchantowski, et al., "New and Emerging Prophylactic Agents for Migraine," CNS Drugs 16(9), pp. 611-634 (2002) | | BRIV-DEFS_0001313 | BRIV-DEFS_0001336 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10276 | | Lamberty, et al., "Effect of the New Antiepileptic Drug Levetiracetam in an Animal Model of Mania," Epilepsy & Behavior 2, pp. 454-459 (2001) | | BRIV-DEFS_0001337 | BRIV-DEFS_0001342 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10277 | | Woolf, et al., "Neuropathic pain: aetiology, symptoms, mechanisms, and management," Lancet 1999; 353: 1959-64 | | BRIV-DEFS_0001346 | BRIV-DEFS_0001351 | 106, 402, 403, 701, 702, 802 |
| DTX-10278 | | Theochari, et al., "Brivaracetam in adults with drug-resistant epilepsy and psychiatric comorbidities," Epilepsy & Behavior 90, pp. 129-131 (2019) | | BRIV-DEFS_0001343 | BRIV-DEFS_0001345 | 106, 402, 403, 701, 702, 802, NP |
| DTX-10279 | | Bshra Ali A. Alsfouk et al., Tolerability of Antiseizure Medications in Individuals With Newly Diagnosed Epilepsy, JAMA Neurology 77(5):574-581, May 2020 | | BRIV-DEFS_0001352 | BRIV-DEFS_0001359 | Duplicate of DTX-103 106, 402, 403, 701, 702, 802, NP |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Briviact: Plaintiffs' Objection Codes

| Code | Description |
|------|-------------|
| 106 | This testimony/exhibit is objectionable because it is incomplete and the introduction of the remaining portions ought, in fairness, to be considered contemporaneously with it (*see* F.R.E. 106). |
| 402 | This testimony/exhibit is objectionable because it is not relevant or immaterial (*see* F.R.E. 401 and 402). |
| 403 | Misleading, confusion of issues, cumulative, and/or waste of time. This testimony/exhibit is objectionable because its probative value is substantially outweighed by the danger of unfair prejudice. |
| 404 | Improper character evidence |
| 408 | See F.R.E. 408 (Compromise Offers and Negotiations). |
| 602 | This testimony/exhibit is objectionable because it constitutes evidence on a matter as to which the witness lacks personal knowledge or competency and lacks foundation, calls for speculation (*see* F.R.E. 602). |
| 701 | This testimony/exhibit is objectionable because it is opinion testimony by a lay witness that is not reasonably based on perception and helpful to a clear understanding of the witness' testimony or the determination of a fact in dispute (see F.R.E. 701), and/or it calls for a legal conclusion, and/or it is attempted expert testimony from a witness who was not designated as an expert and who did not submit an expert report (*see* FRCP 26). |
| 702 | Improper expert opinion (*see* F.R.E. 702). |
| 703 | Experts may rely on inadmissible evidence in forming their opinions, but probative value must substantially outweigh prejudicial effect. |
| 802 | Hearsay. This testimony/exhibit is objectionable because it is a statement made by one other than the declarant while testifying at trial, offered into evidence to prove the truth of the matter asserted and not subject to any hearsay exception (*see* F.R.E. 801 and 802). |
| 901 | This testimony/exhibit is objectionable because it concerns a document for which authentication is lacking (*see* F.R.E. 901 *et seq.*). |
| 1006 | Improper summary, chart or calculation (*see* F.R.E. 1006). |
| AF | Assumes a fact not in evidence.(*see* F.R.E. 104(b)) |
| B | Best evidence (*see* F.R.E. 1002, 1003, 1004) |
| CQ | Compound question. |
| NT | Not testimony; improper deposition designation (e.g., attorney objections not removed, etc.) |
| IM | Improper impeachment (*see* F.R.E. 613) |
| IQ | Incomplete question/incomplete answer. |
| LC | Document contains legal opinions and/or attorney argument (e.g. pleadings, Court orders) |
| MC | Mischaracterizes testimony, misleading or misstates evidence; nonresponsive/volunteered answer |
| MD | Multiple documents listed as a single exhibit |
| MIL | Subject to motion in limine. |
| NP | Not prior art |

| Code | Description |
|------|-------------|
| NTD | Not timely disclosed (FRCP 26/37(c)) |
| OS | Outside scope of designated subject matter including outside scope of 30(b)(6) topics/initial disclosures |
| P | Subject to privilege / attorney work product |
| Y | Wrong document identified or incorrectly described |
| R | Readability |

# EXHIBIT 8

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.,*
No. 20-987 (CFC) (Consolidated)

**Joint Trial Exhibit List**

| JTX | Description | BegBates | EndBates |
|---|---|---|---|
| JTX-20001 | Certified Copy of U.S. Patent No. 6,911,461 | UCB_BRIV_00000053 | UCB_BRIV_00000099 |
| JTX-20002 | Certified Copy of Prosecution History of U.S. Patent No. 6,911,461 | UCB_BRIV_00001136 | UCB_BRIV_00001506 |
| JTX-20003 | Certified Copy of Assignment for U.S. Patent No. 6,911,461 (Assignment 1) | UCB_BRIV_00001905 | UCB_BRIV_00001908 |
| JTX-20004 | Certified Copy of Assignment for U.S. Patent No. 6,911,461 (Assignment 2) | UCB_BRIV_00001909 | UCB_BRIV_00001913 |
| JTX-20005 | Certified Copy of Assignment for U.S. Patent No. 6,911,461 (Assignment 3) | UCB_BRIV_00001914 | UCB_BRIV_00001918 |
| JTX-20006 | Certified Copy of Assignment for U.S. Patent No. 6,911,461 (Assignment 4) | UCB_BRIV_00001919 | UCB_BRIV_00001925 |
| JTX-20007 | Certified Copy of U.S. Patent No. 6,784,197 | UCB_BRIV_00000001 | UCB_BRIV_00000052 |
| JTX-20008 | Certified Copy of Prosecution History of U.S. Patent No. 6,784,197 | UCB_BRIV_00000149 | UCB_BRIV_00001135 |
| JTX-20009 | Certified Copy of Assignment for U.S. Patent No. 6,784,197 (Assignment 1) | UCB_BRIV_00001884 | UCB_BRIV_00001887 |
| JTX-20010 | Certified Copy of Assignment for U.S. Patent No. 6,784,197 (Assignment 2) | UCB_BRIV_00001888 | UCB_BRIV_00001892 |
| JTX-20011 | Certified Copy of Assignment for U.S. Patent No. 6,784,197 (Assignment 3) | UCB_BRIV_00001893 | UCB_BRIV_00001897 |
| JTX-20012 | Certified Copy of Assignment for U.S. Patent No. 6,784,197 (Assignment 4) | UCB_BRIV_00001898 | UCB_BRIV_00001904 |
| JTX-20013 | Certified Copy of U.S. Patent No. 8,492,416 | UCB_BRIV_00000100 | UCB_BRIV_00000148 |
| JTX-20014 | Certified Copy of Prosecution History of U.S. Patent No. 8,492,416 | UCB_BRIV_00001507 | UCB_BRIV_00001883 |
| JTX-20015 | Certified Copy of Assignment for U.S. Patent No. 8,492,416 (Assignment 1) | UCB_BRIV_00001926 | UCB_BRIV_00001932 |
| JTX-20016 | Certified Copy of Assignment for U.S. Patent No. 8,492,416 (Assignment 2) | UCB_BRIV_00001933 | UCB_BRIV_00001937 |
| JTX-20017 | Petition for Correction of 120 Inventorship Under 37 CFR 1.324 | UCB_BRIV_00001300 | UCB_BRIV_00001303 |
| JTX-20018 | Defendants' Notice of Deposition to Plaintiffs UCB, Inc. and UCB Biopharma SRL Pursuant to Fed. R. Civ. P. 30(b)(6) (dated Oct. 29, 2021) | N/A | N/A |
| JTX-20019 | Frequently Ask Questions \| BRIVIACT Representative Guide | UCB_BRIV_00419920 | UCB_BRIV_00419938 |
| JTX-20020 | KEPPRA™ (levetiracetam) Product Insert, revised 09/2020 | UCB_BRIV_00428213 | UCB_BRIV_00428245 |
| JTX-20021 | Wolfgang Löscher, Basic aspects of epilepsy, 6 Current Op. in Neurology and Neurosurgery 223 (1993) | UCB_BRIV_00428100 | UCB_BRIV_00428109 |
| JTX-20022 | Wolfgang Löscher et al., Strategies in antiepileptic drug development: is rational drug design superior to random screening and structural variation?, 17 Epilepsy Research 95 (1994) | UCB_BRIV_00427708 | UCB_BRIV_00427747 |
| JTX-20023 | Wolfgang Löscher, New visions in the pharmacology of anticonvulsion, 342 Eur. J. Pharm. 1 (1998) | UCB_BRIV_00427521 | UCB_BRIV_00427533 |
| JTX-20024 | Wolfgang Löscher et al., Modern antiepileptic drug development has failed to deliver: Ways out of the current dilemma, 52:4 Epilepsia 657 (2011) | UCB_BRIV_00428134 | UCB_BRIV_00428155 |
| JTX-20025 | Wolfgang Löscher et al., Synaptic Vesicle Glycoprotein 2A Ligands in the Treatment of Epilepsy and Beyond, 30 CNS Drugs 1055 (2016) | UCB_BRIV_00428110 | UCB_BRIV_00428132 |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*,
**No. 20-987 (CFC) (Consolidated)**

**Joint Trial Exhibit List**

| JTX | Description | BegBates | EndBates |
|---|---|---|---|
| JTX-20026 | Wolfgang Löscher et al., Drug Resistance in Epilepsy: Clinical Impact, Potential Mechanisms, and New Innovative Treatment Options, 72 Pharmacol. Rev. 606 (2020) | UCB_BRIV_00428009 | UCB_BRIV_00428041 |
| JTX-20027 | Wolfgang Löscher, Single-Target Versus Multi-Target Drugs Versus Combinations of Drugs With Multiple Targets:Preclinical and Clinical Evidence for the Treatment or Prevention of Epilepsy, 12 Frontiers in Pharmacology 1 (2021) | UCB_BRIV_00427582 | UCB_BRIV_00427603 |
| JTX-20028 | Sanjay N. Mandhane et al., Timed Pentylenetetrazol infusion test: A comparative analysis with s.c.PTZ and MES models of anticonvulsant screening in mice, 16 Seizure 636 (2007) | UCB_BRIV_00427029 | UCB_BRIV_00427037 |
| JTX-20029 | Roger J. Porter et al., The Anticonvulsant Screening Program of the National Institute of Neurological Disorders and Stroke, NIH: History and Contributions to Clinical Care in the Twentieth Century and Beyond, 42 Neurochemistry Research 1889 (2017) | UCB_BRIV_00427483 | UCB_BRIV_00427487 |
| JTX-20030 | Bryan A. Roecklein et al., Fluorofelbamate, 4 Neurotherapeutics: The J. of the American Society for Experimental NeuroTherapeutics 97 (2007) | UCB_BRIV_00427020 | UCB_BRIV_00427024 |
| JTX-20031 | James P. Stables et al., The NIH Anticonvulsant Drug Development (ADD) Program: preclinical anticonvulsant screening project, in MOLECULAR AND CELLULAR TARGETS FOR ANTI- | UCB_BRIV_00427415 | UCB_BRIV_00427423 |
| JTX-20032 | James P. Stables et al., Models for Epilepsy and Epileptogenesis: Report from the NIH Workshop, Bethesda, Maryland, 43:11 Epilepsia 1410 (2002) | UCB_BRIV_00428085 | UCB_BRIV_00428095 |
| JTX-20033 | Tohru Takebe et al., The Current Status of Drug Discovery and Development as Originated in United States Academia: The Influence of Industrial and Academic Collaboration on Drug Discovery and Development, 11 Clinical and Translational Science 597 (2018) | UCB_BRIV_00427473 | UCB_BRIV_00427482 |
| JTX-20034 | U.S. Patent No. 6,492,388 | UCB_BRIV_00429421 | UCB_BRIV_00429435 |
| JTX-20035 | EPILEPSY THERAPY SCREENING PROGRAM (ETSP), https://www.ninds.nih.gov/Current-Research/Focus-Research/Focus-Epilepsy/ETSP (last visited March 30, 2022) | UCB_BRIV_00428466 | UCB_BRIV_00428467 |
| JTX-20036 | M.A. Rogawski, Brivaracetam: a rational drug discovery success story, 154 British Journal of Pharmacology 1555 (2008) | UCB_BRIV_00426972 | UCB_BRIV_00426974 |
| JTX-20037 | Camille Georges Wermuth, The Practice of Medicinal Chemistry, Chapter 6, Strategies in the Search for New Lead Compounds or Original Working Hypotheses, 82 (1996) | UCB_BRIV_00427208 | UCB_BRIV_00427233 |
| JTX-20038 | BRIVIACT Prescribing Information (Rev. 5/2018) | UCB_BRIV_00020140 | UCB_BRIV_00020157 |
| JTX-20039 | U.S. Patent No. 6,605,610 | UCB_BRIV_00429436 | UCB_BRIV_00429474 |
| JTX-20040 | Ali A. Asadi-Pooya et al., Efficacy and tolerability of adjunctive brivaracetam in patients with prior antiepileptic drug exposure: A post-hoc study, Epilepsy Research 131, 70 (2017) | UCB_BRIV_00426916 | UCB_BRIV_000426921 |
| JTX-20041 | Biton et al., Brivaracetam as adjunctive treatment for uncontrolled partial epilepsy in adults: A phase III randomized, double-blind, placebo-controlled trial, Epilepsia 55(1): 57 (2014) | UCB_BRIV_00420730 | UCB_BRIV_000420740 |
| JTX-20042 | Neil Buchanan, The Occurrence, Management and Outcome of Antiepileptic Drug Side Effects in 767 Patients, 1 Seizure 89 (1992) | UCB_BRIV_00427854 | UCB_BRIV_00427864 |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*,
**No. 20-987 (CFC) (Consolidated)**

**Joint Trial Exhibit List**

| JTX | Description | BegBates | EndBates |
|---|---|---|---|
| JTX-20043 | Chantal Depondt, Brivaracetam Retention Rate and Seizure Outcomes in Patients with Drug-Resistant Focal Epilepsy Included in the Medical Need Program in Belgium: AReal-World, Multicenter, Chart Review, Drugs – Real World Outcomes (2021) | UCB_BRIV_00427865 | UCB_BRIV_00427876 |
| JTX-20044 | J.A. French et al., Adjunctive brivaracetam for refractory partial-onset seizures: A randomized, controlled trial, 75 Neurology 519 (2010) | UCB_BRIV_00427545 | UCB_BRIV_00427553 |
| JTX-20045 | Cerine Hansen et al., Mechanisms Underlying Aggressive Behavior Induced by Antiepileptic Drugs: Focus on Topiramate, Levetiracetam, and Perampanel, Behavioral Neurology 1 (2018) | UCB_BRIV_00428067 | UCB_BRIV_00428084 |
| JTX-20046 | Martin Hirsch et al., Tolerability, efficacy and retention rate of Brivaracetam in patients previously treated with Levetiracetam: A monocenter retrospective outcome analysis, 61 Eur. J. of Epilepsy 98 (2018) | UCB_BRIV_00208130 | UCB_BRIV_00208135 |
| JTX-20047 | Pavel Klein et al., A randomized, doubleblind, placebo-controlled, multicenter, parallel-group study to evaluate the efficacy and safety of adjunctive brivaracetam in adult patients with uncontrolled partial-onset seizures, 56:12 Epilepsia 1890 (2015) | UCB_BRIV_00291193 | UCB_BRIV_00291201 |
| JTX-20048 | Simona Lattanzi et al., Brivaracetam add-on for refractory focal epilepsy, 86 Neurology 1344 (2016) | UCB_BRIV_00427554 | UCB_BRIV_00427573 |
| JTX-20049 | Wolfgang Löscher, The ups and down of alkyl-carbamates in epilepsy therapy: How does cenobamate differ?, Epilepsia 62:596 (2021) | UCB_BRIV_00427437 | UCB_BRIV_00427455 |
| JTX-20050 | Junpeng Ma et al., Adjunctive brivaracetam for patients with refractory partial seizures: A meta-analysis of randomized placebocontrolled trials, 114 Epilepsy Research 59 (2015) | UCB_BRIV_00427797 | UCB_BRIV_00427803 |
| JTX-20051 | Sara McGuire et al., Safety and Efficacy of Brivaracetam in Pediatric Refractory Epilepsy: A Single-Center Clinical Experience, J. of Child Neurology 35(2):102 (2020) | UCB_BRIV_00427678 | UCB_BRIV_00427681 |
| JTX-20052 | Anup D. Patel et al., Saftey and tolerability of adjunctive brivaracetam in children with focal seizures: Interim analysis of pooled data from two open-label trials, Eur. J. of Pediatric Neurol. 25:68 (2020) | UCB_BRIV_00427613 | UCB_BRIV_00427621 |
| JTX-20053 | Susanne Schubert-Bast, Postmarketing experience with brivaracetam in the treatment of focal epilepsy in children and adolescents, Epilepsy and Behavior 89 (2018) | UCB_BRIV_00210604 | UCB_BRIV_00210608 |
| JTX-20054 | Bernhard J. Steinhoff et al., Effectiveness and tolerability of adjunctive brivaracetam in patients with focal seizures: Second interim analysis of 6-month data from a prospective observational study in Europe, 165 Epilepsy Research 2 (2020) | UCB_BRIV_00427380 | UCB_BRIV_00427395 |
| JTX-20055 | Bernhard J. Steinhoff, Behavioral adverse events with brivaracetam, levetiracetam, perampanel, and topiramate: A systematic review, Epilepsy & Behavior 118 (2021) | UCB_BRIV_00427310 | UCB_BRIV_00427319 |
| JTX-20056 | Isabel Steinig et al., Postmarketing experience with brivaracetam in the treatment of epilepsies: A multi-center cohort study from Germany, Epilepsia 58: 1208 (2017) | UCB_BRIV_00427365 | UCB_BRIV_00427373 |
| JTX-20057 | Evangelia Theocari et al., Brivaracetam in adults with drug-resistant epilepsy and psychiatric comorbidities, Epilepsy & Behavior 90 (2019) | UCB_BRIV_00204914 | UCB_BRIV_00204916 |
| JTX-20058 | Alberto Verroti et al., The adverse event profile of levetiracetam: A meta-analysis on children and adults, Seizure 31:49 (2015) | UCB_BRIV_00427456 | UCB_BRIV_00427462 |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.,*
**No. 20-987 (CFC) (Consolidated)**

**Joint Trial Exhibit List**

| JTX | Description | BegBates | EndBates |
|---|---|---|---|
| JTX-20059 | Vicente Villanueva et al., BRIVA-LIFE-A multicenter retrospective study of the longterm use of brivaracetam in clinical practice, Acta Neurol. Scand., 139(4):360 (2019) | UCB_BRIV_00426975 | UCB_BRIV_00426983 |
| JTX-20060 | Stephen L. Yates et al., An open-label, prospective, exploratory study of patients with epilepsy switching from levetiracetam to brivaracetam, 52 Epilepsy & Behavior 165 (2015) | UCB_BRIV_00176733 | UCB_BRIV_00176736 |
| JTX-20061 | Felix Zahnert, Brivaracetam in the Treatment of Patients with Epilepsy — First Clinical Experiences, Frontiers in Nurol. 9 (2018) | UCB_BRIV_00428198 | UCB_BRIV_00428204 |
| JTX-20062 | Zhu Li-na et al., The adverse event profile of birvaracetam: A meta-analysis of randomized controlled trials, Seizure 45 (2017) | UCB_BRIV_00427463 | UCB_BRIV_00427472 |
| JTX-20063 | KEPPRA Prescribing Information (Rev. 10/2020) | UCB_BRIV_00429316 | UCB_BRIV_00429348 |
| JTX-20064 | J.T. Atkins et al., Pre-Clinical Animal Models are Poor Predictors of Human Toxicities in Phase 1 Oncology Clinical Trials, 123 British J. Cancer 1496 (2020) | UCB_BRIV_00428255 | UCB_BRIV_00428260 |
| JTX-20065 | W.A. Banks, Characeteristics of Compounds that Cross the Blood-Brain Barrier, 9 BMC Neurology 1 (2009) | UCB_BRIV_00428261 | UCB_BRIV_00428265 |
| JTX-20066 | Briviact® August 2021 Prescribing Information | UCB_BRIV_00426984 | UCB_BRIV_00427002 |
| JTX-20067 | J. Caldwell et al., An Introduction to Drug Disposition: The Basic Principles of Absorption, Distribution, Metabolism, and Excretion, 23(2) Toxicologic Pathology 102 (1995) | UCB_BRIV_00428336 | UCB_BRIV_00428348 |
| JTX-20068 | J.G. Cannon, Pharmacology for Chemists (1999) | UCB_BRIV_00429039 | UCB_BRIV_00429063 |
| JTX-20069 | Diastereomers - more than one chiral center, available at https://chem.libretexts.org/@go/page/45160 (May 30, 2020) | UCB_BRIV_00429015 | UCB_BRIV_00429019 |
| JTX-20070 | W. O. Foye et al., Principles of Medicinal Chemistry (4th ed. 1995) | UCB_BRIV_00428478 | UCB_BRIV_00428494 |
| JTX-20071 | P.M. Friden et al., Anti-transferrin Receptor Antibody and Antibody-Drug Conjugates Cross the Blood-Brain Barrier, 88 Proc. Nat'l. Acad. Sci. USA 4771 (1999) | UCB_BRIV_00428495 | UCB_BRIV_00428499 |
| JTX-20072 | U. Frommer et al., Hydroxylation of Aliphatic Compounds by Liver Microsomes, I. The Distribution Pattern of Isomeric Alcohols, Biolog. Chem., 351(2) 903–912 (1970) | UCB_BRIV_00428500 | UCB_BRIV_00428509 |
| JTX-20073 | R. Heidari et al. Factors affecting drug-induced liver injury: antithyroid drugs as instances, Clin. & Mol. Hepat. 20, 237–248, 238 (2014) | UCB_BRIV_00428537 | UCB_BRIV_00428548 |
| JTX-20074 | H.D. Jakubke et al., Peptide Modification by Introduction of α- trifluoromethyl Substituted Amino Acids, 8 Amino Acids 187, 187 (1995) | UCB_BRIV_00428556 | UCB_BRIV_00428563 |
| JTX-20075 | Benoit Kenda et al., Discovery of 4-Substituted Pyrrolidone Butanamides as New Agents with Significant Antiepileptic Activity, 47 J. Med. Chem., 530–49 (2004) | UCB_BRIV_00311608 | UCB_BRIV_00311627 |
| JTX-20076 | H. Klitgaard et al., Brivaracetam: Rationale for Discovery and Preclinical Profile of a Selective SV2A Ligand for Epilepsy Treatment, 57(4) Epilepsia 538 (2016) | UCB_BRIV_00263800 | UCB_BRIV_00263810 |
| JTX-20077 | M. Lázníček and A. Lázníčková, The effect of lipophilicity on the protein binding and blood cell uptake of some acidic drugs, 13(7) J. Pharmaceutical and Biomedical Analysis, 13(7), 823–28 (1995) | UCB_BRIV_00428598 | UCB_BRIV_00428603 |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.*,
No. 20-987 (CFC) (Consolidated)

**Joint Trial Exhibit List**

| JTX | Description | BegBates | EndBates |
|---|---|---|---|
| JTX-20078 | R.L. Leadley Jr. et al., Contribution of in Vivo Models of Thrombosis to the Discovery and Development of Novel Antithrombotic Agents, 43 J. Pharmacological & Toxicological Methods 101 (2000) | UCB_BRIV_00429064 | UCB_BRIV_00429079 |
| JTX-20079 | J.Y. Liu et al., Substituted Phenyl Groups Improve the Pharmacokinetic Profile and Anti-Inflammatory Effect of Urea- Based Soluble Epoxide Hydrolase Inhibitors in Murine Models, 48(4-5) European J. Pharmaceutical Sciences 619 (2005) | UCB_BRIV_00428613 | UCB_BRIV_00428621 |
| JTX-20080 | W. Löscher and H. Potschka, Role of Multidrug Transporters in Pharmacoresistance to Antiepileptic Drug, Journal of Pharmacology and Experimental Therapeutics, 301:7–14 (2002) | UCB_BRIV_00428643 | UCB_BRIV_00428650 |
| JTX-20081 | D.F. McMillen & D.M. Golden, Hydrocarbon Bond Dissociation Energies, 33 Annual Review Physical Chemistry 493 (1982) | UCB_BRIV_00429080 | UCB_BRIV_00429119 |
| JTX-20082 | Meprobamate Prescribing Information | UCB_BRIV_00428712 | UCB_BRIV_00428719 |
| JTX-20083 | P.R. Ortiz de Montellano, Hydrocarbon hydroxylation by cytochrome P450 enzymes, 110 Chemical Reviews 932–48, Figure 18 (2010) | UCB_BRIV_00428728 | UCB_BRIV_00428744 |
| JTX-20084 | W.M. Pardridge, Blood-Brain Barrier Biology and Methodology, J. NeuroVirology 556 (1999) | UCB_BRIV_00428745 | UCB_BRIV_00428759 |
| JTX-20085 | Graham L. Patrick, An Introduction to Medicinal Chemistry, Chapter 7, Drug development (1st ed. 1995) | UCB_BRIV_00429120 | UCB_BRIV_00429150 |
| JTX-20086 | G. Patrick, An Introduction to Medicinal Chemistry, Chapter 9, Drug design and drug-target interactions, 191–219, 2nd ed. (2001) | UCB_BRIV_00427162 | UCB_BRIV_00427207 |
| JTX-20087 | R.Y. Popova et al., Pharmacological activity of analogs and cycloanalogs of pyracetam, 17 Pharm. Chem. J. 858–864 (1983) | UCB_BRIV_00428790 | UCB_BRIV_00428796 |
| JTX-20088 | D.D. Shen, Absorption, Distribution, and Excretion in Valproate: Milestones in Drug Therapy 77 (1999) | UCB_BRIV_00428822 | UCB_BRIV_00428835 |
| JTX-20089 | Roger A. Smith et al., Discovery of Heterocyclic Ureas as a New Class of Raf Kinase Inhibitors: Identification of a Second Generation Lead by a Combinatorial Chemistry Approach, 11 Bioorg. Med. Chem. Lett. 2775 (2001) | UCB_BRIV_00427786 | UCB_BRIV_00427789 |
| JTX-20090 | V. Stanulović et al., Drug Tolerability: How Much Ambiguity Can Be Tolerated? A Systematic Review of the Assessment of Tolerability in Clinical Studies, 88 British J. Clinical Pharmacology 551 (2022) | UCB_BRIV_00428856 | UCB_BRIV_00428870 |
| JTX-20091 | T. Takeuchi et al., A 5'-(Trifluoromethyl)anthracycline Glycoside: Synthesis of Antitumor-Active 7-O-(2,6-Dideoxy-6,6,6-trifluoro-r-L-lyxo-hexopyranosyl)adriamycinone, 39 J. Med. Chem. 1582, 1582 (1996) | UCB_BRIV_00428871 | UCB_BRIV_00428877 |
| JTX-20092 | I. Tamai and A. Tsuji, Drug Delivery Through the Blood-Brain Barrier, 19 Advanced Drug Delivery Reviews 401, 402 (1996) | UCB_BRIV_00428878 | UCB_BRIV_00428901 |
| JTX-20093 | Vollhardt, KPC and Schore, N., Organic Chemistry, Structure and Function, Chapter 1, 1–49 (3d ed. 1998) | UCB_BRIV_00428932 | UCB_BRIV_00428982 |
| JTX-20094 | D. D. M. Wayner et al., C–H Bond Dissociation Energies of Alkyl Amines: Radical Structures and Stabilization Energies, 119 J. Am. Chem. Soc. 8925–32 (1997) | UCB_BRIV_00428983 | UCB_BRIV_00428990 |

*UCB, Inc., et al. v. Annora Pharma Private Ltd., et al.* ,
**No. 20-987 (CFC) (Consolidated)**

**Joint Trial Exhibit List**

| JTX | Description | BegBates | EndBates |
|---|---|---|---|
| **JTX-20095** | R.O. Weller, Pathology of Cerebrospinal Fluid and Interstitial Fluid of the CNS: Significance for Alzheimer Disease, Prion Disorders and Multiple Sclerosis, 57(1) J. Neuropathology and Experimental Neurology 885 (1998) | UCB_BRIV_00428991 | UCB_BRIV_00429000 |
| **JTX-20096** | P. Wils et al., High lipophilicity decreases drug transport across intestinal epithelial cells, 269(2) J. Pharmacology and Experimental Therapeutics 654–58 (1994) | UCB_BRIV_00429002 | UCB_BRIV_00429006 |
| **JTX-20097** | Avraham Yacobi et al., Serum Protein Binding As a Determinant of Warfarin Body Clearance and the Anticoagulant Effect, 19 Clinical Pharmacology & Therapeutics 552 (1976) | UCB_BRIV_00429182 | UCB_BRIV_00429188 |
| **JTX-20098** | Yang et al., Mechanism of Block of a Human Cardiac Potassium Channel by Terfenadine Racemate and Enantiomers, 115 British J. Pharmacology 267 (1995) | UCB_BRIV_00429007 | UCB_BRIV_00429014 |
| **JTX-20099** | B.Y. Zhu & R.M. Scarborough, Recent advances in inhibitors of factor Xa in the prothrombinase complex, 1(1) Current Opinion in Cardiovascular, Pulmonary & Renal Investigational Drugs, 63–88 (1999) | UCB_BRIV_00429189 | UCB_BRIV_00429213 |
| **JTX-20100** | W.M. Pardridge, Blood-Brain Barrier Delivery, 12 Drug Discovery Today 54 (2007) | UCB_BRIV_00428760 | UCB_BRIV_00428767 |
| **JTX-20101** | Christian Brandt, et. al., Brivaracetam as adjunctive therapy for the treatment of partial-onset seizures in patients with epilepsy: the current evidence base, Therapeutic Advances in Neurological Disorders 9(6) | UCB_BRIV_00426922 | UCB_BRIV_00426930 |
| **JTX-20102** | S. Banfi et al., Methylazoxymethanol microencephaly in rats: neurochemical characterization and behavioral studies with the nootropic oxiracetam 16(1) Pharm. Res. Commun. 67–83 (1984) | UCB_BRIV_00429020 | UCB_BRIV_00429038 |
| **JTX-20103** | Stipulation Order Regarding Infringement of U.S. Patent No. 6,911,461 (dated May 25, 2021) (D.I. # | N/A | N/A |
| **JTX-20104** | Stipulation Order Regarding Commercial Success/Embodiment (dated Dec. 10, 2021) (D.I. # 156) | N/A | N/A |
| **JTX-20105** | Curriculum Vitae of Wolfgang Löscher, D.V.M. | N/A | N/A |
| **JTX-20106** | List of Testimony of Wolfgang Löscher, D.V.M. | N/A | N/A |
| **JTX-20107** | List of Publications of Wolfgang Löscher, D.V.M. | N/A | N/A |
| **JTX-20108** | Curriculum Vitae of David MacMillan, Ph.D. | N/A | N/A |
| **JTX-20109** | Curriculum Vitae of Tristan T. Sands, M.D., Ph.D. | N/A | N/A |
| **JTX-20110** | Exhibit A - C.V. of Salvatore D. Lepore | N/A | N/A |
| **JTX-20111** | Exhibit A - Opening Expert Report of Samuel Pleasure, CV | N/A | N/A |

# EXHIBIT 9

# EXHIBIT 9A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 20-987 (CFC) |
| v. | ) ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## EXHIBIT 9A
## PLAINTIFFS' WITNESS LIST

Pursuant to Local Rule 16.3(c), Plaintiffs intend to call the following witnesses to testify live or by deposition at trial. Plaintiffs may revise or supplement this list consistent with the Pretrial Order or as otherwise permitted by the Court. If any witness Plaintiffs intend to call to testify live is unavailable, Plaintiffs may offer deposition testimony from such witness. Plaintiffs also may call live or by deposition anyone appearing on Defendants' witness list. Plaintiffs further may call live or by deposition any witness to provide foundational testimony should any party contest the authenticity or admissibility of any material proffered at trial. Plaintiffs may call any witness for impeachment purposes. Plaintiffs are not required to present testimony from any witness on its list of witnesses.

| EXPERT WITNESS | LIVE OR BY DEPOSITION |
|---|---|
| **David MacMillan, Ph.D.**<br>(CV included in Exhibit 9B)[1] | Live |
| **Wolfgang Löscher, D.V.M.**<br>(CV included in Exhibit 9B) | Live |
| **Tristan Sands, M.D., Ph.D.**<br>(CV included in Exhibit 9B) | Live |

[1] The CVs for every expert witness expected to testify for Plaintiffs at the time of trial are included in Exhibit 9B to the Pretrial Order.

| FACT WITNESS[2] | LIVE OR BY DEPOSITION | TITLE |
|---|---|---|
| Patrick Pasau, Ph.D. | Deposition | Head, Enabling Technologies, UCB |
| Benedicte Lallemand | Deposition | Senior Principal Scientist, High Throughput Organic Synthesis, UCB |
| Henrik Klitgaard, Ph.D. | Deposition | Vice President, Fellow, New Medicines, UCB (Retired) |
| Benoit Kenda, Ph.D. | Deposition | Head, Partnering Early Solutions, UCB |
| Alain Matagne | Deposition | Head, Research & Clinical Processes, UCB |

Plaintiffs hereby provide a brief statement of the qualifications and expected testimony to be offered by the expert witnesses Plaintiffs expect to call at trial. The qualifications and opinions of these witnesses are set forth more fully in their respective expert reports and *curriculum vitaes*.

### A.     Professor Wolfgang Löscher, D.V.M.

Professor Löscher is a Research Professor in the Department of Pharmacology, Toxicology, and Pharmacy at the University of Veterinary Medicine in Hannover, Germany, where he has been a Professor since 1987. Professor Löscher holds a doctoral degree in veterinary medicine, and has completed post-doctoral work in pharmacology at the Free University of Berlin, LEO Pharmaceuticals, and the National Institutes of Health in Bethesda, Maryland. For several decades, Professor Löscher's

---

[2] Plaintiffs may also call witnesses by deposition through its counter-designations to Defendants' affirmative deposition designations.

research has focused on the pharmacology and neurobiology of epilepsy and other brain disorders, with a particular focus on anti-seizure drugs. He has been involved in the development of several anti-seizure drugs, including imepitoin, levetiracetam, and vigabatrin. Since the 1970s, he has published approximately 700 articles in peer-reviewed journals, most relating to anti-seizure drugs and epilepsy. He has received a number of industry awards for his work in the epilepsy space.

Professor Löscher is expected to offer testimony relating to the nonobviousness of the claimed invention, including the selection of a lead compound and objective indicia. In particular, Professor Löscher is expected to offer the opinion that a person of ordinary skill in the art would not have selected levetiracetam as a lead compound as of February 2000. Professor Löscher is also expected to offer testimony relating to objective indicia of nonobviousness, including the indicia of unexpected results (from the perspective of a pharmacologist) and failure of others. Professor Löscher is also expected to offer background testimony on epilepsy and drug discovery in the epilepsy field.

### B.    David MacMillan, Ph.D.

Dr. MacMillan is the James S. McDonnell Distinguished University Professor of Chemistry and Director of the Merck Center for Catalysis at Princeton University, where he has been a Professor since 2006. Dr. MacMillan was awarded the 2021 Nobel Prize in Chemistry for the development of asymmetric organocatalysts. He was

4

previously the Earle C. Anthony Professor of Chemistry at the California Institute of Technology from 2004 to 2006. Dr. MacMillan holds a doctoral degree in organic chemistry and has completed post-doctoral work in organic chemistry at Harvard University. Dr. MacMillan is also a member of the National Academy of Sciences and a Fellow of the Royal Society.

Dr. MacMillan's research has focused on chemical synthesis, which is a specialty within organic chemistry consisting of new reaction development, asymmetric catalysis, medicinal chemistry, and chemical biology. Through his work at the Merck Center for Catalysis and an independent scientific consultant, Dr. MacMillan has collaborated with and consulted for numerous global pharmaceutical companies in developing biologically active small molecules. Dr. MacMillan has published hundreds of articles in peer-reviewed journals relating to medicinal and organic chemistry, and he has received a number of awards for his work.

Dr. MacMillan is expected to offer testimony relating to the nonobviousness of the claimed invention, including that a person of ordinary skill in the art would not have been motivated to modify levetiracetam nor had a reasonable expectation of success in doing so as of February 2000. Dr. MacMillan is also expected to offer testimony relating to skepticism of others, as well as background in medicinal chemistry and drug discovery.

### C.     Tristan Sands, M.D., Ph.D.

Dr. Sands is an Assistant Professor of Neurology and a practicing neurologist at the Columbia University Irving Medical Center ("CUIMC"), with national certifications from the American Board of Psychiatry & Neurology in Epilepsy, Clinical Neurophysiology, and Neurology, including a Special Qualification in Child Neurology. Dr. Sands has been teaching and practicing at CUIMC since 2017. Dr. Sands's research focuses on neonatal and pediatric epileptology and he has authored several dozen scientific papers, scholarly reviews, and book chapters on neurology, including epilepsy. Dr. Sands has been prescribing Briviact to his patients—including pediatric patients—since 2018.

Dr. Sands is expected to offer testimony relating to the objective indicia of nonobviousness of the claimed invention from the perspective of a clinician, including long-felt but unmet need for improved epilepsy treatments, unexpected results, and praise. Dr. Sands is also expected to offer background testimony on epilepsy.

# EXHIBIT 9B

**Curriculum vitae**

**Prof. Dr. Wolfgang Löscher**

Professor of Pharmacology, Toxicology, and Pharmacy
Department of Pharmacology, Toxicology, and Pharmacy
University of Veterinary Medicine, D-30559 Hannover, Germany

## Education:

| | | | |
|---|---|---|---|
| Free University of Berlin, Germany | D.V.M. | 1969-74 | Veterinary Medicine |
| Free University of Berlin, Germany | Doctoral thesis | 1974-75 | Pharmacology |
| Free University of Berlin, Germany | Post Doc | 1975-78 | Pharmacology |
| Leo Pharmaceuticals, Copenhagen, Denmark | Post Doc | 1978 | Pharmacology |
| National Institutes of Health (NIH), Bethesda, MD | Post Doc | 1979 | Pharmacology |

## Positions:

| | | |
|---|---|---|
| Department of Pharmacology and Toxicology, | Research Assistant | 1975-80 |
| Free University of Berlin, Germany | Assistant Professor | 1980-86 |
| Dept. of Neuropsychopharmacology, Schering, | Senior scientist | 1986-87 |
| Berlin, Germany | | |
| Dept. of Pharmacology, Toxicology, and Pharmacy, School of Veterinary Medicine, Hannover, Germany | Professor and Chair | 1987-2019 |
| Same Department | Research Professor | 2019-present |
| Center for System Neuroscience, Hannover, Germany | Head | 2002-present |

## Specific Research Accomplishments:

Löscher's research interests are in the pharmacology and neurobiology of brain disorders, particularly epilepsy, including the pharmacology of antiseizure drugs, the mechanisms of pharmacoresistance in epilepsy, new therapies for prevention of acquired epilepsies, and, more recently, the later-life consequences of birth asphyxia, with the aim to find new targets for treatment. His many cooperations with pharmaceutical industry have fostered the development of new antiseizure drugs such as levetiracetam (the first blockbuster in epilepsy therapy) and imepitoin (the first therapy developed for canine epilepsy). Since 2000, Löscher is a member of the German Academy of Sciences (Leopoldina). Since 2015, W. Löscher is member of the External Consultant Board (ECB) of the NIH/NINDS Epilepsy Therapy Screening Project (ETSP) to provide regular feedback to the ETSP. Löscher acts as ad-hoc reviewer for >40 journals and is editorial board member or associate editor of seven journals.

## Publications:

~700 research reports and reviews in journals with peer-review system; h-index 89; sum of times cited >33,000

## Honorary Awards:

| | | |
|---|---|---|
| The Alfred Hauptmann Award | 1981 | For studies of GABA and the epilepsies |
| The Michael Prize | 1993 | For contributions to scientific research promoting further development in epileptology |
| Epilepsy Research Award of the International League against Epilepsy | 2001 | For outstanding contributions in pharmacologic development of antiepileptic drugs |
| Inclusion in ISIHighlyCited.com | 2001 | Inclusion in the ISI web-list of the world's most cited authors |
| Epilepsy Research Recognition Award for Basic Science of the American Epilepsy Society | 2006 | For research into the understanding of drug resistance |
| Ambassador for Epilepsy Award of the International League against Epilepsy | 2011 | In recognition of outstanding personal contribution to international activities advancing the cause of epilepsy |
| European Epileptology Award of the International League against Epilepsy | 2014 | In recognition of his outstanding contributions to European epileptology |
| Epilepsy Foundation of America | 2018 | Lifetime Accelerator Award |
| Inclusion in ISIHighlyCited.com | 2021 | Inclusion in the ISI web-list of the world's most cited authors |

## Editorial Boards:

| | | |
|---|---|---|
| Epilepsy Research | 1987-2006 | Founding Managing Editor |
| Drugs of the Future | 1985-2010 | Contributing Editor |
| Drugs of Today | 1985-2010 | Contributing Editor |
| European Journal of Pharmacology | 1995-present | Member of Editorial Board |
| Journal of Pharmacology and Experimental Therapeutics | 2000-2006 | Member of Editorial Advisory Board |
| Epilepsia | 2008-2012 | Member of Editorial Board |
| Neuropharmacology | 2011-present | Member of Editorial Board |
| Epilepsy & Behavior | 2016-present | Member of Editorial Board |
| Naunyn-Schmiedeberg's Archives of Pharmacology | 2016-2020 | Associate Editor |
| Neurobiology of Disease | 2020-present | Member of Editorial Board |
| Epilepsia | 2020-present | Member of Editorial Board |
| Pharmaceutics | 2021-present | Member of Editorial Board |
| Frontiers in Molecular Neuroscience | 2021-present | Associate Editor |

**Prof. Wolfgang Löscher**

**List of publications from the last 10 years**

**1. Original publications in journals**

459. Rattka, M., C. Brandt, M. Bankstahl, S. Bröer, and W. Löscher:
     Enhanced susceptibility to the GABA antagonist pentylenetetrazole during the latent period following a pilocarpine-induced status epilepticus in rats.
     *Neuropharmacology*, 60, 505-512, 2011.

460. Dörner, B., C. Kuntner, J. P. Bankstahl, T. Wanek, M. Bankstahl, J. Stanek, J. Mullauer, F. Bauer, S. Mairinger, W. Löscher, D. W. Miller, P. Chiba, M. Müller, T. Erker, and O. Langer:
     Radiosynthesis and in vivo evaluation of 1-[18F]fluoroelacridar as a positron emission tomography tracer for P-glycoprotein and breast cancer resistance protein.
     *Bioorg.Med.Chem.*, 19, 2190-2198, 2011.

461. Bankstahl, J. P., M. Bankstahl, C. Kuntner, J. Stanek, T. Wanek, M. Meier, X. Q. Ding, M. Müller, O. Langer, and W. Löscher:
     A novel positron emission tomography imaging protocol identifies seizure-induced regional overactivity of P-glycoprotein at the blood-brain barrier.
     *J Neurosci.*, 31, 8803-8811, 2011.

462. Langer, M., C. Brandt, C. Zellinger, and W. Löscher:
     Therapeutic window of opportunity for the neuroprotective effect of valproate versus the competitive AMPA receptor antagonist NS1209 following status epilepticus in rats. *Neuropharmacology*, 61, 1033-1047, 2011.

463. Potschka, H., S. Baltes, M. Fedrowitz, and W. Löscher:
     Impact of seizure activity on free extracellular phenytoin concentrations in amygdala-kindled rats.
     *Neuropharmacology*, 61, 909-917, 2011.

464. Laufs, H., M. P. Richardson, A. Salek-Haddadi, C. Vollmar, J. S. Duncan, K. Gale, L. Lemieux, W. Löscher, and M. J. Koepp:
     Converging PET and fMRI evidence for a common area involved in human focal epilepsies.
     *Neurology*, 77, 904-910, 2011.

465. Langer, M., C. Brandt, and W. Löscher:
     Marked strain and substrain differences in induction of status epilepticus and subsequent development of neurodegeneration, epilepsy, and behavioral alterations in rats.
     *Epilepsy Res*, 96, 207-224, 2011.

466. Töllner, K., S. Wolf, W. Löscher, and M. Gernert:

The anticonvulsant response to valproate in kindled rats is correlated with its effect on neuronal firing in the substantia nigra pars reticulata: a new mechanism of pharmacoresistance.
*J Neurosci.*, 31, 16423-16434, 2011.

467. Fedrowitz, M., R. Hass, C. Bertram, and W. Löscher:
Salivary alpha-amylase exhibits antiproliferative effects in primary cell cultures of rat mammary epithelial cells and human breast cancer cells.
*J Exp.Clin.Cancer Res*, 30, 102, 2011 (Open access).

468. Wanek, T., C. Kuntner, J. P. Bankstahl, M. Bankstahl, J. Stanek, M. Sauberer, S. Mairinger, S.   Strommer, V. Wacheck, W. Löscher, T. Erker, M. Müller, and O. Langer: A comparative small-animal PET evaluation of [$^{11}$C]tariquidar, [$^{11}$C]elacridar and ($R$)-[$^{11}$C]verapamil for detection of P-glycoprotein-expressing murine breast cancer.
*Eur.J Nucl.Med.Mol Imaging*, 39, 149-159, 2012.

469. Bankstahl, M., J. P. Bankstahl, P. Bloms-Funke, and W. Löscher:
Striking differences in proconvulsant-induced alterations of seizure threshold in two rat models.
*Neurotoxicology*, 33, 127-137, 2012.

470. Bauer, M., M. Zeitlinger, R. Karch, P. Matzneller, J. Stanek, W. Jäger, M. Bohmdorfer, W. Wadsak, M. Mitterhauser, J. P. Bankstahl, W. Löscher, M. Koepp, C. Kuntner, M. Müller, and O. Langer:
Pgp-mediated interaction between ($R$)-[$^{11}$C]verapamil and tariquidar at the human blood-brain barrier: a comparison with rat data.
*Clin.Pharmacol.Ther.*, 91, 227-233, 2012.

471. Bankstahl, M., J. P. Bankstahl, and W. Löscher:
Inter-individual variation in the anticonvulsant effect of phenobarbital in the pilocarpine rat model of temporal lobe epilepsy.
*Exp.Neurol.*, 234, 70-84, 2012.

472. Bankstahl, M., C. J. Müller, E. Wilk, K. Schughart, and W. Löscher:
Generation and characterization of pilocarpine-sensitive C57BL/6 mice as a model of temporal lobe epilepsy.
*Behav.Brain Res*, 230, 182-191, 2012.

473. Bröer, S., B. Backofen-Wehrhahn, M. Bankstahl, L. Gey, M. Gernert, and W. Löscher:
Vigabatrin for focal drug delivery in epilepsy: bilateral microinfusion into the subthalamic nucleus is more effective than intranigral or systemic administration in a rat seizure model.
*Neurobiol.Dis.*, 46, 362-376, 2012.

474. Fedrowitz, M. and W. Löscher:
Gene expression in the mammary gland tissue of female Fischer 344 and Lewis rats after magnetic field exposure (50 Hz, 100 µT) for 2 weeks.
*Int.J Radiat.Biol.*, 88, 425-429, 2012.

475. Mairinger, S., J. P. Bankstahl, C. Kuntner, K. Römermann, M. Bankstahl, T. Wanek, J.

Stanek, W. Löscher, M. Müller, T. Erker, and O. Langer:
The antiepileptic drug mephobarbital is not transported by P-glycoprotein or multidrug resistance protein 1 at the blood-brain barrier: a positron emission tomography study.
*Epilepsy Res*, 100, 93-103, 2012.

476. Rattka, M., C. Brandt, and W. Löscher:
Do proconvulsants modify or halt epileptogenesis? Pentylenetetrazole is ineffective in two rat models of temporal lobe epilepsy.
*Eur.J.Neurosci*. 36, 2505-2520. 2012.

477. Wanek, T., C. Kuntner, J. P. Bankstahl, S. Mairinger, M. Bankstahl, J. Stanek, M. Sauberer, T. Filip, T. Erker, M. Müller, W. Löscher, and O. Langer:
A novel PET protocol for visualization of breast cancer resistance protein function at the blood-brain barrier.
*J. Cereb.Blood Flow Metab.*, 32, 2002-2011, 2012.

478. Fedrowitz, M., R. Hass, and W. Löscher:
Effects of 50 Hz magnetic field exposure on the stress marker alpha-amylase in the rat mammary gland.
*Int.J Radiat.Biol.*, 88, 556-564, 2012.

479. Rattka, M., C. Brandt, and W. Löscher:
The intrahippocampal kainate model of temporal lobe epilepsy revisited: epileptogenesis, behavioral and cognitive alterations, pharmacological response, and hippoccampal damage in epileptic rats.
*Epilepsy Res*, 103, 135-152, 2013.

480. Bankstahl, J. P., M. Bankstahl, K. Römermann, T. Wanek, J. Stanek, A. D. Windhorst, M. Fedrowitz, T. Erker, M. Müller, W. Löscher, O. Langer, and C. Kuntner:
Tariquidar and elacridar are dose-dependently transported by P-glycoprotein and Bcrp at the blood-brain barrier: a small-animal positron emission tomography and in vitro study.
*Drug Metab. Dispos.*, 41, 754-762, 2013.

481. Steinmetz, S., A. Tipold, and W. Löscher:
Epilepsy after head injury in dogs: a natural model of posttraumatic epilepsy.
*Epilepsia*, 54, 580-588, 2013.

482. Müllauer, J., R. Karch, J. P. Bankstahl, M. Bankstahl, J. Stanek, T. Wanek, S. Mairinger, M. Müller, W. Löscher, O. Langer, and C. Kuntner:
Assessment of cerebral P-glycoprotein expression and function with PET by combined [11C]inhibitor and [11C]substrate scans in rats.
*Nucl.Med Biol.*, 40, 755-763, 2013.

483. Römermann, K., T. Wanek, M. Bankstahl, J. P. Bankstahl, M. Fedrowitz, M. Müller, W. Löscher, C. Kuntner, and O. Langer:
(R)-[(11)C]verapamil is selectively transported by murine and human P-glycoprotein at the blood-brain barrier, and not by MRP1 and BCRP.
*Nucl.Med Biol.*, 40, 873-878, 2013.

484. Noe, F. M., N. Polascheck, F. Frigerio, M. Bankstahl, T. Ravizza, S. Marchini, L. Beltrame, C. R. Bandero, W. Löscher, and A. Vezzani: Pharmacological blockade of IL-1beta/IL-1 receptor type 1 axis during epileptogenesis provides neuroprotection in two rat models of temporal lobe epilepsy. *Neurobiol.Dis.*, 59, 183-193, 2013.

485. Löscher, W., K. Hoffmann, F. Twele, H. Potschka, and K. Töllner: The novel antiepileptic drug imepitoin compares favourably to other GABA-mimetic drugs in a seizure threshold model in mice and dogs. *Pharmacol.Res.*, 77, 39-46, 2013.

486. Bankstahl, M., J. P. Bankstahl, and W. Löscher: Is switching from brand name to generic formulations of phenobarbital associated with loss of antiepileptic efficacy? A pharmacokinetic study with two oral formulations (Luminal® vet, Phenoleptil®) in dogs. *BMC Vet Res*, 9, 202, 2013.

487. Bankstahl, M., J. P. Bankstahl, and W. Löscher: Pilocarpine-induced epilepsy in mice alters seizure thresholds and the efficacy of antiepileptic drugs in the 6-Hertz psychomotor seizure model. *Epilepsy Res*, 107, 205-216, 2013.

488. Noack, A., S. Noack, A. Hoffmann, K. Maalouf, M. Buettner, P. O. Couraud, I. A. Romero, B. Weksler, D. Alms, K. Römermann, H. Y. Naim, and W. Löscher: Drug-induced trafficking of p-glycoprotein in human brain capillary endothelial cells as demonstrated by exposure to mitomycin C. *PLoS.One.*, 9, e88154, 2014.

489. Töpfer, M., K. Töllner, C. Brandt, F. Twele, S. Bröer, and W. Löscher: Consequences of inhibition of bumetanide metabolism in rodents on brain penetration and effects of bumetanide in chronic models of epilepsy. *Eur.J Neurosci.*, 39, 673-687, 2014.

490. Handreck, A., B. Backofen-Wehrhahn, S. Bröer, W. Löscher, and M. Gernert: Anticonvulsant effects by bilateral and unilateral transplantation of GABA-producing cells into the subthalamic nucleus in an acute seizure model. *Cell Transplant.*, 23, 111-132, 2014.

491. Bankstahl, J. P., C. Brandt, and W. Löscher. Prolonged depth electrode implantation in the limbic system increases the severity of status epilepticus in rats. *Epilepsy Res*, 108, 802-805, 2014.

492. Theilmann, W., W. Löscher, K. Socala, H. Frieling, S. Bleich, and C. Brandt: A new method to model electroconvulsive therapy in rats with increased construct validity and enhanced translational value. *J Psychiatr.Res*, 53, 94-98, 2014.

493. Töllner, K., C. Brandt, M. Töpfer, G. Brunhofer, T. Erker, M. Gabriel, P. W. Feit, J. Lindfors, K. Kaila, and W. Löscher: A novel prodrug-based strategy to increase effects of bumetanide in epilepsy.

*Ann.Neurol.*, 75, 550-562, 2014.

494. Alms, D., M. Fedrowitz, K. Römermann, A. Noack, and W. Löscher:
Marked differences in the effect of antiepileptic and cytostatic drugs on the functionality of P-glycoprotein in human and rat brain capillary endothelial cell lines.
*Pharm.Res*, 31, 1588-1604, 2014.

495. Brandt, C. and W. Löscher:
Antiepileptic efficacy of lamotrigine in phenobarbital-resistant and -responsive epileptic rats: A pilot study.
*Epilepsy Res*, 108, 1145-1157, 2014.

496. Klein, S., M. Bankstahl, M. Gramer, M. Hausknecht, and W. Löscher:
Low doses of ethanol markedly potentiate the anticonvulsant effect of diazepam in a mouse model of difficult-to-treat focal seizures.
*Epilepsy Res.*, 108, 1719-1727, 2014.

497. Töllner, K., C. Brandt, T. Erker, and W. Löscher:
Bumetanide is not capable of terminating status epilepticus but enhances phenobarbital efficacy in different rat models.
*Eur.J Pharmacol.*, 746, 78-88, 2015.

498. Klein, S., M. Bankstahl, and W. Löscher:
Inter-individual variation in the effect of antiepileptic drugs in the intrahippocampal kainate model of mesial temporal lobe epilepsy in mice.
*Neuropharmacology*, 90, 53-62, 2015.

499. Klein, S., J. P. Bankstahl, W. Löscher, and M. Bankstahl:
Sucrose consumption test reveals pharmacoresistant depression-associated behavior in two mouse models of temporal lobe epilepsy.
*Exp.Neurol.*, 263, 263-271, 2015.

500. Töllner, K., C. Brandt, K. Römermann, and W. Löscher:
The organic anion transport inhibitor probenecid increases brain concentrations of the NKCC1 inhibitor bumetanide.
*Eur.J Pharmacol.*, 746, 167-173, 2015.

501. Brandt, C., K. Töllner, R. Klee, S. Bröer, and W. Löscher:
Effective termination of status epilepticus by rational polypharmacy in the lithium-pilocarpine model in rats: window of opportunity to prevent epilepsy and prediction of epilepsy by biomarkers.
*Neurobiol.Dis.*, 75, 78-90, 2015.

502. Twele, F., M. Bankstahl, S. Klein, K. Römermann, and W. Löscher:
The AMPA receptor antagonist NBQX exerts anti-seizure but not antiepileptogenic effects in the intrahippocampal kainate mouse model of mesial temporal lobe epilepsy.
*Neuropharmacology*, 95, 234-242, 2015.

503. Römermann, K., J. P. Bankstahl, W. Löscher, and M. Bankstahl:
Pilocarpine-induced convulsive activity is limited by multidrug transporters at the rodent blood-brain barrier.
*J.Pharmacol.Exp.Ther.*, 353, 351-359, 2015.

504. Tipold, A., T. J. Keefe, W. Löscher, C. Rundfeldt, and F. de Vries:
Clinical efficacy and safety of imepitoin in comparison with phenobarbital for the control of idiopathic epilepsy in dogs.
*J. Vet. Pharmacol.Ther.*, 38, 160-168, 2015.

505. Römermann, K., R. Helmer, and W. Löscher:
The antiepileptic drug lamotrigine is a substrate of mouse and human breast cancer resistance protein (ABCG2).
*Neuropharmacology*, 93, 7-14, 2015.

506. Lykke, K., K. Töllner, K. Römermann, P. W. Feit, T. Erker, N. Macaulay, and W. Löscher: Structure-activity relationships of bumetanide derivatives: correlation between diuretic activity in dogs and inhibition of human NKCC2 variant A.
*Brit.J.Pharmacol.*, 172, 4469-4480, 2015.

507. Gesell, F. K., S. Hoppe, W. Löscher, and A. Tipold:
Antiepileptic Drug Withdrawal in Dogs with Epilepsy.
*Front Vet.Sci.*, 2, 23, 2015.

508. Wanek, T., K. Römermann, S. Mairinger, J. Stanek, M. Sauberer, T. Filip, A. Traxl, C. Kuntner, J. Pahnke, F. Bauer, T. Erker, W. Löscher, M. Müller, and O. Langer:
Factors Governing P-Glycoprotein-Mediated Drug-Drug Interactions at the Blood-Brain Barrier Measured with Positron Emission Tomography.
*Mol.Pharm.*, 12, 3214-3225, 2015.

509. Ridder, D. A., J. Wenzel, K. Muller, K. Tollner, X. K. Tong, J. C. Assmann, S. Stroobants, T. Weber, C. Niturad, L. Fischer, B. Lembrich, H. Wolburg, M. Grand'Maison, P. Papadopoulos, E. Korpos, F. Truchetet, D. Rades, L. M. Sorokin, M. Schmidt-Supprian, B. J. Bedell, M. Pasparakis, D. Balschun, R. D'Hooge, W. Löscher, E. Hamel, and M. Schwaninger:
Brain endothelial TAK1 and NEMO safeguard the neurovascular unit.
*J.Exp.Med*, 212, 1529-1549, 2015.

510. Rundfeldt, C., A. Tipold, and W. Löscher:
Efficacy, safety, and tolerability of imepitoin in dogs with newly diagnosed epilepsy in a randomized controlled clinical study with long-term follow up.
*BMC Vet.Res.*, 11, 228, 2015.

511. Bröer, S. and W. Löscher:
Novel combinations of phenotypic biomarkers predict development of epilepsy in the lithium-pilocarpine model of temporal lobe epilepsy in rats.
*Epilepsy Behav.*, 53, 98-107, 2015.

512. Klee, R., K. Töllner, V. Rankovic, K. Römermann, A. Schidlitzki, M. Bankstahl, and W. Löscher:
Network pharmacology for antiepileptogenesis: tolerability of multitargeted drug combinations in nonepileptic vs. post-status epilepticus mice.
*Epilepsy Res.*, 118, 34-48, 2015.

513. Twele, F., K. Töllner, C. Brandt, and W. Löscher:

Significant effects of sex, strain, and anesthesia in the intrahippocampal kainate mouse model of mesial temporal lobe epilepsy.
*Epilepsy Behav.*, 55, 47-56, 2016.

514. Bröer, S., C. Käufer, V. Haist, L. Li, I. Gerhauser, M. Anjum, M. Bankstahl, W. Baumgärtner, and W. Löscher:
Brain inflammation, neurodegeneration and seizure development following picornavirus infection markedly differ among virus and mouse strains and substrains.
*Exp.Neurol.*, 279, 57-74, 2016.

515. Kasteleijn-Nolst Trenite, D. G., R. H. Groenwold, B. Schmidt, and W. Löscher:
Single dose efficacy evaluation of two partial benzodiazepine receptor agonists in photosensitive epilepsy patients: A placebo-controlled pilot study.
*Epilepsy Res.*, 122, 30-36, 2016.

516. Töllner, K., F. Twele, and W. Löscher:
Evaluation of the pentylenetetrazole seizure threshold test in epileptic mice as surrogate model for drug testing against pharmacoresistant seizures.
*Epilepsy Behav.*, 57, 95-104, 2016.

517. Gey, L., M. Gernert, and W. Löscher:
Continuous bilateral infusion of vigabatrin into the subthalamic nucleus: Effects on seizure threshold and GABA metabolism in two rat models.
*Neurobiol.Dis.*, 91, 194-208, 2016.

518. Lykke, K., K. Töllner, P. W. Feit, T. Erker, N. MacAulay, and W. Löscher:
The search for NKCC1-selective drugs for the treatment of epilepsy: Structure-function relationship of bumetanide and various bumetanide derivatives in inhibiting the human cation-chloride cotransporter NKCC1A.
*Epilepsy Behav.*, 59, 42-49, 2016.

519. Erker, T., C. Brandt, K. Töllner, P. Schreppel, F. Twele, A. Schidlitzki, and W. Löscher:
The bumetanide prodrug BUM5, but not bumetanide, potentiates the antiseizure effect of phenobarbital in adult epileptic mice.
*Epilepsia*, 57, 698-705, 2016.

520. Theilmann, W., A. Kleimann, M. Rhein, S. Bleich, H. Frieling, W. Löscher, and C. Brandt:
Behavioral differences of male Wistar rats from different vendors in vulnerability and resilience to chronic mild stress are reflected in epigenetic regulation and expression of p11.
*Brain Res.*, 1642, 505-515, 2016.

521. Bankstahl, M., S. Klein, K. Römermann, and W. Löscher:
Knockout of P-glycoprotein does not alter antiepileptic drug efficacy in the intrahippocampal kainate model of mesial temporal lobe epilepsy in mice.
*Neuropharmacology*, 109, 183-195, 2016.

522. Brandt, C., V. Rankovic, K. Töllner, R. Klee, S. Bröer, and W. Löscher, Refinement of a model of acquired epilepsy for identification and validation of biomarkers of epileptogenesis in rats, *Epilepsy Behav.*, 61, 120-131, 2016.

523. Brandt, C., M. Bankstahl, K. Töllner, R. Klee, and W. Löscher:
The pilocarpine model of temporal lobe epilepsy: Marked intrastrain differences in female Sprague-Dawley rats and the effect of estrous cycle.
*Epilepsy Behav.*, 61, 141-152, 2016.

524. Noack, A., S. Noack, M. Buettner, H. Y. Naim, and W. Löscher:
Intercellular transfer of P-glycoprotein in human blood-brain barrier endothelial cells is increased by histone deacetylase inhibitors.
*Sci.Rep.*, 6, 29253, 2016.

525. Bauer, M., K. Römermann, R. Karch, B. Wulkersdorfer, J. Stanek, C. Philippe, A. Maier-Salamon, H. Haslacher, C. Jungbauer, W. Wadsak, W. Jäger, W. Löscher, M. Hacker, M. Zeitlinger, and O. Langer:
Pilot PET Study to Assess the Functional Interplay Between ABCB1 and ABCG2 at the Human Blood-Brain Barrier.
*Clin.Pharmacol.Ther.*, 100, 131-141, 2016.

526. Twele, F., K. Töllner, M. Bankstahl, and W. Löscher:
The effects of carbamazepine in the intrahippocampal kainate model of temporal lobe epilepsy depend on seizure definition and mouse strain.
*Epilepsia Open*, 1, 45-60, 2016.

527. Bar-Klein, G., R. Klee, C. Brandt, M. Bankstahl, P. Bascunana, K. Töllner, H. Dalipaj, J. P. Bankstahl, A. Friedman, and W. Löscher:
Isoflurane prevents acquired epilepsy in rat models of temporal lobe epilepsy.
*Ann.Neurol.*, 80, 896-908, 2016.

528. Bröer, S., E. Hage, C. Käufer, I. Gerhauser, M. Anjum, L. Li, W. Baumgärtner, T. F. Schulz, and W. Löscher:
Viral mouse models of multiple sclerosis and epilepsy: Marked differences in neuropathogenesis following infection with two naturally occurring variants of Theiler's virus BeAn strain.
*Neurobiol.Dis.*, 99, 121-132, 2017.

529. Neßer, J., C. Rundfeldt, W. Löscher, D. Kostic, T. Keefe, and A. Tipold:
Clinical evaluation of a combination therapy of imepitoin with phenobarbital in dogs with
refractory idiopathic epilepsy.
*BMC.Vet.Res.*, 13, 33, 2017.

530. Lapinlampi, N., E. Melin, E. Aronica, J. P. Bankstahl, A. Becker, C. Bernard, J. A. Gorter, O. Grohn, A. Lipsanen, K. Lukasiuk, W. Löscher, J. Paananen, T. Ravizza, P. Roncon, M. Simonato, A. Vezzani, M. Kokaia, and A. Pitkänen:
Common data elements and data management: Remedy to cure underpowered preclinical studies.
*Epilepsy Res.*, 129, 87-90, 2017.

531. Klee, R., C. Brandt, K. Töllner, and W. Löscher:
Various modifications of the intrahippocampal kainate model of mesial temporal lobe epilepsy in rats fail to resolve the marked rat-to-mouse differences in type and frequency of spontaneous seizures in this model.
*Epilepsy Behav.*, 68, 129-140, 2017.

532. Römermann, K., M. Fedrowitz, P. Hampel, E. Kaczmarek, K. Töllner, T. Erker, D. H. Sweet, and W. Löscher:
Multiple blood-brain barrier transport mechanisms limit bumetanide accumulation, and therapeutic potential, in the mammalian brain.
*Neuropharmacology*, 117, 182-194, 2017.

533. Twele, F., A. Schidlitzki, K. Töllner, and W. Löscher:
The intrahippocampal kainate mouse model of mesial temporal lobe epilepsy: lack of electrographic seizure-like events in sham controls.
*Epilepsia Open*, 2, 180-187, 2017.

543. Dogbevia, G. K., K. Töllner, J. Korbelin, S. Broer, D. A. Ridder, H. Grasshoff, C. Brandt, J. Wenzel, B. K. Straub, M. Trepel, W. Löscher, and M. Schwaninger:
Gene therapy decreases seizures in a model of Incontinentia pigmenti.
*Ann.Neurol.*, 82, 93-104, 2017.

535. Schidlitzki, A., F. Twele, R. Klee, I. Waltl, K. Römermann, S. Broer, S. Meller, I. Gerhauser, V. Rankovic, D. Li, C. Brandt, M. Bankstahl, K. Töllner, and W. Löscher:
A combination of NMDA and AMPA receptor antagonists retards granule cell dispersion and epileptogenesis in a model of acquired epilepsy.
*Sci.Rep.*, 7, 12191, 2017.

536. Waltl, I., C. Kaufer, S. Broer, C. Chhatbar, L. Ghita, I. Gerhauser, M. Anjum, U. Kalinke, and W. Löscher:
Macrophage depletion by liposome-encapsulated clodronate suppresses seizures but not hippocampal damage after acute viral encephalitis.
*Neurobiol.Dis.*, 110, 192-205, 2018.

537. Neyazi, A., W. Theilmann, C. Brandt, T. Rantamaki, N. Matsui, M. Rhein, J. Kornhuber, M. Bajbouj, W. Sperling, S. Bleich, H. Frieling, and W. Löscher:
P11 promoter methylation predicts the antidepressant effect of electroconvulsive therapy.
*Transl.Psychiatry*, 8, 25, 2018.

538. Frank, L., M. Lupke, D. Kostic, W. Löscher, and A. Tipold:
Grey matter volume in healthy and epileptic beagles using voxel-based morphometry - a pilot study.
*BMC.Vet.Res.*, 14, 50, 2018.

539. Bankstahl, M., H. Breuer, I. Leiter, M. Markel, P. Bascunana, D. Michalski, F. M. Bengel, W. Löscher, M. Meier, J. P. Bankstahl, and W. Härtig:
Blood-Brain Barrier Leakage during Early Epileptogenesis Is Associated with Rapid Remodeling of the Neurovascular Unit.
*eNeuro.*, 5, 2018.

540. Hampel, P., K. Römermann, N. Macaulay, and W. Löscher:
     Azosemide is more potent than bumetanide and various other loop diuretics to inhibit the sodium-potassium-chloride-cotransporter human variants hNKCC1A and hNKCC1B.
     *Sci.Rep.*, 8, 9877, 2018.

541. Brandt, C., P. Hillmann, A. Noack, K. Römermann, L. A. Öhler, D. Rageot, F. Beaufils, A. Melone, A. M. Sele, M. P. Wymann, D. Fabbro, and W. Löscher:
     The novel, catalytic mTORC1/2 inhibitor PQR620 and the PI3K/mTORC1/2 inhibitor PQR530 effectively cross the blood-brain barrier and increase seizure threshold in a mouse model of chronic epilepsy.
     *Neuropharmacology*, 140, 107-120, 2018.

542. Backofen-Wehrhahn, B., L. Gey, S. Bröer, B. Petersen, M. Schiff, A. Handreck, N. Stanslowsky, J. Scharrenbroich, M. Weissing, S. Staege, F. Wegner, H. Niemann, W. Löscher, and M. Gernert:
     Anticonvulsant effects after grafting of rat, porcine, and human mesencephalic neural progenitor cells into the rat subthalamic nucleus.
     *Exp.Neurol.*, 310, 70-83, 2018.

543. Oernbo, E. K., K. Lykke, A. B. Steffensen, K. Tollner, C. Kruuse, M. F. Rath, W. Löscher, and N. Macaulay:
     Cerebral influx of Na$^+$ and Cl$^-$ as the osmotherapy-mediated rebound response in rats.
     *Fluids Barriers.CNS.*, 15, 27, 2018.

544. Käufer, C., C. Chatbar, S. Bröer, I. Waltl, G. Luca, I. Gerhauser, U. Kalinke, and W. Löscher:
     Chemokine receptors CCR2 and CX3CR1 regulate viral encephalitis-induced hippocampal damage but not seizures.
     *Proc.Natl.Acad.Sci.(USA)*, 115, E8929-E8938, 2018.

545. Stanelle-Bertram, S., K. Walendy-Gnirss, T. Speiseder, S. Thiele, I. A. Asante, C. Dreier, N. M. Kouassi, A. Preuss, G. Pilnitz-Stolze, U. Muller, S. Thanisch, M. Richter, R. Scharrenberg, V. Kraus, R. Dork, L. Schau, V. Herder, I. Gerhauser, V. M. Pfankuche, C. Kaufer, I. Waltl, T. Moraes, J. Sellau, S. Hoenow, J. Schmidt-Chanasit, S. Jansen, B. Schattling, H. Ittrich, U. Bartsch, T. Renne, R. Bartenschlager, P. Arck, D. Cadar, M. A. Friese, O. Vapalahti, H. Lotter, S. Benites, L. Rolling, M. Gabriel, W. Baumgärtner, F. Morellini, S. M. Holter, O. Amarie, H. Fuchs, d. A. Hrabe, W. Löscher, d. A. Calderon, and G. Gabriel:
     Male offspring born to mildly ZIKV-infected mice are at risk of developing neurocognitive disorders in adulthood.
     *Nat.Microbiol.*, 3, 1161-1174, 2018.

546. Anjum, S. M. M., C. Käufer, R. Hopfengärtner, I. Waltl, S. Bröer, and W. Löscher:
     Automated quantification of EEG spikes and spike clusters as a new read out in Theiler's virus mouse model of encephalitis-induced epilepsy.
     *Epilepsy Behav.*, 88, 189-204, 2018.

547. Brandt, C., P. Seja, K. Töllner, K. Römermann, P. Hampel, M. Kalesse, A. Kipper, P. W. Feit, K. Lykke, T. L. Toft-Bertelsen, P. Paavilainen, I. Spoljaric, M. Puskarjov, N. Macaulay, K. Kaila, and W. Löscher:
Bumepamine, a brain-permeant benzylamine derivative of bumetanide, does not inhibit NKCC1 but is more potent to enhance phenobarbital's antiseizure efficacy.
*Neuropharmacology*, 143, 186-204, 2018. (see Corrigendum in Neuropharmacology 143, 349-350, 2018)

548. Krohn, M., T. Wanek, M.-C. Menet, X. Declèves, O. Langer, W. Löscher, and J. Pahnke:
Humanization of the Blood–Brain Barrier Transporter ABCB1 in Mice Disrupts Genomic Locus — Lessons from Three Unsuccessful Approaches.
*Eur.J.Microbiol.Immunol.*, 8, 78-86, 2018.

549. Noack, A., B. Gericke, M. von Köckritz-Blickwede, A. Menze, S. Noack, I. Gerhauser, F. Osten, H. Y. Naim, and W. Löscher:
A novel mechanism of drug extrusion by brain endothelial cells via lysosomal drug trapping and disposal by neutrophils.
*Proc.Natl.Acad.Sci.(USA)*, 115, E9590-E9599, 2018.

550. Waltl, I., C. Käufer, I. Gerhauser, C. Chhatbar, L. Ghita, U. Kalinke, and W. Löscher:
Microglia have a protective role in viral encephalitis-induced seizure development and hippocampal damage.
*Brain Behav.Immun.*, 74, 186-204, 2018.

551. Rageot, D., T. Bohnacker, A. Melone, J. B. Langlois, C. Borsari, P. Hillmann, A. M. Sele, F. Beaufils, M. Zvelebil, P. Hebeisen, W. Löscher, J. Burke, D. Fabbro, and M. P. Wymann:
Discovery and Preclinical Characterization of 5-[4,6-Bis({3-oxa-8-azabicyclo[3.2.1]octan -8-yl})-1,3,5-triazin-2-yl]-4-(difluoro methyl)pyridin-2-amine (PQR620), a Highly Potent and Selective mTORC1/2 Inhibitor for Cancer and Neurological Disorders.
*J.Med Chem.*, 61, 10084-10105, 2018.

552. Meller, S., C. Brandt, W. Theilmann, J. Klein, and W. Löscher:
Commonalities and differences in extracellular levels of hippocampal acetylcholine and amino acid neurotransmitters during status epilepticus and subsequent epileptogenesis in two rat models of temporal lobe epilepsy.
*Brain Res.*, 1712, 109-123, 2019.

553. Galovic, M., I. Baudracco, E. Wright-Goff, G. Pillajo, P. Nachev, B. Wandschneider, F. Woermann, P. Thompson, S. Baxendale, A. W. McEvoy, M. Nowell, M. Mancini, S. B. Vos, G. P. Winston, R. Sparks, F. Prados, A. Miserocchi, J. de Tisi, L. A. Van Graan, R. Rodionov, C. Wu, M. Alizadeh, L. Kozlowski, A. D. Sharan, L. G. Kini, K. A. Davis, B. Litt, S. Ourselin, S. L. Moshe, J. W. A. Sander, W. Löscher, J. S. Duncan, and M. J. Koepp:
Association of Piriform Cortex Resection With Surgical Outcomes in Patients With Temporal Lobe Epilepsy.
*JAMA Neurol.*, 76, 690-700, 2019.

554. Welzel, L., F. Twele, A. Schidlitzki, K. Töllner, P. Klein, and W. Löscher:

Network pharmacology for antiepileptogenesis: tolerability and neuroprotective effects of novel multitargeted combination treatments in nonepileptic vs. post-status epilepticus in mice.
*Epilepsy Res.*, 151, 48-66, 2019.

555. Rizzi, M., C. Brandt, I. Weissberg, D. Z. Milikovsky, A. Pauletti, G. Terrone, A. Salamone, F. Frigerio, W. Löscher, A. Friedman, and A. Vezzani:
Changes of dimension of EEG/ECoG nonlinear dynamics predict epileptogenesis and therapy outcomes.
*Neurobiol.Dis.*, 124, 373-378, 2019.

556. Welzel, L., A. Schidlitzki, F. Twele, M. Anjum, and W. Löscher:
A face-to-face comparison of the intra-amygdala and intrahippocampal kainate mouse models of mesial temporal lobe epilepsy and their utility for testing novel therapies.
*Epilepsia*, 61, 157-170, 2020.

557. Gericke, B., C. Brandt, W. Theilmann, L. Welzel, A. Schidlitzki, F. Twele, E. Kaczmarek, M. Anjum, P. Hillmann, and W. Löscher:
Selective inhibition of mTORC1/2 or PI3K/mTORC1/2 signaling does not prevent or modify epilepsy in the intrahippocampal kainate mouse model.
*Neuropharmacology*, 162, 107817, 2020.

558. Schidlitzki, A., P. Bascunana, P. K. Srivastava, L. Welzel, F. Twele, K. Töllner, C. Käufer, B. Gericke, R. Feleke, M. Meier, A. Polyak, T. L. Ross, I. Gerhauser, J. P. Bankstahl, M. R. Johnson, M. Bankstahl, and W. Löscher:
Proof-of-concept that network pharmacology is effective to modify development of acquired temporal lobe epilepsy.
*Neurobiol.Dis.*, 134, 104664, 2020.

559. Theilmann, W., M. Rosenholm, P. Hampel, W. Löscher, and T. Rantamäki:
Lack of antidepressant effects of burst-suppressing isoflurane anesthesia in adult male Wistar outbred rats subjected to chronic mild stress.
*PLoS One*, 15, e0235046, 2020.

560. Henke, C., K. Töllner, R. M. van Dijk, N. Miljanovic, T. Cordes, F. Twele, S. Bröer, V. Ziesak, M. Rohde, S. M. Hauck, C. Vogel, L. Welzel, T. Schumann, D. M. Willmes, A. Kurzbach, N. N. El Agroudy, S. R. Bornstein, S. A. Schneider, J. Jordan, H. Potschka, C. M. Metallo, R. Köhling, A. L. Birkenfeld, and W. Löscher:
Disruption of the sodium-dependent citrate transporter SLC13A5 in mice causes alterations in brain citrate levels and neuronal network excitability in the hippocampus.
*Neurobiol.Dis.*, 143, 105018, 2020.

561. Gericke, B., K. Römermann, A. Noack, S. Noack, J. Kronenberg, I. E. Blasig, and W. Löscher:
A face-to-face comparison of claudin-5 transduced human brain endothelial (hCMEC/D3) cells with porcine brain endothelial cells as blood-brain barrier models for drug transport studies.
*Fluids Barriers.CNS.*, 17, 53, 2020.

562. Theilmann, W., B. Gericke, A. Schidlitzki, S. M. Muneeb Anjum, S. Borsdorf, T.

Harries, S. L. Roberds, D. J. Aguiar, D. Brunner, S. C. Leiser, D. Song, D. Fabbro, P. Hillmann, M. P. Wymann, and W. Löscher:
  Novel brain permeant mTORC1/2 inhibitors are as efficacious as rapamycin or everolimus in mouse models of acquired partial epilepsy and tuberous sclerosis complex.
  *Neuropharmacology*, 180, 108297, 2020.

563. Debski, K. J., N. Ceglia, A. Ghestem, A. I. Ivanov, G. E. Brancati, S. Bröer, A. M. Bot, J. A. Müller, S. Schoch, A. Becker, W. Löscher, M. Guye, P. Sassone-Corsi, K. Lukasiuk, P. Baldi, and C. Bernard:
  The circadian dynamics of the hippocampal transcriptome and proteome is altered in experimental temporal lobe epilepsy.
  *Sci.Adv.*, 6, 2020.

564. Borsari, C., E. Keles, D. Rageot, M. De Pascale, A. Treyer, T. Bohnacker, A. Melone, R. Sriramaratnam, F. Beaufils, M. Hamburger, P. Hebeisen, W. Löscher, D. Fabbro, P. Hillmann, and M. P. Wymann:
  4-(Difluoromethyl)-5-(4-((3R,5S)-3,5-dimethylmorpholino)-6-((R)-3-methylmorpholino)-1,3,5-triazin-2-yl)pyridin-2-amine (PQR626), a Potent, Orally Available, and Brain-Penetrant mTOR Inhibitor for the Treatment of Neurological Disorders.
  *J.Med.Chem.*, 63, 13595-13617, 2020.

565. Theilmann, W., C. Brandt, B. Bohnhorst, A.-M. Winstroth, A. M. Das, M. Gramer, A. Kipper, M. Kalesse, and W. Löscher:
  Hydrolytic biotransformation of the bumetanide ester prodrug DIMAEB to bumetanide by esterases in neonatal human and rat serum and neonatal rat brain – A new treatment strategy for neonatal seizures?
  *Epilepsia*, 62, 269-278, 2021.

566. Welzel, L., D. H. Bergin, A. Schidlitzki, F. Twele, M. Johne, P. Klein, and W. Löscher:
  Systematic evaluation of rationally chosen multitargeted drug combinations: a combination of low doses of levetiracetam, atorvastatin and ceftriaxone exerts antiepileptogenic effects in a mouse model of acquired epilepsy.
  *Neurobiol.Dis.*, 149, 105227, 2021.

567. Hampel, P., K. Römermann, B. Gailus, M. Johne, B. Gericke, E. Kaczmarek, and W. Löscher:
  Effects of the NKCC1 inhibitors bumetanide, azosemide, and torasemide alone or in combination with phenobarbital on seizure threshold in epileptic and nonepileptic mice.
  *Neuropharmacology*, 185, 108449, 2021.

568. Hampel, P., K. Römermann, M. Gramer, and W. Löscher:
  The search for brain-permeant NKCC1 inhibitors for the treatment of seizures: Pharmacokinetic-pharmacodynamic modelling of NKCC1 inhibition by azosemide, torasemide, and bumetanide in mouse brain.
  *Epilepsy Behav.*, 114, 107616, 2021.

569. Hampel, P., M. Johne, B. Gailus, A. Vogel, A. Schidlitzki, B. Gericke, K. Töllner, W. Theilmann, C. Käufer, K. Römermann, K. Kaila, and W. Löscher:

Deletion of the Na-K-2Cl cotransporter NKCC1 results in a more severe epileptic phenotype in the intrahippocampal kainate mouse model of temporal lobe epilepsy.
*Neurobiol.Dis.*, 152, 105297, 2021.

570. Gericke, B., S. Borsdorf, I. Wienböker, A. Noack, S. Noack, and W. Löscher:
Similarities and differences in the localization, trafficking, and function of P-glycoprotein in MDR1-EGFP-transduced rat versus human brain capillary endothelial cell lines.
*Fluids Barriers.CNS*, 18, 36, 2021.

571. Meller, S., C. Käufer, B. Gailus, C. Brandt, and W. Löscher:
Scopolamine prevents aberrant mossy fiber sprouting and facilitates remission of epilepsy after brain injury.
*Neurobiol.Dis.*, 158, 105446, 2021.

572. Johne, M., K. Römermann, P. Hampel, B. Gailus, W. Theilmann, T. Ala-Kurikka, K. Kaila, and W. Löscher:
Phenobarbital and midazolam suppress neonatal seizures in a noninvasive rat model of birth asphyxia, whereas bumetanide is ineffective.
*Epilepsia*, 62, 920-934, 2021.

573. Johne, M., C. Käufer, K. Römermann, B. Gailus, B. Gericke, and W. Löscher:
A combination of phenobarbital and the bumetanide derivative bumepamine prevents neonatal seizures and subsequent hippocampal neurodegeneration in a rat model of birth asphyxia.
*Epilepsia*, 62, 1460-1471, 2021.

574. Gailus, B., H. Naundorf, L. Welzel, M. Johne, K. Römermann, K. Kaila, and W. Löscher:
Long-term outcome in a noninvasive rat model of birth asphyxia with neonatal seizures: Cognitive impairment, anxiety, epilepsy, and structural brain alterations.
*Epilepsia*, 62, 2826-2844, 2021.

**2. Review articles in journals**

100. Löscher, W.:
Strategies for antiepileptogenesis: Antiepileptic drugs versus target-specific approaches.
*Epilepsia*, 51 (Suppl. 5), 88, 2011.

101. Löscher, W. and O. Langer:
Imaging of P-glycoprotein function and expression to elucidate mechanisms of pharmacoresistance in epilepsy.
*Curr.Top.Med.Chem.*, 10, 1785-1791, 2010.

102. Löscher, W. and D. Schmidt:
Modern antiepileptic drug development has failed to deliver: ways out of the current dilemma.

*Epilepsia*, 52, 657-678, 2011.

103. Löscher, W.:
Critical review of current animal models of seizures and epilepsy used in the discovery and development of new antiepileptic drugs.
*Seizure*, 20, 359-368, 2011.

104. Löscher, W., C. Luna-Tortós, K. Römermann, and M. Fedrowitz:
Do ATP-binding cassette transporters cause pharmacoresistance in epilepsy? Problems and approaches in determining which antiepileptic drugs are affected.
*Curr.Pharm.Des.*, 17, 2808-2828, 2011.

105. Galanopoulou, A. S., P. S. Buckmaster, K. J. Staley, S. L. Moshe, E. Perucca, J. Engel, Jr., W. Löscher, J. L. Noebels, A. Pitkanen, J. Stables, H. S. White, T. J. O'Brien, and M. Simonato for The American Epilepsy Society Basic Science Committee and the International League Against Epilepsy Working Group on Recommendations for Preclinical Epilepsy Drug Discovery:
Identification of new epilepsy treatments: Issues in preclinical methodology.
*Epilepsia*, 53, 571-582, 2012.

106. Löscher, W. and D. Schmidt:
Seizing the moment for the future: the U.S. Anticonvulsant Screening Project.
*Epilepsia*, 53, 1841-1842, 2012.

107. Simonato, M., W. Löscher, A. J. Cole, F. E. Dudek, J. Engel, Jr., R. M. Kaminski, J. A. Loeb, H.              Scharfman, K. J. Staley, L. Velisek, and H. Klitgaard:
Finding a better drug for epilepsy: preclinical screening strategies and experimental trial design.
*Epilepsia*, 53, 1860-1867, 2012.

108. Kobow, K., S. Auvin, F. Jensen, W. Löscher, I. Mody, H. Potschka, D. Prince, A. Sierra, M. Simonato, A. Pitkanen, A. Nehlig, and J. M. Rho:
Finding a better drug for epilepsy: antiepileptogenesis targets.
*Epilepsia*, 53, 1868-1876, 2012.

109. Löscher, W. and D. Schmidt:
Perampanel-new promise for refractory epilepsy?
*Nat.Rev.Neurol.*, 8, 661-662, 2012.

110. Löscher, W. and M. A. Rogawski:
How theories evolved concerning the mechanism of action of barbiturates.
*Epilepsia*, 53 Suppl 8, 12-25, 2012.

111. Löscher, W. and M. Kietzmann:
Pharmakotherapie beim Welpen - Einfach nur eine geringere Dosis?
*Kleintier konkret*, 6, 8-13, 2012.

112. Löscher, W., M. Puskarjov, and K. Kaila:
Cation-chloride cotransporters NKCC1 and KCC2 as potential targets for novel antiepileptic and antiepileptogenic treatments.
*Neuropharmacology*, 69, 62-74, 2013.

113. Pitkänen, A., A. Nehlig, A. R. Brooks-Kayal, F. E. Dudek, D. Friedman, A. S. Galanopoulou, F. E. Jensen, R. M. Kaminski, J. Kapur, H. Klitgaard, W. Löscher, I. Mody, and D. Schmidt:
Issues related to development of antiepileptogenic therapies.
*Epilepsia*, 54 Suppl 4, 35-43, 2013.

114. Löscher, W., H. Klitgaard, R. E. Twyman, and D. Schmidt:
New avenues for antiepileptic drug discovery and development.
*Nature Rev.Drug Discov.*, 12, 757-776, 2013.

115. Rundfeldt, C. and W. Löscher:
The pharmacology of imepitoin: the first partial benzodiazepine receptor agonist developed for the treatment of epilepsy.
*CNS Drugs*, 28, 29-43, 2014.

116. White, H. S. and W. Löscher:
Searching for the ideal antiepileptogenic agent in experimental models: single treatment versus combinatorial treatment strategies.
*Neurotherapeutics.*, 11, 373-384, 2014.

117. Löscher, W.:
Single versus combinatorial therapies in status epilepticus: Novel data from preclinical models.
*Epilepsy Behav.*, 49, 20-25, 2015.

118. Löscher, W., L. J. Hirsch, and D. Schmidt:
The enigma of the latent period in the development of symptomatic acquired epilepsy – Traditional view versus new concepts.
*Epilepsy Behav.* , 52, 78-92, 2015.

119. Bhatti, S. F., L. De Risio, K. Munana, J. Penderis, V. M. Stein, A. Tipold, M. Berendt, R. G. Farquhar, A. Fischer, S. Long, W. Löscher, P. J. Mandigers, K. Matiasek, A. Pakozdy, E. E. Patterson, S. Platt, M. Podell, H. Potschka, C. Rusbridge, and H. A. Volk:
International Veterinary Epilepsy Task Force consensus proposal: medical treatment of canine epilepsy in Europe.
*BMC Vet.Res.*, 11, 176, 2015.

120. Potschka, H., A. Fischer, W. Löscher, N. Patterson, S. Bhatti, M. Berendt, L. De Risio, R. Farquhar, S. Long, P. Mandigers, K. Matiasek, K. Munana, A. Pakozdy, J. Penderis, S. Platt, M. Podell, C. Rusbridge, V. Stein, A. Tipold, and H. A. Volk:
International veterinary epilepsy task force consensus proposal: outcome of therapeutic interventions in canine and feline epilepsy.
*BMC Vet.Res.*, 11, 177, 2015.

121. Baumgärtner, W. and W. Löscher:
Re-emergence of neuroinfectiology.
*Acta Neuropathol.*, 131, 155-158, 2016.

122. Vezzani, A., R. S. Fujinami,  H. S. White, P. M. Preux, I. Blümcke, J. W. Sander, and W. Löscher:
Infections, inflammation  and epilepsy.
*Acta Neuropathol.*, 131, 211-234,  2016.

123. Rogawski, M. A., W. Löscher, and J. M. Rho:
Mechanisms of Action of Antiseizure  Drugs and the Ketogenic  Diet.
*Cold Spring Harb.Perspect.Med*, 6,  pii:  a022780, 2016.

124. Podell,  M., H. A. Volk,  M. Berendt, W. Löscher, K. Munana, E. E. Patterson, and S. R. Platt:
2015 ACVIM Small Animal Consensus  Statement on Seizure  Management in Dogs.
*J.Vet.Intern.Med* , 30, 477-490,  2016.

125. Pitkänen, A., W. Löscher, A. Vezzani, A. J. Becker, M. Simonato, K. Lukasiuk, O. Gröhn, J. P. Bankstahl, A. Friedman, E. Aronica, J. A. Gorter, T. Ravizza, S. M. Sisodiya,  M. Kokaia, and H. Beck:
Advances in the development  of biomarkers for epilepsy.
*Lancet Neurol.*, 15, 843-856,  2016.

126. Löscher, W.:
Fit for purpose  application  of currently existing  animal  models  in the discovery of novel epilepsy  therapies.
*Epilepsy Res.*, 126, 157-184,  2016.

127. Löscher, W., M. Gillard,  Z. A. Sands, R. M. Kaminski,  and H. Klitgaard:
Synaptic  Vesicle Glycoprotein  2A Ligands in the Treatment of Epilepsy and Beyond.
*CNS Drugs*, 30,  1055-1077,  2016.

128. Bhatti, S. F. M., L. De Risio,  K. Munana, J. Penderis, V. M. Stein, A. Tipold, M. Berendt, R. G. Farquhar, A. Fischer, S. Long, W. Löscher, P. J. J. Mandigers, K. Matiasek, A. Pakozdy, E. E. Patterson, S. Platt, M. Podell, H. Potschka, C. Rusbridge, and H. Volk:
Epilepsie  aktuell - Zusammenfassung  der IVETF-Empfehlungen  zum "Therapeutischen Management der kaninen Epilepsie  in Europa."
*Kleintierpraxis*, 61, 529-544,  2016.

129. Löscher, W., R. J. Ferland, and T. N. Ferraro:
The relevance of inter- and intrastrain  differences in mice and rats and their implications for models  of seizures and epilepsy.
*Epilepsy Behav.*, 73, 214-235,  2017.

130. Aronica, E., S. Bauer, Y. Bozzi, M. Caleo, R. Dingledine,  J. A. Gorter, D. C. Henshall, D. Kaufer, S. Koh, W. Löscher, J. P. Louboutin,  M. Mishto, B. A. Norwood, E. Palma, M. O. Poulter, G. Terrone, A. Vezzani, and R. M. Kaminski:
Neuroinflammatory  targets and treatments for epilepsy validated  in experimental models. *Epilepsia*, 58 Suppl 3, 27-38, 2017.

131. Barker-Haliski, M. L., W. Löscher, H. S. White, and A. S. Galanopoulou: Neuroinflammation in epileptogenesis: Insights and translational perspectives from new models of epilepsy.
*Epilepsia*, 58 Suppl 3, 39-47, 2017.

132. Löscher, W.:
Animal Models of Seizures and Epilepsy: Past, Present, and Future Role for the Discovery of Antiseizure Drugs.
*Neurochem Res.*, 42, 1873-1888, 2017.

133. Löscher, W.:
The Search for New Screening Models of Pharmacoresistant Epilepsy: Is Induction of Acute Seizures in Epileptic Rodents a Suitable Approach?
*Neurochem Res.*, 42, 1926-1938, 2017.

134. Klein, P., R. Dingledine, E. Aronica, C. Bernard, I. Blümcke, D. Boison, M. J. Brodie, A. R. Brooks-Kayal, J. Engel, Jr., P. A. Forcelli, L. J. Hirsch, R. M. Kaminski, H. Klitgaard, K. Kobow, D. H. Lowenstein, P. L. Pearl, A. Pitkänen, N. Puhakka, M. A. Rogawski, D. Schmidt, M. Sillanpää, R. S. Sloviter, C. Steinhäuser, A. Vezzani, M. C. Walker, and W. Löscher:
Commonalities in epileptogenic processes from different acute brain insults: Do they translate?
*Epilepsia*, 59, 37-66, 2018.

135. Löscher, W.:
Commentary on "The impact of nonadherence to antiseizure drugs on seizure outcomes in an animal model of epilepsy".
*Epilepsia*, 59, 1093, 2018.

136. Barker-Haliski, M., L. C. Harte-Hargrove, T. Ravizza, I. Smolders, B. Xiao, C. Brandt, and W. Löscher:
A companion to the preclinical common data elements for pharmacologic studies in animal models of seizures and epilepsy. A Report of the TASK3 Pharmacology Working Group of the ILAE/AES Joint Translational Task Force.
*Epilepsia Open*, 3, 53-68, 2018.

137. Löscher, W.:
Consequences of housing conditions and interindividual diversity in rodent models of acquired epilepsy.
*Epilepsia*, 60, 2016-2019, 2019.

138. Gerhauser, I., F. Hansmann, M. Ciurkiewicz, W. Löscher, and A. Beineke:
Facets of Theiler's Murine Encephalomyelitis Virus-Induced Diseases: An Update.
*Int.J.Mol.Sci.*, 20, 2019.

139. Löscher, W. and A. Friedman:
Structural, molecular and functional alterations of the blood-brain barrier during epileptogenesis and epilepsy: a cause, consequence or both?
*Int.J Mol Sci.*, 21, 591, 2020.

140. Klein, P., A. Friedman, M. Hameed, R. Kaminski, G. Bar-Klein, H. Klitgaard, M. Koepp, S. Jozwiak, D. Prince, A. Rotenberg, A. Vezzani, M. Wong, and W. Löscher:
    Repurposed molecules for antiepileptogenesis: missing an opportunity to prevent epilepsy?
    *Epilepsia*, 61, 359-386, 2020.

141. Löscher, W., H. Potschka, S. M. Sisodiya, and A. Vezzani:
    Drug resistance in epilepsy: Clinical impact, potential mechanisms, and new innovative treatment options.
    *Pharmacol.Rev.*, 72, 606-638, 2020.

142. Löscher, W. and P. Klein:
    The feast and famine: epilepsy treatment and treatment gaps in early 21st century.
    *Neuropharma*, 170, 108055, 2019.

143. Löscher, W.:
    The holy grail of epilepsy prevention: Preclinical approaches to antiepileptogenic treatments.
    *Neuropharmacology*, 167, 107605, 2020.

144. Löscher, W. and B. Gericke:
    Novel Intrinsic Mechanisms of Active Drug Extrusion at the Blood-Brain Barrier: Potential Targets for Enhancing Drug Delivery to the Brain?
    *Pharmaceutics*, 12, 2020.

145. Löscher, W., G. J. Sills, and H. S. White:
    The ups and downs of alkyl-carbamates in epilepsy therapy: How does cenobamate differ?
    *Epilepsia*, 62, 596-614, 2021.

146. Löscher, W. and P. Klein:
    The Pharmacology and Clinical Efficacy of Antiseizure Medications: From Bromide Salts to Cenobamate and Beyond.
    *CNS Drugs*, 35, 935-963, 2021.

147. Löscher, W.:
    Single-Target Versus Multi-Target Drugs Versus Combinations of Drugs With Multiple Targets: Preclinical and Clinical Evidence for the Treatment or Prevention of Epilepsy.
    *Front Pharmacol.*, 12, 730257, 2021.

148. Galanopoulou, A. S., W. Löscher, L. Lubbers, T. J. O'Brien, K. Staley, A. Vezzani, R. D'Ambrosio, H. S. White, H. Sontheimer, J. A. Wolf, R. Twyman, V. Whittemore, K. S. Wilcox, and B. Klein:
    Antiepileptogenesis and disease modification: Progress, challenges, and the path forward-Report of the Preclinical Working Group of the 2018 NINDS-sponsored antiepileptogenesis and disease modification workshop.
    *Epilepsia Open*, 6, 276-296, 2021.

149. Löscher, W. and K. Kaila:
    Reply to the commentary by Ben-Ari and Delpire: Bumetanide and neonatal seizures: Fiction versus reality.
    *Epilepsia*, 62, 941-946, 2021.

150. Löscher, W. and P. Klein:
New approaches for developing multi-targeted drug combinations for disease modification of complex brain disorders. Does epilepsy prevention become a realistic goal?
*Pharmacol.Ther.*, 229, 107934, 2022.

151. Löscher, W. and K. Kaila:
CNS pharmacology of NKCC1 inhibitors.
*Neuropharmacology*, 205, 108910, 2022.

# David W. C. MacMillan

Department of Chemistry, Princeton University, Frick Laboratory

Tel. (626) 354-7502; email: dmacmill@princeton.edu

## Education

| | |
|---|---|
| 1991–1996 | Ph.D., Organic Chemistry, University of California, Irvine, California |
| 1987–1991 | B.Sc., Chemistry, University of Glasgow, Scotland |

## Professional

| | |
|---|---|
| July 2011 | **James S. McDonnell Distinguished University Professor of Chemistry** |
| July 2010–15 | **Department Chair, Chemistry, Princeton University** |
| Sept 2006 | **A. Barton Hepburn Professor of Chemistry, Princeton University** |
| Sept 2006 | **Director Merck Center for Catalysis at Princeton University** |
| Sept 2004 | **Earle C. Anthony Professor of Chemistry, Caltech** |
| Feb 2003 | **Full Professor of Chemistry,** Caltech |
| June 2000 | **Associate Professor of Chemistry,** The California Institute of Technology, California |
| July 1998 | **Assistant Professor of Chemistry,** University of California, Berkeley, California |

## Research Experience

| | |
|---|---|
| 1996–1998 | **Postdoctoral Research Fellow with Professor David A. Evans,** Harvard University, Cambridge, MA |
| 1991–1996 | **Graduate Research Assistant with Professor Larry E. Overman,** University of California, Irvine, California |

## Selected Awards and Honors

| | |
|---|---|
| 2021 | Nobel Prize in Chemistry |
| 2020 | Centenary Prize, Royal Society of Chemistry, UK |
| 2019 | Nagoya Medal, Nagoya University |
| 2018 | Elected to the National Academy of Sciences, USA |
| 2018 | ACS Gabor Somorjai Award in Catalysis |
| 2018 | Noyori Prize, Japanese Society of Synthetic Chemistry |
| 2017 | Henry J. Albert Award from BASF and IMPI |
| 2016 | Janssen Pharmaceutica Prize, Belgium |
| 2016 | Tischler Award, Harvard University, MA |
| 2016 | ACS Kosolapoff Award |
| 2015 | Hamilton Award in Molecular Sciences, University of Nebraska |

| 2015 | Schering Foundation Prize (Berlin) for Outstanding Research in Medicine, Biology or Chemistry |
| 2014 | NJ ACS Award for Creativity in Molecular Design and Synthesis |
| 2014 | Harrison Howe ACS Award in Chemistry |
| 2012 | Elected to the Fellowship of the Royal Society (FRS) |
| 2012 | Elected to the American Academy of Arts and Sciences |
| 2011 | ACS Prize for Creative Work in Organic Synthesis |
| 2011 | Mitsui Award in Catalysis (Mitsui Chemicals, Japan) |
| 2011 | UC Irvine Distinguished Alumni Award |
| 2007 | Mukaiyama Prize (Japanese Society of Organic Chemists) |
| 2007 | Arthur C Cope Scholar ACS Award |
| 2006 | Thieme-IUPAC Prize in Synthetic Organic Chemistry |
| 2005 | Elias J. Corey American Chemical Society Award |
| 2005 | Tetrahedron Worldwide Young Investigator Award (Inaugural award) |
| 2005 | Corday-Morgan Medal, Royal Society of Chemistry, UK |

## Editorial Board

| 2009–2014 | Editor-in-Chief, Chemical Science (Royal Society of Chemistry). |

## Editorial Advisory Board

| 2016–2020 | Angew. Chemie International Edition |

## Scientific Advisory Board

| 2011–present | Firmenich Inc, Geneva, Switzerland |
| 2001–2014 | Lexicon Pharmaceuticals, NJ. |
| 2001–2006 | Materia, Inc, CA. |

## Scientific Consultant

| 2018–present | Relay Pharmaceuticals, Cambridge, MA |
| 2017–present | Pfizer, Worldwide (Groton, Cambridge, La Jolla, Shanghai). |
| 2017–present | UCB, Belgium |
| 2016–present | Takeda, Cambridge, MA |
| 2015–present | Biogen, Cambridge, MA |
| 2009–present | Constellation Pharmaceuticals, MA |
| 2003–present | Gilead Pharmaceuticals, CA |
| 2002–present | Amgen Pharmaceuticals, Worldwide |
| 2002–2014 | Lexicon pharmaceuticals |
| 2001–present | Merck Research Laboratories, Worldwide |
| 2001–2007 | Bayer Pharmaceuticals, CT |
| 2000–present | Johnson & Johnson, CA, PA, Belgium |
| 2000–present | Abbvie Research Laboratories, IL |

## Companies Founded

| 2009–present | Chiromics LLC, Princeton, NJ |
| 2019–present | PennPhD LLC, Pennsburg, PA |
| 2020–present | DexterityPharma LLC, NJ |

## Training Environment

Over the last 21 years my lab has graduated 57 Ph.Ds. in chemistry and hosted more than 170 postdoctoral coworkers.  These coworkers typically enter the pharmaceutical industry or join the ranks of academia.

A selection of coworkers that have entered academia:

**Graduate Students**

| | Ph.D. | Title | Academic Institution: |
|---|---|---|---|
| TEHSHIK YOON | 2003 | Full Prof | University of Wisconsin, Madison |
| TRISTAN LAMBERT | 2004 | Full Prof | Cornell University, NY |
| VY DONG | 2004 | Full Prof | University of California, Irvine |
| CATHARINE LARSEN | 2005 | Assoc Prof | University of California, Riverside |
| ROB KNOWLES | 2008 | Full Prof | Princeton University, NJ |
| PHONG PHAM | 2010 | Assoc Prof | Vietnam National University, Vietnam |
| NATE JUI | 2011 | Assoc Prof | Emory University, GA |
| DAVID NAGIB | 2011 | Asst Prof | The Ohio State University, OH |
| JEFF VAN HUMBECK | 2011 | Asst Prof | University of Calgary, Canada |
| ERIC WELIN | 2019 | Asst Prof | The University of Texas at Dallas, TX |
| PATRICIA ZHANG | 2019 | Asst Prof | Worcester Polytechnic Institute, MA |

**Postdoctoral  Collaborators**

| | Year | Title | Academic Institution: |
|---|---|---|---|
| SIMON BLAKEY | 2005 | Assoc Prof | Emory University, GA |
| WENJING XIAO | 2001 | Dean | Central Normal University China |
| SUNGGON KIM | 2002 | Assoc Prof | Kyonggi University, Korea |
| HYE-YOUNG JANG | 2005 | Assoc Prof | Ajou University, Korea |
| YONG HUANG | 2004 | Assoc Prof | Peking University, China |
| PILAR GARCIA-GARCIA | 2007 | Assoc Prof | U of Salamanca, Spain |
| MASANORI YOSHIDA | 2007 | Assoc Prof | Hokkaido University, Japan |
| TREVOR RAINEY | 2008 | Assoc Prof | Montana State University, MT |
| MURIEL AMATORE | 2008 | Assoc Prof | Université UPMC-Paris 6, France |
| PIOTR KWIATKOWSKI | 2008 | Assoc Prof | University of Warsaw, Poland |
| DAVID NICEWICZ | 2009 | Full Prof | UNC, Chapel Hill |
| CHRIS KOKOTOS | 2009 | Assoc Prof | University of Athens, Greece |
| FERNANDA FINELLI | 2010 | Assoc Prof | University of Rio de Janerio, Brazil |
| ALLAN WATSON | 2010 | Assoc Prof | Strathclyde University, UK |
| MICHAEL SZOSTAK | 2010 | Assoc Prof | Rutgers University, NJ |
| JORN HANSEN | 2011 | Assoc Prof | University of Tromso, Norway |
| MICHAEL CLIFT | 2011 | Asst Prof | University of Kansas, KS |

| ZHANG WANG | 2011 | Asst Prof | SUNY, Albany |
| DAVID MARTIN | 2012 | Assoc Prof | University of Iowa |
| KATRINE QVORTRUP | 2012 | Assoc Prof | Technical University of Denmark |
| ANDREW MCNALLY | 2012 | Assoc Prof | Colorado State University, CO |
| WEI LI | 2014 | Assoc Prof | University of Toledo, OH |
| ZHIWEI ZUO | 2015 | Asst Prof | Shanghai Tech University, China |
| MASARU KONDO | 2017 | Asst Prof | Osaka University, Japan |
| JOE BADILLO | 2017 | Asst Prof | Seton Hall University, PA |
| JIAN JIN | 2017 | Asst Prof | SIOC, China |
| KAZUNORI NAGAO | 2018 | Asst Prof | Kanazawa University, Japan |
| STEVEN BLOOM | 2019 | Asst Prof | University of Kansas, KS |
| ERIC NACSA | 2019 | Asst Prof | Penn State University, PA |
| DANI ARIAS-ROTONDO | 2020 | Asst Prof | Kalamazoo College, MI |
| DANIEL KIM | 2020 | Asst Prof | Temple University, PA |
| ZHE DONG | 2021 | Asst Prof | Southern U. of Sci. & Tech., China |

## Notable Publications

i. "New Strategies for Organic Catalysis: The First Highly Enantioselective Organocatalytic Diels–Alder Reaction." Ahrendt, K. A.; Borths, C. J.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2000**, *122*, 4243. Cited 1114 times as of May 2021.

ii. "New Strategies in Organic Catalysis: The First Enantioselective Organocatalytic Friedel–Crafts Alkylation." Paras, N. A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2001**, *123*, 4370. Cited 489 times as of May 2021.

iii. "Enantioselective Organocatalytic Indole Alkylations. Design of a New and Highly Effective Chiral Amine for Iminium Catalysis." Austin, J. A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2002**, *124*, 1172. Cited 539 times as of May 2021.

iv. "The First Direct and Enantioselective Cross-Aldol Reaction of Aldehydes." Northrup, A. B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2002**, *124*, 6798. Cited 623 times as of May 2021.

v. "Two-Step Synthesis of Carbohydrates by Selective Aldol Reactions." Northrup, A. B.; MacMillan, D. W. C. *Science* **2004**, *305*, 1752. Cited 326 times as of May 2021.

vi. "Enantioselective Organocatalytic Hydride Reduction." Ouellet, S. G.; Tuttle, J. B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 32.  Cited 363 times as of May 2021.

vii. "Enantioselective Organocatalytic α-Fluorination of Aldehydes." Beeson, T. D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 8826.  Cited 336 times as of May 2021.

viii. "Enantioselective Organo-Cascade Catalysis." Huang, Y.; Walji, A.; Larsen, C. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 15051.  Cited 600 times as of May 2021.

ix.    "Enantioselective Organocatalytic Reductive Amination." Storer, R. I.; Carrera, D. E.; Ni, Y.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2006**, *128*, 84.  Cited 579 times as of May 2021.

x.    "Enantioselective Organocatalysis using SOMO Activation." Beeson, T. D.; Mastracchio, A.; Hong, J.–B.; Ashton, K.; MacMillan, D. W. C. *Science* **2007**, *316*, 582. Cited 487 times as of May 2021.

xi.    "The Advent and Development of Organocatalysis." MacMillan, D. W. C. *Nature* **2008,** *455*, 304. Cited 1604 times as of May 2021.

xii.    "Merging Photoredox Catalysis with Organocatalysis: The Direct Asymmetric Alkylation of Aldehydes." Nicewicz, D. A.; MacMillan, D. W. C. *Science* **2008**, *322*, 77. Cited 1395 times as of May 2021.

xiii.    "Enantioselective α-Trifluoromethylation of Aldehydes via Photoredox Organocatalysis." Nagib, D. A.; Scott, M. E.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2009**, *131*, 10875. Cited 742 times as of May 2021.

xiv.    "Discovery of an α-Amino C–H Arylation Reaction Using the Strategy of Accelerated Serendipity." McNally, A.; Prier, C. K.; MacMillan, D. W. C. *Science* **2011**, *345*, 1114. Cited 540 times as of May 2021.

xv.    "Collective Synthesis of Natural Products by Means of Organocascade Catalysis." Jones, S. B.; Simmons, B.; MacMillan, D. W. C. *Nature* **2011**, *475*, 183. Cited 474 times as of May 2021.

xvi.    "Trifluoromethylation of Arenes and Heteroarenes via Photoredox Catalysis." Nagib, D. A.; MacMillan, D. W. C. *Nature* **2011**, *480*, 224. Cited 854 times as of May 2021.

xvii.    "Photoredox Activation for the Direct β-Arylation of Ketones and Aldehydes." Pirnot, M. T.; Rankic, D. A.; Martin, B. C.; MacMillan, D. W. C. *Science* **2013**, *339*, 1593. Cited 329 times as of May 2021.

xviii.    "Merging photoredox with nickel catalysis: Coupling of α-carboxyl sp$^3$-carbons with aryl halides." Zuo, Z.; Ahneman, D.; Chu, L.; Terrett, J.; Doyle, A. G.; MacMillan, D. W. C. *Science* **2014**, *345*, 437. Cited 795 times as of May 2021.

xix.    "O–H Hydrogen bonding promoted H-atom transfer from α C–H bonds for C-alkylation of alcohols." Jeffrey, J. L.; Terrett, J. A.; MacMillan, D. W. C. *Science* **2015**, *349*, 1523. Cited 214 times as of May 2021.

xx.    "Switching on Elusive Organometallic Mechanisms with Photoredox Catalysis." Terrett, J. A.; Cuthbertson, J. D.; Shurtleff, V. W.; MacMillan, D. W. C. *Nature* **2015**, *524*, 330. Cited 276 times as of May 2021.

xxi.    "Alcohols as alkylating agents in heteroarene C–H functionalization."  Jin, J.; MacMillan, D. W. C. *Nature* **2015**, *525*, 87. Cited 356 times as of May 2021.

xxii.   "Native functionality in triple catalytic cross-coupling: sp³ C–H bonds as latent nucleophiles." Shaw, M. S.; Shurtleff, V. W.; Terrett, J. A.; Cuthbertson, J. D.; MacMillan, D. W. C. *Science* **2016**, *352*, 1304. Cited 269 times as of May 2021.

xxiii.  "Silyl Radical Activation of Alkyl Halides in Metallaphotoredox Catalysis: A Unique Pathway for Cross-Electrophile Coupling." Zhang, P.; Le, C. C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2016**, *138*, 8084. Cited 182 times as of May 2021.

xxiv.   "Aryl amination using ligand-free Ni(II) salts and photoredox catalysis." Corcoran, E. B.; Pirnot, M. T.; Lin, S.; Dreher, S. D.; DiRocco, D. A.; Davies, I. W.; Buchwald, S. L.; MacMillan, D. W. C. *Science* **2016**, *353*, 279.  Cited 233 times as of May 2021.

xxv.    "Metallaphotoredox-catalyzed sp³–sp³ cross-coupling of carboxylic acids with alkyl halides" Johnson, C. P.; Smith, R. T.; Allmendinger, S.; MacMillan, D. W. C. *Nature* **2016**, *536*, 322. Cited 225 times as of May 2021.

xxvi.   "Photoredox Catalysis in Organic Chemistry." Shaw, M. S.; Twilton, J.; MacMillan, D. W. C. *J. Org. Chem.* **2016**, *81*, 6898. Cited 1096 times as of May 2021.

xxvii.  "Photosensitized, energy transfer-mediated organometallic catalysis through electronically excited nickel(II)." Welin, E. R.; Le, C.; Lin, S.; Arias-Rotondo, D. M.; McCusker, J. K.; MacMillan, D. W. C. *Science* **2017**, *355*, 380. Cited 193 times as of May 2021.

xxviii. "Selective sp³ C–H Alkylation via Polarity Match Based Cross-Coupling." Le, C.; Liang, Y.; Evans, R. W.; Li, X.; MacMillan, D. W. C. *Nature* **2017**, *547*, 79. Cited 203 times as of May 2021.

xxix.   "A Radical Approach to the Copper Oxidative Addition Problem: Trifluoromethylation of Bromoarenes." Le, C.; Chen, T. Q.; Liang, T.; Zhang, P.; MacMillan, D. W. C. *Science* **2018**, *360*, 1010. Cited 134 times as of May 2021.

xxx.    "Direct Arylation of Strong Aliphatic C–H Bonds." Perry, I. B.; Brewer, T. F.; Sarver, P. J.; Schultz, D. M.; DiRocco, D. A.; MacMillan, D. W. C. *Nature* **2018**, *560*, 70. Cited 145 times as of May 2021.

xxxi.   "Microenvironment mapping via Dexter energy transfer on immune cells."  Geri, J. B.; Oakley, J. V.; Reyes-Robles, T; Wang, T.; McCarver, S.; White, C. H.; Rodriguez-Rivera, F. P.; Parker D. L. Jr.; Hett, E. C.; Fadeyi, O. O.; Oslund, R. C.  D. W. C. MacMillan; *Science* **2020**, *367*, 1091. Cited 20 times as of May 2021.

xxxii.  "Metallaphotoredox-enabled deoxygenative arylation of alcohols" Dong, Z.; D. W. C. MacMillan; *Nature* **2021**, *598*, 451.

# Independent Publications

(1) "Development of a New Lewis Acid Catalyzed Claisen Rearrangement." Yoon, T.; Dong, V. M.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **1999**, *121*, 9726.

(2) "New Strategies for Organic Catalysis: The First Highly Enantioselective Organaocatalytic Diels–Alder Reaction." Ahrendt, K. A.; Borths, C. J.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2000**, *122*, 4243.

(3) "New Strategies for Organic Catalysis: The First Enantioselective Organocatalytic 1,3–Dipolar Cycloaddition." Jen, W. S.; Wiener, J. J. M.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2000**, *122*, 9874.

(4) "Design of a New Cascade Reaction for the Construction of Complex Acyclic Architecture: The Tandem Acyl–Claisen Rearrangement." Dong, V. M.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2001**, *123*, 2448.

(5) "Enantioselective Claisen Rearrangements: Development of a First Generation Asymmetric Acyl–Claisen Reaction." Yoon, T. P.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2001**, *123*, 2911.

(6) "New Strategies in Organic Catalysis: The First Enantioselective Organocatalytic Friedel–Crafts Alkylation." Paras, N. A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2001**, *123*, 4370.

(7) "Enantioselective Organocatalytic Indole Alkylations.  Design of a New and Highly Effective Chiral Amine for Iminium Catalysis." Austin, J. A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2002**, *124*, 1172.

(8) "The First General Enantioselective Catalytic Diels–Alder Reaction with Simple α,β-Unsaturated Ketones." Northrup, A. B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2002**, *124*, 2458.

(9) "The Enantioselective Organocatalytic 1,4-Addition of Electron Rich Benzenes to α,β-Unsaturated Aldehydes." Paras, N. A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2002**, *124*, 7894.

(10) "The First Direct and Enantioselective Cross-Aldol Reaction of Aldehydes." Northrup, A. B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2002**, *124*, 6798.

(11) "Development of a New Lewis Acid-Catalyzed [3,3]–Sigmatropic Rearrangement:  The Allenoate-Claisen Rearrangement." Lambert T. H.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2002**, *124*, 13646.

(12) "The First Enantioselective Organocatalytic Mukaiyama-Michael Reaction. A Direct Method for the Synthesis of Enantioenriched γ-Butenolide Architecture." Brown, S. P.; Goodwin, N. C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2003**, *125*, 1192.

(13) "The First Suzuki Cross-Couplings of Aryltrimethylammonium Salts." Blakey, S. B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2003**, *125*, 6046.

(14) "The Direct and Enantioselective Organocatalytic α-Oxidation of Aldehydes" Brown, S. P.; Sinz, C. J.; Brochu, M.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2003**, *125*, 10808.

(15) "Enantioselective Organocatalytic Construction of Pyrroloindolines via a Cascade Addition–Cyclization Strategy:  Application to the Synthesis of (–)-Flustramine B." Austin, J. F.; Kim, S.-G.; Sinz, C. S.; Xiao, W-J, MacMillan, D. W. C. *Proc. Natl. Acad. Sci.* **2004**, *101*, 5482.

(16) "Enantioselective Organocatalytic Direct Aldol Reactions of α-Oxyaldehydes: Step One in a Two Step Synthesis of Carbohydrates." Northrup, A. B.; Mangion, I. K.; Hettche, F.; MacMillan, D. W. C. *Angew. Chem.* **2004**, *43*, 2152.

(17) "Direct and Enantioselective Organocatalytic α-Chlorination of Aldehydes." Brochu, M. P.; Brown. S. P.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2004**, *126*, 4108.

(18) "Direct and enantioselective organocatalytic aldehyde–aldehyde aldol couplings.  The broad utility of α-thioacetal aldehydes." Storer, R. I.; MacMillan, D. W. C. *Tetrahedron Symposium-in-Print to honor Professor Seebach's Tetrahedron Prize*, **2004**, *60*, 7705.

(19) "Two-Step Synthesis of Carbohydrates by Selective Aldol Reactions." Northrup, A. B.; MacMillan, D. W. C. *Science.* **2004**, *305*, 1752.

(20) "The Importance of Iminium Geometry Control in Enamine Catalysis.  Identification of a New Catalyst Architecture for Aldehyde-Aldehyde Couplings." Northrup, A. B.; Mangion, I. K.; MacMillan, D. W. C. *Angew. Chem.* **2004**, *43*, 6722.

(21) "Enantioselective Organocatalytic Hydride Reduction (EOHR)."  Ouellet, S. G.; Tuttle, J. B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 32.

(22) "Enantioselective Organocatalytic Cyclopropanations.  The Identification of a New Class of Iminium Catalyst Based Upon Directed Electrostatic Activation." Kunz, R. K.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 3240.

(23) "Total Synthesis of Littoralisone and Brasolide."  Mangion, I. K.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 3696.

(24) "Enantioselective Organocatalytic α-Fluorination of Aldehydes."  Beeson, T. D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 8826.

(25) "Enantioselective Organocatalytic Intramolecular Diels–Alder Reactions.  The Asymmetric Synthesis of Solanapyrone D."  Wilson, R. M.; Jen, W. S.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 11616.

(26)  "Enantioselective Organo-Cascade Catalysis." Huang, Y.; Walji, A.; Larsen, C. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2005**, *127*, 15051.

(27)  "Enantioselective Organocatalytic Reductive Amination."  Storer, R. I.; Carrera, D. E.; Ni, Y.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2006**, *128*, 84.

(28)  "Enantioselective Organocatalytic Amine Conjugate Addition." Chen, Y. K.; Yoshida, M.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2006**, *128*, 9328.

(29)  "Modern Strategies in Organic Catalysis.  The Advent and Development of Iminium Activation." Lelais, G.; MacMillan, D. W. C. *Aldrichimica Acta.* **2006**, *39*, 79.

(30)  "Enantioselective organocatalytic epoxidation using hypervalent iodine reagents." Lee, S.; MacMillan, D. W. C. *Tetrahedron Symposium-in-Print to honor the Tetrahedron Young Investigator Prize to DWCM,* **2006**, *62*, 11413.

(31)  "Organocatalytic Transfer Hydrogenation of Cyclic Enones."  Tuttle, J. B.; Ouellet, S. G.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2006**, *128*, 12662.

(32)  "Enantioselective Organocatalysis using SOMO Activation." Beeson, T. D.; Mastracchio, A.; Hong, J.-B.; Ashton, K.; MacMillan, D. W. C. *Science.* **2007**, *316*, 582.

(33)   "Enantioselective Organocatalytic Singly Occupied Molecular Orbital Activation: The Enantioselective α-Enolation of Aldehydes." Jang, H–Y; Hong, J–B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2007**, *129*, 7004.

(34)  "Strategies to Bypass the Taxol Problem. Enantioselective Cascade Catalysis, a New Approach for the Efficient Construction of Molecular Complexity." Walji, A.; MacMillan, D. W. C. *Synlett Special issue to honor the Thieme-IUPAC Prize to DWCM,* **2007**, 1477

(35)  "Organocatalytic Vinyl and Friedel-Crafts Alkylations with Trifluoroborate Salts."  Lee, S.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2007**, *129*, 15438.

(36)   "Enantioselective Organocatalytic Transfer Hydrogenation using Hantzsch Esters." Ouellet, S. G.; Walji, A.; MacMillan, D. W. C. *Acc. Chem. Res.* **2007**, *40*, 1327.

(37)  "Enantioselective Organo-SOMO Catalysis: The α-Vinylation of Aldehydes."  Kim, H.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2008**, *130*, 398.

(38)  "Total Synthesis and Structural Revision of Callipeltoside C." Carpenter, J.; Northrup, A. B.; Chung, D.; Wiener, J. J. M.; MacMillan, D. W. C. *Angew. Chem.* **2008**, *47*, 3568.

(39)  "The Advent and Development of Organocatalysis." MacMillan, D. W. C. *Nature.* **2008**, *455*, 304.

(40)  "Merging Photoredox Catalysis with Organocatalysis: The Direct Asymmetric Alkylation of Aldehydes." Nicewicz, D. A.; MacMillan, D. W. C. *Science.* **2008**, *322*, 77.

(41) "Enantioselective Organo-SOMO Catalysis: The Carbo-Oxidation of Styrenes." Graham, T. H.; Jones, C. M.; Jui, N. T. MacMillan, D. W. C. *J. Am. Chem. Soc.* **2008**, *130*, 16494.

(42) "A process for the rapid removal of dialkylamino-substituents from aromatic rings. Application to the expedient synthesis of (*R*)-tolterodine." Paras, N.; Simmons, B.; MacMillan, D. W. C. *Tetrahedron Symposium-in-Print to honor Professor Du Bois' Tetrahedron Young Investigator Award,* **2009**, *65*, 3232.

(43) "Cycle-Specific Organocascade Catalysis:  Application to Olefin Hydroamination, Hydro-Oxidation and Amino-Oxidation. The First Use of Organocascade Catalysis in Complex Natural Product Synthesis." Simmons, B.; Walji, A.; MacMillan, D. W. C. *Angew. Chem.* **2009**, *48*, 4349.

(44) "Enantioselective Linchpin Catalysis by SOMO Catalysis: an Approach to the Asymmetric α-Chlorination of Aldehydes and Terminal Epoxide Formation." Amatore, M.; Beeson, T. D.; Brown, S. P.; MacMillan, D. W. C. *Angew. Chem.* **2009**, *48*, 5121.

(45) "Enantioselective α-Trifluoromethylation of Aldehydes via Photoredox Organocatalysis." Nagib, D. A.; Scott, M. E.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2009**, *131*, 10875.

(46) "Development of a General, Enantioselective Mukaiyama-Michael Reaction with α,β-Unsaturated Aldehydes." Borths, C. J.; Carrera, D. E.; MacMillan, D. W. C. *Tetrahedron Symposium-in-Print to honor the Tetrahedron Prize to Larry Overman,* **2009**, *65*, 6746.

(47) "Enantioselective Aldehyde α-Nitroalkylation via Oxidative Organocatalysis." Wilson J. E.; Casarez, A. D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2009**, *131*, 11332.

(48) "Enantioselective α-Arylation of Aldehydes via Organo-SOMO Catalysis. An Ortho-Selective Arylation Reaction Based on an Open-Shell Pathway." Conrad, J. C; Kong, J.; Laforteza, B. N.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2009**, *131*, 11640.

(49) "Nine-Step Enantioselective Total Synthesis of (+)-Minfiensine." Jones, S. B.; Simmons, B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2009**, *131*, 13606.

(50) "The Productive Merger of Iodonium Salts and Organocatalysis: A Non-photolytic Approach to the Enantioselective α-Trifluoromethylation of Aldehydes." Allan, A. E.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2010**, *132*, 4986.

(51) "Nature of Intermediates in Organo-SOMO Catalysis of α-Arylation of Aldehydes." Um, J. M.; Gutierrez, O.; Schoenebeck, F.; Houk, K. N.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2010**, *132*, 6001.

(52) "Enantioselective Polyene Cyclization via Organo-SOMO Catalysis." Rendler, S.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2010**, *132*, 5027.

(53) "The organocatalytic three-step total synthesis of (+)-frondosin B." Reiter, M.; Torsell, S.; MacMillan, D. W. C. *Chem. Sci.* **2010**, *1*, 37.

(54) "Enantioselective Organo-SOMO Cascade Cycloadditions: A Rapid Approach to Molecular Complexity from Simple Aldehydes and Olefins." Jui, N. T.; Lee, E. C. Y.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2010**, *132*, 10015.

(55) "Concerning the Mechanism of the FeCl$_3$-Catalyzed α-Oxyamination of Aldehydes. Evidence for a Non-SOMO Activation Pathway." Van Humbeck, J. F.; Simonovich, S. P.; Knowles, R. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2010**, *132*, 10012.

(56) "Mechanistic Complexity in Organo-SOMO Activation." Devery III. J. J.; Conrad, J. C.; MacMillan, D. W. C.; Flowers, R. A. *Angew. Chem.* **2010**, *49*, 6106.

(57) "Enantioselective α-Benzylation of Aldehydes via Photoredox Organocatalysis." Shih, H. W.; Vander Wal, R.; Grange, R. L.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2010**, *132*, 13600.

(58) "Direct and Enantioselective α-Allylation of Ketones via Singly Occupied Molecular Orbital (SOMO) Catalysis." Mastracchio, A.; Warkentin, A. A.; Walji, A. M.; MacMillan, D. W. C. *Proc. Natl. Acad. Sci.* **2010**, *107*, 20648.

(59) "The Preparation of (2*R*, 5*S*)-2-*t*-Butyl-3,5-dimethylimidazolidin-4-one." Graham, T. H.; Horning, B. D.; MacMillan, D. W. C. *Proc. Org. Synth.* **2011**, *88*, 42.

(60) "The Total Synthesis of Diazonamide A." Knowles, R. R.; Carpenter, J.; Blakey, S. B.; Kayano, A.; Mangion, I. K.; Sinz, C. J.; MacMillan, D. W. C. *Chem. Sci.* **2011**, *2*, 308.

(61) "Enantioselective Organocatalytic α-Fluorination of Cyclic Ketones." Kwiatkowski, P.; Beeson, T. D.; Conrad, J. C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2011**, *133*, 1738.

(62) "The Enantioselective α-Arylation of Aldehydes Via the Productive Merger of Iodonium Salts and Organocatalysis." Allen, A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2011**, *133*, 4260.

(63) "The intramolecular asymmetric allylation of aldehydes via Organo-SOMO catalysis: A novel approach to ring construction." Pham, P. V.; Ashton, K.; MacMillan, D. W. C. *Chem. Sci.* **2011**, *2*, 1470.

(64) "Photoredox Catalysis: A Mild and Operationally Simple Approach to the Synthesis of α-Trifluoromethyl Carbonyl Compounds." Pham, P. V.; Nagib, D. A.; MacMillan, D. W. C. *Angew. Chem.* **2011**, *50*, 6119.

(65) "The Collective Synthesis of Natural Products via Organocascade Catalysis." Jones, S. B.; Simmons, B.; Mastracchio, A.; MacMillan, D. W. C. *Nature.* **2011**, *475*, 183.

(66) "Enantioselective α-Arylation of Carbonyls via Cu(I)-Bisoxazoline Catalysis." Harvey, J. S.; Simonovich, S. P.; Jamison, C. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2011**, *133*, 13782.

(67) "The Discovery of an Amino C–H Arylation Reaction Using the Strategy of Accelerated Serendipity." McNally, A.; MacMillan, D. W. C. *Science.* **2011**, *334*,1114.

(68)  "Trifluoromethylation of arenes and heteroarenes via photoredox catalysis." Nagib, D. A.; MacMillan, D. W. C. *Nature.* **2011**, *480*, 224.

(69)  "Synergistic Catalysis: A Powerful Strategy for New Reaction Development." Allen, A. E.; MacMillan, D. W. C. *Chem. Sci.* **2012**, *3*, 633.

(70)  "A General Approach to the Enantioselective α-Oxidation of Aldehydes Via Synergistic Catalysis." Simonovich, S. P.; Van Humbeck, J. F.; MacMillan, D. W. C. *Chem. Sci.* **2012**, *3*, 58.

(71)  "Enantioselective α-Vinylation of Aldehydes via the Synergistic Combination of Copper and Amine Catalysis." Skucas, E.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2012**, *134*, 9090.

(72)  "Enantioselective Copper-Catalyzed Construction of Aryl Pyrroloindolines via an Arylation–Cyclization Cascade." Zhu, S.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2012**, *134*, 10815.

(73)  "Enantioselective Organo-SOMO Cycloadditions: A Catalytic Approach to Complex Pyrrolidines from Olefins and Aldehydes." Jui, N. T.; Garber J. A. O.; Finelli F. G.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2012**, *134*, 11400.

(74)  "Visible Light Photoredox Catalysis with Transition Metal Complexes: Applications in Organic Synthesis." Prier, C. K.; Rankic D. A.; MacMillan, D. W. C. *Chem. Rev.* **2013**, *113*, 5322.

(75)  "Photoredox Activation for the Direct β-Arylation of Ketones and Aldehydes."  Pirnot, M. T.; Rankic, D. A.; Martin, D. B. C.; MacMillan, D. W. C. *Science.* **2013**, *339*, 1593.

(76)  "Nine-Step Enantioselective Total Synthesis of (-)-Vincorine." Horning, B. D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2013**, *135*, 6442.

(77)  "Development of a Generic Activation Mode: Nucleophilic α-Substitution of Ketones via Oxy-Allyl Cations." Vander Wal, M. N.; Dilger, A. K.; MacMillan, D. W. C. *Chem. Sci.* **2013**, *4*, 3075.

(78)  "Enantioselective Intramolecular Aldehyde α-Alkylation with Simple Olefins: Direct Access to Homo-Ene Products." Comito, R. J.; Finelli, F. G.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2013**, *135*, 9358.

(79)  "Enantioselective Direct α-Amination of Aldehydes via a Photoredox Mechanism: A Strategy for Asymmetric Amine Fragment Coupling." Cecere, G.; König, C. M.; Alleva J. L.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2013**, *135*, 11521.

(80)  "Enantioselective α-Alkenylation of Aldehydes with Boronic Acids via the Synergistic Combination of Copper(II) and Amine Catalysis." Stevens, J. M.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2013**, *135*, 11756.

(81)   "Enantioselective Total Synthesis of (-)-Minovincine in Chemical Steps: An Approach to Ketone Activation in Cascade Catalysis." Laforteza, B. N.; Pickworth, M.; MacMillan, D. W. C. *Angew. Chem.* **2013**, *52*, 11269.

(82)   "Simple Catalytic Mechanism for the Direct Coupling of α-Carbonyls with Functionalized Amines: A One-Step Synthesis of Plavix." Evans, R. W.; Zbieg, J. R.; Zhu, S.; Li, W.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2013**, *135*, 16074.

(83)   "Direct β-Functionalization of Cyclic Ketones with Aryl Ketones via the Merger of Photoredox and Organocatalysis." Petronijević, F. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2013**, *135*, 18323.

(84)   "A general Strategy for the Organocatalytic Activation of C–H Bonds via Photoredox Catalysis: Direct Arylation of Benzylic Ethers." Qvortrup, K.; Rankic, D. A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2014**, *136*, 626.

(85)   "Decarboxylative Arylation of α-Amino Acids via Photoredox Catalysis: A One-Step Conversion of Biomass to Drug Pharmacophore." Zuo, Z.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2014**, *136*, 5257.

(86)   "A General and Enantioselective Approach to Pentoses: A Rapid Synthesis of PSI-6130, the Nucleoside Core of Sofosbuvir." Peifer, M.; Berger, R.; Shurtleff, V. W.; Conrad, J. C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2014**, *136*, 5900.

(87)   "Direct  -Alkylation of Aldehydes via Photoredox Organocatalysis." Terrett, J. A.; Clift, M. D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2014**, *136*, 6858.

(88)   "Merging photoredox with nickel catalysis: Coupling of α-carboxyl sp³-carbons with aryl halides." Zuo, Z.; Ahneman, D.; Chu, L.; Terrett, J.; Doyle, A. G.; MacMillan, D. W. C. *Science* **2014**, *345*, 437.

(89)   "Carboxylic Acids as a Traceless Activation Group for Conjugate Additions: A Three-Step Synthesis of (±)-Lyrica." Chu, L.; Ohta, C.; Zuo, Z.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2014**, *136*, 10886.

(90)   "Photoredox-Mediated α-Vinylation of α-Amino Acids and N-Aryl Amines." Noble, A.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2014**, *136*, 11605.

(91)   "Amine α-Heteroarylation via Photoredox Catalysis: A Homolytic Aromatic Substitution Pathway." Prier, C. K.; MacMillan, D. W. C. *Chem. Sci.* **2014**, *5*, 4173.

(92)   "Activation of C–H Bonds via the Merger of Photoredox and Organocatalysis: A Coupling of Benzylic Ethers with Schiff Bases." Hager, D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2014**, *136*, 16986.

(93)   "The Direct α-Arylation of Ethers via the Merger of Photoredox Mediated C–H Functionalization and the Minisci Reaction." Jin, J.; MacMillan, D. W. C. *Angew. Chem.* **2015**, *54*, 1565.

(94)   "Merging Photoredox and Nickel Catalysis: The Decarboxylative Cross-Coupling of Carboxylic Acids with Vinyl Halides." Noble, A.; MacMillan, D. W. C.; McCarver, S. J. *J. Am. Chem. Soc.* **2015**, *137*, 624.

(95)   "Direct Arylation of Allylic sp³ C–H Bonds via the Merger of Organic and Photoredox Catalysis." Cuthbertson, J. D.; MacMillan, D. W. C. *Nature.* **2015**, *519*, 74.

(96)   "Decarboxylative Fluorination of Aliphatic Carboxylic Acids via Photoredox Catalysis." Ventre, S.; Petronijevic, F. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2015**, *137*, 5654.

(97)   "Merging Photoredox and Nickel Catalysis: The Direct Synthesis of Ketones by the Decarboxylative Arylation of α-Oxo Acids." Chu, L.; Lipshultz, J. M.; MacMillan, D. W. C. *Angew. Chem.* **2015**, *54*, 7929.

(98)   "Selective Radical–Radical Cross Couplings: Design of a Formal β-Mannich Reaction." Jeffrey, J.; Petronijevic, F. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2015**, *137*, 8404.

(99)   "Enantioselective a-Alkylation of Aldehydes by Photoredox Organocatalysis: Rapid Access to Pharmacophore Fragments from β-Cyanoaldehydes." Welin, E. R.; Warkentin, A.A.; Conrad, J. C.; MacMillan, D. W. C. *Angew. Chem.* **2015**, *54*, 9668.

(100)  "Switching on Elusive Organometallic Mechanisms with Photoredox Catalysis." Terrett, J. A.; Cuthbertson, J. D.; Shurtleff, V. W.; MacMillan, D. W. C. *Nature.* **2015**, *524*, 330.

(101)  "Alcohols as latent alkylating agents in heteroarene C–H functionalization." Jin, J.; MacMillan, D. W. C. *Nature.* **2015**, *525*, 87.

(102)  "O–H Hydrogen Bonding Promotes H-Atom Transfer from α-C–H Bonds for C–H alkylation of alcohols." Jeffrey, J.; Terrett, J.; MacMillan, D. W. C. *Science* **2015**, *349*, 1523.

(103)  "Fragment Couplings via $CO_2$-Extrusion-Recombination: Expansion of a Classic Bond-Forming Strategy via Metallophotoredox." Li, C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2015**, *137*, 11938.

(104)  "Oxalates as Activating Groups for Alcohols in Photoredox Catalysis: Formation of Quaternary Centers by Redox Neutral Fragment Couplings." Nawrat, C.C.; Jamison, C. R.; Slutskyy, Y.; MacMillan, D. W. C.; Overman, L.E. *J. Am. Chem. Soc.* **2015**, *137*, 11270.

(105)  "Fragment Couplings via $CO_2$ Extrusion–Recombination: Expansion of a Classic Bond-Forming Strategy via Metallaphotoredox." Le, C. C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2015**, *137*, 11938.

(106)   "Enantioselective Decarboxylative Arylation of α-Amino Acids via the Merger of Photoredox and Nickel Catalysis." Zuo, Z.; Cong, H.; Li, W.; Choi, J.; Fu, G. C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2016**, *138*, 1832.

(107)   "Oxy-Allyl Cation Catalysis: An Enantioselective Electrophilic Activation Mode." Liu, C.; Oblak, E. Z.; Vander Wal, M. N.; Dilger, A. K.; Almstead, D. K.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2016**, *138*, 2134.

(108)   "Native functionality in triple catalytic cross-coupling: $sp^3$ C–H bonds as latent nucleophiles." Shaw, M. S.; Shurtleff, V. W.; Terrett, J. A.; Cuthbertson, J. D.; MacMillan, D. W. C. *Science* **2016**, *352*, 1304.

(109)   "Silyl Radical Activation of Alkyl Halides in Metallaphotoredox Catalysis: A Unique Pathway for Cross-Electrophile Coupling." Zhang, P.; Le, C. C.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2016**, *138,* 8084.

(110)   "Aryl amination using ligand-free Ni(II) salts and photoredox catalysis." Corcoran, E. B.; Pirnot, M. T.; Lin, S.; Dreher, S. D.; DiRocco, D. A.; Davies, I. W.; Buchwald, S. L.; MacMillan, D. W. C. *Science* **2016**, *353*, 279.

(111)   "Photoredox Catalysis in Organic Chemistry." Shaw, M. S.; Twilton, J.; MacMillan, D. W. C. *J. Org. Chem.* **2016**, *81*, 6898.

(112)   "Metallaphotoredox-catalysed $sp^3$–$sp^3$ cross-coupling of carboxylic acids with alkyl halides." Johnson, C. P.; Smith, R. T.; Allmendinger, S.; MacMillan, D. W. C. *Nature* **2016**, *536*, 322.

(113)   "Alcohols as Latent Coupling Fragments for Metallaphotoredox Catalysis: $sp^3$–$sp^2$ Cross-Coupling of Oxalates with Aryl Halides." Zhang, X.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2016**, *138*, 13862.

(114)   "Decarboxylative Peptide Macrocyclization through Photoredox Catalysis." McCarver, S. J.; Qiao, J. X.; Carpenter, J.; Borzilleri, R. M.; Poss, M. A.; Eastgate, M. D.; Miller, M. M.; MacMillan, D. W. C. *Angew. Chem.* **2017**, *56*, 728.

(115)   "Photosensitized, energy transfer-mediated organometallic catalysis through electronically excited nickel(II)." Welin, E. R.; Le, C.; Lin, S.; Arias-Rotondo, D. M.; McCusker, J. K.; MacMillan, D. W. C. *Science* **2017**, *355*, 380.

(116)   "A General Small-Scale Reactor to Enable Standardization and Acceleration of Photocatalytic Reactions." Le, C. C.; Wismer, M. K.; Shi, Z.-C.; Zhang, R.; Conway, D. V.; Li, G.; Vachal, P.; Davies, I. W.; MacMillan, D. W. C. *ACS Cent. Sci.* **2017**, *3*, 647.

(117)   "Selective $sp^3$ C–H Alkylation via Polarity Match Based Cross-Coupling." Le, C.; Liang, Y.; Evans, R. W.; Li, X.; MacMillan, D. W. C. *Nature* **2017**, *547*, 79.

(118) "Direct, Enantioselective α-alkylation of Aldehydes using Simple Olefins." Capacci, A. G.; Malinowski, J. T.; McAlpine, N. J.; Kuhne, J.; MacMillan, D. W. C. *Nat. Chem.* **2017**, *9*, 1073.

(119) "The Merger of Transition Metal and Photocatalysis." Twilton, J.; Le, C. C.; Zhang, P.; Shaw, M. H.; Evans, R. W.; MacMillan, D. W. C. *Nat. Rev. Chem.* **2017**, *1*, 52.

(120) "Catalyst-Controlled Oligomerization for the Collective Synthesis of Polypyrroloindoline Natural Products." Jamison, C. R.; Badillo, J. J.; Lipshultz, J. M.; Comito, R. J.; MacMillan, D. W. C. *Nat. Chem.*, **2017**, *9*, 1165.

(121) "Direct Aldehyde C–H Arylation and Alkylation via the Combination of Nickel, Hydrogen Atom Transfer, and Photoredox Catalysis." Zhang, X.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2017**, *139*, 11353.

(122) "Photoredox-catalyzed deuteration and tritiation of pharmaceutical compounds." Loh, Y. Y.; Nagao, K.; Hoover, A. J.; Hesk, D.; Rivera, N. R.; Colletti, S. L.; Davies, I. W.; MacMillan, D. W. C. *Science* **2017**, *358*, 1182.

(123) "Decarboxylative Alkylation for Site-Selective Bioconjugation of Native Proteins via Oxidation Potentials." Bloom, S.; Liu, C.; Kölmel, D. K.; Qiao, J. X.; Zhang, Y.; Poss, M. A.; Ewing, W. R.; MacMillan, D. W. C. *Nat. Chem.* **2017**, *10*, 205.

(124) "Spin-Center Shift-Enabled Direct Enantioselective α-Benzylation of Aldehydes with Alcohols." Nacsa, E. D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2018**, *140*, 3322.

(125) "Sulfonamidation of Aryl and Heteroaryl Halides through Photosensitized Nickel Catalysis." Kim, T.; McCarver, S. J.; Lee, C.; MacMillan, D. W. C. *Angew. Chem.* **2018**, *57*, 3488.

(126) "Decarboxylative sp³ C–N Coupling via Dual Copper and Photoredox Catalysis." Liang, Y.; Zhang, X.; MacMillan, D. W. C. *Nature* **2018**, *559*, 83.

(127) "Selective Hydrogen Atom Abstraction through Induced Bond Polarization: Direct α-Arylation of Alcohols through Photoredox, HAT, and Nickel Catalysis." Twilton, J.; Christensen, M.; DiRocco, D. A.; Ruck, R. T.; Davies, I. W.; MacMillan, D. W. C. *Angew. Chem.* **2018**, *57*, 5369.

(128) "Decarboxylative Hydroalkylation of Alkynes." Till, N. A.; Smith, R. T.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2018**, *140*, 5701.

(129) "Decarboxylative Trifluoromethylation of Aliphatic Carboxylic Acids." Kautzky, J. A.; Wang, T. Evans, R. W.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2018**, *140*, 6522.

(130) "A Radical Approach to the Copper Oxidative Addition Problem: Trifluoromethylation of Bromoarenes." Le, C.; Chen, T. Q.; Liang, T.; Zhang, P.; MacMillan, D. W. C. *Science* **2018**, *360*, 1010.

(131)  "Direct Arylation of Strong Aliphatic C–H Bonds." Perry, I. B.; Brewer, T. F.; Sarver, P. J.; Schultz, D. M.; DiRocco, D. A.; MacMillan, D. W. C. *Nature* **2018**, *560*, 70.

(132)  "Metallaphotoredox Difluoromethylation of Aryl Bromides." Bacauanu, V.; Cardinal, S.; Yamauchi, M.; Kondo, M.; D. F. Fernández, R. Remy.; MacMillan, D. W. C. *Angew. Chem.* **2018**, *57*, 12543.

(133)  "Metallaphotoredox-Catalyzed Cross-Electrophile Csp³–Csp³ Coupling of Aliphatic Bromides." Smith, R. T.; Zhang, X.; Rincón, J. A.; Agejas, J.; Mateos, C.; Barberis, M.; García-Cerrada, S.; de Frutos, O.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2018**, *140*, 17433.

(134)  "Copper-Catalyzed Trifluoromethylation of Alkyl Bromides." Kornfilt, D. J. P.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2019**, *141*, 6853.

(135)  "Photoredox-catalyzed Deoxyfluorination of Activated Alcohols with Selectfluor®." González-Esguevillas, M.; Miró, J.; Jeffrey J. L.; MacMillan, D. W. C. *Tetrahedron Lett.* **2019**, *75*, 4222.

(136)  "A Metallaphotoredox Strategy for the Cross-Electrophile Coupling of α-Chloro Carbonyls with Aryl Halides." Chen, T. Q.; MacMillan, D. W. C. *Angew. Chem.* **2019**, *58*, 14584.

(137)  "Open-Shell Fluorination of Alkyl Bromides: Unexpected Selectivity in a Silyl Radical-Mediated Chain Process." Lovett, G. H.; Chen, S.; Xue, X.-S.; Houk, K. N.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2019**, *141*, 20031.

(138)  "Decarboxylative Oxygenation via Photoredox Catalysis." Faraggi, T. M.; Li, W.; MacMillan, D. W. C. *Isr. J. Chem.* **2020**, *60*, 1.

(139)  "Microenvironment mapping via Dexter energy transfer on immune cells." Geri, J. B.; Oakley, J. V.; Reyes-Robles, T; Wang, T.; McCarver, S.; White, C. H.; Rodriguez-Rivera, F. P.; Parker D. L. Jr.; Hett, E. C.; Fadeyi, O. O.; Oslund, R. C.  D. W. C. MacMillan; *Science* **2020**, *367*, 1091.

(140)  "Copper-Mediated Synthesis of Drug-like Bicyclopentanes."  Zhang, X.; Smith, R.; Le, C.; McCarver, S.; Shireman, B.; Carruthers, N.; MacMillan, D. W. C. *Nature* **2020**, *580*, 220.

(141)  "Transient Absorption Spectroscopy Offers Mechanistic Insights for an Iridium / Nickel-Catalyzed C–O Coupling." Tian, L.; Till, N. A; Kudisch, B.; MacMillan, D. W. C.; Scholes, G. D. *J. Am. Chem. Soc.* **2020**, *142*, 4555.

(142) "The Merger of Decatungstate and Copper Catalysis to Enable Aliphatic C(sp3)–H Trifluoromethylation." Sarver, P. J.; Bacauanu, V.; Schultz, D. M.; DiRocco, D. A.; Lam, Y. H.; MacMillan, D. W. C. *Nat. Chem.* **2020**, *12*, 459.

(143)  "Cross-Electrophile Coupling of Unactivated Alkyl Chlorides." Sakai, H.; Liu, W.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2020**, *142*, 11691.

(144) "Mechanistic Analysis of Metallaphotoredox C–N Coupling: Photocatalysis Initiates and Perpetuates Ni(I)/Ni(III) Coupling Activity." Till, N. A; Tian, L.; Dong, Z.; Scholes, G. D.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2020**, *142*, 15830.

(145) "HARC as an open-shell strategy to bypass oxidative addition in Ullmann–Goldberg couplings." Lavagnino, M. N.; Liang, T.; MacMillan, D. W. C *Proc. Natl. Acad. Sci.* **2020**, *117*, 21058.

(146) "Static to inducibly dynamic stereocontrol: The convergent use of racemic β-substituted ketones." DeHovitz, J. S.; Loh, Y. Y.; Kautzky, J. A.; Nagao, K.; Meichan, A. J.; Yamauchi. M;  D. W. C. MacMillan; Hyster, T. H. *Science* **2020**, *369*, 1113.

(147) "Metallaphotoredox Perfluoroalkylation of Organobromides."Zhao, X; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2020**, *142*, 19480.

(148) "Site-Selective Functionalization of Methionine Residues via Photoredox Catalysis." Kim, J.; Li, B. X.; Huang, R. Y-C.; Qiao, J. X.; Ewing, W. R.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2020**, *142*, 21260.

(149) "Metallaphotoredox aryl and alkyl radiomethylation for PET ligand discovery." Pipal, R. W.; Stout, K. T.; Musacchio, P. Z.; Ren, S.; Graham, T. J. A.; Verhoog, S.; Gantert, L.; Lohith, T. G.; Schmitz, A.; Lee, H. S.; Hesk, D.; Hostetler, E. D.; Davies, I. W; MacMillan, D. W. C. *Nature* **2020**, *580*, 220.

(150)  "Reactive intermediates for interactome mapping." Seath, C. P.; Trowbridge, A. D.; Muir, T. W.; MacMillan, D. W. C. *Chem. Soc. Rev.* **2021**, *50*, 2911.

(151) "Site-selective tyrosine bioconjugation via photoredox catalysis for native-to-bioorthogonal protein transformation." Li, B. X.; Kim, D. K.; Bloom, S.; Huang, R. Y.-C.; Qiao, J.X.; Ewing, W.; Oblinsky, D.; Scholes, G.; MacMillan, D. W. C. *Nat. Chem.* **2021**, *13*, 902.

(152) "Rapid Optimization of Photoredox Reactions for Continuous-Flow Systems Using Microscale Batch Technology." González-Esguevillas, M.; Fernández, D. F.; Rincón, J. A.; Barberis, M.; de Frutos, O.; Mateos, C.; García-Cerrada, S.; Agejas, J.; MacMillan, D. W. C. *ACS Cent. Sci.* **2021**, *7*, 1126.

(153) "The Application of Pulse Radiolysis to the Study of Ni(I) Intermediates in Ni-Catalyzed Cross-Coupling Reactions." Till, N. A.; Oh, S.; MacMillan, D. W. C.; Bird, M. J. *J. Am. Chem. Soc.* **2021**, *143*, 9332.

(154) "Decatungstate-Catalyzed C($sp^3$)–H Sulfinylation: Rapid Access to Diverse Organosulfur Functionality." Sarver, P.J.; Bissonnette, N.B.; MacMillan, D. W. C. *J. Am. Chem. Soc.* **2021**, *143*, 9737.

(155) "Synthesis of Enantiopure Unnatural Amino Acids by Metallaphotoredox Catalysis." Faraggi, T.M.; Rouget-Virbel, C.; Rincón, J. A.; Barberis, M.; Mateos, C.; García-Cerrada, S.; Agejas, J.; de Frutos, O.; MacMillan, D. W. C. *Org. Process Res. Dev.* **2021**, *25*, 1966.

(156) "A general *N*-alkylation platform via copper metallaphotoredox and silyl radical activation of alkyl halides" Dow, N. W.; Cabré, A.; MacMillan, D. W. C. *Chem* **2021**, *7*, 1.

(157) "Reactive "Metallaphotoredox-enabled deoxygenative arylation of alcohols" Dong, Z.; D. W. C. MacMillan; *Nature* **2021**, *598*, 451.

## Book Chapters

(1) Lelais, G.; MacMillan, D. W. C. History and Perspective of Chiral Organic Catalysts. In *New Frontiers in Asymmetric Catalysis*; Mikami, K., Lautens, M., Eds.; Wiley: Hoboken, New Jersey, 2007; pp 313–358.

(2) Lelais, G.; MacMillan, D. W. C. Iminium Catalysis. In *Enantioselective Organocatalysis: Reactions and Experimental Procedures*; Dalko, P. I., Ed.; Wiley-VCH: Weinheim, 2007; pp 95–120.

(3) Watson, A. J. B.; MacMillan, D. W. C. Enantioselective Organocatalysis Involving Iminium, Enamine, SOMO, and Photoredox Activation, In *Catalytic Asymmetric Synthesis*, 3rd ed; Ojima, I., Ed.; Wiley, Hoboken, New Jersey: 2010, Chapter 2A, pp 39-57.

(4) Nacsa, E. D.; MacMillan, D. W. C. Carbon–Carbon Bond Formation by Metallaphotoredox Catalysis, In *Organic Reactions*, 1st ed, Volume 100; Denmark, S. E., Ed.; Wiley, Hoboken, New Jersey: 2019, Chapter 8, pp 471–546.

## Selected Invited Lectures

| | |
|---|---|
| Oct 1999 | The Scripps Research Institute, CA |
| Jan 2000 | California Institute of Technology, CA; UC Irvine, CA |
| July 2000 | Cambridge University, UK |
| Oct 2000 | Yale University, CT; Merck Pharmaceuticals, UK; |
| Dec 2000 | DuPont Symposium in Organic Synthesis, UC San Diego |
| Feb 2001 | UC Los Angeles |
| April 2001 | Michigan Distinguished Lecturer Tour; University of Chicago |
| May 2001 | Plenary Speaker Royal Society of Chemistry Grasmere Conference, UK |
| June 2001 | Symposium in Honor of Professor David Evans, Harvard University |
| July 2001 | Invited Speaker ICHC, Yokohama, Japan |
| Aug 2001 | ACS Nakanishi Prize Symposium for Professor Jack Roberts |
| Sept 2001 | Massachusetts Institute of Technology; GlaxoSmithKline Chemistry Scholar Symposium. |
| Oct 2001 | Harvard University, Woodward Scholar Lectureship. |
| Nov 2001 | Astra Zeneca New Investigator Award Symposium |

| | |
|---|---|
| Feb 2002 | Mesilla Chemistry Workshop, "Asymmetric Catalysis," NM |
| March 2002 | Keynote Speaker:  NCCC III Symposium, Amsterdam, Holland.  Cram Memorial Symposium, UCLA. |
| April 2002 | ACS Award Symposium for Professor Clayton Heathcock |
| | Plenary Speaker: SCI Symposium on Enantioselective Organocatalysis, London.  Merck Lecturer UK, Manchester, Leeds |
| May 2002 | International Symposium on Recent Developments in Organometallic and Organic Synthesis, University of Montreal |
| June 2002 | Plenary Speaker:  Roche Symposium, Boulder, CO |
| | Plenary Speaker:  Merck Worldwide Symposium, Montreal |
| Oct 2002 | Plenary Speaker:  CMDS Symposium, KAIST, Daejeon Korea |
| | Plenary Speaker:  ACS Princeton Symposium, NJ |
| | Philadelphia Chemists Society meeting to honor Franklin Davis, PA |
| Dec 2002 | Plenary Speaker: ISSIN, Osaka University, Tokyo, Japan |
| Jan 2003 | Columbia University |
| Feb 2003 | Plenary Speaker: Advances in Catalysis Symposium, Puerto Rico |
| March 2003 | ACS Perspectives Symposium on Catalysis, Boston, MA |
| April 2003 | Invited Speaker, Burgenstock, Switzerland |
| April 2003 | Plenary Speaker:  National Organic Symposium, Bloomington, ID.  Plenary Speaker:  International Symposium on Catalysis, Holland. |
| May 2003 | Derome Lectureship, Oxford University, UK |
| July 2003 | Plenary Speaker:  International Symposium on Synthesis in Organic Chemistry, Cambridge University, UK; Plenary Speaker:  International Conference on Heterocycles, Ft Collins, CO |
| Oct 2003 | Invited Speaker: 9th International Kyoto Conference on New Aspects of Organic Chemistry, Kyoto, Japan. |
| March 2004 | Chemistry as a Life Science Symposium, Princeton, NJ. |
| March 2004 | Paul Dowd Lectureship, University of Pittsburgh, PA. |
| April 2004 | BMS Lectureship, University of California, Berkeley, CA. |
| April 2004 | Inspire Lectureship, University of North Carolina, Chapel Hill, NC. |
| May 2004 | Baker Lecture, Cornell University, NY. |
| May 2004 | Lundbeck Lectureship, Technical University, Copenhagen, Denmark. |
| June 2004 | Merck Lectureship, Imperial College, London, UK. |
| June 2004 | UMDES Plenary Lecture, Zaragoza, Spain. |
| June 2004 | Plenary Lecture, BOS 2004, Riga, Latvia. |
| July 2004 | AOCC Plenary Lecture, Cairns, Perth, Sydney, Australia. |
| July 2004 | Plenary Lecture, Belgian Organic Symposium, Louvain-la-Neuve, Belgium. |
| July 2004 | New Frontiers in Organic Synthesis, Edinburgh, Scotland. |
| Sep 2004 | Plenary Lecture, French Chemical Society, Paris, France. |
| Sep 2004 | Syngenta Lectureship, Basel Chemical Society, Basel, Switzerland. |
| Sep 2004 | Plenary Lecture, IASOC XI, Ischia, Italy. |
| Oct 2004 | Fuson Lectureship, University of Illinois, Urbana-Champagne. |
| Dec 2004 | Ertdman Lecturer, Royal Institute of Technology, Stockholm, Sweden |
| Jan 2005 | Plenary Lecture, Frontiers in Organic Chemistry, Yale University, US |

| | |
|---|---|
| March 2005 | Award Lecture for EJ Corey Prize, San Diego, US |
| May 2005 | The Merck Lectures, Cambridge University, UK |
| June 2005 | Award Address for Tetrahedron Young Investigator Prize, Bordeaux, France |
| July 2005 | BASF Symposium in Catalysis, Heidelberg, Germany |
| Sep 2005 | Key address, Gregynogg Symposium, UK |
| Oct 2005 | Plenary Lecture, SBF symposium, Aachen, Germany |
| Oct 2005 | Plenary Lecture, Yamada-Koga Prize symposium, Tokyo, Japan |
| Dec 2005 | Plenary Lecture, Dublin Chemistry Symposium, Dublin, Ireland |
| Jan–Dec 2005 | Novartis International Lecturer, Boston, US; Basel, Switzerland, London, UK; Tokyo, Japan, Vienna, Austria. |
| Dec 2005 | Organocatalysis Symposium, Honolulu, Hawaii. |
| Feb 2006 | Plenary lecture, Kaist Chemistry Symposium, Jeju Island, Korea. |
| Feb 2006 | Merck lecturer, Harvard University, Cambridge, MA. |
| March 2006 | Award lecture, Ta-shue Chou Symposium, Academia Sinica, Taipei, Taiwan. |
| April 2006 | Corday-Morgan Award Lecture, Royal Society of Chemistry, UK. |
| May 2006 | Plenary Lecture, Pfizer Symposium, Ann-Arbor, MI. |
| July 2006 | Plenary Lecture, IUPAC Symposium, Kyoto, Japan. |
| Dec 2006 | Plenary Lecture, New Zealand International Chemistry Conference, Rotorua, New Zealand. |
| Jan 2007 | Novartis Lectureship, University of Pennsylvania, PA. |
| Feb 2007 | Merck Lectureship, Stanford, CA. |
| March 2007 | Cornforth Lectureship, University of Sydney, Australia. |
| April 2007 | Bristol Synthesis Meeting, Bristol, UK |
| April 2007 | Hellenic Symposium on Organic Synthesis, Athens, Greece |
| April 2007 | Kende Lectureship, University of Rochester, NY |
| May 2007 | Kyoto Conference on Organocatalysis, Japan |
| July 2007 | ISHC Heterocyclic Award lecture, Sydney, Australia |
| Aug 2007 | Cope Scholar Award Lecture, Boston, MA |
| Aug 2007 | Young Guns Conference on Organic Synthesis, San Francisco, CA |
| Aug 2007 | Brazilian Meeting on Organic Synthesis, Brazil |
| Sep 2007 | Mukaiyama Award Symposium, Awaji Island, Japan |
| Oct 2007 | Banff Symposium on Organic Synthesis, Canada |
| Jan 2008 | Plenary Lecture Copenhagen Symposium on Catalysis, Denmark |
| Feb 2008 | Plenary Lecture Swiss Chemical Society, Basel, Switzerland |
| March 2008 | Merck Catalysis Symposium, Shanghai, China |
| March 2008 | Plenary Lecture, Japanese Soc of Pharma Sciences, Yokohama, Japan |
| March 2008 | Plenary Lecture, Presentation of ACS Award to M. Shibasaki, ACS Meeting, Philadelphia, PA |
| April 2008 | Organic Synthesis Lectureship, UC Irvine, CA |
| May 2008 | Plenary Lecture, UK Symposium on Catalytic Methods, Leeds, UK |
| July 2008 | Plenary Lecture, Ischia Organic Chemistry Conference, Ischia, Italy |
| Aug 2008 | Plenary Lecture, Division of Organic Chemistry Centennial Celebration |

|  | ACS Meeting, Philadelphia, PA |
|---|---|
| Sept 2008 | Plenary Lecture, German Organic Chemistry, Weimar, Germany |
| Oct 2008 | Plenary Lecture, Ischia Workshop, Ischia, Italy |
| May 2009 | Plenary Lecture, Grasmere, UK; Pfizer Green Chemistry Symposium, UK. |
| May 2009 | Carruthers Lectureship, Birmingham, UK. |
| June 2009 | Van 't Hoff lecture of the Dutch Royal Academy, Amsterdam, Holland. |
| Aug 2009 | Plenary Lecture, Presentation of Tetrahedron Prize to L. Overman, ACS Meeting, Washington, D.C. |
| Sept 2009 | Plenary Lecture, Welch Foundation Symposium, TX |
| Dec 2010 | Karabatsos lectureship, Michigan State University |
| Jan 2010 | Plenary Lecture, Sheffield Stereochemistry Meeting, UK |
| June 2010 | French-American Chemical Society Meeting, Obernai, France |
| June 2010 | Plenary Lecture, Tetrahedron Symposium, Beijing, China |
| July 2010 | Tetrahedron Chair, BOSS Symposium, Brussels, Belgium |
| July 2010 | Plenary Lecturer, DFG Meeting on Organocatalysis, Mulheim, Germany |
| July 2010 | Plenary Lecturer, ISSACS Meeting, San Francisco |
| Sept 2010 | Plenary Lecture Iberia Americo Symposium, Spain |
| Oct 2010 | Pfizer Lectureship, MIT, Cambridge, MA |
| April 2011 | Kharasch Lectureship, University of Chicago, IL |
| March 2011 | Mitsui Catalysis Award Lecture, Kyoto, Japan |
| March 2011 | ACS Award Lecture for Creative Work in Chemical Synthesis, ACS National Meeting, Anaheim, CA |
| May 2011 | Hassel Lectureship, University of Oslo, Norway |
| July 2011 | Plenary Lecture, Regensburg University, Germany |
| July 2011 | Plenary Lecture, Cambridge-Oxford Synthesis Meeting, UK |
| Aug 2011 | Plenary Lecture, ICHC symposium, Glasgow, Scotland |
| Sept 2011 | Student invited seminar, Minnesota University, MN |
| Dec 2011 | Plenary Lecture, Green Catalysis Symposium, Quebec, Canada |
| Jan 2012 | Plenary Lecture, Werner Soc. Dublin, Ireland |
| March 2012 | Plenary Lecture, HCF symposium, Gainesville, Fl |
| March 2012 | Plenary Lecture to Honor Steve Hanessian Natural Products Prize, ACS, San Diego, CA |
| March 2012 | Lilly Award Symposium, Senior Talk, Indianapolis, IN |
| April 2012 | Sloan-Kettering, New York |
| April 2012 | Donald G. Davis, Memorial Lectureship, University of New Orleans |
| May 2012 | Plenary Lecture SFB 858 Symposium, Munster, Germany |
| May 2012 | Symposium to honor Howard Alper, Ottawa University, Canada |
| June 2012 | Keynote Lecture Heterocycles GRC, Salve Regina, RI |
| June 2012 | Keynote Lecture National Graduate Student Symposium, Boulder, CO |
| Aug 2012 | Electron Transfer GRC, Salve Regina, RI |
| Aug 2012 | Plenary Lecture to Honor Manfred Reetz Tetrahedron Prize, ACS, PA |
| Sept 2012 | Swissman Lectures, Kansas University, KS |
| Nov 2012 | Bohlman Lectureship, TUB, Berlin, Germany |
| Dec 2012 | Plenary Lecture, Organocatalysis Symposium, Honolulu, HI |

| | |
|---|---|
| Jan 2013 | Bristol-Syngenta Lectureship, Bristol, UK |
| Feb 2013 | Beckman Lectureship, Caltech, Pasadena, CA |
| March 2013 | Plenary Lecture, Huddersfield Catalysis Symposium, UK |
| March 2013 | RSC Catalysis Award, Symposium in Honor, Strathclyde University, UK |
| March 2013 | Murray Lectureship, St Louis, Missouri |
| April 2013 | ACS Symposium on Photoredox Catalysis, New Orleans |
| June 2013 | Koppa Symposium in Organic Chemistry, Helsinki, Finland |
| July 2013 | Plenary Lecture, ESOC 2013, Marseille, France |
| March 2014 | Stork Lectureship, Columbia University, New York, NY |
| April 2014 | UW Madison, Student Invited Lectureship, Madison, WI |
| April 2014 | Marker Lectureship, Penn State, PA |
| July 2014 | Plenary Lecture, ICIQ Anniversary Symposium, Tarragona, Spain |
| Aug 2014 | Plenary Lecture, Chinese Chem Soc Meeting, Beijing, China |
| Aug 2014 | Plenary Lecture, Isacs Meeting, Shanghai, China |
| Aug 2014 | Eun Lee lectureship, Seoul National University, Korea |
| Sept 2014 | Plenary Lecture, Russian Organic Symposium, Moscow, Russia |
| Oct 2014 | Plenary Lecture, Pavia Chemistry Day, Pavia, Italy |
| Oct 2014 | Plenary Lecture, Madrid Symposium of Organic Chemistry, Madrid, Spain |
| Dec 2015 | Award Lecture, ACS award for Molecular Design and Synthesis, NJ |
| March 2015 | Invited Lecture, University of North Caroline, Chapel Hill, NC. |
| April 2015 | Robinson Lectures, Oxford University, UK |
| May 2015 | Harrison Howe Award Lecture, Rochester, NY |
| June 2015 | Plenary Lecture National Organic Symposium, Maryland |
| July 2015 | Keynote Lecture, Nato Conference, Sapporo, Japan |
| Aug 2015 | Kavali Lecture, ACS National Meeting, Boston |
| Sept 2015 | Schering Prize Lectures, Berlin, Germany |
| Oct 2015 | Backer Lectureship, Groningen, Holland |
| Nov 2015 | Distinguished Scientist Award, Seoul National University, Seoul, Korea |
| Jan 2016 | Felix Serratosa Lecture, University of Barcelona and ICIQ, Spain |
| March 2016 | Chemical Record Lectureship, Tokyo, Kyoto, Tskuba, Japan |
| April 2016 | Tishler Prize Lectures, Harvard University, MA |
| April 2016 | Lecture in Honor of Steve Ley, Cambridge, UK |
| June 2016 | Distinguished Professor Award, Seoul National University, Korea |
| July 2016 | Janssen Pharmaceutica Prize Lecture, Antwerp, Belgium |
| Sept 2016 | Murtiashaw Lecture in Chemistry, USC, Colombia, SC |
| Nov 2016 | Marvel Lectures, Univ of Illinois, Urbana-Champaign, IL |
| Nov 2016 | V. J. Shiner Jr. Distinguished Lecturer, Indiana University, IN |
| Dec 2016 | New Directions in Chemistry, University of Melbourne, Australia |
| Feb 2017 | Mack Lecture Award, The Ohio State University, OH |
| March 2017 | ACS Kosolapoff Award, Auburn University, AL |
| June 2017 | OMCOS, Plenary Lecture, Jeju Island, Korea |
| July 2017 | IUPAC, Plenary Lecture, Sao Paulo, Brazil |
| July 2017 | Thursday Night Final Talk, Natural Products GRC, NH |
| Sept 2017 | Plenary Lecture, SCI Special Symposium, London, UK |

| | |
|---|---|
| Oct 2017 | Hanessian Lectures, Univ of Montreal, Canada |
| Oct 2017 | Plenary Lecture, Photoredox Conference, Bayer Germany |
| Feb 2018 | Plenary Lecture, Royal Symposium in Organic Chemistry, Thailand |
| Feb 2018 | Noyori Prize Lecture, Tokyo, Japan |
| March 2018 | Gabor Somerjai Catalysis Award Lecture, ACS New Orleans |
| March 2018 | Special Lecture, JSPC, Japan |
| April 2018 | Beilstein Symposium in Photoredox, Potsdam, Germany |
| May 2018 | ScotChem Lectureship, Scotland |
| June 2018 | Plenary Lecture, Prague Conference on Isotopic Techniques, Hungary |
| June 2018 | Merck Curiosity Plenary Lecture, Frankfurt, Germany |
| July 2018 | Plenary Lecture, Symposium on Fluorine Chemistry, Oxford, UK |
| Sept 2018 | Plenary Lecture, Munich Conference on Photochemistry, Germany |
| Sept 2018 | Dreyfus Lectureship, University of Basel, Switzerland |
| Dec 2018 | Cornforth Lectureship, Sydney, Australia |
| Feb 2019 | Nagoya Medal Award, Nagoya, Japan |
| March 2019 | Corey Award symposium to honor Vy Dong, Orlando, Fl |
| May 2019 | Wolf Prize Symposium to honor Steve Buchwald, Israel |
| July 2019 | National Photochemistry Symposium, Boulder, CO |
| Oct 2019 | Centenary Award Lecture, Manchester, UK |
| Sept 2019 | Pharmaron Symposium, Beijing, China |
| Dec 2019 | Cuban Chemical Society, Santa Clara, Cuba |
| Dec 2019 | Plenary Lecture, Adarma-DGU symposium, Beer Sheva, Israel |

Tristan T. Sands, MD, PhD                                                                                                   1

**Date**                              April 18th, 2022

**Personal data**
  **Name**                            Tristan T. Sands, MD, PhD

  **Contact information**             180 Fort Washington Ave
                                      Harkness Pavilion, HP-556
                                      New York, NY 10032
                                      tts27@cumc.columbia.edu
                                      (917) 647-3720

**Academic Appointments, Hospital Appointments, Other Work Experience**
7/2017 – current      Assistant Professor of Neurology, Columbia University Irving Medical Center (CUIMC)

**Education**
6/2000 – 5/2010       CUIMC Medical Scientist Training Program (MSTP)
                      MD (5/2010) Columbia College of Physicians & Surgeons (P&S)
                      PhD (10/2008) Graduate School of Arts & Science
                              Thesis advisor: Arnold R. Kriegstein
                              Thesis: Pathogenesis of cerebral lesions in Tuberous Sclerosis
9/1995 – 5/2000       Louisiana State University
                      BA (5/2000) Philosophy, BS (5/2000) Microbiology, *summa cum laude*, Phi Beta Kappa

**Training**
7/2016 – 6/2017       Epilepsy Fellowship, CUIMC
7/2015 – 6/2016       Clinical Neurophysiology Fellowship, CUIMC
7/2012 – 6/2015       Child Neurology Residency, University of California San Francisco (UCSF)
6/2010 – 6/2012       Pediatrics Residency, UCSF

**Licensure and Board Certification**
Active Medical Licenses: NY, NJ, CT
American Board of Psychiatry & Neurology (ABPN):
  - Epilepsy (2017 – current)
  - Clinical Neurophysiology (2017 – current)
  - Neurology with Special Qualification in Child Neurology (2015 – current)

**Honors & Awards**
Fellowship:           American Epilepsy Society Young Investigator Award (2017)
                      CUIMC Neurology Department Research Retreat Clinical Research Award (2016)

Residency:            P.R.I.D.E Award, a.k. UCSF Medical Center Exceptional Physician (2012)

MSTP:                 American Academy of Neurology Prize for Excellence in Neurology, Columbia P&S (2010)
                      Tuberous Sclerosis Alliance Conference Travel Award (2007)
                      Tuberous Sclerosis Alliance Predoctoral Fellow (2006)
                      Office of Chief Medical Examiner NYC recognition for work at NYC morgue following the 9/11
                      attack on the World Trade Center and the downing of AA Flight 587 (2003)

**Specialized Coursework**
  - NIH Course: Training in Neurotherapeutics Discovery and Development for Academic Scientists (2022)
  - Cleveland Clinic Stereo EEG Course (2016)
  - International League Against Epilepsy (ILAE) Course on Drug Resistant Epilepsies (2015)
  - J. Kiffin Penry Epilepsy MiniFellowship (2015)

- Pellock Pediatric Epilepsy Seminar (2015)
- Prechtl's General Movements Assessment Certification (2015)
- Neurology Residents Scholar Program (NRSP) Epilepsy Course (2014)
- Autism Diagnostic Observation Schedule (ADOS) Course (2014)
- Cold Spring Harbor Laboratory: Advanced Techniques Molecular Neuroscience (2006)

## Academic Service Nationally/Internationally
- ClinGen Epilepsy Expert Gene/Variant Curation Panel Member (2017 – current)
- American Epilepsy Society Annual Meeting Program Content
     - Scientific Program Committee (2022 – 2024)
     - Special Interest Group Oversight Committee (2022 – 2024)
     - Investigators Workshop Committee (2018 – 2020)

## Administrative Service Locally
- Child Neurology faculty representative for the ACGME site visit (2020 – current)
- ACGME Child Neurology Residency Focus Group, 2018
- Neurology Research Retreat Co-chair (2018)
- Interviewer for the Child Neurology Residency, Clinical Neurophysiology & Epilepsy Fellowships and Child Neurology Faculty (2017 – current)
- Society of Practitioners at CUMC (2018 – current)

## Professional Organizations and Societies
     American Academy of Neurology (2012 – current)
     American Epilepsy Society (2014 – current)
     Child Neurology Society (2014 – current)
     New York State Neurological Society (2014 – current)
     Medical Society of the State of New York (2017 – current)

## Ad Hoc Peer Review for Journals

| | | |
|---|---|---|
| Neurology | Am J Hum Genet | International J of Dev Neuroscience |
| Epilepsy Research | Pediatric Research | Pediatrics |
| BMJ Case Reports | Epilepsia | JAMA Internal Medicine |
| Brain & Behavior | Epileptic Disorders | PLOS One |

## Funding
### Active Research Funding
- Sackler Institute Award (7/2021 – 6/2022), PT, $100k
     "KCNQ3 Encephalopathy: mechanisms and treatment implications

### Past Support
- Gertrude H. Sergievsky Pilot Award (1/2021 – 12/2021), Co-PI with Jennifer Gelinas, $50k
     "Early developmental role of KCNQ3 *in vivo*"
- Irving Institute Integrating Special Populations Pilot (7/2019 – 6/2020), PI, $40k
     "Using discordant monozygotic twins to unlock the genetic basis of Aicardi syndrome"
- Irving Institute Bench to Bedside Pilot (7/2018 – 6/2019), CoPI with Erin Heinzen, $40k
     "Genetically unexplained epilepsy: Benign Neonatal Seizures"
- F30 NS052037-03, National Institute of Neurological Disorders and Stroke (NINDS), (05/2006-04/2010), PI
     "Pathogenesis of Tuberous Sclerosis cortical lesions"

## Educational Contributions
- Preclinical Neuroscience Course: "Phakomatoses & Chromosomal Disorders" (2018 – current)

Tristan T. Sands, MD, PhD                                                        3

- MS3/MS4 outpatient precepting (2017 – current)
- Genetic counseling annual student lectures (Neuroanatomy, Localization of Neurological Dysfunction, Epilepsy, Genetics of Epilepsy) (2019 – current)
- Child Neurology Division Rounds ("Update on Neonatal Seizures" (2021), "The Case for Sodium Channel Blockers in Babies" (2022).
- Child neurology residents & epilepsy fellows lectures annually on topics in EEG, epilepsy and neonatal neurology (2017 – current), e.g., "Epilepsy genetics" in 8/2021
- Pediatric ICU talks: "Seizures" NP talk in 5/2021, "Status epilepticus" fellows talk in 10/2021
- Epilepsy fellows receive apprenticeship-style instruction on EEG interpretation and epilepsy management during inpatient service, avg 1 wk/month (2017 – current)
- Neuroanatomy Teaching Assistant, UCSF (2013-2015)
- MS3 Neurological Examination Preceptor, UCSF (2013-2015)
- MS1 Neurological Examination Instructor and Evaluator, UCSF (2013-2015)

### Educational Administration and Leadership
Columbia Child Neurology Residency Research Committee (2019 – current); a founding member of this committee that has provided a formalized research program for our child neurology residents

### Instructional/Educational Materials used in Print or other Media
Advances in Pediatric Epilepsy Treatment & Research, panelist (2/2021), https://youtu.be/LKoj3ScJjmM

### Industry Sponsored Studies
- Kayak (Neurocrine) randomized controlled trial for SCN8A Encephalopathy [Investigator; site PI Cidgem Akman]
- Epik (Xenon) randomized controlled trial in KCNQ2 Developmental & Epileptic Encephalopathy [site PI]
- Arcade (Ovid) open-label study of TAK-935 in 15q Duplication Syndrome and CDKL5 Deficiency Disorder [Investigator; site PI Wendy Chung]
- Endymion (Ovid) open-label extension of TAK-935 in rare epilepsy [Investigator; site PI Cigdem Akman]

### Research Consortia
- PELHS: Pediatric Electronic Learning Health System [site PI]
- pSERG: Pediatric Status Epilepsy Research Group [site PI]
- I-SITT: RTC of cosyntropin versus cosyntropin+vigabatrin for infantile spasms [site co-PI]

### Patents & Inventions: Patent Applications
PCT Patent Application No.: PCT/US19/58878
Title: TREATMENT OF KCNQ2 AND KCNQ3 GAIN OF FUNCTION-ASSOCIATED DISORDERS
First Named Inventor: SANDS, Your ref.: CU19021, Our ref.: 15003-407PC0, Filed: 10/30/2019
TLO: Jerry Kokoshka, OGC: Teresa Chen

### Publications (* corresponding author, ^ first-author)
#### Peer-Reviewed Research Publications
1. Lai D, Gade M, Yang E, Koh HY, Lu J, Walley NM, Buckley AF, **Sands TT**, Akman CI, Mikati MA, McKhann GM, Goldman JE, Canoll P, Alexander AL, Park KL, Von Allmen GK, Rodziyevska O, Bhattacharjee MB, Lidov HGW, Vogel H, Grant GA, Porter BE, Poduri AH, Crino PB, Heinzen EL. Somatic variants in diverse genes leads to a spectrum of focal cortical malformations. Brain. 2022. In press.

2. Lippa N, Bier L, Revah-Politi A, May H, Kushary S, Vena N, Giordano JL, Rasouly HM, Cocchi E, **Sands TT**, Wapner RJ, Anyane-Yeboa K, Gharavi AG, Goldstein DB. Diagnostic sequencing to support genetically stratified medicine in a tertiary care setting. Genet Med. 2022 Jan 22:S1098-3600(21)05469-1.

Tristan T. Sands, MD, PhD                                                          4

3. Kim W, Shen MY, Provenzano FA, Lowenstein DB, McBrian DK, Mandel AM, **Sands TT**, Riviello JJ, McKhann GM, Feldstein NA, Akman CI. The role of stereo-electroencephalography to localize the epileptogenic zone in children with nonlesional brain magnetic resonance imaging. Epilepsy Res. 2021 Nov 24;179:106828.

4. Sheehan T, Amengual-Gual M, Vasquez A, Abend NS, Anderson A, Appavu B, Arya R, Barcia Aguilar C, Brenton JN, Carpenter JL, Chapman KE, Clark J, Farias-Moeller R, Gaillard WD, Gaínza-Lein M, Glauser TA, Goldstein JL, Goodkin HP, Guerriero RM, Huh L, Jackson M, Kapur K, Kahoud R, Lai YC, McDonough TL, Mikati MA, Morgan LA, Novotny EJ, Ostendorf AP, Payne ET, Peariso K, Piantino J, Reece L, Riviello JJ, **Sands TT**, Sannagowdara K, Shellhaas R, Smith G, Tasker RC, Tchapyjnikov D, Topjian AA, Wainwright MS, Wilfong A, Williams K, Zhang B, Loddenkemper T; Pediatric Status Epilepticus Research Group. Benzodiazepine administration patterns before escalation to second-line medications in pediatric refractory convulsive status epilepticus. Epilepsia. 2021 Aug 21.

5. Gaínza-Lein M, Barcia Aguilar C, Piantino J, Chapman KE, Sánchez Fernández I, Amengual-Gual M, Anderson A, Appavu B, Arya R, Brenton JN, Carpenter JL, Clark J, Farias-Moeller R, Gaillard WD, Glauser TA, Goldstein JL, Goodkin HP, Huh L, Kahoud R, Kapur K, Lai YC, McDonough TL, Mikati MA, Morgan LA, Nayak A, Novotny E Jr, Ostendorf AP, Payne ET, Peariso K, Reece L, Riviello J, Sannagowdara K, **Sands TT**, Sheehan T, Tasker RC, Tchapyjnikov D, Vasquez A, Wainwright MS, Wilfong A, Williams K, Zhang B, Loddenkemper T; Pediatric Status Epilepticus Research Group. Factors associated with long-term outcomes in pediatric refractory status epilepticus. Epilepsia. 2021 Jul 12.

6. Cornet MC, Morabito V, Lederer D, Glass HC, Ferrao Santos S, Numis AL, Ferriero DM, **Sands TT**, Cilio MR. Neonatal presentation of genetic epilepsies: Early differentiation from acute provoked seizures. Epilepsia. 2021 Jun 21.

7. Vasquez A, Farias-Moeller R, Sánchez-Fernández I, Abend NS, Amengual-Gual M, Anderson A, Arya R, Brenton JN, Carpenter JL, Chapman K, Clark J, Gaillard WD, Glauser T, Goldstein JL, Goodkin HP, Guerriero RM, Lai YC, McDonough TL, Mikati MA, Morgan LA, Novotny EJ, Ostendorf AP, Payne ET, Peariso K, Piantino J, Riviello JJ, **Sands TT**, Sannagowdara K, Tasker RC, Tchapyjnikov D, Topjian A, Wainwright MS, Wilfong A, Williams K, Loddenkemper T; Pediatric Status Epilepticus Research Group (pSERG). Super-Refractory Status Epilepticus in Children: A Retrospective Cohort Study. Pediatr Crit Care Med. 2021 Jun 14.

8. \* Ernst ME, Baugh EH, Thomas A, Bier L, Lippa N, Stong N, Mulhern MS, Kushary S, Akman CI, Heinzen EL, Yeh R, Bi W, Hanchard NA, Burrage LC, Leduc MS, Chong JSC, Bend R, Lyons MJ, Lee JA, Suwannarat P, Brilstra E, Simon M, Koopmans M, van Binsbergen E, Groepper D, Fleischer J, Nava C, Keren B, Mignot C, Mathieu S, Mancini GMS, Madan-Khetarpal S, Infante EM, Bluvstein J, Seeley A, Bachman K, Klee EW, Schultz-Rogers LE, Hasadsri L, Barnett S, Ellingson MS, Ferber MJ, Narayanan V, Ramsey K, Rauch A, Joset P, Steindl K, Sheehan T, Poduri A, Vasquez A, Ruivenkamp C, White SM, Pais L, Monaghan KG, Goldstein DB, **Sands TT**, Aggarwal V. *CSNK2B*: A broad spectrum of neurodevelopmental disability and epilepsy severity. Epilepsia. 2021 May 26.

9. Barcia Aguilar C, Amengual-Gual M, Sánchez Fernández I, Abend NS, Anderson A, Appavu B, Arya R, Brenton JN, Carpenter JL, Chapman KE, Clark J, Farias-Moeller R, Gaillard WD, Gaínza-Lein M, Glauser T, Goldstein JL, Goodkin HP, Guerriero RM, Huh L, Lai YC, McDonough TL, Mikati MA, Morgan LA, Novotny EJ, Ostendorf A, Payne ET, Peariso K, Piantino J, Riviello J, Sannagowdara K, Sheehan T, **Sands TT**, Tasker RC, Tchapyjnikov D, Topjian AA, Vasquez A, Wainwright MS, Wilfong AA, Williams K, Loddenkemper T; pSERG. Time to Treatment in Pediatric Convulsive Refractory Status Epilepticus: The Weekend Effect. Pediatr Neurol. 2021 Mar 26;120:71-79.

10. Tobochnik S, Bateman LM, Akman CI, Anbarasan D, Bazil CW, Bell M, Choi H, Feldstein NA, Kent PF, McBrian D, McKhann GM 2nd, Mendiratta A, Pack AM, **Sands TT**, Sheth SA, Srinivasan S, Schevon CA.

Tristan T. Sands, MD, PhD                                                                    5

Tracking Multisite Seizure Propagation Using Ictal High-Gamma Activity. J Clin Neurophysiol. 2021 Feb 8:10.1097

11. * Miceli F, Carotenuto L, Barrese V, Soldovieri MV, Heinzen EL, Mandel AM, Lippa N, Bier L, Goldstein DB, Cooper EC, Cilio MR, Taglialatela M and **Sands TT**. A novel Kv7.3 variant in the voltage-sensing S4 segment in a family with benign neonatal epilepsy: Functional Characterization and In vitro Rescue by β-Hydroxybutyrate. Front. Physiol. 2020 11:1040.

12. Fernández IS, Abend NS, Amengual-Gual M, Anderson A, Arya R, Aguilar CB, Brenton JN, Carpenter JL, Chapman KE, Clark J, Farias-Moeller R, Gaillard WD, Gaínza-Lein M, Glauser T, Goldstein J, Goodkin HP, Guerriero RM, Lai YC, McDonough T, Mikati MA, Morgan LA, Novotny E Jr, Payne E, Peariso K, Piantino J, Ostendorf A, **Sands TT**, Sannagowdara K, Tasker RC, Tchapyjnikov D, Topjian AA, Vasquez A, Wainwright MS, Wilfong A, Williams K, Loddenkemper T; pSERG. Association of guideline publication and delays to treatment in pediatric status epilepticus. Neurology. 2020 Jul.

13. ^ **Sands TT**, Miceli F, Lesca G, Beck AE, Sadleir LG, Arrington DK, Schönewolf-Greulich B, Moutton S, Lauritano A, Nappi P, Soldovieri MV, Scheffer IE, Mefford HC, Stong N, Heinzen EL, Goldstein DB, Grijalvo Perez A, Kossoff EH, Stocco A, Sullivan JA, Shashi V, Gerard B, Francannet C, Bisgaard AM, Tümer Z, Willems M, Rivier F, Vitobello A, Thakkar K, Rajan DS, Barkovich AJ, Weckhuysen S, Cooper EC, Taglialatela M, Cilio MR. Autism and developmental disability caused by *KCNQ3* gain-of-function variants. Ann Neurol. 2019 Aug;86(2):181-192.

14. Epilepsy Genetics Initiative. The Epilepsy Genetics Initiative: systematic reanalysis of diagnostic exomes increases yield. Epilepsia. 2019 May;60(5):797-806.

15. ^ **Sands TT**, Oldham MS, Caminha Nunes E, Tilton N, Cilio MR. Long-term safety, tolerability, and efficacy of cannabidiol in children with refractory epilepsy: results from an expanded access program in the US. CNS Drugs. 2019 Jan; 33(1):47-60.

16. Helbig I, Riggs ER, Barry CA, Klein KM, Dyment D, Thaxton C, Sadikovic B, **Sands TT**, Wagnon JL, Liaquat K, Cilio MR, Mirzaa G, Park K, Axeen E, Butler E, Bardakjian TM, Striano P, Poduri A, Siegert RK, Grant AR, Helbig KL, Mefford HC. The ClinGen epilepsy gene curation expert panel-bridging the divide between clinical domain knowledge and formal gene curation criteria. Hum Mutat. 2018 Nov;39(11):1476-1484.

17. * Mulhern MS, Stumpel C, Stong N, Brunner HG, Bier L, Lippa N, Riviello J, Rouhl RPW, Kempers M, Pfundt R, Stegmann APA, Kukolich MK, Telegrafi A, Lehman A; CAUSES study, Lopez-Rangel E, Houcinat N, Barth M, den Hollander N, Hoffer MJV, Weckhuysen S; EuroEPINOMICS-RES-MAE working group, Roovers J, Djemie T, Barca D, Ceulemans B, Craiu D, Lemke JR, Korff C, Mefford HC, Meyers CT, Siegler Z, Hiatt SM, Cooper GM, Bebin EM, Snijders Blok L, Veenstra-Knol HE, Baugh EH, Brilstra EH, Volker-Touw CML, van Binsbergen E, Revah-Politi A, Pereira E, McBrian D, Pacault M, Isidor B, Le Caignec C, Gilbert-Dussardier B, Bilan F, Heinzen EL, Goldstein DB, Stevens SJC, **Sands TT**. *NBEA*: Developmental disease gene with early generalized epilepsy phenotypes. Ann Neurol. 2018 Sep 30.

18. Hemati P, Revah-Politi A, Bassan H, Petrovski S, Bilancia CG, Ramsey K, Griffin NG, Bier L, Cho MT, Rosello M, Lynch SA, Colombo S, Weber A, Haug M, Heinzen EL, **Sands TT**, Narayanan V, Primiano M, Aggarwal VS, Millan F, Sattler-Holtrop SG, Caro-Llopis A, Pillar N, Baker J, Freedman R, Kroes HY, Sacharow S, Stong N, Lapunzina P, Schneider MC, Mendelsohn NJ, Singleton A, Loik Ramey V, Wou K, Kuzminsky A, Monfort S, Weiss M, Doyle S, Iglesias A, Martinez F, Mckenzie F, Orellana C, van Gassen KLI, Palomares M, Bazak L, Lee A, Bircher A, Basel-Vanagaite L, Hafström M, Houge G; C4RCD Research Group; DDD study, Goldstein DB, Anyane-Yeboa K. Refining the phenotype associated with GNB1 mutations: Clinical data on 18 newly identified patients and review of the literature. Am J Med Genet A. 2018 Sep 8.

Tristan T. Sands, MD, PhD                                                                    6

19. Numis AL, Nair U, Datta AN, **Sands TT**, Oldham MS, Patel A, Li M, Gazina E, Petrou S, Cilio MR. Lack of response to quinidine in KCNT1-related neonatal epilepsy. Epilepsia. 2018 Sep 4.

20. Epilepsy Genetics Initiative. De novo variants in the alternative exon 5 of *SCN8A* cause epileptic encephalopathy. Genet Med. 2018 Feb;20(2):275-281. doi: 10.1038/gim.2017.100. Epub 2017 Sep 28. PMID: 29121005; PMCID: PMC5823708.

21. ^ **Sands TT**, Balestri M, Bellini G, Mulkey SB, Danhaive O, Bakken EH, Taglialatela M, Oldham MS, Vigevano F, Holmes GL, Cilio MR. Rapid and safe response to low dose carbamazepine in neonatal epilepsy. Epilepsia. 2016 Dec; 57(12):2019-2030.

22. ^ **Sands TT**, Nash K, Tong S, Sullivan J. Focal seizures in children with anti-NMDA receptor antibody encephalitis. Epilepsy Res. 2015 May;112:31-6.

23. Ivic L, **Sands TT**, Fishkin N, Nakanishi K, Kriegstein AR, Strømgaard K. Terpene trilactones from Ginkgo biloba are antagonists of cortical glycine and GABA(A) receptors. J Biol Chem. 2003 Dec 5;278(49):49279-85.

### Reviews & Book Chapters

1. ^ Cilio MR & Sands TT. "Genetics of epilepsy" in Swaiman's Pediatric Neurology, 7th Ed. In Preparation.

2. * **Sands TT** & Tsushida TN. "Clinical Spectrum and Genotype/Phenotype Relationships with *KCNQ2* & *KCNQ3*" in Cambridge Elements Genetics in Epilepsy – *KCNQ2- AND KCNQ3-Associated Epilepsy*. In press.

3. * **Sands TT** & Cilio MR. "Seizures and Epilepsies in Neonates and Children" in Merritt's Neurology, 14th Ed. Jun 5, 2021.

4. Revah-Politi A, **Sands TT**, Colombo S, Goldstein DB, Anyane-Yeboa K. GNB1 encephalopathy. In: GeneReviews® [Internet]. Mar 5, 2020.

5. * Cay-Martinez KC, Hickman RA, McKhann Ii GM, Provenzano FA, **Sands TT**. Rasmussen encephalitis: an update. Semin Neurol. 2020 Apr;40(2):201-210.

6. ^ **Sands TT** & Akman CI. "Neonatal seizures" in Workbook in Practical Neonatology, 6th Ed. Nov 8, 2019.

7. Cornet MC, **Sands TT**, Cilio MR. Neonatal epilepsies: clinical management. Semin Fetal Neonatal Med. 2018 Jan 31.

8. ^ **Sands TT**, Kedzierski K, Makhani N. "NMDA receptor antibody encephalitis" in Pediatric Demyelinating Diseases of the Central Nervous System and Their Mimics: A Case-Based Clinical Guide, 1st Ed. Oct 27, 2017.

9. ^ Cilio MR & **Sands TT**. "Neonatal onset epilepsies" in Neurology: Neonatology Questions and Controversies, 3rd Ed. Sept 17, 2018.

10. ^ Cilio MR & **Sands TT**."Genetics of epilepsy" in Swaiman's Pediatric Neurology, 6th Ed. Jun 15, 2017.

11. * **Sands TT** & Choi H. Genetic testing in pediatric epilepsy. Curr Neurol Neurosci Rep. 2017 May. 17(5):45.

12. ^ **Sands TT** & McDonough TL. Recent advances in neonatal seizures. Curr Neurol Neurosci Rep. 2016 Oct. 16(10):92.

13. Tuberous Sclerosis Study Group. Tuberous sclerosis complex and epilepsy: recent developments and future challenges. Epilepsia. 2007 Apr;48(4):617-30.

### Abstracts/Posters/Platforms

Tristan T. Sands, MD, PhD                                                        7

1. \* Aimiuwu OV, Sah M, Yi J, Williams D, Yang M, Makinson CD, Frankel WN, **Sands TT**. *Kcnq3* gain-of-function mouse model: electroclinical and behavioral phenotype. Abstract. American Epilepsy Society. Chicago, Dec 2021.

2. \* Curcio AM, De Liso P, Balestri M, Boada Cuellar JL, Cilio MR, **Sands TT**. Subclinical seizures in neonates with Tuberous Sclerosis: an international case series. Abstract. American Epilepsy Society. Virtual, Dec 2020.

3. Grinspan ZM, Shellhaas RA, Berg AT, Axeen EJ, Morgan LA, Tchapyjnikov D, **Sands TT**, Yozawitz EG, Coryell J, Singhal NS, Gaillard WD, Patel AD, Koh S, Bolton J, Henges K, Alison Kukla. The covid-19 pandemic: research priorities for children with epilepsy. Abstract. American Epilepsy Society. Virtual, Dec 2020.

4. Barcia Aguilar C, Amengual-Gual M, Sánchez Fernández I, Abend NS, Anderson A, Appavu B, Arya R, Brenton JN, Carpenter JL, Chapman KE, Clark J, Farias-Moeller R, Gaillard WD, Gaínza-Lein M, Glauser TA, Goldstein JL, Goodkin HP, Guerriero RM, Huh L, Kahoud R, Lai YC, McDonough TL, Mikati MA, Morgan LA, Novotny EJ, Ostendorf AP, Payne ET, Peariso K, Piantino J, Reece L, Riviello JJ, **Sands TT**, Sannagowdara K, Sheehan T, Shellhaas R, Smith G, Tasker RC, Tchapyjnikov D, Topjian AA, Vasquez A, Wainwright MS, Wilfong AA, Williams K, Loddenkemper T on behalf of pSERG. Association of first and second line medication dosing and progression to pediatric refractory convulsive status epilepticus. Abstract. American Epilepsy Society. Virtual, Dec 2020.

5. Amengual-Gual M, Barcia Aguilar C, Sánchez Fernández I, Abend NS, Anderson A, Appavu B, Arya R, Brenton JN, Carpenter JL, Chapman KE, Clark J, Farias-Moeller R, Gaillard WD, Gaínza-Lein M, Glauser TA, Goldstein JL, Goodkin HP, Guerriero RM, Huh L, Kahoud R, Lai YC, McDonough TL, Mikati MA, Morgan LA, Novotny EJ, Ostendorf AP, Payne ET, Peariso K, Piantino J, Reece L, Riviello JJ, **Sands TT**, Sannagowdara K, Sheehan T, Shellhaas R, Smith G, Tasker RC, Tchapyjnikov D, Topjian AA, Vasquez A, Wainwright MS, Wilfong AA, Williams K, Loddenkemper T on behalf of pSERG. Time to treatment of pediatric status epilepticus in patients with and without developmental delay. Abstract. Child Neurology Society. Virtual, Oct 2020.

6. Barcia Aguilar C, Amengual-Gual M, Sánchez Fernández I, Abend NS, Anderson A, Appavu B, Arya R, Brenton JN, Carpenter JL, Chapman KE, Clark J, Farias-Moeller R, Gaillard WD, Gaínza-Lein M, Glauser TA, Goldstein JL, Goodkin HP, Guerriero RM, Huh L, Kahoud R, Lai YC, McDonough TL, Mikati MA, Morgan LA, Novotny EJ, Ostendorf AP, Payne ET, Peariso K, Piantino J, Reece L, Riviello JJ, **Sands TT**, Sannagowdara K, Sheehan T, Shellhaas R, Smith G, Tasker RC, Tchapyjnikov D, Topjian AA, Vasquez A, Wainwright MS, Wilfong AA, Williams K, Loddenkemper T on behalf of pSERG. The effect of weekends and holidays on time to treatment in pediatric refractory convulsive status epilepticus. Child Neurology Society. Virtual, Oct 2020.

7. Lippa N, Bier L, CGC; Vena N, Revah-Politi A, Kushary S, Holmes H, Alkelai A; Anyane-Yeboa K, Bazil C, Heinzen EL, Aggarwal, V; **Sands TT**, Goldstein DB. Clinical characteristics of epilepsy patients who yield a genetic diagnosis through whole exome sequencing. American College of Medical Genetics. Virtual, Apr 2020.

8. \* Bhalla S, McBrian D, Tanji K, **Sands TT**. *PIGW*-associated early-onset developmental & epileptic encephalopathy. Abstract. American Epilepsy Society. Baltimore, Dec 2019.

9. \* **Sands TT**, Miceli F, Stong, N, Goldstein DB, Mandel A, Cilio MR, Heinzen EL, Taglialatela M, Cooper EC. A novel variant in the S4 voltage-sensor of KCNQ3 implicated in Benign Familial Neonatal Epilepsy. Abstract. International Kv7 Channels Symposium. Naples, Sept 2019.

10. Provenzano F, **Sands TT**. Pediatric longitudinal cortical thickness pipeline maps atrophy in Rasmussen Encephalitis. Abstract. Human Brain Mapping. Rome, June 2019.

Tristan T. Sands, MD, PhD                                                                                    8

11. CSNK2B Working Group. *CSNK2B*: A novel cause of neurodevelopmental disease and epilepsy. Abstract. American College of Medical Genetics. Seattle WA, Apr 2019.

12. ^ **Sands TT**, Miceli F, Lesca G, Beck A, Cimino M, Stong N, Heinzen EL, Goldstein DB, Lowenstein DB, Weckhuysen S, Cooper EC, Taglialatela M, Cilio MR. Autism with benzodiazepine-responsive electrical status epilepticus in sleep (ESES) caused by KCNQ3 gain-of-function variants. Platform presentation. 3rd Dianalund International Conference on Epilepsy. Denmark, Jun 2018.

13. ^ **Sands TT**, Miceli F, Lesca G, Beck A, Cimino M, Stong N, Heinzen E, Goldstein DB, Lowenstein DB, Weckhuysen S, Cooper EC, Taglialatela M, Cilio MR. Autism with benzodiazepine-responsive electrical status epilepticus in sleep (ESES) caused by KCNQ3 gain-of-function variants. Abstract. American Epilepsy Society. Washington DC, Dec 2017.

14. ^ **Sands TT**, Oldham MS, Nunes E, Cilio MR. Apneic seizures in neonates. Abstract. American Epilepsy Society. Vancouver, Dec 2016.

15. ^ **Sands TT**, Balestri M, Bellini G, Mulkey SB, Danhaive O, Bakken EH, Taglialatela M, Oldham MS, Vigevano F, Holmes GL, Cilio MR. Benign familial neonatal seizures exquisitely sensitive to carbamazepine. Abstract. American Epilepsy Society. Washington DC, Dec 2015.

**Invited Presentations**
1. "Diagnostic exome sequencing in a broad cohort of epilepsy patients" with Natalie Lippa for Columbia Genetics and Genomics Grand Rounds, April 2022.

2. "Neonatal seizures" Mexican Academy of Neurology. Virtual, Nov 2021.

3. "Genetics of epilepsy" lecturer in Recent Advances in the Diagnosis, Treatment and Pathogenesis of Epilepsy. Virtual Continuing Medical Education Course, May 2021.

4. "Genetics evaluation and implications in epilepsy" lecturer in Managing Epilepsy: Many Routes on the Journey to Full Control. Virtual Continuing Medical Education Course, Apr 2021.

5. "New vistas in the genetic landscape of epilepsy" Investigators Workshop session moderator. American Epilepsy Society. Virtual, Dec 2020.

6. "Polygenic risk scores in epilepsy: ready for primetime?" Genetics Special Interest Group chair. American Epilepsy Society. Virtual, Dec 2020.

7. "Tales of Epilepsy in Early Infancy: The Case for Sodium Channel Blockers in Babies" NYU Epilepsy Rounds. Virtual, Nov 2020.

8. "Precision medicine for genetic epilepsies?" Genetics Special Interest Group chair. American Epilepsy Society. Baltimore, Dec 2019.

9. "Genetic landscape of epilepsy" lecturer in Child Neurology: Genetic and Metabolic Testing in Pediatric Epilepsy. American Academy of Neurology. Philadelphia, May 2019.

10. "Genotype first versus phenotype first" lecturer Genetics Special Interest Group. American Epilepsy Society. New Orleans, Dec 2018.

11. "The genetics of epilepsy" lecturer at 6th Human Genetics in NYC Conference, New York, Oct 2018.

12. "Advances in neurogenetics: epilepsy" lecturer in Advances in Neurogenetics. American Academy of Neurology. Los Angeles, April 2018.

13. "The genetics of epilepsy" & "Neonatal seizures" lecturer at 7th Pedia Dubai International Pediatric Conference, Dubai, April 2018.

Tristan T. Sands, MD, PhD                                                                 9

14. "The genetics of epilepsy" lecturer in <u>Managing Epilpesy: Many Routes on the Journey to Full Control.</u> Continuing Medical Education Course. New York, Sept 2017.

15. "The phenotypic spectrum of *KCNQ*–associated neonatal epilepsies" lecturer in <u>Neonatal Genetic Epilepsies: A Personalized Medicine Approach.</u> Invited Science Session, Pediatric Academic Societies. San Francisco, May 2017.

# EXHIBIT 10A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT LIST OF WITNESSES TO BE CALLED
LIVE OR BY DEPOSITION**

Pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.3(c)(7), Defendants Annora Pharma Private Ltd., Apotex Inc., Apotex Corp., Aurobindo Pharma USA Inc., Aurobindo Pharma Ltd., Lupin Ltd., MSN Pharmaceuticals Inc., and MSN Laboratories Private Ltd. (collectively, "Defendants") identify the following witnesses whose testimony they currently expect to offer during their case in chief at trial concerning United States Patent No. 6,911,461 ("the '461 patent").

For any witness identified as appearing live, including any and all fact witnesses that Plaintiffs UCB, Inc. and UCB Biopharma SRL (collectively, "Plaintiffs") identify as witnesses they intend to call live, Defendants reserve the right to provide deposition designations to the extent those witnesses are unavailable or do not testify live at trial.

For any witnesses offering live testimony at trial who served as a corporate representative pursuant to Fed. R. Civ. P. 30(b)(6), Defendants reserve the right to provide deposition designations of such corporate testimony in addition to live testimony. Defendants reserve the right to call any witness listed on Plaintiffs' witness list, either live or by deposition, in its case-in-chief or in any rebuttal. Defendants also reserve the right to revise their witness list after submission of

1

the pretrial order as necessary and appropriate, and in light of further rulings by the Court or any other changed circumstances.

Defendants further reserve the right to call additional witnesses as necessary to overcome any of Plaintiffs' evidentiary objections to a particular trial exhibit.

## I. DEFENDANTS' LIST OF WITNESSES FOR TRIAL

### A. Expert Witnesses Defendants Expect to Present by Live Testimony

1. Salvatore D. Lepore, Ph.D.

2. Samuel Pleasure, MD, Ph.D.

### B. Fact Witnesses Defendants Expect to Present by Live or Deposition Testimony

1. Benoit Kenda, Ph.D.

2. Henrik Klitgaard, Ph.D.

3. Benedicte Lallemand

4. Alain Matagne

5. Patrick Pasau, Ph.D.

## II. DESCRIPTION OF DEFENDANTS' EXPERT WITNESSES FOR TRIAL

Defendants hereby provide a brief statement about the qualifications and expected testimony to be offered by expert witnesses Defendants expect to call at trial. The qualifications and opinions of each of these witnesses are set forth more fully in their expert reports.

### A. Salvatore D. Lepore, Ph.D.

Dr. Lepore is a Professor of Chemistry and Biochemistry at Florida Atlantic University ("FAU") where he leads a team of researchers on projects related to the chemistry of drug discovery.  He obtained his Bachelor of Science degree in Chemical Engineering from the University of South Florida in 1992 and his Ph.D. in Organic Chemistry from Purdue University

in 1997. After earning his doctoral degree, he worked in industry for a number of years with Lilly, a leading pharmaceutical company. In 2000, he accepted a professorship at FAU where he continues working today.  He teaches courses to undergraduate and doctoral students in organic synthesis with an emphasis on medicinally relevant compounds, and has conducted substantial research supported by grants he was awarded by the National Institutes of Health. He has also served as a consultant to industry in the area of drug discovery, and served as an editor for journals in the area of synthetic and medicinal chemistry.

Dr. Lepore is expected to offer testimony concerning the obviousness of the claimed invention, including his opinion that a person of ordinary skill in the art would have selected levetiracetam, an FDA-approved anti-seizure medication, as a lead compound and would have been motivated to optimize that compound by adding a substituent to arrive at a structure that corresponds to brivaracetam, the claimed invention.  Dr. Lepore is also expected to offer testimony concerning any alleged secondary considerations related to medicinal chemistry, such as any alleged skepticism or unexpected results.

**b.      Samuel Pleasure, MD, Ph.D.**

Dr. Pleasure is a Professor of Neurology at University of California San Francisco ("UCSF") School of Medicine and a board-certified neurologist. He earned his M.D. and Ph.D. in Neuroscience from the University of Pennsylvania in 1993.  After completing his residency and a research fellowship, Dr. Pleasure served as an attending physician in the specialty Epilepsy Clinic at UCSF until 2008, where he evaluated and managed epilepsy patients, both newly diagnosed as well as complex refractory epilepsy patients.  He also supervised and trained residents and clinical fellows in their care of epilepsy patients.

Today, Dr. Pleasure serves as a consult neurology attending physician at San Francisco General Hospital where he supervises residents and students in, among other things, the evaluation and management of patients with seizures and status epilepticus. He is commonly called on to provide advice on the care of patients with epilepsy associated with head trauma, co-morbid psychiatric disease, infectious processes, brain tumors, and strokes, and the management of patients with status epilepticus. He also attends in an outpatient general neurology clinic where he performs these activities in an outpatient setting. Dr. Pleasure is also an attending physician in the UCSF Multiple Sclerosis Center.

Dr. Pleasure also leads a team of researchers on projects related to the regulation of forebrain development, organization and function. His group's research includes the performance of studies to identify autoantibodies associated with syndromes associated with seizures, psychosis, abnormal movements, and more. He has published several papers involving the use of animal models of seizures or epilepsy and many additional articles on understanding brain malformations similar to those that underlie conditions associated with seizures and epilepsy.

Dr. Pleasure is expected to offer testimony concerning the state of the art at the time of the alleged invention, including the known safety and efficacy of levetiracetam which would have rendered it an appealing candidate for further drug development efforts. He is also expected to offer testimony concerning any alleged secondary considerations of non-obviousness, including the absence of any unexpected results, industry praise, and failure of others, and rebutting any allegation that Briviact has satisfied a long-felt unmet need.

# EXHIBIT 10B

# Curriculum Vitae of Salvatore D. Lepore

chemistry.fau.edu/directory/slepore.php • linkedin.com/in/salvatore-lepore-627b3854
(February 2022)

## EDUCATION

Postdoctoral Fellow (2000), Eli Lilly and Company (with Michael R. Wiley), Indianapolis, IN

Ph.D. Organic Chemistry (1997), Purdue University (with Merritt B. Andrus), West Lafayette, IN

B.S. Chemical Engineering *cum laude* (1992), University of South Florida, Tampa, FL

## PROFESSORIAL EXPERIENCE
(FAU Department of Chemistry & Biochemistry)

Professor (2011 - present)

Associate Professor (2006 – 2011)

Assistant Professor (2000 – 2006)

## RELATED PROFESSIONAL EXPERIENCE

Associate Editor: *Letters in Organic Chemistry* (Bentham Science) (2017 – Present)

Associate Editor: *Perspectives in Medicinal Chemistry* (Libertas Academica) (2006 – 2018)

NIH Grant Reviewer:
SBC-A Study Section (Ad-Hoc) (Feb 2014)
ZRG1 MDCN Study Section (Mar 2017)
ZRG1 BCMB-N (Pioneer Award) Study Section, (Jan 2018)
ZGM1 RCB-3 SCORE Study Section (Nov 2018)

Expert Witness (2016 – Present)

Consultant (2002 – Present)

Chief Scientist: Custom Synthesis Incorporated (an FAU spin-out company) (2004 – 2006)

Chemical Engineer: Delta Environmental Consultants (now Antea USA) Tampa, FL (1991 – 1993)

## HONORS and AWARDS

National Academy of Inventors inductee (2021)

FAU Distinguished Science Teacher of the Year (2019, 2009, and 2003)

University of Rome (La Sapienza) Visiting Professor Fellowship (Fall 2015)

FAU College of Science Researcher of the Year Award (2012) (Full Professor Category)

FAU College of Science Researcher of the Year Award (2011) (Associate Professor Category)

FAU University Researcher of the Year Award (2006) (Assistant Professor Category)

H. Lee Moffitt Cancer Center Honoree (2006)

FAU Multicultural Pre-Medical Society Teaching Appreciation Award Recipient (2002)

FAU Presidential Research Award (2001) (Only two awards given across all faculty ranks)

Petroleum Research Foundation Graduate Fellow (1994-1996)

Dow Chemical Outstanding Junior of the Year Award Recipient (1991)

Tau Beta Pi National Engineering Honor Society (1991)

National Science Foundation Undergraduate Summer Research Grantee (1991)

University of South Florida Faculty/Staff Scholarship Recipient (1990)

## RESEARCH and SCHOLARLY ACTIVITIES

### REFEREED WORKS

Yadavalli, K. P.; Cummines, J.; Lepore, S. D. Diastereoselective Additions of H-Phosphinates Under Phase-Transfer Conditions Leading to Quaternary Center-Containing Products. *ChemComm* **2022** (*accepted*)

Maki, S. L.; Maity, P.; Dougherty, S.; Johns, J.; Lepore, S. D. Allenoate Pre-Nucleophiles: A Triply Diastereoselective Approach to β-Hydroxy Esters Containing All-Carbon α-Quaternary Centers. *Org. Lett.* **2019**, *21*, 7952-7955.

Bollinger, W. L.; St. Germain, E. J.; Maki, S. L.; Sial, N. K.; Lepore, S. D.; Dawson-Scully, K. Resveratrol-Inspired Bridged Bicyclic Compounds: A New Compound Class for the Protection of Synaptic Function from Acute Oxidative Stress. *ACS Chem. Neurosci.* **2019**, *10*, 221-225.

Nagy, E.; Lepore, S. D. Alkyne Cycloadditions Mediated by Tetrabutylammonium Fluoride: A Unified and Diversifiable Route to Isoxazolines and Pyrazolines. *Org. Lett.* **2017**, *19*, 3695.

Jana, S.; Roy, A.; Lepore, S. D. Diversification Reactions of γ-Silyl Allenyl Esters: Selective Conversion to All-Carbon Quaternary Centers and γ-Allene Dicarbinols. *ChemComm* **2017**, 53, 5125.

Jana, S.; Al-huniti, M. H.; Yang, B. Y.; Lu, S.-Y.; Pike, V. W.; Lepore, S. D. Crown Ether Nucleophilic Catalysts (CENCs): Agents for Enhanced Silicon Radiofluorination. *J. Org. Chem.* **2017**, *82*, 2329.

Roy, S.; Silvestri, M. A.; Hall, R. A.; Lepore, S. D. Allenyl esters as quenching agents for ruthenium olefin metathesis catalysts. *Tetrahedron Lett.* **2017**, *58*, 106.

Roy, A.; Bhat, B. A.; Lepore, S. D. Asymmetric Protonation of Cumulenolates: Synthesis of Allenyl Aldehydes Facilitated by an Organomanganese Auxiliary. *Org. Lett.* **2016**, *18*, 1230.

Nagy, E.; St.Germain, E.; Cosme, P.; Maity, P.; Terentis, A. C.; Lepore, S. D. Ammonium Catalyzed Cyclitive Additions: Evidence for a Cation-π Interaction with Alkynes. *ChemComm* **2016**, *52*, 2311.

Jana, S.; Suresh, V.; Lepore, S. D. Synthesis of Novel C-Pivot Lariat 18-Crown-6 Ethers and their Efficient Purification. *Synlett* **2015**, *26*, 1977.

Roy, A.; Bhat, B. A.; Lepore, S. D. Organo-Manganese η²-Auxiliary Directed Reactions: A Diastereoselective Approach to 2,3-Allenols. *Org. Lett.* **2015**, *17*, 900.

Al-huniti, M. H.; Lepore, S. D. Zinc(II) Catalyzed Conversion of Alkynes to Vinyl Triflates in the Presence of Silyl Triflates. *Org. Lett.* **2014**, *16*, 4154.

Bhat, B. A.; Maki, S. L.; St.Germain, E. J.; Maity, P.; Lepore, S. D. Annulation Reactions of Allenyl Esters: an Approach to Bicyclic Diones and Medium-Sized Rings. *J. Org. Chem.* **2014**, *79*, 9402.

Al-huniti, M. H.; Lu, S.-Y.; Pike, V. W.; Lepore, S. D. Enhanced Nucleophilic Fluorination and Radiofluorination of Organosilanes Appended with Potassium-Chelating Leaving Groups, *J. Fluor. Chem.* **2014**, *158*, 48.

Al-huniti, M. H.; Lepore, S. D. Stereoretentive Copper (II) Catalyzed Ritter Reactions of Secondary Cycloalkanols. *Adv. Synth. Catal.* **2013**, *355*, 3071.

Mondal, D.; Li, S. L.; Bellucci, L.; Laino, T.; Tafi, A.; Guccione, S.; Lepore, S. D. Stereoretentive Chlorination of Cyclic Alcohols Catalyzed by Titanium (IV) Tetrachloride: Evidence for a Front-Side Attack Mechanism. *J. Org. Chem.* **2013**, *78*, 2118.

Mondal, D.; Bellucci, L.; Lepore, S. D. A Direct and Stereoretentive Synthesis of Amides from Cyclic Alcohols. *Eur. J. Org. Chem.* **2011**, 7057.

Maity, P.; Lepore, S.D. Catalytic synthesis of non-racemic azaproline derivatives via a kinetic-resolution based cyclization of β-alkynyl hydrazines. *Angew. Chem. Int. Ed.* **2011**, *50*, 8338.

Bhowmick, M.; Lepore, S. D. Manganese η²-Complexes as Auxiliaries for Stereoselective Aldol Additions: Efficient Synthesis of Highly Functionalized Allenyl Carbinols. *Organic Lett.* **2010**, *12*, 5078.

Bhowmick, M.; Sappidi, R.; Fields, G.B.; Lepore, S.D. Efficient Synthesis of Fmoc-Protected Phosphinic Pseudodipeptides: Building Blocks for the Synthesis of Matrix Metalloproteinase Inhibitors (MMPIs). *Biopolymers (Peptide Science)* **2010**, *96*, 1.

Lu, S.-Y.; Lepore, S. D.; Li, S. Y.; Mondal, D.; Cohn, P. C.; Bhunia, A. K.; Pike, V. W. Nucleophile Assisting Leaving Groups: A Strategy for Aliphatic ¹⁸F-Fluorination *J. Org. Chem.* **2009**, *74*, 5290-5296.

Maity, P.; Lepore, S.D. Anion Catalyzed Addition of γ-Silylallenyl Esters to Aldehydes: A New Entry into [3.2.1] Bicyclic Natural Products *J. Am. Chem. Soc.* **2009**, *131*, 4196.

Maity, P.; Lepore, S.D. Selective One-Pot Synthesis of Allenyl and Alkynyl Esters from β-Ketoesters. *J. Org. Chem.* **2009**, *74*, 158.

Lepore, S.D.; Mondal, D.; Li, S.Y.; Bhunia, A.K. Stereoretentive Halogenations and Azidations with Titanium(IV) Enabled by Chelating Leaving Groups *Angew. Chem. Int. Ed.* **2008**, *47*, 7511.

Lu, S. Y.; Li, S. Y.; Lepore, S. D.; Pike, V. W. (¹⁸F)Fluorination of Alkyl Sulfonate is Enhanced by Arylsulfonate-Based Nucleophile Assisting Leaving Groups (NALGs) Under Microwave Irradiation. *J. Labelled Compd. Radiopharm.* **2007**, *50 (Suppl. I)*, S5.

Lepore, S.D.; Bhunia, A.K.; Mondal, D.; Cohn, P.C.; Lefkowitz, C. Rapid Conversion of Hindered Arylsulfonates to Alkyl Chlorides with Retention of Configuration. *J. Org. Chem.* **2006**, *71*, 3285.

Silvestri, M.A.; He, C.; Khoram, A.; Lepore, S.D. Synthesis of Methyl 2-Oxo-5-Vinyl-2,5-Tetrahydrofuran-3-Carboxylate. *Tetrahedron Lett.* **2006**, *47*, 1625.

Lepore, S.D.; Bhunia, A.K.; Cohn, P. Arylsulfonate Based Nucleophile Assisting Leaving Groups (NALGs). *J. Org. Chem.* **2005**, *70*, 8117.

Silvestri, M.A.; Bromfield, D.C.; Lepore, S.D. Michael-Stork Addition of Cyclopentyl Enamine to Allenyl Ketones and Esters. *J. Org. Chem.* **2005**, *70*, 8239.

Lepore, S.D.; Khoram, A.; Bromfield, D.C.; Cohn, P.; Jairaj, V.; Silvestri, M.A. Studies on the Manganese Mediated Isomerization of Alkynyl Carbonyls to Allenyl Carbonyls. *J. Org. Chem.* **2005**, *70*, 7443.

Lepore, S.D.; He, Y.J. Deconjugative Conversion of α-Alkynyl Esters to α,α-Disubstituted β-Alkynyl Esters. *J. Org. Chem.* **2005**, *70*, 4546.

Lepore, S.D.; He, Y.J.; Damisse, P. Studies on the Base-Promoted Conversion of Conjugated Alkynyl Esters to α-Substituted α-Allenyl Esters.  *J. Org. Chem.* **2004**, *69*, 9171.

Lepore, S.D.; He, Y.J. Use of Sonication for the Coupling of Sterically Hindered Substrates in the Phenolic Mitsunobu Reaction. *J. Org. Chem.* **2003**, *68*, 8261.

Lepore, S.D.; Wiley, M.R. Application of Aryloximes as Solid-Phase Ketone Linkers.  *Organic Lett.* **2003**, *5*, 7.

Lepore, S.D.; Schacht, A.L.; Wiley, M.R. Preparation of 2-Hydroxybenzamidines from 3-Aminobenz-isoxazoles. *Tetrahedron Lett.* **2002**, *43*, 8777.

Zhang, Z.; Lepore, S.D. Synthesis of cyclo-pentadienyl manganese tricarbonyl resins as potential olefin traceless supports. *Tetrahedron Lett.* **2002**, *43*, 7357.

Lepore, S.D. The use of 18-crown-6 as an ionizable phase label for the expedited synthesis of small-molecules. *Tetrahedron Lett.* **2001**, *42*, 6437.

Lepore, S.D.; Wiley, M.R. Studies on the Synthetic Compatibility of Aryloxime Linkers in the Solid Phase Synthesis of 3-Aminobenzisoxazoles. *J. Org. Chem.* **2000**, *65*, 2924.

Lepore, S.D.; Wiley, M.R. Use of the Kaiser Oxime Resin in the Solid Phase Synthesis of 3-Aminobenzisoxazoles. *J. Org. Chem.* **1999**, *64*, 4547.

Andrus, M.B.; Lepore, S.D.; Turner, T.M. Total Synthesis of Stipiamide and Designed Polyenes as New Agents for the Reversal of Multidrug Resistance. *J. Am. Chem. Soc.*, **1997**, *119*, 12159.

Andrus, M.B.; Lepore, S.D.; Sclafani, J.A. Selective Dihydroxylation of Non-Conjugated Dienes in Favor of the Terminal Olefin. *Tetrahedron Lett.* **1997**, *38*, 4043.

Andrus, M.B.; Lepore, S.D. Synthesis of Stipiamide and a New Multidrug Resistance Reversal Agent, 6,7-Dehydrostipiamide. *J. Am. Chem. Soc.*, **1997**, *119*, 2327.

Andrus, M.B.; Lepore, S.D. Asymmetric Additions to Dichlorophenyl Dioxane, a New Chiral Acetal. *Tetrahedron Lett.* **1995**, *36*, 9149.

## CHEM ED, BOOK CHAPTERS and REVIEWS

Yadavalli, K.; Lepore, S. D. Chiral allenylcarbonyls – underexploited building blocks for complex synthesis. *Letters in Organic Chemistry* **2022** (*in press*).

Roy, A.; Bhat, B. A.; Lepore, S. D. Carbon-Carbon Bond Formation Facilitated by π-Complexed Organometallic Auxiliaries: An Overview. *Letters in Organic Chemistry* **2019**, *9*, 689.

St.Germain, E. J.; Horowitz, A.S.; Rucco, D.; Rezler, E. M.; Lepore, S. D. Teaching Experiment To Elucidate a Cation−π Effect in an Alkyne Cycloaddition Reaction and Illustrate Hypothesis-Driven Design of Experiments. *J. Chem. Educ.* **2017**, *94*, 240.

Lepore, S.D.; Mondal, D.; Li, S.Y. *SynForm* **2009**, *2*, A16.

Li, S. Y.; Lepore S.D.  2-(2-methoxyethoxy)-ethyl 2-(chlorosulfonyl)-benzoate.  *Encyclopedia of Reagents for Organic Synthesis* **2008** (2nd ed., vol. 8) pg. 6629.

Lepore, S.D.; Mondal, D. Recent Advances in Heterolytic Nucleofugal Leaving Groups *Tetrahedron* **2007**, *63*, 5103-5122.

## PATENTS and APPLICATIONS

Lepore, S.D.; Dawson-Scully, K.; St. Germain, E. J.; Maki, S. L.; Bollinger, W.; Sial, N. K. Bridged bicyclic compounds and their derivatives as neuroprotective agents and methods of use thereof. US20190284123A1 (FAU **2020**)

Lepore, S.D.; Silvestri, Maximilian. Non-oxidative Termination of Ruthenium Catalyzed Olefin Metathesis Reactions. *App. No. 62149836* (FAU, **2015**).

Lepore, S.D. Nucleophile Assisting Leaving Groups. *US 8,822,707 B2* (FAU, **2014**). *Licensed by FAU to Millipore-Sigma and offered as a catalog item* (#721255).

Argade, A.B.; Goodson, T.; Herron, D.K.; Joseph, S.; Lepore, S.D; Marquart, et al. Preparation of (hetero)aromatic ether amides as inhibitors of Factor Xa and/or thrombin. *WO 2006057845* (Eli Lilly, **2006**)

Lepore, S.D.; Wiley, M.R. Solid phase synthesis of ketone group containing molecules. *WO 2001036362* (Eli Lilly, **2001**)

Wiley, M.R.; Lepore, S.D.  Use of aryloxime linkers in the solid-phase synthesis of 3-amino-1,2-benz-isoxazoles and polycyclic heterocyclic analogs. *WO 2000027627* (Eli Lilly, **2000**)

Wiley, M.R.; Lepore, S.D. Preparation of amino-benzisoxazole compounds and libraries as thrombin inhibitors. *WO 2000027199* (Eli Lilly, **2000**)

## CONTRACTS and GRANTS RECEIVED

**2020** "Synthesis of a Bridged Bicyclic Natural Product Using Allenyl Esters" (9/20 - 8/23) (budget period)
Agency: NIH (NIGMS), GM110651-03
Direct Costs: $299,945  Indirect Costs: $148,473

**2017** "Synthesis of a Bridged Bicyclic Natural Product Using Allenyl Esters" (4/17 - 3/21) (budget period)
Agency: NIH (NIGMS), GM110651-02
Direct Costs: $300,000  Indirect Costs: $148,500

**2014** "Synthesis of a Bridged Bicyclic Natural Product Using Allenyl Esters" (4/14 - 3/17)
Agency: NIH (NIGMS), GM110651
Direct Costs: $210,000  Indirect Costs: $101,320

"New Natural Product Derived HIV Entry Inhibitors" and "Ultrafast Silicon F18-Fluorination for PET Medical Imaging"
Agency: FAU Seed Grants (two awarded)
Direct Costs: $15,500 and $22,900

**2013** "Total Synthesis of Garsubellin A" (9/13 - 9/14)
Agency: Indo-US Science and Technology Forum
Direct Costs: $38,000    Indirect Costs: $0
FAU Matching Funds: $8,000

**2011** "Elucidation of Reactions Mediated by Sulfidic Carbonate and Clay Depositions" (1/12 - 12/13)
Agency: Amer. Chem. Soc. PRF (51785-ND2)
Direct Costs:  $100,000

Torrey Pines Institute (8/11 - 8/12)
Direct Costs: $40,100    Indirect Costs: $3,208

**2010** "New Methods for the Expedited Synthesis of C11 and F18 PET Tracers" (4/10 – 1/13)
Agency:  NIH (1R21MH087932-01A1)
Direct Costs: $450,000  Indirect Costs: $200,250

Torrey Pines Institute (8/10 - 8/11)
Direct Costs: $40,100    Indirect Costs: $3,208

**2009** "Identification of Active Compounds in Treated Calendula Extracts" (12/09 – 11/10)
Agency:  Unison Pharmaceuticals, Inc.
Direct Costs: $20,077    Indirect Costs: $9,436

 "Synthesis of NALG Compounds" (11/09 - 11/10)
Agency:  NIH (NIMH)
Direct Costs: $18,800    Indirect Costs: $1,200

**2005** "Synthesis of azaphilone analogs as HIV entry inhibitors" (6/05 – 5/10)
Agency:  NIH (NIGMS), S06 GM073621-01
Direct Costs: $545,000  Indirect Costs: $223,500

**2004** "Synthesis of quinazoline derivatives" (9/04 – 6/05)

Agency: The Scripps Research Institute (Florida)
Direct Costs: $14,592    Indirect Costs: $5,909

"Chemical synthesis of sucrose derivatives and subsequent antimicrobial testing" (10/04 – 6/06)
Agency: Florida Crystals Corporation
Direct Costs: $20,000    Indirect Costs: $8,100
Chemical synthesis of "Product C" (8/03 – 7/04)
Agency: Florida Crystals Corporation
Direct Costs: $9,700    Indirect Costs: $2,425

**2003** "Synthesis of Pyran Bicyclic Natural Products" (5/1/03 – 4/30/05)
Agency:  NIH (NIGMS), R15 GM067635-01
Direct Costs:  $100,000    Indirect Costs:  $39,000

"Solid-Phase Approach to the Synthesis of C11 PET Tracers" (3/03 – 2/06)
Agency:  NIH (NIMH), R03 MH66963-01
Direct Costs:  $139,000    Indirect Costs:  $55,000

"Purchase of an NMR for Teaching Creative Problem Solving Skills in the Chemistry Laboratory Program at FAU" (9/03 – 8/05)
Agency:  NSF (DUE), 0311369
Direct Costs:  $133,620    FAU-Match:    $116,520
Indirect Costs:  $8,990

"Chemical synthesis of simplified analogs of verbenaloside an anti-tumor agent" (9/03 – 8/05)
Agency:  FAU Center of Excellence
Direct Costs:  $70,000    Indirect Costs:  none

**2002** "Manganese $\eta^2$-Bond as a Solid-Phase Traceless Linker for the Expedited Synthesis of Olefins" (summer fellowship) (5/02 – 8/02)
Agency:  ACS PRF (Type G), 36633-G1
Direct Costs:  $8,000    Indirect Costs:  none

"Enantioselective Conversion of Alkynes to Allenes: Application to the Synthesis of Anti-HIV Compounds" (3/02 – 2/03)
Agency:  Florida Atlantic University – Research Initiation Award
Direct Costs:  $5,000    Indirect Costs:  none

"Sulfonate resins for the synthesis of $^{18}$F-labeled PET tracers" (6/02 – 5/06)
Agency:  NIH (PO # 263-MD-212362)
Direct Costs:  $42,186    Indirect Costs:  $9,214

Donation of methylcyclopentadienyl manganese tricarbonyl (MMT)
Agency: Ethyl Corporation
Estimated value: $12,000  Indirect Costs:  none

**2001** "Manganese $\eta^2$-Bond as a Solid-Phase Traceless Linker or the Expedited Synthesis of Olefins" (9/01 – 8/03)

Agency:  ACS PRF (Type G), 36633-G1
Direct Costs:  $25,000      Indirect Costs:  none

"Synthesis and SAR Study of Isochromophilone II – an HIV Prophylactic Agent" (7/01 – 6/02)
Agency:  Florida Atlantic University – Presidential Research Development Award
Direct Costs:  $25,000      Indirect Costs:  none

"Development of a New Method for the Solid-Phase Synthesis of Medicinally-Relevant Alkenes" (3/01 – 2/02)
Agency:  FAU – Research Innovation Award
Direct Costs:  $5,000      Indirect Costs:  none

**PROCEEDINGS**
(including 21 invited lectures and chaired sessions)

Nugent, K.; Motaleb, A.; Maity, P.; Nagy, E.; Lepore, S. D. Unprecedented endo cyclizations of alkynes catalyzed by alkali metal alkoxide salts: Evidence for a non-Conia-ene mechanism. Pacifichem, Honolulu, HI (held virtually due to COVID-19 pandemic), December (**2021**)

Maki, S. L.; Sial, N.; Yadavalli, K.; Dawson-Scully, K.; Lepore, S. D. Neuroprotective agents inspired by a resveratrol natural product: A new class of molecular probes based all-carbon bridged bicycles. Pacifichem, Honolulu, HI (held virtually due to COVID-19 pandemic), December (**2021**)

Rahill, R.; Lepore, S. D. Socratic Active Learning (SAL): A flipped class method for increased student engagement in remote and F2F modalities. *Invited lecture* for FAU Center for Online and Continuing Education (COCE) Professional Development Session (**2021**). Lecture availabler on YouTube at: www.youtube.com/watch?v=LiljbLcfDhQ&list=PLEyk p-fnue6OmmbUoowc6E4KOgDWh_ne0&index=1

Lepore, S. D. Neuroprotective agents inspired by a resveratrol natural product: A new class of molecular probes based all-carbon bridged bicycles. University of Florida Drug Discovery Symposium (UFDDS), March (**2021**)

St. Germain, E. J.; Horowitz, A. S.; Rucco, D.; Rezler, E. M.; Lepore, S. D. Teaching experiment to illustrate experimental design in the investigation of a mechanism involving a novel ammonium-alkyne interaction. Abstracts of Papers, ACS National Meeting, Orlando, March (**2019**)

Yadavalli, K. P.; Lepore, S. D. Phase transfer-catalyzed phospha-Michael additions: An asymmetric approach to phosphinate esters. Abstracts of Papers, ACS National Meeting, Orlando, March (**2019**)

Maki, S. L.; Jana, S.; Lepore, S. D. Diversification of allenyl esters: α-Selective reactions leading to products containing all-carbon quaternary centers. Abstracts of Papers, ACS National Meeting, Orlando, March (**2019**)

Maki, S. L.; Sial, N.; St. Germain, E. J.; Ghuman, G.; Bollinger, W. Dawson-Scully, K.; Lepore, S. D. Natural Product Inspired Bridged Bicyclic Compounds as Neuroprotective Agents. Abstracts of Papers, ACS National Meeting, Orlando, March (**2019**)

Maki, S. L.; Maity, P.; Dougherty, S.; Johns, J.; Lepore, S. D. Titanium-Mediated Diastereoselective Halo-Aldol Reactions Resulting in α-Vinyl β-Hydroxy Esters. Abstracts of Papers, ACS National Meeting, Boston, March (**2018**)

Maki, S. L.; Bollinger, W.; Dawson-Scully, K.; Maity, P.; Lepore, S. D. Studies Toward the Total Synthesis of Vitisinol D and Evaluation of Its Analogs as Neuroprotective Agents. Abstracts of Papers, ACS National Meeting, Boston, March (**2018**)

Lepore, S. D. Lepore, S. D. Alkyne Cycloadditions Mediated by TBAF: A Unified and Diversifiable Route to Diheteroatom Heterocycles. *Invited lecture* for the University of Rome (La Sapienza) Italy, June (**2017**)

Nagy, E.; Lepore, S. D. Studies on Ammonium-Catalyzed Cyclitive Additions to Alkynes: A General Approach to Diheteroatom Heterocycles. ACS Div. Organic Chemistry Symposium. Bryn Mawr, PA July (**2016**).

Jana, S.; Roy, A.; Lepore, S. D. Diversification reactions of γ-silyl allenyl esters: selective conversion to γ-disubstituted allenes and all-carbon quaternary centers. Abstracts of Papers, ACS National Meeting, San Diego, March (**2016**)

Jana, S.; Al-huniti, M. H.,; Lepore, S. D. Crown Ether Nucleophilic Catalysts (CENCs) for the Ultrafast Fluorination of Silicon. Abstracts of Papers, ACS National Meeting, San Diego, March (**2016**)

Maki, S. L.; St.Germain, E. J.; Yadavalli, K. P.; Maity, P.; Lepore, S. D. Construction of congested bridged bicyclic systems: Progress towards the first total synthesis of an anti-thrombotic natural product. Pacifichem, Honolulu, HI, December (**2015**)

Lepore, S. D. Stereoselective construction of functionalized allenes and subsequent diversification. *Invited lecture* for University of Siena, Italy, October (**2015**) and University of Rome (La Sapienza) Italy, November (**2015**)

Lepore, S. D. New Methods for the Stereoselective Synthesis of Functionalized Allenes Using a Traceless Organomanganese Auxiliary. *Invited lecture* for the Department of Chemistry, Kyoto University (Kyoto, Japan) April (**2015**)

Nagy, E.; Lepore, S. D. Ammonium-catalyzed alkyne additions: A unified method for the synthesis of

5

isoxazolidines and pyrazolidines. Abstracts of Papers, ACS National Meeting, Boston, MA, August (**2015**)

Nagy, E.; Roy, A.; Lepore, S. D. Regio- and stereoselective additions to enynes containing an organo-manganese auxiliary leading to highly substituted allenyl aldehyde products. Abstracts of Papers, ACS National Meeting, Denver, CO, (**2015**)

Roy, A.; Lepore, S. D. Asymmetric isomerization of alkynyl to allenyl aldehydes bearing a traceless organo-manganese $\eta^2$-auxiliary. Abstracts of Papers, ACS National Meeting, Denver, CO, March (**2015**)

Roy, A.; Lepore, S. D. Stereoselective synthesis of allenyl alcohols using an organomanganese $\eta^2$-auxiliary: A new entry to furo-furanone natural products. Abstracts of Papers, ACS National Meeting, Denver, CO, March (**2015**)

Nagy, E.; St.Germain, E.; Maity, P.; Lepore, S. D. Ammonium catalyzed cyclitive additions: Evidence for a cation-π interaction with alkynes. Abstracts of Papers, ACS National Meeting, Dallas, TX, March (**2014**)

Roy, A.; Lepore, S.D. Diastereoselective Additions to Allenyl Aldehydes Directed by an Organo-Manganese $\eta^2$-Auxiliary. ACS National Organic Symposium (Seattle, WA) June (**2013**).

Lepore S.D. New Reactions Enabled by Nucleophile Assisting Leaving Groups (NALGs) *Invited lecture* for the Department of Diagnostic Radiology at the Yale University School of Medicine (New Haven, CT) October (**2012**)

Lepore S.D. Development of Nucleophile Assisting Leaving Groups (NALGs) for Enhanced Reactivity in Substitution Reactions. *Invited lecture* for Distinguished Lecture Series at Torrey Pines Institute for Molecular Studies (Port St. Lucie, Florida) July (**2011**)

Lepore S.D. Development of Nucleophile Assisting Leaving Groups (NALGs) for Enhanced Reactivity in Substitution Reactions. *Invited lecture* for University of Rome, Italy (La Sapienza) & University of Athens, Greece, June (**2011**)

Lepore, S.D. Development of Nucleophile Assisting Leaving Groups (NALGs) for Enhanced Reactivity in Substitution Reactions. *Invited lecture* for Emory University, Atlanta, March (**2011**)

Mondal, D.; Li, S. Y.; Lepore, S. D. Revisiting reactions of thionyl chloride: Stereoretentive methods for the one-pot synthesis of halides and amides from alcohols. Pacifichem, Honolulu, HI, December (**2010**)

Lepore, S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs).

*Invited lecture* for The Scripps Research Institute (Jupiter, Florida) (November **2010**)

Maity, P.; Lepore, S.D. Organocatalytic amination of allenyl esters and subsequent cyclization to form azaproline derivatives. Abstracts of Papers, 240th ACS Nat. Meeting, Boston, MA August (**2010**)

Li, S.; Lepore, S.D. Stereoretentive and mild halogenation of cyclic alcohols catalyzed by titanium (IV) reagents: Evidence for a new front-side attack mechanism. Abstracts of Papers, 240th ACS Nat. Meeting, Boston, MA August (**2010**)

Lepore, S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs), *Invited Lecture* for Brigham Young University March (**2009**)

Lepore, S.D.; Mondal, D. New Titanium (IV) Mediated Reactions with Chelating Leaving Groups: Stereoretentive One-Step Benzoylamination of Secondary Alcohols. Abstracts of Papers, 237th ACS Nat. Meeting, Salt Lake City, UT, March (**2009**)

Lepore, S.D. **SESSION CHAIR:** Total Synthesis of Complex Molecules: (Oral session #30422) at the 237th ACS National Meeting, Salt Lake City, UT, March (**2009**)

Maity, P.; Lepore, S.D. Reductive Aldol as a Novel Method for Substituted [3.n.1] Bicycle Formation: Progress Toward the Total Synthesis of Vitisinol D. Abstracts of Papers, 236th ACS National Meeting, Philadelphia, PA, August (**2008**)

Lepore, S.D.; Maity, P.; Sappidi, R. Selective One-Pot Synthesis of Allenyl and Alkynyl Esters: Applications to Mukaiyama-type Additions to Form Nonracemic 2-Alkynyl-3-hydroxy Esters. Abstracts of Papers, 236th ACS National Meeting, Philadelphia, PA, August (**2008**)

Mondal, D.; Li, S.Y. Lepore, S.D. Stereoretentive and Rapid Synthesis of Secondary Halides and Azides using New Chelating Leaving Groups with Titanium (IV) Reagents. Abstracts of Papers, 236th ACS National Meeting, Philadelphia, PA, August (**2008**)

Lepore, S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs). *Invited lecture* for The Scripps Research Institute (La Jolla) November (**2007**)

Lepore, S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs). *Invited lecture* for University of California at San Diego, November (**2007**)

Lepore, S.D. Development of New Leaving Groups. *Invited lecture and short course* for the University (degli Studi) of Catania (Sicily, Italy) October (**2007**)

Lepore, S.D.; Mondal, D; Li, S. New Titanium (IV) Reactions Using Nucleophile Assisting Leaving Groups (NALGs): Stereoretentive Alkyl Halide and Azide Syntheses. European Symposium on Organic Chemistry (ESOC) at University College Dublin, Ireland, July (**2007**)

Lepore, S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs). Lecture for Eli Lilly and Co. April (**2007**)

Lepore, S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs) *Invited lecture* for Purdue University Chemistry Department, March (**2007**)

Lepore, S.D.; Mondal, D.; Li, S. Accelerated reactions using nucleophile assisting leaving groups (NALGs): Applications to stereospecific alkyl halide synthesis. 233rd ACS National Meeting, Chicago, IL, March (**2007**)

Lepore S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs). *Invited lecture* for Moffitt Cancer Center, November 22 (**2006**)

Lepore S.D. New Synthesis Methods Involving Allenyl Carbonyl Compounds and Development of Nucleophile Assisting Leaving Groups (NALGs). *Invited lecture* for University of Rome (La Sapienza), Italy, September 29 (**2006**)

Lepore, S.D.; Mondal, D.; Cohn, P.C.; Li, S. Accelerated Reactions Using Nucleophile Assisting Leaving Groups (NALGs): Applications to Stereospecific Alkyl Halide Synthesis. Ischia Advanced School of Organic Chemistry, Ischia, Naples (Italy), September 16-21 (**2006**)

Lepore S.D. Development of New Leaving Groups and New Methods Involving Allenyl Carbonyl Compounds. *Invited lecture* for University of Florida Chemistry Department Organic Seminar Series, January 26 (**2006**)

Lepore, S.D.; Bhunia, A.K. Arylsulfonate based nucleophile assisting leaving groups. Pacifichem, Honolulu, HI, December (**2005**)

Lepore, S.D., Bhunia, A.K.; Cohn P. Design of arylsulfonate based nucleophile assisting leaving groups. *Invited lecture* for NIH (Mental Health), August (**2005**)

Lepore S.D.; Bhunia, A.K. Arylsulfonate based nucleophile assisting leaving groups. 230th ACS National Meeting, Washington DC, August (**2005**)

Lepore S.D.; Bhunia, A.K.; Cohn P. Arylsulfonate based nucleophile assisting leaving groups. *Invited lecture* for ACS Florida Annual Meeting and Exhibition (FAME),  May (**2005**)

Lepore S.D. Bhunia, A.K.; Nucleophile Assisting Leaving Groups (NALGs).  *Invited lecture* for Florida State University Chemistry Department Organic Seminar Series,  December (**2004**)

Lepore, S.D.  New Methods for the Preparation of Highly Functionalized Allenyl Carbonyl Compounds. FAU Center for Molecular Biology and Biotechnology (CMBB) October (**2004**).Bromfield, D.C.; Silvestri, M.A.; Lepore, S.D. New chemical methods for the synthesis of geniposidic acid, an antiviral marine natural product. Florida Marine Biotechnology Conference, October (**2004**)

Silvestri, M.A.; Lepore, S.D. The Development of a Novel Diels-Alder Reaction Involving Allenyl Esters as Heterodienes. XI International Symposium of Marine Natural Products, Sorrento, Italy, September (**2004**)

Lepore, S.D. New methods for the preparation of allenyl esters and their application in hetero-Diels-Alder reactions.  Annual Organic Faculty of Florida (OFF) Conference, Orlando, FL, March (**2004**)

Lepore, S.D. and He, Y.  Synthesis of α-tributylstannyl-α-allenyl esters and their application in the Lewis acid mediated reaction with aldehydes. South Eastern Regional Meeting of the American Chemical Society, Atlanta, GA, September (**2003**)

Lepore, S.D. and He, Y. Studies on the base-promoted convesion of conjugated alkynyl esters to α-substituted α-allenyl esters.  South Eastern Regional Meeting of the American Chemical Society, Atlanta, GA, September (**2003**)

Bromfield, D.C.; Jairaj, V.; Lepore, S.D. Studies on the Manganese-Mediated Isomerization of Alkynyl Carbonyls to Allenyl Carbonyls. BioTech **2003**.

He, Y.; Lepore, S.D. Base-promoted Alkylation Reactions of Alkynyl Esters. BioTech **2003**.

Lepore, S.D. New Methods for the Preparation of Highly Functionalized Allenyl Carbonyl Compounds. *Invited Lecture* for Barry University Science Seminar Series (**2003**)

Lepore, S.D.; Vinod, J.; Tatalovich, J.E.  Studies towards the total synthesis of Isochromophilone II: Intramolecular Diels-Alder reactions of allenyl carbonyls.   223rd ACS National Meeting, Orlando, FL, April (**2002**)

Lepore, S.D.; Zongren, Z.   Studies toward the development of cyclopentadienylmanganese tricarbonyl resins as traceless olefin linkers.   223rd ACS National Meeting, Orlando, FL, April (**2002**)

Jairaj, V.; Lepore, S.D. Studies Toward the Total Synthesis of Isochromophilone II: Intramolecular Diels-Alder Reactions of Allenyl Carbonyls.  BioTech **2002**

Zhang, Z.; Lepore, S.D. Studies towards the development of a cyclopentadienylmanganese tri-carbonyl resin as a traceless olefin.  BioTech **2002**

Lepore, S.D.; Jairaj, V.; Tatalovich, J.E. Study of the electronic and steric effects of the reaction of hydroxyl-protected-1-lithioalkynols with several electrophiles. South Eastern Regional Meeting of the American Chemical Society, Savannah, GA, September (**2001**)

Lepore, S.D.   Development of New Solid-Phase Methods for the Synthesis of Small Molecules. *Invited lecture* for Florida International University Chemistry Department Seminar Series (**2001**)

Lepore, S.D.  Studies Toward the Total Synthesis of Isochromophilone II - an HIV Entry Inhibitor. CMBB (**2001**)Lepore, S.D. Development of New Solid-Phase Methods for the Synthesis of Small Molecules.  CMBB (**2000**)

## COURSES TAUGHT and DEVELOPED

### Undergraduate Courses

- CHM 2200 - Introduction to Organic Chemistry
- CHM 2210 - Organic Chemistry 1
- CHM 2211 - Organic Chemistry 2
- CHM 3060 - Chemical Literature
- CHM 4220 - Organic Chemistry 3
- IDS 2382   - Human Mission to Mars (co-taught)

### Graduate Courses

- CHM 5224 - Organic Chemistry 3
- CHM 5944 - Introduction to Chemical Research
- CHM 6225 - Advanced Organic Chemistry
- CHM 6428 - Medicinal Chemistry
- CHM 6730 - Synthesis and Characterization

## ACADEMIC SERVICE

**Departmental** (Chemistry & Biochemistry)

Graduate Program & Admissions Committee (2008 – present)

Master Researcher (significant mentoring duties) (2012 – 2016)

Graduate Program Committee Chair (2006 – 2008)

Graduate Admissions Committee Chair (2003 –2006)

Instrumentation Committee (2007 – 2020)

**College** (of Science)

Sustained Performance Evaluation Committee (2019)

Non-Tenure-Track (NTT) Faculty Promotion Committee (2012 – 2018)

College Graduate Programs Committee (2007 – 2012)

**University**

Financial Conflict of Interest Committee (2021 – present)

University Research Committee (2009 – 2012)

University Intellectual Property Committee (2005 – 2014)

Chair of University Faculty Council Library Committee (2003 – 2006, 2007 – 2012 *ex officio*, 2019 - present).

## PROFESSIONAL SERVICE

### Manuscript Reviews

*Eur. J. Med. Chem.* (top 10th percentile reviewer)

*J. American Chemical Society*

*J. Organic Chemistry*

*Org. Biomol. Chem.*

*Organic Letters*

*Tetrahedron Letters*

*Tetrahedron*

*Perspectives in Med. Chem.*

*Letters in Organic Chemistry*

## COMMUNITY SERVICE

Gave a Professional Development Session available to the public on "Socratic Active Learning (SAL): A flipped class method for increased student engagement in remote and F2F modalities". Lecture is available on YouTube at: www.youtube.com/watch?v=LiljbLcfDhQ&list=PLEyk p-fnue6OmmbUoowc6E4KOgDWh_ne0&index=1 (September 2021). Boca Raton.

Institute for Learning in Retirement (ILIR): "To Mars and Back Again: a Live Off the Land Strategy" (March 2020). Boca Raton.

Motivational presentation to Boca Raton High School students (November 2018 and January 2019).

Institute for Learning in Retirement (ILIR): "From Concept to Capsule: A Tour of the Prescription Drug Discovery Process" (October 2017). Boca Raton.

Heroes Class - invited to address middle school students in summer (2009) emphasizing the importance of scientific discoveries (such as the story of aspirin) in our daily lives.

Invited lectures to FAU Life-Long Learning Center and to FAU charitable donors audience: "From Concept to Capsule: A Tour of the Prescription Drug Discovery Process" (2008/09)

*Palm Beach Post* (6/20/05) "FAU hopes $4 million grant boosts research reputation" by Kimberly Miller

*Sun-Sentinel* (3/6/05) "Recent FAU graduate seeks chance to 'expand my mind'" by Glenn Singer

Lecture presentation to the Science National Honor Society at C.W. Flanagan High School (Pembroke Pines, FL) (2003 & 2004)

Lecture presentation to High School Science Teachers at Boynton Beach Community High (2003)

Palm Beach County Science Fair Judge (2002 & 2004)

*Miami Herald* (9/24/03) "Bush gives research a $10-million boost" by Jasmine Kripalani

Appeared on the local television news (News Channel 5) on 7/18/02 in an interview with Jean Apodaca.  This science-related segment concerned the drug gamma hydroxybutyrate (GHB).

**GRADUATE STUDENT & POSTDOC GUIDANCE**

**Current Graduate Students**

Krishna Yadavalli, Kristina Nugent, Elyse Jutte, and Silas Hintze

**Former Graduate Students**

Samantha Maki (PhD, 2019): Senior Scientist in Discovery Chemistry at AbbVie; University of Chicago Postdoctoral Fellow (Prof. Scot Snyder)

Elijah St. Germain (PhD, 2018): Instructor in the Department of Chemistry at FAU

Susovan Jana (PhD, 2018): Research Chemist, United Therapeutics Corporation; NIH Postdoctoral Fellow (Dr. Victor Pike)

Edith Nagy (PhD, 2017): Research Investigator at the MD Anderson Cancer Center as part of their Institute for Applied Cancer Science; (NSF Fellow at FAU, award number 1257290); Boston University Postdoctoral Fellow (Prof. John Porco);

Animesh Roy (PhD, 2017); Scripps Florida Postdoctoral Fellow (Prof. Thomas Kodadek)

Mohammed Alhuniti (PhD, 2014): Staff Scientist with Process R&D at Thermo Fisher Scientific (Greenville, SC); University of North Carolina (Greensboro) Research Scientist (Prof. Mitchell P. Croatt)

Pradip Maity (PhD, 2011): Assistant Professor at CSIR-National Chemical Laboratory, Pune India (Aug 2015); Postdoctoral fellow at the University of Texas Southwestern Medical Center (Prof. Uttam Tambar) (2012 – 2015)

Songye Li (PhD, 2011): Associate Research Scientist, Yale PET Center (Sept 2016); Yale Postdoctoral Associate (Prof. Henry Huang) (2011-2016).

Debo Mondal (PhD, 2010): Senior Scientist at Noven Pharmaceuticals (Miami, FL); Postdoctoral Fellow at Baylor University (2017) (Prof. Kevin Pinney)

Yuanjun He (PhD, 2004): Senior Research Scientist (permanent position), Scripps Florida

Anita Khoram (MS, 2003): Chemist at Florida Surface Chemists

Deborah Bromfield (MS, 2005): Associate Professor of Chemistry at Florida Southern College.

Pamela Cohn (MS, 2006): Associate Professor of Chemistry at Richard Stockton College (Galloway, NJ); Doctoral student at Univ. of Florida; Postdoc at Case Western (Prof. Rowan);

Chang He (MS, 2009): Nutraceutical industry

**Former Postdoctoral Fellows**

Manish Bhowmick: Senior Scientist at Sigma-Aldrich Corp. (Natick, MA)

Maximillian Silvestri: Strategic Technology Leader, Energy Services Division, Nalco Company (Sugarland, TX)

Anjan Bhunia: Synthesis Team Leader (overseeing 12-14 chemists), Chembiotek, TCG, Lifesciences (Calcutta, India)

Zhanhui Xu: Research Associate, Chemistry Department, Zhengzhou University (China)

Vinod Jairaj: Head of Synthetic Chemistry Division, International Institute of Biotechnology and Toxicology (IIBAT) (India)

Zongren Zhang: Senior Scientist, Department of Radiology, Washington University School of Medicine

**Hosted Visiting Professor**

Dr. Bilal A. Bhat (2013 - 2014), Scientist

Medicinal Chemistry Division of the Indian Institute of Integrative Medicine

**LANGUAGE PROFICIENCY**

| | |
|---|---|
| English | Native |
| Italian | Excellent (BA Degree from Florida Atlantic University in Dec. 2016) |
| French | Intermediate |
| Spanish | Intermediate |

Prepared: February 2022

## University of California, San Francisco
## CURRICULUM VITAE

**Name:**       Samuel Pleasure, M.D., Ph.D.

**Position:**   Professor, Step 5
Neurology
School of Medicine

**Address:**    Box 3206
675 Nelson Rising Lane, 214
University of California, San Francisco
San Francisco, CA 94143
Voice: 502-5683
Fax: 502-7168
Email: sam.pleasure@ucsf.edu

### EDUCATION

| 1982 - 1986 | University of Pennsylvania | B.A. | Biology & Medieval Studies |
|---|---|---|---|
| 1986 - 1993 | University of Pennsylvania | M.D. | Medicine |
| 1986 - 1993 | University of Pennsylvania | Ph.D. | Neuroscience |
| 1986 - 1993 | University of Pennsylvania | Fellow | Medical Scientist Training Program |
| 1993 - 1994 | University of Pennsylvania Graduate Hospital | Intern | Internal Medicine |
| 1994 - 1996 | University of California, San Francisco | Resident | Neurology |
| 1996 - 1997 | University of California, San Francisco | Chief Resident | Neurology |
| 1997 - 2000 | University of California, San Francisco | Clinical Fellow | Neuroscience |
| 1997 - 2000 | HHMI Physician Postdoctoral Fellowship Program | Fellow | |

### LICENSES, CERTIFICATION

| 1995 | Medical License, State of California #G081074 |
|---|---|
| 1999 | Board Certification in Neurology, American Board of Psychiatry and Neurology |
| 2009, 2019 | Board Recertification in Neurology, American Board of Psychiatry and Neurology |

**Exhibit A**

Prepared: February 2022

## PRINCIPAL POSITIONS HELD

| 1997 - 2000 | University of California, San Francisco | Adjunct Instructor | Neurology |
| 2000 - 2007 | University of California, San Francisco | Assistant Professor in Residence | Neurology |
| 2007 - 2008 | University of California, San Francisco | Associate Professor in Residence | Neurology |
| 2008 - 2010 | University of California, San Francisco | Associate Professor Ladder Rank | Neurology |
| 2010 – present | University of California, San Francisco | Professor, Ladder Rank | Neurology |

## OTHER POSITIONS HELD CONCURRENTLY

| 1986 - 1993 | Medical Scientist Training Program | Fellow |
| 1997 - 2000 | HHMI Physician Postdoctoral Fellowship Program | Fellow |
| 2000 - 2003 | Burroughs Wellcome Fund | Career Awardee |
| 2001 - 2005 | John Merck Fund Scholars Program | Fellow |
| 2001 - 2010 | University of California, San Francisco | Robert B. and Elinor Aird Endowed Chair of Neurology |
| 2002 - present | UCSF Neuroscience Graduate Program | Faculty member |
| 2002 - present | UCSF Developmental Biology Graduate Program | Faculty member |
| 2002 - present | UCSF Herbert W. Boyer Program in Biological Sciences | Faculty member |
| 2002 - present | UCSF Biomedical Sciences Graduate Program, UCSF | Faculty member |
| 2002 - present | UCSF Eli and Edythe Broad Center of Regeneration Medicine and Stem Cell Research | Faculty member |
| 2007 – 2017 | Mission Bay Programs, Department of Neurology, University of California, San Francisco | Vice Chair |
| 2009 – 2011 | International Society for Developmental Neuroscience | Executive Councilor |

| 2009 – 2013 | Faculty of 1000, Neurobiology of Disease and Regeneration Section | Contributing Member |
| 2009 - present | UCSF Pathway to Discovery in Molecular Medicine Program | Inaugural Faculty member |
| 2009 - present | UCSF Institute of Molecular Medicine | Faculty member |
| 2012 – 2015 | American Neurological Association | Board of Directors |
| 2012 - present | University of California, San Francisco | Glenn W. Johnson, Jr. Memorial Endowed Chair in Neurology |
| 2017 – present | Southeast University, Nanjing China | Visiting Professor |
| 2020 – present | UCSF Neuroscience Graduate Program | Director |

## HONORS AND AWARDS

| 1986 | B.A. summa cum laude University of Pennsylvania |
| 1986 | Phi Beta Kappa honor society University of Pennsylvania |
| 1986 | NIH Medical Scientist Training Program (MSTP) Fellowship at University of Pennsylvania |
| 1988 | William Jeffers award for research relating to Neurology |
| 1990 | Robert M. Toll prize awarded for research relating to mental health |
| 1993 | Sheard Sanford Medical Student Award from the American Society of Clinical Pathologists |
| 1997 | Howard Hughes Postdoctoral Fellowship for Physicians |
| 2000 | Burroughs Wellcome Fund Career Award in the Biomedical Sciences |
| 2001 | John Merck Fund Scholars Program in the Biology of Developmental Disabilities in Children |
| 2001 | Appointed to Robert B. and Elinor Aird Endowed Chair of Neurology |

Prepared: February 2022

| | |
|---|---|
| 2002 | Elected to membership in the Cajal Club |
| 2003 | Elected Fellow in the American Neurological Association |
| 2004 | Appointed Regular Member Neurogenesis and Cell Fate Study Section, CSR, NIH |
| 2005 | Associate Editor, Journal of Neuroscience |
| 2006 | Appointed as member of ANA Scientific Program Committee |
| 2007 | Editorial Board, Developmental Neuroscience |
| 2007 | Senior Faculty for CNS/UCSB-NRI Young Neuroscientists' Workshop |
| 2007 | Nominated for Outstanding Faculty Mentorship Award, UCSF Graduate Student's Association |
| 2007 | Nominated for Outstanding Faculty Mentorship Award, UCSF Postdoctoral Scholars Association |
| 2007 | Program Committee 2008 International Society for Developmental Neuroscience Meeting in Asilomar, California, USA |
| 2007 | Co-Chair Session entitled "Brain Dysfunction Across the Lifespan" at 132nd Annual ANA Meeting |
| 2008 | Winner of Outstanding Faculty Mentorship Award, UCSF Postdoctoral Scholars Association |
| 2009 | Elected Executive Councillor for International Society for Developmental Neuroscience 2009- |
| 2009 | Organizer for 2nd International Stem Cell Research Symposium: Frontiers of Neural Stem Cells at UCSF, Mission Bay. Sponsored by Eli and Edythe Broad Center of Regeneration Medicine and Stem Cell Research |

Prepared: February 2022

| | |
|---|---|
| 2009 | Co-Chair Session entitled "Microglia in Neurologic Disease: New players on old fields" at 134th Annual ANA Meeting |
| 2009 | Program Committee 2010 International Society for Developmental Neuroscience Meeting in Estoril, Portugal |
| 2009 | Contributing Member, Faculty of 1000, Neurobiology of Disease and Regeneration Section |
| 2010 | Reviewing Editor, Journal of Neuroscience |
| 2012 | Named to Board of Councilors, American Neurological Association |
| 2012 | Glenn W. Johnson, Jr. Memorial Endowed Chair in Neurology |
| 2013 | Co-Chair Session on Biology of Remyelination at Annual ANA meeting |
| 2013 | Selected as Chair of ANA Scientific Program Advisory Committee for 2-year term |

**KEYWORDS/AREAS OF INTEREST**

Hippocampus, dentate gyrus, granule cell, oligodendrocyte precursor cell, wnts, frizzleds, LRP6, sonic hedgehog, Suppressor of Fused, SUFU, chemokines, CXCR4, CXCL12, homeobox proteins, epilepsy, multiple sclerosis, migration, axon guidance, neural stem cell, Cajal-Retzius cell, meninges, bone morphogenic proteins, autoimmune encephalitis, anti-NMDA receptor, autoantibodies

**CLINICAL ACTIVITIES SUMMARY**

Attending physician in the UCSF Multiple Sclerosis Center with a weekly half-day clinic. In this clinic I manage MS patients of all types. I make primary diagnoses of MS, provide second opinions about diagnosis, make suggestions about medications for MS to outside physicians, manage symptoms of MS (including but not limited to spasticity, fatigue, pain, weakness, cognitive symptoms) and evaluate patients with other syndromes that sometimes are mistaken for MS.

Consult Neurology attending physician at San Francisco General Hospital 1 month yearly where I supervise residents and students. On this service I evaluate and manage patients with traumatic brain injury, neck/back injuries, confusion, seizures, stroke, movement disorders (including Parkinson Disease, atypical parkinsonism, drug related parkinsonism), neuropsychiatric disorders, peripheral nerve disorders, neuromuscular disorders and dementia. This month also includes outpatient general neurology clinic where all of the above are managed in an outpatient setting.

Prepared: February 2022

**MEMBERSHIPS**

2002 - present   Society for Neuroscience

1996 - present   American Academy of Neurology

1985 - present   American Association for the Advancement of Science

2001 - present   American Epilepsy Society

2002 - present   Cajal Club

2003 - present   Fellow of American Neurological Association

**SERVICE TO PROFESSIONAL ORGANIZATIONS**

| | | |
|---|---|---|
| 2001 – 2003 | American Epilepsy Society | Member, Annual Course Committee |
| 2003 - present | American Neurological Association | Fellow |
| 2006 – 2009 | American Neurological Association | Member, Scientific Program Advisory Committee |
| 2007 – 2008 | International Society for Developmental Neuroscience | Member, Program Committee |
| 2009 – 2011 | International Society for Developmental Neuroscience | Executive Councilor |
| 2009 – 2010 | International Society for Developmental Neuroscience | Member, Program Committee |
| 2009 – 2010 | European Science Foundation | Member, Pool of Reviewers |
| 2011 – 2015 | American Neurological Association | Member, Scientific Program Advisory Committee |
| 2012 - 2016 | American Neurological Association | Member, Board of Councilors, |
| 2013 - 2015 | American Neurological Association | Member, Long Range Planning Committee |
| 2013 – 2013 | ANA/ASENT Joint Work Group exploring challenges associated with CNS therapy development | |
| 2013 – 2015 | American Neurological Association | Chair Scientific Program Advisory Committee |

Prepared: February 2022

| 2016 – present | American Neurological Association | Member Nomination Committee |
| 2020 – present | The Foundation for Children with Neuroimmune Disorders | Scientific and Clinical Advisory Board |
| 2021 – present | Society for Neuroscience Award for Education Nomination Committee | Member Nomination Committee |

## SERVICE TO PROFESSIONAL PUBLICATIONS

| 2005 - present | Ad hoc reviewer (approximate papers reviewed in last 15 years): American Journal of Medical Genetics (1), Annals of Neurology (>10), Archives of Neurology/JAMA Neurology (>10), Biomed Central Neuroscience (1), Cell (>10), Cell Reports (>5), Cell Stem Cell (>5), Cerebral Cortex (>5), Development (>5), Developmental Biology (2-3), Developmental Brain Research (2-3), Developmental Cell (>5), Developmental Dynamics (1), Developmental Neurobiology (1), Developmental Neuroscience (>5), eLife (>5), Epilepsia (1), European Journal of Neuroscience (1), Experimental Cell Research (1), FEBS Letters (1), Genes and Development (2-3), Glia (1), Hippocampus (1), iScience (1), Journal of Cell Biology (>10), Journal of Comparative Neurology (>10), Journal of Neurobiology (1), Journal of Neurochemistry (2), Journal of Neuroimmunology (1), Journal of Neurological Sciences (1), Journal of Neuroscience (>50), Molecular and Cellular Neuroscience (3), Molecular Brain Research (1), Nature (3), Nature Biotechnology (1), Nature Communications (>5), Nature Medicine (1), Nature Neuroscience (>50), Nature Reviews Neuroscience (3-5), Neurobiology of Disease (2-3), Neurocritical Care (1), Neuroscience (>5), Neuron (>50), Neurology (>5), NeuroReport (1), Neuroscience Letters (1), Neurosurgery (1), PLOS Biology (>5), PLOS One (2), PNAS (>5), Science (3), Seminars in Cell and Developmental Biology (2), Stem Cells (2), Trends in Neuroscience (2) |
| 2005 – 2010 | Associate Editor, Journal of Neuroscience |
| 2007 - present | Editorial Board, Developmental Neuroscience |
| 2009 - present | Reviewing Editor, ASN Neuro |
| 2009 – 2012 | Contributing Member, Faculty of 1000, Neurobiology of Disease and Regeneration Section |
| 2010 – 2016 | Reviewing Editor, Journal of Neuroscience |
| 2013 - present | Editorial Board, Brain Plasticity |
| 2017 - present | Neurological Reviews Editor, Associate Editor, JAMA Neurology |
| 2017 - present | Editorial Board, Journal of Developmental Biology |

| 2018 - 2019 | Editor, Special Issue in Journal of Developmental Biology on "Crosstalk between FGF, TGF-β, BMP, and Wnt Signaling Pathways during Development" |

## INVITED PRESENTATIONS – INTERNATIONAL

| Year | Event | Role |
|------|-------|------|
| 2002 | Spring Hippocampal Research Conference, Cayman Islands | Session Chair, two presentations |
| 2004 | International Meeting for Autism Research, Sacramento, CA | Symposium speaker |
| 2004 | Research seminar, Institute for Infectious Diseases, University of Bern, Switzerland | Symposium speaker |
| 2006 | International Society for Developmental Neuroscience Biannual Meeting, Banff, Canada | Symposium speaker |
| 2007 | Karolinska Institute, Stockholm, Sweden | Symposium speaker |
| 2007 | Riken Biosciences Institute, Tokyo, Japan | Symposium speaker |
| 2008 | Institute of Neuroscience, Alicante, Spain | Symposium speaker |
| 2008 | 3rd Eurostells Workshop on Stem Cell Niches, Barcelona, Spain | Symposium speaker |
| 2008 | Bay Area-Japan joint meeting on Vertebrate Organogenesis | Symposium speaker |
| 2009 | 2nd International Stem Cell Research Symposium: Frontiers of Neural Stem Cells at UCSF, Mission Bay | Invited speaker |
| 2010 | International Society for Developmental Neuroscience semi-annual meeting, Estoril, Portugal | Symposium speaker and organizer |
| 2011 | 77th Annual meeting of the German Society for Experimental and Clinical Pharmacology and Toxicology, Frankfurt, Germany | Symposium speaker |
| 2011 | Collaborative Research Center (SFB) 665 "Developmental Disturbances in the Nervous System" biannual symposium, Berlin, Germany | Plenary Symposium speaker |
| 2013 | Nagoya University | Symposium speaker |
| 2013 | Neocortical Organization Meeting, Okazaki Japan | Symposium speaker |

Prepared: February 2022

| 2013 | University of Tokyo | Symposium speaker |
|------|---------------------|-------------------|
| 2014 | University of Kanazawa | Symposium speaker |
| 2014 | Japanese Society for Neuroscience Meeting, Yokohama Japan | Symposium speaker |
| 2014 | University of Nagasaki | Symposium speaker |
| 2015 | Chinese Neuroscience Society, 11the Biennial Meeting, Wuzhen China | Symposium speaker |
| 2015 | University of Nanjing | Symposium speaker |
| 2015 | Nantong University | Symposium speaker |
| 2016 | Volga Neuroscience Meeting, Nizhny Novgorod, Russia | Symposium speaker |
| 2017 | Neuroscience Collaborative Symposium at 3rd Military Medical University, Chongqing, China | Symposium speaker |
| 2017 | Neuroscience Seminar at Southeast University, Nanjing, China | Symposium speaker |
| 2017 | Neuroscience Seminar Series Institute of Biophysics, Chinese Academy of Sciences, Beijing, China | Symposium speaker |
| 2017 | Chinese Neuroscience Society Biennial Meeting, Tianjin, China | Symposium speaker |
| 2017 | Department of Neurosurgery, Renji Hospital, Jiaotong University, Shanghai, China | Symposium speaker |
| 2018 | Volga Neuroscience Meeting, Nizhny Novgorod, Russia | Symposium speaker |
| 2018 | Army Medical University, Chongqing, China | Symposium speaker |
| 2018 | West China Hospital, Department of Neurology, Sichuan University, Chengdu, China | Symposium speaker |
| 2019 | Chinese Neuroscience Society Biennial Meeting, Suzhou,China | Symposium speaker |
| 2019 | Hangzhou Normal University, Hangzhou, China | Symposium speaker |
| 2019 | Southeast University, School of Medicine, Nanjing, China | Symposium speaker |

Prepared: February 2022

**INVITED PRESENTATIONS - NATIONAL**

| 1999 | Department of Neurology, Beth Israel-Deaconess Hospital Research Seminar | Symposium speaker |
|---|---|---|
| 2001 | Spring Epilepsy Research Conference, Cayman Islands Research Seminar | Symposium speaker |
| 2004 | Pathology Department Seminar Series, Northwestern University | Symposium speaker |
| 2004 | Fourth Hershey Conference on Developmental Brain Injury, Asilomar, CA | Symposium speaker |
| 2004 | Investigator's Workshop, American Epilepsy Society National Meeting | Symposium speaker |
| 2005 | Department of Developmental and Cell Biology Seminar Series, UC Irvine | Symposium speaker |
| 2005 | Center for Neuroscience Research Seminar, UC Davis | Symposium speaker |
| 2005 | M.I.N.D. Institute Research Seminar, UC Davis | Symposium speaker |
| 2006 | UCSF Frontiers in Neurology Seminar, Department of Neurology | Symposium speaker |
| 2006 | Invited speaker, 12th Kentucky Spinal Cord & Head Injury Research Trust Symposium | Symposium speaker |
| 2006 | Department of Biology, San Francisco State University | Symposium speaker |
| 2007 | Thesis opponent for Kyle Sousa, PhD for defense of his thesis at Karolinska Institute | Symposium speaker |
| 2007 | Invited seminar as Senior Faculty at CNS/UCSB-NRI Young Neuroscientists' Workshop | Symposium speaker |
| 2007 | Invited speaker for American Neurological Association and NINDS 7th Annual Career Development Symposium, Washington, DC | Symposium speaker |
| 2007 | Neurology Grand Rounds, Albert Einstein School of Medicine, NY | Symposium speaker |
| 2007 | Invited Speaker for 4th Annual Chris Reeve "Hot Topics in Stem Cell Biology" Symposium at the Society for Neuroscience Meeting | Symposium speaker |

Prepared: February 2022

| 2008 | Formal Neuroscience Seminar speaker, University of Texas, Southwestern | Symposium speaker |
| 2008 | Invited speaker Biology Department, Wesleyan University, Middletown, CT | Symposium speaker |
| 2009 | Invited formal seminar speaker for Neurobiology Program at University of Chicago, Chicago, IL | Symposium speaker |
| 2009 | Invited formal seminar speaker for Neuroscience Program at Johns Hopkins, Baltimore, MD | Symposium speaker |
| 2010 | Invited formal seminar speaker for Neuroscience Program at University of North Carolina, Chapel Hill, NC | Symposium speaker |
| 2010 | Invited formal seminar speaker for Neuroscience Program at Case Western Reserve University | Symposium speaker |
| 2010 | Invited seminar speaker in Neuroscience at Columbia University and external thesis examiner for Kimberly Scobie, PhD candidate in Rene Hen's laboratory | Symposium speaker |
| 2010 | Invited formal seminar speaker at Neurobiology Program at Harvard Medical School and Boston Children's Hospital, Boston, MA | Symposium speaker |
| 2012 | Developmental Biology Seminar Series Guest Speaker at CHOP/Penn, Philadelphia, PA | Symposium speaker |
| 2012 | Formal Seminar Series Guest Speaker at Cincinnati Children's Research Foundation, Cincinnati, OH | Symposium speaker |
| 2012 | Neurological Sciences Grand Rounds Speaker, University of Vermont, Burlington, VT | Symposium speaker |
| 2013 | Neurobiology Program Formal Seminar Series Speaker at SUNY Stony Brook, NY | Symposium speaker |
| 2013 | Invited lecturer for Weill Cornell Medical School Progress in Neuroscience Seminar Series | Symposium speaker |
| 2014 | Visiting seminar speaker University of Rochester, School of Medicine | Symposium speaker |
| 2014 | Neuroscience Program Speaker Vollum Institute, Portland OR | Symposium speaker |
| 2015 | Neuroscience seminar series at St. Jude Children's Research Hospital, Memphis, TN | Symposium speaker |
| 2016 | American Society for Neurochemistry National Meeting, Denver, CO | Plenary symposium speaker |
| 2016 | DC National Children's Hospital, Neuroscience Program | Symposium speaker |

Prepared: February 2022

| 2018 | University of Texas, Southwestern, Department of Neurology | Symposium speaker |
|---|---|---|
| 2019 | USC, Zilkha Institute for Neurogenetics, Neuroscience Seminar | Symposium speaker |
| 2021 | Synchrony National Meeting on Inflammatory Brain Disorders, Foundation for Children with Neuroimmune Disoders | Keynote Speaker |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| 2000 | Grand Rounds, Department of Neurology, UCSF |
|---|---|
| 2000 | Department of Neurology, Stanford University Research Seminar |
| 2000 | Department of Neurology, Stanford University Research Seminar |
| 2001 | Program in Neuroscience, UCSF Research Seminar |
| 2002 | Development and Regeneration Research Group, UCSF, Research Seminar |
| 2003 | Neurosurgery Grand Rounds, UCSF |
| 2003 | Neuropathology Research Conference, UCSF |
| 2013 | Invited speaker 3rd Annual California Multiple Sclerosis Research Forum, Redondo Beach, CA |
| 2013 | Invited speaker for Nancy Davis Foundation Symposium on MS research, Los Angeles, CA |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

Society for Neuroscience –2002, 2003, 2005, 2007, 2008, 2009, 2010, 2012

American Epilepsy Society – 2002, 2004

American Neurological Association – 2003, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018

Neurology Grand Rounds, UCSF – 2002-present

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 2020 – 2025 | Member NST1 Study Section NINDS |
|---|---|
| 2019-2019 | Ad hoc Reviewer for Special Emphasis Panel for minority K01/K22 proposals |
| 2011-2018 | Member National Multiple Sclerosis Society Scientific Review Panel A |

| 2017 – 2020 | Recurring ad hoc Reviewer for ZRG1 MDCN-P (57) |
|---|---|
| 2016 – 2016 | Ad hoc Reviewer MCN SEP |
| 2016 – 2016 | Ad hoc Reviewer for NCF study section |
| 2016 – 2020 | Member CURE (Citizens United for Research in Epilepsy) Scientific Standing Review Panel |
| 2015 – 2015 | Chair and ad hoc Reviewer MDCN SEP |
| 2014 – 2014 | Ad hoc Reviewer MCN SEP |
| 2012 – 2012 | Ad hoc Reviewer Wellcome Trust India Alliance Biomedical Research Fellowship |
| 2010 – 2010 | Ad hoc Reviewer ZRG1 MDCN-F |
| 2010 – 2010 | Ad hoc Reviewer BDCN N04 SEP |
| 2009 – 2009 | Ad hoc Reviewer - Autism Speaks Research Grants |
| 2009 – 2009 | External Reviewer - Maryland Stem Cell Commission and Maryland Stem Cell Research Fund |
| 2008 – 2009 | Chairman - NIH NCF (Neurogenesis and Cell Fate) study section |
| 2004 – 2009 | Permanent Member - NIH NCF (Neurogenesis and Cell Fate) study section |
| 2008 – 2008 | External Grant Reviewer, Comitato Telethon Fondazione, Italy |
| 2008 – 2008 | Ad hoc Reviewer - National Multiple Sclerosis Society |
| 2008 – 2008 | Ad hoc Reviewer - Wellcome Trust |
| 2006 – 2007 | Scientific Review Board Member - CURE Epilepsy |
| 2007 – 2007 | Ad hoc Reviewer - ZRG1 MDCN-D (02) |
| 2007 – 2007 | Ad hoc Reviewer - ZNS1 SRB-M K99/R00 Program |
| 2006 – 2006 | Ad hoc Reviewer - DOD NCIRE Study Section |
| 2006 – 2006 | Ad hoc Reviewer -Fox Foundation Fast-Track Parkinson's Research RFA Review Committee, |
| 2006 – 2006 | Ad hoc Reviewer - NINDS Special Emphasis Panel for K99/R00 Program |
| 2006 – 2006 | Ad hoc Reviewer - Woods Hole Oceanographic Institute Fellowship Grant Program |
| 2005 – 2005 | Ad hoc Reviewer - Research Funding and Policy Division, Health Research Board, Ireland |

| | |
|---|---|
| 2004 – 2004 | Ad hoc Reviewer - NIH NCF (Neurogenesis and Cell Fate) study section |
| 2004 – 2004 | Ad hoc Reviewer - NIH NCF (Neurogenesis and Cell Fate) study section |
| 2004 – 2004 | Ad hoc Reviewer - NIH ZRG1 MDCN-D SEP |
| 2004 – 2004 | Ad hoc Reviewer - NIH ZRG1 MDCN-A 02 S SEP |
| 2004 – 2004 | Ad hoc Reviewer -Fox Foundation for Parkinson's Research Developmental Biology RFA Review Committee |
| 2004 – 2004 | Ad hoc Reviewer -Fox Foundation for Parkinson's Research Cell Line Assessment Progress Committee |
| 2004 – 2004 | Ad hoc Reviewer - Fox Foundation Fast-Track Parkinson's Research RFA Review Committee |
| 2003 – 2003 | Ad hoc Reviewer - The Wellcome Trust |
| 2003 – 2003 | Ad hoc Reviewer - Czech Institute of Sciences |
| 2003 – 2003 | Ad hoc Reviewer - Stanley Thomas Johnson Foundation |

## SERVICE ACTIVITIES SUMMARY

I have been quite active in the Neurology Department over the last 10 years, designing a new laboratory-based research track residency designed to facilitate transition of neurology residents back to substantial research experiences. This program has been operative for 12 years and is thus far quite successful. As the organizer of this program, I solicit applications, serve as advisor in preparing applications and run a small review panel that considers the applications. I am handing this responsibility off now with my increased responsibility in the Neuroscience Program but will continue to be involved in a supervisory role.

I have been active in the Neuroscience Program at UCSF in the last 15 years, serving as chair of the admissions committee for two years as well as being a member of several other committees. In 2020 I became Director of the NS Graduate Program at UCSF for a 5-year term.

The other prominent aspect of my service is to the NIH for grant review. I was a standing member of the CSR Neurogenesis and Cell Fate (NCF) study section for five years and served as the chair of the committee in my last year. I served for 7 years as standing member of one of the National Multiple Sclerosis Society's standing grant review panels. I have also served as ad hoc reviewer for numerous other grant panels both nationally and internationally. In 2020 I became a standing member of the NINDS NST-1 K-award study section. I am also a frequent ad hoc (2-3x a year) for a recurring SEP that reviews proposals for an NIMH RFA on "Cell and Molecular Biology of Complex Brain Disorders".

I have given numerous national and international seminars over the last few years and been a reviewer for many journals. I've been active as a member of the American Neurological Association, serving two separate terms on their Scientific Program Advisory Committee and serving as a member of their Board of Councilors. In addition, I served a two-year term as Chair of the Scientific Program Advisory Committee of the ANA during which time I was primarily responsible for planning and organizing the annual meeting of the ANA. Currently, I am a member of the ANA Nominating Committee.

**UCSF CAMPUSWIDE**

| | | |
|---|---|---|
| 2008 – 2011 | UCSF Resource Allocation Program (RAP), Neurosciences Review Committee | Member |
| 2011 - present | Animal oversight committee for Sandler Neurosciences Center at Mission Bay | Chair |
| 2011 – 2012 | IT services committee to design new system for recharging for IT services at UCSF | Member |
| 2014 – 2015 | OSR Service Agreement Committee | Member |
| 2014 – present | OSR Advisory Board Committee | Member |
| 2020 – present | Neuroscience Graduate Program | Director |
| 2021 – present | Stewardship Review Committee for Director of Osher Center | Member |

**DEPARTMENTAL SERVICE**

| | | |
|---|---|---|
| 2001 - 2002 | Search Committee, Physician Scientist/Neurodegenerative Diseases, Department of Neurology | Member |
| 2002 - 2004 | Search Committee, Physician Scientists at VAMC, Department of Neurology | Member |
| 2004 - 2006 | Neuroscience Program Retreat Committee | Chair |
| 2004 - 2005 | Neuroscience Program Seminar Committee | Member |
| 2004 - 2004 | Neuroscience Journal Club Committee | Member |
| 2005 - 2006 | Neuroscience Program Seminar Committee | Member |
| 2005 - 2005 | Neuroscience Program Predoctoral NSF Fellowship Workshop | Mentor |
| 2005 - 2005 | Working group to create a Research Track Residency in Neurology | Chair |
| 2006 - 2007 | Search Committee, Assistant/Associate Professor Scientist for MS Center, Department of Neurology | Chair |
| 2006 - 2007 | PIBS Tetrad Program Admissions Committee | Member |
| 2007 - 2008 | Neuroscience Program Admissions Committee | Co-Chair |
| 2006 - 2006 | Preparing Future Faculty session (Developing a winning research statement for your faculty application package) | Faculty panelist |
| 2006 - present | Laboratory Based "Research Track" Flexible Residency Program, UCSF | Coordinator |

Prepared: February 2022

| 2006 - 2007 | Search Committee, three distinguished chairs as Assistant/Associate/Full Professor Scientists, MS Center, Department of Neurology, UCSF | Co-Chair |
|---|---|---|
| 2011 - 2011 | Search Committee, Assistant Professor in Residence in Neurooncology and Developmental Stem Cell Biology | Chair |
| 2011 - 2011 | Search Committee, Assistant Professor in Residence in Neurodegenerative Diseases or Aging research | Chair |
| 2011 - 2012 | Search Committee, Basic scientist in Neuroscience program with appointment in Ophthalmology Department | Member |
| 2013 - 2016 | Junior Faculty Research Committee, Department of Neurology | Member |
| 2014 - 2018 | Compensation Committee, Department of Neurology | Member |
| 2014 - 2020 | Neuroscience Program new student advisor for portion of first year class | Member |
| 2016 - 2016 | Search committee for Assistant Professor in Residence in Neurology and the UCSF Stem Cell Center on the use of iPS cells in the modeling of human neurologic disease | Chair |
| 2019 - | Neurology Department Space Committee | Member |

## TEACHING SUMMARY

SFGH Consult attending (75 hours/year) – As consult attending for one month per year I teach a neurology resident (and frequently also an MSIV student) while supervising the consult service.

Course director for Neuroscience 223, Developmental Neurobiology (40 hours/year), an advanced course for the Neuroscience Graduate Program, 2007 and every three years thereafter.

Additional formal classroom teaching (10 hours/year) – Lectures for Developmental Biology and Neuroscience Courses.

Mentoring/Informal teaching of students and postdoctoral fellows – I have several postdoctoral fellows and other students who have worked in my laboratory for varying periods of time. It is difficult to quantitate these interactions but they make up a large proportion of my daily activity. Ongoing supervision of Laboratory Research Track Residency Program in the Department of Neurology (see below).

MS Clinic attending (200 hours/year) – I began attending in the MS clinic in 2007

The Neurology Department at UCSF has initiated a new Research track for the residency program (other tracks are Clinician Scientist and Master Clinician). The Research track is an integrated program that includes involvement of neurology residents in the neuroscience community at UCSF from Day 1, with requirements for "Prelim" proposals, a six month

Prepared: February 2022

research block and mentoring (by me) in grant writing for fellowship proposals. Trainees will be encouraged to work with PI's from any program or department at UCSF with the goals of the 6-month research block serving as a way to generate momentum towards a post-residency fellowship with funding already in place. I designed and coordinate this new track, which began in 2007.

## FORMAL TEACHING

| Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|
| 2001 - 2003 | IDS112 – Advances in Medical Sciences (AIMS) | Section leader | | |
| 2002 - 2002 | Brain, Mind and Behavior core Neuroscience course | Section leader | | |
| 2004 - 2004 | N201B | Taught neuroanatomy lab for PIBS/ Neuroscience graduate students | | |
| 2004 - 2004 | Current Topics in Medical Science, (MSTP Program) | Lecture (one hour) | | |
| 2004 - 2004 | Neuroscience 201C | Lecture (four hours) | | |
| 2006 - 2006 | Neuroscience 201 | Lecture (two hours) | | |
| 2006 - 2006 | Biochemistry 246 | Small Group session leader | | |
| 2007 - 2007 | Neuroscience 223 – Developmental Neurobiology | Course director (50 hours course development, lecture (eight hours) | | |
| 2008 - 2008 | Brain, Mind and Behavior "Neuroscience Nights" paper discussion | Group discussion leader | | |
| 2008 - 2008 | Neuroscience 201A | Lecture (two hours) | | |
| 2009 - 2011 | BMS 225 | Lecture (~6 hours) | | |
| 2010 - 2020 | Neuroscience 201B | Lecture (~30 hours) | | |
| 2012 - 2012 | Neuroscience Minicourse on Interneuron Development | Course director, lecture, course development (~12 hours) | | |

Prepared: February 2022

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2014 - 2014 | Neuroscience Minicourse on Interneuron Development | Course director, lecture (~12 hours) | | |

## INFORMAL TEACHING

2005 - 2005     Mentor for Neuroscience Program NSF Fellowship writing workshops

## MENTORING SUMMARY

Numerous hours of coaching graduate students for journal clubs, numerous undergraduate summer students

I also serve as the coordinator of the Department of Neurology's Laboratory Based "Research Track" Flexible Residency Program. This involves mentoring physician scientists in training and running an application and admissions process to decide which candidates each year will be accepted into the Research Track residency.

I am taking on a role as one of several junior faculty mentors in the department of Neurology. Each mentor will serve as formal career mentor for about 6-8 junior faculty members in the department.

## PREDOCTORAL STUDENTS SUPERVISED OR MENTORED

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 1998 - 1999 | Abigail Collins | Research Experience | | Medical student, UCSF | |
| 1999 - 2001 | Anthony Kim | Research Experience | | Medical student, UCSF | |
| 2001 - 2001 | Michele Abramowitz | Research Experience | | Undergrad, Pomona | |
| 2002 - 2002 | Ethan Bodle | Research Experience | | Medical student, Columbia | |
| 2002 - 2003 | Anil Bagri | Longitudinal Clinical Experience | | Medical student, UCSF | |
| 2003 - 2003 | Willie Siu | UCSF SRTP | | Medical student, UCLA | |
| 2003 - 2004 | Lori Panossian | Longitudinal Clinical Experience | | Medical student, UCSF | |
| 2004 - 2004 | Steven Kim | Neuroscience | | Rotating Graduate student | |

Prepared: February 2022

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2004 - 2005 | Melita Barkoudourian | Longitudinal Clinical Experience | | Medical student, UCSF | |
| 2004 - 2005 | Omri Berger | MD with Thesis | | Doris Duke Fellow | |
| 2005 - 2005 | Roeben Munji | Tetrad/DB | | Rotating Graduate student | |
| 2005 - 2005 | Jennifer Li | Neuroscience | | Rotating Graduate student | |
| 2005 - 2010 | Roeben Munji | Tetrad/DB | | Graduate thesis student | |
| 2006 - 2006 | Darya Pino | Neuroscience | | Rotating Graduate student | |
| 2006 - 2006 | Elizabeth Buchen | Neuroscience | | Rotating Graduate student | |
| 2006 - 2006 | Jenna Gopilan | UCSF SRTP | | Undergrad, Wesleyan | |
| 2007 - 2008 | Kate Patterson | Research Experience | | Undergrad, USF | |
| 2007 - 2007 | Abe Langseth | Neuroscience | | Rotating Graduate student | |
| 2010 - 2010 | Colleen Mosley | Neuroscience | | Rotating Graduate student | |
| 2005 - 2010 | Darya Pino | Neuroscience | | Graduate thesis student | |
| 2006 - 2007 | Elizabeth Buchen | Neuroscience (terminal Masters) | | Graduate thesis student | |
| 2007 - 2011 | Abe Langseth | Neuroscience | | Graduate thesis student | |
| 2013 - 2017 | Gloria Fernandez Garcia | Neurobiology | | joint PhD student with Universidad Miguel Hernandez | |

## POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2001 - 2004 | Chunjie Zhao Ph.D. | Postdoctoral Fellow | | Supervisor | Asst Prof, Southeastern Univ Nanjing |

Prepared: February 2022

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2001 - 2005 | Chengji Zhou Ph.D. | Postdoctoral Fellow | | Supervisor | Asst Prof, UC Davis |
| 2001 - 2002 | Xiaoping He Ph.D. | Postdoctoral Fellow | | Supervisor | |
| 2002 - 2007 | Christine Pozniak Ph.D. | Postdoctoral Fellow | | Supervisor | Research Scientist, Genentech |
| 2002 - 2008 | Guangnan Li Ph.D. | Postdoctoral Fellow | | Supervisor | Research Scientist, Genentech |
| 2002 - 2004 | Wei Guan Ph.D. | Postdoctoral Fellow | | Supervisor | Postdoc, Univ of Utah |
| 2005 - 2009 | Jennifer Freese Ph.D. | Postdoctoral Fellow | | Supervisor | |
| 2006 - 2008 | Kostas Zarbalis Ph.D. | Postdoctoral Fellow | | Supervisor | Asst Prof, UC Davis |
| 2006 - 2012 | Julie Siegenthaler Ph.D. | Postdoctoral Fellow | | Supervisor | Asst Prof, Univ of Colorado |
| 2006 - 2010 | Youngshik Choe Ph.D. | Postdoc/Specialist | | Supervisor | Principal Investigator Korea Brain Sciences Institute |
| 2007 - 2010 | Jonathan Hecht M.D./Ph.D. | Postdoc/Resident | | Supervisor | Asst Prof, DC Children's |
| 2009 - 2013 | Susan Harrison-Uy Ph.D. | Postdoctoral Fellow | | Supervisor | The Scientist |
| 2011 - 2015 | Laura Cocas Ph.D. | Postdoctoral Fellow | | Supervisor | Assistant Professor Santa Clara University |
| 2011 - 2017 | Odessa Yabut Ph.D. | Postdoctoral Fellow | | Supervisor | Adjunct Assistant Professor UCSF |

Prepared: February 2022

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2015 - 2017 | Hui Xuan Ng, PhD | Postdoctoral Fellow | | Supervisor | McKinsey Consulting |
| 2015 - present | Jing Zhou, PhD | Postdoctoral Fellow | | Supervisor | |
| 2016 - present | Hirofumi Noguchi, PhD | Postdoctoral Fellow | | Supervisor | |
| 2017 - present | Baouyen Tran | Postdoctoral Fellow | | Supervisor | |

**FACULTY MENTORING**

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2005 - 2009 | Kameel Karkar, M.D. | HS Clinical Instructor, Neurology | | Informal career and research mentor, reviewed grant applications | |
| 2005 - present | Ben Cheyette, M.D., Ph.D. | Assistant Professor, Psychiatry | | Joint lab meetings, reviewed grant applications | |
| 2006 - present | Jeremy Reiter, M.D., Ph.D. | Assistant Professor, Biochemistry/ CVRI | | Mentor for CIRM Young Investigators award, reviewed grant applications | |
| 2007 - 2010 | Jonathan Hecht, M.D., Ph.D. | HS Clinical Instructor, Neurology | | Mentor for K12 | |
| 2008 - present | Guangnan Li, Ph.D. | Assistant Adjunct Professor, Neurology | | Research mentor | |
| 2009 - present | Richard Daneman, Ph.D. | UCSF Fellow, Department of Anatomy | | Outside Department Career Mentor | |
| 2012 - present | Karunesh Ganguly, M.D., Ph.D. | Assistant Professor in Residence, Neurology | | Informal career mentor | |

Prepared: February 2022

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|-------|------|------------------------|-------------|----------------|------------------|
| 2014 - present | Michael Wilson, M.D. | Associate Professor, Neurology | | Faculty mentor | |
| 2015 - 2017 | Brittany Dugger, PhD | Assistant Professor, Department of Neurology | | Formal departmental career mentor | |
| 2015 - present | Laura Cocas, PhD | Adjunct Assistant Professor, Department of Neurology | | Research Mentor | |
| 2017 - present | Odessa Yabut, PhD | Adjunct Assistant Professor, Department of Neurology | | Research Mentor | |

**VISITING FACULTY MENTORED**

| | | |
|---|---|---|
| 2015 - 2016 | Keejung Yoon, PhD | Sungkyunkwan University, Republic of Korea |
| 2019 - 2021 | Yong Lin, MD | Renji Hospital, Shanghai, China |

**RESEARCH AND CREATIVE ACTIVITIES SUMMARY**

Development of the brain is a highly ordered process with a number of important steps. Cells must be directed to the proper fate in the ventricular zone, migrate to the appropriate laminar location once born and establish connectivity with their targets. Many patients with epilepsy or congenital brain malformations have morphologic abnormalities consistent with defects in the control of cell fate, neuronal migration or axon guidance in the developing telencephalon. My research focuses on several distinct aspects of the regulation of these events using the developing hippocampus and cortex as the model systems. I am using a broad array of embryologic and molecular genetic techniques to understand these processes in the normal developing state as well as in animals with developmental anomalies. In addition, we are interested in applying these approaches to improving the prospects of enhancing endogenous pools of neural stem cells to regenerate after developmental or other insults.

In more recent years I have also begun studies to understand the pathophysiology of autoimmune autoantibody-associated brain disorders – eg the anti-NMDAR syndrome. In addition, I am heavily engaged in discovery studies to identify novel autoantibody-associated syndromes as an ongoing collaboration with Drs. Joseph DeRisi and Michael Wilson.

**1. Meningeal-cortical interactions during development**

During cortical development the meninges serve as an understudied source of signaling molecules potentially regulating migration and differentiation of cortical neurons. We have demonstrated that the production of Cxcl12 by the meninges is required for normal positioning

of an important group of developmental pioneer neurons. In the course of these studies, I realized that the intimate association of the developing meninges and cortex makes it likely that the meninges act more widely to provide a host of developmental influences for the cortex. This has led to expansion of this area of research in two directions.

We are characterizing the phenotype of mutants that have primary meningeal defects and secondary cortical defects. This will allow us to elucidate the ways that meningeal development influences cortical development. We have found that, as expected, the meninges play an important role in producing the extracellular matrix lining the superficial cortex. More interestingly, we have noted evidence for an earlier gestational role in controlling the proliferative dynamics of the ventricular zone. I believe that the intimate association of radially oriented neuroepithelial cells with one process contacting the ventricular surface and the other attached to the meninges are ideally situated to receive mitotic inputs from factors produced by the meninges. We are in the process of examining the potential meningeally produces molecular cues regulating VZ proliferation. In addition, we have found that meningeally derived signals regulate axon guidance and migration in the developing cortex.

## 2. Control of cell fate in neural precursors

During development multipotential neural stem cells are influenced to restrict their developmental potential and to generate particular differentiated cellular offspring – neurons, astrocytes and oligodendrocytes. Much of our work is designed to study the behavior of these cells in situ in developing systems such as the dentate gyrus and cortex. In recent years I have been focused on questions of how Sonic Hedgehog (Shh) signaling controls the phenotype and future potential of neural precursors in the developing and postnatal brain. We have been focused on cell intrinsic control of Shh signaling, especially by the intracellular modulate Suppressor of Fused, but also have been interested in the source of Shh during embryonic development.

## 3. Development of the dentate gyrus

The dentate gyrus has a unique developmental plan requiring the migration of multipotential neural precursors from the developmental neurogenic niche (the ventricular zone) to a secondarily induced neurogenic zone (the subgranular zone of the dentate granule cell layer). We have been engaged in long-term studies examining the roles of signaling molecules in maintaining and organizing the neurogenic organization of the dentate gyrus. Published studies from my lab have demonstrated that Wnts and SDF1 are key regulators of this process and ongoing studies are using conditional genetic approaches to dissect the roles of these pathways (and others) in dentate development and adult neurogenesis. We believe that the dentate gyrus is an important model system allowing the study of how adult stem cell niches are constructed during development by migration of stem cells and crafting of the local environment to ensure their continued multipotentiality. Ongoing work in the lab is examining the role of CXCR4 signaling and other Gi-coupled GPCR signaling in regulating dentate stem cell self-renewal in the dentate gyrus and potential molecular interactions between these pathways and Shh-signaling in the dentate.

## 4. Molecular pathology in autoimmune encephalitis

In recent years neurologists have recognized a host of new syndromes that are caused by pathogenic autoantibodies produced inside the CNS. These autoantibodies are directed to cell surface molecules, including channels and receptors, and act as function blockers leading to dramatic and severe clinical syndromes. I am interested in these syndromes for two reasons. First, I believe that there are a host of yet to be described syndromes caused by antibodies that have yet to be characterized. To this end my lab is the main site of a new multi-lab consortium to identify patients with novel autoantibody syndromes. This effort at UCSF has

collected specimens for study from over 1500 patients with suspected autoantibody mediated syndromes that we are characterizing molecularly in the consortium. Second, I believe that in many cases that these are syndromes caused by plasticity defects in the brains of patients. In very limited studies of others these patients' samples have been shown to have short term electrophysiologic consequences in cultured cells but I believe that in the patients that are suffering clinical deficits that there are likely longer term plasticity related clinical features. We are establishing an animal model of these syndromes so that we can study the effects of the already known and characterized autoantibodies on well described examples of brain plasticity – eg axonal and dendritic pruning during development or motor region map maintenance in the adult brain.

## 5. Understanding the autoimmune pathology in COVID-19 neurologic disease

This year we began a study to identify autoantibodies in COVID-19 patients. We have identified a number of new autoantibody related syndromes in these patients, seemingly related to the intense immune system stimulation that occurs in severe cases of SARS-CoV-2 infection. This work is likely to continue for several years at least.

## RESEARCH AWARDS - CURRENT

R01NS118995 (PI - Pleasure)                    09/01/2007 – 3/31/2025
        1.44 calendar
NIH-NINDS                                        $250,000
*Control of dentate neurogenesis: Shh, mossy cells, activity and seizures*
This grant studies the role of Shh produced from mossy cells during development in the formation of the dentate neurogenic niche. In addition, it studies the activity dependent role of Shh release by mossy cells in the adult in normal function as well as seizures. Role: Principal Investigator.

R01MH119435 (PI - Pleasure)                    07/05/2019 – 06/30/2024
        3.48 calendar
NIH-MIMH                                          $250,000
*NMDA Receptors and Callosal Circuitry: Development and Molecular Mechanisms*
Goal: The cerebral cortex is the seat of thought and will as well as the place where sensorimotor processing takes place and anti-NMDA receptor associated encephalitis is marked by prominent cortical dysfunction and seizures. In this proposal we study how genetic and antibody-mediated disruption of NMDA receptors regulate the development of sensorimotor callosal circuitry. This proposal will yield new insights into how cortical circuits form and the molecular mechanisms by which NMDA receptors regulate this process
Role: Principal Investigator
R01MH122471 (Multi-PI – Wilson/Pleasure/DeRisi) 04/01/2020 – 03/31/2025
        1.80 calendar
NIH-MIMH                                          $499,990
*Autoimmune Encephalitis – Ataxia and Psychiatric Disease: Identifying and Characterizing Novel Antibody Targets*
Goal: The major goals of this project are: 1) Use immunostaining and high-throughput phage display to identify the targets of anti-neural antibodies in patients with idiopathic encephalitis and ataxia or psychiatric symptoms, and 2) Generate monoclonal autoantibodies from these patients to study their pathogenicity in animal models.
Role: Principal Investigator

Scientific Innovations Award (PI - Pleasure)     01/01/2020 – 12/31/2021
        0.01 calendar*

The Brain Research Foundation                    $75,000
*Autoantibody Discovery in Neuropsychiatric Disease*
Goal: This grant supports the screening of a cohort of patients with schizophrenia compared to controls for the presence of anti-neural autoantibodies or antibodies to viral antigens present in cerebrospinal fluid. The goal is to identify novel targets of inflammation that are associated with psychosis.
Role: Principal Investigator
*No PI salary support and PI effort is not required per the sponsor. Effort is not measurable.*

New Frontiers Research (PIs – Pleasure, Wilson)    08/15/19 – 4/14/21
        0.01 calendar*
Program for Breakthrough Biomedical Research    $148,239
Autoantibody Discovery in Neuropsychiatric Disease
Goal: This grant supports the screening of a cohort of patients with schizophrenia compared to controls for the presence of anti-neural autoantibodies or antibodies to viral antigens present in cerebrospinal fluid. The goal is to identify novel targets of inflammation that are associated with psychosis.
Role: Principal Investigator
*No PI salary support and PI effort is not required per the sponsor. Effort is not measurable.*

T32 NS115706-01 – Pleasure (PI)                    7/1/2020-6/30/2025
NIH/NINDS
Predoctoral training in neurobiology
    This grant supports the predoctoral training program in the Neuroscience Graduate Program at UCSF. Dr. Pleasure is the Director of the program.


## PEER REVIEWED PUBLICATIONS

1. **SJ Pleasure**, ME Selzer, and VM-Y Lee (1989) Lamprey neurofilaments combine in one subunit the features of each mammalian NF triplet protein but are highly phosphorylated only in large axons. Journal of Neuroscience 9:698-709.

2. **SJ Pleasure**, VM-Y Lee, DL Nelson (1990) Site specific phosphorylation of the middle molecular weight human neurofilament protein in transfected non-neuronal cells. Journal of Neuroscience 10:2428-2437.

3. DL Baker, UR Reddy, **SJ Pleasure**, M Hardy, M Williams, M Tartaglione, JA Biegel, BS Emanuel, P Lo Presti, B Kreider, JQ Trojapresentski, A Evans, A R Roy, G Venkatakrishnan, J Chen, A H Ross, D Pleasure (1990) Human CNS primitive neuroectodermal tumor expressing NGF receptors: CHP707m. Annals of Neurology 28:136-145.

4. **SJ Pleasure**, UR Reddy, G Venkatakrishnan, AK Roy, J Chen, AH Ross, JQ Trojapresentski, DE Pleasure, VM-Y Lee (1990) Introduction of nerve growth factor (NGF) receptors (NGFRs) into a medulloblastoma cell line results in expression of high and low affinity NGFRs but not NGF-mediated differentiation. Proceedings National Academy of Science USA 87:8496-8500.

5. X He, CJ Wikstrand, HS Friedman, SH Bigner, **SJ Pleasure**, JQ Trojapresentski, DD Bigner (1991) Antigenic profiles of newly established medulloblastoma lines (D384 Med, D425 Med, and D458 Med) and their transplantable xenografts. Laboratory Investigation 64: 833-843.

Prepared: February 2022

6. **SJ Pleasure**, C Page, VM-Y Lee (1992) Pure, post-mitotic, polarized human neurons derived from NTera2 cells provide a system for expressing exogenous proteins in terminally differentiated neurons. Journal of Neuroscience 12: 1802-1815.

7. **SJ Pleasure**, VM-Y Lee (1992) NTera2 cells: a human cell line which displays characteristics expected of a human committed neuronal progenitor cell. Journal of Neuroscience Research 35:585-602.

8. D Younkin, C Tang, M Hardy, U Reddy, **SJ Pleasure**, VM-Y Lee, D Pleasure (1992) A clonal human neuronal cell line that expresses NMDA receptors and demonstrates glutamate excitotoxicity. Proceedings National Academy of Science USA 90:2174-2178.

9. AW Wertkin, RS Turner, **SJ Pleasure**, TE Golde, SG Younkin, JQ Trojapresentski, VM-Y Lee (1992) Human neurons derived from a teratocarcinoma cell line express solely APP695 and produce intracellular ß/A4 peptides. Proceedings National Academy of Science USA 90:9513-9517.

10. SE Merrick, **SJ Pleasure**, DI Lurie, DS Pijak, ME Selzer, VM-Y Lee (1995) Glial cells of the lamprey nervous system contain keratin-like proteins. Journal of Comparative Neurology 355:199-210.

11. **SJ Pleasure**, A Abosch, J Friedman, NU Ko, N Barbaro, W Dillon, RA Fishman, AN Poncelet (1998) Spontaneous intracranial hypotension resulting in stupor due to diencephalic compression. Neurology 50:1854-1857.

12. M Liu**\***, **SJ Pleasure\***, AE Collins, J Noebels, FJ Naya, M-J Tsai, DH Lowenstein (2000) Loss of *BETA2/NeuroD* leads to malformation of the dentate gyrus and epilepsy. Proceedings National Academy of Science USA 97:865-870. **\*Equal contributions**

13. H Chen, A Bagri, JA Zupicich, Y Zou, E Stoekli, **SJ Pleasure**, DH Lowenstein, WC Skarnes, A Chedotal, M Tessier-Lavigne (2000) Neuropilin-2 regulates the development of select cranial nerves and hippocampal mossy fiber projections. Neuron 25:43-56.

14. **SJ Pleasure\***, AE Collins**\*** and DH Lowenstein (2000) Unique expression patterns of cell fate molecules delineate sequential stages of dentate gyrus development. Journal of Neuroscience 20:6095-6105. **\*Equal contributions**

15. **SJ Pleasure**, N Fishbein (2000) Correlation of clinical and neuroimaging findings in a case of rabies encephalitis. Archives of Neurology 57:1765-1769.

16. **SJ Pleasure\***, S Anderson**\***, R Hevner**\***, A Bagri, DH Lowenstein, JLR Rubenstein (2000) Cell migration from the ganglionic eminences is required for the development of hippocampal GABAergic interneurons. Neuron 28:727-740. **\*Equal contributions**

17. AS Kim, S. Anderson, JLR Rubenstein, DH Lowenstein, **SJ Pleasure** (2001) *Pax*-6 regulates expression of *SFRP-2* and *Wnt-7b* in the developing central nervous system. Journal of Neuroscience 21:RC132(1-5).

18. AS Kim, DH Lowenstein, **SJ Pleasure** (2001) Wnt-receptors and Wnt-inhibitors are expressed in gradients in the developing telencephalon. Mechanisms of Development 103:167-172.

19. RC Elliott, S Khademi, **SJ Pleasure**, JM Parent, DH Lowenstein (2001) Differential regulation of basic helix-loop-helix mRNAs in the dentate gyrus following status epilepticus. Neuroscience 106:79-88.

Prepared: February 2022

20. HJ Cheng, A Bagri, A Yaron, E Stein, **SJ Pleasure**, M Tessier-Lavigne (2001) Plexin-A3 mediates semaphorin signaling and regulates the development of hippocampal axonal projections. Neuron 32:249-263.

21. A Bagri, O Marin, AS Plump, J Mak, **SJ Pleasure**, JLR Rubenstein, M Tessier-Lavigne (2002) Slit proteins prevent midline crossing and determine dorsoventral position of major axonal pathways in the mammalian forebrain. Neuron 33:233-248.

22. PA Castro, **SJ Pleasure**, SC Baraban (2002) Hippocampal heterotopia with molecular and electrophysiological properties of neocortical neurons. Neuroscience 114:961-972.

23. C-J Zhou, **SJ Pleasure,** N Inagaki, L-X Zhao, S Kikuyama, S Shioda (2002) ATP-binding cassette transporter ABCA2 (ABC2) expression in the developing spinal cord and PNS during myelination. A comparative study with other glial markers. Journal of Comparative Neurology 451:334-345.

24. A Bagri, T Gurney, X He, Y-R Zou, D Littman, M Tessier-Lavigne*, **SJ Pleasure*** (2002) The chemokine SDF-1 regulates migration of dentate granule neurons. Development 129:4249-4260. **\*co-corresponding authors**

25. A Bagri, HJ Cheng, A Yaron, **SJ Pleasure***, M Tessier-Lavigne* (2003) Stereotyped pruning of long hippocampal axon branches triggered by retraction inducers of the Semaphorin family. Cell 113:285-299. **\*co-corresponding authors**

26. AS Kim, **SJ Pleasure** (2003) Expression of the BMP antagonist *Dan* during murine forebrain development. Dev Brain Res 145:159-162.

27. CJ Zhou, C Zhao, **SJ Pleasure** (2004) Wnt signaling mutants have decreased dentate granule cell production and radial glial scaffolding abnormalities. Journal of Neuroscience 24:121-126.

28. D Del Turco, C Gebhardt, GJ Burbach, **SJ Pleasure**, DH Lowenstein, T Deller (2004) Laminar organization of the mouse dentate gyrus: insights from BETA2/NeuroD mutant mice. Journal of Comparative Neurology 477:81-95.

29. CJ Zhou, KI Pinson, **SJ Pleasure** (2004) Severe defects in dorsal thalamic development in LRP6 mutants. Journal of Neuroscience 24:7632-7639. ***Chosen as featured article for the issue***

30. C Zhao, **SJ Pleasure** (2004) The Frizzled-9 promoter drives expression of transgenes in the medial wall of the cortex and its chief derivative the hippocampus. Genesis 40:32-39.

31. C Zhao, **SJ Pleasure** (2005) Frizzled9 protein is regionally expressed in the developing medial cortical wall and the cells derived from this region. Developmental Brain Research 157:93-97.

32. C Zhao, C Avilés, RA Abel, CR Almli, P McQuillen, **SJ Pleasure** (2005) Hippocampal and visuospatial learning defects in mice with deletion of Frizzled9, a gene in the Williams syndrome deletion interval. Development 132:2917-2927.

33. JM Parent, T-W Wang, RC Elliott, **SJ Pleasure**, NM Barbaro, DH Lowenstein (2006) Aberrant seizure-induced neurogenesis in experimental temporal lobe epilepsy. Annals of Neurology 59:81-91.

34. M Paredes, **SJ Pleasure***, SC Baraban* (2006) Embryonic and Early Postnatal Abnormalities Contributing to the Development of hippocampal malformations in a Rodent

Model of Dysplasia. Journal of Comparative Neurology 495:133-148. **\*co-corresponding authors**

35. C Zhao, W Guan, **SJ Pleasure** (2006) A transgenic marker mouse line labels Cajal-Retzius cells from the cortical hem and thalamocortical axons. Brain Research 1077:48-53.

36. MF Paredes, G Li, O Berger, SC Baraban, **SJ Pleasure** (2006) SDF1 (CXCL12) regulates laminar position of Cajal-Retzius cells in normal and dysplastic brains. Journal of Neuroscience 26:9404-9412. ***Chosen as featured article for the issue***

37. CJ Zhou, U Borello, JLR Rubenstein, **SJ Pleasure** (2006) Neuronal production and precursor proliferation defects in the neocortex of mice with loss of function in the canonical Wnt signaling pathway. Neuroscience 142:1119-1131.

38. O Berger, G Li, MF Paredes, S-m Han, **SJ Pleasure** (2007) Expression of SDF1 and CXCR4 during reorganization of the postnatal dentate gyrus. Developmental Neuroscience 29:48-58.

39. D Grandgirard, YD Bifare, **SJ Pleasure**, J Kummer, SL Leib, MG Tauber (2007) Pneumococcal meningitis induces apoptosis in recently postmitotic immature neurons in the dentate gyrus of neonatal rats. Developmental Neuroscience 29:134-142.

40. K Zarbalis, J Siegenthaler, Y Choe, SR May, A Peterson, **SJ Pleasure** (2007) Cortical dysplasia and skull defects in mice with a Foxc1 allele reveal the role of meningeal differentiation in regulating cortical development. PNAS 104:14002-14007.

41. G Li, O Berger, S-m Han, M Paredes, N-C Wu and **SJ Pleasure** (2008) Hilar mossy cells share developmental influences with dentate granule neurons. Developmental Neuroscience 30:255-261.

42. A Faedo, Y Ruan, S Krauss, **SJ Pleasure**, M Tsai, GS Tomassy, M Studer, JLR Rubenstein (2008) COUP-TFI coordinates cortical patterning, neurogenesis and laminar fate through modulating MAPK/Erk, AKT and β-catenin signaling. Cerebral Cortex 18:2117-2131.

43. G Li, H Adesnik, J Li, J Long, R Nicoll, JLR Rubenstein, **SJ Pleasure** (2008) Regional distribution of cortical interneurons and development of inhibitory tone are regulated by Cxcl12/Cxcr4 signaling. Journal of Neuroscience 28:1085-1098.

44. H Adesnik, G Li, M During, **SJ Pleasure**, R Nicoll (2008) NMDA receptors inhibit synapse unsilencing during brain development. PNAS 105:5597-5602.

45. X Gu, D He, Y Li, C Hu, **SJ Pleasure**, W Xie, C Zhao (2008) Generation of Frizzled10-Cre transgenic mice: a useful tool for the study of dorsal telencephalic development. Genesis, 46:523-29.

46. C Zhou, A Molotkov, L Song, Y Li, DE Pleasure, **SJ Pleasure**, Y-Z Wang (2008) Ocular coloboma and dorsoventral neuroretinal patterning defects in the Lrp6 mutant eyes. Developmental Dynamics 237:3681-3689.

47. X Gu, Y Yan, H Li, D He, **SJ Pleasure**, C Zhao (2008) Characterization of the *Frizzled10-*CreER^{TM} Transgenic Mouse: An Inducible Cre Line for the Study of Cajal-Retzius Cell Development. Genesis 47:210-216.

48. G Li, H Kataoka, ST Coughlin, **SJ Pleasure** (2009) Identification of a transient subpial neurogenic zone in the developing dentate gyrus and its regulation by Cxcl12 and reelin signaling. Development 136:327-335.

49. JW Sall, G Stratmann, J Leong, W McKleroy, D Mason, S Shenoy, **SJ Pleasure**, PE Bickler (2009) Isoflurane inhibits growth but does not cause cell death in hippocampal neural precursor cells grown in culture. Anesthesiology 110:826-833.

50. JA Siegenthaler, AM Ashique, K Zarbalis, KP Patterson, JH Hecht, MA Kane, AE Folias, Y Choe, SR May, T Kume, JL Napoli, AS Peterson, **SJ Pleasure** (2009) Retinoic acid from the meninges regulates cortical neuron generation. Cell 139:597-609.

51. W Zhou, Y Li, Y-s Wei, G Liu, D Liu, **SJ Pleasure**, W Xie, C Zhao (2010) A transgenic Cre mouse line for the study of cortical and hippocampal development Genesis 48:343-350.

52. JH Hecht, JA Siegenthaler, KP Patterson, **SJ Pleasure** (2010) Primary cellular meningeal defects cause neocortical dysplasia and dyslamination. Annals of Neurology 68:454-464.

53. AJ Langseth, RN Munji, Y Choe, T Huynh, CD Pozniak, **SJ Pleasure** (2010) Wnts regulate the timing and efficiency of OPC generation in the telencephalon. Journal of Neuroscience 30:13367-13372.

54. CD Pozniak, A Langseth, GJP Dijkgraaf, Y Choe, Z Werb, **SJ Pleasure** (2010) Sox10 directs neural stem cells toward the oligodendrocyte lineage by decreasing Suppressor of Fused expression. PNAS 107:21795-21800.

55. Y Wang, G Li, A Stanco, JE Long, D Crawford, GB Potter, **SJ Pleasure**, T Behrens, JLR Rubenstein (2011) CXCR4 and CXCR7 have distinct functions in regulating interneuron migration. Neuron 69:61-76.

56. R Munji, Y Choe, G Li, J Siegenthaler, **SJ Pleasure** (2011) Wnt signaling regulates neuronal differentiation of cortical intermediate progenitors. Journal of Neuroscience 31:1676-1687.

57. Y Li, C Tian, Y Yan, Y Yang, Y Wei, **SJ Pleasure**, C Zhao (2011) An inducible transgenic Cre mouse line for the study of hippocampal development and adult neurogenesis. Genesis 49:919-926.

58. L Jiang, F Shen, V Degos, M Schonemann, **SJ Pleasure**, S Mellon, WL Young, H Su (2011) Oligogenesis and oligodendrocyte progenitor maturation vary in different brain regions and are partially correlated with local angiogenesis after ischemic stroke. Translational Stroke Research 2:366-375.

59. D Pino, Y Choe, **SJ Pleasure** (2011) Wnt5a controls neurite development in olfactory bulb interneurons. ASN Neuro 3:e00059.

60. X Gu, B Liu, X Wu, Y Yan, Y Zhang, **SJ Pleasure**, C Zhao (2011) Inducible genetic lineage tracing of cortical hem derived cajal-retzius cells reveals novel properties. PLoS ONE 6(12): e28653.

61. Y Choe, JA Siegenthaler, **SJ Pleasure** (2012) A cascade of morphogenic signaling initiated by the meninges controls corpus callosum formation. Neuron 73:698-712.

62. K Zarbalis, Y Choe, JA Siegenthaler, **SJ Pleasure** (2012) Meningeal Defects alter the tangential migration of cortical interneurons in Foxc1hith/hith mice. Neural Development, 7:2.

63. SK Ultanir, NT Hertz, G Li, W-P Ge, A Burlingame, **SJ Pleasure**, KM Shokat, LY Jan, Y-N Jan (2012) Chemical genetic identification of NDR1/2 kinase substrates uncovers their role on intracellular vesicle trafficking in controlling dendrite arborization and synapse maturation. Neuron, 73:1127-1142.

64. H-J Jung, C Coffinier, Y Choe, AP Beigneux, BSJ Davies, SH Yang, R Barnes, J Hong, T Sun, **SJ Pleasure**, SG Young, LG Fong (2012) Regulation of prelamin A but not lamin C by miR-9, a brain-specific microRNA. PNAS, 109(7):E423-31.

65. Y Choe, **SJ Pleasure** (2012) Wnt signaling regulates intermediate precursor production in the postnatal dentate gyrus by regulating CXCR4 expression. Developmental Neuroscience 34:502-514.

66. D Huilgol, S Udin, T Shimogori, B Saha, A Roy, R Hevner, G Meyer, T Ohshima, **SJ Pleasure**, Y Zhao, S Tole (2013) Dual origins of the mammalian accessory olfactory bulb revealed by a novel long distance migratory stream. Nature Neuroscience 16:157-165.

67. SJ Harrison-Uy, JA Siegenthaler, A Faedo, JL Rubenstein, **SJ Pleasure** (2013) CoupTFI is required for retinoic acid mediated cortical development in Foxc1 mutant mice. PLoS ONE 8(3): e58219.

68. Y Choe, A Kozlova, D Graf, **SJ Pleasure** (2013) Bone morphogenic protein signaling is a major determinant of dentate development. Journal of Neuroscience 33:6766-6775.

69. G Li, L Fang, G Fernandez, **SJ Pleasure** (2013) The ventral hippocampus is the embryonic origin for adult neural stem cells in the dentate gyrus. Neuron 78:657:672.

70. JA Siegenthaler, Y Choe, KP Patterson, I Hsieh, D Li, S-C Jaminet, T Kume, EJ Huang, **SJ Pleasure** (2013) Foxc1 is required by pericytes during fetal brain angiogenesis. Biology Open 2:647-659.

71. AP Ross, MA Mansilla, Y Choe, S Helminski, R Sturm, RL Maute, SR May, KK Hozyasz, P Wójcicki, A Mostowska, B Davidson, IE Adamopoulos, **SJ Pleasure**, JC Murray, KS Zarbalis (2013) A mutation in mouse *Pak1ip1* causes orofacial clefting while human *PAK1IP1* maps to 6p24 translocation breaking points associated with orofacial clefting. PLOS One doi:10.1371/journal.pone.0069333.

72. S Yang, L Edman, JA Sanchez-Alcaniz, F Fritz, S Bonilla, J Hecht, **SJ Pleasure**, C Villaescusa, O Marin, E Arenas (2013) Cxcl12/Cxcr4 signaling controls the migration and process orientation of A9-A10 dopamanergic neurons. Development 140:4554-4564.

73. M Berberoglu, Z Dong, G Li, J Zheng, L del Carmen Martinez, J Peng, M Wagle, B Reichholf, C Petritsch, H Li, **SJ Pleasure**, S Guo (2013) Heterogeneously expressed fezf2 patterns gradient Notch activity in balancing the quiescence, proliferation, and differentiation of adult neural stem cells. Journal of Neuroscience 34:13911-13923.

74. Y Choe, K Zarbalis, **SJ Pleasure** (2014) Neural crest-derived mesenchymal cells require Wnt signaling for their development and drive invagination of the telencephalic midline. PLOS One, Feb 6;9(2):e86025.

75. LA Orosco, SL Cates, AP Ross, J Sohn, D Pleasure, **SJ Pleasure**, KS Zarbalis (2014) Loss of Wdfy3 in mice results in abnormal cortical neurogenesis reflecting aspects of the autism pathology. Nature Communications 5:4692.

Prepared: February 2022

76. Y Choe, T Huynh, **SJ Pleasure** (2014) Migration of oligodendrocyte progenitor cells is controlled by transforming growth factor β family proteins during corticogenesis. Journal of Neuroscience 34:14973-14983.

77. O Yabut, G Fernadez, T Huynh, K Yoon, **SJ Pleasure** (2015) Suppressor of Fused is Critical for Maintenance of Neuronal Progenitor Identity During Cortical Neurogenesis. Cell Reports 12:2021-2034.

78. Y Choe, T Huynh, **SJ Pleasure** (2015) Epithelial cells supply Sonic Hedgehog to the perinatal dentate gyrus via transport by platelets. eLife 10.7554/eLife.07834.

79. L Cocas, G Fernandez, M Barch, J Doll, I Zamora Diaz, **SJ Pleasure** (2016) Cell type-specific circuit mapping reveals the presynaptic connectivity of developing cortical circuits. Journal of Neuroscience 36:3378-3390.

80. S Bonney, S Harrison-Uy, A MacPherson, Y Choe, D Li, S-C Jaminet, M Fruttiger, **SJ Pleasure**, Julie A. Siegenthaler (2016) Diverse functions of retinoic acid in brain vascular development. Journal of Neuroscience 36:7786-7801.

81. S Mishra, Y Choe, **SJ Pleasure**, JA Siegenthaler (2016) Cerebrovascular defects in *Foxc1* mutants correlate with aberrant WNT and VEGF-A pathways downstream of retinoic acid from the meninges. Developmental Biology 420:148-165.

82. O Yabut, HX Ng, G Fernandez, K Yoon, J Kuhn, **SJ Pleasure** (2016) Loss of Suppressor of Fused in mid-corticogenesis leads to abnormal proliferation of intermediate progenitors. Journal of Developmental Biology 4:29.

83. S Yadav, JA Oses-Prieto, CJ Peters, J Zhou, **SJ Pleasure**, AL Burlingame, LY Jan, YN Jan (2017) Septin7 phosphorylation by autism susceptibility gene *TAOK2* mediates PSD95 stability and dendritic spine maturation. Neuron 93:379-393.

84. S-H Byun, J Kim, D Han, M Kwon, JY Cho, HX Ng, **SJ Pleasure**, K Yoon (2017) TRBP maintains mammalian embryonic neural stem cell properties by acting as a novel transcriptional coactivator of the Notch signaling pathway. Development 144:778-783.

85. E Karageorgiou, G Naasan, **SJ Pleasure**, S Alexandrescu, G Tammewar, JM Gelfand, BL Miller, GD Rabinovici, LT Grinberg (2017) Focal cerebral amyloid-β angiopathy: A distinct clinicopathological presentation. Neurology Clinical Practice 7:444-448.

86. D Han, SH Byun, J Kim, M Kwon, **SJ Pleasure**, JH Ahn, K Yoon (2017) Human cytomegalovirus IE2 protein disturbs brain development by dysregulating neural stem cell maintenance and the polarization of migrating neurons. Journal of Virology 91:e00799-17.

87. Y Choe, **SJ Pleasure** (2018) Meningeal Bmps regulate cortical layer formation. Brain Plasticity, 4:169-183.

88. W Shen, R Ba, Y Su, Y Ni, D Chen, W Xie, **SJ Pleasure**, C Zhao (2018) *Foxg1* regulates the postnatal development of cortical interneurons. Cerebral Cortex, https://doi.org/10.1093/cercor/bhy051

89. J Kim, D Han, S-H Byun, M Kwon, JY Cho, **SJ Pleasure**, K Yoon (2018) Ttyh1 regulates mammalian embryonic neural stem cell properties by upregulation of the Notch signaling pathway through Rer1 inhibition. EMBO Reports e45472

90. CC Winkler, OR Yabut, H Gomez, BE Dwyer, **SJ Pleasure**, SJ Franco (2018) The dorsal wave of neocortical oligodendrogenesis begins embryonically and requires multiple sources of sonic hedgehog. Journal of Neuroscience 38:5237-5250.

Prepared: February 2022

91. H Nisimov, A Orenbuch, **SJ Pleasure**, HM Golan (2018) Impaired Organization of GABAergic Neurons Following Prenatal Hypoxia. Neuroscience https://doi.org/10.1016/j.neuroscience.2018.05.021.

92. X Han, X Gu, Q Zhang, Q Wang, Y Cheng, **SJ Pleasure**, C Zhao (2018) FoxG1 directly represses dentate granule cell fate during forebrain development. Front of Cell Neurosci https://doi.org/10.3389/fncel.2018.00452

93. GF Garcia, O Yabut, R Pla, **SJ Pleasure** (2019) Interaction of Emx2 and Shh to modulate the embryonic neural stem cells of the ventral hippocampus. Opera Medica et Physiologica, *in press.*

94. H Noguchi, JG Castillo, K Nakashima, **SJ Pleasure** (2019) Suppressor of Fused controls perinatal expansion and quiescence of future dentate adult neural stem cells. eLife, 8:e42918.

95. C Mandel-Brehm, D Dubey, TJ Kryzer, BD O'Donovan, B Tran, SE Vazquez, HA Sample, KC Zorn, LM Khan, IO Bledsoe, A McKeon, **SJ Pleasure**, VA Lennon, JL DeRisi, MR Wilson, SJ Pittock (2019) Kelch-like protein 11 antibodies in seminoma-associated paraneoplastic encephalitis. New England J. Medicine 381:47-54.

96. HG Gomez, H Noguchi, JG Castillo, D Aguilar, **SJ Pleasure**, OR Yabut (2019) Suppressor of Fused regulates the proliferation of postnatal neural stem and precursor cells via a Gli3-dependent mechanism. Biology Open doi:8:bio039248.

97. OR Yabut, H-X Ng, K Yoon, HG Gomez, J. Arela, **SJ Pleasure** (2020) Combined modulation of SHH and FGF signaling is crucial for maintenance of the neocortical progenitor specification program. Journal of Neuroscience 40:6872-6887.

98. D Han, M Kwon, SM Lee, **SJ Pleasure**, K Yoon (2020) Non-cell autonomous promotion of astrogenesis at late embryonic stages by constitutive YAP activation. Science Reports 10:7041 doi: 10.1038/s41598-020-63890-z

99. J Zhou, Y Lin, T Huynh, H Noguchi, JO Bush, **SJ Pleasure** (2021) NMDA receptors control cortical axonal projections via EPHRIN-B/EPHB signaling. eLife, 10:e59612 DOI: 10.7554/eLife.59612.

100.   W Tao, X Chen, J Diaz-Alonso, J Zhou, **SJ Pleasure**, RA Nicoll (2021) Synaptic memory is maintained by persistent CAMKII activity. *Submitted.*

101.   E Song*, CM Bartley*, RD Chow, T Ngo, R Jiang, CR Zamecnik, R Dandekar, R Loudermilk, Y Dai, F Liu, I Howes, BD Alvarenga, T Huynh, L McAlpine, N-T Rahman, B Geng, J Chiarella, B Israelow, CBF Vogels, ND Grubaugh, A Casanovas-Massana, BS Phinney, M Salemi, J Alexander, JA Gallego, T Lencz, J Walsh, C Lucas, J Klein, T Mao, J Oh, A Ring, S Spudich, A Ko, S Kleinstein, JL DeRisi, I Iwasaki, **SJ Pleasure**#, MR Wilson#, SF Farhadian# (2021) Divergent and self-reactive immune responses in the CNS of COVID-19 patients with neurological symptoms. Cell Reports Medicine, DOI: 10.1016/j.xcrm.2021.100288. * - co-first authors **#** - co-corresponding authors

102.   LS McAlpine*, B Lifland*, JR Check, GA Angarita, TT Ngo, **SJ Pleasure**, MR Wilson, SS Spudich, SF Farhadian, CM Bartley (2021) Remission of subacute psychosis in a COVID-19 patient with an anti-neuronal autoantibody after treatment with intravenous immunoglobulin. Biological Psychiatry https://doi.org/10.1016/j.biopsych.2021.03.033.  * - co-first authors

103.   CM Bartley*, C Johns*, TT Ngo, R Dandekar, RL Loudermilk, B Alvarenga, IA Hawes, CR Zamecnik, S Vazquez, KC Zorn, JR Alexander, A Wapniarski, JL Derisi, C Francisco, KB Nash, H Fullerton, SO Wietstock, **SJ Pleasure**#, MR Wilson# (2021) Anti-SARS-CoV-2

Prepared: February 2022

and autoantibody profiles in the cerebrospinal fluid of three teenage COVID-19 patients with subacute neuropsychiatric symptoms. JAMA Neurology DOI: 10.1001/jamaneurol.2021.3821. PMCID: PMC8546622 *Co-First Authors #Co-Corresponding Authors

104.    CM Bartley, NN Parikshak, TT Ngo, BA Alvarenga, M Pedriali, **SJ Pleasure**, MR Wilson (2021) A false negative case of anti-Yo paraneoplastic myelopathy. Frontiers in Neurology DOI: 10.3389/fneur.2021.728700.

105.    W Tao, J Lee, X Chen, J Diaz-Alonso, J Zhou, **SJ Pleasure**, RA Nicoll (2021) Synaptic memory requires CaMKII. eLife 2021;10:e60360.

106.    C Mandel-Brehm, L Benson, B Tran, AF Kung, S Mann, S Vazquez, H Retallack, HA Sample, KC Zorn, LM Khan, LM Kerr, U Katwa, C Astley, S Tomko, J Dalmau, **SJ Pleasure**, MR Wilson, JL DeRisi (2021) Autoimmune profiling suggests paraneoplastic etiology in pediatric ROHHAD patients. MedRxiv doi: https://doi.org/10.1101/2021.06.04.21257478.

107.    OR Yabut, H Gomez, J Arela, J Garcia Castillo, T Ngo, **SJ Pleasure** (2021) Aberrant FGF signaling promotes granule neuron precursor expansion in SHH subgroup infantile medulloblastoma. BioRxiv https://doi.org/10.1101/2021.06.23.449636.

108.    AC Apple, A Oddi, MJ Peluso, BM Asken, TJ Henrich, JD Kelly, **SJ Pleasure**, SG Deeks, IE Allen, JN Martin, LC Ndhlovu, BL Miller, ML Stephens, J Hellmuth (2022) Risk factors and abnormal cerebrospinal fluid associate with cognitive symptoms after mild COVID-19. Annals of Clinical and Translational Neurology DOI: 10.1002/acn3.51498

## REVIEW ARTICLES

1.  UR Reddy, **SJ Pleasure**, D Baker, VM-Y Lee, AH Ross, D Pleasure (1991) Primitive neuroectodermal tumors (PNET's) of the CNS and PNS that express functional nerve growth factor receptors (NGFR) but fail to differentiate in response to NGF. Progress Clinical Biology Research 366:243-248.

2.  **SJ Pleasure,** RA Fishman (1999) The ventricular volume and the transmural pressure gradient in normal pressure hydrocephalus. Archives of Neurology 56:1199-1200.

3.  **SJ Pleasure** (2001) An *arrow* hits the Wnt signaling pathway. Trends in Neuroscience 24:69-71.

4.  CJ Zhou, S Shioda, T Yada, N Inagaki, **SJ Pleasure**, S Kikuyama (2002) PACAP and its receptors exert pleiotropic effects in the nervous system by activating multiple signaling pathways. Current Protein and Peptide Science 3:423-439.

5.  G Li, **SJ Pleasure** (2005) Morphogenesis of the Dentate Gyrus: What we are learning from mouse mutants. Developmental Neuroscience 27:93-99.

6.  C Pozniak, **SJ Pleasure** (2006) A Tale of Two Signals: Wnt and Hedgehog in Dentate Neurogenesis. Science STKE 2006:pe5.

7.  C Pozniak, **SJ Pleasure** (2006) Genetic control of hippocampal neurogenesis. Genome Biology 7:207.

8.  G Li, **SJ Pleasure** (2007) Genetic regulation of dentate gyrus morphogenesis. Progress in Brain Research 163:143-152.

9.  **SJ Pleasure**, R Guerini (2008) Hypothalamic hamartomas and hedgehogs: not a laughing matter. Neurology 70:588-589.

10. RV Hoch, JLR Rubenstein, **SJ Pleasure** (2009) Genes and signaling events that establish regional patterning of the mammalian forebrain. Seminars in Cell and Developmental Biology 20:378-386.

11. JL Freese, D Pino, **SJ Pleasure** (2010) Wnt signaling in development and Disease. Neurobiology of Disease 38:148-153.

12. G Li, **SJ Pleasure** (2010) Ongoing interplay between the neural network and neurogenesis in the adult hippocampus. Current Opinion in Neurobiology, 20:126-133.

13. JA Siegenthaler, **SJ Pleasure** (2010) There's no place like home for a neural stem cell. Cell Stem Cell 7:141-143.

14. JA Siegenthaler, **SJ Pleasure** (2011) We've got you "covered": how the meninges control brain development. Current Opinion in Genetics and Development 21:249-255.

15. G Li, **SJ Pleasure** (2011) Exciting information for inhibitory neurons. Neuron 69:585-587.

16. S Harrison-Uy, **SJ Pleasure** (2012) Wnt signaling and forebrain development. Cold Spring Harbor Perspectives in Biology 4:7.

17. Y Choe, **SJ Pleasure** (2012) The GAP between axon pruning and repulsion. Developmental Cell 23:3-4.

18. JR Berger, D Choi, HJ Kaminski, MF Gordon, O Hurko, O D'Cruz, **SJ Pleasure**, EL Feldman (2013) The importance and hurdles to drug discovery of neurological disease. Annals of Neurology 74:441-446.

19. G Li, **SJ Pleasure** (2013) The development of hippocampal cellular assemblies. WIRES - Developmental Biology 3:165-177.

20. O Yabut, **SJ Pleasure** (2014) The quintessence of quiescence. Neuron 82:501-503.

21. L Cocas, **SJ Pleasure** (2014) Wrong place, wrong time: ectopic progenitors cause cortical heterotopias. Nature Neuroscience 17:894-895.

22. O Yabut, **SJ Pleasure**, K Yoon (2015) A notch above sonic hedgehog. Developmental Cell 33:371-372.

23. Y Choe, **SJ Pleasure**, H Mira (2015) Control of adult neurogenesis by short-range morphogenic-signaling molecules. Cold Spring Harbor Perspectives in Biology 8(3). pii: a018887.

24. O Yabut, **SJ Pleasure** (2016) The crossroads of neural stem cell development and tumorigenesis. Opera Medica et Physiologica 2:181-187.

25. O Yabut, **SJ Pleasure** (2018) Sonic hedgehog signaling rises to the surface: emerging roles in neocortical development. Brain Plasticity 10:119-128.

26. DB Dubal, **SJ Pleasure** (2019) Neural-derived extracellular vesicles in clinical trials: message in a bottle. JAMA Neurology doi:10.1001/jamaneurol.2018.4325.

27. M Richie, **SJ Pleasure**, J Hurley, A Goss, MR Wilson (2020) ANA Investigates: Pioneering Unbiased Diagnostics. Annals of Neurology doi:10.1002/ana.25683

28. **SJ Pleasure**, AJ Green, SA Josephson (2020) The spectrum of neurologic disease in the Severe Acute Respiratory Syndrome Coronavirus 2 pandemic infection: Neurologists move to the frontlines. JAMA Neurology doi:10.1001/jamaneurol.2020.1065.

*Prepared: February 2022*

**BOOKS AND CHAPTERS**

1. **SJ Pleasure**, SC Baraban, ed. (2007) Developmental signaling in the hippocampus (Developmental Neuroscience). S. Karger, publishers.

2. **SJ Pleasure**, DE Pleasure (2002) "Cell Birth and Cell Death in the Central Nervous System" in Diseases of the Nervous System: Clinical Neurobiology, AK Asbury, GH McKhann, WI McDonald, eds., pp55-61.

3. **SJ Pleasure** (2003) "Rabies" in Neurological Therapeutics: Principles and Practice, JH Noseworthy, ed., pp969-971.

4. **SJ Pleasure** (2003) "Rabies" in Neurological Therapeutics: Principles and Practice - 2nd Edition, JH Noseworthy, ed., pp1082-1084.

5. G Li, **SJ Pleasure** (2007) "Genetic regulation of dentate gyrus morphogenesis" in The Dentate Gyrus: A Comprehensive Guide to Structure, Function and Clinical Implications, H Sharfman, ed., pp143-154.

6. ET Buchen, **SJ Pleasure** (2007) "Proneural Genes Drive Neurogenesis on the Road From Development to Adulthood" in Adult Neurogenesis, H-J Song, G Kempermann, F Gage, ed., pp267-282.

7. JA Siegenthaler, **SJ Pleasure** (2013) "Meninges and vasculature" in Comprehensive Developmental Neuroscience, JLR Rubenstein, P Rakic, ed., *in press.*

8. G Li, **SJ Pleasure** (2013) "Migration in the hippocampus" in Comprehensive Developmental Neuroscience, JLR Rubenstein, P Rakic, ed., *in press.*

9. H Noguchi, G Li, **SJ Pleasure** (2020) "Migration in the hippocampus" in Comprehensive Developmental Neuroscience, JLR Rubenstein, P Rakic, ed., *in press.*

**SIGNIFICANT PUBLICATIONS**

1. JA Siegenthaler, AM Ashique, K Zarbalis, KP Patterson, JH Hecht, MA Kane, AE Folias, Y Choe, SR May, T Kume, JL Napoli, AS Peterson, **SJ Pleasure** (2009) Retinoic acid from the meninges regulates cortical neuron generation. Cell 139:597-609.

   In this study we have proven that the meninges secrete RA and that this molecule controls the process of cortical neuron generation during embryonic development. This is significant because the source of the neurogenic signal driving cortical neurogenesis has always been obscure and our work shows that this factor is produced by the meninges and acts on the radial glial endfeet that are tightly associated with the meninges. The work was performed in my laboratory, under my supervision. I planned and interpreted the experiments and wrote the paper.

2. Y Choe, JA Siegenthaler, **SJ Pleasure** (2012) A cascade of morphogenic signaling initiated by the meninges controls corpus callosum formation. Neuron 73:698-712.

In this study we show that BMPs produced by the meninges regulate the formation of the corpus callosum by acting to block axon outgrowth from the cingulate cortex pathfinding neurons. During development this signaling pathway is also controlled by the appearance of Wnt3, expressed by the pathfinding cells themselves, to counteract this negative signal. Thus, this study adds dramatically to our understanding of the complexity of corpus callosum development. The work was performed in my laboratory, under my supervision. I planned and interpreted the experiments and wrote the paper.

3. G Li, L Fang, G Fernandez, **SJ Pleasure** (2013) The ventral hippocampus is the embryonic origin for adult neural stem cells in the dentate gyrus. Neuron 78:657:672.

This study examines the origin of the long-lasting stem cells during the development of mice. It shows that neural stem cells for the entire dentate originate at the ventro-septal pole of the medial cortical wall adjacent to the amygdala. In addition, we show that Shh signaling is critical in the production of these cells. Once produced they then tangentially migrate anteriorly into the dentate hilus at multiple anatomic levels.

4. O Yabut, G Fernadez, T Huynh, K Yoon, **SJ Pleasure** (2015) Suppressor of fused is critical for maintenance of neuronal progenitor Identity during cortical neurogenesis. Cell Reports 12:2021-2034.

In this study we show that a regulator of Sonic Hedghog signaling (Sufu) is required for normal cortical development and neural progenitor phenotypic stability. This work is the first to demonstrate a critical function for Shh signaling in early cortical development. The work was performed in my laboratory, under my supervision. I planned and interpreted the experiments and wrote the paper.

5. H Noguchi, JG Castillo, K Nakashima, **SJ Pleasure** (2019) Suppressor of Fused controls perinatal expansion and quiescence of future dentate adult neural stem cells. eLife, 8:e42918.

In this study we demonstrate that the number and fate of neural stem cells that populate the dentate gyrus are controlled by the signaling modulator Sufu during the first weeks of life in mice. Changes in this signaling pathway lead to either early or late conversion to quiescence with long-lasting effects on the dynamics of new neuron production.

## PATENTS ISSUED OR PENDING

1. VM-Y Lee, **SJ Pleasure** (1992) "Preparation of pure cultures of post-mitotic human neurons" U.S. Patent Number 5,175,103.

2. VM-Y Lee, **SJ Pleasure** (1997) "Preparation of pure cultures of post-mitotic human neurons" U.S. Patent Number 5,654,189.

## CONFERENCE ABSTRACTS

1. **SJ Pleasure**, VM-Y Lee, M E Selzer (1986) Neurofilament immunoreactivity in the spinal cord of he lamprey. Society for Neuroscience Abstracts 12:44.8.

Prepared: February 2022

2. **SJ Pleasure**, VM-Y Lee, DL Nelson (1989) Dynamics of human mid-size neurofilament protein: expression, phosphorylation, and site-directed deletion. Journal of Cell Biology 109:69a.

3. **SJ Pleasure**, VM-Y Lee (1990) Preparation and characterization of cultures consisting of post-mitotic human neuronal cells from NTera 2 (NT2) cells stimulated with retinoic acid. Journal of Cell Biology 111:241a.

4. **SJ Pleasure**, VM-Y Lee (1991) *In vitro* cytoskeletal differentiation of neuronal cells induced by retinoic acid in NTera 2 cells. Society for Neuroscience Abstracts 17:21.9.

5. SR Kleppner, **SJ Pleasure**, VM-Y Lee (1991) Neuronal cells derived from the cell line N-Tera 2 exhibit a cholinergic phenotype. Society for Neuroscience Abstracts 17:21.8.

6. SE Merrick, **SJ Pleasure**, D Pijak, DI Lurie, ME Selzer, VM-Y Lee (1991) Lamprey glial cells of the brain and spinal cord contain keratin. Society for Neuroscience Abstracts 17:375.9.

7. TD Heiman-Patterson, ME Shy, AJ Tahmoush, VM-Y Lee, **SJ Pleasure**, T Krupa, PE Thompson (1992) *In vitro* studies of the binding of anti-ganglioside antibodies to neurons derived from NT2 embryonic cell lines. Neurology 42:666P.

8. **SJ Pleasure**, J Friedman, NU Ko, A Abosch, R Fishman, A Poncelet (1997) Diencephalic herniation as a result of spontaneous intracranial hypotension. Neurology 48:A260.

9. AS Kim, SA Anderson, DH Lowenstein, **SJ Pleasure** (2000) Restricted developmental expression of *SFRP-2* and *wnt-7B* at the corticostriatal sulcus and zona limitans interthalamica is regulated by *Pax-6*. Society for Neuroscience Abstracts 26:600.25

10. S Khademi, RC Elliott, **SJ Pleasure**, JM Parent, DH Lowenstein (2000) Differential Regulation of Basic Helix-Loop-Helix mRNAs in the Dentate Gyrus Following Status Epilepticus (SE). American Epilepsy Society.

11. PA Castro, **SJ Pleasure**, SC Baraban (2001) Layer II-III cortical neurons in the hippocampus of rats exposed to MAM *in utero*. Society for Neuroscience Abstracts 27:757.8.

12. AS Kim, **SJ Pleasure** (2001) Wnt-receptors and Wnt-inhibitors are expressed in gradients in the developing telencephalon. Society for Neuroscience Abstracts 27:24.8.

13. CJ Zhou, N Inagaki, LX Zhao, **SJ Pleasure**, S Shioda (2001) Immunohistochemical evidence for involvement of rat ABCA2/ABC2 in myelination. Society for Neuroscience Abstracts 27:360.19.

14. **SJ Pleasure**, C Zhao, KI Pinson, WC Skarnes, CJ Zhou (2002) Genetic interaction of the Wnt coreceptor LRP6 and transcription factor Lef1 in the developing hippocampus. Society for Neuroscience Abstracts 28:421.6.

15. CJ Zhou, KI Pinson, WC Skarnes, **SJ Pleasure** (2002) Wnt signaling regulates thalamic development. Society for Neuroscience Abstracts 28:421.7.

16. CJ Zhou, KI Pinson, WC Skarnes, **SJ Pleasure** (2002) Wnt signaling regulates mammalian forebrain development. American Society for Cell Biology Abstracts 42:629.

17. C Zhao, C Avilés, **SJ Pleasure** (2003) Dosage Dependent Neurodevelopmental Defects in Frizzled-9 Deficient Mice. Society for Neuroscience Abstracts 29:234.4.

Prepared: February 2022

18. MF Paredes, **SJ Pleasure**, SC Baraban (2003) Investigation of aberrant mechanisms of brain development in the MAM model of cortical malformations. Society for Neuroscience Abstracts 29:533.3.

19. D Del Turco, C Gebhardt, GJ Burbach, **SJ Pleasure**, DH Lowenstein, T Deller (2004) The laminar organization of the mouse dentate gyrus - insights from BETA2/NeuroD mutant mice. Society for Neuroscience Abstracts 30:941.18.

20. MF Paredes, **SJ Pleasure**, SC Baraban (2004) Abnormal brain development in MAM-exposed rats. American Epilepsy Society Abstracts, *submitted.*

21. C Zhao, **SJ Pleasure** (2004) Frizzled10 transgenic mice reveal a medial origin for all Cajal-Retzius cells and provide a novel tool for studying cortical tangential migration. Society for Neuroscience Abstracts 30:493.17.

22. RA Abel, C Zhao, P McQuillen, **SJ Pleasure**, C Almli (2004) Spatial learning deficits in Frizzled9 null mutant mice. Society for Neuroscience Abstracts 30:322.19.

23. G Li, S Han, N Wu, **SJ Pleasure** (2004) Early born granule cells are essential for formation of the radial glial scaffolding in the developing dentate gyrus. Society for Neuroscience Abstracts 30:720.19.

24. MF Paredes, O Berger, SC Baraban **SJ Pleasure** (2005) The role of SDF-1 in marginal zone disruption of the MAM-exposed rat brain. American Epilepsy Society Abstracts, *submitted.*

25. MF Paredes, O Berger, SC Baraban **SJ Pleasure** (2005) SDF-1 controls Cajal-Retzius cell position and marginal zone integrity in MAM-treated rats. Society for Neuroscience Abstracts 31:144.17.

26. W Guan, MF Paredes, C Zhao, A Bagri, G Li, **SJ Pleasure** (2005) SDF-1 regulates the development and migration of cortical hem-derived Cajal-Retzius cells. Society for Neuroscience Abstracts 31:144.18.

27. G Li, O Berger, S-m Han, MF Paredes, **SJ Pleasure** (2005) Lef1 regulates the production of mossy cells in the developing dentate hilus. Society for Neuroscience Abstracts 31:144.23.

28. JA Siegenthaler, K Zarbalis, **SJ Pleasure** (2007) Secreted signals from the meninges influence neuron generation during corticogenesis. Society for Neuroscience Abstracts 33:673.11.

29. K Zarbalis, Y Choe, JA Siegenthaler, **SJ Pleasure** (2007) Tangential migration defects in a mouse mutant for FOXC1 recovered in a genetic screen. Society for Neuroscience Abstracts 33:329.13.

30. JL Freese, **SJ Pleasure** (2007) The role of the Wnt signaling pathway in the maturation of dentate granule cells. Society for Neuroscience Abstracts 33:34.10.

31. CD Pozniak, GJP Dijkgraaf, Y Choe, Z Werb, **SJ Pleasure** (2007) SoxE transcription factors instruct oligodendrocyte cell fate from multipotential neural precursors. Society for Neuroscience Abstracts 33:455.8.

32. JH Hecht, JA Siegenthaler, K Zarbalis, **SJ Pleasure** (2008) Foxc1, a transcription factor expressed in the meninges and not the neocortex is required for normal neocortical development. American Neurological Association, T-120.

33. G Li, H Kataoka, S Coughlin, **SJ Pleasure** (2008) Regulation of a subpial neurogenic zone during the developmental relocation of dentate precursors to the subgranular zone. Society for Neuroscience Abstracts 34:423.13.

34. JW Sall, G Stratmann, J Leong, P Bickler, **SJ Pleasure** (2008) Isoflurane induces cell cycle exit and increases neuronal fate selection, but is not toxic in cultured hippocampal progenitor cells. Society for Neuroscience Abstracts 34:324.21.

35. A Faedo, S Krauss, **SJ Pleasure**, S Tsai, M-J Tsai, J Rubenstein (2008) COUP-TFI and FGF signaling in cortical development. Society for Neuroscience Abstracts 34:816.19.

36. AJ Langseth, Y Choe, R Munji, T Huynh, CD Pozniak, **SJ Pleasure** (2009) Wnt regulation of oligodendrocyte progenitor cell production and proliferation. Society for Neuroscience Abstracts 35:605.1.

37. J Siegenthaler, **SJ Pleasure** (2009) Role for the meninges in the formation of the meningeal and cortical vasculature. Society for Neuroscience Abstracts 35:671.11.

**ADDITIONAL RELEVANT INFORMATION**
**WORKSHOPS AND SCIENTIFIC & PROFESSIONAL MEETINGS ATTENDED**:
Society for Neuroscience (yearly or every other year)
American Epilepsy Society (sporadically)
American Academy of Neurology (sporadically)
American Neurological Association (yearly)
Juan March Institute for Study and Research workshop on Wnt Genes and Wnt Signaling – 2003
NIMH Workshop on "Adult Neurogenesis: Defining Opportunities for Psychiatric Research", Bethesda, MD – 2004
National Alliance for Autism Research Workshop on "Integrating the Clinical and Basic Sciences of Autism: A Developmental Biology Workshop" – 11/2004
John Merck Scholars Program in the Biology of Developmental Disabilities in Children 15th Anniversary meeting – 4/2005
International Society for Developmental Neuroscience Biannual Meeting, Banff, Alberta, Canada – 8/2006
European Science Foundation, Third EuroSTELLS Workshop, Development of a Stem Cell Tool Box, "Stem Cell Niches", Barcelona, Spain, 1/2008
International Society for Developomental Neuroscience Biannual Meeting, Asilomar, CA, USA – 6/2008
2nd International Stem Cell Research Symposium: Frontiers of Neural Stem Cells at UCSF, Mission Bay – 10/2009
International Society for Developomental Neuroscience Biannual Meeting, Estoril, Portugal – 6/2010
NICHD Plasticity Workshop, Bethesda, MD – 1/2011
Third Annual California Multiple Sclerosis Research Forum, Redondo Beach, CA – 2/2013
Japanese Society for Neuroscience meeting, Yokohama, Japan – 9/2014

**PAST RESEARCH GRANTS**
Medical Scientist Training Program support for MD/PhD program at Penn, thesis advisor Virginia M-Y Lee – 9/1/1986-8/31/1992
Howard Hughes Medical Institute: Post-doctoral Fellowship for Physicians "Chemotactic Axon Guidance Molecules in Hippocampal Development" – co-mentors Daniel H. Lowenstein, M.D., and Marc Tessier-Lavigne, Ph.D – Approx. $100,000/year – 7/1/1997-6/30/2000

Prepared: February 2022

Parents Against Childhood Epilepsy Research Grant "A Genetic Screen for Developmental Hippocampal Malformations in Mice" - $84,294/year – 1/1/2002-12/31/2002

National Alliance for Autism Research Grant "The Role of Wnts in Hippocampal Ventricular Zone Development" – $45,000/year – 7/1/2001-6/30/2003

Whitehall Foundation Research Grant "The Role of Wnt and Frizzled Genes in Hippocampal Development – $75,000/year – 7/1/2001-6/30/2004

Burroughs Wellcome Fund Career Award in the Biomedical Sciences "Molecular Control of Cell Fate in the Dentate Gyrus" – $130,000/year – 9/1/2000-8/31/2003

NINDS Mentored Clinician Scientist Development Award (K08) "Regulation of Hippocampal Development by Wnt Signaling" – mentor John Rubenstein, M.D., Ph.D. – $149,500/year – 7/1/2000-6/30/2005

John Merck Fund Scholars Program in the Biology of Developmental Disabilities in Children "Developmental Signaling Systems in Hippocampal Development" – $75,000/year – 7/1/2001-6/30/2005

Autism Speaks Research Grant "Chemotactic Regulation of Cajal-Retzius Cell Migration" – $60,000/year – 7/01/05-6/30/07

NINDS P50 NS35902 Clinical Center Grant "Hippocampal Dentate Gyrus Injury in Neonatal Bacterial Meningitis" – $87,000/yr – 9/25/02-8/31/07

Sandler Foundation for Basic Research – Pleasure (Co-PI) "Human stem cell-derived oligodendrocyte lineages in the treatment of ischemic stroke" – $33,000/yr – 9/15/06-9/14/08

NINDS R21 NS055783 "Forced Differentiation of CNS Neural Precursors in vitro and in vivo" - $130,000/year 3/1/07-2/28/09

NIMH R01 MH66084 "Wnt Signaling in Hippocampal and Neocortical Development" - $212,250/yr – 7/1/03-4/30/08

NIMH Independent Scientist Career Development Award (K02) MH074958 "Wnt Signaling in Hippocampal and Neocortical Development" – $105,300/year – 7/01/05-6/30/10

CIRM Comprehensive Grant "Human stem cell derived oligodendrocytes for treatment of stroke and MS" – $400,000/year – 8/1/07-7/31/11

National Multiple Sclerosis Society "Regulation of OPC specification by Sox10" – $165,000/year – 4/1/08-6/30/11

NINDS Eureka Award "Exploiting the hair-brain connection to treat perinatal brain disease" - $200,000/year – 7/15/11-5/31/16

NIMH R01 MH105360 "Defective Forebrain Development in Mutant Mice" - $250,000/year – 4/1/14-3/31/17

National Multiple Sclerosis Society "Examine synaptic connectivity between oligodendrocyte precursors and neurons" - $40,000/year – 7/1/00-6/30/17

Nancy Davis Foundation – Race to Erase MS "Examine synaptic connectivity between oligodendrocyte precursors and neurons" - $75,000/year – 10/1/16-9/30/17

**WORKSHOPS AND SCIENTIFIC & PROFESSIONAL MEETINGS ATTENDED**:
Society for Neuroscience (yearly or every other year)
American Epilepsy Society (sporadically)
American Academy of Neurology (sporadically)
American Neurological Association (yearly)
Juan March Institute for Study and Research workshop on Wnt Genes and Wnt Signaling – 2003
NIMH Workshop, Adult Neurogenesis: Defining Opportunities for Psychiatric Research, Bethesda, MD – 2004
National Alliance for Autism Research Workshop, Integrating the Clinical and Basic Sciences of Autism: A Developmental Biology Workshop – 11/2004

Prepared: February 2022

John Merck Scholars Program in the Biology of Developmental Disabilities in Children 15th Anniversary meeting – 4/2005
International Society for Developmental Neuroscience Biannual Meeting, Banff, Alberta, Canada – 8/2006
European Science Foundation, Third EuroSTELLS Workshop, Development of a Stem Cell Tool Box, Stem Cell Niches, Barcelona, Spain, 1/2008
International Society for Developmental Neuroscience Biannual Meeting, Asilomar, CA, USA – 6/2008
2nd International Stem Cell Research Symposium: Frontiers of Neural Stem Cells at UCSF, Mission Bay – 10/2009
International Society for Developmental Neuroscience Biannual Meeting, Estoril, Portugal – 6/2010
NICHD Plasticity Workshop, Bethesda, MD – 1/2011
Third Annual California Multiple Sclerosis Research Forum, Redondo Beach, CA – 2/2013
Japanese Society for Neuroscience meeting, Yokohama, Japan – 9/2014

**PLEASURE LAB MEMBERS**
Jessica Arela – Lab Assistant
Christopher Bartley – Postdoctoral Fellow
Laura Cocas – Adjunct Assistant Professor
Trung Huynh – Lab Manager
Thomas Ngo – SRA
Hirofumi Noguchi – Postdoctoral Fellow
Baouyen Tran – Postdoctoral Fellow
Odessa Yabut, PhD – Adjunct Assistant Professor
Jing Zhou, PhD - Postdoctoral Fellow

**FORMER LAB MEMBERS**
Michele Abramowitz – Summer undergrad – returned to sophmore year at Pomona
Carmen Avilés – Staff Research Associate – attorney
Anil Bagri, MD/PhD – Graduate Student/Postdoctoral Fellow – now at Genentech in Research Division
Omri Berger – Medical Student/Doris Duke Fellow – Psychiatry Residency UCSF
Ethan Bodle – MD Student – medical school at Columbia University
Elizabeth Buchen – Neuroscience Graduate Student – working at Nature Publishing
Youngshik Choe, PhD - Postdoctoral Fellow - now PI at Korea Brain Sciences Institute
Laura Cocas, PhD – Postdoctoral Fellow - now Assistant Professor at CSU-LA
Jennifer Freese, PhD – Completed fellowship, present working at home
Gloria Fernandez Garcia – Technician/PhD Student
Wei Guan, PhD – Postdoctoral Fellow – Second Fellowship at University of Utah
Jenna Gopilan – Summer undergrad – returned to senior year at Wesleyan
Szu-Min Han – Staff Research Associate – Medical Student Temple University
Xiaoping He, PhD – Postdoctoral Fellow at Nara University
Jonathan Hecht, MD/PhD – Postdoctoral Fellow – Assistant Professor at Barrow Neurological Institute
Carrie Horn – Staff Research Associate – medical school at UC Davis
Anthony S. Kim – MD Student – Stroke Fellow, UCSF
Abe Langseth, PhD – PhD Student – Fellow in Dwight Bergles Lab at Johns Hopkins
Guangnan Li, PhD – Postdoctoral Fellow – Research Scientist at UCSF

Yong Lin – Visiting Professor from Ren Ji School of Medicine, Department of Neurosurgery, Shanghai, China
Roeben Munji, PhD – PhD Student – Fellow in Richard Daneman's lab at UCSF
Hui Xuan Ng, PhD - Postdoctoral Fellow - McKinsey
Mercedes Paredes – MD/PhD Student – Neurology Resident, UCSF
Darya Pino, PhD – PhD Student – proprietor of SummerTomato.com, writer for Huffington Post
Christine Pozniak, PhD – Postdoctoral Fellow – present Research Scientist at Genentech
Julie Siegenthaler, PhD – Postdoctoral Fellow – present Assistant Professor Univ. of Colorado
Willie Siu – Undergrad summer student – present medical student at UCLA
Rebecca Wolsky – Staff Research Assistant – present Pathology fellow at UCSF
Ni-Chi Wu – Staff Research Associate – present pharmacist
Odessa Yabut – Postdoctoral Fellow – Adjunct Assistant Professor, UCSF
Kostantinos Zarbalis, PhD – Associate Professor, Department of Pathology, UC Davis
Chunjie Zhao, PhD – Postdoctoral Fellow –Professor at Southeastern University in Nanjing China
Chengji Zhou, PhD – Postdoctoral Fellow – Associate Professor Department of Cell Biology, UC Davis

**Graduate Student Qualification Committees**

| Gunther Hollopeter | Neuroscience | 2000 | |
|---|---|---|---|
| Mercedes Paredes | Neuroscience | 2002 | |
| Florian Merkle | Neuroscience | 2004 | |
| Jeremy Cholfin | Neuroscience | 2004 | |
| Guillermo Munoz-Elias | Neuroscience | 2005 | |
| Zaman Mirzade | BMS | 2005 | Chair |
| Laura Barker Elias | Neuroscience | 2005 | Chair |
| Annabelle Singer | Neuroscience | 2006 | Chair |
| Melinda Owens | Neuroscience | 2007 | |
| Elizabeth Theusch | PSPG | 2007 | |
| Doris Wang | Neuroscience | 2007 | Chair |
| David Young | Neuroscience | 2007 | Out of area exam |
| Paul Larkin | Neuroscience | 2007 | Out of area exam |
| Michael Berberoglu | Neuroscience | 2008 | Chair |
| Gabe McKinsey | Neuroscience | 2009 | |
| Eirene Markenscoff-Papadimitriou | Neuroscience | 2010 | |
| Kartik Pattabiraman | Neuroscience | 2011 | Chair |
| Caitlyn Gertz | Neuroscience | 2011 | |
| Shanni Silberberg | Neuroscience | 2011 | |
| Stephanie Redmond | Neuroscience | 2011 | |
| Sarah (Xinwei) Luo | Neuroscience | 2011 | |
| Robert Lindquist | Neuroscience | 2012 | |
| Shan Wang | Neuroscience | 2013 | |
| Meryl Horn | Neuroscience | 2013 | Out of area exam |
| Jeffrey Kpresentles | Neuroscience | 2013 | Out of area exam |
| Shan Meltzer | Neuroscience | 2013 | |

Prepared: February 2022

**Graduate Student Thesis Committees (not including students in my lab)**

| | | | |
|---|---|---|---|
| Anil Bagri | Neuroscience | 2000-2002 | |
| Mercedes Paredes | Neuroscience | 2003-2005 | |
| Florian Merkle | Neuroscience | 2004-2007 | |
| Jeremy Cholfin | Neuroscience | 2004-2006 | |
| Zaman Mirzade | BMS | 2005-2008 | |
| Brandon Davis | BMS | 2005-2007 | Chair |
| Annabelle Singer | Neuroscience | 2006-2008 | Chair |
| Laura Barker Elias | Neuroscience | 2006-2008 | |
| Derek Southwell | Neuroscience | 2006-2010 | Chair |
| Nathan Okerlund | Neuroscience | 2007-2010 | Chair |
| Melinda Owens | Neuroscience | 2007-2011 | Chair |
| Doris Wang | Neuroscience | 2007-2010 | |
| Michael Berberoglu | Neuroscience | 2008-2011 | Chair |
| Kartik Pattabiraman | Neuroscience | 2011-2017 | |
| Stephanie Redmond | Neuroscience | 2014-2018 | |
| Simon Pan | Neuroscience | 2016-2020 | |
| Lindsay Osso | Neuroscience | 2016-present | |
| Kimberly Hoi | BMS | 2018-present | |
| Jerika Baron | BMS | 2019-present | |

# EXHIBIT 11

**Kenda, Benoit**
**2021.11.19**

| Plaintiffs' Affirmative Designations | Defendants' Objections to Plaintiffs' Affirmative Designations | Defendants' Counter Designations | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|
| 12:11–12:14 | | | |
| 16:22–17:23 | | | |
| 18:10–18:19 | | | |
| 19:15–19:21 | | | |
| 21:6–21:11 | I | | |
| 38:19–39:13 | P, R, U | | |
| 42:23–43:23 | P, R, U | | |
| 49:10–49:14 | | | |
| 50:23–51:12 | P, R, U, I | | |
| 51:19–52:1 | P, R, U | | |
| 55:25–57:19 | P, R, U, I | 59:17-18 59:20 | 106, 402, 403, 701, 702, LC |
| 67:10–68:2 | P, R, U, I | | |
| 68:4–68:19 | P, R, U, I | | |
| 72:14–72:22 | P, R, U, I | | |
| 90:3–90:6 | P, R, U, I | | |
| 90:8–90:22 | P, R, U, I | | |
| 102:4–102:11 | | | |
| 102:14–102:17 | | | |
| 109:23–111:23 | P, R, U, I | | |
| 125:7–125:14 | P, R, U, I | 126:17-21 126:23-127:14 | 106, 403, 701, 702, CQ, LC |
| 125:16–125:22 | P, R, U, I | 126:17-21 126:23-127:14 | 106, 403, 701, 702, CQ, LC |
| 125:24–126:16 | P, R, U, I | 126:17-21 126:23-127:14 | 106, 403, 701, 702, CQ, LC |
| 129:18–130:4 | P, R, U, I | | |

**Klitgaard, Henrik**
**2021.12.08**

| Plaintiffs' Affirmative Designations | Defendants' Objections to Plaintiffs' Affirmative Designations | Defendants' Counter Designations | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|
| 10:10–10:25 | | | |
| 11:5–11:12 | R | | |
| 13:14–13:17 | R, I | | |
| 21:18–21:22 | R | | |
| 23:7–26:14 | P, R, U | | |
| 26:21–27:6 | P, R, U, I | | |
| 27:10–27:12 | | | |
| 27:17–27:20 | | | |
| 39:13–40:23 | P, R, U, I | 42:8-43:5 | 106, 602, 701, 702 |
| 43:6–43:8 | P, R, U | | |
| 43:10–43:14 | P, R, U | | |
| 43:20–43:22 | P, R, U | | |
| 43:24–44:8 | P, R, U | | |
| 49:15–49:16 | P, R, U, I | | |
| 49:18–49:21 | P, R, U, I | | |
| 52:6–52:7 | P, R, U, I | | |
| 52:9–53:18 | P, R, U, I | | |
| 67:20–67:22 | P, R, U, I | | |
| 67:24–68:5 | P, R, U, I | | |
| 75:13–75:15 | P, R, U, I | | |
| 75:17–75:25 | P, R, U, I | | |

**Lallemand, Benedicte**
**2021.11.17**

| Plaintiffs' Affirmative Designations | Defendants' Objections to Plaintiffs' Affirmative Designations | Defendants' Counter Designations | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|
| 10:7–10:18 | | | |
| 11:1–11:8 | | | |
| 18:19–19:25 | R | | |
| 20:19–21:8 | R | | |
| 21:11–21:19 | | | |
| 22:23–23:14 | R | | |
| 26:18–26:25 | P, R, I, U | 27:16-28:6 | 106, 402, 403, AF, MC |
| 27:2–27:15 | P, R, I, U | 27:16-28:6 | 106, 402, 403, AF, MC |
| 28:17–28:20 | P, R, I, U | 27:16-28:6 | 106, 402, 403, AF, MC |
| 28:22–29:1 | P, R, I, U | 27:16-28:6 | 106, 402, 403, AF, MC |
| 31:14–32:4 | R | | |
| 32:6–33:5 | R | | |
| 52:16–53:5 | P, R, I, U | | |
| 53:7–53:11 | P, R, I, U | | |
| 53:15–54:1 | P, R, I, U | | |
| 54:3–54:10 | P, R, I, U | | |
| 54:13 | P, R, I, U | | |
| 54:18–54:22 | P, R, I, U | | |
| 65:12–66:10 | R | | |
| 66:25–68:1 | P, R, I, U | | |
| 68:3–68:13 | P, R, I, U | | |
| 70:3–70:8 | P, R, I, U | | |
| 70:15–71:6 | P, R, I, U | | |
| 114:16–114:21 | P, R, I, U | | |
| 114:24–116:7 | P, R, I, U | | |
| 126:3–126:14 | P, R, I, U, H | | |
| 126:16–126:19 | P, R, I, U, H | | |
| 126:21–127:1 | P, R, I, U, H | | |
| 127:4–127:5 | P, R, I, U, H | | |
| 127:7–127:10 | P, R, I, U, H | | |

**Lallemand, Benedicte**
**2021.11.17**

| Plaintiffs' Affirmative Designations | Defendants' Objections to Plaintiffs' Affirmative Designations | Defendants' Counter Designations | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|
| 128:4–128:10 | P, R, I, U, H | | |

**Pasau, Patrick**
**2021.12.10**

| Plaintiffs' Affirmative Designations | Defendants' Objections to Plaintiffs' Affirmative Designations | Defendants' Counter Designations | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|
| 11:7–11:9 | | | |
| 13:1–14:8 | R | | |
| 15:17 | R | | |
| 15:20 | R | | |
| 17:5–17:21 | | | |
| 18:1–18:14 | R | | |
| 28:15–29:3 | R | | |
| 29:6–29:9 | R | | |
| 29:11–30:16 | R | | |
| 46:6–47:13 | R, ID, C/O | | |
| 48:5–48:14 | R, ID, I | | |
| 49:6–49:10 | P, R, ID, I | | |
| 49:12–50:11 | P, R, ID, I | | |
| 50:20–51:3 | P, R, ID, I | | |
| 140:23–141:13 | P, R, ID, I | | |

# EXHIBIT 12

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations[1] | Defendants' Objections to Counter-designations |
| 12:11-12:14 | 106 | 12:11-12:14 | I, ID, R, L |
| 15:9-15:12 | 106 | 16:22-17:23 | I, ID, R, L |
| 15:20-16:15 | 106 403, 901, CQ | 18:10-18:19 | I, ID, R, L |
| 16:22-17:19 | 106, AF, CQ | 19:14-19:21 | I, ID, R, L |
| 18:10-18:12 | 106 | 21:6-21:11 | I, ID, R, L |
| 18:13-18:19 | 106, CQ | 38:19-39:13 | I, ID, P, R, U, L |
| 19:14-19:21 | 106 | 42:23-43:23 | I, ID, P, R, U, L |
| 21:6-22:1 | 106, CQ, 402, 403, MC | 46:10-46:19 | I, ID, P, R, U, L |
| 22:11-22:21 | 106 | 47:5-47:11 | I, ID, P, R, U, L |
| 22:25-23:3 | 106, CQ | 47:19-47:22 | I, ID, P, R, U, L |
| 24:2-24:11 | 106, CQ, 402, 403, 701, 702 | 47:24-48:5 | I, ID, P, R, U, L |
| 24:20-24:23 | 106, CQ, 402, 403 | 49:10-49:14 | I, ID, R, L |
| 25:3-25:10 | 106, CQ, 402, 403 | 50:23-51:12 | I, ID, P, R, U, L |
| 26:1-26:6 | 106, CQ, 402, 403, 602 | 51:19-52:15 | I, ID, P, R, U, L |

---

[1] Plaintiffs' counter-designations are not necessarily responsive to Defendants' designations that appear in the same row. Plaintiffs reserve their right to introduce any testimony that they have counter-designated in response to any affirmative designations introduced at trial by Defendants.

Defendants' Trial Deposition Designations
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations[1] | Defendants' Objections to Counter-designations |
| 26:8-26:12 | 106, 402, 403, 602 | 54:5-54:12 | I, ID, P, R, U, L |
| 26:14-26:22 | 106, 402, 403 | 55:25-57:19 | I, ID, P, R, U, L |
| 26:23-27:1 | 106, CQ, 402, 403 | 61:18-61:22 | I, ID, P, R, U, L |
| 27:3-27:11 | 106, 402, 403, 602 | 62:7-62:16 | I, ID, P, R, U, L |
| 27:13-27:15 | 106, CQ, 402, 403 | 62:22-63:3 | I, ID, P, R, U, L |
| 30:20-31:7 | 106 | 64:8-64:12 | I, ID, P, R, U, L |
| 31:21-32:4 | 106, MC, AF | 67:10-68:2 <br> 68:4-68:19 | I, ID, P, R, U, L |
| 32:5-32:10 | 106, MC | 72:14-72:22 | I, ID, P, R, U, L |
| 37:24-38:3 | 106, IQ, NT | 74:17-74:20 | I, ID, P, R, U, L |
| 38:19-39:1 | 106, MC | 75:18-75:20 | I, ID, P, R, U, L |
| 42:2-42:19 | 106, MC, 602, 402, 403 | 79:25-80:4 | I, ID, P, R, U, L |
| 42:21-43:23 | 106, MC, 602, 402, 403, , 701, 702 | 83:16-84:18 | I, ID, P, R, U, L |
| 44:2-44:19 | 106, MC, 402, 403, , 701, 702 | 85:2-85:11 | I, ID, P, R, U, L |
| 44:25-45:4 | 106, MC, 402, 403 | 90:3-90:6 <br> 90:8-90:22 | I, ID, P, R, U, L |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations[1] | Defendants' Objections to Counter-designations |
| 45:6-45:25 | 106, MC, 402, 403, 602 | 94:17-94:22 94:24-95:1 | I, ID, P, R, U, L |
| 46:1-46:9 | 106, MC, 402, 403 | 102:4-102:17 | I, ID, P, R, U, L |
| 46:24-47:4 | 106, MC, 402, 403, 602 | 103:2-103:4 103:6-103:7 | I, ID, P, R, U, L |
| 48:6-48:14 | 106, MC, 402, 403, 602 | 104:10-104:11 104:13-104:14 | I, ID, P, R, U, L |
| 48:16-49:4 | 106, MC, 402, 403, 602 | 105:8-105:17 | I, ID, P, R, U, L |
| 49:8-49:14 | 106 | 109:23-111:23 | I, ID, P, R, U, L |
| 49:19-50:17 | 106, MC, CQ, 402, 403 | 117:18-117:19 117:21-118:2 | I, ID, P, R, U, L |
| 50:18-51:12 | 106, MC, CQ, 402, 403 | 125:7-125:14 125:16-125:22 125:24-126:16 | I, ID, P, R, U, L |
| 52:23-53:7 | 106, MC, 402, 403, 701, 702 | 127:17-127:20 127:22-128:15 | I, ID, P, R, U, L |
| 53:8-53:15 | 106, MC, 402, 403, 701, 702 | 129:18-130:4 | I, ID, P, R, U, L |
| 53:17-53:20 | 106, MC, 402, 403, 701, 702 | | |
| 53:21-54:4 | 106, MC, 402, 403, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations[1]** | **Defendants' Objections to Counter-designations** |
| 54:13-54:24 | 106, MC, 402, 403, 701, 702 | | |
| 55:17-55:24 | 106, IQ, MC, 402, 403, 701, 702 | | |
| 60:20-61:3 | 106, MC | | |
| 61:9-61:17 | 106, MC, 402, 403, 701, 702 | | |
| 62:2-62:6 | 106, MC, 402, 403 | | |
| 63:4-63:8 | 106, MC, 402, 403 | | |
| 63:13-64:7 | 106, MC, 402, 403, 701, 702 | | |
| 64:15-64:24 | 106, MC, CQ, 402, 403, 602, 701, 702 | | |
| 65:1-65:3 | 106, MC, 402, 403, 602, 701, 702 | | |
| 65:17-65:23 | 106, MC, 402, 403, 602 | | |
| 65:25-66:4 | 106, MC, 402, 403 | | |
| 67:10-67:14 | 106, NT | | |
| 67:24-68:1 | 106, IQ, MC, 402, 403 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations[1]** | **Defendants' Objections to Counter-designations** |
| 68:4-68:5 | 106, IQ, MC, 402, 403 | | |
| 68:20-69:3 | 106, MC, CQ, 402, 403, OS | | |
| 69:8-69:9 | 106, MC, 402, 403, 602, 701, 702, OS | | |
| 69:11-69:13 | 106, MC, 402, 403, 602, 701, 702, OS | | |
| 69:15-69:18 | 106, MC, 402, 403, 602, 701, 702, OS | | |
| 69:19-69:24 | 106, MC, 402, 403, 602, 701, 702, OS | | |
| 71:22-71:25 | 106, MC, CQ, 402, 403 | | |
| 72:14-72:22 | 106, MC, 402, 403, 602 | | |
| 73:7-73:9 | 106, MC, 402, 403, 602 | | |
| 73:11-73:18 | 106, MC, 402, 403 | | |
| 73:24-74:4 | 106, MC, 402, 403, 602, AF | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations[1]** | **Defendants' Objections to Counter-designations** |
| 74:6-74:11 | 106, MC, 402, 403, 602 | | |
| 74:12-74:16 | 106 | | |
| 75:2-75:10 | 106, MC, CQ, 402, 403 | | |
| 75:14-75:17 | 106, MC, 402, 403 | | |
| 77:17-78:8 | 106, MC, CQ, 402, 403 | | |
| 79:8-79:11 | 106, MC, CQ, 402, 403, 602 | | |
| 79:13-79:18 | 106, MC, 402, 403, 602, 802 | | |
| 79:19-79:24 | 106 | | |
| 80:5-80:9 | 106, MC, 402, 403 | | |
| 81:3-81:10 | 106, MC, 402, 403 | | |
| 81:12-81:22 | 106, MC, 402, 403 | | |
| 81:23-82:14 | 106, MC, 402, 403 | | |
| 84:19-85:1 | 106, MC, 402, 403 | | |
| 85:23-86:6 | 106, MC, 402, 403, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations[1] | Defendants' Objections to Counter-designations |
| 94:12-94:16 | 106, IQ, NT | | |
| 95:2-95:6 | 106, MC, 402, 403 | | |
| 95:15-96:12 | 106, MC, CQ, 402, 403, 701, 702 | | |
| 96:13-96:16 | 106, MC, 402, 403 | | |
| 97:7-97:14 | 106, MC, 402, 403 | | |
| 98:17-99:6 | 106, MC, 402, 403, 701, 702 | | |
| 99:25-100:11 | 106, MC, 402, 403 | | |
| 102:1-102:11 | 106, MC, 402, 403 | | |
| 103:16-103:20 | 106, MC, 402, 403 | | |
| 103:22-104:2 | 106, MC, 402, 403 | | |
| 104:25-105:4 | 106, MC, 402, 403 | | |
| 105:6-105:7 | 106, MC, 402, 403 | | |
| 105:18-105:22 | 106, MC, 402, 403 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations[1]** | **Defendants' Objections to Counter-designations** |
| 105:24-106:6 | 106, MC, 402, 403, 701, 702 | | |
| 106:14-106:18 | 106, MC, CQ, 402, 403, 701, 702 | | |
| 107:16-107:24 | 106, MC, CQ, 402, 403 | | |
| 108:7-108:16 | 106, MC, CQ, 402, 403, 701, 702 | | |
| 108:17-109:14 | 106, MC, 402, 403, 701, 702 | | |
| 113:19-114:4 | 106, MC, 402, 403, LC, CQ | | |
| 116:8-116:14 | 106 | | |
| 117:8-117:14 | 106, MC, CQ 402, 403 | | |
| 117:16-117:17 | 106, MC, 402, 403 | | |
| 118:3-118:14 | 106, MC, 402, 403, OS | | |
| 118:15-118:25 | 106, MC, 402, 403, 602, 701, 702, OS | | |
| 119:2-119:8 | 106, MC, 402, 403, 602, 701, 702, OS | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Benoit Kenda – November 19, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations[1]** | **Defendants' Objections to Counter-designations** |
| 124:20-125:4 | 106, MC, 402, 403, CQ, 602, 701, 702 | | |
| 125:6-125:11 | 106, MC, 402, 403, 602, 701, 702 | | |

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 10:10-10:16 | 106 | 10:10-10:25 | I, ID, R, L |
| 10:23-10:25 | 106 | 11:5-11:12 | I, ID, R, L |
| 12:4-12:18 | 106, MC, 402, 403 | 13:14-13:17 | I, ID, R, L |
| 13:24-15:7 | 106, MC, CQ, 402, 403 | 21:18-21:22 | I, ID, R, L |
| 15:9-15:17 | 106, IQ, MC, 402, 403 | 23:7-26:14 | I, ID, P, R, U, L |
| 18:9-18:13 | 106, LC | 26:21-27:6 | I, ID, P, R, U, L |
| 21:18-21:20 | 106, MC, 402, 403 | 27:10-27:20 | I, ID, R, L |
| 23:7-23:10 | 106 | 28:7-28:15 | I, ID, P, R, U, L |

Defendants' Trial Deposition Designations
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter Designations | Defendants' Objections to Counter-designations |
| 23:21-24:22 | 106, MC, 402, 403, 701, 702 | 39:13-40:23 | I, ID, P, R, U, L |
| 24:23-25:9 | 106, MC, AF, 402, 403 | 42:8-43:8<br>43:10-43:14 | I, ID, P, R, U, L |
| 26:17-27:12 | 106, MC, 402, 403 | 43:20-43:22<br>43:24-44:8 | I, ID, P, R, U, L |
| 27:17-27:20 | 106, MC, AF, 402, 403, 602 | 49:15-49:16<br>49:18-49:21 | I, ID, P, R, U, L |
| 28:3-28:6 | 106, MC, 402, 403, 602 | 52:6-52:7<br>52:9-53:18 | I, ID, P, R, U, L |
| 28:16-28:24 | 106, MC, 402, 403 | 66:17-66:19 | I, ID, P, R, U, L |
| 28:25-30:11 | 106, MC, 402, 403, 701, 702 | 67:20-67:22<br>67:24-68:5 | I, ID, P, R, U, L |
| 30:12-30:17 | 106, MC, 402, 403, 701, 702 | 74:23-74:24<br>75:1-75:15<br>75:17-75:25 | I, ID, P, R, U, L |
| 30:18-30:25 | 106, MC, 402, 403, 602 | 93:6-93:10<br>93:12-93:25 | I, ID, P, R, U, L |
| 31:12-31:20 | 106, MC, 402, 403 | 94:18-94:24 | I, ID, P, R, U, L |
| 32:14-32:15 | 106, MC, CQ, 402, 403 | 120:24-121:11 | I, ID, P, R, U, L |

Defendants' Trial Deposition Designations
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 32:17-32:17 | 106, MC, 402, 403 | 122:8-122:14<br>122:16-122:25 | I, ID, P, R, U, L |
| 34:1-34:13 | 106, MC, CQ, 402, 403 | 125:7-125:9<br>125:11-125:12 | I, ID, P, R, U, L |
| 35:17-35:18 | 106 | 128:1-128:2<br>128:4-128:5 | I, ID, P, R, U, L |
| 36:2-36:4 | 106, 402, 403 | 144:10-144:13<br>144:15-145:20 | I, ID, P, R, U, NR, L |
| 36:12-36:16 | 106, 402, 403, 602 | 147:1-147:14 | I, ID, P, R, U, L |
| 36:20-36:25 | 106, 402, 403, 602 | 172:10-172:12<br>172:14-172:18 | I, ID, P, R, U, ET/LOT, L |
| 37:1-37:8 | 106, 402, 403 | 173:10-173:25 | I, ID, P, R, U, ET/LOT, L |
| 37:15-37:22 | 106, MC, 402, 403 | 190:5-190:7<br>190:9-190:15 | I, ID, P, R, U, ET/LOT, L |
| 37:24-38:20 | 106, MC, 402, 403, 701, 702 | 190:22-190:25<br>191:2-191:11 | I, ID, P, R, U, ET/LOT, L |
| 43:6-43:8 | 106, 701, 702 | 195:25-196:14 | I, ID, P, R, U, L |
| 43:10-43:14 | 106, 701, 702 | | |
| 43:20-43:22 | 106, 701, 702 | | |
| 43:24-44:8 | 106, 701, 702 | | |
| 46:2-46:6 | 106, 701, 702, MC | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 48:11-48:12 | 106, 402, 403 | | |
| 48:14-48:15 | 106, 402, 403 | | |
| 49:15-49:16 | 106 | | |
| 49:18-50:16 | 106, CQ, 402, 403 | | |
| 50:17-52:5 | 106, CQ, 402, 403, 701, 702 | | |
| 53:19-53:21 | 106, 402, 403 | | |
| 53:23-54:1 | 106, 402, 403 | | |
| 57:23-58:1 | 106, MC, 701, 702 | | |
| 58:3-58:6 | 106, MC, 701, 702 | | |
| 58:7-58:10 | 106, MC, 701, 702 | | |
| 58:12-58:14 | 106, MC, 701, 702 | | |
| 59:8-59:12 | 106, MC, CQ, 701, 702 | | |
| 59:14-59:21 | 106, MC, 701, 702 | | |
| 60:3-60:8 | 106, MC, CQ, 701, 702 | | |
| 60:10-60:11 | 106, MC, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 60:17-60:19 | 106, MC, CQ, 701, 702 | | |
| 60:21-61:13 | 106, MC, 701, 702 | | |
| 63:19-63:20 | 106, 602, 701, 702 | | |
| 63:22-64:2 | 106, 602, 701, 702 | | |
| 64:4-64:5 | 106, 602, 701, 702 | | |
| 65:4-65:5 | 106, 602, 701, 702 | | |
| 65:7-65:16 | 106, 602 | | |
| 65:17-65:18 | 106, 602 | | |
| 65:20-65:24 | 106, 602 | | |
| 66:6-66:11 | 106, MC | | |
| 66:20-66:22 | 106, MC | | |
| 66:24-67:12 | 106, MC | | |
| 67:13-67:18 | 106, MC, 701, 702 | | |
| 68:6-68:9 | 106, MC, 701, 702 | | |
| 68:11-68:13 | 106, MC, 701, 702 | | |
| 68:15-68:17 | 106, MC, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 69:14-69:20 | 106, MC, 701, 702 | | |
| 70:1-70:3 | 106, MC, 701, 702 | | |
| 70:5-70:7 | 106, MC, 701, 702 | | |
| 73:10-73:25 | 106 | | |
| 74:6-74:8 | 106 | | |
| 74:10-74:13 | 106, MC | | |
| 74:14-74:20 | 106, MC, 701, 702 | | |
| 74:22-74:22 | 106, MC | | |
| 75:13-75:15 | 106, MC, 701, 702 | | |
| 75:17-76:6 | 106, MC, 701, 702 | | |
| 76:22-77:3 | 106, MC, 701, 702 | | |
| 77:4-77:8 | 106 | | |
| 77:16-77:25 | 106, MC, CQ, 701, 702 | | |
| 78:2-78:5 | 106, MC, 701, 702 | | |
| 78:6-78:12 | 106, MC, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter Designations | Defendants' Objections to Counter-designations |
| 80:23-81:14 | 106, MC, CQ, 701, 702 | | |
| 87:12-87:19 | 106, MC, 701, 702 | | |
| 87:21-88:10 | 106, MC, 701, 702 | | |
| 88:11-88:18 | 106, MC, 701, 702 | | |
| 88:20-89:25 | 106, MC, 701, 702 | | |
| 92:24-93:5 | 106, MC, 701, 702 | | |
| 94:12-94:17 | 106 | | |
| 94:25-95:1 | 106, MC | | |
| 95:3-95:5 | 106 | | |
| 95:14-95:17 | 106, MC, 701, 702 | | |
| 96:4-96:10 | 106, MC, 701, 702 | | |
| 96:18-96:19 | 106, MC, 701, 702 | | |
| 96:21-96:25 | 106, MC, 701, 702 | | |
| 97:1-97:8 | 106, MC, 701, 702 | | |
| 101:22-101:24 | 106, NT | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 102:2-102:14 | 106, MC | | |
| 103:11-103:13 | 106, MC | | |
| 108:25-109:7 | 106, MC | | |
| 109:22-109:23 | 106, MC | | |
| 109:25-110:11 | 106, MC, 701, 702 | | |
| 110:13-110:19 | 106, MC, 701, 702 | | |
| 118:18-118:20 | 106, MC, CQ, 602 | | |
| 118:22-118:25 | 106, MC, 602 | | |
| 119:2-119:5 | 106, MC, 602 | | |
| 119:15-119:21 | 106, NT | | |
| 120:14-120:23 | 106, MC | | |
| 121:12-121:20 | 106, CQ, MC | | |
| 121:22-122:7 | 106, 602 | | |
| 123:22-123:25 | 106, 402, 403 | | |
| 124:2-124:5 | 106, 402, 403 | | |
| 124:11-124:13 | 106, 402, 403 | | |
| 124:15-124:22 | 106, 402, 403 | | |
| 124:24-125:1 | 106, 402, 403 | | |
| 125:13-125:18 | 106, 602, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 125:20-125:20 | 106, 602, 701, 702 | | |
| 125:23-126:7 | 106, MC | | |
| 126:8-126:11 | 106, MC | | |
| 126:15-126:21 | 106, MC, 602 | | |
| 127:2-127:12 | 106, MC, CQ, 602, OS | | |
| 127:14-127:19 | 106, MC, 602, OS | | |
| 127:21-127:21 | 106, MC, 602, OS | | |
| 127:22-127:23 | 106, MC, CQ, 602, OS | | |
| 127:25-127:25 | 106, OS | | |
| 128:12-128:13 | 106, MC, OS | | |
| 128:15-128:17 | 106, MC, 602, 701, 702, OS | | |
| 128:19-128:19 | 106, IQ, MC, 602, 701, 702, OS | | |
| 128:20-128:22 | 106, MC, 602, 701, 702, OS | | |
| 128:24-128:24 | 106, MC, 602, 701, 702, OS | | |
| 136:25-137:7 | 106, MC | | |
| 137:8-137:10 | 106, MC | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 137:19-138:3 | 106, MC, 602, 701, 702 | | |
| 138:5-138:8 | 106, MC, 602, 701, 702 | | |
| 139:6-139:17 | 106, MC, 602, 701, 702 | | |
| 140:25-141:7 | 106, MC, 602, 701, 702 | | |
| 141:9-141:17 | 106, MC, 602, 701, 702 | | |
| 141:19-141:19 | 106, MC, 602, 701, 702 | | |
| 141:23-142:15 | 106, MC, 602, 701, 702 | | |
| 142:16-143:5 | 106, MC, 602, 701, 702 | | |
| 143:24-144:1 | 106, MC, 602, 701, 702 | | |
| 144:3-144:5 | 106, MC, 602, 701, 702 | | |
| 144:6-144:9 | 106, MC, 602, 701, 702 | | |
| 147:15-148:1 | 106, MC, 602, 701, 702, 402, 403, OS | | |
| 148:5-148:9 | 106 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 148:20-148:22 | 106, MC | | |
| 149:4-149:9 | 106, MC, 602, 701, 702 | | |
| 149:10-149:12 | 106, MC, 602, 701, 702 | | |
| 149:14-149:23 | 106, MC, 602, 701, 702 | | |
| 149:25-150:3 | 106, MC, 602, 701, 702 | | |
| 150:5-150:6 | 106, MC, 602, 701, 702 | | |
| 151:14-151:16 | 106, NT | | |
| 152:17-152:22 | 106, MC | | |
| 153:1-153:12 | 106, MC, 602, 701, 702 | | |
| 154:4-154:8 | 106, MC, 602, 701, 702 | | |
| 160:1-160:2 | 106 | | |
| 160:4-160:11 | 106, MC | | |
| 160:15-160:18 | 106, MC | | |
| 161:21-162:1 | 106, MC | | |
| 162:25-163:5 | 106, MC, 701, 702 | | |
| 166:5-166:6 | 106, MC, 602 | | |
| 166:8-166:10 | 106, MC, 602 | | |

Defendants' Trial Deposition Designations
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 166:12-166:12 | 106, MC, 602 | | |
| 167:7-167:12 | 106, MC, 602, 701, 702 | | |
| 167:14-167:17 | 106, MC, 602, 701, 702 | | |
| 168:2-168:7 | 106, MC, 602, 701, 702 | | |
| 168:9-168:10 | 106, MC, 602, 701, 702 | | |
| 168:11-168:15 | 106, MC, 602, 701, 702 | | |
| 168:17-168:17 | 106, MC, 602, 701, 702 | | |
| 168:21-169:4 | 106, MC | | |
| 169:5-169:8 | 106, MC | | |
| 169:25-170:14 | 106, MC, 602, 701, 702 | | |
| 170:16-170:22 | 106, MC, 602, 701, 702 | | |
| 170:24-171:1 | 106, MC, 602, 701, 702 | | |
| 171:3-171:4 | 106, MC, 602, 701, 702 | | |
| 171:5-171:7 | 106, MC, 602, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 171:9-171:11 | 106, MC, 602, 701, 702 | | |
| 171:13-171:14 | 106, MC, 602, 701, 702 | | |
| 171:15-171:17 | 106, MC, 602, 701, 702 | | |
| 171:19-171:21 | 106, MC, 602, 701, 702 | | |
| 171:23-172:1 | 106, MC, 602, 701, 702 | | |
| 172:3-172:9 | 106, MC, 602, 701, 702 | | |
| 172:19-172:25 | 106, MC, 602, 701, 702 | | |
| 173:1-173:3 | 106, MC, 602, 701, 702 | | |
| 173:5-173:9 | 106, MC, 602, 701, 702 | | |
| 174:6-174:17 | 106, MC | | |
| 174:22-175:6 | 106, MC | | |
| 175:14-176:3 | 106, MC, 602, 701, 702 | | |
| 176:5-176:5 | 106, MC, 602, 701, 702 | | |
| 176:6-176:11 | 106, MC | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 176:16-177:9 | 106, MC, 602, 701, 702, OS | | |
| 177:10-177:13 | 106, MC, 602, 701, 702, OS | | |
| 177:19-177:25 | 106, MC | | |
| 179:2-179:4 | 106, MC, CQ | | |
| 179:6-179:9 | 106, MC | | |
| 179:16-179:17 | 106, MC, CQ | | |
| 179:19-179:20 | 106, MC | | |
| 180:13-180:25 | 106, MC, 602, 701, 702, OS | | |
| 181:2-181:2 | 106, 602, 701, 702, OS | | |
| 181:16-181:16 | 106, 602, OS | | |
| 181:18-181:23 | 106, 602, CQ, AF, OS | | |
| 181:25-182:3 | 106, 602, OS | | |
| 182:6-182:8 | 106, 602, OS | | |
| 183:1-183:10 | 106, MC, 602 | | |
| 183:11-183:18 | 106, MC, 602 | | |
| 189:13-190:4 | 106, MC, 701, 702 | | |
| 191:23-192:5 | 106, MC | | |
| 192:17-192:23 | 106, MC, OS | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Henrik Klitgaard – December 8, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter Designations** | **Defendants' Objections to Counter-designations** |
| 194:24-195:4 | 106, MC, 602, 701, 702, OS | | |
| 197:12-197:15 | 106, MC, 602, 701, 702, OS | | |
| 197:17-198:3 | 106, MC, 602, 701, 702, OS | | |
| 198:5-198:11 | 106, MC, 602, 701, 702, OS | | |

| Bénédicte Lallemand – November 17, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 11:1-11:4 | None | 10:7-10:18 | I, ID, R, L |
| 21:6-21:8 | 106 | 11:1-11:8 | I, ID, R, L |
| 21:14-21:19 | 106 | 18:19-19:25 | I, ID, R, L |
| 22:23-23:7 | 106 | 20:19-21:8 | I, ID, R, L |
| 30:10-30:13 | 106 | 21:11-21:19 | I, ID, R, L |
| 30:14-30:21 | 106 | 22:23-23:14 | I, ID, R, L |
| 32:15-32:17 | 106 | 26:18-26:25 27:2-27:15 | I, ID, P, R, U, L |
| 36:3-36:12 | 106, 402, 403, 701, 702 | 28:17-28:20 28:22-29:1 | I, ID, P, R, U, L |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Bénédicte Lallemand – November 17, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations | Defendants' Objections to Counter-designations |
| 36:13-36:18 | 106, 402, 403, 701, 702 | 31:14-32:4 <br> 32:6-33:5 | I, ID, R, L |
| 37:7-37:15 | 106, 402, 403, 701, 702, MC | 38:19-38:22 | I, ID, P, R, U, L |
| 37:17-37:18 | 106, 402, 403, 701, 702 | 44:18-44:20 | I, ID, P, R, U, L |
| 38:12-38:18 | 106, 402, 403, 602, 901, AF | 49:6-49:10 | I, ID, P, R, U, L |
| 40:15-41:14 | 106, 402, 403, 602, 701, 702, 901, AF | 49:25-50:5 | I, ID, P, R, U, L |
| 41:16-41:23 | 106, 402, 403, 602, 701, 702, 901, AF | 52:16-53:5 <br> 53:7-53:11 | I, ID, P, R, U, L |
| 43:22-44:1 | 106, 402, 403, 602, LC, AF | 53:15-54:1 <br> 54:3-54:10 <br> 54:13 | I, ID, P, R, U, L |
| 44:2-44:5 | 106, 402, 403, 602, LC, AF | 54:18-54:22 | I, ID, P, R, U, L |
| 48:22-49:5 | 106, 402, 403, 602, 701, 702, LC, AF | 65:12-66:10 | I, ID, R, L |
| 49:15-49:16 | 106, 402, 403, 602, 701, 702, AF | 66:25-68:1 <br> 68:3-68:13 | I, ID, P, R, U, L |
| 49:18-49:19 | 106, 402, 403, 602, 701, 702, AF | 69:7-69:9 <br> 69:11-69:12 | I, ID, P, R, U, L |

Defendants' Trial Deposition Designations
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Bénédicte Lallemand – November 17, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations | Defendants' Objections to Counter-designations |
| 49:21-49:22 | 106, 402, 403, 602, 701, 702, AF | 70:3-7:8 | I, ID, P, R, U, L |
| 50:6-50:13 | 106, 402, 403, 602, 701, 702, AF, MC | 70:15-71:6 | I, ID, P, R, U, L |
| 50:15-50:20 | 106, 402, 403, 602, 701, 702, AF, MC | 74:4-74:6 | I, ID, R, L |
| 50:24-50:24 | 106, 402, 403, 602, 701, 702, AF, MC | 74:18-75:9 | I, ID, P, R, U, L |
| 58:4-58:8 | 106, 402, 403, 701, 702 | 77:11-77:13 77:15-77:16 | I, ID, P, R, U, L |
| 58:20-58:23 | 106, 402, 403, 701, 702 | 78:1-78:3 78:5 | I, ID, P, R, U, L |
| 58:25-59:6 | 106, 402, 403, 701, 702 | 80:6-80:12 80:15 | I, ID, P, R, U, L |
| 59:15-59:16 | 106, 402, 403, 701, 702 | 82:25-83:1 | I, ID, P, R, U, L |
| 59:18-59:18 | 106, 402, 403, 701, 702 | 83:5-83:8 | I, ID, P, R, U, L |
| 59:24-60:15 | 106, 402, 403, 701, 702, MC | 89:15-89:16 | I, ID, P, R, U, L |
| 62:23-63:3 | 106, NT | 90:2-90:4 | I, ID, P, R, U, L |
| 63:9-63:12 | 106 | 93:17-93:22 | I, ID, P, R, U, L |
| 64:7-64:9 | 106 | 96:1-96:3 | I, ID, P, R, U, L |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Bénédicte Lallemand – November 17, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations | Defendants' Objections to Counter-designations |
| | | 96:5 | |
| 64:17-65:7 | 106, 402, 403, 701, 702 | 107:20-107:21 | I, ID, P, R, U, L |
| 65:12-66:2 | 106 | 114:16-114:21 114:24-116:7 | I, ID, P, R, U, L |
| 66:25-67:6 | 106, 402, 403, 701, 702 | 126:3-126:14 126:16-126:19 126:21-126:24 | I, ID, P, R, U, H, L |
| 67:22-67:25 | 106, 402, 403, 701, 702 | 127:4-127:5 127:7-127:10 | I, ID, P, R, U, H, L |
| 68:23-69:6 | 106, 402, 403, 701, 702, AF, MC | 128:4-128:10 | I, ID, P, R, U, H, L |
| 73:8-73:12 | 106, NT | | |
| 73:23-74:3 | 106 | | |
| 76:12-77:1 | 106, 402, 403, 701, 702, AF, MC | | |
| 78:6-78:19 | 106, 402, 403, 701, 702, MC | | |
| 78:21-78:21 | 106, 402, 403, 701, 702, MC | | |
| 79:1-79:2 | 106, 402, 403, 701, 702 | | |
| 79:4-79:4 | 106, 402, 403, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Bénédicte Lallemand – November 17, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 79:23-80:3 | 106, NT | | |
| 81:20-82:5 | 106, 402, 403, 602, 701, 702, AF | | |
| 82:7-82:9 | 106, 402, 403, 602, 701, 702, AF | | |
| 82:11-82:13 | 106, 402, 403, 602, 701, 702, AF | | |
| 82:15-82:15 | 106, 402, 403, 602, 701, 702, AF | | |
| 82:16-82:24 | 106, NT | | |
| 88:21-89:7 | 106, 402, 403, 602, 701, 702, AF | | |
| 89:8-89:14 | 106, 402, 403, 602, 701, 702, AF | | |
| 89:17-90:1 | 106, 402, 403, 602, 701, 702, AF | | |
| 90:5-90:8 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 90:10-90:10 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 90:11-90:19 | 106, 402, 403, NT | | |
| 91:13-91:22 | 106, 402, 403, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Bénédicte Lallemand – November 17, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations | Defendants' Objections to Counter-designations |
| 91:24-92:1 | 106, 402, 403, 701, 702 | | |
| 92:3-92:3 | 106, 402, 403, 701, 702 | | |
| 92:4-92:6 | 106 | | |
| 95:12-95:25 | 106, 402, 403, 602, 701, 702, AF | | |
| 96:10-96:13 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 107:12-107:19 | 106, 402, 403, 602, 701, 702, AF, NT | | |
| 110:5-110:11 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 113:5-113:6 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 113:8-113:11 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 113:13-113:13 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 114:16-114:19 | 106, 402, 403, 701, 702, MC | | |

Defendants' Trial Deposition Designations
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Bénédicte Lallemand – November 17, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 116:8-116:13 | 106, 402, 403, 701, 702, MC | | |
| 116:17-117:12 | 106, 402, 403, 701, 702, MC | | |

| Alain Matagne – December 9, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 14:8-14:15 | 106, NT | 15:21-15:25 | I, ID, R, L |
| 15:12-15:14 | 106, NT, 402, 403 | 17:17-17:22 | I, ID, R, L |
| 18:8-18:12 | 106, 402, 403, 602, 701, 702, AF, MC | 25:16-25:18 | I, ID, R, L |
| 18:14-18:23 | 106, 402, 403, 602, 701, 702, AF | 36:6-36:10 <br><br> 36:12-36:16 | I, ID, R, LC, S, PK, F, L |
| 19:7-19:19 | 106, 402, 403, 602, 701, 702, MC | 50:12-50:15 | I, ID, P, R, U, L |
| 21:2-21:11 | 106, 402, 403, 602, 701, 702 | 51:13-51:22 | I, ID, P, R, U, L |
| 24:16-24:19 | 106, 402, 403, 701, 702, IQ | 58:10-58:23 | I, ID, P, R, U, ET/LOT, L |
| 24:21-25:14 | 106, 402, 403, 701, 702, IQ | 59:13-59:17 | I, ID, P, R, U, L |

## Defendants' Trial Deposition Designations
## UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.
## Civil Action No. 20-cv-00987-CFC

| Alain Matagne – December 9, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations | Defendants' Objections to Counter-designations |
| 25:20-25:23 | 106, 402, 403, 701, 702, IQ | 64:4-64:10 <br> 64:12-64:23 <br> 64:25-65:8 | I, ID, P, R, U, ET/LOT, L |
| 26:4-26:12 | 106, 402, 403, 701, 702, MC | 66:23-67:6 | I, ID, P, R, U, L |
| 26:19-27:5 | 106, 402, 403, 701, 702, MC | 67:20-68:1 | I, ID, P, R, U, L |
| 28:17-28:20 | 106, NT | 68:7-68:11 <br> 68:13 | I, ID, P, R, U, L |
| 29:21-29:24 | 106, NT | 70:8-70:18 | I, ID, P, R, U, L |
| 35:24-36:2 | 106, 402, 403, 602, AF, MC | 72:19-72:22 | I, ID, P, R, U, L |
| 36:4-36:5 | 106, 402, 403, 602, AF, MC | 73:17-74:8 | I, ID, P, R, U, L |
| 36:17-36:22 | 106, 402, 403, 602 | 76:24-80:4 | I, ID, P, R, U, L |
| 36:23-37:5 | 106, 402, 403, 602 | 83:8-83:11 | I, ID, P, R, U, L |
| 37:11-37:16 | 106, 402, 403, 602, MC | 88:1-88:3 | I, ID, P, R, U, L |
| 40:5-40:14 | 106, 402, 403, 701, 702 | | |
| 40:16-40:17 | 106, 402, 403, 701, 702 | | |
| 40:19-40:25 | 106, 402, 403, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Alain Matagne – December 9, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 41:3-41:7 | 106, 402, 403, 701, 702 | | |
| 41:24-42:22 | 106, 402, 403, 701, 702 | | |
| 42:24-43:9 | 106, 402, 403, 701, 702 | | |
| 48:16-49:2 | 106, 402, 403, 602, AF, NT | | |
| 49:16-49:22 | 106, NT | | |
| 50:3-50:6 | 106, 402, 403, 602, AF, MC | | |
| 51:2-51:4 | 106, 402, 403, 701, 702 | | |
| 51:6-51:12 | 106, 402, 403, 701, 702 | | |
| 51:23-52:12 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 52:13-52:25 | 106, 402, 403, 701, 702 | | |
| 53:3-54:1 | 106, 402, 403, 701, 702 | | |
| 54:2-54:14 | 106, 402, 403, 701, 702, MC | | |
| 54:15-56:6 | 106, 402, 403, 701, 702 | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Alain Matagne – December 9, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 56:7-56:11 | 106, 402, 403, 701, 702 | | |
| 56:13-57:15 | 106, 402, 403, 701, 702 | | |
| 58:24-59:12 | 106, 402, 403, 701, 702, MC | | |
| 59:18-59:24 | 106, 402, 403, 701, 702 | | |
| 61:11-61:20 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 61:22-63:2 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 63:22-64:3 | 106, 402, 403, 602, 701, 702, AF | | |
| 65:18-65:25 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 69:1-69:13 | 106, NT | | |
| 69:22-70:3 | 106, NT | | |
| 72:13-72:18 | 106, NT | | |
| 72:23-73:16 | 106, 402, 403 | | |
| 75:15-76:3 | 106, 402, 403, 602, 701, 702, AF, MC | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Alain Matagne – December 9, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 76:4-76:23 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 82:13-82:16 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 82:18-82:23 | 106, 402, 403, 602, 701, 702, AF, MC | | |
| 82:24-83:7 | 106, NT | | |
| 85:6-85:20 | 106, 402, 403, 602, 701, 702, AF | | |
| 85:21-86:10 | 106, 402, 403, 602, 701, 702, AF | | |
| 87:19-87:25 | 106, NT | | |
| 88:15-89:13 | 106, 402, 403, 602, 701, 702, AF | | |

| Patrick Pasau – December 10, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 11:8-11:9 | 106, 402, 403 | 11:7-11:9 | I, ID, R, L |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Patrick Pasau – December 10, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations | Defendants' Objections to Counter-designations |
| 17:5-17:7 | 106, 402, 403, 602, 901, AF | 13:1-14:8 | I, ID, R, L |
| 17:9-17:21 | 106, 402, 403, 602, 901, AF, NT | 15:17<br>15:20 | I, ID, R, L |
| 28:15-29:2 | 106, 402, 403, 602 | 17:5-17:21 | I, ID, R, L |
| 29:9-29:9 | 106, 402, 403 | 18:1-18:14 | I, ID, R, L |
| 29:11-29:12 | 106, 402, 403 | 28:15-29:3<br>29:6-29:9<br>29:11-30:16 | I, ID, R, L |
| 29:25-30:16 | 106, 402, 403 | 30:20-31:11 | I, ID, R, L |
| 34:24-35:3 | 106, 402, 403, AF | 46:5-47:2<br>47:4-47:12 | I, ID, R, L |
| 46:5-46:8 | 106, 402, 403 | 48:4-48:12 | I, ID, R, L |
| 46:17-46:23 | 106, 402, 403 | 49:4-49:8<br>49:10-50:9 | I, ID, P, R, L |
| 48:4-48:19 | 106, 402, 403, 602, AF, CQ, NT | 50:18-51:1 | I, ID, P, R, L |
| 48:23-49:3 | 106, 402, 403 | 53:20-53:24<br>54:1<br>54:3-55:12 | I, ID, P, R, U, L |
| 49:15-51:5 | 106, 402, 403, 602, AF, CQ, MC | 66:3-66:7 | I, ID, P, R, U, L |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Patrick Pasau – December 10, 2021 | | | |
|---|---|---|---|
| Defendants' Designations | UCB's Objections | UCB's Counter-designations | Defendants' Objections to Counter-designations |
| 51:7-51:10 | 106, 402, 403, 602, AF, CQ, MC | 75:9-76:15 | I, ID, P, R, U, L |
| 65:13-65:17 | 106, 402, 403, NT | 84:15-85:14<br>85:16-85:23 | I, ID, P, R, U, C/O, L |
| 65:22-66:2 | 106, 402, 403, AF | 86:16-86:21 | I, ID, P, R, U, L |
| 66:8-66:13 | 106, 402, 403, 602, 901, AF, MC | 86:25-87:4 | I, ID, P, R, U, L |
| 66:14-67:24 | 106, 402, 403, 602, AF | 88:2-88:6 | I, ID, P, R, U, L |
| 75:4-75:8 | 106, 402, 403 | 90:18-91:16<br>91:18-91:23<br>92:1-92:5 | I, ID, P, R, U, L |
| 76:16-79:8 | 106, 402, 403, 602, 701, 702, AF, CQ, MC | 93:16-93:24 | I, ID, P, R, U, L |
| 80:4-80:18 | 106, 402, 403, 602, 701, 702, AF, CQ, MC | 96:5-96:11<br>96:13-97:7 | I, ID, P, R, U, L |
| 82:6-82:9 | 106, 402, 403, 602, 701, 702, AF | 99:13-100:1<br>100:3-100:13 | I, ID, P, R, U, L |
| 82:11-82:18 | 106, 402, 403, 602, 701, 702, AF | 118:8-118:24 | I, ID, P, R, U, S, F, L |
| 83:22-84:5 | 106, NT | 140:21-141:11 | I, ID, P, R, L |
| 84:9-84:13 | 106, NT | 142:8-143:1 | I, ID, P, R, U, L |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Patrick Pasau – December 10, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 85:24-86:2 | 106, 402, 403, 602, 901, AF, CQ | | |
| 86:4-86:4 | 106, 402, 403, 602, 901, AF, CQ | | |
| 86:10-86:14 | 106, NT | | |
| 88:7-88:25 | 106, 402, 403, 602, 701, 702, 901, AF, CQ | | |
| 92:22-93:2 | 106, 402, 403, AF, NT | | |
| 98:9-99:12 | 106, 402, 403, 602, 701, 702, AF, CQ | | |
| 105:20-105:23 | 106, 402, 403, 602, AF, CQ | | |
| 105:25-106:9 | 106, 402, 403, 602, AF, CQ | | |
| 113:22-113:23 | 106, 402, 403, 602, AF | | |
| 113:25-114:12 | 106, 402, 403, 602, AF | | |
| 116:8-116:13 | 106, 402, 403, NT | | |
| 116:19-117:1 | 106, 402, 403, 602, AF | | |
| 117:6-118:5 | 106, 402, 403, 602, 701, 702, AF, IQ | | |

**Defendants' Trial Deposition Designations**
**UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Ltd., et al.**
**Civil Action No. 20-cv-00987-CFC**

| Patrick Pasau – December 10, 2021 | | | |
|---|---|---|---|
| **Defendants' Designations** | **UCB's Objections** | **UCB's Counter-designations** | **Defendants' Objections to Counter-designations** |
| 118:25-119:3 | 106, 402, 403, 602 | | |
| 119:5-119:16 | 106, 402, 403, 602 | | |
| 119:21-120:18 | 106, 402, 403, 602, AF | | |
| 127:6-127:16 | 106, 402, 403, NT | | |
| 140:21-142:4 | 106, 402, 403, 602 | | |
| 143:2-143:12 | 106, 402, 403, AF, CQ, MC | | |

# Exhibit 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, <br><br> Plaintiffs, <br><br> v. <br><br> ANNORA PHARMA PRIVATE LIMITED, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      C.A. No. 20-987 (CFC) (JLH) <br>      (**Consolidated**) |

**EXHIBIT 13**
**BRIEF STATEMENT OF WHAT PLAINTIFFS INTEND TO PROVE**

Pursuant to Local Rule 16.3(c)(8), Plaintiffs UCB, Inc. and UCB Biopharma

SRL submit the following brief statement of the principal matters Plaintiffs intend

to prove at trial. This statement is not exhaustive, and Plaintiffs reserve the right to

prove any matter identified in their pleadings, discovery responses, expert reports,

and the accompanying statements of issues of fact and issues of law that remain to

be litigated at trial. Plaintiffs may also provide additional proof to rebut proof offered

by Defendants before and during trial, in response to rulings by the Court, or for

other good cause. Plaintiffs may modify or amend this Statement to the extent

necessary to reflect any future rulings by the Court and to supplement or amend this

Statement to fairly respond to any new issues that Defendants may raise. Plaintiffs

incorporate by reference their expert reports in support of any proof to be presented by expert testimony.

## I.   ISSUES ON WHICH PLAINTIFFS BEAR THE BURDEN OF PROOF

### A.   Infringement

1.   Each Defendant admits that it infringes Claim 5 of the '461 Patent. (D.I. 90).

### B.   Exceptional Case

2.   Plaintiffs will prove that C.A. 20-987 is an exceptional case.

3.   Plaintiffs will seek their costs, expenses, and reasonable attorneys' fees in C.A. 20-987 pursuant to 35 U.S.C. §§ 271(e)(4) and 285.

## II.   ISSUES ON WHICH DEFENDANTS BEAR THE BURDEN OF PROOF

### A.   Invalidity

4.   Defendants bear the burden of proof by clear and convincing evidence on the invalidity of Claim 5 of the '461 Patent. Defendants cannot meet that burden.

5.   Defendants cannot meet their burden of proof with respect to any of their asserted grounds of invalidity. Plaintiffs will, to the extent necessary, introduce evidence to rebut each of Defendants' invalidity contentions, including relating to contentions of obviousness.

6.   Defendants cannot demonstrate by clear and convincing evidence that Claim 5 of the '461 Patent is invalid as obvious in view of one or more of Gobert

'639 patent, Patsalos 1994, Prous, Stables, Noyer, Sharief, Abou-khalil, Löscher, Shorvon, Crawford, Ben-Menachem, Perucca, Burris, Keppra Medical Review, Keppra Label, or Patsalos 2000; in combination with one or more of Olesen, Levin, Albert, Wong, Lolin, Gouliaev, Appleton, Litina, Waterbeemd, Pardridge, GB '692, Glozman, Bobkov, EP '490, WO '683, CA '319, or FDA Guidance.[1]

7.       Defendants cannot demonstrate by clear and convincing evidence that Claim 5 of the '461 Patent is invalid as obvious in view of any of the following combinations of prior art references:

- Keppra Label and/or Noyer in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of GB '692

- Noyer and/or Abou-Khalil in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of CA '319, and further in view of Bobkov

- Noyer and/or Crawford in view of Bobkov, optionally in further view of Gouliaev, and in further view of Levin

8.       Defendants cannot show by clear and convincing evidence that a person of ordinary skill in the art would have been motivated to combine any of the above alleged prior art references in a manner that would render Claim 5 of the '461 Patent obvious.

---

[1] All alleged prior art references are defined in Defendants' Statement of Intended Proofs, Exhibit 14.

9.     Defendants cannot show by clear and convincing evidence that a person of ordinary skill in the art would have had a reasonable expectation of success in obtaining the subject matter claimed in Claim 5 of the '461 Patent based on the disclosures of any of the above alleged prior art.

10.    Defendants cannot show by clear and convincing evidence that a person of ordinary skill in the art would have selected levetiracetam as a lead compound for further development.

11.    Defendants cannot show by clear and convincing evidence that the above alleged prior art would have supplied a person of ordinary skill in the art with sufficient motivation to modify levetiracetam, or any other potential lead compound, to make the claimed compound of Claim 5 of the '461 Patent with a reasonable expectation of success.

12.    In addition, Defendants cannot show that Claim 5 of the '461 Patent is invalid as obvious because objective indicia, including long-felt but unmet need, unexpected results, skepticism, failure of others, and praise, demonstrate that the invention of Claim 5 of the '461 Patent would not have been obvious.

13.    Plaintiffs will demonstrate that the objective indicia have a nexus to Claim 5 of the '461 Patent.

**B.    Other Affirmative Defenses and Counterclaims**

14.    To the extent necessary, Plaintiffs will introduce evidence to rebut any other affirmative defenses and counterclaims presented by Defendants.

## III.    RELIEF

15.    Plaintiffs are entitled to a judgment that Defendants have infringed Claim 5 of the '461 Patent under 35 U.S.C. § 271(e)(2).

16.    Plaintiffs are entitled to a judgment declaring that the manufacture, use, offer for sale, sale, and/or importation of Defendants' ANDA Products would constitute infringement of Claim 5 of the '461 Patent pursuant to 35 U.S.C. § 271.

17.    Plaintiffs will prove that they are entitled to a judgment that Claim 5 of the '461 Patent is not invalid.

18.    Plaintiffs will prove that they are entitled to an order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of any FDA approval of Defendants' ANDAs shall be no earlier than the day after the expiration of the '461 Patent, including extensions and associated exclusivities.

19.    Plaintiffs will prove that they are entitled to a judgment permanently enjoining each Defendant and each Defendant's respective officers, agents, employees, parents, affiliates, and subsidiaries, and all persons in active concert with them, from commercially manufacturing, selling or offering for sale, using, or importing Defendants' ANDA Products until the day after the expiration of the '461 Patent, including any extensions, and from otherwise infringing Claim 5.

20.     Plaintiffs will prove that they are entitled to an award of damages or other relief pursuant to 35 U.S.C. § 271(e)(4)(C), if any Defendant engages in the commercial manufacture, use, offer for sale, sale or importation of its ANDA Product(s), or any product that infringes Claim 5 of the '461 Patent, or induces or contributes to such conduct, prior to the expiration of the '461 Patent, including any extensions.

# EXHIBIT 14

## Defendants' Brief Statement of Intended Proofs

1.      A statement of the primary matters Defendants intend to prove at the trial scheduled to begin on November 14, 2022 is set forth below.  This statement is not exhaustive, and Defendants reserve the right to prove any matters identified in the pleadings, in interrogatory and other discovery responses, in Defendants' expert reports, and in the accompanying statements of the facts and legal issues to be litigated at trial.  Defendants may also provide additional proof to rebut any proof offered by Plaintiffs before and during trial, in response to rulings by the Court, or for other good cause.

## I.      Claim Construction

2.      Defendants intend to offer evidence concerning the plain and ordinary meaning of the terms and/or phrases included in the asserted claim in the context of the asserted patent's specification.

## II.     Defendants' Invalidity Case

### A.      Obviousness of the Asserted Claim of the '461 Patent

3.      Defendants will show, by clear and convincing evidence, that claim 5 of the '461 is invalid under 35 U.S.C. § 103(a), because it would have been obvious as of the effective priority date in view of one or more of Gobert '639 patent,[1]

---

[1] U.S. Patent No. 4,943,639 to Gobert et al.  ("Gobert '639 patent")

Patsalos 1994,[2] Prous,[3] Stables,[4] Noyer,[5] Sharief,[6] Abou-khalil,[7] Löscher,[8]

Shorvon,[9] Crawford,[10] Ben-Menachem,[11] Perucca,[12] Burris,[13] Keppra Medical

---

[2] Patsalos et al., "*Newer Epileptic Drugs Towards an Improved Risk-Benefit Ratio*," Drug Safety, Vol. 11, No. 1, pp. 37-67 ("Patsalos 1994")

[3] Prous et al., "*Levetiracetam*," Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111-113 (1994) ("Prous")

[4] Stables et al., "*Progress report on new antiepileptic drugs – a summary of the Second Eilat Conference*," Epilepsy Research, Vol. 22, pp. 235-246 ("Stables")

[5] Noyer, et al., "*The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*," European Journal of Pharmacology, Vol. 286, pp. 137-146 ("Noyer")

[6] Sharief et al., "*Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy*," Journal of Epilepsy, Vol. 9, PP. 106-112 ("Sharief")

[7] Abou-Khalil et al., "*Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers*," Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 ("Abou-Khalil")

[8] Löscher, et al., "*Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy*," Journal of Pharmacy and Experimental Therapeutics, vol. 284, No. 2, pp. 474-479 ("Löscher")

[9] Shorvon et al., "*Efficacy and Tolerability of Levetiracetam (LEV) as Add-on Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial*," Epilepsia, Vol. 40 (Suppl. 2), 248-249 ("Shorvon")

[10] Crawford et al., "*Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period*," Epilepsia, Vol. 40 (Suppl. 2), 248 ("Crawford")

[11] Ben-Menachem et al., "*Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures*," Epilepsia, Vol. 40 (Suppl. 2), 249 ("Ben-Menachem")

[12] Perucca, "*Drugs Under Clinical Trial*," in: Eadie M.J., Vajda F.J.E. (eds), Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology, Vol 138. Springer, Berlin, Heidelberg ("Perucca")

[13] J.A. Burris, Review and evaluation of pharmacology/toxicology data for levetiracetam, ("Burris")

Review,[14] Keppra Label,[15] Patsalos 2000[16]; in combination with one or more of Olesen,[17] Levin,[18] Albert,[19] Wong,[20] Lolin,[21] Gouliaev,[22] Appleton,[23] Litina,[24]

---

[14] FDA Division of Neuropharmacological Drug Products, Clinical Review of NDA Submission for Kep[p]ra ("Keppra Medical Review")

[15] The 1999 product insert for KEPPRA™ (levetiracetam) ("Keppra Label")

[16] Patsalos, "*Pharmacokinetic profile of levetiracetam: toward ideal characteristics*," Pharmacology & Therapeutics, Vol. 85, pp. 77-85 ("Patsalos 2000")

[17] Olesen *et al.*, "*Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man*," Stroke, Vol. 9, No. 4, pp. 344-349 ("Olesen")

[18] Levin, "*Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability*," Journal of Medicinal Chemistry, Vol. 23, No. 6, 682-684 (1980) ("Levin")

[19] Adrien Albert, "*Selective Toxicity, the physico-chemical basis of therapy,*" 7th ed. ("Albert")

[20] Wong et al., "*Substituent Effects on Partition Coefficient of Barbituric Acids,*" Journal of Pharmaceutical Science, Vol. 77, No. 11, pp. 926-932 ("Wong")

[21] Lolin et al., "*Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: phenytoin*," Epilepsy Research, 19, pp. 99-110 ("Lolin")

[22] Gouliaev and Senning, "*Piracetam and other structurally related nootropics*," Brain Research Reviews, Vol. 19, pp. 180-222 ("Gouliaev")

[23] Appleton et al., "*Lorazepam versus diazepam in the acute treatment of epileptic seizures and status epilecticus*," Developmental Medicine and Child Neurology, Vol. 37, pp. 682-688 ("Appleton")

[24] Hadjipavlou-Litina, "*Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants*," Med. Res. Rev., Vol. 18, No. 2, pp. 91-119 ("Litina")

Waterbeemd,[25] Pardridge,[26] GB '692,[27] Glozman,[28] Bobkov,[29] EP '490,[30] WO '683,[31] CA '319,[32] FDA Guidance.[33]

4.    For example, Defendants will show, by clear and convincing evidence, that claim 5 of the '461 is invalid under 35 U.S.C. § 103(a), because it would have been obvious as of the effective priority date in view of the following exemplary combinations of prior art references:

- Keppra label and/or Noyer in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of GB '692

---

[25] van de Waterbeemd et al., "*Estimation of blood-brain barrier crossing of drugs using molecular size and shape, and H-bonding descriptors*," J. Drug Targeting, Vol. 6, pp. 151-165 ("Waterbeemd")

[26] Pardridge, "*CNS Drug Design Based in Principles of Blood-Brain Barrier Transport*," Journal of Neurochemistry, Vol. 70, No. 5, pp. 1781-1792 (1998) ("Pardridge")

[27] GB 1,309,692, Honore et al., filed on February 13, 1970, published on March 14, 1973 ("GB '692")

[28] Glozman, *et al.*, "*The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides*," translated from KHIMIKO-FARMATSEVTICHESKII ZHURNAL, Vol. 14, No. 11, pp. 43-48 ("Glozman")

[29] Bobkov, et al., "*Pharmacological characteristics of 4-Phenylpiracetam – A new phenyl analog of Piracetam*," Translated from BYULLETEN EKSPERIMENTAL'NOI BIOLOGII I MEDITSINY, Vol. 95, No. 4, pp. 50-53 ("Bobkov")

[30] EP 0154490 B1 ("EP '490")

[31] International application No. PCT/EP98/07383 published as WO 99/25683 ("WO '683")

[32] Canadian Patent Application No. 2,310,319 ("CA '319") is the Canadian application of international application No. PCT/EP/98/07383 published as WO 99/25683.

[33] FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs, 1992 ("FDA Guidance")

- Noyer and/or Abou-Khalil in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of CA '319, and further in view of Bobkov

- Noyer and/or Crawford in view of Bobkov, optionally in further view of Gouliaev, and in further in view of Levin

5.    Defendants intend to prove that a person of ordinary skill in the art would have been motivated to combine these prior art references so as to render claim 5 of the '461 patent obvious.

6.    Defendants will establish that based on these prior art disclosures the person of ordinary skill in the art possessed a reasonable expectation of success in obtaining the subject matter encompassed by claim 5 of the '461 patent.

7.    Plaintiffs bear the burden of production to show that there is a nexus between any alleged objective indicia of non-obviousness and claim 5 of the '461 patent asserted against Defendants. To the extent Plaintiffs' evidence is admissible, Defendants will, to the extent necessary and applicable, introduce evidence to rebut Plaintiffs' evidence regarding any nexus between any alleged objective indicia of non-obviousness and the claimed subject matter of claim 5 of the '461 patent.

8.    Defendants will further rebut Plaintiffs' assertion that objective indicia, including long-felt unmet need, failure of others, unexpected results, praise, and skepticism by Dr. Michel confirm that claim 5 of the '461 patent is not obvious.

## III.   Relief

9.     Defendants will present evidence in support of their request for a declaration under 28 U.S.C. § 2201 that the asserted claim of the '461 patent is invalid under 35 U.S.C § 103(a).

# Exhibit 15

# EXHIBIT 15A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL,<br><br>Plaintiffs,<br><br>v.<br><br>ANNORA PHARMA PRIVATE LTD. et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 20-987 (CFC) (consol.)<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT 15A**

**PLAINTIFFS' MOTION IN LIMINE NO. 1 TO PRECLUDE DEFENDANTS FROM ELICITING TESTIMONY OR OPINION FROM DR. PLEASURE REGARDING THE SELECTION OF A LEAD COMPOUND**

Plaintiffs ask the Court to preclude Defendants from eliciting testimony or any expert opinion from Dr. Samuel Pleasure related to the selection of levetiracetam as a lead compound.

It is indisputable that Defendants bear the burden to establish "by clear and convincing evidence that one of ordinary skill in the art would have had a reason to select" levetiracetam as a lead compound over other compounds disclosed in the prior art. *See Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1354 (Fed. Cir. 2010). However, Defendants failed to disclose Dr. Pleasure's opinion regarding the selection of a lead compound until his ***reply*** report.

Dr. Pleasure did not offer an opinion regarding the selection of a lead compound in his Opening Report regarding invalidity (Ex. 1),[1] nor did he offer any such an opinion in his Rebuttal Report regarding objective indicia (Ex. 2) (not that such an opinion would have been appropriate). *See, e.g.,* Ex. 3 (Pleasure Tr.) at 43:23–44:1, 87:13–23, 281:10–282:11. It was only in his ***Reply*** Report (Ex. 4) and subsequent deposition, that he opined levetiracetam "would have made a sensible choice as lead compound as of the priority date." Ex. 4 (Pleasure Reply Rep.) ¶ 9; *see also id*. ¶¶ 10–26.

---

[1] The copy of Dr. Pleasure's Opening Report attached hereto as Exhibit 1 has been excerpted to remove the portions of that report that Defendants have withdrawn.

As an expert opining on an issue on which Defendants bear the burden of proof, Dr. Pleasure was required to disclose his lead compound opinion in his opening report; saving such material for his reply report was improper. *See* D.I. 99 ¶ 17(a); *cf.* D. Del. R. 7.1.3(c)(2) ("The party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief.").

Defendants' untimely disclosure of Dr. Pleasure's lead compound opinion warrants precluding Dr. Pleasure from offering that opinion at trial. A "party is not allowed to use" information that it fails to disclose in accordance with Rule 26(a)(2), unless its failure was "substantially justified or is harmless." *See* Fed. R. Civ. P. 37(c)(1). Defendants cannot make that showing. *See, e.g.*, *TQ Delta, LLC v. ADTRAN, Inc.*, C.A. No. 14-954-RGA, 2019 WL 4346530, at *1 (D. Del. Sept. 12, 2019) (striking new infringement contentions in an expert report). "To determine whether a failure to disclose was harmless, courts in the Third Circuit consider the *Pennypack* factors: (1) the prejudice or surprise to the party against whom the evidence is offered; (2) the possibility of curing the prejudice; (3) the potential disruption of an orderly and efficient trial; (4) the presence of bad faith or willfulness in failing to disclose the evidence; and (5) the importance of the information withheld." *Id*.

2

Defendants had no justification for withholding Dr. Pleasure's lead compound opinion until his Reply Report. Defendants' other expert, Dr. Lepore, offered his opinions on obviousness based on a lead compound analysis in his opening report, making clear that Defendants could have offered Dr. Pleasure's opinions regarding the selection of the lead compound at the same time. *See* Ex. 5 (Lepore Op. Rep.) at Table of Contents, ¶¶ 234–49. The selection of a lead compound is a critically important issue in a case such as this one where the primary question before the Court is whether Defendants have met their burden of showing that the asserted claim is invalid in light of the prior art. Defendants' unjustified delay in offering Dr. Pleasure's opinion on this important issue caused substantial prejudice to Plaintiffs by preventing Plaintiffs' experts from addressing and rebutting that opinion, as contemplated by the Court's scheduling order.

For the foregoing reasons, Plaintiffs respectfully request that the Court preclude Dr. Pleasure from offering his untimely lead compound opinion at trial.

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UCB, INC. and UCB BIOPHARMA SRL,  )
                                                     )
Plaintiffs,  )
                                                     )
v.  )        C.A. No. 20-987 (CFC)
                                                     )        (Consolidated)
ANNORA PHARMA PRIVATE LIMITED, et  )
al.,  )
                                                     )
Defendants.  )

## OPENING EXPERT REPORT OF SAMUEL PLEASURE, M.D., PH.D.

i

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ................................................................................. 1

II.   BACKGROUND AND EXPERT QUALIFICATIONS ............................ 2

III.  PRIOR TESTIMONY AND COMPENSATION ................................... 6

IV.  SUMMARY OF OPINIONS ................................................................ 6

V.   MATERIALS CONSIDERED ............................................................. 7

VI.  LEGAL PRINCIPLES ........................................................................ 7

    A.    Written Description ................................................................ 8

    B.    Enablement ............................................................................ 9

    C.    Indefiniteness ...................................................................... 10

VII.  The '461 Patent ............................................................................... 10

    A.    Asserted Claims of the '461 patent ..................................... 10

    B.    The Specification of the '461 Patent ................................... 11

        1.    Treatment for variety of conditions and diseases ..................................... 11

        2.    Activity and properties of the active compounds ..................................... 12

        3.    Treatment (dosage range and regimens) ................................................. 13

        4.    The Examples ....................................................................... 13

        5.    The Priority Date of the '461 Patent ...................................... 15

VIII. PERSON OF ORDINARY SKILL IN THE ART ............................... 15

IX.  BACKGROUND OF THE CLAIMED INVENTION.......................... 16

    A.    Epilepsy and Antiepileptic Drugs ("AEDs") ...................... 16

    B.    Animal Models for Preclinical Testing of Antiepileptic Candidates.................. 18

    C.    Levetiracetam Was Known in the Art as an AED................ 20

    D.    Etiology and Treatment of the Conditions Referenced in the Asserted Claims 2-4 .................................................................. 27

X.   BRIVIACT'S USE IN EPILEPSY ................................................... 29

XI.  INVALIDITY OF THE ASSERTED CLAIMS UNDER SECTION 112 ...... 29

    A.    Written Description ............................................................. 29

1.      The methods described in the specification of the '461 patent do not indicate the inventors possessed the claimed invention...........................29

                a.      Activity with respect to the Claimed Conditions.........................29

                b.      "Effective Amount" and "Therapeutic Dose" for the Claimed Conditions....................................................................................33

        B.      Enablement....................................................................................34

XII.    CLAIMS 2 IS INVALID FOR INDEFINITENESS.......................................43

XIII.   CONCLUSION .............................................................................................45

## I.   INTRODUCTION

1.     I, Samuel Pleasure, MD, Ph.D., hereby submit this expert report on behalf of

Annora Pharma Private Ltd. ("Annora"), Apotex Inc. and Apotex Corp. (collectively, "Apotex"),

Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively, "Aurobindo"), Lupin

Ltd. ("Lupin"), MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively,

"MSN") (all collectively, "Defendants") in the above-captioned consolidated litigation.

2.     I understand that this litigation has been brought by Plaintiffs UCB, Inc. ("UCB")

and UCB Biopharma SRL ("UCB Biopharma") (collectively, "Plaintiffs"), makers of the

branded pharmaceutical product BRIVIACT®.  The active ingredient in BRIVIACT® is

brivaracetam.  I understand this litigation generally pertains to a patent listed in the Orange Book

for BRIVIACT®, U.S. Patent No. 6,911,461 ("the '461 patent," or "the patent-in-suit"). The '461

patent generally relates to 2-oxo-1-pyrrolidine derivatives that may be used to treat neurological

disorders such as epilepsy.

3.     I have been asked to provide my expert opinion relating to the state of the art to

which the claims of the '461 patent pertain, and to provide the bases and reasons supporting my

opinions.  I have also been asked to give my opinion regarding (1) whether a person of ordinary

skill in the art ("POSA") would consider the inventors as of the priority date to have been in

possession of the claimed invention based on the patent specification of the '461 patent and (2)

whether the written description of the patent would have enabled a POSA to make and use the

claimed invention without undue experimentation.

4.     If asked to testify at trial, I expect to testify about the matters and opinions set

forth in this report, including but not limited to: my background, qualifications, and experience; a

technical background, including the state of relevant art; my understanding of the pertinent legal

standards; whether the Asserted Claims are invalid; and other issues related to the Asserted Claims.

5.     My opinions in this report are based upon the information I have received and reviewed so far.  I reserve the right to supplement or modify my opinions or this report in light of additional information provided by the parties and/or the Court, to respond to opinions/arguments made by the parties or their witnesses, to address issues that may arise at trial, or in order to clarify the information provided herein.

6.     I may rely on demonstrative exhibits at trial to assist in explaining my trial testimony.

## II.      BACKGROUND AND EXPERT QUALIFICATIONS

7.     I am a tenured full professor of Neurology at University of California San Francisco ("UCSF") School of Medicine, where I lead a team of researchers on projects related to the regulation of forebrain development, organization and function.  This work focuses on the developmental processes that give rise to brain malformations that are similar to those predisposing patients to epilepsy and also to understanding the molecular control of changes in the brain associated with the occurrence of seizures.  My research group utilizes a broad array of techniques to understand these processes in the normal developing state as well as in animal models with developmental anomalies.  In addition, my laboratory pursues studies to identify autoantibodies associated with neurologic disorders including syndromes associated with seizures, psychosis, abnormal movements, neurodegeneration and memory disturbances and to understand the pathophysiology of these autoimmune autoantibody-associated brain disorders.  During the course of my research career I have published several papers using animal models of seizures or epilepsy and many additional articles on understanding brain malformations similar to those that underlie human conditions associated with seizures and epilepsy.

8.      I am also an attending physician in the UCSF Multiple Sclerosis Center, where I manage Multiple Sclerosis patients, make primary diagnosis, provide second opinions about diagnosis, make suggestions about medications to outside physicians, among other activities.  As a part of the scope of this MS clinical care I commonly manage patients with neuropathic pain, increased motor tone, sensory disturbances and seizures.

9.      I am also a consult neurology attending physician at San Francisco General Hospital where I supervise residents and students, evaluate and manage patients with traumatic brain injury, neck/back injuries, confusion, seizures, status epilepticus, meningitis, encephalitis, stroke, movement disorders, migraine etc.  While at San Francisco General Hospital I also attend in an outpatient general neurology clinic where I perform these activities in an outpatient setting. Together, my clinical time in the MS Clinic and at San Francisco General Hospital comprise about 20% of my time.

10.     My clinical expertise in the care of epilepsy patients comes from a number of my past and ongoing experiences as a clinician.  During neurology residency I developed experience in the care of neurology patients suffering from seizures and epilepsy in both the inpatient and outpatient setting.  After my residency and research fellowship I served as an attending physician in the specialty Epilepsy Clinic at UCSF until 2008.  During that time I attended a weekly clinic and clinic conference where I evaluated and managed epilepsy patients, adjusted their anti-epileptic medications and discussed ongoing clinical trends in epilepsy care.  In this clinic I evaluated patients newly diagnosed with seizures as well as complex refractory epilepsy patients and provided second opinions regarding the care of patients referred by community neurologists. I also supervised and trained residents and clinical fellows in their care of epilepsy patients. From 2008 onward, my outpatient efforts switched primarily to care of MS patients in the MS

clinic at UCSF, where I developed additional expertise in the care of patients with neuropathic pain and head pain syndromes commonly seen in MS.  I also continued to attend as a consult attending at San Francisco General Hospital (I have attended there for over 20 years).  San Francisco General Hospital is a busy city hospital and has the most active emergency room in San Francisco.  There I continued to have extensive opportunities to manage patients with epilepsy – there I am commonly called on to provide advice on the care of patients with epilepsy associated with head trauma, co-morbid psychiatric disease, infectious processes, brain tumors, strokes, etc and I also am commonly called on to provide advice on management of patients with status epilepticus.

11.     I obtained my bachelor's degree in Biology and Medieval Studies from the University of Pennsylvania in 1986 and my M.D. and Ph.D. in Neuroscience from the University of Pennsylvania in 1993.  The focus of my Ph.D. research was to understand control of post-translational processing of cytoskeletal proteins of the central nervous system and their contribution to abnormal structures formed by these proteins in neurodegenerative diseases.  In particular, I developed new cell-based models for the study of these processes in human neurons in cultures produced from human neural stem cells.  These studies also led to my increasing interest in understanding how development of the brain is associated with neurologic diseases.

12.     From 1993-1994, I was an internal medicine Intern at the University of Pennsylvania affiliate Graduate Hospital.  From 1994-1997, I trained at UCSF as a Resident in neurology serving as Chief Resident in my final year.  From 1997-2000, I trained as a research fellow in neuroscience at UCSF supported by the HHMI Physician Postdoctoral Fellowship Program.  My studies during those years included identifying a new genetic model of temporal lobe epilepsy in mice.

13.     I obtained my medical license from California in 1995, and my board certification in neurology from the American Board of Psychiatry and Neurology in 1999.  I currently maintain my certification in neurology with my last ten-year recertification completed in 2019.

14.     I am a member of the American Academy of Neurology, am a Fellow of the American Neurological Association and a member of several other scientific organizations.

15.     I have received many postgraduate honors and awards, for example, the Howard Hughes Postdoctoral Fellowship for Physicians, the Burroughs Wellcome Fund Career Award, and the John Merck Fund Scholar Award.  I was named the inaugural Glenn W. Johnson Jr. Memorial Endowed Chair in Neurology at UCSF.  I served on the Board of Directors of the American Neurological Association and was the Chair of the ANA's Scientific Program Advisory Committee.  I have served as Reviewing Editor for the Journal of Neuroscience and am currently the Neurological Reviews Editor for JAMA Neurology.  In addition, my research has been funded continuously by the NIH for over 20 years and by a number of private funding entities.

16.     I have published more than 100 peer-reviewed articles, more than 25 review articles, and nine books or book chapters in the field of neurology.  I have also been invited to present at various seminars and meetings around the world.

17.     I am also an active participant in the scientific review of grants and manuscripts with relevance to neurology in general but also to epilepsy in particular having served on many grant review panels for the National Institutes of Health, the National Multiple Sclerosis Society and CURE Epilepsy, a major foundation that funds research on epilepsy.

18.     My full background and qualifications, including a list of my publications are described in my *curriculum vitae*, attached as **Exhibit A**.

### III.    PRIOR TESTIMONY AND COMPENSATION

19.    I have testified as an expert in a deposition and/or at trial in the following matters:

- USA (and multiple states); ex rel Charles Arnstein and Hossam Senousy v Teva (Civil Action No. 13 Civ. 3702 (CM)) deposition

- Jeffrey Jarvis v Kaiser – deposition, arbitration hearing, medicolegal case

- USA et al; ex rel Michael Bawduniak v Biogen (Civil Action No 12-10601-IT) deposition

- Michael Snyder v. Virginia Mason Medical Center et al, Case No 19-2-06639-3 Seattle, WA deposition

- William Gaskin and Kathy Bonsall vs. Christus St. Patrick Hospital, et al, Case No 2019-1789 Lake Charles, LA deposition and testimony at trial

20.    For my work in this litigation, I am being compensated at my customary rate of $800.00 per hour, plus expenses.  No part of my compensation depends on the substance of my opinions, testimony at deposition or trial, or the outcome of this litigation.

### IV.    SUMMARY OF OPINIONS

21.    It is my opinion that Claims 2-4 of the '461 patent fail to meet the written description requirement and further, are not enabled by the specification and examples contained in the patent.  The patent fails to address the efficacy of the compound of claim 1 in the vast number and diversity of disease states to which these claims are directed, and gives no dosing guidance to achieve therapeutic efficacy or any indication of what is meant by that phrase.  The patent fails to enable Claims 2-4 in light of the lack of any guidance offered for most of the distinct conditions claimed, each of which requires taking into consideration multiple factors, requiring a person of ordinary skill in the art to undertake significant experimentation to determine efficacy and dosing of the compound for each of the claimed diseases, as well as any evidence showing that the drug can, in fact, effectively treat all of those conditions.  Lastly, Claim 2 of the '461 patent is indefinite because the term "effective amount" is not directed to any specific condition, and among the

6

variety of conditions "effective amount" will vary, both in amount and what it means to be "effective."

## V.  MATERIALS CONSIDERED

22.     In addition to relying on my extensive knowledge, education, and experience in the field, I considered the materials listed in **Exhibit B**, including but not limited to: the '461 patent; documents produced by parties to this litigation; relevant prior art to the '461 patent; portions of the deposition transcript of Henrik Klitgaard, Ph.D. dated December 8, 2021, among other information.  The facts and opinions set forth in this report are based upon the information I reviewed and upon my over 25 years of education and experience in the field of neurology.

23.     I reserve the right to rely upon any additional information or materials that may be provided to me, that are relied upon by any of Plaintiffs' experts or other witnesses, or that are developed prior to or during trial.

## VI.  LEGAL PRINCIPLES

24.     I am neither an attorney nor an expert in patent law.  Counsel for Defendants have informed me of the following legal principles.  I have relied upon and applied these legal principles in forming my opinions set forth in my report.  The discussion of legal principles set forth below is not intended to be exhaustive and is merely intended to provide some context for the opinions in my report that follow.

25.     I understand that a patent's claims define the scope of the alleged invention and exclusionary rights claimed by the patent owner.  For a patent claim to be valid, it must inform a POSA, defined below) about the scope of the invention with reasonable certainty and cover subject matter that is new, useful, and not obvious in light of the prior art, and is adequately described and enabled in the patent specification.  I have been further advised that patents are presumed valid, but can be shown invalid by, among other things, clear and convincing evidence

that what is claimed is obvious over the prior art or an obvious variation of earlier known subject matter.  I understand that evidence is sufficiently clear and convincing if it leaves the fact finder with a definite and firm belief in the truth of a fact.

26.    It is my understanding that an invention is patentable only if it would have been novel and nonobvious in view of the information that preceded the invention and was available in the field of the invention at the time of the invention, also known as the "prior art."  I understand that prior art may be, among other things, a patent or patent application publication, a scientific publication, an invention, a public statement, or a product.  I understand that a POSA is presumed to have knowledge of the pertinent prior art to the field of the claimed invention.

## A.  Written Description

27.    I understand that Section 112 of the Patent Act requires that the specification of a patent application provide a description that reasonably conveys to those skilled in the art that the inventor had possession of the claimed subject matter as of the priority date, which is known as the "written description" requirement.  I understand that the written description requirement is an objective inquiry and that the inventor's "possession" of the invention must be shown within the confines of the patent specification.

28.    I have been informed that what is required to meet the written description requirement varies with the nature and scope of the invention at issue, and with the scientific and technologic knowledge already in existence.  I understand courts consider a number of factors for evaluating the adequacy of the disclosure, including:

       a.   the existing knowledge in the particular field;

       b.   the extent and content of the prior art;

       c.   the maturity of the science or technology; and

       d.   the predictability of the aspect at issue.

205, 207, 209, 211, 212, 213, 214, 215, 219, 221, 222, 223, 224, 226, 228, 229, 234, 250, 251,

252, 264, 265, 267 AA 1, AA 2, AA 3, AA 4 and AA 5." '461 patent at 86:52-88:4.  Example 9

is not disclosed in GB '297.

43.    For each compound number, the '461 patent specification describes them by their

IUPAC chemical names, configuration data, synthesis, melting point, LC/MS and/or RMN data;

and compounds numbered AA1 – AA5 by their IUPAC chemical names, configuration data,

LC/MS and/or GC/MS data.  '461 patent at 70:40-85:35.

### 5.  The Priority Date of the '461 Patent

44.    I understand that written description and enablement requirements are evaluated

based on the application to which the inventors claim priority.  I am informed that for the

purpose of 35 U.S.C. § 112, plaintiffs claim priority to British Patent Application No. 0004297

filed on February 23, 2000, for each of the asserted claims of the '461 patent.

### VIII.   PERSON OF ORDINARY SKILL IN THE ART

45.    I understand that patent claims should be interpreted from the perspective of a

POSA as of the priority date of the claimed invention, which I understand to be February 23,

2000.

46.    I understand that a POSA is a hypothetical person who is presumed to have

knowledge of the relevant art as of the priority date.  I understand a POSA is considered to have

normal skills and knowledge in the particular field that is the subject of the claimed invention.

Further, I understand that a POSA is a person of ordinary creativity and is not an automaton.  I

understand that several factors can be used to determine appropriate level of ordinary skill in the

art, including considerations such as (1) the type of problems encountered in the art; (2) the prior

art solutions to those problems; (3) the rapidity with which innovations are made; (4) the

sophistication of the technology; and (5) the educational level of active workers in the field.

47.     It is my opinion that given the subject matter of claims 2-4 of the '461 patent, a POSA with respect to those claims of the '461 patent would have had either a medical degree and at least three years of experience treating patients with one or more of the medical conditions to which claims 2-4 are directed, or a doctorate degree in chemistry, medicinal chemistry, organic or synthetic chemistry, or a related discipline, and around 2-3 years in the synthesis, research and development of compounds for treating neurological conditions.  Alternatively, the POSA may have had a lesser post-graduate degree in one of those fields, with four or more years of experience in the same areas.  A POSA would have had knowledge and experience and/or worked with a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with advanced degrees and/or experience in clinical medicine pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry, related to research and development of drug products and formulations, including preclinical and clinical research.

## IX.     BACKGROUND OF THE CLAIMED INVENTION

### A.  Epilepsy and Antiepileptic Drugs ("AEDs")

48.     Epilepsy—the tendency to have recurrent, spontaneous seizures—is a common and important medical problem.  "With a prevalence of approximately 5 cases per 1000 of the population, active epilepsy can be considered to be one of the most common serious neurological conditions."  Patsalos 1994[1] at 38; Gower[2] at 193.  Seizures are classified as to whether their onset is partial (focal) or generalized.    Merritt's[3] at 846.  Partial seizures are subcategorized into

---

[1] Patsalos et al., "*Newer Epileptic Drugs Towards an Improved Risk-Benefit Ratio*," Drug Safety, Vol. 11, No. 1, pp. 37-67 (1994) ("Patsalos 1994").

[2] Gower et al., "*ucb L059, a novel anti-convulsant drug: pharmacological profile in animals*," European Journal of Pharmacology, Vol. 222, pp. 193-203 (1992) ("Gower").

[3] Merritt's Textbook of Neurology, Ninth Edition, edited by Lewis P. Rowland, Chapter 137 (1995) ("Merritt's").

simple (without loss of awareness) and complex (with loss or blunting of awareness).  Merritt's*;* Merritt's at Table 137-1.  Generalized tonic-clonic (grand mal) seizures constitute the most popularly held picture of epilepsy, with falling, stiffening and jerking, accompanied by loss of consciousness, and sometimes bladder incontinence. Grand mal seizures may be primarily (i.e., initially) generalized in the cortex or they may be secondarily generalized (spread of a focal onset seizure).  Other types of primarily generalized seizures include absence spells (brief, few second long losses of awareness) and generalized myoclonic seizures.  Merrit's, Chapter 137. The classes of primary generalized seizures usually are accompanied by generalized EEG patterns that arise all over the cortex at once, while secondarily generalized seizures (focal onset) may show spread on an EEG to involve the entire cortex (although this can be difficult to document).  Many of these seizure types can be grouped into epilepsy syndromes of various types.

49.     By 1994, the prior art disclosed that the then available antiepileptic drugs, when used as monotherapy regiments, could "render approximately 80% of newly diagnosed patients seizure free."  Patsalos 1994 at 38.  For the remaining patients with refractory epilepsy, the then available treatments were "unsatisfactory" because they could not adequately control seizures, or because of "intolerable" adverse side effects, narrow therapeutic ratios, development of tolerance and enzyme induction.   Patsalos 1994 at 38.  However, the prior art disclosed that "new AEDs commercialized since 1990 [were] improving the clinical outlook for many patients."  White[4] at Summary.

---

[4] White, "*Clinical Significance of Animal Seizure Models and Mechanism of Action Studies of Potential Antiepileptic Drugs*," Epilepsia, Vol. 38 (Suppl. 1), pp. S9-S-17 (1997) ("White").

50.    The efficacy of an anti-epileptic drug is based essentially on the following criteria: (i) the number of patients in a trial that become seizure free; (ii) the percentage reduction in seizure frequency (frequently considered as the percentage with at least 50% reduction in seizure frequency); (iii) the duration of seizure-free periods; (iv) an improvement in seizure severity; (v) an improvement in seizure type; and (vi) the duration of acceptability of the drug by the patient.  Patsalos 1994 at 41.

51.    By mid-1990s, "new antiepileptic drugs [would] undergo extensive prospective evaluation to obtain significant information and clinical experience in relation to their mechanisms of action, pharmacokinetics, efficacy and adverse effects."  Patsalos 1994  at 43.

### B.  Animal Models for Preclinical Testing of Antiepileptic Candidates

52.    Animal models for seizures and epilepsy have played a fundamental role in advancing our understanding of the basic mechanisms underlying ictogenesis and epileptogenesis and have been instrumental in the discovery and preclinical development of AEDs.

53.    The prior art disclosed several preclinical animal models for testing antiepileptic drug candidates.  "The maximal electroshock (MES) test, the subcutaneous pentylenetetrazol (scPTZ) test, and the electrical kindling model represent[ed] the in vivo systems most commonly employed in the search for effective AEDs."  White at S10.

54.    It was hypothesized that the MES test identified agents with activity against generalized tonic-clonic seizures, whereas the scPTZ test identified compounds effective against generalized absence and myoclonic seizures.  White at S10; Klitgaard[5] at Abstract.

---

[5] Henrik Klitgaard, "*Evidence for a unique profile of levetiracetam in rodent models of seizures and epilepsy*," European Journal of Pharmacology, Vol. 353, pp. 191-206 (1998) ("Klitgaard").

18

55.     Audiogenic seizures in mice was another known model for generalized tonic-clonic seizures, and several strains of mice were bred for a propensity for audiogenic seizures. The prior art disclosed that this model was used "widely for routine screening."  Gower at 200. For example, it was known that audiogenic seizures could be prevented by phenytoin or phenobarbital, or valproic acid.

56.     One of the known models for complex partial seizures was the kindling model. The kindling model assessed the capacity of a drug to limit focal (and secondarily generalized) seizures originating from the amygdala or other specific limbic brain regions after stimulation by repeated subthreshold exposures to a proconvulsant treatment (e.g. direct electrical stimulation by implanted electrodes in the amygdala), and was considered a useful model for identifying activity against complex partial seizures.  Further, fully amygdala-kindled rats were suggested to "mimic complex partial seizures with secondary generalization in man."  Klitgaard at 203.

57.     The prior art taught that kindling represented "an animal model of epileptogenesis, and inhibition of the development of kindling can be used to identify antiepileptic drugs with potential antiepileptegenic effects."  Klitgaard at 204; Löscher[6] at 477. The term "antiepileptogenic" was known to refer to "inhibition of processes underlying the development of the epileptic condition," whereas "anticonvulsant" refers to "inhibition of seizures in an epileptic condition."   Löscher at 477-478.

58.     Genetic Absence Epilepsy Rats from Strasbourg (GAERS) are a strain of Wistar rats that was originally bred in Strasbourg.  These animals are generally accepted as an experimental animal model of human absence seizure (a distinct type of primary generalized

---

[6] Löscher, et al., "*Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy*," Journal of Pharmacy and Experimental Therapeutics, vol. 284, No. 2, pp. 474-479 (1998) ("Löscher").

seizure).  GAERS represent a useful animal model for the evaluation and development of new

AEDs, as it is known that drugs that are effective against human absence seizures also exhibit

dose-dependent effects in GAERS.

59.     I understand that UCB's corporate designee, Dr. Klitgaard, testified that the

amygdala kindling rat model and the GAERS model have "high predictability," that the

pharmacology profile obtained using the amygdala kindling rat model and the GAERS model

mimics clinical data, for example, "if there is activity is the amygdala kindling rat model, then

you would [have] a relevant treatment for focal onset seizures," and "if you have activity in the

GAERS rates," that "would also be relevant for treating absence epilepsy and likely other genetic

epilepsies."  Klitgaard Tr. at 49:15-53:6.  I agree.  Dr. Klitgaard also testified that the success

rate in developing epilepsy candidates is higher compared to other diseases (33% v. 10% NDA

approval for phase 1 candidates) because of the availability of these predictable models in the

field of epilepsy drug development.  Klitgaard at 53:5-18.  I agree.

## C.  Levetiracetam Was Known in the Art as an AED

60.     Levetiracetam, or ucb L059, was known as an analogue of piracetam, "a drug

widely used on account of its purported beneficial effects on cognition in the elderly."  Gower at

193.  After a "[r]outine screening" of levetiracetam in the audiogenic seizure prone mouse

showed "potent anticonvulsant activity," levetiracetam was tested in a wide range of

anticonvulsant tests in mice and rats.  Gower at 193.

61.     The prior art disclosed levetiracetam exerted "potent anticonvulsant effects."

Prous[7] at 112.  For example, in the audiogenic seizure assay in mice, levetiracetam protected

[7] Prous et al., "*Levetiracetam*," Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111-113 (1994) ("Prous").

against both tonic and clonic convulsions in a dose dependent manner.  Prous at 112.; Noyer[8] at

137 ("levetiracetam exerts anticonvulsant effects within the range of 5.0-30.0 mg/kg, in a variety

of generalised seizure models, including tonic and clonic audiogenic seizures in mice, tonic

seizures in the maximum electroshock seizure test in mice and tonic seizures induced in rodents

by a variety of chemoconvulsants including pentylenetetrazole, picrotoxin and N-methyl-D-

aspartate (NMDA).").

62.     Similarly, Gower reported that levetiracetam "prevented audiogenically elicited

seizures in genetically susceptible mice reduced electrically induced convulsions and protected

against the convulsant effects of a variety of chemoconvulsants, including systemically injected

PTZ, bicuculline and picrotoxin and centrally injected NMDA," "retarded the development of

kindling induced in mice by subthreshold doses of PTZ," and "reduce[d] the SWD observed on

the EEG after injection of PTZ (25 mg/kg).  Gower at 201.  Based on the data, Gower concluded

that levetiracetam

> is an anticonvulsant compound which merits further investigation. It is active
> orally, in at least two species, in a wide range of models. Its profile of action is
> unique, having features in common with several different types of antiepileptic
> drugs, thus supporting its potential as a broad-spectrum anticonvulsant agent. Its
> particular activity against epileptogenesis and against SWD suggests specific
> actions typical of clonazepam and sodium valproate. Finally, its low neurotoxicity
> indicates a powerful advantage over existing therapy.

Gower at 202.

---

[8] Noyer, et al., *The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*," European Journal of Pharmacology, Vol. 286, pp. 137-146 (1995) ("Noyer").

63.     Further studies showed that levetiracetam "exert[ed] anticonvulsant effects against both tonic and clonic seizures in rodents."  Löscher 1993[9] at 156. In addition, levetiracetam was noted to have significant activity against the generalized epileptiform discharges induced by photic stimuli in patients with photosensitive epilepsy (photic driving is most commonly seen in patients with primary generalized epilepsy syndromes).  Trenité.[10]

64.     Thus, it was known that levetiracetam showed a "unique profile of action incorporating features in common with a wide range of [then] available antiepileptic drugs;" and had "minimal adverse effects and a high therapeutic index;" showing "very encouraging," preliminary results, "with significant efficacy in patients with complex partial seizures." Patsalos 1994 at 57-58;  Noyer at 138 (explaining that the available data showed "the anticonvulsant profile of levetiracetam is unique as it displays a broad spectrum of action, incorporating features in common with several different types of antiepileptic drugs;" that unlike "all standard antiepileptic drugs," "it displays a particularly high therapeutic index;" and "in contrast to most clinically established antiepileptic drugs, levetiracetam appears to be free of adverse cognitive effect.");  Klitgaard at Figure 4 (comparing the safety margin of levetiracetam with established and new AEDs in corneally kindled mice);  Gower at 193 ("The results confirm that ucb L059 has a broad spectrum of potent anticonvulsant activity with a very wide safety margin between pharmacologically active doses and those causing neurotoxicity or adverse side-effects."), Klitgaard. at 200; Löscher 1993 at 157 ("In contrast to clinically established

---

[9] Löscher, et al., "*Profile of ucb L059, a novel anticonvulsant drug, in models of partial and generalized epilepsy in mice and rats*," European Journal of Pharmacology, Vol. 232, pp. 147-158 (1993) ("Löscher 1993").

[10] Trenité et al., "*Photosensitive epilepsy: a model to study the effects of antiepileptic drugs. Evaluation of the piracetam analogues, levetiracetam*," Epilepsy Research, Vol. 25, pp. 225-230 (1996) ("Trenité").

antiepileptic drugs, which are less potent against amygdala-kindled seizures than MES [], ucb L059 exerted more potent effects in the kindling model than in the MES test, suggesting that ucb L059 is particularly effective against partial seizures," and that "the therapeutic index of ucb L059 is extraordinarily high.").

65.    Additionally, it was known that the anticonvulsant activity of levetiracetam is exerted through a unique homogenous population of binding sites in the brain, referred to as the levetiracetam binding site (LBS).  Noyer at 137, 138.  The levetiracetam binding site was shown to be preferentially localized on synaptic plasma membranes.  Noyer at 144.

66.    In addition to being disclosed as "an interesting novel drug for symptomatic treatment of epilepsy," levetiracetam was also suggested as suitable for "pharmacological prevention of this disease in patients with a high prospective risk of the development of epilepsy."  Löscher at Abstract; Noyer at 137 (explaining that levetiracetam is a "broad-spectrum anticonvulsant agent, with potential antiepileptogenic and antiabsence activity and a unique safety profile.").

67.    Clinical studies of healthy volunteers showed that levetiracetam was well tolerated in a single dose of 5,000 mg and repeated doses as high as 1,500 mg/day with no adverse neuropharmacological or cardiovascular effects.  Sharief[11] at 106.

68.    By 1994, levetiracetam was in phase II trials in Europe, where it was being developed for the treatment of both epilepsy and anxiety.   Prous at 113; Noyer at 137 (disclosing that levetiracetam was in phase II clinical trials for treating patients with epilepsy).

---

[11] Sharief et al., *Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy*," Journal of Epilepsy, Vol. 9, pp. 106-112 (1996) ("Sharief").

69.     The prior art also disclosed data from various levetiracetam clinical trials.  The data showed that levetiracetam was an orally active substance with antiepileptic activity "reported to be undiminished after chronic administration."   Sharief at 106.  For example, Sharief disclosed results from a clinical trial of levetiracetam administering ascending doses from 500 to 2000 mg per day to patients with epilepsy.  Sharief at 107.  Based on the data, Sharief concluded that levetiracetam "is an effective drug in the long-term management of patients with intractable partial epilepsy."  Sharief at 112; Stables[12] at 239 ("Early open Phase 2 studies suggest[ed] that ucb L059 is active in resistant patients with a variety of seizure types.  In a single blind trial including highly refractory patients, ucb L059 produced a significant reduction in seizure frequency.").

70.     As another example, Trenité disclosed results from investigating levetiracetam in photosensitive patients in the "photo sensitive model," an early phase II study, and concluded that "levetiracetam showed a clear antiepileptic effect in the photosensitivity model."   Trenité at Abstract; Trenité at 229 ("In 9 of the 12 photosensitive patients (75%) a clear suppression or abolishment of IPS evoked photoparoxysmal EEG response was found after intake of a single oral dose of levetiracetam.  This effect appeared to be dose-related with a maximum effect at 750-1000 mg (6 out of 7 patients).")

71.     As another example, Abou-Khalil[13] disclosed results from pooling data from two centers participating in an add-on, open-label, extension trial of levetiracetam (i.e., ucbL059). Based on the disclosed results, Abou-Khalil concluded that "ucbL059 appears to be an effective

---

[12] Stables et al., "*Progress report on new antiepileptic drugs – a summary of the Second Eilat Conference*," Epilepsy Research, Vol. 22, pp. 235-246 (1995) ("Stables").

[13] Abou-Khalil et al., "*Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers,*" Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 (1996) ("Abou-Khalil").

and well tolerated adjunctive agent in the treatment of refractory partial onset seizures." Abou-Khalil at Conclusion.

72.     Additional results from levetiracetam clinical trials were published by 1999. For example, Shorvon[14] disclosed clinical data regarding efficacy and tolerability of levetiracetam as add-on treatment in refractory epileptic patients with partial onset seizures and explains their data showed "a significant superiority" of levetiracetam over placebo in reducing the weekly seizure frequency when administered at two doses of 500 mg b.i.d. and 1 g b.i.d. in a transition period following the first period of trial during which patients were up-titrated or down-titrated from their previous dose. Shorvon. Further, Shorvon taught that both doses "appeared to be well tolerated." Shorvon at 248, 249.

73.     Based on other clinical testing data, Crawford[15] concluded that levetiracetam "can be given at an effective dose without any up-titration period," supporting "other studies demonstrating the efficacy of [levetiracetam] as add-on treatment for refractory partial epilepsy" and further suggesting "efficacy for refractory generalized epilepsy." Crawford.

74.     Ben-Menachem[16] disclosed data from testing levetiracetam as an add-on treatment to evaluate the efficacy and tolerability of levetiracetam for patients with complex partial seizures and evaluated the efficacy and tolerability of levetiracetam monotherapy in those

---

[14] Shorvon et al., "*Efficacy and Tolerability of Levetiracetam (LEV) as Add-on Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial,*" Epilepsia, Vol. 40 (Suppl. 2), 248-249 (September 13, 1999) ("Shorvon").

[15] Crawford et al., "*Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period,*" Epilepsia, Vol. 40 (Suppl. 2), 248 (September 13, 1999) ("Crawford").

[16] Ben-Menachem et al., "*Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures,*" Epilepsia, Vol. 40 (Suppl. 2), 249 (September 13, 1999) ("Ben-Menachem").

patients having experienced improved seizure control under add-on treatment.  Ben-Menachem. The results were "consistent with other studies" and further showed levetiracetam maintained efficacy during a monotherapy period.  Ben-Menachem at Conclusion.

75.    Perucca summarized the data from two separate multi-center parallel-group placebo-controlled add-on trials in Europe and the United States:

> A *significant reduction* in the frequency of refractory partial onset seizures has been demonstrated in two separate multicentre parallel-group placebo-controlled add-on trials in Europe and the United States … In the European trial, the proportions of patients achieving a greater than 50% seizure reduction during treatment with levetiracetam 1000 and 2000 mg/day were 23% ($n = 101$) and 31% ($n = 98$) respectively, compared with 11% ($n = 107$) among patients given placebo … In the United States trial a 50% reduction in seizure frequency occurred in 39% of 101 patients given 3000 mg daily, in 32% of 98 patients given 1000 mg daily and in 10% of 95 patients given placebo … Remarkably, 8% of patients assigned to the 3000mg group were *completely free from seizures* over the entire 14-week evaluation period, while none of the patients taking placebo was seizure-free.

Perucca[17] at 519 (emphasis added).

76.    The prior art thus disclosed levetiracetam as a potent and orally bioavailable antiepileptic drug and taught that "[t]he patient-friendly pharmacokinetics of levetiracetam offer a safe therapeutic strategy for the clinical management of patients with epilepsy."  Patsalos 2000[18] at 84.

77.    I understand that the U.S. Food and Drug Administration (FDA) approved levetiracetam on November 30, 1999.  The FDA approved levetiracetam "as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy," under the brand name Keppra, in 250 mg, 500 mg and 750 mg tablets for oral administration.  Keppra Label at 5, 12.  Keppra's

---

[17] Perucca, "*Drugs Under Clinical Trial*," *in*: Eadie M.J., Vajda F.J.E. (eds), Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology, Vol 138. Springer, Berlin, Heidelberg (1999) ("Perucca").

[18] Patsalos, "*Pharmacokinetic profile of levetiracetam: toward ideal characteristics*," Pharmacology & Therapeutics, Vol. 85, pp. 77-85 (February 2, 2000) ("Patsalos 2000").

prescribing information disclosed that daily doses of 1000 mg, 2000 mg, and 3000 mg, given as twice a day dosing, were shown to be effective in clinical trials.  Keppra Label at 21.

78.     Defendants have asked whether the Keppra Label would have been publicly available before February 23, 2000.  Based on my experience as a clinician, and the evidence I have considered, it is my opinion that the Keppra Label was publicly available before February 23, 2000.  For example, documents produced by UCB in this case indicate that Keppra was "introduced as add-on treatment of refractory partial epilepsy in adults during the 1990s." UCB_BRIV_00236068; UCB_BRIV_00258358 (indicating that Keppra was launched in 1999); Klitgaard Tr. at 123:22-125:1, 125:13-20.  Based on this, the Keppra Label, including Keppra's prescribing information would have been publicly available to any clinician interested in learning about and/or prescribing Keppra.

### D. Etiology and Treatment of the Conditions Referenced in the Asserted Claims 2-4

79.     I may offer further background information as to the etiologies and treatment of bipolar disorder, migraine, and neuropathic pain (as well as the other conditions of claim 3) as of the priority date.

80.     The etiologies of bipolar disorder, migraine, and neuropathic pain were not well understood as of the priority date.  The cellular electrical events associated with individual seizures were generally understood; in contrast, the cellular events associated with bipolar syndrome (including the cycling between manic and depressive states), the episodic nature of migraines and how neuropathic pain is caused and maintained were quite unclear at the priority date for the '461 patent.  In addition, the availability of robust, well understood animal models of different types of seizures and epileptogenesis were critical to the development of new anti-epileptic medications and the lack of these hindered the development of drugs for other purposes.

27

81.     For syndromes like bipolar disorder, migraine and neuropathic pain it was common to try other approved medications for activity in these conditions and although there were examples of anti-epileptic drugs with efficacy in one or two of these conditions as of the priority date, there was no evidence that levetiracetam was effective in most of the conditions listed and in particular no evidence for bipolar disease, migraine or neuropathic pain.  In fact, there is no anti-epileptic drug that was felt to be effective for the majority of the disorders described in Claim 3 at the priority date.  This calls into question any simple truism that one could expect these conditions to *a priori* respond to a particular new AED that is developed.

82.     In fact, the concerns from the clinical trials and early clinical uses of levetiracetam about the incidence of psychiatric side effects and headaches as AEs[19] would have discouraged a POSA at that time from using this medication in the treatment of migraine or bipolar disorder, especially before the performance of appropriate trials.  Keppra Label at 12-13. In addition, the AEDs that were believed to have efficacy against neuropathic pain as of that time were medications with different cellular mechanisms of action than levetiracetam (carbamazepine, phenytoin and gabapentin) and their efficacy for neuropathic pain was generally at distinct dosing than for epilepsy.  Similarly, the AEDs with evidence at that time for efficacy against bipolar syndrome (valproate, lamotrigine and carbamazepine) also were quite distinct in their presumed mechanism of action (based on their activity in primary generalized forms of epilepsy and not special activity in partial epilepsies).  Thus, as of the priority date, I do not believe levetiracetam was considered useful for the treatment of bipolar disorder, migraine, and

---

[19] Eric H. Kossoff et al., *Levetiracetam Psychosis in Children with Epilepsy*, 42 Epilepsia 1611, 1611 (2001) (citing Shorvon SD et al., *Multicenter Double-Blind, Randomized, Placebo-Controlled Trial of Levetiracetam as Add-on Therapy in Patients with Refractory Partial Seizures*, 41 Epilepsia 1179 (2000)) ("Kossoff 2001").

neuropathic pain and I was unable to find prior art supporting the use of levetiracetam for these conditions.

## X.     BRIVIACT'S USE IN EPILEPSY

83.     Briviact® was tested for partial-onset seizures with or without secondary generalization by UCB.   All three studies were fixed-dose, randomized, double-blind, placebo-controlled, multicenter studies.  Patients enrolled had partial-onset seizures that were not adequately controlled with one to two concomitant anti-epileptic drugs.  All trials had an 8-week baseline period followed by a 12-week treatment period.  Briviact® May 2018 Label.  Testing of neuropathic pain, bipolar disorder, and migraine, was not undertaken by UCB, and to this day I am unaware of any use of Briviact® to treat neuropathic pain, bipolar disorder, and migraine.

## XI.     INVALIDITY OF THE ASSERTED CLAIMS UNDER SECTION 112

84.     It is my opinion that claims 2-4 are invalid for failing to satisfy the written description and enablement requirements.

### A.  Written Description

#### 1.   The specification of the '461 patent would not have indicated to a POSA that the inventors possessed the claimed invention

##### a.   Activity with respect to the Claimed Conditions

85.     The '461 patent does not contain any data or information that would lead a POSA to conclude that the inventors were in possession of a method of treating any of bipolar disorders, mania, depression, anxiety, migraine, neuralgia, chronic pain, neuropathic pain, cerebral ischemia, cardiac arrhythmia, myotonia, cocaine abuse, stroke, myoclonus, essential tremor, neonatal cerebral hemorrhage, amyotrophic lateral sclerosis, spasticity, Parkinson's disease, bronchial asthma, asthmatic status and allergic bronchitis, asthmatic syndrome, bronchial hyperreactivity and bronchospastic syndromes, as well as allergic and vasomotor rhinitis and rhinoconjunctivitis in a mammal, let alone by administering a compound according

29

### XIII.   CONCLUSION

116.    For the foregoing reasons, it is my opinion that the asserted claims 2-4 of the '461 patent are invalid for lack of written description and enablement, and claim 2 is additionally invalid for indefiniteness.

Dated: February 18, 2022                                    _____

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANNORA PHARMA PRIVATE LIMITED, et al.,<br><br>    Defendants. | C.A. No. 20-987 (CFC)<br><br>**(Consolidated)** |

**REBUTTAL EXPERT REPORT OF SAMUEL PLEASURE, M.D., PH.D.**
**REGARDING OBJECTIVE INDICIA OF NON-OBVIOUSNESS OF**
<u>**U.S. PATENT NO. 6,911,461**</u>

# TABLE OF CONTENTS

I.      Introduction ................................................................................................ 1

II.     Qualifications AND Prior testimony/Compensation ........................................ 2

III.    Summary of opinions .................................................................................. 2

IV.     Legal Principles ......................................................................................... 3

V.      The '461 Patent ........................................................................................ 6

VI.     Background of The Claimed Invention ......................................................... 6

        A.      Responses to the Background Section in the Sands Opening Report .................... 6

        B.      Responses to the Background Section in the Löscher Opening Report ................. 8

VII.    Briviact ..................................................................................................... 10

VIII.   The Purported Objective Indicia Do Not Support Nonobviousness of the '461 Patent ... 13

        A.      Dr. Sands Has Not Shown Briviact Satisfied a Long-felt but Unmet Need for a Solution for Patients with Refractory Epilepsy .................................................. 14

        B.      Dr. Sands Has Not Described Unexpected Results of Briviact Compared to Levetiracetam ........................................................................................ 30

        C.      Dr. Sands Fails to Identify Significant Industry Praise for Briviact ..................... 33

        D.      Dr. Löscher Has Not Identified Others' Failure in Implementing the Alleged Invention Covered by the Asserted Claim ............................................................. 34

IX.     Supplementation Of Opinions ................................................................... 42

## I.      INTRODUCTION

1.      I, Samuel Pleasure, MD, Ph.D., hereby submit this rebuttal expert report on behalf of Annora Pharma Private Ltd., Apotex Inc. and Apotex Corp., Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd., Lupin Ltd., and MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "Defendants") in the above-captioned consolidated litigation.

2.      I understand that this litigation has been brought by Plaintiffs UCB, Inc. and UCB Biopharma SRL (collectively, "Plaintiffs"), makers of the branded pharmaceutical product BRIVIACT®. The active ingredient in BRIVIACT® is brivaracetam. I understand this litigation generally pertains to a patent listed in the Orange Book for BRIVIACT®, U.S. Patent No. 6,911,461 ("the '461 patent," or "the patent-in-suit"). I previously submitted the Opening Expert Report of Samuel Pleasure, MD, Ph.D., dated February 18, 2022 ("Pleasure Opening Report"), in which I provided my opinions regarding the invalidity of claims 1-5 of the '461 patent ("the Asserted Claims"), among other issues related to the Asserted Claims. I hereby incorporate by reference the contents of that previous report herein. I understand that after I submitted that report, Plaintiffs indicated their intention to withdraw claims 1-4. I have now been asked to focus my analysis on claim 5 ("the Asserted Claim").

3.      I have been asked to consider and respond to certain issues raised in the Opening Expert Report of Tristan T. Sands, M.D., Ph.D., dated February 18, 2022 ("Sands Opening Report"). I have also been asked to consider and respond to certain issues raised in the Opening Expert Report of Wolfgang Löscher, D.V.M, dated February 18, 2022 ("Löscher Opening Report").[1] In preparing this expert report, I reviewed the Sands Opening Report and materials

---

[1] I understand that Defendants have asked Dr. Lepore to consider and respond to certain issues raised in the Löscher Opening Report.

cited therein, the Löscher Opening Report and materials cited therein, and the materials listed in **Exhibit A**, attached hereto.  I have also relied on my own extensive knowledge, education, and experience in the field.

4.      I reserve the right to supplement or modify my opinions or this report in light of additional information provided by the parties and/or the Court, to respond to opinions/arguments made by the parties or their witnesses, to address issues that may arise at trial, or in order to clarify the information provided herein.

5.      I may rely on demonstrative exhibits at trial to assist in explaining my trial testimony.

## II.      QUALIFICATIONS AND PRIOR TESTIMONY/COMPENSATION

6.      My background and qualifications were set forth in my opening expert report.  *See* Pleasure Opening Report ¶¶ 7-18.  My full background and qualifications, including a list of my publications, are described in my curriculum vitae, which was attached as Exhibit A to my opening report.  I incorporate this information in full in this report.

7.      Information regarding the matters in which I have testified in a deposition or at trial, as well as my compensation, were also set forth in my opening expert report, and are incorporated here by reference.  *See* Pleasure Opening Report ¶¶ 19-20.

## III.      SUMMARY OF OPINIONS

8.      It is my opinion that brivaracetam did not solve the long-felt unmet need for a tolerable and efficacious antiepileptic drug for patients with refractory epilepsy, and that the degree of tolerability and efficacy of brivaracetam were not unexpected results.  I do not agree that brivaracetam offers any proven clinical benefit relative to levetiracetam, including with respect to efficacy and tolerability.

9.      Further, it is my opinion that no industry praise has been given for brivaracetam, and to the extent that literature praise is to be considered "industry praise," the studies forming the basis for these observations are flawed and involve substantial conflicts of interest.

10.      Further, it is my opinion that Plaintiffs' experts failed to support their claim that there was a failure of others to develop the claimed invention.

## IV.   LEGAL PRINCIPLES

11.      I incorporate in this report the statements of my understanding of legal principles set forth in my opening report.  *See* Pleasure Opening Report ¶¶ 24-31.

12.      I understand that for a patent claim to be valid, it must not be obvious in light of the prior art.  I further understand that, although patents are presumed valid, they may be shown to be invalid by, among other things, clear and convincing evidence that what is claimed is obvious over the prior art or an obvious variation of earlier known subject matter.  I understand that evidence is sufficiently clear and convincing if it leaves the fact finder with a definite and firm belief in the truth of a fact.

13.      I understand that the obviousness analysis requires the fact-finder to consider the following: (1) the level of skill of a person of ordinary skill in the art ("POSA"); (2) the scope and content of the relevant prior art; (3) the differences between the prior art and the claims of a patent at issue; and (4) evidence of other considerations that bear on the analysis of whether the claims are obvious, called objective indicia.

14.      I provided my opinion regarding the level of skill of a POSA in my opening report, which I incorporate in this report.  *See* Pleasure Opening Report ¶¶ 45-47.  I understand that

Plaintiffs subsequently decided to withdraw claims 1-4 from the litigation[2].  Focusing on claim 5, it is my opinion that a POSA would have had a doctorate degree in chemistry, medicinal chemistry, organic or synthetic chemistry, or a related discipline, and around 2-3 years in the synthesis, research and development of compounds for treating neurological conditions.  Alternatively, the POSA may have had a lesser post-graduate degree in one of those fields, with four or more years of experience in the same areas.  A POSA would have had knowledge and experience and/or worked with a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with advanced degrees and/or experience in clinical medicine pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry, related to research and development of drug products and formulations, including preclinical and clinical research.

15.      Dr. Sands and Dr. Löscher have used a similar definition in forming their opinions. *See* Löscher Opening Report ¶ 21; Sands Opening Report ¶ 22.

16.      I understand objective indicia of nonobviousness may include, among others, long-felt but unresolved need for the alleged invention; unexpected results; and/or failure of others; and industry praise for the invention.

17.      I understand that the long felt but unresolved need must have been identifiable by a POSA as a persistent problem in the art as of the priority date of the invention.  The claimed invention must effectively respond to an ongoing need as of the priority date.

18.      I understand that evidence of unexpected results must establish that there is a difference between the results obtained with the claimed invention and those of the closest prior

---

[2] For clarity, I reserve the right to discuss the opinions and analysis set forth in paragraphs 35, 40-44 of my Opening Report.

art, and that the difference would not have been expected by a POSA at the time of the invention. I understand that any alleged unexpected results must be reasonably commensurate in scope with the invention as claimed, and that the results must be unexpected in terms of differences in the kind of effect, rather than a difference in the degree of effect.

19.     I understand that any industry praise considered must have a nexus to the merits of the invention.  This means that the praise must be drawn to the claimed features themselves and not to other, unclaimed aspects of a commercial embodiment of an invention.  Thus, I understand that praise drawn to anything other than the claimed features themselves does not provide valid objective evidence of nonobviousness.

20.     I understand that in order to show failure of others, the patentee must put forth evidence of failure of others to find a solution to the problem that the patent purports to solve.  I understand that this analysis first requires one to identify the problem the patent purports to solve. Additionally, I understand the cause of the failure must be attributable to the absence of the novel and claimed aspects of the invention in the attempt for it to have relevance to the obviousness inquiry.  Thus, I further understand that alleged failures of others that are based on economic decisions, and not with documented difficulties in implementing the technology, generally do not provide valid objective evidence of nonobviousness.  I also understand that purported unsuccessful attempts done before the publication of the asserted invalidating prior art generally have little relevance and should not be considered.

21.     Counsel has also informed me that any alleged secondary considerations must have a nexus to the claimed invention.  That is, the secondary considerations must be the result of one or more novel features of the claimed invention.  I further understand that, unless a nexus exists

between the alleged secondary considerations and the claimed invention, the alleged secondary consideration will not support any assertion of non-obviousness.

22.     I further understand that the alleged secondary consideration must be commensurate with the scope of each asserted claim.  That is, when the scope of the claim is broad and encompasses many embodiments, evidence of secondary considerations for a single embodiment may not be sufficient to show that the secondary consideration is applicable to the entire range of embodiments covered by the claim.

## V.   THE '461 PATENT

23.     I incorporate by reference here the discussion of the '461 patent and the Asserted Claim I provided in my opening report.  *See* Pleasure Opening Report ¶¶ 32-44.

## VI.   BACKGROUND OF THE CLAIMED INVENTION

24.     I incorporate by reference the Background of the Claimed Invention section of my opening report.  *See* Pleasure Opening Report ¶¶ 48-78.

### A.   Responses to the Background Section in the Sands Opening Report

25.     I have reviewed Section VII of the Sands Opening Report.  Although I do not necessarily agree with several of Dr. Sands' opinions in this section of his report, I address below only the points most pertinent to my opinions.

26.     In paragraph 45 of his report, Dr. Sands lists popular AEDs introduced from the early 1900s (phenobarbital) to 1999 (levetiracetam), noting that there are "over 20 AEDs available today."  Sands Opening Report ¶ 45.  At paragraphs 48 and 50, Dr. Sands describes the desire for an efficacious and completely tolerable drug.  Sands Opening Report ¶¶ 48, 50. As I discussed in my opening report, as of 1994, it was known in the prior art that monotherapy of drugs available as of that time "render[ed] approximately 80% of newly diagnosed patients seizure free."  Pleasure

6

Opening Report ¶ 49 (citing Patsalos 1994 at 38). The prior art also acknowledged that AEDs developed since 1990 were continuing to improve the outlook for epilepsy patients. White at Summary. Levetiracetam itself exhibited "minimal adverse effects and a high therapeutic index," "with significant efficacy in patients with complex partial seizures." Pleasure Opening Report ¶¶ 64, 71 (citing Patsalos 1994 at 57-58; Noyer at 138; Gower at 193). *See also* Abou-Khalil at Conclusion ("ucbL059 appears to be an effective and well tolerated adjunctive agent in the treatment of refractory partial onset seizures."). However, as of today no perfect drug has been developed. As of May 2020, Alsfouk et al. reports that "long-term seizure control has not fundamentally improved" despite the use of various second-generation AEDs. Alsfouk[3] at 575. I refer to ¶ 46 of my report for a discussion of the current rate of refractory epilepsy.

27.      In paragraph 47 of his report, Dr. Sands states "[a] small number of AEDs act on unique binding sites" in describing levetiracetam's binding to the LBS. Sands Opening Report ¶ 47. Essentially all AEDs act through binding sites on proteins that in one way or another regulate neuronal firing, and each AED is unique in the manner to which it binds to those sites. The uniqueness of the binding site for levetiracetam is that it is the first approved drug to bind to the LBS (later shown to be SV2A), whereas previously developed AEDs were the first to bind to other binding sites that are no less "unique" than levetiracetam to the SV2A (e.g., the binding of benzodiazepine drugs to specific sites on GABA receptors).

---

[3] Bshra Ali A. Alsfouk et al., *Tolerability of Antiseizure Medications in Individuals With Newly Diagnosed Epilepsy*, JAMA Neurology 77(5):574-581, May 2020 ("Alsfouk").

**B.    Responses to the Background Section in the Löscher Opening Report**

28.    I have reviewed Sections VI-A and VI-B of the Löscher Opening Report.  Although I do not necessarily agree with several of Dr. Löscher's opinions in this section of his report, I address below only the points most pertinent to my opinions.

29.    In paragraph 34 of his report (citing Löscher 2020), Dr. Löscher states "[d]espite the number of ASDs approved for clinical use, the number of patients who still have seizures despite being treated with ASDs—otherwise known as 'refractory' patients—has held constant at about 30% for decades."  I agree that this remained the case in 2020 (and today).

30.    In paragraphs 36-38, Dr. Löscher describes two screening tests that have been used for several decades: the maximal electroshock ("MES") test and the pentylenetetrazole ("PTZ") tests.  *See also* Löscher Opening Report ¶ 59.  While these screening tests "have been extremely useful for identifying various new AEDs" (*see* Löscher 2011 at 664-65), they are not without shortcomings.  For example, while levetiracetam did not show activity in the MES screening tests, it was found to be quite effective in chronic models of partial and primary generalized seizures, including the kindling model of temporal lobe epilepsy, and audiogenic seizure mouse model. Löscher 1993[4]; Klitgaard 1998; Noyer 1995.  As I explained in my opening report, the prior art disclosed results from various clinical trials showing levetiracetam was effective in treating refractory partial onset seizures. *See* Pleasure Opening Report ¶¶ 68-76. And, before February 23,

---

[4] In my opening report I refer to Löscher, et al., "Profile of ucb L059, a novel  anticonvulsant drug, in models of partial and generalized epilepsy in mice and rats," European Journal of Pharmacology, Vol. 232, pp. 147-158 (1993) as "Löscher 1993".  In order to avoid confusion, for the purposes of my rebuttal report the following reference cited by Dr. Löscher in his Opening Report will be referred to as "Löscher II 1993": Wolfgang Löscher, *Basic aspects of epilepsy*, 6 Current Op. in Neurology and Neurosurgery 223 (1993).

2000, levetiracetam was approved by the FDA as an adjunctive treatment of partial onset seizures in adults with epilepsy.  *See* Keppra Label at 21.  Thus, the prior art already included evidence of real world clinical utility in clinical trials of an AED (levetiracetam) that had disparate activity in the various screening assays used by drug development teams to identify potential compounds to develop to treat epilepsy.

31.     In paragraph 42, Dr. Löscher states "[e]arly screening tests showed that levetiracetam was not active in the MES and PTZ models."  I disagree.  Dr. Löscher has failed to consider that the prior art disclosed that 5.4 mg/kg (p.o.) doses and higher of levetiracetam inhibited tonic convulsions induced in mice by a maximal dose of PTZ (100 mg/kg i.p.) by 25-30%, and that levetiracetam dose-dependently inhibited tonic convulsions with an ED50 of 26-68 mg/kg (p.o.) induced by submaximal doses of PTZ (80-90 mg/kg i.p.).  *See* Prous at 112.  Further, the Mandhane article cited by Dr. Löscher shows that levetiracetam is active in the i.v. PTZ test.  *See* Mandhane at 642 ("Levetiracetam was uniquely effective in the i.v. PTZ model.").  A POSA would also know (at the priority date for the patent) that any "failure" of levetiracetam to be effective in the particular formats of the MES and PTZ tests was not significant because it had already been shown to be a highly effective AED in many clinical types of epilepsy.

32.     In paragraph 44 of his report, Dr. Löscher discusses the discovery of "a reversible, saturable and stereoselective specific binding site" in the brain published by Noyer and colleagues in 1995.  *See also* Noyer at Abstract.  As Noyer explained, levetiracetam binding site (LBS) was "confined to the synaptic plasma membranes in the central nervous system."  Noyer at Abstract. While certain AEDs did not bind to the LBS, ethosuximide (an antiabsence drug) did.  Noyer at Abstract.  Noyer disclosed data suggesting that LBS is a protein.  Noyer at 141-142.  Noyer also taught that levetiracetam's "affinity in the micromolar range" for the LBS was "compatible with

dose levels required to produce anticonvulsant properties of the compound," as well as "a fairly good correlation ($r^2$ = 0.84, $n$ = 12, $P$ < 0.0001)" between the LBS binding affinity and anticonvulsant activity of levetiracetam homologs, as measured in the audiogenic mouse seizure model, which suggested LBS was "pharmacologically relevant." Noyer. at 143, 144; *see also* Noyer at Abstract ("These results support a possible role of this binding site in the anticonvulsant activity of levetiracetam"). A POSA at that time would be motivated to find other compounds that bind the LBS, a site known as of the priority date to bind both levetiracetam and another useful AED.

## VII.   BRIVIACT

33.    In paragraph 54 of his report, Dr. Sands relies on a 2018 study by Martin Hirsch et al. to support his clinical experience that Briviact is more efficacious than levetiracetam. Sands Opening Report ¶ 54. The Hirsch study does not advance this proposition. Hirsch is not a clinical trial. Instead, it is a historical, retrospective records-based review of patients treated with brivaracetam who had previously been treated with levetiracetam. Hirsch at 99. Evaluating brivaracetam's efficacy in patients who transitioned from a different drug is inherently biased. A study limited to transition away from a prior drug will generally suggest the new drug is better tolerated, as the patient would have discontinued the prior treatment for a reason. Hirsch acknowledges this bias explicitly: "In the patient cohort reported here the majority of patients had been experiencing psychiatric adverse effects during prior treatment with LEV, either directly before switching to BRV or during past treatment. This introduces a bias when comparing tolerability of LEV vs. BRV due to a preselection of patients not tolerating LEV well." Hirsch at 101. The study acknowledges that its efficacy conclusion is drawn specifically to "patients with a history of a failed treatment with LEV." Hirsch at 100. Had Hirsh studied patients who were well

controlled with no adverse effects on LEV, I believe they would have found no benefit to switching to other medications and in fact would have found some patients with difficulty tolerating the alternative AED and other patients with reduced efficacy of the alternative AED.

34.     In addition, the Hirsch study illustrates the phenomenon known as novelty bias: new is considered better.  Both patients and physicians are susceptible to this occurrence.  Patients are told by the clinicians that they are trying something new because what they are currently taking is inadequate (either for efficacy or adverse effect reasons).  It is natural and well known that this will introduce a bias toward the newer intervention.  It is quite possible, and perhaps likely, that the same outcome would be observed in a study where brivaracetam was the discontinued drug and levetiracetam was the replacement therapy and billed to patients as the "newer" therapy.  In addition, the study ignores the extent to which seizure activity of the patients had been effectively managed using levetiracetam before discontinuation, or how long brivaracetam provided therapeutic benefit after the six-month study period concluded (see below ¶ 48 on the "honeymoon effect").

35.     The non-systemic study design Hirsch is based upon further undermines its reliability.  Retrospective studies based on existing patient records are not blinded, such that it is inherently prone to bias.  Additionally, without a control group for comparison there is no way to reliably measure the degree of the efficacy and tolerability of the AED.

36.     The Hirsch study also lacked an objective basis for measuring the psychiatric side effect profiles of the drugs.  There were no prospective, objective measures used to assess the severity or nature of the adverse effects and the study appears to rely entirely on review of charts by unblinded reviewers.  Hirsch at 99.  The patients identified for the study had both tolerability and efficacy information (documented in seizure diaries provided by the clinic) available.  For this

11

study, treatment-related adverse effects during brivaracetam treatment documented in the electronic patient files were analyzed. There is no information provided on who entered the treatment-related adverse effects, whether there were consistent definitions for the treatment-related adverse effects, or whether this was subjective reporting based on the patient's individual experience. The attendant lack of transparency and objectivity creates another inconsistency in analyzing the results.

37.     In paragraph 55 of his report, Dr. Sands states that "unlike levetiracetam, Briviact does not require dose titration." Sands Opening Report ¶ 55. This is untrue. As I stated in my opening report, the prior art taught that levetiracetam could be given at an effective dose "without any up-titration period." Pleasure Opening Report ¶ 73; Crawford at 248. This contributed to the perception of levetiracetam as an efficacious drug for epilepsy treatment. Further, it is common to titrate the dose of brivaracetam. *See e.g.*, Stephen & Brodie[5] at 6 (suggesting use of a lower starting dose of 25 mg/day for 2 weeks, increasing to 25 mg bid for 2 weeks, then increasing to 50 mg bid with possible escalation to 100 mg bid). Thus, this distinction between levetiracetam and brivaracetam is not supported by the literature.

38.     In paragraph 56 of his report, Dr. Sands emphasizes that the FDA's approval of Briviact for patients as young as one month old "allows" him to prescribe it to a wide patient population. Sands Opening Report ¶ 56. It is correct that Briviact is indicated for this population. However, because AEDs can and are often prescribed off-label, this additional approval does not meaningfully increase a physician's ability to prescribe the drug. Many AEDs not approved as

---

[5] Linda J. Stephen & Martin J. Brodie, Review, *Brivaracetam: A Novel Antiepileptic Drug for Focal-onset Seizures*, Ther. Adv. Neurol. Disord. 11:1-10, 2018 ("Stephen & Brodie").

such are prescribed to children for the control of their epilepsy, as dictated by the physician's discretion.  In addition, the decision of a company to pursue a particular indication for a medication once approved for other indications is an example of a financially motivated decision based on economic factors—how much will developing a new indication cost versus how much revenue ROI will it yield.  I am not aware of any failed efforts to secure pediatric approval for the use of levetiracetam, for example.  Thus, I believe UCB's pursuit of approval of Briviact for pediatric patients was likely based on the lack of such approval for other medications and the resulting opportunity to specifically target this population in marketing efforts.

## VIII.   THE PURPORTED OBJECTIVE INDICIA DO NOT SUPPORT NONOBVIOUSNESS OF THE '461 PATENT

39.     Dr. Sands opines that Briviact has satisfied a long-felt but unmet need that existed as of February 2000 for improved epilepsy treatments, that Briviact has achieved unexpected results, and that Briviact has been praised by industry participants.  *See* Sands Opening Report ¶¶ 58-85.  I disagree that these alleged objective indicia support nonobviousness of the Asserted Claim for at least the reasons explained below.

40.     Dr. Löscher opines that brivaracetam demonstrated unexpected results and asserts that certain compounds that were in "clinical and preclinical development as of, or around," February 2000 "eventually failed to achieve regulatory approval as an ASD in humans."  *See* Löscher Opening Report ¶¶ 50-62.   I disagree these alleged objective indicia support nonobviousness of the Asserted Claim for at least the reasons explained below.

41.     There are a number of statements that Dr. Sands and Dr. Löscher made in their Opening Reports with which I disagree, but I am focusing herein on the ones most pertinent to my opinions.

### A.   Dr. Sands Has Not Shown Briviact Satisfied a Long-felt but Unmet Need for a Solution for Patients with Refractory Epilepsy

42.   In Section IX.A. of his report Dr. Sands opines that Briviact satisfied two long-felt unmet needs: "(1) a need for AEDs effective in reducing or eliminating seizures in patients with refractory epilepsy, and (2) a need for AEDs with improved side effect profiles."  Sands Opening Report ¶ 58.

43.   As an initial matter, anecdotal experiences such as those described by Dr. Sands' opinion at paragraphs 26 and 73-76 are not a scientifically sound, acceptable basis from which to make assessments about the comparative efficacy or tolerability of levetiracetam and brivaracetam.

44.   With respect to many of the allegations contained in the Sands Opening Report, Dr. Sands relies on comparative efficacy and tolerability studies.  Importantly, epilepsy is not a linear or static condition, but is instead highly dynamic and changing.  This confounds comparative assessments of drug therapies, and should make interpretation of these evaluations more cautious, and more critical.  I agree with Dr. Sands that epilepsy is a heterogenous condition.  *See* Sands Opening Report ¶¶ 13, 33.

45.   Dr. Sands states that Briviact "has . . . enabl[ed] a number of patients whose epilepsy remained uncontrolled on other AEDs to experience improvement in seizure frequency and even become seizure-free" (Sands Opening Report ¶ 60) and "offer[s] epilepsy patients a treatment option with an overall milder side effect profile" (Sands Opening Report ¶ 67).  To be considered successful for a patient, the efficacy and tolerability of the prescribed AED must be durable.  *See* Sands Opening Report ¶ 48 (definition excluding durability: "The ideal AED for particular patient is one that is fully efficacious (i.e., prevents or controls all epileptic seizures) and

14

completely tolerable (i.e., causes no unacceptable side effects).").  For the reasons discussed below at ¶¶ 46-71, the literature cited by Dr. Sands is unpersuasive due to limited, short study periods, especially in light of the well-known "honeymoon effect" described at ¶ 48, and various, serious methodological flaws.

46.     With respect to the alleged resolution of the long-felt need for a therapy for refractory epilepsy, I do not believe Dr. Sands has identified evidence that indicates this need has been resolved.  I agree with Dr. Sands' suggestion that 30% of epilepsy patients were refractory as of February 2000.  Sands Opening Report ¶ 59.  But as Löscher 2020 indicates, that number is still substantially the same today.  Löscher 2020 at 628; *see also* Alsfouk at 575 (over three decades there has been an "expanded…range of treatment options for this patient population.  Despite the increased use of these medications, long-term seizure control has not fundamentally improved."); Chen[6] at 279-80 ("More than one-third of patients experience epilepsy that remains uncontrolled.").  Sufficiency of a drug is measured by its efficacy and tolerability.  Despite recognizing the benefits of second-generation AEDs (wider therapeutic index, lower potential for drug interactions, lower risk for long-term complications through enzyme induction, etc.), Alsfouk's studies referenced below in ¶ 69 show that neither overall tolerability nor efficacy have improved.  Alsfouk at 579-80; *see also* Chen at 283 ("Despite the introduction of more than a dozen new AEDs in the past 2 decades, there remain no robust data to suggest improvement in treatment outcomes.").  Further, each new AED tends to exhibit similar efficacy profiles in monotherapy and adjunctive treatment regimens as existing AEDs.  Chen at 280.  The need persists

---

[6] Zhibin Chen et al., *Treatment Outcomes in Patients with Newly Diagnosed Epilepsy Treated With Established and New Antiepileptic Drugs, A 30-Year Longitudinal Cohort Study*, JAMA Neurol. 75(3):279-286, December 2017 ("Chen").

for effective AEDs that can address the heterogenous expression and mechanism of epilepsy. Thus, the alleged need remains unmet.

47.     At paragraph 60, Dr. Sands states that his opinion that Briviact has met the need for "an AED effective in reducing or eliminating seizures in patients with refractory epilepsy" is based on its "enabling a number of patients" to achieve seizure freedom or improved seizure frequency. Sands Opening Report ¶¶ 58, 60.  Like all newly introduced AEDs, including levetiracetam, I agree that it is likely that Briviact had this effect in some patients (as acknowledged in Sands report paragraph 58).  *See* Löscher & Klein[7] at 942 ("[U]ntil recently, the outcome figures were very similar for most of the new ASMs.  Most ASMs achieve 20-30% median seizure frequency reduction over and above placebo effect and a 30-50% responder rate [$\geq$50% seizure frequency reduction]. . . . Typically, seizure freedom rate is low, ranging from 2 to 5%.").  But this did not resolve the problem for refractory patients.  It is difficult to address whether these add-on studies resolve the need even for those patients responsive to the medication being tested.  Very few patients meeting the definition of refractory and who have tried more than five previous medications ever permanently become well controlled.  In add-on trials of new AEDs, some patients included in new trials likely participated in previous trials for other drugs.  Often, periods of seizure freedom or reduction of seizure frequency on treatment with a new drug are transient and do not lead to permanent improvement in this refractory patient population.  *See* Schubert-Bast at 9 (in this study, none of the subjects remained seizure free).  This reality of refractory epilepsy is well understood in practice.

---

[7] Wolfgang Löscher & Pavel Klein, *The Pharmacology and Clinical Efficacy of Antiseizure Medications: From Bromide Salts to Cenobamate and Beyond*, CNS Drugs 35:935-963, June 2021 ("Löscher & Klein").

48.     Particularly with AEDs, tolerability is subject to diminishing over time (see below, ¶ 69), as is efficacy.  AEDs can weaken in efficacy as time on the treatment regimen passes.  Drug tolerance explains some of these diminishing returns, such as the high degree of tolerance that builds to benzodiazepines (clobazam, clonazepam, diazepam, and lorazepam) or other drugs.  However, there is also a well-known phenomenon termed the "honeymoon effect" whereby initial response to a medication is diminished after receiving the therapy for weeks to months, particularly in those patients who have a history of being refractory to multiple AEDs.  This phenomenon is seen in virtually all AEDs regardless of drug class in patients who have previously been refractory to treatment with other medications.  Epilepsy Foundation[8]; Woldman[9] at 264 ("The phenomenon is most often described with benzodiazepines but is recognized to affect most, if not all, AEDS.").  The honeymoon effect describes a period of seizure freedom after initiation of a new AED treatment that is eventually followed by a return to the previous frequency of epileptic events.  Woldman at 264; *see also* Kutlu[10] at 17 ("A similar return to the baseline seizure frequency after an initial response to an add-on AED during the first month of treatment was reported by Boggs et al. for several AEDs including carbamazepine, phenytoin, lamotrigine and gabapentin.");  Epilepsy Foundation ("[T]hose for whom the honeymoon effect is most prominent. . . . often do well at first with a new medication, an increased dose, a change or adjustment in the distribution

_____

[8] Tolerance and the Honeymoon Effect, at https://www.epilepsy.com/article/2014/3/tolerance-and-honeymoon-effect (last visited April 7, 2022).

[9] Wessel Woldman, Mark J. Cook & John R. Terry, *Evolving Dynamic Networks: An Underlying Mechanism of Drug Resistance in Epilepsy?*, Epilepsy & Behavior 94:264-268, March 2019 ("Woldman").

[10] Gülnihal Kutlu et al. *The Honeymoon Effect in Adult Patients With Refractory Partial-Onset Epilepsy Under Levetiracetam Add-on Treatment*, Epilepsi 19(1):15-18, 2013 ("Kutlu").

and timing of medicines during the day, or a new combination of antiepileptic drugs.  But after a relatively brief period—as little as a few weeks or occasionally as long as 6 months or a year— their excellent seizure control has deserted them.").  The honeymoon effect could be caused by an individual's physiology and unique form and mechanism of his or her epilepsy.  Epilepsy Foundation.  Brain activity and electrical activity is another contemplated cause.  Epilepsy Foundation.

49.     The references Dr. Sands relies on at paragraph 60 emphasize one of brivaracetam's limitations (and that of many new AEDs): brivaracetam is less effective in patients with refractory epilepsy who have been exposed to higher numbers of AEDs—a large portion of the refractory population.  Villanueva at 362 ("Better responses were observed in the early add-on setting— patients with fewer lifetime AEDs were more likely to achieve seizure freedom, although some patients treated with 12 AEDs also responded"); Asadi-Pooya at Abstract ("Previous treatment failure with commonly prescribed AEDs (LEV, CBZ, TPM, or LTG) is associated with a reduced response to BRV irrespective of the mechanism of action.").  Further, the most reliable study Dr. Sands cites for this proposition, which evaluates data based on randomized, double-blind, placebo-controlled, multicenter, parallel group trials (Lattanzi) instead of uncontrolled retrospective or post-hoc analysis (Villanueva and Asadi-Pooya), acknowledges that "the application field in the management of adult refractory epilepsy remains to be clearly established for BRV."  Lattanzi at 1351.  The importance of the honeymoon effect in populations of patients refractory to multiple AEDs in the past should lead to extreme caution in concluding that brivaracetam has any particular increase in efficacy in this very challenging population, that any particular patient who is transiently well controlled on brivaracetam will be well controlled permanently, or even that choice of another medication new to that patient wouldn't have had the same expected effects.

18

50.     The Ma reference relied upon by Dr. Sands at paragraph 60 also warrants critical assessment.  Ma involved only a meta-analysis of previously conducted trials, and methodological problems arise when data is pooled from multiple studies.  The authors noted that the underlying studies varied in follow-up periods (some after seven weeks, others after 16 weeks) which could introduce biases into the pooled efficacy and safety endpoints.  Ma at 64.  The study is also limited by a short review period that prevented evaluation of long-term efficacy and safety of brivaracetam, which "remained unknown" according to the author.  Ma at 64.

51.     At paragraph 61, Dr. Sands addresses Briviact's use in patients whose seizures were uncontrolled on Keppra (levetiracetam).  Sands Opening Report ¶ 61.  The literature Dr. Sands cites for this proposition does not accurately depict current clinical practice.  In my experience, in the situation where a patient formerly taking Keppra presents with refractory epilepsy because his or her seizures are uncontrolled, the patient would more likely be started on one of the many alternative AEDs that involve divergent mechanisms of action/target receptors than Keppra, with the expectation that Keppra's mechanism of action was not suitable for that patient's form of epilepsy.  Briviact would less likely be considered in this instance because of the shared SV2A binding site with Keppra.  Literature supports this hypothesis: over six randomized, controlled studies, when brivaracetam was given to patients already receiving levetiracetam, brivaracetam did not reduce seizure frequency by 50%.  Stephen & Brodie at 5.  The authors suggested the similar chemical structure and mechanism between them as an explanation for this result.  Stephen & Brodie at 5; *see also* Asadi-Pooya at 72 ("When the number of prior AEDs was 3-5, the LEV-naïve subgroup showed a greater response with BRV, compared with placebo, than the LEV-

exposed subgroup); Steinhoff 2020[11] at 3-4 (describing efficacy increasing with less AEDs historically, and better efficacy if no history of levetiracetam treatment).[12]

52.     The studies Dr. Sands cites at paragraph 61 do not, in context, provide support for switching from levetiracetam to brivaracetam.  Largely, these studies found that patients exposed to levetiracetam prior to starting brivaracetam treatment ultimately experienced lower rates of seizure freedom and seizure reduction.  Villanueva at 363 (observing higher seizure freedom in the lev-naïve subgroup); Steinhoff 2020 at 3-4 (same).  Isolated clinical success of Briviact in former levetiracetam-treated patients, as Dr. Sands must be referring to based on the literature he cited, does not mean brivaracetam is preferable in this refractory patient population—and in fact, the literature concludes the opposite is true.  These studies cannot reliably indicate that brivaracetam satisfied refractory epilepsy in some patients in a way different and more effective than prior AEDs.

53.     The Depondt review article Dr. Sands cites at paragraph 61 also has design flaws.  As a UCB-sponsored and funded retrospective chart review of collected patient charts, it is subject to bias, and the authors describe that "some data were missing from patient records" and confess the absence of "the reasons for previous levetiracetam treatment failures (therapeutic failure and/or adverse effects)."  UCB_BRIV_00427872.  For these reasons the author notes that the results

---

[11] For the purposes of this report, the following reference cited by Dr. Sands will be known as "Steinhoff 2020": *Effectiveness and tolerability of adjunctive brivaracetam in patients with focal seizures: Second interim analysis of 6-month data from a prospective observational study in Europe*, 165 Epilepsy Research 2, 6 (2020).

[12] Dr. Sands cites some references that postulate potential differences in side effect approvals resulting from potential differences in mechanism of action at paragraph 77-78 of his report.  I do not believe the literature supports the existence of any clinically-meaningful differences in efficacy and tolerability of brivaracetam and levetiracetam and any theories associating differences in SV2A and off-site activities of the two drugs is wholly speculative.

20

should be interpreted "cautiously."  UCB_BRIV_00427872.  Further, patients were receiving disparate drug regimens (with the median patient receiving three different AEDs at the start of the study period), brivaracetam dosing was not monitored or controlled, and statistical analysis was only descriptive.  UCB_BRIV_00427867-68.  These weaknesses of the study undermine any assessment of its results regarding switching from levetiracetam to brivaracetam, especially in the absence of an explanation for previous failure.  Further, the data indicates that many patients did not even continue brivaracetam therapy for nine months, with only 64.9% of the pooled population still receiving treatment.  UCB_BRIV_00427868.

54.     Klein, another article relied on for this assertion is limited by a short study period (12 weeks).  Klein at 1897.  The author suggests "[t]he long-term effects of BRV will be evaluated in the open-label extension study."   Klein at 1897.   Therefore, the suggestion that Briviact "appeared to be effective" for these patients is incompletely assessed, as it does not, and cannot, teach anything about long-term efficacy.  Further, the discussion related to patients that had previously "failed" on levetiracetam therapy was based on an exploratory post-hoc analysis the authors decided to perform, confirming the study was not actually designed to support such an assessment.  Klein at 1896.  Sources of bias in this study could come in the form of self-reporting and selection of patients.  Klein at 1897.  Notably, UCB Pharma sponsored the study and was responsible for its design and conduct, as well as collection, management, and analysis of data. Klein at 1897.

55.     Dr. Sands cites the McGuire study for the proposition that "brivaracetam is an effective adjunctive therapy for refractory epilepsy of focal onset in children and adolescents older than 4 years of age."  Sands Opening Report ¶ 62 (citing McGuire at 104).  The McGuire study involved a tiny patient population of 23.  The author acknowledges that "[t]he lower power limits

the generalization of efficacy and tolerability." McGuire at 104. This study simply cannot support any valid conclusions, especially not one as broad as the claim of brivaracetam's application to childhood epilepsy made by Dr. Sands.

56.     Like McGuire, the Nissenkorn reference used to support paragraph 62 is also flawed as a retrospective chart review of a very small population of 31. Further, while eight patients were reported to have received better seizure control on brivaracetam compared to levetiracetam (based on an unspecified period of treatment on either drug), four patients in that same scenario suffered an aggravation of seizure events (for reasons the authors found "unclear"). Nissenkorn at 2, 3. Further, dosing was inconstant and wide ranging. Nissenkorn at 3. Not only was the study population very small, but they described patients with divergent forms of epilepsy. Nissenkorn at 2. And the extent of brivaracetam therapy was potentially exceedingly short, with the requirement being brivaracetam treatment for as short as two weeks. Nissenkorn at 2. The study is devoid of meaningful statistical analysis, which the authors acknowledge was precluded by the small population with divergent forms of epilepsy. Nissenkorn at 3.

57.     As I discuss formerly at ¶ 48 and below at ¶ 69, seizure freedom and tolerability are subject to diminishing returns as treatment progresses. This durability problem arose in the Schubert-Bast study relied upon by Dr. Sands in paragraph 62, where none of the subjects remained seizure free at the 12-month assessment period. Shubert-Bast at 91. Thus, it does not support Dr. Sands' assertion at paragraph 62 that it constitutes literature proving Briviact enables children to become seizure-free permanently. Sands Opening Report ¶ 62.

58.     With respect to the second alleged long-felt need of more tolerable AEDs (*see* Sands Opening Report ¶ 67), Dr. Sands does not acknowledge the many known side effects of brivaracetam. Meta-analyses have shown that patients using brivaracetam as an adjunctive therapy

22

for refractory focal seizures were statistically more likely to experience fatigue and somnolence than patients on placebo.  Stephen & Brodie at 5.  Based on six randomized, controlled studies, evaluating a total of 2,399 adults, brivaracetam was associated with significant likelihood of irritability, fatigue, somnolence and dizziness.  Stephen & Brodie at 5.  Regulatory studies also reported headache, somnolence, dizziness, fatigue, and nausea, as dose-related effects.  Stephen & Brodie at 5.

59.     The scientific literature shows that brivaracetam suffers from the same tolerability issues as other AEDs.  Clinical subjects have withdrawn from studies because of adverse events during the course of treatment.  Stephen & Brodie at 5-6 ("[]6.1%[] discontinued the drug due to adverse events.").  A German multicenter study found that "the most frequently reported adverse events were sedation, dizziness, mood changes, nausea and vomiting, irritability and aggression" and that 16% of patients discontinued brivaracetam during the study due to side effects.  Stephen & Brodie at 6.

60.     At paragraphs 68-70 Dr. Sands describes Briviact's "substantially milder" side effect profile, specifying improved psychiatric and behavioral side effects and emphasizing the positive transition from levetiracetam to brivaracetam.  Sands Opening Report ¶¶ 68-70.  In addition to the concerns about "novelty bias" as discussed above in such open label studies, there are other concerns with these studies.  Again, even if Briviact was considered an "improvement," studies have shown that patients have experienced psychosis and psychiatric symptoms on brivaracetam.  Stephen & Brodie at 6 ("One patient receiving BRV in the NO1252 study had the drug withdrawn following an episode of psychosis.  In the Unverricht-Lundborg studies, psychiatric symptoms were reported by 9 of 106 (8.5%) patients randomized in each of the BRV and placebo arms.").  In a single center in Germany, six patients (of 43 who were switched to

23

brivaracetam from levetiracetam) with focal-onset seizures were switched from brivaracetam back to levetiracetam because of tolerability issues.  Stephen & Brodie at 7.

61.     The studies Dr. Sands cites are consistent with these findings.  Patients discontinued brivaracetam for tolerability, as well as efficacy in some cases.  Villanueva at 361, *see also* 363 (noting that some patients who switched from levetiracetam to brivaracetam discontinued due to poor tolerability); Biton at 62 ("Over the 12-week treatment period, TEAEs [treatment-emergent adverse events] led to permanent discontinuation of study medication in 20 patients . . . The most frequently reported type of TEAEs leading to permanent discontinuation were psychiatric disorders . . . and nervous system disorders.").  Dr. Sands selectively picks a statement from Rogawski about a small Phase II study that is inconsistent with the full context of literature discussed therein (which confirms that brivaracetam has an adverse event profile distinguishable from placebo).

62.     I disagree that Briviact's psychiatric and behavioral side effect profile is "markedly improved" compared to that of levetiracetam, especially based on the cited literature in the Sands Opening Report.  Sands Opening Report ¶ 70.  The majority of these studies involved unexplained study designs, preventing one from drawing any meaningful conclusions from the data reported therein.  *See* Hirsch at 101 (discussed above at ¶¶ 33-36); Steinhoff 2021[13] at Methods (drawing conclusions based on comparing uncontrolled, observational studies that each contain different

---

[13] For the purposes of this report, the following reference cited by Dr. Sands will be known as "Steinhoff 2021": Bernhard J. Steinhoff, *Behavioral adverse events with brivaracetam, levetiracetam, perampanel, and topiramate: A systematic review*, Epilepsy & Behavior 118 (2021).

metrics for assessing behavioral side effects that preclude cross-study comparison), 5, Table 5 (BRV and LEV exhibit similar incidence of behavioral adverse events: irritability, anger, and aggression); Theocari at Abstract (retrospective study of 25 patients); Brandt at 479 (the referenced Yates study involved a "small sample size, open, unblinded character, a poorly differentiated terminology of nonpsychotic behavioral disorders and a possible regression to the mean as an explanation of improvement."). These studies do not support the conclusion that brivaracetam met a long-felt unmet need for treatment in patients who found levetiracetam intolerable.

63.     It is also important to consider these study results in context. The Brandt study characterizes the relationship between brivaracetam and levetiracetam tolerability as "*hints* that BRV may be less frequently associated with behavioural adverse events than LEV." Brandt at Abstract (emphasis added). The authors did not offer some unqualified assertion of brivaracetam's vast superiority. This is consistent with the Hansen study that recognizes that "no studies that directly compare LEV and BRV have been published." Hansen at 3. Another study that Dr. Sands cites to support switching from levetiracetam to brivaracetam also found that patients who had been treated with levetiracetam were *more likely* to develop adverse side effects on brivaracetam. Steinig at Abstract ("Patients with BAE on LEV were more likely to develop BAE on BRV"), 1215 ("The occurrence of BAE during previous LEV exposure was a significant predictor of a higher likelihood for psychobehavioral side effects with BRV treatment."). The finding that brivaracetam might be a poor decision for former levetiracetam patients in terms of tolerability confirms that brivaracetam did not resolve a long-felt need for tolerable AEDs.

64.     Dr. Sands cites for support the Yates and Zahnert studies in asserting brivaracetam should be a chosen treatment for patients with psychiatric comorbidities. The Yates study was limited by its small sample size (29 patients, with only 26 completing) with known tolerability

25

issues with levetiracetam, lack of prospective baseline seizure data (i.e., baseline data was retrospectively analyzed), short treatment period (12 weeks), subjective assessment criteria, and open-label design. Yates at 168. These results are not generalizable and "should be interpreted with caution." Yates at 168. Notably, UCB Pharma was involved in the design and conduct of the study, and the collection, management, and analysis of the data. The study permitted dose adjustments of brivaracetam, which confounds comparative assessments of the drugs, particularly since the initial brivaracetam therapy (which may or may not have been adjusted during the study) was 100 mg bid vs. a levetiracetam dosage of 1-3 g/day. In this regard, the authors acknowledged, "The large improvements observed in QOLIE-31-P may be due to the open-label nature of the study and the flexible dose design which allowed for adjustments to optimize tolerability and response."

65.   Zahnert also suffers from fundamental defects. Zahnert relies on data retrospectively collected from electronic patients records and a short data collection period that varied, with a mean of 5.3 months with a wide standard deviation of 4.1 months. Dosing was not controlled, with different patients receiving different doses of AEDs. Length of levetiracetam therapy was also not controlled. The author recognized the potential bias of the study and its various limitations in stating that "larger, prospective, and multicenter trials of these subgroups would be desirable." Zahnert at 5. Brivaracetam presented tolerability issues, with more than half of the patients suffering adverse events. Despite the short-time frame for the study, about 20% of patients discontinued brivaracetam therapy because of adverse events, including about 13% because of behavioral adverse events. Zahnert notes that 10 patients were switched back from brivaracetam to levetiracetam and that seven out of the eight patients for whom follow-up was conducted showed clinical improvement.

26

66.     Dr. Sands cites to Patel at paragraphs 56 and 71 for the proposition that children with epilepsy can experience psychiatric and behavioral comorbidities.  It is true that AEDs can exacerbate existing psychiatric conditions.  This appeared to be the case with brivaracetam, as 24.8% of the analyzed patients experienced treatment-emergent adverse events associated with behavioral disorders, causing some patients to discontinue treatment.  Patel at 71 (based on subjective behavioral assessments by caregivers or patients).  Patel (while also being subject to methodological flaws such as lack of a control group, inconsistency in individual AED treatment and dosage over the course of the trials, and absence of true statistical analysis in favor of only "descriptive" statistical analysis) importantly notes that it is not possible to compare levetiracetam and brivaracetam paediatric behavioral profiles due to the difference between historical and modern interpretations of these types of side effects.  Patel at 74 ("The regulatory trials with LEV were completed more than a decade ago. It is not possible to compare the paediatric behavioural AE profile of BRV with data from the LEV trials, as there have been changes over time in sensitivity towards behavioural issues and definitions of behavioural AEDs.").  In addition, a "markedly high" portion (90.4%) of the patients whose data were analyzed developed treatment-emergent adverse events, with 20.1% experiencing a serious adverse event.  Patel at 71, 73.  The patient pool was also seemingly overinclusive, as patients only had to receive one dose of brivaracetam to be included in the analysis.  Patel at 70.

67.     Dr. Sands cites Schubert-Bast at paragraph 72 to suggest transitioning pediatric patients from levetiracetam to brivaracetam, but this small (n=34), retrospective study actually found that "[t]he adverse events [of brivaracetam] seem comparable with that of other frequently used AEDs, with most psychobehavioral and unspecific TEAEs occurring."  Schubert-Bast at 93.

68.     I refer to my discussion *supra* at ¶ 55 on the McGuire report as to why it cannot support Dr. Sands' assertion at paragraph 72 that Briviact improved the tolerability profile in children.

69.     And as discussed above, tolerability is often transient and can decrease. *See* ¶¶ 48, 57.  These studies do not generally analyze this aspect of brivaracetam therapy.  For example, Alsfouk has conducted studies on adults and adolescents newly diagnosed with epilepsy and has observed the increased use of second generation antiepileptics.  This study involved 1795 individuals, who were evaluated longitudinally from diagnosis of epilepsy (any time from July 1982 to October 2012) until April 2016 or death, for a minimum time period of one year.  Alsfouk at 574-75.  Between 1982 and 2016, study participants were observed every ten years, separated into the first, second, and third epochs.  Nervous system adverse effects (AEs) and psychiatric AEs increased from the first to third epochs.  "The rate of intolerable nervous system AEs in the first epoch (1 of 148 [0.685]) was significantly lower than the second (37 of 708 [5.23%]); corrected *P*=.04) and third (43 of 939 [4.58%]; corrected *P*=.04) epochs.  The rate of withdrawal due to psychiatric AEs in the last epoch (49 [4.15%] was significantly higher than the first (0; corrected *P*=.01) and second (11[1.55%]; corrected *P*=0.006) epochs."  Alsfouk at 577.

70.     Though tolerability is an important measure of AED viability and essentially, success, Alsfouk teaches that overall, new medications have not meaningfully improved AED tolerability.  Alsfouk at 574, Results ("Although differences in intolerable AE rates and types of AEs were found between the ASMs, there was no difference in the overall intolerable AEs rates to the initial monotherapy across the 3 epochs (first: 10.1% []; second: 13.8% []; third: 14.05% []").  This is as true of levetiracetam as it is for the entire class of drugs.  Ample literature has

proven that the need for tolerable drugs persists. *See generally* Alsfouk at 574, Conclusions and Relevance. I am unaware of any evidence that brivaracetam has changed this situation.

71. Overall, I disagree with Dr. Sands' characterization of the described needs: "(1) a need for AEDs effective in reducing or eliminating seizures in patients with refractory epilepsy, and (2) a need for AEDs with improved side effect profiles," as "satisfied." Sands Opening Report ¶ 58. The vast need for improved AEDs remains unaddressed—particularly the static rate of refractory epilepsy. Stephen & Brodie at 1; Löscher & Klein at 936 (about 30%, "[S]eizure freedom outcomes have not changed much since 1939, the year that phenytoin came into use, in spite of the development of numerous novel ASMs in recent decades. Mechanisms of ASM resistance are incompletely understood."); Löscher & Klein at 937 ("[N]ew drugs have not increased the percentage of seizure-free patients."); Löscher & Klein at 942 ("[M]ost novel (third-generation) ASMs are not more effective than older drugs); Chen at 280 (more than one-third of patients' seizures continued despite AED treatment throughout over a decade observation); Alsfouk at 180 (lack of improvement). Even as drug development has continued, the helpfulness of the drugs for each type of epilepsy is unclear or insufficient. *See* Löscher & Klein at 942 ("In fact, most second- and third-generation ASMs are less efficacious than valproate in those epilepsies.").

72. As of 2021, newer AEDs are suggested to have solved the "long felt unmet need" that Dr. Sands claims Briviact had already satisfied. For example, Dr. Löscher has suggested a newer AED cenobamate, introduced in 2019 (after brivaracetam), has outperformed all existing AEDs. Löscher & Klein at 937. This conclusion is drawn to its efficacy in enabling patients to experience seizure freedom (21% in a study of adults taking 400 mg/day over a 12-week period

29

on cenobamate). This seizure freedom was sustained with treatment for up to four years. Löscher & Klein at 943.

### B. Dr. Sands Has Not Described Unexpected Results of Briviact Compared to Levetiracetam

73. I do not believe Plaintiffs have offered any scientifically-sound evidence that indicates that brivaracetam has a meaningfully superior efficacy or tolerability profile relative to levetiracetam. Dr Sands asserts at paragraph 76 that "[a] POSA would not have expected that Briviact would demonstrate its unique combination of efficacy and tolerability." I disagree that the combination of efficacy and tolerability observed in brivaracetam is unexpected. To the extent that Dr. Sands regards brivaracetam as a "single AED . . . able to treat refractory patients without unacceptable side effects" (Sands Opening Report ¶ 76), however, I refer to ¶¶ 58-72, above, for why this statement is false.

74. Levetiracetam itself is a highly successful AED. As I mentioned in my opening report at paragraphs 60 to 76, levetiracetam showed "potent anticonvulsant activity" in rat and mice models and high tolerability and efficacy in patient clinical trials. As I said prior, "[t]he prior art . . . disclosed levetiracetam as a potent and orally bioavailable antiepileptic drug and taught that '[t]he patient-friendly pharmacokinetics of levetiracetam offer a safe therapeutic strategy for the clinical management of patients with epilepsy.'" Pleasure Opening Report ¶ 76. Studies showed levetiracetam was an effective therapy for epilepsy (Pleasure Opening Report ¶¶ 64, 68-71), that it was effective add-on treatment for refractory partial epilepsy, and also suggested its efficacy in refractory generalized epilepsy (Pleasure Opening Report ¶¶ 71-75).

75. I understand that unexpected results must be a matter of effect and not merely a change in degree of an existing property. Based on levetiracetam's efficacy and tolerability, a

POSA would have expected brivaracetam to have a similar therapeutic profile.  AED design like that which resulted in the development of brivaracetam intentionally follows this "family" model based on success of a parent compound.  *See* Löscher & Klein at 941 ("Often, the success of a novel ASM initiates the synthesis and development of additional compounds from the same chemical family [], as exemplified by … piracetam derivatives (levetiracetam, brivaracetam)").  Brivaracetam binds to the SV2A just like levetiracetam.

76.     At paragraph 76 Dr. Sands asserts that "Briviact proved to be successful at treating some refractory patients without unacceptable side effects."  Sands Opening Report ¶ 76.  As an initial matter, the study Dr. Sands himself cites on this point acknowledges that it cannot provide efficacy and tolerability information for brivaracetam in comparison to other AEDs.  Lattanzi at 1351 ("[T]his meta-analysis cannot provide information about the efficacy and tolerability of BRV as monotherapy or in comparison with other AEDs.").  I agree that Briviact joined the list of potential AEDs just like levetiracetam.  I dispute that it did so in any unexpected way.  Every new AED would be expected to prove beneficial for some patients for at least some period of time, while intolerable for others.  *See, e.g.*, Alsfouk at 576 (Results).

77.     I am unaware of any scientifically reliable studies assessing the degree, if at all, to which one of brivaracetam and levetiracetam is "superior" to the other with regard to psychiatric and behavioral effects.  One pervasive problem is that definitions for behavioral effects vary between studies and are often highly subjective.  Dr. Sands cites studies that draw conclusions (usually retrospectively) from subjective patient reporting and which use different metrics.  *See e.g.*, Theocari at 129 (from a small patient population of 25).  Retrospective analysis, by definition, involves use of data for analyses that the studies were not designed or powered to provide.  Thus, comparing the studies to support an assertion is scientifically unsound.  Further, cross-study

comparisons are generally flawed because they involve different patient populations, and may have different baselines (which may or may not have been accounted for), and also can involve different treatment regimens and periods.  *See e.g.*, Hansen at 3-7.

78.     Dr. Sands cites to Verrotti at paragraph 78 to explain the perception that Briviact would have an adverse side effect profile.  The Verrotti study analyzed adverse events associated with levetiracetam, and directly notes that "[p]sychiatric effects, such as anxiety, depression and psychosis, were very rarely associated with LEV in [randomized control trials].  Only long-term observational studies provided data about an increased risk of psychiatric disorders in a subset of patients with pre-existing mood disorders, likely due to a genetic predisposition."  Verrotti at 54. Verrotti is imperfect, as it is a meta-analysis which acknowledges that long-term toxicity cannot be evaluated based on the trials included within the analysis that were short term.  That being said, this study indicates that levetiracetam treatment does not generally cause immediate psychiatric effects.[14]  Short term studies of brivaracetam, as are discussed throughout the Sands Opening Report, consistently report its high tolerability over short trial periods.  This observation is consistent with what Verrotti reported for its closest prior art, levetiracetam, thus this result cannot be viewed as unexpected.

79.     However, brivaracetam is like many AEDs that came before it insofar as it continues to exhibit negative psychiatric and behavioral side effects.  Hansen at 1 ("Levetiracetam (LEV), perampanel (PER), and topiramate (TPM) are currently identified as AEDs with the strongest evidence for AB.  However, benzodiazepines, brivaracetam (BRV), phenobarbital,

---

[14] Verrotti also reported that the levetiracetam is associated with "few unfavorable sedative, vestibulocerebellar and behavioral effects, such as nervousness and irritability."  Verrotti at Abstract.

tiagabine, vigabatrin, and zonisamide are also associated with a higher occurrence of AB compared to other AEDs."); Patel at 71 (24.8% of treatment-emergent adverse events associated with behavioral disorders caused patients taking brivaracetam to discontinue treatment); Zahnert at 4, Table 3 (13% of patients discontinued treatment due to behavioral adverse events). It cannot be said this result, should it arise over either short-term or long-term observation, would be unexpected.

C.    **Dr. Sands Fails to Identify Significant Industry Praise for Briviact**

80.    Dr. Sands suggests that the literature reflects industry praise for Briviact. Sands Opening Report ¶ 79. The Asadi-Pooya, Li-na, French, Rogawski, and Hirsch studies that Dr. Sands cites in support of this opinion are based on short-term, limited data (which many of the studies acknowledge). French at 524; Li-na at 15. Given these limits, the assessments therein have diminished value, particularly given the known honeymoon effect with new AEDs. I believe that the determination of whether industry praise exists should be based on long-term efficacy and tolerability studies of Briviact. This is the measure that ultimately represents the impact it has made on patients with epilepsy. These limitations were not well-explained in Dr. Sands' report. For example, while the Asadi-Pooya study did find that brivaracetam may be an optimal drug for refractory focal seizures, Dr. Sands failed to acknowledge that brivaracetam was less efficacious in AED-exposed subgroups than AED-naïve groups and that any indication of success was focused on comparisons of brivaracetam versus placebo. Asadi-Pooya at 74-75. This is an especially relevant finding given that in typical clinical practice, brivaracetam would be a follow-on therapy in a patient who was refractory on prior AEDs. In fact, the literature is very clear that **any** of the newer generation of AEDs is just as likely to yield seizure freedom as any other (see Chen) and any is about as likely to be well tolerated (see Alsfouk). Thus, any praise for brivaracetam would

33

be equally applicable to any other recently introduced AED. Additionally, as mentioned above at ¶ 61, the selected sentence from Rogawski does not represent the substance of that paper, and further is inaccurate (brivaracetam has an adverse event profile that *is* distinguishable from placebo).

### D. Dr. Löscher Has Not Identified Others' Failure in Implementing the Alleged Invention Covered by the Asserted Claim

81.     I understand that Defendants have asked Dr. Lepore to review and respond to opinions set forth in Section VII.A of Dr. Löscher's report. I note, however, that in this Section, Dr. Löscher opines that brivaracetam has "superior efficacy and potency" compared to levetiracetam. *See, e.g.,* Löscher Opening Report ¶ 54. The data cited in these sections, however, relate only to the compounds' potency. Löscher Opening Report ¶ 54 (citing $ED_{50}$ values obtained in the audiogenic mouse model); *see also* Löscher Opening Report ¶ 58 (citing $ED_{50}$ values obtained in various mouse and rat models). A compound's potency is commonly measured based on its anticonvulsant $ED_{50}$, "the dose-suppressing seizures in 50% of the animals, which is calculated from dose-response curves, testing one group of animals per dose. The lower the $ED_{50}$ the more potent is the drug". *See* Löscher 2011 at 668. While "high potency is often an important argument for selecting drugs for further development," "it is the antiepileptic efficacy that finally determines the clinical usefulness of a new AED." Löscher 2011 at 668. One approach for determining efficacy in animal models "is determining $ED_{50}$s in the 6-Hz model at increasing current intensities (22, 32, 44 mA)." Löscher 2011 at 668. Dr. Löscher has not cited any data that could support brivaracetam has "superior efficacy" compared to levetiracetam in any animal models or in humans.

82.     Additionally, in Section VII.A of his report, Dr. Löscher asserts "[b]rivaracetam's increased binding affinity would have been particularly unpredictable and unexpected to a POSA as of February 23, 2000, because, at this time, the levetiracetam binding site had not yet been characterized or identified as being on the SV2A protein."  Löscher Opening Report ¶ 55.  I disagree.  As I explained above, Noyer disclosed data suggesting that LBS was a protein that is found in the synaptic plasma membranes in the brain.  LBS was later identified as the SV2A receptor, thus, LBS is the same protein as the SV2A receptor.  The mere fact that the label used to name a target changes does not make the affinity of a ligand to that target unpredictable or unexpected.

83.     In Section VII.B of his report, Dr. Löscher provides his opinions regarding "failure of others to achieve regulatory approval of an ASD in humans."  As explained in more detail below, I disagree that Dr. Löscher's statements support the nonobviousness of the Asserted Claim.

84.     As an initial matter, Dr. Löscher appears to agree with me that "the commonly used animal models of epilepsy are quite predictive of efficacy in certain types of epilepsy."  Löscher Opening Report ¶ 63.  As Dr. Löscher explained in 2011, reliance "on the preclinical use of animal models to establish efficacy and safety prior to first trials in humans" "has been very successful and crucially contributed to the development of numerous clinically effective AEDs.  Indeed, animal models with a similarly high predictive value do not exist for other CNS disorders, such as bipolar disorders or migraine."  Löscher 2011 at 662.

85.     In his report, Dr. Löscher cites Takebe for the proposition that, on average, "the likelihood that a drug in Phase I clinical trials will achieve regulatory approval is approximately 10%."  Löscher Opening Report ¶ 63.  The estimate provided in Takebe, however, is not limited to approval rates for AEDs.  As I explained in paragraph 59 of my opening report, Dr. Klitgaard

35

testified that the success rate in developing epilepsy candidates is higher compared to other diseases (33% v. 10% NDA approval for phase 1 candidates) because of the availability of predictable models in the field of epilepsy drug development. Similarly, Porter 2017 explained that epilepsy, unlike most CNS disorders, benefits from "highly predictive models and a track record of clinical success derived from these models." Porter 2017 at 1889.

86.     In paragraph 64 of his report, Dr. Löscher discusses the Antiepileptic Drug Development ("ADD") Program managed by the National Institutes of Health ("NIH") since 1975. I disagree with Dr. Löscher to the extent he opines the ADD program has not been successful. For example, Stables 1997 explained "[f]or the past two decades, the drug discovery project, known as 'The Anticonvulsant Screening Project' (ASP), has successfully identified numerous lead compounds for development." Stables 1997 at 1. And Stables 2002 explained that the ADD "provided a major impetus for the development of several older as well as the newly marketed AEDs." Stables 2002 at 1411. By 2002, the success of the ADD program in introducing nine new therapeutic agents into the marketplace caused a perception "in the industry that the AED market is essentially saturated." Stables 2002 at 1411. And Porter 2017 stated that the ASP "has made substantial contribution to the drug armamentarium of the clinical neurologist." Porter 2017 at Abstract; *see* Porter 2017 at Fig. 1. Dr. Löscher appears to agree. Löscher Opening Report ¶ 64.

87.     In paragraph 71 of his report, Dr. Löscher again discusses the ASP. Citing Stables 1997, Dr. Löscher refers to the number of compounds screened in a five-year period before 1997. Dr. Löscher focuses his discussion on the data reported regarding primary evaluation of the screened compounds in Stables 1997. Dr. Löscher has ignored that the primary evaluation is described as the first step in the ASP, which are described in Stables 1997 as "broad and non-mechanistic to identify CNS and minimal neurotoxic activity of the compound." *See* Stables 1997

36

at 3.  Dr. Löscher has failed to explain why the approximately 10% of compounds that "were found to be active (at some level) in the MES test," should be considered "as representative of the program's historical performance."  Löscher Opening Report ¶ 71.  A person of ordinary skill in the art would not have relied on such an arbitrary metric to evaluate the ASP's success in ASD development.

88.     In paragraphs 65-85, Dr. Löscher describes a number of compounds that he asserts were "in clinical and preclinical development as of, or around, the priority date, February 2000," and "eventually failed to achieve regulatory approval as an ASD in humans."  I understand this analysis is not relevant to determining whether the Asserted Claim of the '461 patent would have been obvious as of the priority date.   In particular, the Asserted Claim does not require advancement of the claimed compound (brivaracetam) to clinical trials, or achievement of any specific clinical endpoints, let alone FDA approval for treating an ASD in humans.

89.     As I explained above, I understand that in order to show failure of others, the patentee must put forth evidence of failure of others to find a solution to the problem that the patent-at-issue purports to solve.  Here, the '461 patent explains that levetiracetam was known to be effective in the treatment of epilepsy.  '461 patent at 1:11-22.  The problem that the '461 patent purportedly solves is providing "certain analogs of levetiracetam, particularly those bearing further substitution in the pyrrolidone ring," that "demonstrated markedly improved therapeutic properties."  '461 patent at 1:34-37.  The '461 patent describes two assays that could show the levetiracetam analogs' anticonvulsant activity: the audiogenic seizures model (a model of primary generalized epilepsy) and binding to the LBS.  '461 patent at 21:36-52; *see also* '461 patent at Examples 8-9.  Dr. Löscher has not provided any examples of failed attempts to develop

levetiracetam analogs with improved potency in the audiogenic seizures model and enhanced binding to the LBS.

90.     Dr. Löscher discusses imepitoin, a drug candidate that he states, "was in preclinical development at the time of Eilat V in 2000."  *See* Löscher Opening Report ¶ 73.  I disagree with Dr. Löscher to the extent he asserts imepitoin is not a successful ASD, because it was not developed as an ASD in humans, and instead was developed as an ASD for dogs.  As I explained before, the Asserted Claim does not require regulatory approval for treating human patients.  Thus, a person of ordinary skill in the art would not consider imepitoin as evidence of "failure" of others.  Further, Dr. Löscher does not consider the structural similarity of brivaracetam to levetiracetam when suggesting a similar expectation of success existed for imepitoin.

91.     Dr. Löscher discusses carisbamate and asserts it "failed in its clinical trials."  *See* Löscher Opening Report ¶ 74.  Dr. Löscher states carisbamate's "new drug application was withdrawn, and its clinical trial program discontinued, because it failed to demonstrate consistent efficacy in two clinical phase III trials."  Löscher Opening Report ¶ 74.  I disagree this statement is evidence of "failure" that would be relevant to the nonobviousness of the Asserted Claim.  As Dr. Löscher explained in 2011, "unusually high and unexplained placebo response rates may possibly have played a role in the failure of some recent experimental AEDs, such as carisbamate and brivaracetam, to show efficacy superior to placebo in individual add-on trials and in a comparative trial."  Löscher 2011 at 665.  Failing a clinical trial does not necessarily show that the drug candidate "failed," because additional trials (should the company decide to run them) could show the drug is safe and effective, depending on the trial design.  Other indications can also be pursued, as Dr. Löscher explained in 2012 regarding carisbamate, "SK-Biopharmaceuticals, the company that initially developed the drug, received an orphan designation for the management of

38

infantile spasms (West syndrome)," and "SK-Biopharmaceuticals is currently performing trials with carisbamate in Lennox-Gastaut syndrome." Löscher Jan. 2021 at 600. In January 2022, SK Biopharmaceuticals announced submission of a clinical study protocol to the FDA for a Phase 3 clinical trial to evaluate the efficacy and safety of carisbamate for the treatment of seizures associated with Lennox-Gastaut syndrome.[15] Further, Dr Löscher does not consider the structural similarity of brivaracetam to levetiracetam when suggesting a similar expectation of success existed for carisbamate.

92.     The decision to pursue and continue pursuing clinical trials of a drug are substantially based on economic decisions, and not only potential technical difficulties. Dr. Löscher appears to agree that several factors could explain why a drug candidate may not receive regulatory approval. *See, e.g.,* Löscher Opening Report ¶ 66. Dr. Löscher has failed to acknowledge or consider the extent to which non-technical factors (e.g., economic or business considerations unrelated to the drug candidate's safety or efficacy) underlied companies' decisions to discontinue development of the drug candidates he discusses.

93.     For example, in paragraph 72 of his report, Dr. Löscher mentions U.S. Patent No. 6,605,610 ("the '610 patent") assigned to Pfizer, and U.S. Patent No. 6,492,388 ("the '388 patent") assigned to SmithKline Beecham p.l.c., now known as GlaxoSmithKline, and asserts the compounds disclosed in these patents "may have failed preclinically". I disagree to the extent Dr.

---

[15] SK Life Science Initiates Phase 3 Clinical Trial of Carisbamate for Lennox-Gastaut Syndrome, at https://www.prnewswire.com/news-releases/sk-life-science-initiates-phase-3-clinical-trial-of-carisbamate-for-lennox-gastaut-syndrome-301455009.html#:~:text=Carisbamate%20has%20received%20orphan%20drug%20designation%20for%20the%20potential%20treatment,and%20Drug%20Administration%20(FDA).&text=Lennox%2DGastaut%20syndrome%20(LGS)%20is%20a%20rare%20form%20of,by%20multiple%20types%20of%20seizures (accessed March 10, 2022).

Löscher opines that the compounds disclosed in these patents "may have failed preclinically" because he is not aware of the compounds becoming approved ASDs. As Dr. Löscher explains, both Pfizer and GlaxoSmithKline have approved ASDs on the market, pregabalin and retigabine, respectively, that were disclosed before the filing of the '610 patent and the '388 patent. A plausible explanation for why the compounds disclosed in these two patents may not have become approved ASDs is Pfizer and GlaxoSmithKline's business decision to focus their resources on the development of pregabalin and retigabine.

94.     Similarly, Dr. Löscher discusses a number of antiseizure drug candidates that he asserts failed, but he but does not explain how these drug candidates could show others' failure in implementing the subject of the Asserted Claim, or that economic or business decisions cannot explain why these drug candidates have not yet received regulatory approval as ASDs. *See* Löscher Opening Report ¶¶ 75-81, 83-84 (discussing caraberast, stating he was unable to find the results for a caraberast phase II clinical trial; irampanel, stating "its development in epilepsy had apparently been abandoned in favor of an indication in stroke"; isovaleramide, stating he is unaware of any published irampanel phase II clinical trial data; remacemide, stating he is not aware of remacemide receiving FDA approval as an ASD; safianamide, stating its "development strategy was shifted toward Parkinson's disease" and that "it was approved in the United States in March 2017 under the trade name Xadago;" talampanel, stating while Howe concluded from the clinical data that the tolerability of talampanel compared "favorably with the newer AEDs," another commentator stated talampanel's development in epilepsy was discontinued "[d]ue to unfavorable kinetic and tolerability profile"; valrocemide, stating he is unaware of data from its phase II clinical trials; fluorofelbamate, stating he is unaware of additional clinical data other than a phase I study that showed no signs of toxicity; and seletracetam (a UCB compound), stating that the results of

40

two phase II trials were not published, and that he is not aware of any additional clinical development).

95.     In paragraph 85 of his report, Dr. Löscher discusses padsevonil (another UCB compound).  Citing a phase IIb clinical trial, Dr. Löscher states that padsevonil "appears to have failed".  As Dr. Löscher himself explained in 2021, "the inclusion of patients that were resistant to other SV2A modulators (brivaracetam, levetiracetam) may have contributed to the failure of padsevonil in the phase IIb clinical trial."  *See* Löscher Oct. 2021 at 7.  Thus, the apparent failure of padsevonil in the phase IIb trial does not support failure of others in implementing the alleged invention claimed in the Asserted Claim.

96.     In sum, I disagree with Dr. Löscher to the extent he opines Briviact's FDA approval as an ASD shows "failure of others."

## IX.    SUPPLEMENTATION OF OPINIONS

97.    I reserve the right to adjust or supplement my opinions in light of additional information that may be brought to my attention.  I also reserve the right to amend or supplement my analysis in light of any critique of my report or opinions advanced by or on behalf of Plaintiffs or in light of any additional facts.

Dated: April 8, 2022                                                    _____

# EXHIBIT 3

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

1 (1 to 4)

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____

UCB, INC. and UCB          )
BIOPHARMA, SRL.,           )
                           )
          Plaintiffs,      )
                           )
vs.                        )  C.A. No. 20-987 (CFC)
                           )
ANNORA PHARMA PRIVATE      )  CONSOLIDATED
LIMITED, et al.,           )
                           )
          Defendants.      )
_____   )

REPORTER'S TRANSCRIPT

** ▇▇▇▇▇▇ **

DEPOSITION OF

SAMUEL PLEASURE, M.D., Ph.D.

Friday, July 15, 2022

San Francisco, California

9:12 a.m. PDT

to

6:15 p.m. PDT

Stenographically Reported by:
Burgundy B. Ryan, RPR,
CSR No. 11373
Job No. 455043
Pages 1-310

---

**Page 2**

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

    COVINGTON & BURLING, LLP
    By:  PHILIP S. MAY, Esquire
         ALEXA HANSEN, Esquire
         TAYLOR ROBERTS-SAMPSON, Esquire
    Salesforce Tower
    415 Mission Street, Suite 5400
    San Francisco, California 94105
    415.591.7035

ON BEHALF OF THE DEFENDANT ANNORA PHARMA PRIVATE
LIMITED:

    CARLSON, CASPERS, VANDENBURGH & LINDQUIST,
    P.A.
    By:  JULIE VERNON, Esquire
    225 South Sixth Street, Suite 4200
    Minneapolis, Minnesota 55402
    612.436.9600

ON BEHALF OF DEFENDANTS APOTEX INC. and APOTEX CORP.,
MSN LABORATORIES PRIVATE LIMITED and MSN
PHARMACEUTICALS, INC.:

    WINSTON & STRAWN, LLP
    By:  NOOROSSADAT TORABI, Esquire
    101 California Street
    San Francisco, California 94111
    415.591.1000

ALSO PRESENT:

    MATTHEW KENT, Videographer
    Planet Depos

---

**Page 3**

I N D E X

                                            PAGE

EXAMINATION BY MR. MAY....................   5

                  --o0o--

E X H I B I T S

EXHIBIT          DESCRIPTION              PAGE

01          Opening Expert Report          18

02          Rebuttal Expert Report         32

03          Reply Expert Report            35

04          Email Thread                   22

05          Kutlu Article                 206

06          Chen Article                  229

07          Alsfouk Article               238

08          Stephen and Brodie Article    249

                  --o0o--

---

**Page 4**

1       BE IT REMEMBERED that, pursuant to Notice
2  of Taking Deposition, and on Friday, July 15, 2022,
3  commencing at 9:12 a.m. PDT thereof, at Winston and
4  Strawn, 101 California Street, San Francisco,
5  California, before me, Burgundy B. Ryan, a Certified
6  Shorthand Reporter in and for the State of
7  California, personally appeared
8       SAMUEL PLEASURE, M.D., Ph.D.,
9  a witness called on behalf of PLAINTIFFS, pursuant to
10 all applicable sections of the Federal Rules of Civil
11 Procedure, and who, having been first duly sworn by
12 me to testify to the truth, was examined and
13 testified as follows:
14      THE VIDEOGRAPHER:  Here begins Disk No. 1
15 in the videotaped deposition of Samuel Pleasure in
16 the matter of UCB, Inc. and UCB Biopharma SRL versus
17 Annora Pharma Private Limited, et al., in the United
18 States District Court for the District of Delaware,
19 Case Number 3-20-CV-02267.
20      Today's date is July 14th, 2022.
21      The time on the video monitor is 9:12 a.m.
22      The videographer today is Matthew Kent,
23 representing Planet Depos.
24      The video deposition is taking place at
25 Winston Strawn LLP, 101 California Street, 35th

---

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

---

41

1    A    That is my understanding because they all
2  have to deal with -- do with the portions of the
3  claims that had to do with potential claims for uses
4  for other -- for other entities that were not
5  actually covered in the patent, yes.
6    Q    If you turn to paragraph 25.
7    A    Okay.
8    Q    The last sentence that starts on page 7,
9  "I've been further advised the patents are presumed
10  valid but can be shown invalid by, among other
11  things, clear and convincing evidence that was
12  claimed as an obvious over the prior art or an
13  obvious variation of earlier known subject matter."
14    A    I'm sorry. Could you point me to where
15  that is again? I thought you said paragraph 25 and
16  the last sentence doesn't say that.
17    Q    The last sentence that starts on page 7,
18  paragraph 25, and then carries over to page 8.
19    A    Oh, okay. That's the second-to-the last
20  sentence in the paragraph. Sorry. Okay. "I've have
21  been further advised --"
22        (Court reporter clarification.)
23        THE WITNESS: Sorry. Yes.
24        Yes, I see that.
25  By MR. MAY:

---

42

1    Q    The phrase "among other things" in that
2  sentence, what are the other things? What is your
3  understanding of how a patent can be shown invalid?
4    A    Well, this section is dealing with -- this
5  section is dealing with -- you know, with obvious --
6  with issues that are obvious that were prior art or
7  obvious over earlier known subject matters. So -- so
8  that's what this section was -- was dealing with,
9  which as you point out was -- was withdrawn.
10        And I -- and I don't recall here what the
11  among other things -- I think other things are other
12  factors that are -- go into -- to -- to considering
13  patents, like secondary factors that, you know,
14  warrant long-felt unmet need and things like that
15  that may make a patent invalid if there -- you know,
16  there's -- as I recall, there are different codes or
17  statutes that are used and numbers that are used, and
18  I certainly don't remember which numbers of the
19  various factors.
20        And I'm -- I'm pretty sure that's probably
21  what we're referring to here because here I was
22  mostly focused on the -- the -- as you pointed out,
23  the written description and the enablement and the
24  indefiniteness with regard to claims that are no
25  longer at issue.

---

43

1    Q    In your -- in paragraphs 24 through 26, you
2  don't discuss the standard for how to determine
3  whether -- whether or not a claim is obvious;
4  correct?
5    A    Well, I mean, you know, there's a sentence,
6  for instance, that covers subject matter that's new,
7  useful, and not obvious. I don't define there in --
8  as to what obviousness by definition means. But, of
9  course, written description -- written description,
10  enablement, and indefiniteness, my -- you know, I
11  think that you're -- I think that you're -- you're
12  correct in that we're not -- or that I'm not here
13  defining obviousness in any clear way.
14        But I think that that was partly because I
15  wasn't -- you know, I was claiming we were -- I was
16  discussing the issues having to do with written
17  description, enablement, and indefiniteness, which
18  are -- have to do with the way the claims are -- you
19  know, whether they're enabled or written in a
20  definite way, things like that, and whether the
21  written description is able to allow you to -- to --
22  to know what's in the patent, things like that.
23    Q    In paragraphs 24 through 26 of your opening
24  report, you also don't mention the standard for a
25  lead compound analysis; is that correct?

---

44

1    A    Yeah, that's correct.
2    Q    If you can please turn to paragraph 45 in
3  your opening report?
4    A    Okay.
5    Q    You see in paragraphs 45 through 47 of your
6  opening report, you're discussing the person of
7  ordinary skill in the art.
8    A    Yes.
9    Q    And in paragraph 47, you provide the
10  definition for a POSA, a person of ordinary skill in
11  the art. Do you see that?
12    A    I do.
13    Q    And that POSA definition in paragraph 47 is
14  limited only to Claims 2 through 4 of the '461
15  patent; correct?
16    A    Yes.
17    Q    You don't -- strike that.
18        In your opening report, there's no
19  definition for the POSA as applicable to Claim 5 of
20  the '461 patent.
21    A    I don't believe there's any other area
22  where I discuss the characteristics of a -- of a
23  person of ordinary skill in the art in the report,
24  and this -- and this portion deals with Claims 2 to
25  4, so that's correct.

---

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

12 (45 to 48)

45

1    Q   And it's your understanding that Claims 2
2  through 4 are no longer at issue in this case;
3  right?
4    A   That is my understanding.
5    Q   If you can please -- keep your opening
6  report open, but if you can please pick up your
7  rebuttal report, Pleasure Exhibit 2, and turn to
8  paragraph 14 in your rebuttal report.
9    A   Okay.
10   Q   In paragraph 14 of your rebuttal report,
11  you are again discussing the definition of a POSA; is
12  that correct?
13   A   That is correct.
14   Q   POSA definition in paragraph 14 of your
15  rebuttal report is now applicable specifically to
16  Claim 5 of the '461 patent; is that correct?
17   A   Well, I guess it's focusing on Claim 5.  I
18  don't know that that means it's -- would only be
19  relevant for Claim 5, but it's focusing on Claim 5
20  for this report.
21   Q   And the definition of POSA contained in
22  paragraph 14 of your rebuttal report is slightly
23  different from the definition of a POSA in paragraph
24  47 of your opening report; correct?
25   A   I'd have to -- I'd have to compare them to

46

1  remind myself of what the differences are.  If that's
2  okay, I can -- I'll do that and then I can -- I mean,
3  the -- the -- just to refresh my memory of what the
4  specific differences are, I need to read it.  If you
5  want me to do that, I'm happy to do that.
6    Q   Sure.  If you want to take a moment to read
7  those two definitions to yourself.
8    A   Sure.
9        Well, one difference is that focusing on
10  Claim 5 obviously is not focusing on the fact -- the
11  conditions that are described in Claims 2 to 4 which
12  were no longer at issue, and so -- yeah, I think that
13  that -- I think that's kind of the chief difference
14  really.  Okay.
15   Q   Okay.  So you agree that the POSA
16  definition in paragraph 14 of your rebuttal report
17  removes the idea of the POSA having a medical
18  degree?
19   A   Yes, although it -- it -- it describes a
20  person with a doctorate in chemistry, medical
21  chemistry and synthetic chemistry, and also with --
22  with the years of research in the synthesis and
23  development of compounds for treating neurological
24  conditions.
25       It also -- along with both of them, have

47

1  the same language which says that a POSA would also
2  have knowledge and experience and/or worked with a
3  collaborative team of ordinarily skilled artisans,
4  including a medical doctor.  So while the POSA no
5  longer would have a medical degree, they certainly
6  would be able to work with a person with a medical
7  degree.
8    Q   Dr. Pleasure, you do not have a doctorate
9  degree in chemistry; correct?
10   A   That is correct.
11   Q   And you don't have any post graduate degree
12  in chemistry at all?
13   A   I -- so -- so it says chemistry --
14  medicinal chemistry or synthetic chemistry or related
15  discipline, and I would argue that that is correct.
16  My post graduate degrees, which are an MD and Ph.D in
17  neuroscience, would probably not fit that bill,
18  although I did do quite a bit of, you know, training
19  in neuropharmacology and things like that.  But,
20  yeah, I would say that I'm not a chemist having taken
21  undergraduate chemistry predominantly.
22   Q   You would agree that you are not the --
23  strike that.
24       You would agree that you do not satisfy
25  this definition of the POSA in paragraph 14 of your

48

1  rebuttal report?
2    A   That is correct, but I would certainly meet
3  the criteria of a person who a POSA would spend time
4  working with, collaboratively, part of that
5  collaborative team.
6    Q   Okay.  If you can please look at paragraph
7  17 of your rebuttal report.
8    A   Okay.
9    Q   With -- in the second sentence of paragraph
10  17, you say that, "The claimed invention must
11  effectively respond to an ongoing need as of the
12  priority date."
13       Do you see that?
14   A   Yes, I see that.
15   Q   What do you mean by "effectively
16  respond"?
17   A   Well, this is -- this is a -- this is, to
18  me, a kind of an interesting and important kind of
19  concept of -- of exactly what the definition of
20  long-felt unmet need is.  It says it's unresolved, so
21  it's a long-felt but unresolved need, must have been
22  identifiable or must have been identified and that
23  it's a persistent problem.  And so the fact that it
24  needs to effectively respond to it is that it should
25  meaningfully, in my mind, change the likelihood --

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

22 (85 to 88)

85

1  useful for at another time and we'll go back to it.
2     Q   Do you have any specific examples of drugs
3  that you know were discontinued for economic
4  reasons?
5     A   Well, I mean, you know, there are economic
6  factors that go into -- I know drugs that have been
7  withdrawn from the market sometimes, in part, because
8  of, you know, there may be FDA guidance to withdraw
9  drugs from the market because of side effects, but
10 then the company may have an option to bring it back
11 with special monitoring, but then they may choose not
12 to because then the market will be substantially
13 smaller.
14    Q   What about before a drug is approved, do
15 you have any specific examples of drugs that were --
16 where the development pre-approval was discontinued
17 for economic reasons?
18    A   I'm not thinking of an example right now.
19 But, of course, I don't think that any -- I don't
20 think that most companies share that information with
21 anyone, so -- and I'm not in the position to have the
22 privileged information regarding those -- those
23 questions.
24       It's my -- it's my understanding that this
25 is -- that it is common within pharmaceutical

86

1  companies for there to be consideration of the
2  likelihood that a medication will make a certain
3  amount of money and to make their decisions regarding
4  the -- whether to develop a drug partly based on how
5  much money it will make and what the patent lifetime
6  of that drug might be.  In other words, what the
7  period of time they'll have exclusivity.
8        I mean, I have dealt with -- with
9  medications before where, you know, there were
10 formulations that were developed for -- for what
11 seemed to be pretty economic reasons.  Like I'm
12 thinking, for instance, Teva's development of three
13 times a week COPAXONE injections at a certain dosage
14 compared to every day COPAXONE injections.  And, you
15 know, that was an economic decision to develop that
16 because they were able to get a patent that protected
17 that administration.  And had that patent not been
18 awarded, then they wouldn't have, I'm pretty sure,
19 because there was not much other reason to.
20       So, yeah, I mean, I think if -- if the
21 pharmaceutical industry were -- had sunshine laws as
22 far as giving everyone the reasons why they decide
23 not to take medications forward, then we would
24 probably see -- I would suspect we would see plenty
25 of examples of that.

87

1     Q   Sitting here today, you don't know of any
2  examples; correct?
3     A   I can't think of one.  I feel like -- I
4  feel like there may be some classic examples that
5  came forward because of reportage in the media, but I
6  can't think of them right now.
7     Q   In your rebuttal report, paragraphs 11
8  through 22 constitute the legal standards that you're
9  relying on in your rebuttal report?
10    A   Yes.
11    Q   Is that correct?
12    A   Through 22, yes, correct.
13    Q   In paragraphs 11 through 22, you don't
14 include anything about a lead compound analysis; is
15 that correct?
16    A   Let me just make sure, but I'm pretty sure
17 you're correct because I'm sure you wouldn't be
18 asking the question if you weren't correct, but let
19 me just take a quick look.
20       Yeah, you're correct.
21    Q   All right.
22    A   No -- no explicit discussion of lead
23 compound analysis.
24    Q   If you could please now turn to your reply
25 report, Pleasure Exhibit 3, and if you could please

88

1  turn to paragraph 8.
2     A   Are we going to be referring back to the
3  other ones for the moment or just --
4     Q   Not right this moment, yeah.
5     A   Okay.  Paragraph 8?
6     Q   So if you can please turn to Pleasure
7  Exhibit 3, your reply report, paragraph 8.
8     A   Okay.
9     Q   Paragraph 8 is the only paragraph on legal
10 principles in your reply report; correct?
11    A   That is correct.
12    Q   And here with regard to obviousness, you
13 state that, "I understand a new chemical compound is
14 obvious if the selection of the lead compound would
15 have been obvious and in motivation existed to modify
16 that lead compound."
17       Do you see that?
18    A   Uh-huh.
19    Q   What is --
20    A   Yes, I do.  Sorry.  I did an uh-huh.
21    Q   What is your understanding of the
22 motivation to modify?
23    A   Well, I -- again, A, I'm not a lawyer,
24 so -- so the -- using the -- my common -- common
25 language understanding of it would be what I would

281

1    So the formal analysis may involve certain
2 chemical -- you know, questions of chemistry that are
3 sort of outside of my area of expertise. But as far
4 as figuring out whether something might be attractive
5 as a lead compound for doing a lead compound -- a
6 formal lead compound analysis, I guess I might have
7 done that. I might be describing what I was doing.
8 I'm not sure what other steps there are formally to
9 lead compound analysis.
10    Q    Okay. At the time that you had drafted
11 your opening report, had you undertaken any efforts
12 to figure out whether levetiracetam might be
13 attractive as a lead compound?
14    A    Well, I mean, I -- I would have had a
15 fairly and did have a fairly, I think, developed
16 opinion that levetiracetam would have been a good
17 lead compound at that time. But I did not have any
18 real occasion to put that to paper or to think of it
19 necessarily in terms of this case because that wasn't
20 one of the tasks initially that was -- that was given
21 to me by the attorneys.
22    Initially, obviously, my -- my opening
23 report was focused on a lot of -- a variety of other
24 issues having to do with this case. And it was, in
25 part, in response to the way things developed that I

282

1 was asked to formally consider that. But I would
2 have -- I would have felt that levetiracetam -- if
3 someone said to me, would levetiracetam be a good
4 lead compound in 2000? Had someone said that to me
5 in 2000, I would have said yes. And I would have
6 probably also said Lamictal would be, too. And I
7 probably would have said felbamate would be, too,
8 because I think that there are multiple compounds
9 that would make sense to develop to try and improve
10 because they were -- they were -- they're effective
11 medicines.
12    Q    Any others besides felbamate and
13 Lamictal?
14    A    I'm sure there are others. You know, some
15 of the -- some of the other medications that were on
16 the market at the time that we used widely at that
17 time were ones that had already been subject to a lot
18 of modifications to try and develop new drugs. And
19 so I might have felt like, well, there might be other
20 drugs useful lurking in there, that it might be hard
21 to find them because there's probably -- it was my --
22 I believe, since they've been around for a long time,
23 people had been spending time doing that.
24    Depakote is an interesting drug, but partly
25 the problem is we don't actually really have a good

283

1 understanding of why Depakote works. So it would be
2 challenging, I think. And Depakote, it's -- because
3 there's a lot of different potential -- you know, a
4 lot of different potential sites of action of
5 Depakote it turns out and it has a lot of different
6 effects.
7    And -- and some of them would be
8 interesting, and it would be interesting to develop
9 drugs that separate those different pharmacological
10 effects so you can then figure out which particular
11 benefits of Depakote for either epilepsy or for
12 bipolar syndrome or for headache prevention might be
13 related to particular mechanisms, or is it all
14 related to the mixed mechanism; right? So Depakote
15 also changes gene expression in a long-term way, and
16 that might be interesting, too. So there's a lot of
17 possible ways to try and work on Depakote, but it
18 might not have been, like, what I would see as being
19 sort of easy or, like, attractive as being, you know,
20 straightforward; right?
21    But felbamate I would have felt like was
22 fairly attractive because of the fact it had such
23 unique level of efficacy. Also, one of the things
24 that's really interesting about felbamate is it's an
25 amazing weight loss drug. And -- and that would have

284

1 been very interesting to try and develop as a
2 separate -- separate effect without the liver
3 toxicity, you know.
4    And, you know, I mean, there were people --
5 I am aware of a person who was a friend of mine who
6 died because -- not necessarily directly as a result
7 of it, but essentially because he stopped being able
8 to take felbamate. He was in a felbamate trial for
9 weight loss. Lost an enormous amount of weight. And
10 as soon as he stopped it, he gained it all back and
11 had a heart attack four years later. He was the
12 neuropsychologist in the epilepsy center at UCSF and
13 he was -- so he didn't have any liver toxicity. Had
14 he stayed on felbamate, he would have -- you know, he
15 probably wouldn't have had the cardiovascular
16 disease. So, I mean, it seems like it could be a
17 very interesting drug to work on.
18    Similarly, Lamictal, trying to make it less
19 rashy somehow. It has such good efficacy for primary
20 generalized epilepsies. I'm sure there's probably
21 others if I think about it. You know, later when
22 topiramate came out might be interesting, too. You
23 know, each of the new drugs is already the result of
24 a drug development effort, but that doesn't mean that
25 there aren't ways that it might be improved further.

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

78 (309 to 312)

309

1  tried to think of everything I could think of.
2        MR. MAY:  All right.  I think with that, at
3  this time we have no further questions.
4        MS. VERSON:  No further questions on this
5  end either.
6        THE VIDEOGRAPHER:  Stand by, please.
7        This marks the end of disk -- this marks
8  the end of Disk No. 1 in the deposition of Samuel
9  Pleasure.  We are going off the record at 6:15 p.m.
10        (Proceedings concluded.)
11              ---o0o---
12
13
14
15
16
17
18
19
20
21
22
23
24
25

310

1        CERTIFICATE OF STENOGRAPHIC REPORTER
2
3
4        I, BURGUNDY B. RYAN, a Certified Shorthand
5  Reporter, hereby certify that the witness in the
6  foregoing deposition,
7        SAMUEL PLEASURE, M.D., Ph.D.,
8  was by me duly sworn to tell the truth, the whole
9  truth, and nothing but the truth, in the
10  within-entitled cause; that said deposition was taken
11  at the time and place therein named; that the
12  testimony of said witness was stenographically
13  reported by me, a disinterested person, and was
14  thereafter transcribed into typewriting.
15        I further certify that I am not of counsel
16  or attorney for either or any of the parties to said
17  deposition, nor in any way interested in the outcome
18  of the cause named in said caption.
19
20        DATED:  Sunday, July 17, 2022.
21
22        *Burgundy Ryan*
23        Burgundy B. Ryan, CSR No. 11373, RPR
24
25

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPLY EXPERT REPORT OF SAMUEL PLEASURE, M.D., PH.D.**

## <u>TABLE OF CONTENTS</u>

I.     QUALIFICATIONS AND PRIOR TESTIMONY/COMPENSATION ........................... 1

II.    MATERIALS CONSIDERED ........................................................................................ 1

III.   SUMMARY OF OPINIONS ......................................................................................... 2

IV.   LEGAL PRINCIPLES .................................................................................................. 2

      A.    OBVIOUSNESS § 103 ...................................................................................... 2

V.    LEVETIRACETAM WOULD HAVE BEEN A LIKELY CHOICE AS A LEAD COMPOUND............................................................................................................... 2

      A.    Levetiracetam was a new ASD with proven efficacy and a novel mechanism of action .................................................................................................... 2

      B.    Dr. Löscher places undue emphasis on the MES and PTZ tests ............................ 6

      C.    Dr. Löscher incorrectly asserts UCB industry status would affect lead compound choice................................................................................................... 7

VI.   SUPPLEMENTATION OF OPINIONS ...................................................................... 8

VII.  CONCLUSION............................................................................................................. 9

I, Samuel Pleasure, MD, Ph.D. hereby submit this reply expert report on behalf of Annora Pharma Private Ltd., Apotex Inc. and Apotex Corp., Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd., Lupin Ltd., and MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "Defendants") in the above-captioned consolidated litigation.

## I.      QUALIFICATIONS AND PRIOR TESTIMONY/COMPENSATION

1.      My background and qualifications are listed in my opening report. *See* Pleasure Opening Report ¶¶ 7-18.  My full background and qualifications, including a list of my publications, are described in my curriculum vitae, which was attached as Exhibit A to my opening report.  I incorporate this information in full in this report.

2.      Information regarding the matters in which I have testified in a deposition or at trial, as well as my compensation, were also listed in my opening expert report, and are incorporated here by reference.  *See* Pleasure Opening Report ¶¶ 19-20.

## II.      MATERIALS CONSIDERED

3.      I have been asked to opine on certain issues raised in the Rebuttal Expert Report of Professor Wolfgang Löscher, D.V.M., dated April 7, 2022 ("Löscher Rebuttal Report").

4.      In addition to relying on my extensive knowledge, education, and experience in the field, as well as the materials I identified in my Opening and Rebuttal Reports, I considered the materials listed in **Exhibit A**.  The facts and opinions set forth in this report are based upon the information I reviewed and upon my over 25 years of education and experience in the field of neurology.

5.      I reserve the right to reply upon any additional information or materials that may be provided to me, that are relied upon by any of Plaintiffs' experts or other witnesses, or that are developed prior to or during trial.

6.     I may rely on demonstrative exhibits at trial to assist in explaining my trial testimony.

## III.     SUMMARY OF OPINIONS

7.     The Löscher Rebuttal Report does not change the opinions I set forth in my prior report.  It remains my opinion that a POSA would have considered levetiracetam a particularly appealing compound to select as a lead compound for further development efforts.

## IV.     LEGAL PRINCIPLES

### A.  OBVIOUSNESS § 103

8.     I understand that a new chemical compound is obvious if the selection of the lead compound would have been obvious, and a motivation existed to modify that lead compound.  I understand that a lead compound is one that existed in the prior art that would be a natural choice for further development efforts.  I understand that the analysis does not require selecting the single best lead compound, but rather that the compound would be chosen over others in the art.

## V.     LEVETIRACETAM WOULD HAVE BEEN A LIKELY CHOICE AS A LEAD COMPOUND

### A.  Levetiracetam was a new ASD with proven efficacy and a novel mechanism of action

9.     I disagree with Dr. Löscher that levetiracetam would not have been chosen as a lead compound for further development.  Löscher Rebuttal Report ¶ 2.  Levetiracetam would have made a sensible choice as lead compound as of the priority date.  As described in my Opening Report at ¶¶ 60-78, levetiracetam had demonstrated strong preclinical and clinical efficacy and was approved by the FDA.  Thus, the known efficacy of levetiracetam would make it an obvious choice as lead compound.

10.     FDA approval itself generally causes a new drug to be of interest to a POSA.  I agree with Dr. Löscher that "[a]s a general rule, a POSA will typically start with an approved

ASD. . . The POSA will then strive to make modifications to the lead compound to improve one or more properties of the compound, such as efficacy."  Löscher Rebuttal Report ¶ 19; *see also* Löscher Rebuttal Report ¶ 37 ("approved ASDs would generally be more appealing to a POSA as a lead compound").

11.     The unique binding site of levetiracetam at the SV2A is another reason a POSA would have found levetiracetam to be a particularly desirable lead compound.  The high affinity, saturable binding site of levetiracetam was uncommon as of the February 23, 2000 priority date. This feature would have distinguished levetiracetam from the majority of the other existing classes of FDA-approved antiepileptics that had already been thoroughly investigated through numerous generations of serialized development efforts, e.g. vigabatrin and tiagabine (GABA modulation), phenytoin and ethotoin (sodium channel blockers), benzodiazepines including diazepam, clonazepam, lorazepam, and clorazepate (GABA modulation), and carbamazepine and oxcarbazepine (sodium channel blockers).

12.     The lack of knowledge regarding levetiracetam's mechanism of action would not have discouraged a POSA from selecting levetiracetam as a lead compound.  At paragraph 14, Dr. Löscher notes that because "drug development efforts have largely focused on developing drugs that target the same mechanisms," progress in treating refractory patients has "stagnated." Löscher Rebuttal Report ¶ 14.  I agree. Therefore, it cannot also be true, as Dr. Löscher claims, that a POSA would focus on drugs with known mechanisms of action when choosing a lead compound.  *See* Löscher Rebuttal Report ¶¶ 54-58.

13.     Additionally, a POSA would not need to know the mechanism of action in order to develop a drug, as Dr. Löscher claims. *See* Löscher Rebuttal Report ¶¶ 54-58.  The fact levetiracetam was approved by the FDA confirms that it is not necessary to have a clear

understanding of a drug mechanism of action to pursue development of that drug.  It is commonly the case that drugs are developed without a clear understanding of their mechanism of action.

14.     Dr. Löscher agrees with me to an extent that the mechanism of action would not dissuade a POSA from choosing a lead compound for development.  Dr. Löscher notes that "no ASD's mechanism of action is perfectly understood and characterized, even today."  Löscher Rebuttal Report ¶ 57.  Where this is true of the broad swath of ASDs, it cannot be said that mechanism of action is an essential understanding.

15.     Levetiracetam was a drug with exceptional potential.  Not only did it exhibit SV2A binding, beyond that, it was *new*, making it an attractive choice among many drugs that were multi-generational iterations of the same or similar parent drugs (*see* Löscher Rebuttal Report ¶¶ 21-36 grouping classes of ASDs by similar chemical structures and properties: barbiturates, oxazolidinediones, suximides, benzodiazipines, etc.). Contrary to Dr. Löscher's observation that "there are many options for lead compound that also exhibited [the characteristics of levetiracetam] that the POSA could have chosen" (Löscher Rebuttal Report ¶ 66), levetiracetam specifically was an attractive choice over existing compounds in the prior art due to its novelty and unique mechanism of action.

16.     Dr. Löscher lists a large number of other antiepileptic drugs that he appears to suggest would have been equally appealing options for a POSA to select as a lead compound. *See* Löscher Rebuttal Report ¶¶ 20-47, 50-52.  But Dr. Löscher does not consider many of the aspects of these drugs that a POSA would consider when selecting a lead compound, such as drug tolerability, efficacy in various forms of epilepsy, and frequency and reversibility of side effects.  For example, gabapentin and pregabalin were not as effective as levetiracetam.  Drugs

4

such as felbamate and Lamictal were known to be effective but with serious side effects such as liver failure and Stevens-Johnson Syndrome, respectively.   The oxazolidinediones were known to be teratogenic with undesirable side effects, the former causing paramethadione to be withdrawn from the market in the United States.  By comparison to these examples, levetiracetam was a well-tolerated, broad-spectrum drug, with essentially no irreversible side effects, that a POSA would have considered a preferable choice for a lead compound.  Further, the novelty of levetiracetam would have been a significant motivation for the POSA to choose levetiracetam, whereas drugs such as the barbiturates, benzodiazepines, carbamazepine, valproic acid, the suximides and phenytoin had been extensively studied already.

17.     Further, levetiracetam's safety and efficacy were known.  Multiple clinical trials proved its safety and efficacy.  *See* Lepore Opening Report ¶ 236 (citing Shorvon, Crawford, Perucca, Keppra Label); *see also* Pleasure Opening Report, Section IX.C.

18.     Dr. Löscher incorrectly states that a POSA would be hesitant to select levetiracetam as a lead compound because the only available data was short-term clinical data. Löscher Reply Report ¶ 59.   But levetiracetam exhibited anti-seizure activity sufficient to be chosen for clinical development and sufficient long-term clinical follow up such that it was approved by the FDA.  A POSA would have been able to select levetiracetam with confidence.

19.     Dr. Löscher also contends a POSA would not have selected levetiracetam because it is possible patients might develop tolerance to it.  Löscher Reply Report ¶ 65.  First, Dr. Löscher cites no clinical evidence that tolerance is a problem with levetiracetam.  With respect to the kindling model, it was known that the phenomenon of kindling tends to lead to worsening seizures over the course of time (this is in fact the basis of this model's utility for modeling "epileptogenesis") so Dr. Löscher's observations would not have been surprising.  Second, the

5

development of tolerance would not be at all unique to levetiracetam if it existed.  The
development of tolerance to ASDs is a problem for most ASDs, especially for patients with
refractory epilepsy.  *See* Pleasure Rebuttal Report ¶ 48.  As I explained there, the honeymoon
effect is a common observation across all ASDs when a refractory patient begins a new
treatment.  Therefore, the mere potential that tolerance could accrue to the drug would not have
discouraged a POSA from choosing levetiracetam as a lead compound.

### B.  Dr. Löscher places undue emphasis on the MES and PTZ tests

20.    Dr. Löscher describes the MES and PTZ tests at paragraphs 61-63, distinguishing
the "threshold" MES and PTZ tests from the "standard" MES and PTZ tests.  This
differentiation, Dr. Löscher argues, is the reason that the activity levetiracetam exhibited in the
threshold tests would not lead a POSA to believe it was an obvious choice as a lead compound.
However, Dr. Löscher overinflates the value of these tests to a POSA, which would have been
aware of clinical trials demonstrating efficacy as well as the FDA's approval of levetiracetam.

21.    In addition, the MES and PTZ tests in particular do not impart more relevant or
useful data than the many epilepsy models used in ASD development.  *See* Pleasure Opening
Report ¶¶ 52-59 (description of multiple rat and mice epilepsy models).  The MES and PTZ tests
are generally used for ASD screening because they are inexpensive and easy to perform.
Screening assays serve a different purpose than models of more complex design in preclinical
development.  A screening assay informs a POSA if a compound should be chosen for further
clinical development.  The MES and PTZ tests allow for rapid and standardized screening
(especially related to other tests) for choosing a compound to undergo clinical development.  By
contrast, more robust models tell the POSA information relevant to drug design once they have
passed the screening test, such as toxicity and efficacy, among other details.

22.     By contrast, tests such as the amygdala kindling model and the audiogenic seizure model are more costly and time consuming.  Similarly, a more laborious and exacting test such as the IV PTZ model is unattractive for ASD screening.  Advanced models like these are generally used at a later stage of drug development due to the increased difficulty in conducting the test and standardizing the result.  However, they provide at least as much information regarding a drug's anti-seizure activity as the MES and PTZ tests.

23.     Even for screening purposes, the MES and PTZ tests are imperfect models for ASD development.  As Dr. Löscher explains, "ASD candidates are almost always initially evaluated for efficacy in the same animal models: the MES and PTZ tests. . . . this is one factor that has contributed to the relative stability in the percentage of patients with refractory (*i.e.*, pharmacoresistant) epilepsy over this same time period, because these models will, by design, favor drugs that act by mechanisms of actions that these models embody."  Löscher Rebuttal Report ¶ 13.

24.     For the foregoing reasons, there is no justification to focus on the MES and PTZ test results, to the exclusion of other results, when selecting a lead compound for further development.  *See generally* Rogawski.

### C.  Dr. Löscher incorrectly asserts UCB industry status would affect lead compound choice

25.     At paragraphs 67-68, Dr. Löscher claims that UCB's recent entry into the field of anti-epileptic drugs would discourage a POSA from further developing a compound from that company, and further argues that it is relevant no other company tried to develop an ASD based on levetiracetam.  Löscher Rebuttal Report ¶¶ 67-68.  I disagree.  As Dr. Löscher correctly states throughout his report, a POSA would care that the lead compound was an approved ASD (Löscher Rebuttal Report ¶ 19), with demonstrated efficacy in suppressing seizures (Löscher

Rebuttal Report ¶ 18) and clinical safety (Löscher Rebuttal Report ¶ 18, ¶ 65).  Further, as UCB developed levetiracetam and it was a relatively new drug, a POSA would have known it was subject to patent protection and would not have expected other companies to have published research about the drug.

26.     Ultimately, there are many reasons levetiracetam would have been a particularly appealing drug to select as a lead compound, and I do not believe anything discussed in Dr. Löscher's Rebuttal Report would have discouraged a POSA from doing so.

## VI.     SUPPLEMENTATION OF OPINIONS

27.     I reserve the right to adjust or supplement my opinions in light of additional information that may be brought to my attention.  I also reserve the right to amend or supplement my analysis in light of any critique of my report or opinions advanced by or on behalf of Plaintiffs or in light of any additional facts.

## VII.   CONCLUSION

28.     For the foregoing reasons, it is my opinion that levetiracetam would have been an ideal choice as lead compound to a POSA.

Dated: May 13, 2022                        _____

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | ████████████ |
| | ) | |
| Defendants. | ) | |

**OPENING EXPERT REPORT OF DR. SALVATORE LEPORE
<u>REGARDING INVALIDITY OF U.S. PATENT NO. 6,911,461</u>**

Dated: February 18, 2022

_Salvatore D. Lepore_

_____

# TABLE OF CONTENTS

Page

I.  Introduction ........................................................................................................... 1

II. Summary of opinions .............................................................................................. 2

III. Qualifications ......................................................................................................... 2

IV. Prior testimony/Compensation .............................................................................. 4

V.  Materials Considered ............................................................................................. 5

VI. Legal Principles ..................................................................................................... 5

    A. The Person of Ordinary Skill in the Art ("POSA") ..................................... 6

    B. Obviousness ................................................................................................. 8

    C. Objective Indicia ........................................................................................ 10

VII. Background ........................................................................................................... 11

    A. The '461 Patent and the Asserted Claims ................................................. 11

        1. The '461 Patent Specification .......................................................... 12

        2. Asserted Claims ............................................................................... 15

    B. Technology Tutorial ................................................................................... 16

        1. Small Molecule Drug Design ........................................................... 16

        2. Lipophilicity was known as an important property for Central Nervous System ("CNS") drugs ............................................ 19

        3. 2-oxo-1-pyrrolidine derivatives were known in the art as useful for treating certain CNS disorders including epilepsy .................... 23

        4. Levetiracetam was known in the art as an antiepileptic compound ........ 26

        5. Stereochemistry ............................................................................... 28

VIII. Scope and Content of Prior Art ........................................................................... 30

    A. Prior Art Related to Selecting a Lead Compound ..................................... 31

        1. Gobert '639 patent ........................................................................... 31

        2. Patsalos 1994 ................................................................................... 32

        3. Prous ................................................................................................ 33

        4. Stables .............................................................................................. 34

        5. Noyer ............................................................................................... 35

        6. Sharief .............................................................................................. 38

        7. Abou-Khalil ..................................................................................... 38

        8. Löscher ............................................................................................. 39

        9. Shorvon ............................................................................................ 40

        10. Crawford .......................................................................................... 41

|    | 11. | Ben-Menachem | 41 |
|    | 12. | Perucca | 42 |
|    | 13. | Burris | 43 |
|    | 14. | Keppra Medical Review | 44 |
|    | 15. | Keppra Label | 44 |
|    | 16. | Patsalos 2000 | 45 |
| B. |    | Prior Art Related to Modifying the Lead Compound | 46 |
|    | 1. | Olesen | 46 |
|    | 2. | Levin | 47 |
|    | 3. | Albert | 47 |
|    | 4. | Wong | 48 |
|    | 5. | Lolin | 48 |
|    | 6. | Gouliaev | 49 |
|    | 7. | Appleton | 50 |
|    | 8. | Litina | 50 |
|    | 9. | Waterbeemd | 51 |
|    | 10. | Pardridge | 52 |
|    | 11. | GB '692 | 53 |
|    | 12. | Glozman | 55 |
|    | 13. | Bobkov | 56 |
|    | 14. | EP '490 | 56 |
|    | 15. | Noyer | 57 |
|    | 16. | WO '683 | 57 |
|    | 17. | CA '319 | 59 |
|    | 18. | FDA Guidance | 61 |
| IX. |    | The Asserted Claims Would Have Been Obvious In view of the prior art | 61 |
| A. |    | Levetiracetam Would Have Been an Obvious Choice as a Lead Compound | 63 |
| B. |    | A POSA Would Have Been Motivated to Modify Levetiracetam To Arrive at Brivaracetam With a Reasonable Expectation of Success | 68 |
|    | 1. | A POSA would have chosen to maintain levetiracetam's 2-oxo-pyrrolidine ring attached in the (S) configuration to position 2 of the butanamide group. | 68 |
|    | 2. | A POSA would have been motivated, with a reasonable expectation of success, to modify levetiracetam by adding a substituent at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring | 73 |

3.      Propyl was an obvious substituent from a small number of choices to add to the 4-position f levetiracetam's 2-oxo-pyrrolidine ring ....................... 76

4.      Preparing the (4R) and (4S) diastereoisomers of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide would have been obvious ..................... 82

C.      Objective Indicia ............................................................................... 84

D.      Claims 1-5 of the '461 Patent Would Have Been Obvious Over the Prior Art .... 84

1.      Claims 1 and 5 ....................................................................... 84

2.      Claim 2 .................................................................................. 85

3.      Claims 3 and 4 ....................................................................... 88

X.      Supplementation Of Opinions ........................................................................ 89

### A. Levetiracetam Would Have Been an Obvious Choice as a Lead Compound

234.    It is my opinion that, based on the teachings of the prior art I discussed above, a POSA would have been motivated to select levetiracetam as a lead compound for further development of a compound for treating epilepsy, a disorder of the central nervous system (CNS).

235.    A POSA would have selected levetiracetam as a lead compound for further development because the prior art disclosed numerous advantageous features of the compound. For example, as discussed above in Section VII.B.4, the prior art disclosed that levetiracetam had a "unique profile of action incorporating features in common with a wide range of currently available antiepileptic drugs;" had "minimal adverse effects and a high therapeutic index;" was "rapidly absorbed after oral ingestion;" showing "very encouraging," preliminary results, "with significant efficacy in patients with complex partial seizures." *See* Patsalos 1994 at 57-58; *see also* Noyer at 137, 138; Patsalos 2000 at 78, 84.

236.    Levetiracetam's safety and efficacy in treating epilepsy, including as an add-on treatment in epileptic patients with partial onset seizures, were well known as demonstrated by several clinical trials the results of which were disclosed in the prior art, as well as its receipt of FDA approval. *See, e.g.,* Shorvon, Crawford, Perucca, Keppra Label. *See also* above Section VII.B.4; Pleasure Opening Report, Section IX.C.

237.    I understand that Plaintiffs may argue that a POSA would have selected "the 2-thio-pyrrolidine derivative" of levetiracetam disclosed in Noyer as compound 10, because Noyer disclosed compound 10 "was equiactive to levetiracetam." *See* Noyer at 142. I disagree. A POSA would have decided not to use Noyer compound 10 as a lead compound over levetiracetam, in view of the availability of clinical safety and efficacy data for levetiracetam, which were not

similarly available for compound 10. *See* above Section VII.B.4; Pleasure Opening Report, Section VII.B.3.

238.    A POSA would have understood that levetiracetam could be further improved. For example, Perucca explains that while "the introduction of novel antiepileptic drugs brought new hope to the multitude of patients whose seizures are not completely controlled by established anticonvulsants," "none of the new agents is ideal in terms of its pharmacokinetic properties, interaction potential, spectrum of activity and side effect profile. Therefore, the search for newer drugs with improved efficacy and safety goes on." *See* Perucca at 515. Similarly, Litina, discussing the utility of the then available drugs, states in his 1998 paper that "no more than 50% of epileptic patients are controlled by available anticonvulsant drugs." *See* Litina at 93.

239.    The prior art taught certain properties for an ideal antiepileptic drug, including that it "elicits complete seizure control in all patients;" "is effective against all seizure types;" "does not produce adverse effect;" has "improved therapeutic ratio (i.e., less toxic in proportion to its observed benefit)," and has "simple pharmacokinetics with half-life of 12-24 hours so that once or twice daily administration would be possible." *See* Patsalos 1994 at 39. Similarly, Appleton explains that the ideal drug for treating acute seizures "should act rapidly, have a sustained duration of action and be safe." *See* Appleton at 682. A POSA would have been motivated to modify levetiracetam to improve one or more of its characteristics, such as improving its target affinity, expanding its therapeutic profile, improving its ability to cross the intestinal membrane or the blood-brain barrier, increasing its partition coefficient (log $P$), or the like. Indeed, as part of the routine development process in the small molecule drug discovery field, it is common to modify a lead compound in order to obtain a compound with better activity.

240.    It is my opinion that a POSA would have been motivated to enhance the efficacy of levetiracetam by optimizing its lipophilicity, which would in turn improve its ability to cross the blood-brain barrier to access its site of action, the central nervous system. As I explained above in Section VII.B.2, lipophilicity was known as a particularly important factor for drugs that target the central nervous system. Indeed, the correlation between a compound's anticonvulsant activity and its lipophilicity (as measured, for example, by the partition coefficient or the distribution coefficient) was known in the art. *See, e.g.,* Litina at 93; Waterbeemd at 162. Waterbeemd taught the lipophilicity constraint of $\log D$ in the range of 1-4, where $D$ is the 1-octanol/water distribution coefficient taken at the correct physiological value of pH (pH =7.4 in the case of penetration to the brain). *See* Waterbeemd at 162; Fig. 7. A POSA would have known that levetiracetam has no ionizable groups at physiological pHs and concluded that its $\log P$ and $\log D$ would be equivalent. Waterbeemd at 157.

241.    A POSA would have been motivated to improve levetiracetam's lipophilicity given the parameters known in the art. For example, the $\log P$ value for etiracetam (the racemate containing levetiracetam) was known to be -0.65. *See* Gouliaev at 186 (Table 2). Thus, a POSA would have known that the $\log P$ of levetiracetam would also be -0.65 since enantiomers have identical physical properties.[8]  Determining the $\log P$ of levetiracetam would be a routine determination because this value is one of the first things that a POSA would have assessed upon selecting levetiracetam as a lead compound.

---

[8] The $\log D$ (and thus the $\log P$) was also later confirmed for levetiracetam to be -0.64. *See, e.g.*, Moseley et al., "A review of the drug−drug interactions of the antiepileptic drug brivaracetam," Epilepsy Research, Vol. 163 (2020). For levetiracetam, the $\log D$ is the same as the $\log P$ because the compound does not ionize at physiological pHs.

242.    Further, while levetiracetam was shown to be rapidly distributed in many tissues after single and repeat administration, the "exchange was slower for CNS." Burris at 6. This modest BBB permeation would not have been surprising to a POSA given levetiracetam's negative log $P$.

243.    Therefore, given that levetiracetam was known to be less lipophilic than preferred for brain uptake, a POSA would have reasonably expected that levetiracetam would require higher doses to cross the blood-brain barrier, and would have understood that such elevated doses are generally associated with a greater risk of side effects. *See, e.g.,* Stables at 239 (explaining that levetiracetam exhibited slight sedation at very high doses).

244.    Indeed, results from levetiracetam's clinical trials showed the frequency of discontinuing treatment due to adverse events, such as sedation, was higher for patients treated with levetiracetam compared with the placebo group. *See* Keppra Medical Review, at pp. 37, 45; *see also id.* at 46 ("The majority of discontinuations were related to epilepsy (convulsion) or from a known and common side effect of the drug (somnolence)."); *see also id.* at 75 ("The incidence of sedation and asthenia is greater in the levetiracetam treated-patients in all controlled studies (Table 74).").

245.    Thus, a POSA would have been motivated to modify levetiracetam to increase its lipophilicity with a reasonable expectation that increasing the lipophilicity would lead to an improved therapeutic effect by allowing for lower administered doses, in turn reducing the risk of side effects.

246.    Further, a compound's lipophilicity, as measured by the partition coefficient, was known to be an additive property. *See* above Section VII.B.2. For example, Wong showed that the log $P$ value increased by approximately 0.53 per $CH_2$ unit for the straight alkyl chain

substituents of barbituric acids and 2-thiobarbituric acids.  *See* Wong at 927-928; Fig. 1.

Consistently, Litina taught that adding alkyl groups on lactam rings increased the compounds'

lipophilicity as calculated by log *P*.  *See* Litina at 103 (Table VI).  Similarly, Waterbeemd would

have motivated a POSA to increase the lipophilicity value (log *D* and thus log *P*) of levetiracetam

by adding a small alkyl group.  *See* Waterbeemd at 162; Fig. 7.

247.    Thus, a POSA would have been motivated to add an alkyl side chain of appropriate

length to the lactam ring (i.e., the 2-oxo-pyrrolidine ring) of levetiracetam to increase its

lipophilicity, and in turn improve its ability to cross the blood-brain barrier (BBB), while

maintaining sufficient water solubility.

248.    A POSA would have also been motivated to modify levetiracetam to improve its

activity and/or expand its action profile.  For example, levetiracetam was found to be either

inactive or poorly active in certain animal models.  Perucca explained that in rodents, levetiracetam

is "only weakly active ($ED_{50}$ 97 mg/kg) against DMCM-induced convulsions and it is inactive

(>170 mg/kg) against seizures induced by systemically administered NMDA, kainate and AMPA,"

or that it is inactive or only weakly active in the classical subcutaneous (s.c.) pentylenetetrazole

(PTZ) test."  *See* Perucca at 517.  Similarly, Keppra Label disclosed that "[l]evetiracetam did not

inhibit single seizures induced by maximal stimulation with electrical current or different

chemoconvulsants and showed only minimal activity in submaximal stimulation."  Keppra Label

at 5; *see also* Stables at 239.

249.    As explained in more detail below, the prior art taught that adding a substituent,

such as an alkyl substituent, at position 4 of the 2-oxo-pyrrolidine ring improved the activity of

CNS agents with similar structure to levetiracetam.  Therefore, a POSA would have been

motivated to add an alkyl side chain to the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam to improve its activity and/or to expand its profile of action.

### B.   A POSA Would Have Been Motivated to Modify Levetiracetam To Arrive at Brivaracetam With a Reasonable Expectation of Success

250.   It is my opinion that, as part of the routine development process in the small molecule drug discovery field, a POSA would have been motivated to add a propyl group to the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that at least one of resulting diastereoisomers would have antiepileptic activity useful for treating epilepsy.

251.   The below schematic shows the structure of levetiracetam and the two 4-propyl diastereoisomers:



Levetiracetam
(S)-2-(2-oxo-pyrrolidinyl)butanamide



Brivaracetam
(2S)-2-[(4R)-2-oxo-4-propylpyrrolidinyl]butanamide



(2S)-2-[(4S)-2-oxo-4-propylpyrrolidiny]butanamide

#### 1.   *A POSA would have chosen to maintain levetiracetam's 2-oxo-pyrrolidine ring attached in the (S) configuration to position 2 of the butanamide group.*

252.   A POSA would have found the structure activity relationship data disclosed in Noyer instructive.  *See, e.g.,* Noyer at 141-142, Table 1.  Noyer disclosed the binding affinity of

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-987 (CFC) (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) ) ) ) | |
| Defendants. | ) | |

**EXHIBIT 15A**

**DEFENDANTS' BRIEF IN OPPOSITION TO
PLAINTIFFS' MOTION IN LIMINE NO. 1**

Plaintiffs' motion wrongly seeks to preclude Defendants' expert, Dr. Samuel Pleasure, from offering testimony supporting use of levetiracetam as a "lead compound" that was timely disclosed in his ***opening report***.  Plaintiffs were not "surprised" by the relevance of his opinions to the lead compound inquiry—their expert expressly rebutted them.  Further, having deposed him at length the issue, they cannot demonstrate prejudice or any other *Pennypack* factors.  While Plaintiffs may not like the criticisms of their own expert's opinions offered in Dr. Pleasure's reply, Plaintiffs' attempt to exclude them is improper.

Dr. Pleasure is a neurologist with experience treating patients with epilepsy. His opening report offered a detailed discussion about levetiracetam, including at least 7 pages analyzing 16 prior art references concerning experimentation with levetiracetam in animal models and humans.  Ex. 1 at ¶¶ 60-78.  His report explains that "it was known that levetiracetam showed a 'unique profile of action' . . . 'with significant efficacy in patients with complex partial seizures.'"  *Id*. at ¶ 64. It also explained that the efficacy of levetiracetam was "exerted through a unique homogenous population of binding sites in the brain" and represented "an interesting novel drug for symptomatic treatment of epilepsy."  *Id*. at ¶¶ 65-66. These statements were necessarily made in comparison to other antiepileptic agents and the report—though it did not use the term "lead compound"—provided ample support for the selection of levetiracetam as a lead compound.  Indeed,

Defendants offered a report from Dr. Salvatore Lepore, a medicinal chemist, that relied upon Dr. Pleasure's analysis in support of his "lead compound" opinions. *See* Ex. A at ¶¶ 90, 93, 94 n.3, 158, 236, 237.

Plaintiffs acknowledged that Dr. Pleasure offered testimony supporting levetiracetam as a lead compound.  They offered a rebuttal report from Dr. Loscher in which he specifically considered and responded to the analyses of, and references cited by, Dr. Pleasure concerning levetiracetam.  Defs.' Ex. B at ¶¶ 52 (stating that he "reviewed all of the references cited by Dr. Pleasure in . . . his Opening Report" and that they "do not change my opinion" concerning the selection of "levetiracetam as a lead compound"); 60-61.  Dr. Loscher also referenced numerous other compounds that he suggests show levetiracetam would not have been a suitable lead compound.  *E.g., id.* at Sections V.B-V.D.

Dr. Pleasure's entire reply report is focused on responding to Dr. Loscher's analysis relating to levetiracetam as a lead compound.  *See* Ex. 4.  Plaintiffs identify no basis for suggesting that Dr. Pleasure—who Plaintiffs understood as offering opinions supporting the selection of a lead compound—should be prohibited from offering opinions responsive to Dr. Loscher.  This is the entire purpose of reply reports, and his opinions were timely.  *Pers. Audio, LLC v. Google LLC*, No. 17-1751-CFC-CJB, 2021 WL 765763, at *4 (D. Del. Feb. 19, 2021) (holding a reply expert report may "contradict or rebut evidence on the same

subject matter identified by the opposing party's expert report" including with citation to new evidence and data "so long as this is offered to directly contradict or rebut the opposing party's expert"); *Shure Inc. v. ClearOne, Inc.*, No. CV 19-1343-RGA-CJB, 2021 WL 7209740, at *8 (D. Del. Oct. 5, 2021).

Dr. Loscher also offered analysis challenging Dr. Lepore's lead compound analysis. Although Dr. Pleasure's rebuttal supported his own opinions, it would also be appropriate for Dr. Pleasure to offer rebuttal testimony responding to these critiques. *Physicians Healthsource, Inc. v. Stryker Sales Corp.*, No. 1:12-CV-0729, 2014 WL 11429030, at *2 (W.D. Mich. Dec. 12, 2014) (permitting report from entirely new expert offered in reply to opposition expert).

Separately, the *Pennypack* factors do not support exclusion. "[T]he exclusion of critical evidence is an 'extreme' sanction, not normally to be imposed absent a showing of willful deception or 'flagrant disregard' of a court order by the proponent of the evidence." *In re Paoli R.R. Yard PCB Litig.*, 35 F.3d 717, 791–92 (3d Cir. 1994). The opinions (1) were not a surprise, (2) were provided in an opening report and further in a rebuttal about two weeks before his deposition, (3) were the subject of extensive examination at his deposition (Ex. C at pp. 93-105, 281-308) and pose no risk to the current trial schedule, (4) were not offered in bad faith, and (5) the contested opinions, as evidence by Plaintiffs' unsupported motion to exclude them, are of importance the case.

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | ███████████ |
| | ) | |
| Defendants. | ) | |

**OPENING EXPERT REPORT OF DR. SALVATORE LEPORE**
**REGARDING INVALIDITY OF U.S. PATENT NO. 6,911,461**

Dated: February 18, 2022

*Salvatore D. Lepore*

_____

# TABLE OF CONTENTS

**Page**

I. Introduction ........................................................................................... 1

II. Summary of opinions ............................................................................ 2

III. Qualifications ....................................................................................... 2

IV. Prior testimony/Compensation ............................................................ 4

V. Materials Considered ........................................................................... 5

VI. Legal Principles ................................................................................... 5

    A. The Person of Ordinary Skill in the Art ("POSA") ....................... 6

    B. Obviousness ................................................................................... 8

    C. Objective Indicia ............................................................................ 10

VII. Background .......................................................................................... 11

    A. The '461 Patent and the Asserted Claims ..................................... 11

        1. The '461 Patent Specification ................................................ 12

        2. Asserted Claims .................................................................... 15

    B. Technology Tutorial ....................................................................... 16

        1. Small Molecule Drug Design ................................................ 16

        2. Lipophilicity was known as an important property for Central Nervous System ("CNS") drugs ................................ 19

        3. 2-oxo-1-pyrrolidine derivatives were known in the art as useful for treating certain CNS disorders including epilepsy .................................................. 23

        4. Levetiracetam was known in the art as an antiepileptic compound ......... 26

        5. Stereochemistry .................................................................... 28

VIII. Scope and Content of Prior Art ............................................................ 30

    A. Prior Art Related to Selecting a Lead Compound ......................... 31

        1. Gobert '639 patent ................................................................ 31

        2. Patsalos 1994 ........................................................................ 32

        3. Prous ..................................................................................... 33

        4. Stables .................................................................................. 34

        5. Noyer .................................................................................... 35

        6. Sharief .................................................................................. 38

        7. Abou-Khalil .......................................................................... 38

        8. Löscher ................................................................................. 39

        9. Shorvon ................................................................................ 40

        10. Crawford .............................................................................. 41

|  | 11. | Ben-Menachem | 41 |
|  | 12. | Perucca | 42 |
|  | 13. | Burris | 43 |
|  | 14. | Keppra Medical Review | 44 |
|  | 15. | Keppra Label | 44 |
|  | 16. | Patsalos 2000 | 45 |
| B. | | Prior Art Related to Modifying the Lead Compound | 46 |
|  | 1. | Olesen | 46 |
|  | 2. | Levin | 47 |
|  | 3. | Albert | 47 |
|  | 4. | Wong | 48 |
|  | 5. | Lolin | 48 |
|  | 6. | Gouliaev | 49 |
|  | 7. | Appleton | 50 |
|  | 8. | Litina | 50 |
|  | 9. | Waterbeemd | 51 |
|  | 10. | Pardridge | 52 |
|  | 11. | GB '692 | 53 |
|  | 12. | Glozman | 55 |
|  | 13. | Bobkov | 56 |
|  | 14. | EP '490 | 56 |
|  | 15. | Noyer | 57 |
|  | 16. | WO '683 | 57 |
|  | 17. | CA '319 | 59 |
|  | 18. | FDA Guidance | 61 |
| IX. | | The Asserted Claims Would Have Been Obvious In view of the prior art | 61 |
| A. | | Levetiracetam Would Have Been an Obvious Choice as a Lead Compound | 63 |
| B. | | A POSA Would Have Been Motivated to Modify Levetiracetam To Arrive at Brivaracetam With a Reasonable Expectation of Success | 68 |
|  | 1. | A POSA would have chosen to maintain levetiracetam's 2-oxo-pyrrolidine ring attached in the (S) configuration to position 2 of the butanamide group. | 68 |
|  | 2. | A POSA would have been motivated, with a reasonable expectation of success, to modify levetiracetam by adding a substituent at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring | 73 |

         3.      Propyl was an obvious substituent from a small number of choices to add to the 4-position f levetiracetam's 2-oxo-pyrrolidine ring ...................... 76

         4.      Preparing the (4R) and (4S) diastereoisomers of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide would have been obvious ..................... 82

   C.      Objective Indicia ................................................................................. 84

   D.      Claims 1-5 of the '461 Patent Would Have Been Obvious Over the Prior Art .... 84

         1.      Claims 1 and 5 .......................................................................... 84

         2.      Claim 2 ...................................................................................... 85

         3.      Claims 3 and 4 .......................................................................... 88

X.     Supplementation Of Opinions ............................................................. 89

## I.      INTRODUCTION

1.      I, Salvatore D. Lepore, Ph.D., hereby submit this expert report on behalf Annora Pharma Private Ltd. ("Annora"), Apotex Inc. and Apotex Corp. (collectively, "Apotex"), Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively, "Aurobindo"), Lupin Ltd. ("Lupin"), and MSN Pharmaceuticals Inc. and MSN Laboratories Private Ltd. (collectively, "MSN") (all collectively, "Defendants") in the above-captioned consolidated litigation.

2.      I understand that this litigation has been brought by Plaintiffs UCB, Inc. ("UCB") and UCB Biopharma SRL ("UCB Biopharma") (collectively, "Plaintiffs"), makers of the branded pharmaceutical product BRIVIACT®.  The active ingredient in BRIVIACT® is brivaracetam.  I understand this litigation generally pertains to a patent listed in the Orange Book for BRIVIACT®, U.S. Patent No. 6,911,461 ("the '461 patent," or "the patent-in-suit").

3.      I have been asked to provide my expert opinion regarding the validity of claims 1-5 of the '461 patent ("the Asserted Claims").  The '461 patent generally relate to 2-oxo-1-pyrrolidine derivatives that may be used to treat neurological disorders such as epilepsy.

4.      If asked to testify at trial, I expect to testify about the matters and opinions set forth in this report, including but not limited to: my background, qualifications, and experience; the knowledge and level of skill of a person of ordinary skill in the art ("POSA") as of the alleged earliest priority date; a technical background, including the state of relevant art; my understanding of the legal pertinent legal standards; whether the Asserted Claims are invalid; and other issues related to the Asserted Claims.

5.      My opinions in this report are based upon the information I have received so far.  I reserve the right to supplement or modify my opinions or this report in light of additional information provided by the parties and/or the Court, to respond to opinions/arguments made by

the parties or their witnesses, to address issues that may arise at trial, or in order to clarify the information provided herein.

6.     I may rely on demonstrative exhibits at trial to assist in explaining my trial testimony.

## II.     SUMMARY OF OPINIONS

7.     It is my opinion that each of claims 1-5 of the '461 patent would have been obvious in view of the prior art as of the earliest possible priority date of the '461 patent, because the prior art collectively would have taught and motivated a POSA to select levetiracetam as a lead compound and modify it to prepare brivaracetam, with a reasonable expectation of success in obtaining a therapeutically useful agent for the treatment of epilepsy.  The prior art taught that the primary amide group of levetiracetam along with its $\alpha$-ethyl group are essential for the bioactivity. A POSA would have been motivated, therefore, to alter the pyrrolidine ring in order to increase lipophilicity leading to improved oral bioavailability.  A POSA would have been aware of the primacy of the 4-position from other successful piracetam analogs such as carphedon.  Using known permeability models developed for passage through the blood brain barrier (BBB), a POSA would have identified the n-propyl group as obvious for substitution at the 4-position.

## III.     QUALIFICATIONS

8.     I am a tenured full professor of Chemistry and Biochemistry at Florida Atlantic University ("FAU") where I lead a team of researchers on projects related to the chemistry of drug discovery.

9.     I obtained my Bachelor of Science degree in Chemical Engineering from the University of South Florida in 1992 and my Ph.D. in Organic Chemistry from Purdue University in 1997.  The focus of my dissertation research was the first total synthesis of a naturally occurring

compound ("stipiamide") and related analogs using several new chemical reactions.  Stipiamide and its analogs reverse chemotherapy resistance in cancer cells.

10.     My efforts while at Lilly (1997 – 2000) resulted in four peer-reviewed publications, three patent applications, and one issued patent (U.S. Patent 7,700,628) entitled "Aromatic ether derivatives useful as thrombin inhibitors."

11.     In August 2000, I joined the faculty at FAU as an Assistant Professor in the Department of Chemistry and Biochemistry.  In 2006, I was awarded FAU University Researcher of the Year (one award university-wide) and promoted with tenure to Associate Professor.  In 2011, I was promoted to Professor. In 2003, 2009, and 2019, I was named FAU Distinguished Science Teacher of the Year. In 2021, I was inducted into the FAU Chapter of the National Academy of Inventors (NAI).

12.     My professorial responsibilities include the scientific oversight of a team of doctoral students (usually 3-6) and other researchers.  I teach undergraduate and doctoral level courses in the area of organic synthesis with an emphasis on medicinally relevant compounds.

13.     I have been continuously funded by the National Institutes of Health as a Principal Investigator for 18 years primarily to develop organic chemistry reactions and apply them to the synthesis of therapeutically valuable compounds.  One of these funded projects was to utilize the unique reactivity of allenes for the synthesis of bridged bicyclic compounds as potent neuroprotective agents against oxidative stress.

14.     I served as a Scientific Advisory Board Member for CHS Pharma and as a subcontractor in their drug discovery effort for nearly 5 years.  I have served as a consultant to several biotech and pharma companies including Xcovery, which specializes in the development of kinase inhibitors.

15.     Since 2017, I have been an Associate Editor for Letters in Organic Chemistry ("LOC"), an international, peer reviewed journal.  While LOC publishes papers in several areas of organic chemistry, my editorial duties mainly involve the oversight of peer reviews and final publication decisions on works related to synthetic and medicinal chemistry.  In addition to serving as a long-time and consistent reviewer of manuscripts for many of the pinnacle journals in my field (including the Journal of American Chemical Society and Organic Letters), I have also been a high frequency reviewer for the European Journal of Medicinal Chemistry earning a "top-tenth percentile reviewer" status.

16.     I am the author of 36 peer-reviewed journal articles as an independent investigator for which I am the corresponding author in nearly all cases.  In addition to numerous conference presentations, I have been invited to present my work throughout the United States and internationally.  I am the inventor or co-inventor of six patents and patent applications.

17.     I have based my opinions in this case on over 23 years of experience in the organic and medicinal chemistry fields, on the specification and file history of the patent-in-suit, and on the materials listed in this report.  I reserve the right to supplement my analysis and opinions based on any additional argument or information that comes to my attention.

18.     My full background and qualifications, including a list of my publications are described in my *curriculum vitae*, attached as **Exhibit A**.

**IV.     PRIOR TESTIMONY/COMPENSATION**

19.     I have testified as an expert in a deposition and/or at trial in the following matters within the past five years:

- Boehringer Ingelheim versus Teva Pharmaceuticals et al.
  Civil Action No.: 14-cv-7811, 15-cv-1662, 15-cv-7880, D.N.J.
  Relating to dabigatran

4

enantiomer, similar to the racemic form, has "very low toxicity and the toxic dose is well above the active dose." *Id.* at Table III; *id.* at 9:8-12. Gobert '639 patent teaches that the S enantiomer "is more suitable for the treatment and prevention of hypoxic and ischemic type aggressions of the central nervous system." *Id.* at 1:38-42.

### 4. Levetiracetam was known in the art as an antiepileptic compound

89. The prior art disclosed levetiracetam as a highly stereoselective anticonvulsant agent. For example, Prous taught that the anticonvulsant activity of levetiracetam (also known as UCB L059) was stereospecific, the R-enantiomer, UCB-L060, showing low intrinsic activity in rodent models. *See* Prous at 112-113. Consistent with these teachings, Noyer taught that levetiracetam shows "highly stereoselective" anticonvulsant activity, and that the (R) enantiomer of levetiracetam "displayed about 1000 times less affinity" for specific levetiracetam binding sites in CNS. Noyer at Abstract; *see also id.* at 141.

90. As Dr. Pleasure has explained, the prior art also disclosed levetiracetam exerted potent anticonvulsant effects. *See* Pleasure Opening Report, Section IX.C. Further, levetiracetam was reported as showing a "unique profile of action incorporating features in common with a wide range of [then] available antiepileptic drugs;" with "minimal adverse effects and a high therapeutic index." *Id.* For example, "[e]arly open Phase 2 studies suggest[ed] that ucb L059 is active in resistant patients with a variety of seizure types. In a single blind trial including highly refractory patients, ucb L059 produced a significant reduction in seizure frequency." *See* Stables at 239.

91. Further, the prior art disclosed levetiracetam as a "broad-spectrum anticonvulsant agent, with potential antiepileptogenic and antiabsence activity and a unique safety profile." *See, e.g.,* Noyer at 137. Not only levetiracetam was considered "an interesting" drug for symptomatic treatment of epilepsy but also a suitable for "pharmacological prevention of this disease in patients

with a high prospective risk of the development of epilepsy." *See* Löscher at Abstract. As Löscher explained, given that many epileptic patients have memory disturbances, the antiamnesic effect of levetiracetam observed in animal experiments was considered "an added advantage of this compound." *Id.* at 479.

92.    Additionally, it was known that the anticonvulsant activity of levetiracetam is related to the presence of specific levetiracetam binding sites in the central nervous system. *See* Noyer at 137. Noyer taught that levetiracetam binds to a unique homogenous population of binding sites in the brain. *Id*. at 138. Noyer further disclosed that the levetiracetam binding site is preferentially localized on synaptic plasma membranes and binding to the levetiracetam binding site is most sensitive to levetiracetam itself and to close homologues. *Id*. at 144.

93.    The prior art also disclosed clinical data showing oral administration of levetiracetam was safe and effective as an add-on treatment for refractory partial epilepsy. *See* Pleasure Opening Report, Section IX.C.

94.    I understand that Plaintiffs have confirmed that the U.S. Food and Drug Administration (FDA) approved levetiracetam on November 30, 1999. The FDA approved levetiracetam "as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy," under the brand name Keppra, in 250 mg, 500 mg and 750 mg tablets for oral administration. *See* Keppra Label at 5, 12. Keppra's prescribing information[3] disclosed that daily doses of 1000 mg, 2000 mg, and 3000 mg, split into twice a day dosing, were shown to be effective in clinical trials. *Id.* at 21.

---

[3] I understand that Dr. Pleasure has opined that Keppra's prescribing information was publicly available before February 2000.



FIGURE 4.5 A demonstration of chirality of a generalized molecule containing one tetrahedral stereocenter. (b) III is rotated and placed in front of a mirror. III and IV are found to be related as an object and its mirror reflection. (c) III and IV are not superposable; therefore, the molecules that they represent are chiral and are enantiomers. (Solomons at 156.)

100.    Diastereomers are stereoisomers that are not mirror images of each other (Solomons at 151); they have the same configuration at one or more chiral centers but differ at other chiral centers. Diastereomers do not have the same physical or chemical properties as each other such as solubilities and melting and boiling points.  *See* Solomons at 175.  Diastereomers will elute on an achiral chromatography column at different times.  Thus, diastereomers can be separated from one another by using a variety of techniques that take advantage of their different physical properties, such as fractional crystallization and liquid chromatography.  *See* March[5] at 121.

## VIII.        SCOPE AND CONTENT OF PRIOR ART

101.    It is my understanding that an invention is patentable only if it would have been novel and nonobvious in view of the information that preceded the invention and was available in the field of the invention at the time of the invention, also known as the "prior art."  I understand

---

[5] J. March, Advanced Organic Chemistry, Reactions, Mechanisms, and Structures, Fourth Edition, Chapter 4, pp. 94-127 (1992) ("March").

that prior art may be, among other things, a patent or patent application publication, a scientific publication, an invention, a public statement, or a product. I understand that a POSA is presumed to have knowledge of the pertinent prior art to the field of the claimed invention. The following references would have been known to a POSA as of February 23, 2000, and are prior art to the '461 patent. While I may cite to specific pages or sections particularly relevant to my opinion, each reference must be considered in its entirety.

### A. Prior Art Related to Selecting a Lead Compound

#### 1. Gobert '639 patent

102.    U.S. Patent No. 4,943,639 to Gobert et al. ("Gobert '639 patent") issued on July 24, 1990. Thus, I understand Gobert '639 patent is prior art to the patent-in-suit. I understand Gobert '639 patent was cited in an information disclosure statement but was not relied on by the examiner during the prosecution of the '461 patent.

103.    Gobert '639 patent stated that GB '692 "describes the compound α-ethyl-2-oxo-1-pyrrolidine acetamide (melting point 122 °C) and states that the compounds of this type can be used for therapeutic purposes, for example for treatment of motion sickness, hyperkinesia, hypertonia and epilepsy." *See id.* at 1:15-20. Gobert '639 patent also stated that α-ethyl-2-oxo-1-pyrrolidine acetamide was known to have "protective activity against aggressions of the central nervous system cause by hypoxia, cerebral ischemia, etc." *Id.* at 1:24-28.

104.    Gobert '639 patent disclosed and claimed the levorotatory ("l", or "S") enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide. *See, e.g., id.* at Abstract; claim 1. This compound was also known in the prior art as levetiracetam. Gobert '639 patent taught a method for preparing levetiracetam. *Id.* at 1:60-2:68; Example 4.

105.    Gobert '639 patent taught the S enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide had "10 times higher activity against hypoxia (antihypoxia)" and "4 times higher

31

protective activity against ischemia (antiischemia)" than the corresponding racemic form. *See id.* at 1:29-37; *see also id.* Tables I, II.

106.     Gobert '639 patent taught that the S enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide, similar to the racemic form, had "very low toxicity and the toxic dose is well above the active dose." *Id.* at Table III; *id.* at 9:8-12.

107.     Gobert '639 patent taught that the S enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide was "more suitable for the treatment and prevention of hypoxic and ischemic type aggressions of the central nervous system." *Id.* at 1:38-42.

108.     Gobert '639 patent taught that the S enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide could be administered orally, in solid or liquid formulations, or parenterally, and discloses an exemplary capsule formulation containing 100 mg of the S enantiomer of alpha-ethyl-2-oxo-1-pyrrolidineacetamide. *See id.* at 9:13-10:15. In particular, Gobert '639 Patent explained "[p]harmaceutical forms such as solutions or tablets are prepared according to conventional pharmaceutical methods," and that "the solid or liquid pharmaceutical carriers used in these compositions are well known." *Id.* at 9:18-26. Gobert '639 listed a number of solid pharmaceutical excipients for the preparation of tablets or capsules as including, for example, starch, talc, calcium carbonate, lactose, sucrose and magnesium stearate. *Id.* at 9:27-10:2.

### 2.   Patsalos 1994

109.     Patsalos et al., "*Newer Epileptic Drugs Towards an Improved Risk-Benefit Ratio*," Drug Safety, Vol. 11, No. 1, pp. 37-67 ("Patsalos 1994"), published in 1994. Thus, I understand Patsalos 1994 is prior art to the patent-in-suit. I understand Patsalos 1994 was not considered by the patent office during prosecution of the '461 patent.

110.    Patsalos 1994 taught an ideal antiepileptic drug would include certain properties, such as it "elicits complete seizure control in all patients;" "is effective against all seizure types;" "does not produce adverse effect;" has "improved therapeutic ratio (i.e., less toxic in proportion to its observed benefit)," and "has simple pharmacokinetics with half-life of 12-24 hours so that once or twice daily administration would be possible." *Id.* at 39.

111.    Patsalos 1994 disclosed that levetiracetam had a "unique profile of action incorporating features in common with a wide range of currently available antiepileptic drugs;" "minimal adverse effects and a high therapeutic index;" was "rapidly absorbed after oral ingestion;" "and that its "preliminary efficacy results are very encouraging, with significant efficacy in patients with complex partial seizures." *Id.* at 57-58.

### 3.  Prous

112.    Prous et al., "*Levetiracetam*," Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111-113 (1994) ("Prous"), published in 1994.  Thus, I understand Prous is prior art to the patent-in-suit.  I understand Prous was cited in an information disclosure statement but was not relied on by the examiner during the prosecution of the '461 patent.

113.    Prous disclosed that UCB-L059 or levetiracetam was a close structural analog of piracetam. *Id.* at 111.  Prous explained that piracetam was reported to exert anticonvulsant effects in different animal models and improve seizure protection in epileptic patients receiving carbamazepine. *Id.*

114.    Prous explained that levetiracetam was shown to be considerably more active than piracetam in a scopolamine-induced amnesia model in mice. *Id.* at 112.

115.    Prous disclosed that levetiracetam "was shown to exert potent anticonvulsant effects and was selected for further evaluation as an antiepileptic drug." *Id.*  Prous explained that

33

the anticonvulsant profile and neurotoxicity of levetiracetam was evaluated in a number of rodent models. *Id.* For example, in the audiogenic seizure assay in mice, levetiracetam protected against both tonic and clonic convulsions in a dose dependent manner. *Id.*

116.    Prous also disclosed that "[t]he anticonvulsant activity was found to be stereospecific, the R-enantiomer, UBC-L060, showing low intrinsic activity in these models." *Id.* at 112-113.

117.    Prous disclosed that "UCB-L059 is in phase II trials in Europe, where it is being developed for the treatment of both epilepsy and anxiety." *Id.* at 113. Prous also disclosed that levetiracetam "is being developed and copromoted by SIBIA as SIB-S1 in the USA and Canada for the treatment of epilepsy, and the FDA has granted approval for clinical trials." *Id.*

### 4.   *Stables*

118.    Stables et al., "*Progress report on new antiepileptic drugs – a summary of the Second Eilat Conference*," Epilepsy Research, Vol. 22, pp. 235-246 ("Stables"), published in 1995. Thus, I understand Stables is prior art to the patent-in-suit. I understand Stables was not considered by the patent office during prosecution of the '461 patent.

119.    Stables summarized presentations at the Second Eilat Conference for antiepileptic drugs in development and newly marketed drugs. *Id.* at Abstract. Stables taught that levetiracetam, also known as UCB L059, "is the active, water-soluble (S) active enantiomer of a racemic pyrrolidine acetamide. It was first evaluated clinically for its effect on cognitive function. Its anticonvulsant properties are under ongoing clinical evaluation." *Id.* at 239. Regarding levetiracetam's anticonvulsant profile in animal seizure models, Stables explained

> It is quite active against audiogenic seizures and in bicuculline- and picrotoxin-induced seizures. In models of pentylenetetrazole kindling as well as amygdala and corneal kindling, ucb L[0]59 is highly active. Activity has also been shown in models of absence epilepsy (spontaneous spike wave discharges,

pentylenetetrazole-induced discharges). Its activity in the standard version of the maximal electroshock test, however, does not reflect its good activity in the other models.

*Id.*

120.     Stables further taught "[a]nimal safety studies show no cardiovascular, carcinogenic, or reproductive toxicities. Signs of limited neurotoxicity occur in the form of slight sedation at very high doses. Otherwise, the compound is well tolerated." *Id.*

121.     Stables disclosed "[e]arly open Phase 2 studies suggest that ucb L059 is active in resistant patients with a variety of seizure types. In a single blind trial including highly refractory patients, ucb L059 produced a significant reduction in seizure frequency." *Id.*

### 5. *Noyer*

122.     Noyer, et al., "*The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*," European Journal of Pharmacology, Vol. 286, pp. 137-146 ("Noyer"), published in 1995.  Thus, I understand Noyer prior art to the patent-in-suit. Noyer is cited in the specification of the '461 patent, but I understand it was not relied on by the examiner during the prosecution of the '461 patent.

123.     Noyer's teachings related to (S)-α-ethyl-2-oxo-pyrrolidine acetamide, a compound called "levetiracetam," also known as "ucb L059."  *See id.* at Abstract.  This is the same compound disclosed and claimed in Gobert '639 patent.

124.     Noyer disclosed that levetiracetam, which was in phase II clinical trial at the time for treating epileptic patients, was known to have "highly stereoselective" anticonvulsant activity. *Id.* at Abstract; *see also id.* at 137.  Consistent with Gobert '639 patent's teachings, Noyer taught that the (R) enantiomer of levetiracetam "displayed about 1000 times less affinity" for levetiracetam binding site.  *Id.*; *see also id.* at 141.

125.    Noyer further taught that levetiracetam was a "broad-spectrum anticonvulsant agent, with potential antiepileptogenic and antiabsence activity and a unique safety profile." *Id.* at 137.  In particular, Noyer taught that the available data showed "the anticonvulsant profile of levetiracetam is unique as it displays a broad spectrum of action, incorporating features in common with several different types of antiepileptic drugs;" that unlike "all standard antiepileptic drugs," "it displays a particularly high therapeutic index;" and "in contrast to most clinically established antiepileptic drugs, levetiracetam appears to be free of adverse cognitive effect." *Id.* at 138.  Noyer further stated that their disclosed data were "in agreement with the unique pharmacological profile of levetiracetam, and particularly with the lack of its neurotoxic effect at high doses of the drug." *Id.* at 145.

126.    Binding assays disclosed in Noyer showed the existence of a reversible, saturable and stereoselective specific binding site in crude membrane of rat central nervous system (CNS). *Id.* at Abstract.  Studies reported in Noyer also provided evidence that the levetiracetam binding site (LBS) is protein in nature. *Id.* at 141-142.  A separate experiment confirmed that levetiracetam binds to membranes found in the rat brain (hippocampus, cortex and cerebellum) but not to membranes found in any peripheral tissues, such as liver, lung, kidney, spleen, pancreas, heart, and adrenals). *Id.* at 142.

127.    Noyer disclosed results for testing a number of different molecules, including levetiracetam homologs, in two different assays. *See, e.g., id.* at Table 1.[6]  The first test was an *in vitro* study of the binding of the tested compound to the LBS in rat CNS membranes.  The second

---

[6] In the table, the column labeled "pKi" presented means ± S.D. from at least three separate experiments using 8 nM [$^3$H] levetiracetam and rat hippocampal membranes at 4 °C.  The audiogenic mouse tests showed the $ED_{50}$ values for protection against the tonic convulsions with means having 95% confidence limits.  The "#" showed inactivity at the dose indicated.

36

test was an *in vivo* study of anticonvulsant activity in audiogenic mice. Noyer taught that a comparison of the *in vitro* binding affinities of the tested compounds and their *in vivo* anticonvulsant activities showed "a fairly good correlation ($r^2 = 0.84$, n =12, P < 0.0001)." *See id.* at 143; Fig. 7.

128. Noyer's structure-activity relationship results showed a relationship between binding affinity (measured with Ki or pKi) and the length of the alkyl chain in the (S)-α-alkyl-2-oxo-pyrrolidine acetamide homologues of levetiracetam. *Id.* at 142, 144. As Noyer explained, piracetam (with a H group at this position) was the least active (pKi = 4.5± 0.1) and levetiracetam (with an ethyl group at this position) was the most active compound (pKi = 6.1 ±0.1). *Id.*; *see also id.* at Table 1. Noyer taught that the "methyl homologue (compound 3) and the homologues with longer alkyl chain displayed intermediate affinities." *Id.*

129. Noyer further taught that modifying the amide moiety from $CO-NH_2$ to $CO-NH-CH_3$, $CO-NH-CH_2$-phenyl, $CS-NH_2$, or $CO-OH$ "produced profound reduction of the affinity." *Id.*; *see also id.* at Table 1, 144 ("Binding to the levetiracetam binding site is most sensitive to levetiracetam itself and to close homologues. Unsubstituted acetamide and (S)-alkyl pyrrolidinone moieties are two structural requirements for a significant activity at the [$^3$H]levetiracetam binding site. These structural features are more important than the chain length of the alkyl substituent at the α carbon. For the levetiracetam homologues, the absolute (S) configuration is also required for good anticonvulsant properties in the audiogenic mice model.").

130. Noyer also taught that changing the pyrrolidinone ring, i.e., by adding a methylene group to the ring, or by removing a methylene group to open the ring (compounds 11 and 12), "produced profound reduction of the affinity." *Id.*; *see also id.* at Table 1.

### 6. Sharief

131.    Sharief et al., "*Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy*," Journal of Epilepsy, Vol. 9, PP. 106-112 ("Sharief"), published in 1996. Thus, I understand Sharief is prior art to the patent-in-suit.  I understand Sharief was not considered by the patent office during prosecution of the '461 patent.

132.    Sharief taught that ucb L059, i.e., levetiracetam, is an orally active substance with antiepileptic activity in a wide range of animal models, and that its activity was "reported to be undiminished after chronic administration." *Id.* at 106.

133.    Sharief further taught that clinical studies of healthy volunteers showed that ucb L059 is well tolerated in a single dose of 5,000 mg and repeated doses as high as 1,500 mg/day with no adverse neuropharmacological or cardiovascular effects. *Id.*

134.    Sharief disclosed data from a clinical trial of levetiracetam (ucb L059) when administered in ascending doses from 500 to 2000 mg per day to patients with epilepsy. *Id.* at 107. Sharief taught that levetiracetam was "well tolerated," and that treatment with levetiracetam "was associated with a significant reduction in partial seizures as compared with baseline or placebo." *Id.* at Abstract.

135.    Sharief concluded that "the good tolerability profile and maintained antiepileptic activity of ucb L059 suggests that it is an effective drug in the long-term management of patients with intractable partial epilepsy." *Id*. at 112.  Sharief further taught that their results "suggest[ed] that oral ucb L059 may be useful in the treatment of refractory partial epilepsy." *Id.* at Abstract.

### 7. Abou-Khalil

136.    Abou-Khalil et al., "*Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers,*" Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 ("Abou-Khalil"), published in 1996.  Thus, I understand Abou-

Khalil is prior art to the patent-in-suit. Abou-Khalil was not considered by the patent office during prosecution of the '461 patent.

137. Abou-Khalil disclosed results from pooling data from two centers participating in an add-on, open-label, extension trial of ucbL059. *Id.* "Patients enrolled in the preceding double-blind, placebo-controlled study had ≥ 4 partial seizures per month on a stable dose of 1-2 antiepileptic drugs (AEDs). Following a 12-week single-blind placebo baseline phase, patients were randomized to ucbL059 or placebo. After completion of the double-blind study, patients entered a year-long extension study in which they were blindly titrated over six weeks to ucbL059 1500 mg bid. This titration phase was followed by open-label treatment during which the same baseline." *Id.* Thus, Abou-Khalil concluded that "ucbL059 appears to be an effective and well tolerated adjunctive agent in the treatment of refractory partial onset seizures." *Id.*

### 8. *Löscher*

138. Löscher, et al., "*Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy*," Journal of Pharmacy and Experimental Therapeutics, vol. 284, No. 2, pp. 474-479 ("Löscher"), published in 1998. Thus, I understand Löscher is prior art to the patent-in-suit. I understand Löscher was not considered by the patent office during prosecution of the '461 patent.

139. Löscher explained that levetiracetam was "a derivative of the nootropic piracetam with a wide spectrum of anticonvulsant effects in animal models of different types of epileptic seizures," that appeared to be effective and well-tolerated in treating refractory partial epilepsy in clinical trials. *Id.* at 474-475.

140. Löscher explained that levetiracetam was shown to have "potent anticonvulsant activity," leading to its recognition as an "interesting" drug for symptomatic treatment of epilepsy.

*Id.* at Abstract.  As Löscher explained, given that many epileptic patients have memory disturbances, the antiamnesic effect of levetiracetam observed in animal experiments could be "an added advantage of this compound." *Id.* at 478.

141.  Löscher further explained that the data they obtained showed that levetiracetam did not "simply mask[] the expression of kindled seizures through an anticonvulsant action, but exerted a true antiepileptogenic effect." *Id.*  Löscher explained that these results suggested that levetiracetam might be suitable "for pharmacological prevention of [epilepsy] in patients with a high prospective risk of the development of epilepsy." *Id.*  Löscher further explained that the antiepileptogenic activity shown in their study extended the previously known "favorable profile of levetiracetam. *Id.* at 479.

142.  Löscher disclosed that no adverse effects were observed at any dose of levetiracetam tested in kindled rats. *Id.; see also id.* at 478.

### 9.  Shorvon

143.  Shorvon et al., "*Efficacy and Tolerability of Levetiracetam (LEV) as Add-on Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial,*" Epilepsia, Vol. 40 (Suppl. 2), 248-249 ("Shorvon"), published on September 13, 1999.  Thus, I understand Crawford is prior art to the patent-in-suit.  I understand Shorvon was not considered by the patent office during prosecution of the '461 patent.

144.  Shorvon disclosed clinical data regarding efficacy and tolerability of levetiracetam as add-on treatment in refractory epileptic patients with partial onset seizures.  Shorvon explained "[a]fter the first period of the trial, patients went into a transition period during which they were up-titrated or down-titrated from their previous dose. Two doses of LEV, i.e., 500 mg b.i.d. and 1 g b.i.d., were evaluated against placebo." *Id.* at 248.  "The crossover analysis of this placebo-

controlled trial confirmed the results of the parallel group analysis. The results showed a significant superiority of both doses of LEV over placebo in reducing the weekly seizure frequency. Both doses appeared to be well tolerated." *Id.* at 249.

### 10. Crawford

145.    Crawford et al., "*Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period,*" Epilepsia, Vol. 40 (Suppl. 2), 248 ("Crawford"), published on September 13, 1999.  Thus, I understand Crawford is prior art to the patent-in-suit.  I understand Crawford was not considered by the patent office during prosecution of the '461 patent.

146.    Crawford explained "LEV has been successfully used in several trials including patients with partial seizures. In these trials 2-weeks up-titration steps have been used. The aim of this study was to investigate the tolerability of LEV when given without up-titration and to confirm its efficacy." *Id.*  The Crawford study compared two oral doses (2 g and 4 g) of levetiracetam with placebo in patients with refractory epilepsy in the 24-week double-blind phase, followed by 24 weeks of open label treatment using 4 g levetiracetam.  *Id.*  Based on the disclosed data, Crawford concluded that "LEV can be given at an effective dose without any up-titration period," supporting "other studies demonstrating the efficacy of LEV as add-on treatment for refractory partial epilepsy and shows a tendency towards efficacy for refractory generalized epilepsy." *Id.*

### 11. Ben-Menachem

147.    Ben-Menachem et al., "*Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures,*" Epilepsia, Vol. 40 (Suppl. 2), 249 ("Ben-Menachem"), published on September 13, 1999.  Thus, I understand Ben-Menachem is prior art to the patent-in-suit.  I understand Ben-Menachem was not considered by the patent office during prosecution of the '461 patent.

41

148.    Ben-Menachem explained levetiracetam "demonstrated efficacy and tolerability in several add-on trials for patients with refractory partial onset seizures. The aim of this trial was to demonstrate the same for patients with complex partial seizures and to evaluate the efficacy and tolerability of LEV monotherapy in those patients having experienced improved seizure control under add-on treatment." The study included two parts. During part I, the efficacy and tolerability of levetiracetam was evaluated as add-on treatment in patients taking at most one other AED. *Id.* During part II, responders from part I were withdrawn from their concomitant AED and evaluated on monotherapy with 1500 mg levetiracetam b.i.d. *Id.* According to Ben-Menachem, "[t]he results of this trial were consistent with other studies during the add-on treatment period. The efficacy of LEV was maintained during the monotherapy period. The safety profile was similar to placebo." *Id.*

### 12. Perucca

149.    Perucca, "*Drugs Under Clinical Trial*," *in*: Eadie M.J., Vajda F.J.E. (eds), Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology, Vol 138. Springer, Berlin, Heidelberg ("Perucca"), published in 1999. Thus, I understand Perucca is prior art to the patent-in-suit. I understand Perucca was not considered by the patent office during prosecution of the '461 patent.

150.    As Perucca explained, while "the introduction of novel antiepileptic drugs brought new hope to the multitude of patients whose seizures are not completely controlled by established anticonvulsants," "none of the new agents is ideal in terms of its pharmacokinetic properties, interaction potential, spectrum of activity and side effect profile. Therefore, the search for newer drugs with improved efficacy and safety goes on." *Id.* at 515.

151.    Perucca further explained "[l]evetiracetam (ucb L059) is a piracetam derivative," which showed anticonvulsant activity in a few epilepsy models, including tonic and clonic audiogenic seizures in mice and tonic audiogenic seizures in rats, but did not show anticonvulsant activity in maximal electroshock (MES) or pentylenetetrazole (PTZ) tests. *Id.* at 516, 517.

152.    Perucca discloses that levetiracetam was at the time under evaluation for use in epilepsy and anxiety. *Id.* Results from clinical trials also corroborated the preclinical results. Perucca explained:

> A *significant reduction* in the frequency of refractory partial onset seizures has been demonstrated in two separate multicentre parallel-group placebo-controlled add-on trials in Europe and the United States … In the European trial, the proportions of patients achieving a greater than 50% seizure reduction during treatment with levetiracetam 1000 and 2000 mg/day were 23% ($n = 101$) and 31% ($n = 98$) respectively, compared with 11% ($n = 107$) among patients given placebo … In the United States trial a 50% reduction in seizure frequency occurred in 39% of 101 patients given 3000 mg daily, in 32% of 98 patients given 1000 mg daily and in 10% of 95 patients given placebo … *Remarkably*, 8% of patients assigned to the 3000mg group were *completely free from seizures* over the entire 14-week evaluation period, while none of the patients taking placebo was seizure-free.

*Id.* at 519 (emphasis added).

### 13. Burris

153.    J.A. Burris, Review and evaluation of pharmacology/toxicology data for levetiracetam, ("Burris") is dated October 28, 1999. Thus, I understand Burris is prior art to the patent-in-suit. I understand Burris was not considered by the patent office during prosecution of the '461 patent.

154.    Burris explained that levetiracetam is "chemically related to piracetam, a compound used in Europe for over 25 years for the treatment of various cognitive disorders." *Id.* at 1.

155.    Burris further disclosed certain inherent properties of levetiracetam, including that "[l]evetiracetam was rapidly distributed and tissue concentrations were close to those in blood

after both single and repeat administration, with the exception of lower levels in the adipose tissue," and that "[t]he exchange was slower for the CNS."  *Id.* at 6.

### 14. Keppra Medical Review

156.    FDA Division of Neuropharmacological Drug Products, Clinical Review of NDA Submission for Kep[p]ra ("Keppra Medical Review") is dated November 18, 1999.  Thus, I understand Keppra Medical Review is prior art to the patent-in-suit.  I understand Keppra Medical Review was not considered by the patent office during prosecution of the '461 patent.

157.    Keppra Medical Review provided results from levetiracetam's clinical trials, which showed the frequency of discontinuing treatment due to adverse events, such as sedation, was higher for patients treated with levetiracetam compared with the placebo group.  *See* Keppra Medical Review, at pp. 37, 45.  As another example, Keppra Medical Review explained that "[t]he majority of discontinuations were related to epilepsy (convulsion) or from a known and common side effect of the drug (somnolence)."  *See id.* at 46; *see also id.* at 75 ("The incidence of sedation and asthenia is greater in the levetiracetam treated-patients in all controlled studies (Table 74).").

### 15. Keppra Label

158.    The 1999 product insert for KEPPRA$^{TM}$ (levetiracetam) ("Keppra Label") is dated December 1999.  I understand from Dr. Pleasure that the Keppra Label would have been publicly available before February 23, 2000, and thus is prior art to the patent-in-suit.  I understand the Keppra Label was not considered by the patent office during prosecution of the '461 patent.

159.    The Keppra Label explained that "Keppra$^{TM}$ (levetiracetam) is an antiepileptic drug available as 250 mg (blue), 500 mg (yellow) and 750 mg (orange) tablets for oral administration." *Id.* at 5.

160.    The Keppra Label explained that "[t]he antiepileptic activity of levetiracetam was assessed in a number of animal models of epileptic seizures." *Id*. at 5.  Levetiracetam protected

"against secondarily generalized activity from focal seizures induced by pilocarpine and kainic acid," and "displayed inhibitory properties in the kindling model in rats, another model of human complex partial seizures, both during kindling development and in the fully kindled state." *Id*. at 5-6.

161.    The Keppra Label further disclosed that "[t]he effectiveness of Keppra as adjunctive therapy (added to other antiepileptic drugs) in adults was established in three multicenter, randomized, double-blind, placebo-controlled clinical studies in patients who had refractory partial onset seizures with or without secondary generalization." *Id*. at 9.  Based on those studies "Keppra (levetiracetam) is indicated as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy." *Id*. at 12.

162.    The Keppra Label disclosed that "daily doses of 1000 mg, 2000 mg, and 3000 mg, given as twice a day dosing" were shown to be effective in clinical trials, and that treatment "should be initiated with a daily dose of 1000 mg/day, given as twice daily dosing (500 mg BID). Additional dosing increments may be given (1000 mg/day additional every 2 weeks) to a maximum recommended daily dose of 3000 mg." *Id.* at 21.

### 16. Patsalos 2000

163.    Patsalos, "*Pharmacokinetic profile of levetiracetam: toward ideal characteristics*," Pharmacology & Therapeutics, Vol. 85, pp. 77-85 ("Patsalos 2000"), was published on February 2, 2000.  Thus, I understand Patsalos 2000 is prior art to the patent-in-suit.  I understand Patsalos 2000 was not considered by the patent office during prosecution of the '461 patent.

164.    Patsalos 2000 disclosed that there were numerous difficulties with prior antiepileptic drugs, and that "the development of safer and more effective antiepileptic therapies with more favorable adverse effect profiles, better pharmacokinetic characteristics, and the ability

to improve the prognosis of epilepsy [was] needed." *Id.* at 78.  Patsalos 2000 taught "the pharmacokinetic characteristics of the ideal antiepileptic drug include rapid absorption after oral ingestion, good bioavailability with rapid achievement of steady-state concentrations, linear kinetics, minimal or no protein binding, a half-life offering once- or twice-daily dosing, absence of drug-drug interactions, and no metabolism." *Id.* at 78.

165.   Patsalos 2000 disclosed levetiracetam as an "orally active antiepileptic drug" that "closely approximates the ideal characteristics expected of an antiepileptic drug." *Id.* at 77. "Levetiracetam has a wide margin of safety and patient-friendly pharmacokinetics that distinguish it from other currently available antiepileptic drugs." *Id.*

166.   Patsalos 2000 disclosed that "levetiracetam exhibits potent antiepileptic effects against a variety of seizure types in animal models of chronic epilepsy." *Id.* at 78.  "Results of preclinical and clinical trials indicate that levetiracetam has efficacy in partial-onset and generalized seizures." *Id.*  Patsalos 2000 concluded that "[t]he patient-friendly pharmacokinetics of levetiracetam offer a safe therapeutic strategy for the clinical management of patients with epilepsy." *Id.* at 84.

### B.  Prior Art Related to Modifying the Lead Compound

#### 1.  *Olesen*

167.   Olesen *et al.*, "*Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man,*" Stroke, Vol. 9, No. 4, pp. 344-349 ("Olesen"), published in 1978.  Thus, I understand Olesen is prior art to the patent-in-suit.  I understand Olesen was not considered by the patent office during prosecution of the '461 patent.

168.   Olesen studied the ability of isoproterenol and propranolol to cross the blood-brain barrier. *Id.* at 344.  Olesen explained, given the hydrophilic nature of isoproterenol, its diffusion across the blood-brain barrier was expected "to be very slow". *Id.* at 347.  The experimental data

showed 3.8% of the drug crossed the blood-brain barrier, which was found to "correspond[] to that of sodium or other hydrophilic molecules." *Id.* "The lipophilic nature of the propranolol molecule indicates that it should easily pass the blood-brain barrier. [14]C-propranolol has been found in significant amounts in the brain a few minutes after an intravenous injection," and "[a]bout 2/3 of propranolol in the blood crosses the blood-brain barrier in a single passage through the brain." *Id.*

### 2. Levin

169.    Levin, "*Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability*," Journal of Medicinal Chemistry, Vol. 23, No. 6, 682-684 (1980) ("Levin"), published in 1980.  Thus, I understand Levin is prior art to the patent-in-suit. Levin was not considered by the patent office during prosecution of the '461 patent.

170.    Levin determined the brain capillary permeability coefficient ($Pc$) in ether-anesthetized rats for 27 compounds for which the octanol/water partition coefficients were known. *Id*. at 682.  Levin taught that below a molecular weight of 400, increasing lipophilicity would improve $Pc$.  *Id*. at 684.  Levin taught that the equation log $Pc$ = -4.605 + 0.4115 log $[P(Mr)^{-1/2}]$ best fits the permeability data that correlates $Pc$ to the octanol/water partition coefficient ($P$) of a compound and its molecular weight ($Mr$).  *See id.*  Levin disclosed that an understanding of physical transport factors that affect brain capillary permeability, such as molecular size and lipophilicity, would be important in developing better therapy and new therapeutic agents.  *Id.*

### 3. Albert

171.    Adrien Albert, "*Selective Toxicity, the physico-chemical basis of therapy*," 7th ed. ("Albert"), published in 1985.  Thus, I understand Albert is prior art to the patent-in-suit.  I understand Albert was not considered by the patent office during prosecution of the '461 patent.

172.    Albert disclosed an example showing the impact of lipophilicity, as measured by partition coefficient, on biological activity.  *See* Albert at 477 (Table 11.9).  Albert disclosed "the

47

insertion of an extra ring-nitrogen into oxine to give 3-aza-oxine (8-hydroxyquinazoline) makes the molecule much more hydrophilic and it lowers the oil/water partition coefficient from 67 to 5 (see Table 11.9)." *Id.* at 489. This change reduced the biological activity by several orders of magnitude. *Id.* at 477 (Table 11.9). "The addition of a side-chain of only three carbon atoms (the propyl group) restores the partition coefficient," and in turn the compound's biological activity. *Id.* at 489, 477 (Table 11.9).

### 4. *Wong*

173.    Wong et al., "*Substituent Effects on Partition Coefficient of Barbituric Acids,*" Journal of Pharmaceutical Science, Vol. 77, No. 11, pp. 926-932 ("Wong"), published in 1988. Thus, I understand Wong is prior art to the patent-in-suit. I understand Wong was not considered by the patent office during prosecution of the '461 patent.

174.    Wong explained that "the partition coefficient of a compound is dependent on the additive constitutive property of its substituent." *Id.* at 926. Wong described substituent effects on partition coefficients of barbituric acids. *Id.* By plotting the log $P_{exp}$ values against the number of carbon atoms of the straight alkyl chain substituents of barbituric acids and 2-thiobarbituric acids, Wong calculated that the increment of the log $P$ value, per $CH_2$ unit, was 0.53. *Id.* at 927-928; *see also id.* at Fig. 1.

### 5. *Lolin*

175.    Lolin et al., "*Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: phenytoin,*" Epilepsy Research, 19, pp. 99-110 ("Lolin"), published in 1994. Thus, I understand Lolin is prior art to the patent-in-suit. I understand Lolin was not considered by the patent office during prosecution of the '461 patent.

176.    Lolin taught that pharmacokinetic considerations are pivotal in therapeutic drug monitoring, which is performed routinely for a variety of drugs, including several antiepileptic drugs. *Id.* at 99. Lolin explained that "[a]fter administration, phenytoin rapidly appeared in both serum ($T_{max}$ mean range 0.15-0.38 h) and CSF ($T_{max}$ mean range 0.9-1.4 h)." *Id.* at Abstract. Lolin further explained that this is indicative of ready penetration of the blood-brain barrier. *See id*.

### 6.  Gouliaev

177.    Gouliaev and Senning, "*Piracetam and other structurally related nootropics*," Brain Research Reviews, Vol. 19, pp. 180-222 ("Gouliaev"), published in 1994. Thus, I understand Gouliaev is prior art to the patent-in-suit. I understand Gouliaev was not considered by the patent office during prosecution of the '461 patent.

178.    Gouliaev is a review article that "covers clinical, pharmacokinetic, biochemical and behavioral results presented in the literature from 1965 through 1992 (407 references) of piracetam, oxiracetam, pramiracetam, etiracetam, nefiracetam, aniracetam and rolziracetam and their structural analogues." *Id.* at Abstract. This review article evaluated the nootropic properties of approximately 660 piracetam and piracetam-like compounds. *Id.* at 182.

179.    Gouliaev taught that "[t]he piracetam-like nootropics are capable of achieving reversal of amnesia induced by, e.g., scopolamine, electroconvulsive shock and hypoxia." *Id.* Gouliaev further taught that these 2-oxopyrrolidineacetamide nootropics, also referred to as the "racetams" "possess a very low toxicity and lack serious side effects." *Id.* Gouliaev taught that possible beneficial effects of the racetams include beneficial effects "in patients with mild to moderate dementia," and in "epilepsy" "in co-treatment with other drugs." *See id.* at 209.

180.    Gouliaev summarized the structure-activity relationship of the racetams as showing that the pyrrolidone ring and the acetamide moiety are important for the nootropic activity. *See*

*id.* at 205-206. Notably, the only substitution of the pyrrolidine ring of piracetam (i.e., 2-oxopyrrolidineacetamide) discussed in this extensive review is at the 4-position; these two analogs are oxiracetam and 4-phenylpiracetam. *See id.* 183 and 191.

181.    Etiracetam is the racemic form of α-ethyl-2-oxo-1-pyrrolidineacetamide. *See id.* at 183, 198. The (S)-form of etiracetam was known as UCB L059 or levetiracetam. *See id.* at 198. Gouliaev taught that the (S)-form showed "significantly higher activity" at clinically relevant concentrations compared to the (R)-form. *Id.* at 206.

182.    Gouliaev disclosed the calculated n-octanol/water distribution coefficient for the racetams, including piracetam (log $P$ = -1.49) and etiracetam (log $P$ = -0.65). *See id.* at 186 (Table 2). Gouliaev explained that piracetam "crosses the brain-barrier slowly because of its high hydrophilicity." *See id.* at 188.

### 7.    *Appleton*

183.    Appleton et al., "*Lorazepam versus diazepam in the acute treatment of epileptic seizures and status epilecticus*," Developmental Medicine and Child Neurology, Vol. 37, pp. 682-688 ("Appleton"), published in 1995. Thus, I understand Appleton is prior art to the patent-in-suit. I understand Appleton was not considered by the patent office during prosecution of the '461 patent.

184.    Appleton taught that the ideal drug for treating acute seizures "should act rapidly, have a sustained duration of action and be safe." *Id.* at 682.

### 8.    *Litina*

185.    Hadjipavlou-Litina, "*Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants*," Med. Res. Rev., Vol. 18, No. 2, pp. 91-119 ("Litina"), published in 1998. Thus, I understand Litina is prior art to the patent-in-suit. I understand Litina was not considered by the patent office during prosecution of the '461 patent.

186.    Litina taught, for drugs acting in the CNS, "hydrophobicity is an important property." *Id.* at 99; *see also id.* ("the most important parameter in the isolated receptor interactions as well as in the whole animal, is lipophilicity.").

187.    Litina summarized the results of a previous QSAR study correlating the anticonvulsant activities ($ED_{50}$ for anti-electroshock MES and anti-PTZ activities in mice) with the physicochemical parameters of various anticonvulsants.   Litina at 93.   Litina taught that substituting alkyl groups on lactam rings increased the compounds' lipophilicity. *See id.* at 103 (Table VI).

### 9.  Waterbeemd

188.    van de Waterbeemd et al., "*Estimation of blood-brain barrier crossing of drugs using molecular size and shape, and H-bonding descriptors*," J. Drug Targeting, Vol. 6, pp. 151-165 ("Waterbeemd"), published in 1998.  Thus, I understand Waterbeemd is prior art to the patent-in-suit.  I understand Waterbeemd was not considered by the patent office during prosecution of the '461 patent.

189.    Waterbeemd reported "[t]he influence of physicochemical properties, including lipophilicity, H-bonding capacity and molecular size and shape descriptors on brain uptake" in "a selection of marketed CNS and CNS-inactive drugs."  *Id.* at Abstract.

190.    Waterbeemd explained that the "blood-brain barrier (BBB)" is "an important biological membrane and absorption barrier."  *Id.* at 152.  Waterbeemd taught that "the structural and physicochemical properties of the compounds are important determinants for brain uptake."  *Id.*  Thus, compounds with receptors in the central nervous system (CNS) were expected to readily permeate across the BBB.  *Id.*

191.    Waterbeemd taught that there is a strong correlation between the total number of potential H-bonds in fully ionized molecule ($HT_i$) or total number of H-bonds in a neutral molecule ($HT_n$) and the polar surface area (SP) of a compound.  *Id.* at 160.  Waterbeemd explained "[a] numerical comparison of the H-bond scale reveals that 10-11 potential H-bonds correspond to ca 100 $Å^2$ of polar surface area".  *Id.*; *see also* Fig. 1.

192.    Waterbeemd concluded that three characteristics were important in determining brain penetration of a drug, namely: $1 < \log D < 4$; molecular weight $< 450$; and $SP < 90$ $Å^2$, where D is the 1-octanol/water distribution coefficient taken at the correct physiological value of pH (pH =7.4 in the case of penetration to the brain), and SP is the polar surface area of the compound.  *See id.* at 162; Fig. 7.  Waterbeemd explained that the lipophilicity constraint of log D in the range of 1-4 is "necessary," but it is not automatically "sufficient."  *Id.*  In particular, Waterbeemd explained molecular weight higher than 450 and polar surface area larger than 90 $Å^2$ "are not favorable."  *Id.*

### 10. Pardridge

193.    Pardridge, "*CNS Drug Design Based in Principles of Blood-Brain Barrier Transport*," Journal of Neurochemistry, Vol. 70, No. 5, pp. 1781-1792 (1998) ("Pardridge"), published in 1998.  Thus, I understand Pardridge is prior art to the patent-in-suit.  I understand Pardridge was not considered by the patent office during prosecution of the '461 patent.

194.    Pardridge disclosed that "[d]rugs may be altered chemically to increase lipid solubility of the compound."  *Id*. at 1785.  Pardridge explained that, provided the molecular mass of the drug does not exceed a threshold of 400-600 Da, the blood brain barrier (BBB) transport of the drug may be increased in direct proportion to its lipid solubility.  *Id.* at 1785-1786.  Pardridge further explained that "the benefits from lipidizing a drug and increasing BBB permeability may

be offset by the unfavorable effects of lipidization on plasma pharmacokinetics and the area under the plasma concentration curve (AUC) of the drug." *Id.* at 1786.

### 11. GB '692

195.    GB 1,309,692, Honore et al., filed on February 13, 1970, published on March 14, 1973 ("GB '692"). Thus, I understand GB '692 is prior art to the patent-in-suit. I understand GB '692 was cited in an information disclosure statement but was not relied on by the examiner during the prosecution of the '461 patent.

196.    GB '692 disclosed compounds of formula (I) and taught they could be used for therapeutic purposes, for example, for the treatment of motion sickness, hyperkinesia, hypertonia and epilepsy. *Id.* at 1-2. GB '692 also taught that "the compounds of the present invention bring about a decrease in cerebral excitability, as demonstrated by the audiogenic seizure test in mice." *Id.* at 2. GB '692 taught the disclosed compounds "are active in the tonic phase of the audiogenic seizure at an intraperitoneally administered dose of about 200 mg/kg body weight." *Id.*



Formula (I)

197.    GB '692 disclosed pharmaceutical compositions comprising the compounds of formula (I). For example, GB '692 taught such compositions "contain, as active constituent, an N-substituted lactam of general formula (I) and solid or liquid pharmaceutical excipients commonly used for the preparation of formulations suitable for oral, parenteral and rectal administration." *Id.* at 3; *see also id.* at 8 ("[p]harmaceutical compositions, comprising at least

one compound of the general formula given in claim 1, in admixture with a solid or liquid pharmaceutical excipient").

198.    GB '692 discloses and claims 2-(2-oxo-pyrrolidino)-butyramide (m.p. 122 °C), also known as α-ethyl-2-oxo-1-pyrrolidine acetamide. *See id.* at Example 5, claim 14.



2-(2-oxo-pyrrolidino)-butyramide

199.    GB '692 disclosed several examples of compounds with substitutions at the 3, 4, and 5 positions of the pyrrolidone ring. *See, e.g., id.* at Examples 1-5. GB '692 taught possible substitutions at these carbon atoms included alkyls, alkenyls and alkynyls having up to six carbon atoms. *Id.* at 2. For example, GB '692 disclosed exemplary butyramide compounds having substitutions at position 4 of the pyrrolidine ring, including at Example 5 ("2-(4-methyl-2-oxo-pyrrolidino)-butyramide (see figure below); m.p. 126ºC. (recrystallised from ethanol-hexane)" and claim 19 ("2-(4-methyl-2-oxo-pyrrolidino)-butyramide"). *Id.* at 6, 7.



2-(4-methyl-2-oxo-pyrrolidino)-butyramide

200.    GB '692 taught that N-substituted lactams of general formula (I) in which at least one of the hydrogen atoms in the pyrrole ring is replaced by an alkyl, alkenyl, or alkynyl radical

containing 1 to 6 carbon atoms, are useful for treating certain disorders such as motion sickness, hyperkinesia, hypertonia and epilepsy, the enumerate examples emphasize alkyl substitution at positions 3, 4, and 5. *See id.* at claims 2 – 33.

### 12. Glozman

201.    Glozman, *et al*., "*The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides*," translated from KHIMIKO-FARMATSEVTICHESKII ZHURNAL, Vol. 14, No. 11, pp. 43-48 ("Glozman"), published in 1980. Thus, I understand Glozman is prior art to the patent-in-suit. I understand Glozman was cited in an information disclosure statement but was not relied on by the examiner during the prosecution of the '461 patent.

202.    Glozman taught that "the introduction of substituents such as the acetamide group on the nitrogen atom of pyrrolidone-2 leads to the development of new types of pharmacological activity and to lower toxicity, such as the known preparation piracetam (2-pyrrolidinoacetamide)." *See id.* at 776.

203.    Glozman reported that 4-phenylpiracetam (designated as compound 'Ia') demonstrated antispasmodic activity (Table 1 at 777) and acted as an anticonvulsant (Table 2 at 778), while piracetam (which lacked the 4-phenyl group on pyrrolidone ring) was inactive.

204.    Glozman further taught "[d]ata on the antispasmodic activity of amides la-e, morfolep, phenylpyrrolidone, and piracetam in the maximal electroshock test (MES) are given in Table 1, from which it can be seen that antispasmodic activity is indeed shown by compounds whose structure contains a phenyl radical with an amide group attached to a pyrrolidone ring. Maximum antispasmodic activity requires that the acetamide group in the side chain must have an unsubstituted amino nitrogen (Compound Ia). The substitution or absence of the exocyclic amide

group leads to sharply decreased antispasmodic activity in the maximal electroshock test (Compounds Ib-e and VI)." *See id.* at 779-780.

205. Glozman's results "indicate[d] the desirability of further and deeper study of derivatives of pyrrolidone as antispasmodic and anti-epileptic materials." *id.* at 780.

### 13. Bobkov

206. Bobkov, et al., "*Pharmacological characteristics of 4-Phenylpiracetam – A new phenyl analog of Piracetam*," Translated from BYULLETEN EKSPERIMENTAL'NOI BIOLOGII I MEDITSINY, Vol. 95, No. 4, pp. 50-53 ("Bobkov"), published in 1983. Thus, I understand Bobkov is prior art to the patent-in-suit. I understand Bobkov was not considered by the patent office during prosecution of the '461 patent.

207. Bobkov disclosed that 4-phenylpiracetam was capable of inhibiting convulsions caused by metrazol whereas no such activity was detected with piracetam *Id.* at 464. Bobkov further demonstrated the antiepileptic activity of 4-phenylpiracetam by measuring epileptiform activity in a rodent model induced by cobalt implantation. Inhibition of seizure discharges in this model was observed after the injection of 4-phenylpiracetam at a dose of 20 mg/kg and total suppression of epileptiform activity in the cortex and thalamus was observed at 100 mg/kg. *Id.* at Fig. 1; 466. Bobkov further disclosed that 4-phenylpiracetam possessed a unique spectrum of action that involved the unique combination of neurotropic action of stimulant and anticonvulsant properties. *Id.* at 467.

### 14. EP '490

208. EP 0154490 B1 ("EP '490") published on August 10, 1988. Thus, I understand EP '490 is prior art to the patent-in-suit. I understand EP '490 was not considered by the patent office during prosecution of the '461 patent.

209.   EP '490 disclosed a process for preparing 2-oxo-1-pyrrolidineacetamide derivatives.  *Id.* at 1, ll. 3-5.  EP '490 taught that it was "known that 4-substituted derivatives of 2-oxo-1-pyrrolidineacetamide are valued psychotropic agents that, in animals and man, restore cognitive function that has been damaged as a result of various pathologies."  *Id.* at 2, ll. 6-8.

### 15. Noyer

210.   *See* above Section VIII.A.5.

### 16. WO '683

211.   International application No. PCT/EP98/07383 published as WO 99/25683 ("WO '683")[7] on May 27, 1999.  Thus, I understand WO '683 is prior art to the patent-in-suit.  I understand WO '683 was not considered by the patent office during prosecution of the '461 patent.

212.   WO '683 disclosed several 1-, 3-, and 5-substituted derivatives of 2-pyrrolidinone that were known as having anticonvulsant activity and/or possibly influencing glutamatergic transmission.  *See id.* at 2.  WO '683 disclosed 2-pyrrolidinone derivative of the general formula shown below:



213.   WO '683 disclosed 2-pyrrolidinone compounds in which $R^3$, $R^4$, $R^5$ and $R^6$ are hydrogen atoms.  *See id.* at claims 2, 7.  Further, WO '683 taught these 4-substituted 2-

---

[7] WO '683 published in German.  I have also reviewed the English translation of WO '683 produced in this litigation.  Citations in these contentions are to the produced English translation.

pyrrolidinone derivatives were useful for treating several disorders, including epilepsy by reducing the extracellular glutamate levels. *See id.* at 2.

214.   WO '683 taught that "substitution of the 2-pyrrolidinone derivative according to the invention in positions 3 and 5 of the pyrrolidinone ring is not substantially critical, as long as the substitution in position 4 of the pyrrolidinone ring is ensured." *Id*. (emphasis added).   The inventors indicated a preference for the absence of substitutions at the 3 and 5 positions as they included two dependent claims limiting those positions to hydrogen, while there were no dependent claims directed to any other substituents at those positions.

215.   WO '683 taught 2-pyrrolidinone derivatives with at least one substituent (such as a $C_{1-10}$ alkyl) in position 4 could be used for the prophylaxis and treatment of disorders of the central nervous system such as epilepsy. *See id.* at 4.   In particular, WO '683 taught that "2-pyrrolidinone derivatives that have at least one of the substitutes defined above in position 4 exhibit excellent effects in lowering extracellular glutamate levels, and can therefore be used for the prevention and treatment of disorders of the central nervous system, e.g.[,] cerebral apoplexy, hypoglycemia, hypoxia, trauma and epilepsy". *Id*. at 4.

216.   WO '683 also taught that the substitution at the 4-position of the pyrrolidinone ring was "essential," and was "necessary for at least one radicals $R^1$ and $R^2$ to be different from hydrogen. One of the radicals $R^1$ and $R^2$ is preferably a hydrogen atom, and other radical is preferably a $C_1$-$C_{10}$ alkyl radical, particularly preferably a $C_1$-$C_6$ alkyl radical." *Id.* at 4.   This selection of substituents at the $R^1$ and $R^2$ positions was sufficiently important that the inventors of WO '683 included two dependent claims that required one of $R^1$ and $R^2$ to being hydrogen, while the other a $C_1$-$C_{10}$ alkyl radical.   *See* WO '683, claims 3 and 8.

58

217.   WO '683 also disclosed the pure R, pure S, and the racemic mixtures of 2-pyrrolidinone derivatives in which the $R^1$ and $R^2$ radicals were different, "as in the particularly preferred embodiment of the invention described above." *Id.* at 5.

### 17. CA '319

218.   I understand Canadian Patent Application No. 2,310,319 ("CA '319") is the Canadian application of international application No. PCT/EP/98/07383 published as WO 99/25683.  CA '319 published on May 27, 1999.  Thus, I understand CA '319 is prior art to the patent-in-suit.  I understand CA '319 was not considered by the patent office during prosecution of the '461 patent.

219.   CA '319 explained that several 1-, 3-, and 5-substituted derivatives of 2-pyrrolidinone were known as having anticonvulsant activity and/or possibly influencing glutamatergic transmission.  *See id.* at 2.  CA '319 disclosed 2-pyrrolidinone derivative of the general formula shown below:



220.   CA '319 disclosed 2-pyrrolidinone compounds in which $R^3$, $R^4$, $R^5$ and $R^6$ are hydrogen atoms.  *See id.* at claim 2.  Further, CA '319 taught these 4-substituted 2-pyrrolidinone derivatives are useful for treating several disorders, including epilepsy by reducing the extracellular glutamate levels.  *See id.* at 3.

221.   CA '319 further taught that 2-pyrrolidinone derivatives with at least one substituent (such as a $C_{1-10}$ alkyl) in position 4 could be used for the prophylaxis and treatment of disorders of the central nervous system such as epilepsy.  *See id.* at 5.

222.   In particular, CA '319 teaches that "2-pyrrolidinone derivatives which have in position 4 at least one substituent as defined above have an excellent effect in reducing the extracellular glutamate level and can therefore be used for the prophylaxis and treatment of disorders of the central nervous system such as stroke, hypoglycemia, hypoxia, trauma and epilepsy." *Id*. at 5.

223.   CA '319 also teaches that "[s]ubstitution of the 2-pyrrolidinone derivatives according to the invention in positions 3 and 5 of the pyrrolidinone ring is ***substantially uncritical*** as long as substitution in position 4 of the pyrrolidinone ring is ensured."  *Id*. (emphasis added).

224.   CA '319 taught that the substitution at position 4 of the pyrrolidinone ring was "essential," and was "necessary for at least one radicals $R^1$ and $R^2$ to be different from hydrogen. One of the radicals $R^1$ and $R^2$ is preferably a hydrogen atom, and other radical is preferably a $C_1$-$C_{10}$ alkyl radical, particularly preferably a $C_1$-$C_6$ alkyl radical."  *Id.* at 5.   This selection of substituents at the $R^1$ and $R^2$ positions was sufficiently important that the inventors of CA '319 included two dependent claims that required one of $R^1$ and $R^2$ to being hydrogen, while the other a $C_1$-$C_{10}$ alkyl radical.  *See* CA '319, claims 3 and 8.

225.   CA '319 also disclosed the pure R, pure S, and the racemic mixtures of 2-pyrrolidinone derivatives in which the $R^1$ and $R^2$ radicals were different, "as in the particularly preferred embodiment of the invention described above."  *Id.* at 6.

### *18. FDA Guidance*

226.    FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs ("FDA Guidance"), published in 1992.  Thus, I understand that the FDA Guidance is prior art to the patent-in-suit.  I understand the FDA Guidance was not considered by the patent office during prosecution of the '461 patent.

227.    The FDA Guidance taught: "[d]iastereoisomers and geometric isomers are both chemically distinct and pharmacologically different (unless they are interconverted *in vivo*) and are generally readily separated without chiral techniques. Geometric isomers and diastereoisomers therefore should, with the rare exception of cases where in vivo interconversion occurs, be treated as separate drugs and developed accordingly."  *Id.* at 1.

228.    In addition, the FDA Guidance taught "[a]ppropriate manufacturing and control procedures should be used to assure stereoisomeric composition of a product, with respect to identity, strength, quality and purity."  *Id*. at 2.    The FDA Guidance also taught that "[p]harmacokinetic evaluations that do not use a chiral assay will be misleading if the disposition of the enantiomers is different. Therefore, techniques to quantify individual stereoisomers in pharmacokinetic samples should be available early. If the pharmacokinetics of the enantiomers are demonstrated to be the same or to exist as a fixed ratio in the target population, an achiral assay or an assay that monitors one of the enantiomers may be used, subsequently."  *Id*.

## IX.    THE ASSERTED CLAIMS WOULD HAVE BEEN OBVIOUS IN VIEW OF THE PRIOR ART

229.    I have been asked to consider whether the Asserted Claims of the '461 patent would have been obvious over the prior art.  As set forth in detail below, it is my opinion that each of Asserted Claims of the '461 patent would have been obvious in view of the prior art.  Stated differently, in my opinion, a POSA would have been motivated to combine the prior art disclosures

to make brivaracetam, or a pharmaceutically acceptable salt of brivaracetam, with a reasonable expectation of success in obtaining a compound that would be useful in treating epilepsy. Further, it would have been obvious to prepare a pharmaceutical composition containing an effective amount of brivaracetam, or a pharmaceutically acceptable salt of brivaracetam, and a pharmaceutically acceptable diluent or carrier.

230. A POSA would not need to combine every prior art reference discussed in Section VIII above to arrive at brivaracetam. Rather, it is my opinion that brivaracetam would have been obvious in view of one or more references discussed above in Section VIII.A in combination with one or more references discussed above in Section VIII.B (the "Brivaracetam References").

231. For example, at least the following combinations of prior art references are exemplary of the combinations of prior art references described above that render the Asserted Claims of the '461 patent obvious:

- Keppra label and/or Noyer in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally further in view of GB '692

- Noyer and/or Abou-Khalil in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of CA '319, and further in view of Bobkov

- Noyer and/or Crawford in view of Bobkov, optionally in further view of Gouliaev, and in further view of Levin

232. For the reasons explained in further detail below, by February 23, 2000, a POSA would have been motivated to select levetiracetam as a lead compound and modify it by including a propyl substituent at the 4-position of the pyrrolidine ring with a reasonable expectation that the compound obtained would be useful for treating epilepsy.

233. Therefore, for at least the reasons that follow, it is my opinion that claims 1-5 of the '461 patent would have been invalid as obvious.

**A. Levetiracetam Would Have Been an Obvious Choice as a Lead Compound**

234.    It is my opinion that, based on the teachings of the prior art I discussed above, a POSA would have been motivated to select levetiracetam as a lead compound for further development of a compound for treating epilepsy, a disorder of the central nervous system (CNS).

235.    A POSA would have selected levetiracetam as a lead compound for further development because the prior art disclosed numerous advantageous features of the compound. For example, as discussed above in Section VII.B.4, the prior art disclosed that levetiracetam had a "unique profile of action incorporating features in common with a wide range of currently available antiepileptic drugs;" had "minimal adverse effects and a high therapeutic index;" was "rapidly absorbed after oral ingestion;" showing "very encouraging," preliminary results, "with significant efficacy in patients with complex partial seizures." *See* Patsalos 1994 at 57-58; *see also* Noyer at 137, 138; Patsalos 2000 at 78, 84.

236.    Levetiracetam's safety and efficacy in treating epilepsy, including as an add-on treatment in epileptic patients with partial onset seizures, were well known as demonstrated by several clinical trials the results of which were disclosed in the prior art, as well as its receipt of FDA approval. *See, e.g.,* Shorvon, Crawford, Perucca, Keppra Label. *See also* above Section VII.B.4; Pleasure Opening Report, Section IX.C.

237.    I understand that Plaintiffs may argue that a POSA would have selected "the 2-thio-pyrrolidine derivative" of levetiracetam disclosed in Noyer as compound 10, because Noyer disclosed compound 10 "was equiactive to levetiracetam." *See* Noyer at 142. I disagree. A POSA would have decided not to use Noyer compound 10 as a lead compound over levetiracetam, in view of the availability of clinical safety and efficacy data for levetiracetam, which were not

similarly available for compound 10.   *See* above Section VII.B.4; Pleasure Opening Report, Section VII.B.3.

238.   A POSA would have understood that levetiracetam could be further improved.  For example, Perucca explains that while "the introduction of novel antiepileptic drugs brought new hope to the multitude of patients whose seizures are not completely controlled by established anticonvulsants," "none of the new agents is ideal in terms of its pharmacokinetic properties, interaction potential, spectrum of activity and side effect profile.  Therefore, the search for newer drugs with improved efficacy and safety goes on."  *See* Perucca at 515.  Similarly, Litina, discussing the utility of the then available drugs, states in his 1998 paper that "no more than 50% of epileptic patients are controlled by available anticonvulsant drugs."  *See* Litina at 93.

239.   The prior art taught certain properties for an ideal antiepileptic drug, including that it "elicits complete seizure control in all patients;" "is effective against all seizure types;" "does not produce adverse effect;" has "improved therapeutic ratio (i.e., less toxic in proportion to its observed benefit)," and has "simple pharmacokinetics with half-life of 12-24 hours so that once or twice daily administration would be possible."  *See* Patsalos 1994 at 39.  Similarly, Appleton explains that the ideal drug for treating acute seizures "should act rapidly, have a sustained duration of action and be safe."  *See* Appleton at 682.  A POSA would have been motivated to modify levetiracetam to improve one or more of its characteristics, such as improving its target affinity, expanding its therapeutic profile, improving its ability to cross the intestinal membrane or the blood-brain barrier, increasing its partition coefficient (log *P*), or the like.  Indeed, as part of the routine development process in the small molecule drug discovery field, it is common to modify a lead compound in order to obtain a compound with better activity.

240.    It is my opinion that a POSA would have been motivated to enhance the efficacy of levetiracetam by optimizing its lipophilicity, which would in turn improve its ability to cross the blood-brain barrier to access its site of action, the central nervous system.  As I explained above in Section VII.B.2, lipophilicity was known as a particularly important factor for drugs that target the central nervous system.  Indeed, the correlation between a compound's anticonvulsant activity and its lipophilicity (as measured, for example, by the partition coefficient or the distribution coefficient) was known in the art.  *See, e.g.,* Litina at 93; Waterbeemd at 162.  Waterbeemd taught the lipophilicity constraint of log $D$ in the range of 1-4, where $D$ is the 1-octanol/water distribution coefficient taken at the correct physiological value of pH (pH =7.4 in the case of penetration to the brain).  *See* Waterbeemd at 162; Fig. 7.  A POSA would have known that levetiracetam has no ionizable groups at physiological pHs and concluded that its log $P$ and log $D$ would be equivalent. Waterbeemd at 157.

241.    A POSA would have been motivated to improve levetiracetam's lipophilicity given the parameters known in the art.  For example, the log $P$ value for etiracetam (the racemate containing levetiracetam) was known to be -0.65.  *See* Gouliaev at 186 (Table 2).  Thus, a POSA would have known that the log $P$ of levetiracetam would also be -0.65 since enantiomers have identical physical properties.[8]   Determining the log $P$ of levetiracetam would be a routine determination because this value is one of the first things that a POSA would have assessed upon selecting levetiracetam as a lead compound.

---

[8] The log $D$ (and thus the log $P$) was also later confirmed for levetiracetam to be -0.64.  *See, e.g.*, Moseley et al., "A review of the drug–drug interactions of the antiepileptic drug brivaracetam," Epilepsy Research, Vol. 163 (2020).  For levetiracetam, the log $D$ is the same as the log $P$ because the compound does not ionize at physiological pHs.

242.     Further, while levetiracetam was shown to be rapidly distributed in many tissues after single and repeat administration, the "exchange was slower for CNS."  Burris at 6.  This modest BBB permeation would not have been surprising to a POSA given levetiracetam's negative log *P*.

243.     Therefore, given that levetiracetam was known to be less lipophilic than preferred for brain uptake, a POSA would have reasonably expected that levetiracetam would require higher doses to cross the blood-brain barrier, and would have understood that such elevated doses are generally associated with a greater risk of side effects.  *See, e.g.,* Stables at 239 (explaining that levetiracetam exhibited slight sedation at very high doses).

244.     Indeed, results from levetiracetam's clinical trials showed the frequency of discontinuing treatment due to adverse events, such as sedation, was higher for patients treated with levetiracetam compared with the placebo group.  *See* Keppra Medical Review, at pp. 37, 45; *see also id.* at 46 ("The majority of discontinuations were related to epilepsy (convulsion) or from a known and common side effect of the drug (somnolence)."); *see also id.* at 75 ("The incidence of sedation and asthenia is greater in the levetiracetam treated-patients in all controlled studies (Table 74).").

245.     Thus, a POSA would have been motivated to modify levetiracetam to increase its lipophilicity with a reasonable expectation that increasing the lipophilicity would lead to an improved therapeutic effect by allowing for lower administered doses, in turn reducing the risk of side effects.

246.     Further, a compound's lipophilicity, as measured by the partition coefficient, was known to be an additive property.  *See* above Section VII.B.2.  For example, Wong showed that the log *P* value increased by approximately 0.53 per $CH_2$ unit for the straight alkyl chain

substituents of barbituric acids and 2-thiobarbituric acids.  *See* Wong at 927-928; Fig. 1. Consistently, Litina taught that adding alkyl groups on lactam rings increased the compounds' lipophilicity as calculated by log *P*.  *See* Litina at 103 (Table VI).  Similarly, Waterbeemd would have motivated a POSA to increase the lipophilicity value (log *D* and thus log *P*) of levetiracetam by adding a small alkyl group.  *See* Waterbeemd at 162; Fig. 7.

247.    Thus, a POSA would have been motivated to add an alkyl side chain of appropriate length to the lactam ring (i.e., the 2-oxo-pyrrolidine ring) of levetiracetam to increase its lipophilicity, and in turn improve its ability to cross the blood-brain barrier (BBB), while maintaining sufficient water solubility.

248.    A POSA would have also been motivated to modify levetiracetam to improve its activity and/or expand its action profile.  For example, levetiracetam was found to be either inactive or poorly active in certain animal models.  Perucca explained that in rodents, levetiracetam is "only weakly active ($ED_{50}$ 97 mg/kg) against DMCM-induced convulsions and it is inactive (>170 mg/kg) against seizures induced by systemically administered NMDA, kainate and AMPA," or that it is inactive or only weakly active in the classical subcutaneous (s.c.) pentylenetetrazole (PTZ) test."  *See* Perucca at 517.  Similarly, Keppra Label disclosed that "[l]evetiracetam did not inhibit single seizures induced by maximal stimulation with electrical current or different chemoconvulsants and showed only minimal activity in submaximal stimulation."  Keppra Label at 5; *see also* Stables at 239.

249.    As explained in more detail below, the prior art taught that adding a substituent, such as an alkyl substituent, at position 4 of the 2-oxo-pyrrolidine ring improved the activity of CNS agents with similar structure to levetiracetam.  Therefore, a POSA would have been

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 20-987 (CFC) (consol). |
| | ) |
| ANNORA PHARMA PRIVATE LTD. et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**REBUTTAL EXPERT REPORT OF WOLFGANG LÖSCHER, D.V.M.,
REGARDING VALIDITY OF U.S. PATENT NO. 6,911,461**

April 7, 2022

_____

Professor Wolfgang Löscher, D.V.M.

# Table of Contents

I.      Summary of Opinions ........................................................................................ 1

II.     Legal Standard ................................................................................................. 1

III.    Materials Reviewed ......................................................................................... 2

IV.     Definition of a Person of Ordinary Skill in the Art ........................................ 2

V.      Opinions ........................................................................................................... 3

        A.      Anti-Seizure Drug Development Landscape ......................................... 3

        B.      Approved Anti-Seizure Drugs ........................................................... 11

                1.      Barbiturates ............................................................................. 12

                2.      Oxazolidinediones ................................................................... 13

                3.      Phenytoin and Ethotoin ........................................................... 14

                4.      Suximides ................................................................................ 14

                5.      Benzodiazepines ..................................................................... 15

                6.      Carbamazepine and Oxcarbazepine ........................................ 16

                7.      Valproate ................................................................................. 17

                8.      Vigabatrin ................................................................................ 18

                9.      Zonisamide .............................................................................. 18

                10.     Lamotrigine ............................................................................. 19

                11.     Felbamate ................................................................................ 20

                12.     Gabapentin .............................................................................. 21

                13.     Topiramate .............................................................................. 22

                14.     Tiagabine ................................................................................ 23

        C.      Anti-Seizure Drugs in Development ................................................... 24

                1.      Imepitoin (AWD 131–138) ..................................................... 24

                2.      DP-valproate ........................................................................... 25

i

3.      Isovaleramide (NPS 1776) ........................................................................ 25

4.      Safinamide (NW 1015) ............................................................................. 26

5.      Pregabalin ................................................................................................. 27

6.      Remacemide ............................................................................................... 27

7.      Retigabine ................................................................................................. 28

8.      Rufinamide ................................................................................................. 28

9.      Stiripentol .................................................................................................. 29

10.     Valrocemide ............................................................................................... 29

D.      A POSA Would Not Have Selected Levetiracetam as a Lead Compound .......... 30

1.      Levetiracetam's Mechanism of Action and Target Were Poorly
        Characterized as of February 2000 ............................................................ 32

2.      Little Was Known About Levetiracetam's Clinical Performance
        Compared to Other Anti-Seizure Drugs as of February 2000 ................. 35

I, Professor Wolfgang Löscher, D.V.M., have been retained by counsel for Plaintiffs UCB, Inc. and UCB Biopharma SRL (collectively, "UCB" or "Plaintiffs") as an expert witness in this patent litigation. I am submitting this expert report at the request of counsel for UCB in the above-captioned matter.

1.      My qualifications are set forth in the Opening Expert Report of Wolfgang Löscher, D.V.M., Regarding Objective Indicia of Nonobviousness of U.S. Patent No. 6,911,461 ("Löscher Opening Report"). I incorporate the entirety of my Opening Report here. I will employ the same abbreviations here as in my Opening Report.

## I.      Summary of Opinions

2.      In my opinion, as of February 2000, a POSA would not have selected levetiracetam as a lead compound for further development, in view of the other choices available to a POSA. In particular, given that little was known about levetiracetam's clinical performance as of February 2000, and that levetiracetam's mechanism of action and molecular target were poorly characterized and understood as of February 2000, a POSA would have selected another compound that had been approved as an ASD, or that was in clinical development.

## II.     Legal Standard

3.      I am informed that, in analyzing whether a compound claimed by a patent is obvious, a court will employ a "lead compound analysis." I am informed that the first step of this inquiry is determining which, if any, compound or group of compounds a POSA would have selected as a starting point (or "lead compound") for further development. I am informed that a lead compound is one that is known in the prior art and that a POSA would view as most promising to modify to obtain better activity. I understand that an accused infringer must prove by clear and convincing evidence that a POSA would have had a reason to select any particular lead compound from all of the other known compounds in the prior art.

1

### III.     Materials Reviewed

4.     In preparing this report, I reviewed the materials cited within this report as well as the materials listed in Exhibit E (Materials Considered, Rebuttal). I have also relied on my nearly 50 years of experience in the field of pharmacology and ASD development.

### IV.     Definition of a Person of Ordinary Skill in the Art

5.     In my Opening Report, I applied the definition of a Person of Ordinary Skill in the Art ("POSA") that I understood was proposed by Defendants. *See* Löscher Opening Report ¶ 21. Dr. Lepore has proposed a slightly different formulation of the definition of a POSA:

> It is my opinion that given the subject matter of the '461 patent, a POSA with respect to the '461 patent would have had, as of the relevant date, a doctorate degree in chemistry, medicinal chemistry, organic or synthetic chemistry, or a related discipline, and around 2-3 years of experience in the synthesis, research and development of medicinal compounds. Alternatively, the POSA may have had a lesser post-graduate degree in one of those fields, with four or more years of experience in the same areas. A POSA would have had knowledge and experience and/or worked with a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with advanced degrees and/or experience in clinical medicine pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry, related to research and development of drug products and formulations, including preclinical and clinical research.

Opening Expert Report of Dr. Salvatore Lepore Regarding Invalidity of U.S. Patent No. 6,911,461 (February 18, 2022) ("Lepore Opening Report") ¶ 28 (internal footnote omitted).[1] The opinions I offered in my Opening Report and those that I offer here are the same under either definition. As of February 2000, by virtue of my education, training, and decades of experience in studying the pharmacology of ASDs, I would have had met or exceeded the requirements to be a member of "a collaborative team of ordinarily skilled artisans, including a medical doctor,

---

[1] Dr. Pleasure proposed another definition of a POSA with respect to claims 2–4 of the '461 Patent only. *See* Opening Expert Report of Samuel Pleasure, M.D., Ph.D. (Feb. 18, 2022) ("Pleasure Opening Report") ¶ 47. I understand that UCB does not intend to pursue these claims at trial; accordingly, I do not address Dr. Pleasure's proposed definition of a POSA here.

and those with advanced degrees and/or experience in clinical medicine pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry, related to research and development of drug products and formulations, including preclinical and clinical research" under Dr. Lepore's definition, and a member of "a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with advanced degrees and/or experience in pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry, related to research and development of drug products and formulations, including preclinical and clinical research" under the Defendants' definition that I discussed in my Opening Report. *See* Löscher Opening Report ¶ 21. I have extensive experience working with individuals who qualify as POSAs and as members of the "collaborative team of ordinarily skilled artisans" under either definition proposed by Dr. Lepore and Defendants.

## V.     Opinions

### A.     Anti-Seizure Drug Development Landscape

6.     As I noted in my Opening Report, the development of new ASDs has largely been driven by three strategies: (1) random screening of new compounds, (2) structural variation of known ASDs, and (3) rational drug design. The first two of those methods are essentially "irrational drug design" and rely on serendipity to discover new compounds with therapeutic value. *See, e.g.*, Wolfgang Löscher et al., *Strategies in antiepileptic drug development: is rational drug design superior to random screening and structural variation?*, 17 Epilepsy Research 95, 119 (1994) ("Löscher 1994"). In rational drug design, by contrast, modifications to the chemical structure of a known compound are made deliberately to produce a specific effect, such as increasing the compound's affinity for a receptor. The "irrational" methods of development have led to the discovery of some important ASDs, including gabapentin, lamotrigine, oxcarbazepine,

topiramate, and levetiracetam. *Id*. at 119–24. Indeed, most ASDs have been discovered using these irrational methods.

7.      Over the last several decades, some efforts have been directed to the development of new ASDs by rational drug design. This began with the so-called "GABA hypothesis of epilepsy," first published in 1957, which held that a neurotransmitter known as GABA was involved in the mechanism underlying epilepsy. *See, e.g.*, Löscher 1994 at 104. It was thought that drugs that altered the neurochemical machinery responsible for regulating GABA (*i.e.*, GABAergic compounds) could reduce or eliminate epileptic seizures. *Id*. Evidence showed that established ASDs, such as barbiturates and benzodiazepines, enhanced GABAergic synaptic transmission. *Id*.

8.      Several GABAergic ASDs have been produced from rational design efforts. For example, rational efforts to inhibit a GABA-degrading enzyme known as GABA transaminase eventually led to the development of vigabatrin in 1974. Löscher 1994 at 104. Another ASD, tiagabine, functions by blocking GABA uptake into glial cells and nerve terminals. *Id*. at 106. Tiagabine was rationally designed from nipecotic acid, which was known to exert an anticonvulsant effect but which had difficulty penetrating the blood-brain barrier. *Id*. By adding a "lipophilic anchor" to the structure, the anticonvulsant effect was preserved but the ability to penetrate the blood-brain barrier was increased. *Id*.

4

**Figure 1.** Chemical structures of nipecotic acid (left) and tiagabine (right).

9.      The relative successes of vigabatrin and tiagabine have been the exceptions, not the rule. As I wrote in 2002, "[m]ost clinically effective AEDs were identified by either screening (i.e. serendipity) or as structural variations of known drugs, rather than by rational strategies based on knowledge of the pathophysiological processes involved in seizures or epilepsy." *See, e.g.*, Wolfgang Löscher, *Current status and future directions in the pharmacotherapy of epilepsy*, 23:3 Trends in Pharmacological Sciences 113, 113–14 (2002) ("Löscher 2002"). Other rational drug design efforts, such as those based on the "glutamate hypothesis of epilepsy," have failed to bear fruit, and have largely produced ASDs with poor antiepileptic activity and undesirable adverse effects. *Id*. at 114. Other than vigabatrin and tiagabine, the only other rationally designed ASD that was approved before February 2000 was gabapentin.[2] *See, e.g.*, Wolfgang Löscher, *New visions in the pharmacology of anticonvulsion*, 342 Eur. J. Pharm. 1, 3 (1998) ("Löscher 1998 I"). And only two ASDs that have been approved since February 2000 were designed rationally: perampanel and brivaracetam. *See, e.g.*, Löscher Opening Report ¶ 42; Wolfgang Löscher et al., *Perampanel—new promise for refractory epilepsy?*, 8 Nature Reviews 661, 661 (2012) ("Löscher 2012"). Two other

---

[2] A fourth ASD, progabide, was rationally designed as a prodrug of GABA, and has been used in France since 1985. *See, e.g.*, Löscher 1994 at 104. But as I note in my 1994 paper, progabide failed to demonstrate efficacy in several controlled trials. *Id*. In addition, it has a tendency to cause liver toxicity. *Id*. For these reasons, it has not been approved in other jurisdictions.

compounds that were rationally developed out UCB's efforts to develop additional LBS ligands, seletracetam and padsevonil, have failed. *See* Löscher Opening Report § VII.B.3; *see also* Wolfgang Löscher, *Single-Target Versus Multi-Target Drugs Versus Combinations of Drugs With Multiple Targets: Preclinical and Clinical Evidence for the Treatment or Prevention of Epilepsy*, 12 Frontiers in Pharmacology 1, 1 (2021) ("Löscher Oct. 2021") ("[T]o my knowledge, only one antiseizure medication (ASM), padsevonil, has been intentionally developed as a single molecular entity that could target two different mechanisms.").[3] Rational design has historically been a largely disfavored and unsuccessful method of developing ASDs, a fact that remains true today.

10.     Similarly, even random structural variation of known ASDs has not predictably and reliably resulted in the creation of better ASDs. For example, after the discovery and success of phenobarbital, others started looking to improve phenobarbital by creating new barbiturates and screening them for efficacy against seizures. Over 2,500 barbiturates were synthesized, and many were screened for efficacy against seizures. *See, e.g.*, Wolfgang Löscher, *Animal Models of Seizures and Epilepsy: Past, Present, and Future Role for the Discovery of Antiseizure Drugs*, 42 Neurochemistry Research 1873, 1876 (2017) ("Löscher 2017"). Of these, a few, such as metharbital and mephobarbital, were approved. But these compounds were not significantly better than phenobarbital. They have largely fallen out of use, while phenobarbital has continued to be widely used, especially in developing countries. *See, e.g.*, Meir Bialer et al., *Can we develop improved derivatives of valproic acid?*, 16:1 Pharmacy World & Science 2, 2 (1994) ("Bialer 1994") ("At present, there are four major anti-epileptic drugs in use: phenobarbital, phenytoin, carbamazepine and valproic acid.").

---

[3] As I discussed in my Opening Report, padsevonil was developed by UCB and failed in its clinical trials. *See, e.g.*, Löscher Opening Report ¶ 85.

11.     The same phenomenon happened after phenytoin was discovered—others tried to discover a better phenytoin by screening a large number of structurally modified compounds for efficacy, but even those that were approved (*e.g.*, ethotoin) were not significant improvements over phenytoin. *See, e.g.*, Löscher 2017 at 1876. As a result, phenytoin has historically been more popular than its descendant drugs. *See, e.g.*, Bialer 1994 at 2.

12.     Valproate is yet another example of this phenomenon—many valproate-like compounds were synthesized and screened, but none have been approved as new ASDs. *See, e.g.*, Bialer 1994 at 2; *see also* Wolfgang Löscher et al., *Pharmacological Evaluation of Various Metabolites and Analogues of Valproic Acid*, 24:5 Neuropharmacology 427 (1985) ("Löscher 1985"). Valproate possesses an acceptable ratio between efficacy and adverse effects, and altering its chemical structure upset this balance in ways that adversely affect activity, toxicity, or tolerability. *See generally, e.g.,* Löscher 1985.

13.     Whether designed rationally or irrationally, ASD candidates are almost always initially evaluated for efficacy in the same animal models: the MES and PTZ tests. Löscher Opening Report ¶¶ 36–40. This has been true for decades. *Id*. As I have noted previously, I believe that this is one factor that has contributed to the relative stability in the percentage of patients with refractory (*i.e.*, pharmacoresistant) epilepsy over this same time period, because these models will, by design, favor drugs that act by mechanisms of actions that these models embody. *Id*.

14.     The other significant factor, in my view, that has stagnated progress in treating these refractory patients is that drug development efforts have largely focused on developing drugs that target the same mechanisms. In 1998, I wrote an article which noted that existing ASDs acted by three principle mechanisms: (1) GABA-mediated neuronal inhibition, (2) glutamate-mediated

neuronal excitation, and (3) modulation of sodium, potassium, or calcium ion channels. Löscher 1998 I at 6.

15.      With the exception of levetiracetam and brivaracetam, almost all of the ASDs that have been approved since I wrote that article fall into these same mechanistic classes. Zonisamide (2000) is a sodium channel blocker. *See, e.g.*, Wolfgang Löscher et al., *New avenues for anti-epileptic drug discovery and development*, 12 Nature Reviews Drug Discovery 757, 762–63 (2013) ("Löscher 2013"). Stiripentol (2002) is a GABA modulator and sodium channel blocker, although it is usually administered concurrently with other ASDs, such as benzodiazepines, because it inhibits their metabolism. *Id.* Pregabalin (2004) is a calcium channel blocker. *Id.* Rufinamide (2004) is a sodium channel blocker. *Id.* Lacosamide (2008) is a sodium channel modulator. *Id.* Eslicarbazepine acetate (2009) is a sodium channel blocker. *Id.* Retigabine (2011) is a potassium channel modulator. *Id.* Perampanel (2012) is a glutamate receptor antagonist. *Id.* Cenobamate, approved in 2019[4], has a mechanism of action that has not been completely characterized, but it has been shown to act as both a sodium channel modulator and a GABA modulator. *See, e.g.*, Roberta Roberti et al., *Pharmacology of Cenobamate: Mechanism of Action, Pharmacokinetics, Drug-Drug Interactions and Tolerability*, 35 CNS Drugs 609, 611 (2021) ("Roberti"). Midazolam and diazepam are benzodiazepines, available as nasal sprays and intravenous solutions, that were approved in 2019 and 2020, respectively, and act as GABA modulators.[5]

---

[4]  *See* FDA APPROVES NEW TREATMENT FOR ADULTS WITH PARTIAL-ONSET SEIZURES, https://www.fda.gov/news-events/press-announcements/fda-approves-new-treatment-adults-partial-onset-seizures (last visited March 30, 2022).

[5]  *See* FDA NEWS: NAYZILAM (MIDAZOLAM) NASAL SPRAY APPROVED FOR SEIZURE CLUSTERS, https://www.epilepsy.com/article/2019/5/fda-news-nayzilam-midazolam-nasal-spray-approved-seizure-clusters (last visited March 30, 2022); *see also* NEW DRUG: VALTOCO (DIAZEPAM NASAL SPRAY) APPROVED AS RESCUE THERAPY FOR SEIZURES,

16.     Some recently approved ASDs have mechanisms of action that may be unique, but as of now, their mechanisms remain largely unknown. In addition, these ASDs are not approved for broad spectrum treatment of epilepsy—they are all approved for the treatment of orphan drug indications, such as Dravet syndrome, Lennox-Gastaut syndrome, and tuberous sclerosis complex-associated partial-onset seizures ("TSC"). Cannabidiol, derived from marijuana, was approved in 2018 to treat Dravet syndrome, Lennox-Gastaut syndrome, and TSC, but its mechanism of action remains poorly characterized.[6] *See, e.g.*, Royston Gray et al., *The proposed mechanisms of action of CBD in epilepsy*, 22:1 Epileptic Disorders S10, S13 (supp.) (2020) ("Gray"). Everolimus was approved in 2018 for the treatment of TSC.[7] Everolimus inhibits mammalian target of rapamycin (mTOR), and was originally approved by FDA as a treatment renal cell carcinoma. *See, e.g.*, Peter J. Houghton, *Everolimus*, 16:5 Clinical Cancer Research 1368, 1368 (2010). Its mechanism of action in epilepsy is believed to be tied to this same mTOR mechanism. Fenfluramine was approved in 2020 to treat Dravet syndrome; it may derive some of its antiepileptic effect from its ability to increase serotonin levels in the brain, but it is likely that additional mechanisms of action are present as well. *See, e.g.*, Tilman Polster, *Individualized treatment approaches: Fenfluramine, a novel antiepileptic medication for the treatment of seizures in Dravet syndrome*, 91 Epilepsy & Behavior 99, 100 (2019) ("Polster").

---

https://www.epilepsy.com/article/2020/1/new-drug-valtoco-diazepam-nasal-spray-approved-rescue-therapy-seizures (last visited March 30, 2022).

[6] *See* FDA APPROVES FIRST DRUG COMPRISED OF AN ACTIVE INGREDIENT DERIVED FROM MARIJUANA TO TREAT RARE, SEVERE FORMS OF EPILEPSY, https://www.fda.gov/news-events/press-announcements/fda-approves-first-drug-comprised-active-ingredient-derived-marijuana-treat-rare-severe-forms (last visited March 30, 2022).

[7] *See* FDA APPROVES EVEROLIMUS FOR TUBEROUS SCLEROSIS COMPLEX-ASSOCIATED PARTIAL-ONSET SEIZURES, https://www.fda.gov/drugs/resources-information-approved-drugs/fda-approves-everolimus-tuberous-sclerosis-complex-associated-partial-onset-seizures (last visited March 30, 2022).

17.     It is important to draw a distinction between an ASD's mechanism of action and an ASD's molecular target. An ASD may be broadly classified as a sodium channel blocker, but sodium channels are not monolithic. As of February 2000, at least five different types of sodium ion channels had been identified: I, II, IIA, III, and NaCh6. *See, e.g.*, Brian S. Meldrum, *Identification and Preclinical Testing of Novel Antiepileptic Compounds*, 38 Epilepsia S7, S8 (supp.) (1997) ("Meldrum"). In addition, sodium channels consist of multiple subunits, including the $\alpha$, $\beta_1$, and $\beta_2$. Most sodium channel blockers at this time targeted the $\alpha$-subunit of the voltage-dependent sodium ion channel. *Id*. at S8. But as Meldrum notes, the "$\beta_1$ and $\beta_2$ modulatory units are also possible targets." *Id*. Even these subunits themselves are not monolithic and possess different targets. *Id*. Calcium ion channels are similarly diverse; as of February 2000, it was known that there were at least five types (L, N, T, P/Q, and R), comprising $\alpha$-, $\beta$-, and $\gamma$- subunits. *Id*. Approximately 40 different potassium channels had been identified by February 2000. *Id*. The GABA$_A$ receptor, a target for "many known AEDs," consists of at least five subunits. *Id*. As Meldrum notes, "[s]eparate sites [on the GABA$_A$ receptor] appear to be involved for [benzodiazepines], barbiturates, chloromethiazole, neurosteroids (such as ganaxolone and alphaxolone), loreclezole, felbamate (FBM), and butyrolactones." *Id*. Similar diversity can be seen in glutamate receptors. *Id*. at S9.

18.     Whether a compound demonstrates efficacy in suppressing seizures is only one of many properties that must be considered when developing a new ASD. For example, toxicity is a major concern when developing any kind of drug. ASDs can be evaluated for toxic potential in a number of tests, including the rotarod test and the horizontal screen test. In the rotarod test, mice or rats are placed on a rotating rod after receiving the drug that is being evaluated. The time that the animals are able to remain on the rod is measured. Animals that have been impaired by the

drug fall off of the rod faster. Similarly, in the horizontal screen test, mice or rats are placed on a horizontal screen after receiving a drug. The screens are then flipped over, such that the animals are hanging upside-down. Animals that are not impaired are able to maintain their grip on the screen; animals that have been impaired will fall.

19.      In developing new ASDs by either random structural variation or rational design, a POSA must select a starting point, known as a lead compound. As a general rule, a POSA will typically start with an approved ASD, although compounds that are in preclinical or clinical development are also available as options. The POSA will then strive to make modifications to the lead compound to improve one or more properties of the compound, such as efficacy.

### B.      Approved Anti-Seizure Drugs

20.      As of February 2000, approximately 30 ASDs had been approved for the treatment of epilepsy. *See, e.g.*, Löscher 2017 at Fig. 2. Most of these compounds are shown in the chart below according to the year they were first used clinically or first received regulatory approval in Europe, the United States, or Japan:

11



**Figure 2**. Timeline of ASD introduction. *See* Löscher 2017 at Fig. 2 (modified).

21.     Because some of these compounds were developed according to the "lead compound" approach, where a known compound's chemical structure has been modified to produce a new compound, they can be grouped into classes that each have similar chemical structures and properties. Other ASDs are relatively unique and must be considered separately.

### 1.     Barbiturates

22.     The barbiturate class consists of phenobarbital, mephobarbital, metharbital, and primidone. These compounds were all developed from phenobarbital, which was one of the first ASDs. The barbiturates feature a structure based on cyclic ureide. Phenobarbital is a broad spectrum ASD, having efficacy against partial and generalized seizures, with multiple mechanisms of action. Löscher 1998 I at 3–5. This class of ASDs is generally associated with a number of

12

unpleasant side effects, including behavioral changes and other cognitive effects like sedation. *See, e.g.*, Robert S. Greenwood, *Adverse Effects of Antiepileptic Drugs*, 41 Epilepsia S42, S44 (supp.) (2000) ("Greenwood"). Nonetheless, due to their efficacy, barbiturates remain clinically important ASDs.



**Figure 3.** Chemical structures of phenobarbital (top left), mephobarbital (top right), metharbital (bottom left), and primidone (bottom right).

### 2.    Oxazolidinediones

23.    The oxazolidinediones, including paramethadione and trimethadione, are another class of ASDs that were based on the cyclic ureide structure. Oxazolidinediones were the first anti-absence seizure drugs and were discovered by their selective activity in the PTZ seizure model. Both of these drugs are considered teratogenic; paramethadione was withdrawn from the market in the United States in the 1990s for this reason. Trimethadione is also associated with unpleasant side effects, including hemeralopia, exfoliative dermatitis, and agranulocytosis. *See, e.g.*, Simon D. Shorvon, *Drug treatment of epilepsy in the century of the ILAE: The second 50 years, 1959–2009*, 50:3 Epilepsia 93, 100 (2009) ("Shorvon 2009").

13



**Figure 4.** Chemical structures of paramethadione (left) and trimethadione (right).

### 3. Phenytoin and Ethotoin

24. Phenytoin and ethotoin belong to another class of ASDs that is structurally related to the cyclic ureides. Phenytoin is useful in treating partial seizures and tonic-clonic generalized seizures, *see, e.g.*, Löscher 1994 at 97, and acts primarily as a sodium channel blocker. *See, e.g.*, Löscher 1998 I at 5. But phenytoin was known to cause cosmetic changes, including gum overgrowth and coarsening of facies (*i.e.*, facial expressions). *See, e.g.*, Greenwood at S44. Ethotoin was developed in an attempt to reduce these side effects, but it showed high rates of blood disorders and lower efficacy. Shorvon 2009 at 95, 101. Despite its downsides, phenytoin remained a commonly prescribed ASD as of February 2000. *See infra* ¶ 51.



**Figure 5.** Chemical structures of phenytoin (left) and ethotoin (right).

### 4. Suximides

25. The suximides are another class of ASDs that are structurally based on cyclic ureides. The suximides include phensuximide, methsuximide, and ethosuximide. These compounds were developed out of efforts to improve trimethadione as an anti-absence seizure drug. Shorvon 2009 at 100. Although these compounds share some structural similarities, they

14

possess "markedly different anticonvulsant spectrum and efficacy." *Id*. Methsuximide is effective in treating both absence seizures and complex partial seizures[8], but phensuximide and ethosuximide are only effective against absence seizures. *Id*. Ethosuximide is significantly more effective than phensuximide at therapeutic doses, and was known to act as a T-type calcium channel blocker. *Id*; *see also* Löscher 1998 I at 4.



**Figure 6.** Chemical structures of phensuximide (left), methsuximide (center) and ethosuximide (right).

### 5.   Benzodiazepines

26.   Another class of ASDs are the benzodiazepines, including diazepam, clonazepam, lorazepam, and clorazepate. These were and are clinically significant ASDs, despite their significant hypnotic and sedative side effects. *See, e.g.*, Shorvon 2009 at 105. The benzodiazepines are exceptionally broad spectrum ASDs—they are effective in treating partial, tonic-clonic, absence, and myoclonic seizures. *See, e.g.*, Löscher 1998 I at 3. They are primarily GABAergic compounds, but they also act, at high concentrations, as sodium channel blockers. *Id*. 4.



---

[8] The Shorvon reference refers to absence seizures as "petit mal" seizures, and to complex partial seizures as "psychomotor" seizures.

**Figure 7.** Chemical structures of diazepam (top left), clonazepam (top right), lorazepam (bottom left), and clorazepate (bottom right).

### 6.    Carbamazepine and Oxcarbazepine

27.    Carbamazepine was first introduced in the 1960s and was one of the first ASDs not based on the cyclic ureide structure. *See, e.g.*, Loscher 2017 at Fig. 2. It was developed out of efforts to discover a new drug for depression and psychosis. Shorvon 2009 at 102. In 1983, it was discovered that carbamazepine acted by blocking sodium ion channels. *Id*. Clinical trials demonstrated efficacy similar to that of phenobarbital, phenytoin, and primidone. *Id*. Carbamazepine is associated with some idiosyncratic side effects, including hepatic failure. *Id*. It also has an observed teratogenic effect, although this effect is lower than that of other ASDs. *Id*. Although research in the 1970s had demonstrated that certain side effects and toxicity of the drug were related to an epoxide metabolite, carbamazepine was the most-prescribed ASD in Europe by the mid-1980s. *Id*. at 103.

28.    Oxcarbazepine, first approved in Denmark in 1993, is structurally related to carbamazepine. It was created out of efforts to avoid the epoxide metabolite of carbamazepine. *See, e.g.*, Svein I. Johannessen, *Therapeutic drug monitoring of antiepileptic drugs*, in DRUG MONITORING AND CLINICAL CHEMISTRY (G. Hempel, ed., 2004). As of February 2000, oxcarbazepine was believed to operate as a sodium channel modulator. *See, e.g.*, Evelyn S. Tecoma, *Oxcarbazepine*, 40 Epilepsia S37 (supp.) (1999) ("Tecoma"). It showed efficacy

preclinically in the MES and (to a lesser extent) the PTZ test. *Id*. at S38. Clinical trials have demonstrated efficacy similar to carbamazepine, but with fewer side effects and drug interactions. *Id*. at S39, S45. Common side effects of oxcarbazepine include sedation, headache, dizziness, rash, vertigo, ataxia, nausea, and diplopia. *Id*. at S43. It has also been associated with hyponatremia (*i.e.*, low sodium levels) and reduced effectiveness of oral contraceptives. *Id*. at S43–45.



**Figure 8.** Chemical structures of carbamazepine (left) and oxcarbazepine (right).

### 7.   Valproate

29.   Valproate, which was discovered serendipitously, was first licensed in France in 1967. Shorvon 2009 at 104. Early clinical trial results showed that patients with absence seizures, tonic-clonic seizures, and complex partial seizures experienced marked improvement with valproate treatment. *Id*. As Shorvon observes, the epilepsy community was slow to recognize valproate's adverse effects. *Id*. 104–05. Cognitive side effects, encephalopathy, weight gain, teratogenicity, and other issues became apparent throughout the 1980s and 1990s. *Id*. Despite these downsides, valproate remained a commonly prescribed ASD as of February 2000. *See infra* ¶ 51.

**Figure 9**. Chemical structure of valproate.

8.  **Vigabatrin**

30.     Vigabatrin was first approved in the United Kingdom in 1989, but did not receive approval in the United States until 2009, and then only for infantile spasms.[9] Clinical trials throughout the 1980s demonstrated that vigabatrin reduced seizure frequency by 50% or greater in about half of patients. *See, e.g.*, Shorvon 2009 at 111. Concerns about neurotoxicity—spurred on by observations of intramyelinic vacuolation in mice, rats, and dogs—prompted FDA to refuse to approve vigabatrin. *Id*. at 112. In 1999, it was revealed that vigabatrin causes irreversible visual field constriction (*i.e.*, tunnel vision) in 30 to 50% of users. *Id*. The drug is now used only rarely, although it does still serve as a first-line therapeutic for infantile spasms.



**Figure 10.** Chemical structure of vigabatrin.

9.  **Zonisamide**

31.     Zonisamide was discovered in 1972 and was licensed in Japan and South Korea in 1989. Shorvon 2009 at 117. After additional clinical trials, it was approved in the United States in 2000. It functions as a sodium channel blocker and calcium channel blocker. *See, e.g.*, Meir Bialer et al., *Progress report on new antiepileptic drugs: a summary of the fourth Eilat conference (EILAT IV)*, 34 Epilepsy Research 1, 35 (1999) ("Bialer 1999"). Clinical trials demonstrated that patients taking zonisamide experienced a median reduction in seizure frequency of 40.5%. *Id*. The

---

[9]   *See, e.g.*, SABRIL (VIGABATRIN), https://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/sabril-vigabatrin (last visited April 1, 2022).

most common adverse events were somnolence, ataxia, fatigue, anorexia, and dizziness. *Id*. Post-marketing data from Japan largely reflected these clinical trial results. *Id*. at 36.



**Figure 11.** Chemical structure of zonisamide.

### 10.    Lamotrigine

32.    Lamotrigine, first introduced in Europe in 1991 and in the United States in 1994, is a sodium channel blocker. *See, e.g.*, Fumisuke Matsuo, *Lamotrigine*, 40 Epilepsia S30, S30 (supp.) (1999) ("Matsuo"). It was discovered serendipitously during an investigation of folate antagonists, based on the belief that phenytoin and phenobarbital derived some antiepileptic effect by modulating folate metabolism. Shorvon 2009 at 112. A large number of clinical trials demonstrated that lamotrigine was effective in treating partial seizures and could also be useful to treat generalized seizures. *Id*. at S30–31. Over 1,380,000 patients had been treated with lamotrigine by 1999. *Id*. Its adverse event profile compared favorably with other AEDs, "particularly with regard to its lesser sedative effect." *Id*. at S32. Lamotrigine is associated with a skin rash that occasionally progressed to desquamation (*i.e.*, loss of the outer layer of skin) and epidermal necrolysis, a potentially life-threatening condition. *Id*. at S33. This effect was observed especially when patients were administered valproate concurrently with lamotrigine. *Id*. The incidence of skin rash is higher in children than in adults. *Id*.

**Figure 12.** Chemical structure of lamotrigine.

### 11.   Felbamate

33.    Felbamate was approved in 1993 as an ASD with broad-spectrum efficacy against a variety of seizure types. *See, e.g.*, John M. Pellock, *Felbamate*, 40 Epilepsia S57, S57 (supp.) (1999) ("Pellock"). Mechanistically, felbamate appears to inhibit calcium currents and, at high doses, inhibit excitory NMDA, a glutamate receptor. *Id*. Clinical trials demonstrated felbamate's efficacy as both an adjunctive therapy and monotherapy, including in children with Lennox-Gastaut syndrome. *Id*. at S58. As Pellock noted in 1999, felbamate "led the introduction of the new antiepileptic drugs (AEDs) and is truly unique." *Id*. at S57. Unfortunately, soon after its launch, a number of cases of aplastic anemia and associated liver failure were reported, which greatly curtailed felbamate's use as an ASD. *Id*. at S59. It is now used only where other ASDs have failed. After February 2000, attempts to develop a successor drug to felbamate that solved these toxicity issues were not successful. *See, e.g.*, Löscher Opening Report ¶ 83; *see also* Bryan A. Roecklein et al., *Fluorofelbamate*, 4 Neurotherapeutics 97, 97 (2007) ("Roecklein").



**Figure 13.** Chemical structure of felbamate.

### 12. Gabapentin

34.    Gabapentin was discovered in the 1970s by researchers looking to synthesize a GABA analog with greater capability for crossing the blood-brain barrier. *See, e.g.*, Michael A. Rogawski, *Molecular Targets Versus Models for New Antiepileptic Drug Discovery*, 68:1 Epilepsy Research 22, 25 (2006) ("Rogawski"). Like topiramate, gabapentin was thought to possess a number of mechanisms of action as of February 2000, including glutamate modulation, GABA modulation, and calcium channel modulation. *See, e.g.*, Charles P. Taylor et al., *A summary of mechanistic hypotheses of gabapentin pharmacology*, 29 Epilepsy Research 233, 245 (1998) ("Taylor"). Gabapentin was approved in 1994 as an adjunctive treatment for epilepsy. *See, e.g.*, Shorvon 2009 at 109. Across five clinical trials, gabapentin demonstrated efficacy and tolerability in patients with partial seizures. *See generally, e.g.*, Carlota O. Andrews et al., *Gabapentin: A New Agent for the Management of Epilepsy*, 28 The Annals of Pharmacotherapy 1188, 1188 (1994) ("Andrews"). Later clinical trials demonstrated gabapentin's efficacy as a monotherapy. *Id.* at 1192–93. Gabapentin is not significantly metabolized and nearly 100 percent is eliminated by renal excretion. *Id.* at 1190. As a result, gabapentin pharmacokinetics are significantly impacted by renal function and dosing must be carefully adjusted by the clinician. *Id.* Side effects observed in gabapentin's clinical trials at an incidence greater than placebo included somnolence, dizziness, ataxia, fatigue, and tremor. *Id.* at 1193–94.



**Figure 14.** Chemical structure of gabapentin.

### 13.    Topiramate

35.    Topiramate is an ASD with a broad spectrum of activity that was approved in 1995.

*See, e.g.*, Tracy A. Glauser, *Topiramate*, 40 Epilepsia S71, S71 (supp.) (1999) ("Glauser"). As of February 2000, at least three mechanisms of action were thought to contribute to topiramate's antiepileptic effect: sodium channel modulation, GABA potentiation, and glutamate receptor modulation.[10] As I wrote in 1994, ASDs with multiple mechanisms of action "clearly have advantages in terms of antiepileptic efficacy" given that the causes epileptic seizures are "multifactorial." Löscher 1994 at 127. Topiramate was not derived from any other known ASDs and did not share significant structural elements with other ASDs that were approved at the time; for this reason, it was relatively unique. *See, e.g.*, Glauser at S71. Preclinically, topiramate demonstrated efficacy in the MES test, amygdala-kindled rat model, audiogenic mouse model, and a rat model of post-traumatic epilepsy. *Id*. at S72. Across six clinical trials, topiramate demonstrated efficacy against partial and secondarily generalized seizures, and was generally well-tolerated. *Id*. at S73. By 1999, it had reached over 250,000 patient exposures in clinical practice. *Id*. at S71. Side effects observed in topiramate's clinical trials[11] included dizziness, fatigue, diplopia (*i.e.*, double vision), nysragmus (*i.e.*, uncontrolled eye movement), somnolence, confusion, abnormal thinking, ataxia, anorexia, and impaired concentration. *Id*. at S75. It was recommended that clinicians follow a "start low, go slow" approach to titrate a new patient's dose of topiramate, given these side effects. *Id*. at S78.

---

[10] It was also thought that topiramate may inhibit erythrocyte carbonic anhydrase, but this effect was not observed *in vitro*. Glauser at S72.

[11] These are reported at or below the maximum target dose (400 mg/day) with an observed incidence greater than placebo.

**Figure 15.** Chemical structure of topiramate.

### 14.    Tiagabine

36.    As I discuss above, tiagabine was rationally designed out of efforts to increase the ability of nipecotic acid to enter the brain. *See, e.g.*, Löscher 1994 at 106. It increases the synaptic concentration of GABA by blocking the uptake of GABA into glial cells and nerve terminals. *Id*. It is active in the amygdala kindled rat model. *Id*. In clinical trials, it was well tolerated at doses up to 10 mg, but higher doses caused dizziness, disorientation, and confusion. *Id*. It was efficacious in several clinical trials in patients with refractory partial seizures. *Id*. It was approved in Europe in 1996 and in the United States in 1997 as Gabitril. *See* Shorvon 2009 at 116.



**Figure 16.** Chemical structure of tiagabine.

23

### C.  Anti-Seizure Drugs in Development

37.     A number of new and promising ASDs, which had not yet been approved for clinical use, were in development as of February 2000.[12] Although approved ASDs would generally be more appealing to a POSA as a lead compound, if a POSA were inclined to pursue further development of a lead compound that showed promising preclinical and/or clinical data but had not yet achieved regulatory approval, a POSA could select any of the following compounds.

### 1.  Imepitoin (AWD 131–138)

38.     Imepitoin was shown to be active in the MES, PTZ, and audiogenic mouse tests, as well as against seizures induced by bicuculline. *See, e.g.*, Bialer 1999 at 4. It also demonstrated efficacy in the amygdala kindled rat model. *Id*. Testing in the rotarod test in mice and rats demonstrated a low potential for neurotoxicity. *Id*. Imepitoin has been approved as an ASD for dogs, but not in humans. *See* Löscher Opening Report ¶ 73.



**Figure 17.** Chemical structure of imepitoin.

---

[12] The Perucca and Stables references cited by Dr. Lepore refer to two then-in-development compounds that were abandoned prior to February 2000, eterobarb and dezinamide. Eterobarb is a barbiturate drug that showed efficacy in the MES test and in clinical trials in humans. *See* Philip N. Patsalos, *New Antiepileptic Drugs: Towards an Improved Risk-Benefit Ratio*, 11:1 Drug Safety 37, 55 (1994) ("Patsalos 1994"). It appeared to suppress seizures more effectively than phenobarbital. *Id*. Dezinamide was derived from an earlier-developed compound, fluzinamide, that was abandoned due to potential hepatic toxicity. *See* J.P. Stables et al., *Progress report on new antiepileptic drugs: A summary of the Second Eilat Conference*, 22 Epilepsy Research 235, 240 (1995) ("Stables 1995"). It is active in the MES test and kindled rat model. *Id*. It acts as a sodium channel blocker, and showed no toxicity in animal studies. *Id*.

### 2. DP-valproate

39.     DP-valproate is a prodrug[13] of valproate, an ASD that was first introduced in the 1960s. *See, e.g.*, Löscher 2017 at 1875; *see also* Meir Bialer et al., *Progress report on new antiepileptic drugs: a summary of the Fifth Eilat Conference (EILAT V)*, 43 Epilepsy Research 11, 14 (2001) ("Bialer 2001"). It was designed to avoid the unfavorable systemic effects of valproate by combining valproate with a phospholipid carrier, which rendered the valproate inert. *Id.* at 14. The phospholipid carrier would be cleaved from the valproate by phospholipase A2, an enzyme that is locally released by neurons during an epileptic seizure, thus activating the valproate. *Id.* DP-valproate demonstrated efficacy in the PTZ test at significantly lower doses than valproate. Bialer 1999 at 5. It also displayed activity in the audiogenic mouse model. *Id.* DP-valproate has not been approved for use in humans as an ASD. *See* Löscher Opening Report ¶ 69.



**Figure 18.** Chemical structure of DP-valproate.

### 3. Isovaleramide (NPS 1776)

40.     Isovaleramide is a compound that "has some structural similarity to levetiracetam," but also possesses a "broader activity profile than levetiracetam in animal models of epilepsy."

---

[13] A prodrug is a compound that is chemically inactive when administered, but becomes active upon metabolization.

*See, e.g.*, Bialer 2001 at 19. It was developed in part by Abbott Laboratories. *Id.* It displayed activity in the MES test, PTZ test, audiogenic mouse, corneal kindling model, and amygdala kindling model. *See, e.g.*, H. Steve White et al., *Anticonvulsant Profile of NPS 1776: A Broad-Spectrum Antiepileptic Drug*, 40 Epilepsia 1, 28 (supp.) (1999) ("White"). It achieves this efficacy at doses that "lack notable behavioral toxicity," suggesting that it "will be useful for the treatment of therapy-resistant seizures." *Id.* Isovaleramide has not been approved as an ASD. *See* Löscher Opening Report ¶ 77.



**Figure 19.** Chemical structure of isovaleramide.

### 4.    Safinamide (NW 1015)

41.    Safinamide was shown to be active in the MES test, the amygdala kindled rat model, the kainic acid model, and against chemically induced seizures caused by bicuculline, picrotoxin, 3-methyl-aspartate, strychnine, and NMDA. *See, e.g.*, Bialer 2001 at 21. It displayed potency "similar to or greater than most classical AEDs." It possessed a number of mechanisms of action, including sodium channels, calcium currents, and glutamate release. *Id.* Safinamide has not been approved as an ASD. *See* Löscher Opening Report ¶ 79.



**Figure 20.** Chemical structure of safinamide.

### 5.      Pregabalin

42.     Pregabalin, which was eventually approved as Lyrica, is a GABA analog that has activity in a number of animal models of epilepsy including the MES and PTZ tests, chemically induced seizures caused by bicuculline, picrotoxin, and strychnine, and the audiogenic seizure model. *See, e.g.*, Bialer 2001 at 23. Mechanistically, it has been shown to increase GABA levels in neuronal tissues, to bind to calcium channels, and to affect glutamate concentrations. *Id*. The main mechanism of action of pregabalin is thought to be modulation of voltage-dependent calcium channels via targeting the α2δ subunit. *Id*. Pregabalin displayed efficacy in a large number of patients across three clinical trials, showing "highly significant reductions in seizure frequency compared with those who received placebo." *Id*. at 24. Pregabalin was well tolerated in these studies. *Id*.



**Figure 21.** Chemical structure of pregabalin.

### 6.      Remacemide

43.     Remacemide demonstrated preclinical efficacy in the MES test and audiogenic mouse. *See, e.g.*, J.A. Davies, *Remacemide Hydrochloride: A Novel Antiepileptic Agent*, 28:4 General Pharmacology 499, 500 (1997) ("Davies"). It may derive its activity from blocking the NMDA-operated ion channel and sodium channels. *Id*. at 501. Clinical studies in humans demonstrated that remacemide was well tolerated and was effective in reducing seizure frequency in patients with partial seizures with or without secondary generalization. *Id*. Remacemide has not been approved as an ASD. *See* Löscher Opening Report ¶ 78.

**Figure 22.** Chemical structure of remacemide.

### 7. Retigabine

44.     Retigabine demonstrated activity in a wide variety of animal models of epilepsy, including the MES test, PTZ test, audiogenic mouse, and amygdala kindled rat. Bialer 2001 at 26. Its activity is "similar to that of valproate," but at lower doses and with a better side effect profile. *Id*. It may act as a potassium channel modulator. *Id*. at 27. Retigabine was eventually approved as Potiga.



**Figure 23.** Chemical structure of retigabine.

### 8. Rufinamide

45.     Rufinamide is an ASD that was developed by Novartis that was eventually approved as Banzel. Bialer 1999 at 16. It is active in the MES and PTZ tests and in the amygdala kindled rat model. *Id*. It is a sodium channel blocker. *Id*. Phase II clinical studies demonstrated that rufinamide successfully reduced seizure frequency in patients over placebo. *Id*. at 17. Adverse effects reported in these clinical studies included headache, dizziness, and fatigue. *Id*. Rufinamide was eventually approved as Banzel.

**Figure 24.** Chemical structure of rufinamide.

### 9.    Stiripentol

46.     Stiripentol was known to inhibit cytochrome P$_{450}$, which caused increased plasma concentrations of ASDs that are administered adjunctively with it. *See, e.g.*, J. Perez et al., *Stiripentol: Efficacy and Tolerability in Children with Epilepsy*, 40:11 Epilepsia 1618, 1618 (1999) ("Perez"). Clinical trials in adult patients showed that it was effective in treating partial seizures and was well-tolerated. *Id*. Clinical trials in children showed that it reduced seizure frequency by more than half in over half of patients and rendered 14% of patients seizure free. *Id*. at 1624. A high incidence of adverse events in children was observed in the clinical trials, and were mainly neurobehavioral or gastrointestinal. *Id*. at 1624–25. Stiripentol was eventually approved as Diacomit.



**Figure 25.** Chemical structure of stiripentol.

### 10.    Valrocemide

47.     Valrocemide was developed as a derivative of GABA and displayed broad-spectrum activity in the MES and PTZ tests, corneal and hippocampal kindling models, and the audiogenic mouse. Bialer 2001 at 30. Its effective doses in the MES and PTZ tests were "considerably lower than neurotoxic dosages" as determined by rotarod testing in mice and gait

29

and stance testing in rats. *Id*. Valrocemide has not been approved as an ASD. *See* Löscher Opening Report ¶ 81.



**Figure 26.** Chemical structure of valrocemide.

### D.     A POSA Would Not Have Selected Levetiracetam as a Lead Compound

48.     I have reviewed Sections VII.B.4, VIII.A, and IX.A of the Opening Expert Report of Dr. Lepore, and I have considered his opinion that a POSA would have selected levetiracetam as a lead compound in 2000. I disagree. In my opinion, as of February 2000, a POSA would not have selected levetiracetam as a lead compound for further development, in view of the other choices available to a POSA.

49.     In addition, I am informed that Dr. Lepore has opined that a POSA would have been motivated to modify levetiracetam's chemical structure to increase its lipophilicity. As an initial matter, I believe that Dr. Lepore's analysis proceeds from a flawed premise. Although I offer no opinion as to any steps a POSA would have taken to modify the lead compound after its selection, it is a fallacy to say that a POSA in February 2000 would have employed rational design in creating a new ASD. As I have noted above, almost all ASDs that were developed prior to February 2000 were developed "irrationally," with only three notable exceptions: vigabatrin, tiagabine, and gabapentin. Rational design in the ASD space as of this time was in its infancy. Regardless of which lead compound was chosen, it is unlikely that a POSA would have proceeded to attempt to rationally design a new ASD. In addition, as I discuss above, random structural variation of an existing compound was not a reliable method for creating new ASDs. A POSA as

30

of February 2000 would have known that, historically, random structural variation of known ASDs (such as, *e.g.*, phenobarbital, phenytoin, and valproate) had largely failed to produce better ASDs.

50.     A POSA as of this time would have most likely employed a development method involving the synthesis and creation of entirely new compounds with unique structures. This is the purpose of the National Institutes of Health's Anticonvulsant Screening Program ("ASP") that I discussed in my Opening Report. *See* Löscher Opening Report ¶ 64. That program combines governmental, academic, and industry resources to screen compounds for anticonvulsant potential at no cost.[14] *Id.* As I noted in my Opening Report, by 2002, the ASP had screened 23,000 compounds for anti-seizure activity and had contributed to the development of six approved ASDs. *Id.* Screening entirely new compounds for efficacy would not have resulted in the selection of a lead compound at all. Dr. Lepore fails to address this reality in this report.

51.     Even assuming that Dr. Lepore is correct that a POSA would have selected a lead compound for further development, I do not believe that Dr. Lepore thoroughly considered the other choices for lead compound that were available to a POSA as of February 2000. Of the 16 references that Dr. Lepore cites under the heading "Prior Art Related to Selecting a Lead Compound," thirteen deal exclusively with levetiracetam. *See* Lepore Opening Report § VIII.A. Only three, Patsalos 1994, Stables 1995, and Perucca,[15] discuss other ASDs to any substantial degree, although Dr. Lepore omits any discussion of these other ASDs, focusing exclusively on levetiracetam. And Dr. Lepore fails to explain why a POSA would have chosen levetiracetam as a lead compound over any of the other compounds discussed in these references, all of which I

---

[14]  *See* EPILEPSY THERAPY SCREENING PROGRAM (ETSP), https://www.ninds.nih.gov/Current-Research/Focus-Research/Focus-Epilepsy/ETSP (last visited March 30, 2022).

[15] The copy of the Perucca reference that Dr. Lepore included with his Opening Expert Report is also excerpted, and omits twenty two chapters that discuss ASDs other than levetiracetam.

discuss above. For example, the most popular ASDs in and around February 2000 were carbamazepine, phenytoin, and valproate. *See, e.g.*, Sarah J. Roberts et al., *Prescribing of anti-epileptic drugs in the northern and Yorkshire region: 1992–1995*, 7 Seizure 127, 129 (1998) ("Roberts"); William J. Curry et al., *Newer Antiepileptic Drugs: Gabapentin, Lamotrigine, Felbamate, Topiramate and Fosphenytoin*, 57:3 American Family Physician 513, Table 2 (1998). Dr. Lepore does not address why a POSA would have chosen levetiracetam as a lead compound over the most widely used ASDs at that time. Indeed, Dr. Lepore's report is largely devoid of any discussion of ASDs other than levetiracetam—only a handful of other ASDs are referenced, and then only incidentally in other contexts.

52.     I have reviewed all of the references cited by Dr. Lepore in Section VIII.A. of his Opening Report, entitled "Prior Art Related to Selecting a Lead Compound." *See* Exhibit E (Materials Considered). I have also reviewed all of the references cited by Dr. Pleasure in Sections IX.A–IX.C of his Opening Report. *See id*. These references do not change my opinion that a POSA would not have selected levetiracetam as a lead compound.

53.     For the reasons I state below, when all of the choices known to a POSA are properly considered, it is my opinion that a POSA would not have selected levetiracetam as a lead compound.

### 1.     Levetiracetam's Mechanism of Action and Target Were Poorly Characterized as of February 2000

54.     As of February 2000, almost nothing was known about levetiracetam's mechanism of action or its molecular target. To be sure, Noyer and other UCB researchers had identified a site in the brain that levetiracetam exhibited affinity for, known as the Levetiracetam Binding Site ("LBS"). It was hypothesized that this site was the primary source of levetiracetam's antiepileptic effect, but this was not proven by February 2000. *See, e.g.*, Mukta Dooley et al., *Levetiracetam: A*

*Review of its Adjunctive Use in the Management of Partial Onset Seizures*, 60:4 Drugs 871, 873 (2000) ("Dooley") ("Although the exact mechanism of action of levetiracetam is yet to be defined, various theories have been proposed including changes in γ-aminobutyric acid (GABA) metabolism and turnover, inhibition of depolarising ion currents, calcium channel-dependent effects and dopaminergic activation.").

55.     Even if a POSA as of February 2000 had assumed that the LBS was the source of levetiracetam's anti-seizure effect, a POSA looking to design an improved LBS ligand would have been faced with a daunting task: how does one rationally design a drug without knowing how the drug is going to function? As of February 2000, the role of the LBS in epileptic seizure activity was unknown. It was not known whether the LBS functioned as an ion transporter, or a neurotransmitter transporter, or even whether it functioned as a transporter at all. It was not known whether levetiracetam served as an LBS agonist (*i.e.*, increasing its function) or an LBS antagonist (*i.e.*, decreasing its function). It was not known what features of levetiracetam caused it to bind to LBS, and what features would cause it *not* to bind to LBS. Even today, these questions do not have complete answers.

56.     Many key pieces of information about the LBS were not identified until years after February 2000. For example, the LBS was not identified as the SV2A protein until 2004. *See, e.g.*, Löscher Opening Report ¶ 44. And it was not until 2014 that it was shown that SV2A is a transporter of galactose, a sugar. *See, e.g.*, Marianna Madeo et al., *The Human Synaptic Vesicle Protein, SV2A, Functions as a Galactose Transporter in* Saccharomyces cerevisiae, 289:48 The Journal of Biological Chemistry 33066, 33066 (2014) ("Madeo"). As Madeo notes, that paper was the "first demonstration" that SV2A demonstrated any transporter activity. *Id*. Madeo demonstrated further that levetiracetam's binding to SV2A inhibited SV2A's galactose transport

function. *Id*. at 33069. But even Madeo admits that "[t]he mechanism of how levetiracetam modulates SV2A function . . . is unclear," and the paper only goes so far as to say that this galactose transporter role "may" be part of levetiracetam's mechanism of action in epilepsy. *Id*. at 33069. This was *fourteen years* after February 2000, and still significant unanswered questions about SV2A's function in epilepsy remained.

57.     To be sure, no ASD's mechanism of action is perfectly understood and characterized, even today. But much less was known about the LBS than was known about other mechanisms of action and molecular targets. For example, the structure and function of calcium ion channels were generally understood. *See generally, e.g.*, William A. Catterall, *Structure and Function of Voltage-Gated Ion Channels*, 64 Annual Review of Biochemistry 493 (1995) ("Catterall"). It was known, for example, that these ion channels were responsible for generating electrical signals in neurons. *Id*. at 494. As I noted above, five types of calcium channels, as well as their three constitutive subunits, had been identified. *See, e.g.*, Meldrum at S8. The amino acid sequences of these subunits were known, and it was known that the α-subunits of calcium and sodium channels shared some sequences in common, allowing certain compounds to act on both. *Id*. This knowledge would have given a POSA the framework with which to rationally design a new calcium channel blocker.

58.     When so little is known about a drug's mechanism of action, as was the case with levetiracetam and the LBS in February 2000, rational design and random structural variation become virtually indistinguishable. A POSA cannot predict how changes to a chemical structure will affect a compound's efficacy when the POSA does not know how that compound achieves that efficacy. This problem is compounded when other features of drugability, such as toxicity and pharmacokinetics, are considered. I am not aware of any published work that existed prior to

February 2000 that attempted to characterize the toxicity potential or tolerability of compounds based on levetiracetam.[16] A POSA as of February 2000 would have had virtually no guidance as to how chemical modifications to levetiracetam's structure would affect its anti-seizure potential, toxicity, or tolerability. To a POSA looking to rationally design a new ASD, the lack of available information concerning levetiracetam's mechanism of action, and how levetiracetam's chemical structure interacts with that mechanism, would have discouraged the POSA from selecting levetiracetam as a lead compound.

### 2. Little Was Known About Levetiracetam's Clinical Performance Compared to Other Anti-Seizure Drugs as of February 2000

59.    I generally agree with Dr. Lepore's recitation of levetiracetam's performance in clinical trials, *see, e.g.*, ¶ 236, but it is important to note that as of February 2000, there would have been very little clinical experience with levetiracetam. Although Keppra was approved in the United States in 1999—its first approval worldwide—Keppra did not launch until April 2000. *See, e.g.*, Francesca Boschi et al., *A synthesis of levetiracetam based on (S)-N-phenylpantolactam as a chiral auxiliary*, 16 Tetrahedron: Asymmetry 3739, 3739 (2005) ("Boschi"). This means that, as of February 2000, Keppra was not even available for clinicians to prescribe anywhere in the world. Clinical trial data would have been the sole source of real-world experience with levetiracetam, and the clinical data as of February 2000 was not fully available. The only public reports of the pivotal Phase II clinical trials that were available in February 2000 were short article stubs—the full clinical trial reports would not be published until March and May 2000. *See, e.g.*, T. Betts et al., *A multicentre, double-blind, randomized, parallel group study to evaluate the tolerability and*

---

[16] This data did exist for other ASDs. For example, I published an article in 1985 that describes the anticonvulsant properties and toxicity of various metabolites and analogs of valproic acid. *See generally* Löscher 1985.

*efficacy of two oral doses of levetiracetam, 2000 mg daily and 4000 mg daily, without titration in patients with refractory epilepsy*, 9 Seizure 80 (2000) ("Betts"); Elinor Ben-Menachem et al., *Efficacy and tolerability of levetiracetam 3000 mg/d in patients with refractory partial seizures: a multicenter, double-blind, responder-selected study evaluating monotherapy. European Levetiracetam Study Group*, 41:10 Epilepsia 1276 (2000) ("Ben-Menachem"); Simon D. Shorvon et al., *Multicenter Double-Blind, Randomized, Placebo-Controlled Trial of Levetiracetam as Add-on Therapy in Patients with Refractory Partial Seizures*, 41:9 Epilepsia 1179 (2000) ("Shorvon 2000"). Moreover, just six years prior to February 2000, felbamate was the subject of widely-publicized issues relating to aplastic anemia (i.e., the failure of bone marrow to produce new blood cells) and liver toxicity effects. Shorvon 2009 at 114–15. These issues were not foreshadowed during felbamate's clinical trials and only developed after it began being used in the clinic. *Id*. Taken together, these factors would have made a POSA hesitant to select levetiracetam as a lead compound as of February 2000.

60.     Additionally, two of the references relied upon by Drs. Lepore and Pleasure, Gower and Noyer, report incorrect data regarding levetiracetam's performance in preclinical tests. As I noted in my Opening Report, levetiracetam is unique among ASDs because it is not active in the traditional MES and PTZ tests, but it is active in amygdala kindled rats. *See, e.g.*, Löscher Opening Report ¶ 42.[17] As my opening report describes, early data erroneously indicated that levetiracetam

---

[17] In my opening report, I note that "brivaracetam is more potent than levetiracetam in . . . acute seizure models (e.g., MES (>10-fold more potent) and PTZ (>7-fold more potent)) . . . " Löscher Opening Report ¶ 61 (citing Klitgaard 2016, Supplemental Information at Table S1). This was an error. The "greater than" signs (">") indicate that the researcher was not able to show that levetiracetam was active in the MES and PTZ tests even at the highest tested dose. Therefore, a direct comparison of activity is improper. Instead, it would have been accurate to say that "Brivaracetam demonstrated activity in tests where levetiracetam was ineffective, including the MES and PTZ models of acute seizures."

was active in the MES test, but this data would later be shown to be the result of faulty laboratory equipment or not performing the tests in the standard fashion. *Id*. ¶ 43. Gower was one of the first published reports of these errant results. *See* Gower at 196. Noyer relies on Gower's results to say that levetiracetam possessed "a broad spectrum of action" and that it was active against "tonic seizures in the maximum electroshock seizure test in mice . . ." *See, e.g.*, Michel Noyer et al., *The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*, 286 Eur. J. Pharm. 137, 137–38 (1995) ("Noyer"); Lepore Opening Report ¶ 125; Pleasure Opening Report ¶ 63.

61.    A POSA would have known that these early reports of levetiracetam's effectiveness in the MES and PTZ tests were incorrect. I published an article in 1993 which reported that levetiracetam "was ineffective in the traditional maximal electroshock seizure and s.c. PTZ seizure tests in mice and rats in doses up to 500mg/kg." *See* Löscher 1993 at 147. UCB acknowledged in a later publication that Gower's results in the MES test were the result of "the stimulator being unable to deliver a maximal electroshock of 50 mA to mice in the [Gower] study." Henrik Klitgaard, *Evidence for a unique profile of levetiracetam in rodent models of seizures and epilepsy*, 353 European Journal of Pharmacology 191, 200 (1998). Dr. Pleasure cites my paper for the proposition that levetiracetam *is* active in the MES test, but his citation lacks context. *See* Pleasure Opening Report ¶ 64. As my 1993 article reports, I found that levetiracetam was not active in the *standard* MES and PTZ tests, but that it was active in the *threshold* MES and PTZ tests.[18]

62.    In the standard MES test, which has been widely used over decades as a gatekeeper in ASD screening, tonic hindlimb seizures are induced by transcorneal stimulation in mice or rats,

---

[18] My 1993 paper also notes that levetiracetam did exert some effect in the standard PTZ test against tonic seizures, but not clonic or myoclonic seizures. Löscher 1993 at 153–54. Efficacy against clonic seizures is the typical endpoint in the standard PTZ test; for this reason, my paper concludes that levetiracetam is not active in the standard PTZ test.

using a supra-threshold (supra-maximal) current of 50 mA (mice) or 150 mA (rats) and a stimulus duration of 0.2 sec. This current is about 5-times above the individual electrical seizure threshold of the animals. The aim is to detect only compounds with profound anti-seizure effects. In contrast, in the MES threshold (MES-T) test, the ability of a compound to increase the seizure threshold is determined in groups of mice or rats. As shown for levetiracetam, a compound may moderately increase the MES-T but is ineffective in the standard MES test. *See, e.g.*, Löscher 1993 at 152–55. In the ASP/ETSP program of the NINDS/NIH, only the standard MES test is used. However, to correctly perform this test, a stimulator that is capable of delivering a 50 mA (mice) or 150 mA (rats) stimulus is needed. Commercially available stimulators are typically not capable of delivering such high currents, which explains the erroneous initial data on levetiracetam reported by UCB. *See id*. at 156.

63.     Similarly, in the standard PTZ seizure test, a fixed supra-threshold dose of PTZ (e.g., 100 mg/kg) is administered s.c. and the occurrence of seizures is monitored over 30 min in groups of rodents. In contrast, in the timed intravenous PTZ seizure threshold test, PTZ is infused i.v. in mice or rats until the first seizure is observed to determine the individual seizure threshold. As shown for levetiracetam, a compound may moderately increase the i.v. PTZ seizure threshold but is ineffective in the standard s.c. PTZ seizure test. *See, e.g.*, Löscher 1993 at 152–55. In the latter test, the duration of the anticonvulsant effect of a compound is also important because seizures are monitored over 30 minutes after PTZ injection, whereas in the i.v. PTZ threshold test, the duration of the anticonvulsant effect is not important. In the Gower paper, PTZ was injected i.p. and it is not mentioned over which period seizures were recorded. In the ASP/ETSP program of the NINDS/NIH, only the standard s.c. PTZ seizure test is used.

64.     After the initial false positive data reported by Gower, UCB later corrected these data and confirmed the data of Löscher 1993 that levetiracetam is not effective in the standard MES and s.c. PTZ tests.  In contrast to levetiracetam, brivaracetam is effective in both tests.

65.     In addition, the POSA would have been concerned that levetiracetam would show tolerance in humans. The development of tolerance to a drug is of concern to epilepsy researchers and clinicians. It means that a patient must be given continually increasing doses of a drug to achieve the same therapeutic effect, which usually causes a corresponding increase in the occurrence and severity of side effects. Patients who take benzodiazepines are known to frequently develop a tolerance.[19] In the 1990s, I and others were working to characterize levetiracetam in fully kindled rats. During the course of this work, we observed that rats that were being chronically treated with levetiracetam were exhibiting signs of tolerance. I published an article in 1998 that previewed this data and discussed its implications. *See, e.g.*, Wolfgang Löscher et al., *Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy*, 284:2 The Journal of Pharmacology and Experimental Therapeutics 474, 478 (1998) ("Löscher 1998 II") ("Experiments with daily administration of levetiracetam in fully kindled rats for 3 wk indeed indicated a loss of anticonvulsant efficacy that was not related to an increased drug elimination, thus suggesting development of pharmacodynamic tolerance to the anticonvulsant effect of levetiracetam in this model."). The possibility that human patients could develop tolerance to levetiracetam would have been concerning to a POSA, and would have further dissuaded a POSA from selecting levetiracetam as

---

[19] *See* TOLERANCE AND THE HONEYMOON EFFECT,
https://www.epilepsy.com/article/2014/3/tolerance-and-honeymoon-effect (last visited March 30, 2022).

a lead compound. This is especially so given levetiracetam's poorly characterized mechanism of action and lack of long term clinical use data, as discussed above.[20] The POSA would have known that the tolerance observed with levetiracetam could be tied to its mechanism, and that it therefore might be impossible to "solve" the tolerance by modifying levetiracetam's structure while preserving its efficacy.

66.      Dr. Lepore's opinion that a POSA would have selected levetiracetam as a lead compound is largely based on its performance in clinical trials and certain properties of the drug, such as ability to be "rapidly absorbed," its "minimal adverse effects," and its "high therapeutic index." Lepore Opening Report ¶¶ 235–36. But even if a POSA were motivated as Dr. Lepore claims, there are many options for lead compound that also exhibited these characteristics that the POSA could have chosen. As I noted above, many approved ASDs have demonstrated "safety and efficacy in treating epilepsy" in clinical trials. *Id*. ¶ 236. In 1998, for example, I observed that "carbamazepine and phenytoin show the best balance of seizure control with relatively few adverse effects for the treatment of partial epilepsy." *See, e.g.*, Löscher 1998 I at 2. Many ASDs were known to be "rapidly absorbed," including topiramate, zonisamide, tiagabine, lamotrigine, and gabapentin. *See, e.g.*, Emilio Perucca et al., *The Clinical Pharmacokinetics of the Newer Antiepileptic Drugs*, 31:1 Clinical Pharmacokinetics 29 (1996) ("Perucca"); Philip N. Patsalos, *New antiepileptic drugs*, 36 Annual Clinical Biochemistry 10, 11, 14–16 (1999) ("Patsalos 1999"). Gabapentin and vigabatrin were known to have a high therapeutic index. *See, e.g.*, John Paul

---

[20] As I have written about previously, clinical trials are not effective at identifying whether patients have developed a tolerance for an ASD. *See, e.g.*, Wolfgang Löscher et al., *Experimental and Clinical Evidence for Loss of Effect (Tolerance) during Prolonged Treatment with Antiepileptic Drugs*, 47:8 Epilepsia 1253, 1269–76 (2006) ("Löscher 2006"). As a result, even if the full clinical trial reports for levetiracetam were available to the POSA, the POSA still would not have known whether patients were developing a tolerance to levetiracetam.

Leach, *Antiepileptic drugs: safety in numbers?*, 9 Seizure 170, 176 (2000) ("Leach"). In any event, these are not the only factors that would have influenced a POSA's selection of a lead compound, as I have discussed above. A POSA would have known that all of these compounds, and the others that I discuss in Sections IV.B. and IV.C., have both (1) desirable characteristics and (2) drawbacks related to efficacy, toxicity, pharmacokinetics, or adverse effects that could have been improved upon. Dr. Lepore fails to explain why a POSA would have been motivated to choose levetiracetam over any of these other compounds.

*   *   *

67.    Today, UCB is known as the epilepsy company. But this was not always so. Before the approval of Keppra in 1999, UCB had never before marketed or sold an ASD. It was a relatively unknown player in the epilepsy field, and it was dwarfed in both size and stature by some of the other big pharmaceutical companies, such as Pfizer and GlaxoSmithKline, that were still actively developing new ASDs. This position did not change in the short time between Keppra's approval and February 2000. Levetiracetam, coming from a company with no history of expertise in epilepsy treatment, and as a compound that did not function via a known mechanism of action, with limited real world clinical data supporting its efficacy and safety, would be viewed with skepticism by a POSA, if it was considered at all.

68.    Real world evidence supports the proposition that a POSA would not have chosen levetiracetam as a lead compound. Levetiracetam has been publicly known since at least September 29, 1987, which I understand is the date of publication for U.S. Patent No. 4,696,943, which claims levetiracetam. In the over twelve years that elapsed between that time and February 2000, no other entity attempted to modify levetiracetam to make a new ASD, as far as I am aware. Even today, over 34 years later, I am not aware of any entity that has ever attempted to develop a

new LBS ligand, other than UCB. Indeed, it is notable that much of the published work about levetiracetam and the LBS have come from UCB. The Noyer paper, which Dr. Lepore relies on in his report and which first identified the LBS in 1995, was published by five UCB employees. *See* Noyer at 137. The Lynch paper, which identified the LBS as SV2A in 2004, lists seven authors, five of whom—including the first author Lynch—were UCB employees. *See, e.g.*, Berkley A. Lynch et al., *The synaptic vesicle protein SV2A is the binding site for the antiepileptic drug levetiracetam*, 101:26 PNAS 9861, 9861 (2004) ("Lynch").[21] As of February 2000, there can be no doubt that UCB possessed an amount of knowledge and expertise with LBS ligands that far surpassed that which was public and therefore possessed by a POSA. Given the scant public information available about the function of LBS, it is no surprise that almost all of the new, non-UCB ASDs that have been approved since February 2000 possess other, more well-characterized mechanisms of action.

*     *     *

69.    I reserve the right to modify or supplement my opinions, if necessary, based on further review and analysis of evidence in this case, including review and analysis of any information that may be provided to me subsequent to the filing of this report, such as the expert reports submitted by Defendants.

---

[21] This is also true of the Gobert '639 patent, another reference that is relied upon by Dr. Lepore.

# EXHIBIT C

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

---

**Page 1**

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF DELAWARE

3    _____

4

5    UCB, INC. and UCB          )
     BIOPHARMA, SRL.,           )
6                               )
7        Plaintiffs,            )
     vs.                        )  C.A. No. 20-987 (CFC)
8    ANNORA PHARMA PRIVATE      )  CONSOLIDATED
     LIMITED, et al.,           )
9                               )
         Defendants.            )
10   _____   )

11

12        REPORTER'S TRANSCRIPT

13    **  ▓▓▓▓▓▓  **

14        DEPOSITION OF

15    SAMUEL PLEASURE, M.D., Ph.D.

16       Friday, July 15, 2022

17     San Francisco, California

18         9:12 a.m. PDT

19             to

20         6:15 p.m. PDT

21

22

23   Stenographically Reported by:
     Burgundy B. Ryan, RPR,
24   CSR No. 11373
     Job No. 455043
25   Pages 1-310

---

**Page 2**

1         A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFFS:

4         COVINGTON & BURLING, LLP
          By:  PHILIP S. MAY, Esquire
5               ALEXA HANSEN, Esquire
               TAYLOR ROBERTS-SAMPSON, Esquire
6         Salesforce Tower
          415 Mission Street, Suite 5400
7         San Francisco, California 94105
          415.591.7035
8

9    ON BEHALF OF THE DEFENDANT ANNORA PHARMA PRIVATE
     LIMITED:
10
          CARLSON, CASPERS, VANDENBURGH & LINDQUIST,
11        P.A.
          By:  JULIE VERNON, Esquire
12        225 South Sixth Street, Suite 4200
          Minneapolis, Minnesota 55402
13        612.436.9600

14

15   ON BEHALF OF DEFENDANTS APOTEX INC. and APOTEX CORP.,
     MSN LABORATORIES PRIVATE LIMITED and MSN
16   PHARMACEUTICALS, INC.:

17        WINSTON & STRAWN, LLP
          By:  NOOROSSADAT TORABI, Esquire
18        101 California Street
          San Francisco, California 94111
19        415.591.1000

20   ALSO PRESENT:

21        MATTHEW KENT, Videographer
          Planet Depos
22

23

24

25

---

**Page 3**

1              I N D E X

2                                              PAGE

3    EXAMINATION BY MR. MAY...................... 5

4

5                   --o0o--

6

7          E X H I B I T S

8    EXHIBIT          DESCRIPTION          PAGE

9    01        Opening Expert Report         18

10   02        Rebuttal Expert Report        32

11   03        Reply Expert Report           35

12   04        Email Thread                  22

13   05        Kutlu Article                206

14   06        Chen Article                 229

15   07        Alsfouk Article              238

16   08        Stephen and Brodie Article   249

17                   --o0o--

18

19

20

21

22

23

24

25

---

**Page 4**

1         BE IT REMEMBERED that, pursuant to Notice

2    of Taking Deposition, and on Friday, July 15, 2022,

3    commencing at 9:12 a.m. PDT thereof, at Winston and

4    Strawn, 101 California Street, San Francisco,

5    California, before me, Burgundy B. Ryan, a Certified

6    Shorthand Reporter in and for the State of

7    California, personally appeared

8         SAMUEL PLEASURE, M.D., Ph.D.,

9    a witness called on behalf of PLAINTIFFS, pursuant to

10   all applicable sections of the Federal Rules of Civil

11   Procedure, and who, having been first duly sworn by

12   me to testify to the truth, was examined and

13   testified as follows:

14        THE VIDEOGRAPHER:  Here begins Disk No. 1

15   in the videotaped deposition of Samuel Pleasure in

16   the matter of UCB, Inc. and UCB Biopharma SRL versus

17   Annora Pharma Private Limited, et al., in the United

18   States District Court for the District of Delaware,

19   Case Number 3-20-CV-02267.

20        Today's date is July 14th, 2022.

21        The time on the video monitor is 9:12 a.m.

22        The videographer today is Matthew Kent,

23   representing Planet Depos.

24        The video deposition is taking place at

25   Winston Strawn LLP, 101 California Street, 35th

89

1  fall to here, and that is that -- you know, that
2  the -- that it would be -- you'd have motivation to
3  modify a lead compound to develop either improved or
4  distinct with some qualities of having to do with
5  pharmacokinetics or pharmacodynamics or patent
6  protectable versions of an existing compound to
7  develop new therapies.
8      Q   What is your understanding of what a patent
9  protectable version of an existing compound is?
10     A   Well --
11         MS. TORABI:  Objection.  Calls for a legal
12  conclusion.
13         THE WITNESS:  Yeah, I was about to say I'm
14  not a lawyer, and so what I meant in my non-lawyer
15  sense of that is that -- is that it does -- it is a
16  new -- a novel compound is, at least potentially,
17  the -- potentially could be the subject of a -- of a
18  new patent, I believe, under many circumstances, not
19  all circumstances, and would need to meet certain
20  criteria, some of which we've talked about, but --
21  and that is, to some degree, I believe, a motivation
22  for making modifications, but another -- along with
23  the the -- the motivation to make versions of that
24  compound that have different characteristics.
25  By MR. MAY:

90

1      Q   So just so I understand, you're saying that
2  a motivation for making modification would be the
3  possibility of obtaining a patent on the new
4  compound?
5          MS. VERSON:  Objection.  Mischaracterizing
6  the witness's testimony.
7          THE WITNESS:  Yeah, to some extent --
8  sorry.  I mean, I used the -- I've used the proxy
9  of -- of a patent but for the development of new
10  drugs; right?  So, I mean, companies --
11  pharmaceutical companies are in the business of
12  making drugs that they want to sell, and part of what
13  they want to sell is they want to sell things that
14  they have exclusivity to sell for a period of time.
15  And so developing new versions of drugs that are
16  perhaps improved or different enough to -- to be --
17  to be able to be protected by intellectual property
18  can be a motivation for developing -- for the --
19  the -- for doing these modifications.  That isn't the
20  only -- only -- the only motivation, as I said.  I
21  didn't say that was the only motivation.
22  By MR. MAY:
23     Q   Sure.  Another motivation you mentioned was
24  coming up with improved or distinct qualities or
25  properties; right?

91

1      A   Yes.
2      Q   Okay.  When you say -- when you say
3  "distinct properties," is that making them better or
4  just different?
5      A   Could be either, and you may not know at
6  the point that you're making these modifications
7  without further study.
8      Q   So a POSA would be -- it's your opinion --
9  strike that.
10         So it's your opinion that a POSA would be
11  modified -- strike that again.  Sorry.
12         So it's your opinion that a POSA would be
13  motivated to modify a lead compound in order to get
14  different properties without knowing exactly how
15  that -- what that property would be?
16     A   Well, you might have some suspicions based
17  on -- on your understanding of chemistry, which I
18  don't have that much understanding of; or based on
19  your understanding of -- of the blood-brain barrier,
20  which I probably have a bit more understanding of for
21  at least CNS drugs; or you might be interested in
22  something that would be different pharmacokinetically
23  or pharmacodynamically for some reason.  So you might
24  be motivated to make -- to make those kinds of
25  modifications in order to have potential differences

92

1  for different versions of those for different
2  purposes.
3          And you might have some -- sometimes it
4  would be somewhat unpredictable what the difference
5  would be, and sometimes it might be somewhat
6  predictable.  And even if it was -- even if you
7  have -- I would say that if you have a prediction,
8  that prediction could be right or it could be wrong
9  once you actually have the -- the -- once you
10  actually test in -- in a -- in a real world or --
11  real world -- in an experimental setting, which isn't
12  necessarily the real world, but...
13     Q   So is it the idea that the different
14  properties would ultimately lead to a better
15  compound?
16     A   Well, I think that if one -- if one were to
17  only assume that the desire for new medications was
18  entirely based on a desire to improve the care for
19  people with disease only and not to make profit, one
20  would maybe conclude that.  But I think that there's
21  other motivations as well; right?
22          So, I mean, you know, I think we're kind of
23  all aware, to some extent, that, for instance, there
24  are a lot of versions of beta blockers.  And -- and,
25  to some extent, when those versions of beta blockers

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

93

1 were being made, which are medications to regulate
2 blood pressure, for instance, that probably there was
3 a partial motivation to make better beta blockers or
4 beta blockers that had different characteristics.
5      But also, to a degree, a lot of companies
6 said, well, beta blockers, they're selling like hot
7 cakes. We need a beta blocker. We need to try and
8 have -- do we have anything that's in our -- in our,
9 you know, pipeline that has -- and let's try and get
10 our own beta blocker on the market so that we can get
11 some of the market share for beta blockers; right?
12 So, you know, I think that that is a motivation as
13 well clearly for companies which are for-profit
14 entities.
15      Q   In paragraph 8, turning back to paragraph 8
16 of your reply report, Pleasure Exhibit 3, the final
17 sentence reads, "I understand that the analysis does
18 not require selecting the single best lead compound,
19 but rather that the compound would be chosen over
20 others in the art."
21      Do you see that?
22      A   I do.
23      Q   Can there be multiple lead compounds?
24      A   I believe that certainly there would be
25 motivations. There might be motivations for multiple

94

1 lead compounds for the development of particular --
2 of agents with particular characteristics. I
3 don't -- I mean, I think if we're sticking in the
4 world of epilepsy, we know that there are multiple
5 antiepileptic medications on the market that have --
6 that are from different families and different
7 mechanisms -- computative mechanisms of action,
8 although usually they're usually not fully
9 understood.
10      One could easily be motivated to be focused
11 on different ones. And, in fact, I'm quite sure that
12 all of the companies that make -- that try to -- are
13 trying to develop antiepileptic medications are
14 probably focusing on different lead compounds, which
15 means that there are multiple lead compounds that are
16 sensible for -- for developing new epilepsy drugs.
17      Q   If one compound has a property that is
18 superior to other compounds, for example, better side
19 effect profiles, would that compound qualify as a
20 lead compound?
21      A   That would be -- might be one feature that
22 one would consider.
23      Q   What are other features that one would
24 consider in determining whether a compound is a lead
25 compound?

95

1      A   Spectrum of action, the -- the mechanism of
2 action, what's known about the mechanism of action,
3 the pharmacological properties, you know,
4 pharmacokinetic differences. I'm sure there are
5 more, but I'm not thinking of them right now.
6      Q   Okay. So, for example, if a compound had a
7 faster onset time than another compound, would that
8 be a reason that that compound would be a lead
9 compound?
10      A   In the setting of epilepsy, that is -- it's
11 not clear to me -- it depends on -- it depends a lot
12 on what -- there kind of the devil is in the details
13 because, you know, a theoretical faster onset of
14 activity, if it's not meaningful for the clinical
15 situation, may not be a major factor to consider,
16 because in the context of -- if we stick -- let's say
17 we stick simply with intravenous medications to treat
18 seizures. There are several of them that we use
19 commonly to treat seizures with -- that require
20 intravenous administration, either because the
21 patient can't take oral medications or because
22 they're in the mist of having uncontrolled seizures.
23      Meaningfully, the time that it takes for
24 those medications to start having their -- their
25 activity if they're administered intravenously

96

1 doesn't -- is -- if it's within -- if it's 50
2 milliseconds versus three seconds, that's a big
3 difference in the amount, but it's not meaningful
4 clinically. So I wouldn't necessarily look and say,
5 oh, well, this one can -- can act this much faster
6 and, therefore, that's a big advantage.
7      And, you know -- and certainly, if there
8 were other features of another medication that made
9 it attractive, if one felt that that was important,
10 which I'm not saying that it is important, one could
11 look for ways to improve the penetration into the --
12 into the -- the place where the drug acts to maybe
13 make it be a little bit faster. But for the most
14 part, I don't -- I don't -- I'm not aware of -- of
15 those differences being meaningful in the time scale
16 for what we usually think of for treating seizures,
17 certainly not for oral medications where you have to
18 then go through the -- the digestive system first,
19 too.
20      Q   Is -- in the context of oral medication, is
21 it your opinion that onset time is not important
22 for treatment of epilepsy?
23      A   Well, does oral medications include
24 sublingual medications because they're put in the
25 mouth? So there are formulations of antiepileptic

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

25 (97 to 100)

97

1  that we, you know, use because they bypass the GI
2  tract.
3     Q   Sure.
4     A   And, therefore, like, for instance, rectal
5  suppositories of -- of diazepam or sublingual
6  midazolam are commonly used particularly in -- in
7  home settings as rescue medications for patients who
8  have seizures that are prolonged because you can't
9  get them to take a pill and the pill will take a long
10 time to get through their system and -- and they
11 don't have an IV because they're at home.
12    Q   Right.  So in the context of traditional
13 oral tablet?
14    A   Well --
15        MS. TORABI:  Objection to form.
16        MR. MAY:  I'll clarify that question.
17 By MR. MAY:
18    Q   In the context of traditional oral tablets,
19 is it your opinion that the onset time would not be
20 an important factor to consider?
21        MS. TORABI:  Same objection.
22        THE WITNESS:  I need you to define "onset
23 time" in this context.  Are we talking about the time
24 from the time you take the pill and swallow it, or
25 are we talking about from the time that you have a

98

1  blood level and -- I'm not clear what you mean by
2  onset time there.
3  By MR. MAY:
4     Q   Let's do both.  So first, talking about the
5  time from when you take the pill and swallow it.
6        MS. TORABI:  Same objection.
7        THE WITNESS:  Well, I mean, you know,
8  there -- I mean, I wouldn't say that it's not
9  important.  But I think that -- I'm not aware of a
10 situation where -- I'm not aware of a situation
11 where, absent moving to sublingual administration,
12 that you're, you know, bypassing the swallowing the
13 pill, having it in the stomach, and wherever it's
14 absorbed frequently by sometimes specific
15 transporters in the -- somewhere in the gut or
16 sometimes by, you know, diffusion, that that makes a
17 big -- that that makes a big difference.
18        And the onset time -- the time of onset, I
19 mean, if you're -- you know, I'm not sure that that's
20 typically something that we know that much about.  I
21 mean, you know, you know -- you might know that
22 someone's blood level is a little bit higher in half
23 an hour versus 45 minutes, but that's not -- but when
24 you're treating a person with epilepsy who has a
25 seizure three times a month and you don't know when

99

1  that seizure is going to happen, you're not focused
2  on, well, this medicine, they get a blood level ten
3  minutes faster than with this medicine.  That's not a
4  meaningful -- a meaningful feature.
5        And -- and the -- partly, part of the
6  problem is -- I mean, if you -- if you posited a
7  medication that was fully and uniquely absorbed from
8  the GI tract, you know, in a faster way, that -- and
9  that was a meaningful difference in -- it's still
10 hard for me to see how it's a meaningful difference
11 for someone who you're treating at home with
12 epilepsy.
13        And then if you're talking about once it
14 gets into -- once you get a blood level, the things
15 that control what your blood level are -- is -- is --
16 are very complicated because it involves intermediate
17 metabolism for some medications, and it involves
18 elimination kinetics for other medications from
19 either the kidney or the liver.
20        And so there's so many different features
21 here that actually I don't think we actually really
22 know those for most of the medications even that we
23 use.  So it's hard for me to -- you know, I am aware
24 that there is -- that -- I mean, you know, I'm aware
25 that a medication that -- that gets across the

100

1  blood-brain barrier more quickly should have a
2  theoretical -- should theoretically take action
3  faster.
4        But part of the reason why you choose the
5  dosage you choose and the dosage that's given is
6  partly to get over those features of -- of
7  inefficiency based on pop -- based on concentration
8  in the blood.  And -- and then meaningfully, you can
9  measure those things if you're doing slice
10 electrophysiology in a dish, but that isn't usually
11 going to be a major factor for how you -- that you're
12 going to say, oh, well, this -- this one I can, you
13 know, stop the seizures in 50 milliseconds when I
14 have it already in solution and put it on a slice
15 versus -- versus 200 milliseconds.  I don't think
16 that that's -- and I don't think that one would -- a
17 person who's of skill in the art would reasonably
18 really consider that that would make a big difference
19 in a clinical setting.
20 By MR. MAY:
21    Q   Do you agree that as of February 2000,
22 there were almost 30 different AEDs available to
23 prescribe?
24    A   Yeah.  A lot of them we didn't use all that
25 much.  But, yes, probably somewhere in that

101

1  neighborhood and there might be others, too.
2      Q   Okay.  Looking back at paragraph 8 in
3  Pleasure Exhibit 3.
4      A   Uh-huh.
5      Q   The second sentence of that paragraph
6  reads, "I understand that a lead compound is one that
7  existed in the prior art that would be a natural
8  choice for further development -- efforts."
9          Do you see that?
10     A   Yes.
11     Q   What do you mean by "a natural choice for
12 further development efforts"?
13     A   Well, one could -- one could -- one
14 could -- one could deconstruct that in a number of
15 different ways and probably -- and in reality, I
16 certainly mean all of them or some version of most of
17 them.
18         So, for instance, first of all, we have
19 examples of -- of medications that are -- were
20 developed from other medications that had already
21 been known; right?  So there are families of
22 medications that are -- that work in similar ways
23 that were in existence and had been developed to a
24 degree from each other.  So further developments of
25 those medications have continued, even though there

102

1  were multiple ones of those that were on the market.
2  But you might be motivated not to develop more of
3  those unless there was some specific feature you
4  might be trying for.
5          For instance, one example would be
6  benzodiazepines.  There are lots of benzodiazepines.
7  But, of course, people were interested in developing
8  benzodiazepines that were shorter acting and wore off
9  faster --
10         (Court reporter clarification.)
11         THE WITNESS:  Benzodiazepines with
12 different characteristics.  So, for instance, you
13 know, there are at least three benzodiazepines that
14 are super commonly used by neurologists to manage
15 epilepsy and others that are used for other purposes.
16 So, for instance, midazolam, which is Versed, is used
17 in part because it's -- it wears off quickly.  It can
18 be titrated.  It doesn't have -- once it -- once you
19 stop using it, it doesn't have prolonged sort of
20 effects that -- that are inconvenient for you if
21 you're using it an intravenous infusion for a patient
22 that's having prolonged seizures.
23         Those same features make it really useful
24 in the provision of anesthesia, for instance,
25 because, you know, if someone is going in for a

103

1  colonoscopy, they can get Versed and then be awake in
2  a reasonable period of time, enough Versed that
3  they're asleepish and then awakeish in the
4  not-too-distant future; right?  And -- whereas
5  Ativan, which both of them are very effective.
6  Ativan, which is lorazepam.  Both of them are very
7  effective at stopping seizures, have very different
8  like, you know, length of action and shelf life.  So
9  those are motivations to develop multiple
10 benzodiazepines, and I'm sure there are motivations
11 to develop more.
12         Similarly -- so that would be an example of
13 an existing medication that there had been a lot of
14 efforts to develop new versions of.  But, of course,
15 one would not necessarily expect a new benzodiazepine
16 to have a dramatically different spectrum of action
17 necessarily, unless there were some other feature to
18 it than an old benzodiazepine.
19         Whereas, a new -- a medication that is a
20 potent antiepileptic for a broad spectrum of
21 different kinds of epilepsy that is, you know, well
22 tolerated in most people, the great majority of
23 people, and doesn't have other examples on the market
24 that are from -- that -- that seem to use the same
25 high affinity binding site that gives you a clue as

104

1  to the molecular effect would be a very potent one
2  that one would want to go after.  There might be
3  others ones, too, but that would be one of the
4  reasons why lorazepam would be an attractive lead
5  compound.
6          Another ones that might be attractive lead
7  compounds would be things like, you know, Felbatol.
8  Felbatol is dramatically effective in certain types
9  of epilepsy that we don't have other medications that
10 work well, at the time at least.  More recently there
11 are some.  But the problem with Felbatol was that it
12 has very, very, very substantial side effects.  And
13 so that would be kind of attractive as a lead
14 compound because you might say, well, I want to
15 develop Felbatol without that side effect.  And I'm
16 sure that the -- I'm sure there have been multiple
17 attempts to do that.
18         So a drug that has a lot of good features,
19 you might want -- that's on the market that's -- that
20 there are not other examples of, there's no family of
21 them yet, you might be motivated to pick that one.
22 And a drug that has some really good features and
23 some bad features, you might be motivated to try and
24 get rid of the bad features.  And so -- and drugs
25 that -- there are multiple examples on the market,

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

27 (105 to 108)

105

1  you might be motivated to pick one of those because
2  of trying to get additional examples that might have
3  different benefits or a less or different kinds of
4  features.
5  By MR. MAY:
6      Q   Is there a version of Felbatol without side
7  effects that is FDA approved?
8      A   I don't believe that there has been one
9  that has been found. I suspect that people have been
10 looking, but I don't know that for a fact. But if --
11 if one were to ask me would that be an attractive
12 lead compound, would that be an attractive thing to
13 try and do? I would say yes.
14     Q   All right.
15     A   But I wouldn't say that I know that it's a
16 failure because I suspect it's still under way.
17     Q   Okay. I'm going to switch gears a little
18 bit. If you wouldn't mind going to -- back to
19 Pleasure Exhibit 1, your opening report, and turning
20 to Exhibit A to your opening report, which is your
21 curriculum vitae.
22     A   Okay.
23     Q   The CV attached to your opening report says
24 it was prepared February 2022?
25     A   Yes.

106

1      Q   Have there been any changes to your CV
2  between then and now?
3      A   There have been mostly changes in degree,
4  not of kind. And there are some more papers. I
5  don't think I've taken up any new positions that are
6  added. I did recently accept a position as a -- on
7  the board of reviewing editors for a journal that is
8  not present here but is -- would be on my most recent
9  CV, but I don't think it's particularly germane for
10 this.
11     Q   Which journal is that?
12     A   The journal eLife. I was asked to be -- to
13 join their board of reviewing editors for -- for
14 medicines. So eLife has a multitude of different --
15 multitude of sections for different areas. I
16 review -- I review for eLife quite a bit in the areas
17 of neurobiology and developmental biology, but
18 they're interested in expanding their neurology
19 impetration and, in particular, translational
20 neurology. So they asked me to be one of their -- to
21 join their editorial board rather than just do
22 occasional reviews.
23     Q   So you have worked as a professor of some
24 sort in the neurology department at UCSF since 2000;
25 is that right?

107

1      A   Yes. It -- I mean, it depends on what you
2  consider my position to have been from 1998 to 2000
3  when I was a clinical -- I think I was a clinical
4  instructor is what I was called, which was when I was
5  a -- I may not have even -- I think I listed it as --
6  I list as adjunct instructor 1997 to 2000. That's
7  technically a faculty position, but not as -- it's
8  basically a position -- a position of -- a faculty
9  title that allows me to see patients as an attending
10 physician, but I was not yet on the formal
11 professor -- in the form of professorius because I
12 was still doing a fellowship.
13     Q   That was going to be my next question. '97
14 to 2000 was the period of your fellowship; right?
15     A   Yes.
16     Q   Do you currently both conduct research and
17 engage in clinical practice?
18     A   Yes.
19     Q   Has that been the case throughout your
20 entire time at UCSF?
21     A   Pretty much. So -- so I came to UCSF in
22 1994 as a resident, and so that was mostly clinical
23 during those three years from 1994 to 1997 with a
24 little bit of attempting to get myself back into the
25 laboratory.

108

1          And then during my fellowship from 1997 to
2  2000, it was mostly research, although I did start
3  seeing patients in clinic in 1998. It was a general
4  neurology clinic and mainly so that I could keep up
5  my skills before -- to pass the boards.
6          Then in 2000, I started doing epilepsy
7  clinic for half a day a week as an attending
8  physician. I did not at that time work in the
9  hospital as a -- as a measure of what we call
10 protected time to start my laboratory and build my
11 laboratory. I think I started that in 2001 or maybe
12 at the beginning of calendar year 2002. I don't
13 remember honestly at this point.
14         But then I started as an attending
15 physician in the hospital for a certain amount of
16 time each year for the first -- most of the time, up
17 until this last couple of years, it was one month a
18 year that I did that. And then in this last couple
19 of years, it's now one and a half months a year.
20     Q   So if I can just come back to a couple of
21 things in there. You said that you started doing
22 epilepsy clinic for half a day a week as an attending
23 in 2000?
24     A   Correct.
25     Q   When in 2000 did you start that?

277

1  was being done improperly and that, in fact, those
2  results were wrong.
3          I'm not aware if they were ever retracted,
4  which is interesting. I don't know. It would be
5  interesting to know if they were ever retracted from
6  the medical literature because if -- if they weren't
7  and they became aware that they were done wrong --
8  wrongly, technically wrongly, then they should have
9  retracted them and that would be actually research
10  misconduct to not retract them once you are aware
11  that it was done wrongly, but I don't know if they
12  did that at some point.
13          It's my understanding, then, that in the
14  maximal electroshock test, which is a screening test
15  for screening novel compounds for potential
16  antiepileptic effects, that levetiracetam has minimal
17  activity but may have some very low, low binding, low
18  affinity activity at a very high dose. But it's not
19  clear to me.
20          I have never done the MES test myself, and
21  I think it's of utility for screening, but it doesn't
22  necessarily mean much to me one way or the other that
23  either -- that a drug either does or doesn't work
24  once you found it. It's a way of finding drugs, but
25  drugs are found in multiple ways. And once you find

278

1  them, that test, which is highly artificial and
2  useful for screening large numbers of compounds
3  quickly, becomes less important.
4      Q   Do you agree that levetiracetam is inactive
5  in the PTZ test?
6      A   Define the PTZ test, please.
7      Q   What clarification do you need on the PTZ
8  test?
9      A   Do you mean the PTZ test as Dr. Loescher
10  refers to it, implying that his definition of the PTZ
11  test is the sole and only definition of utility for
12  PTZ in screening for compounds, or do you mean the
13  use of PTZ as a compound that's a probe epileptic?
14  Because PTZ stands for pentylenetetrazol, which is a
15  compound that, if given to rodents, provokes
16  seizures. You can give it to rodents in different
17  ways to provoke seizures, and there are multiple
18  different ways that it's done.
19          IV, continuous IV infusion of PTZ is
20  actually another way of doing a pentylenetetrazol
21  challenge test, the one that I've done myself
22  physically. And it actually, I believe, according to
23  at least one study, levetiracetam is highly effective
24  in that IV PTZ test.
25          Now, that's -- again, the subcutaneous PTZ

279

1  test which Dr. Loescher points to be as being a
2  screening test is a screening test. It is -- it
3  is -- it is, again, of utility for screening because
4  it's very high-through put and very cheap. Whereas,
5  the IV PTZ test is probably much more physiologically
6  relevant and would not be used for screening because
7  it's much more labor intensive.
8          The levetiracetam was found -- was --
9  is very active in other screening tests for compounds
10  for epilepsy, and that's part of the reason why it
11  was developed. It doesn't happen to have been very
12  active in the MES or subcutaneous PTZ test, which is
13  what Dr. Loescher was referring to, I believe.
14      Q   The MES and the subcutaneous PTZ tests are
15  different than the amygdala kindle and audiogenic
16  mouse model; correct?
17      A   Yes, they are different tests.
18      Q   Have you ever run an amygdala kindling rat
19  test?
20      A   The amygdala kindle rat test, I have not
21  done that specific test. It is somewhat similar to
22  the pilocarpine-induced status epilepticus model,
23  although it is -- the pilocarpine-induced status
24  epilepticus model is a way of doing it faster. There
25  are examples of -- of slow dose pilocarpine models

280

1  that can lead to kindling.
2          Kindling -- what kindling refers to is an
3  actual physiologic phenomenon that is low -- low
4  intensity repeated stimuli that causes changes in the
5  neuro network that lead to the emergence of
6  spontaneous excitation, seizures. So kindling can
7  happen in a variety of different ways and in a
8  variety of different places in the brain. And there
9  have been a number of kindling models of epilepsy
10  that have been published. The amygdala kindling
11  model is the one that Dr. Loescher has spent time
12  working with, but there's nothing magical about it.
13      Q   All right. I'm going to shift gears again
14  a little bit.
15          Are you familiar with the term "lead
16  compound analysis"?
17      A   I am familiar with the term, yes.
18      Q   What is your understanding of what a lead
19  compound analysis is?
20      A   Well, it's something that I did not do
21  formally, and I'm not an expert in doing lead
22  compound analysis. I, however, did consider whether
23  levetiracetam would be -- would have features of a
24  lead compound based on my understanding of what lead
25  compounds would be.

281

1  So the formal analysis may involve certain
2  chemical -- you know, questions of chemistry that are
3  sort of outside of my area of expertise. But as far
4  as figuring out whether something might be attractive
5  as a lead compound for doing a lead compound -- a
6  formal lead compound analysis, I guess I might have
7  done that. I might be describing what I was doing.
8  I'm not sure what other steps there are formally to
9  lead compound analysis.
10  Q  Okay. At the time that you had drafted
11  your opening report, had you undertaken any efforts
12  to figure out whether levetiracetam might be
13  attractive as a lead compound?
14  A  Well, I mean, I -- I would have had a
15  fairly and did have a fairly, I think, developed
16  opinion that levetiracetam would have been a good
17  lead compound at that time. But I did not have any
18  real occasion to put that to paper or to think of it
19  necessarily in terms of this case because that wasn't
20  one of the tasks initially that was -- that was given
21  to me by the attorneys.
22  Initially, obviously, my -- my opening
23  report was focused on a lot of -- a variety of other
24  issues having to do with this case. And it was, in
25  part, in response to the way things developed that I

282

1  was asked to formally consider that. But I would
2  have -- I would have felt that levetiracetam -- if
3  someone said to me, would levetiracetam be a good
4  lead compound in 2000? Had someone said that to me
5  in 2000, I would have said yes. And I would have
6  probably also said Lamictal would be, too. And I
7  probably would have said felbamate would be, too,
8  because I think that there are multiple compounds
9  that would make sense to develop to try and improve
10  because they were -- they were -- they're effective
11  medicines.
12  Q  Any others besides felbamate and
13  Lamictal?
14  A  I'm sure there are others. You know, some
15  of the -- some of the other medications that were on
16  the market at the time that we used widely at that
17  time were ones that had already been subject to a lot
18  of modifications to try and develop new drugs. And
19  so I might have felt like, well, there might be other
20  drugs useful lurking in there, that it might be hard
21  to find them because there's probably -- it was my --
22  I believe, since they've been around for a long time,
23  people had been spending time doing that.
24  Depakote is an interesting drug, but partly
25  the problem is we don't actually really have a good

283

1  understanding of why Depakote works. So it would be
2  challenging, I think. And Depakote, it's -- because
3  there's a lot of different potential -- you know, a
4  lot of different potential sites of action of
5  Depakote it turns out and it has a lot of different
6  effects.
7  And -- and some of them would be
8  interesting, and it would be interesting to develop
9  drugs that separate those different pharmacological
10  effects so you can then figure out which particular
11  benefits of Depakote for either epilepsy or for
12  bipolar syndrome or for headache prevention might be
13  related to particular mechanisms, or is it all
14  related to the mixed mechanism; right? So Depakote
15  also changes gene expression in a long-term way, and
16  that might be interesting, too. So there's a lot of
17  possible ways to try and work on Depakote, but it
18  might not have been, like, what I would see as being
19  sort of easy or, like, attractive as being, you know,
20  straightforward; right?
21  But felbamate I would have felt like was
22  fairly attractive because of the fact it had such
23  unique level of efficacy. Also, one of the things
24  that's really interesting about felbamate is it's an
25  amazing weight loss drug. And -- and that would have

284

1  been very interesting to try and develop as a
2  separate -- separate effect without the liver
3  toxicity, you know.
4  And, you know, I mean, there were people --
5  I am aware of a person who was a friend of mine who
6  died because -- not necessarily directly as a result
7  of it, but essentially because he stopped being able
8  to take felbamate. He was in a felbamate trial for
9  weight loss. Lost an enormous amount of weight. And
10  as soon as he stopped it, he gained it all back and
11  had a heart attack four years later. He was the
12  neuropsychologist in the epilepsy center at UCSF and
13  he was -- so he didn't have any liver toxicity. Had
14  he stayed on felbamate, he would have -- you know, he
15  probably wouldn't have had the cardiovascular
16  disease. So, I mean, it seems like it could be a
17  very interesting drug to work on.
18  Similarly, Lamictal, trying to make it less
19  rashy somehow. It has such good efficacy for primary
20  generalized epilepsies. I'm sure there's probably
21  others if I think about it. You know, later when
22  topiramate came out might be interesting, too. You
23  know, each of the new drugs is already the result of
24  a drug development effort, but that doesn't mean that
25  there aren't ways that it might be improved further.

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

72 (285 to 288)

285

1    But, you know, the attractiveness of
2 levetiracetam is very clear to me because of the LVS
3 binding site, which was suggested to be really
4 important because of the fact that it was saturable
5 and unique. Unique -- unique is a funny term.
6 Unique in the sense that no other drug that we knew
7 of was binding to it. Not unique in the sense that
8 all drugs are unique and snow -- pressure snow flakes
9 in their own right, right, because they bind to
10 whatever it is they bind to and other things don't.
11 But it was a new binding site that hadn't been seen
12 with other potent antiepileptics.
13    Q   Just to be clear, none of that was in your
14 opening report; right?
15    A   Yeah, I think that we didn't cover any of
16 that in my opening report, but I think it was covered
17 in my other reports.
18    Q   Besides the -- besides the drugs that you
19 have mentioned, would gabapentin have been attractive
20 as a lead compound as of February 2000?
21    A   Well gabapentin as an antiepileptic,
22 probably not, so -- because it was not that effective
23 compared to other drugs. You know, there was a joke
24 among epileptologists at the time that gabapentin was
25 the perfect antiepileptic drug because it had no side

286

1 effects and it never -- and it doesn't work, so the
2 patient keeps coming back. But it's a bad joke,
3 okay, and I don't mean it as a real joke. But that
4 was the joke is that -- but it turns out to be very
5 effective for neuropathic pain, and it's a massive
6 blockbuster for neuropathic pain.
7    So it would probably be a good drug for
8 drug development, trying to figure out why it's good
9 for neuropathic pain, why it and pregabalin are, and
10 define -- make improved versions of them, because
11 they are -- they are not perfect for that either.
12 And certainly it has some antiepileptic effects.
13    It's very interesting when -- I remember
14 when gabapentin came out, and the assumption was --
15 so gabapentin was initially released in capsules of
16 300 milligrams and 400 milligrams, as I recall, and
17 the presumed starting dose was 300 milligrams three
18 times a day. We very quickly learned that for
19 patients who had any efficacy for seizure prevention,
20 for seizure decrease, really, it didn't have efficacy
21 until you got to at least four times that dose,
22 so -- so that the dose range was just -- of the
23 approved dose was just totally bonkers compared to
24 what -- really where it seemed to work.
25    There are -- there are nice things about

287

1 gabapentin, though, because it is so -- the toxicity
2 level is quite low, even though we subsequently found
3 it could make depression worse, for instance. And --
4 and it can be effective enough for certain people
5 with very, very easy to control epilepsy. But,
6 theoretically, you can get dual functionality out of
7 it for someone with, like, diabetic peripheral
8 neuropathy and a few seizures related to early
9 dementia, for instance. Gabapentin may be enough,
10 so -- but I'm not sure that that would be a reason
11 for me to really want to develop it as an
12 antiepileptic.
13    Q   Would oxcarbazepine as of February 2000
14 have been a good lead compound?
15    MS. VERSON: Objection. Form.
16    THE WITNESS: So, I mean, oxcarbamazepine,
17 as I mentioned, is a derivative of carbamazepine that
18 was designed -- that was, I believe, a result of drug
19 development from carbamazepine to get rid of the
20 toxic intermediate of epoxy of carbamazepine epoxide,
21 which was believed to be responsible for some of the
22 dizziness and nausea that toxicity with carbamazepine
23 causes. It turns out that oxcarbamazepine,
24 Trileptal, is somewhat better tolerated than
25 carbamazepine, but not dramatically so.

288

1    So, yeah, maybe there would be reason to
2 try and tweak it some more, but it already was
3 somewhat tweaked, and so would it be worthwhile? I
4 mean, it depends on resources and the number of drugs
5 that one wants to develop; right? We're sort of
6 thinking about in a -- we're thinking here in a
7 relatively resource -- resource-free environment of
8 whether there is some reason to think that it might
9 be worth developing them, sure, but less reason than
10 levetiracetam, to my mind at least.
11 By MR. MAY:
12    Q   As of February 2000, would zonisamide have
13 been a potential lead compound?
14    A   I can't remember when zonisamide was
15 released honestly. I just haven't looked at it for
16 some time, so if you represent to me that it was
17 already on the market in 2000. It's -- it's also --
18 it is a modestly effective antiepileptic, but not
19 super effective. It tends to have some significant
20 sedation problems and some -- some other problems.
21    So maybe it would be to try and find
22 some -- some more efficacy -- to try and separate
23 efficacy from side effects a bit might make sense.
24 But, again, I don't remember exactly when it was
25 released on the market. It was not that different

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

73 (289 to 292)

289

1  from that time.
2     Q  I'll represent it was on the market as of
3  February 2000.
4     A  Okay. I mean, I didn't use it a lot
5  because of its less utility. Even now I don't use it
6  as much because it has less utility as an
7  antiepileptic. I will have patients who end up on
8  it. Sometimes they're patients who have other, like,
9  mood disorder kind of things that it can help with,
10  as well as seizures.
11    Q  As of February 2000, would tiagabine have
12  been a good lead compound?
13    MS. VERSON: Objection. Form.
14    THE WITNESS: I don't recall thinking too
15  much about tiagabine at that time. I mean, I think
16  the answer would be similar to the others. I mean,
17  it's not -- never -- have never been a tremendously
18  effective broad spectrum antiepileptic that I've used
19  much in my memory, so I probably wouldn't have too
20  much thinking about it really. It wasn't, you know,
21  high up on the list of medicines that I prescribed.
22  By MR. MAY:
23    Q  As of February 2000, would vigabatrin have
24  been a good lead compound?
25    MS. VERSON: Same objection.

290

1     THE WITNESS: Vigabatrin is an interesting
2  drug. It has some -- it had a lot of efficacy in
3  kids, and -- and I think it may still be used in kids
4  to some extent. But it has some -- some
5  idiosyncratic toxicities that one might be motivated
6  to try and get rid of, but I'm not sure how easy it
7  would be to separate those. As I recall, there's a
8  very significant visual side effect that is
9  irreversible.
10    So the -- you know, the category of side
11  effects that one can have from antiepileptics, you
12  know, levetiracetam may have a little bit of --
13  appears to maybe have a little bit more increased
14  risk of certain psychiatric side effects, but they're
15  strictly reversible. If the patient has it, you stop
16  the medicine -- you might stop the medicine or switch
17  the medicine or change the dosage, and the side
18  effect goes away. So it's not a -- it's -- usually
19  it's not necessarily a big deal.
20    Stevens-Johnson Syndrome from Lamictal or
21  loss -- vision loss from vigabatrin, those are bigger
22  deals and -- or liver failure from felbamate. Those
23  are bigger deals because they're not reversible by
24  just stopping the medicine.
25  By MR. MAY:

291

1     Q  As of February 2000, would clobazam have
2  been a good lead compound?
3     MS. VERSON: Same objection.
4     THE WITNESS: My recollection about
5  clobazam is that its mechanism of action is kind of
6  similar to some of the other GABA-driven drugs. And
7  there are already so many on the market, that it may
8  not have had that much in the way of upside to make
9  it worth be a clear target for further development,
10  but I'm not -- I'm not aware enough of the
11  pharmacology really to give a really informed opinion
12  about that.
13  By MR. MAY:
14    Q  As of February 2000, would ethosuximide
15  have been a good lead compound?
16    MS. VERSON: Same objection.
17    THE WITNESS: Well, ethosuximide is used,
18  generally, for only a very specific kind of epilepsy,
19  which is a relatively generally kind of benign kind
20  of epilepsy called -- it has a variety of names, but,
21  you know, it goes by epsons or petit mal. And it can
22  be troublesome for -- for kids who have it.
23    But ethosuximide was developed long before
24  and was one of the drugs that had good -- pretty good
25  efficacy for it. It doesn't really have much

292

1  efficacy for other forms of epilepsy really. And it
2  turns out that Depakote and Lamictal both also have
3  good efficacy for that and were much more widely
4  used.
5     So I'm not sure how much one would expect
6  to further be excited to develop a drug that would be
7  for this relatively already kind of well-treated form
8  of epilepsy, but -- but I think perhaps there could
9  be reasons to be interested in trying to understand
10  the biology better of epsons epilepsies which are a
11  form of primary generalized epilepsy.
12    I think levetiracetam also has efficacy for
13  epsons in all likelihood, and we have not used it for
14  that and I think it has -- but usually in patients
15  who have epson plus other things, and all of the
16  things can get better. So I've never -- I don't --
17  you know, strict epsons only epilepsy is generally a
18  pediatric syndrome, so I don't see it that much. I
19  see patients who have epsons seizures plus
20  generalized myoclonic seizures sometimes in a form
21  called juvenile myoclonic epilepsy.
22  By MR. MAY:
23    Q  Would it surprise you that the phrase "lead
24  compound" does not appear in your opening report?
25    A  No, because that was not asked of me to

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

74 (293 to 296)

293

1 consider whether levetiracetam was a lead compound.
2 I assume for legal -- for legal strategy reasons,
3 the -- the attorneys were -- had me focused on
4 particular questions that they felt were the ones
5 that needed focus at that time and -- and that
6 changed.
7      But I certainly have -- have -- considered
8 this question in the past in other situations, so
9 it's not a foreign concept to me, although it's not,
10 you know, sort of my area of obsession. Had they
11 wanted -- had we wanted to make the -- you know, had
12 they wanted me to deal with this issue in the opening
13 report, it would have been dealt with in a very
14 similar way to the way it was dealt -- the way it was
15 dealt with later.
16    Q    Could you please turn to Pleasure Exhibit
17 3, your reply report?
18    A    Okay.
19    Q    Can you please turn to paragraph 11?
20    A    Okay.
21    Q    In the first sentence of paragraph 11, you
22 say, "The unique binding site of levetiracetam at the
23 SV2A is another reason a POSA would have found
24 levetiracetam to be a particularly desirable lead
25 compound."

294

1      Do you see that?
2    A    I do.
3    Q    What qualifies the binding site as
4 unique?
5    A    Right. So the word "unique" -- I don't
6 like the word "unique" always in these contexts
7 because I think each of these molecules has a unique
8 binding site. Even when it binds to a molecule that
9 other things bind to, it may bind it slightly
10 differently. But it was unique in the sense that it
11 was not -- it had previously not turned up as a
12 binding site for any other antiepileptic medications
13 to that point. So it was a potential -- potential
14 new, you know, wrench for getting into the question
15 of -- of trying to figure out how to deconstruct
16 antiepileptic efficacy.
17      So here is a -- an antiepileptic medication
18 that -- that works really well in a number of animal
19 models, and -- and it happened -- and it happens to
20 bind to this protein that no one knows what it is and
21 no one knows what it does, but it seems to bind to it
22 really well.
23      So, obviously, at the time, SV2A was not --
24 was not -- the identity -- was not known as the
25 identity; right? It was the LVS binding site. So as

295

1 a scientist, right, you look at that and you say,
2 aha, this thing binds to something that nothing else
3 seems to bind to that I know about, and it has this
4 beneficial effect in this disease, potentially
5 beneficial effect on this model of this disease at
6 least; and, therefore, I want to be know more about
7 it. I want to know more about why it binds to it. I
8 want to know more about other things that might bind
9 to it, and it might be really good to find other
10 things that bind to it.
11      Now, you might have a couple of questions.
12 You might say, does it only bind to that, or does it
13 bind to other things also? And it turns out that
14 maybe there are some other binding sites, although I
15 don't think they're as high affinity or as likely to
16 be meaningful.
17      Well, one would be motivated to design
18 other compounds that bind to the same binding site,
19 the LVS binding site, because one would be motivated
20 to determine whether the mechanism of action was
21 dependent on binding to the LVS binding site. It
22 might be very valuable to find out that it isn't and
23 that it actually -- LVS binding actually is
24 associated with some other function, not the
25 antiepileptic function. And maybe it would have

296

1 been, you know, super useful for some other purpose.
2      Or maybe you would find, and in reality
3 probably what was found, is that actually the binding
4 to the LVS binding site is actually probably integral
5 to the antiepileptic effects; and, therefore, what
6 you've clued in to is a new site of action for
7 antiepileptic drugs. And it turns out that once you
8 know it's SV2A, that makes perfect sense actually
9 from the point of view of the physiology of what SV2A
10 does.
11    Q    Can you please turn to paragraph 15?
12    A    Okay.
13    Q    The last clause of paragraph 15 says that,
14 "Levetiracetam specifically was an attractive choice
15 over existing compounds in the prior art due to its
16 novelty and unique mechanism of action."
17      Do you see that?
18    A    Yes, I see that.
19    Q    What do you mean by "novelty"?
20 The novelty of the binding site, okay, as we've
21 discussed, rather than, you know -- I mean, it was --
22 nothing else had been seen to bind to that. It also
23 was new in the sense that, you know -- okay. So
24 another aspect of novelty that is important is
25 that -- let's say, levetiracetam had been found in

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

75 (297 to 300)

297

1  1922 and people just found that -- and people had
2  just found that it bound to the LVS; right?  Well,
3  then UCB's patent would be focused on the binding to
4  the LVS, not to the existence of the compound because
5  the compound would have been around since 1922;
6  right?
7        So the fact that it's a new compound that
8  is under patent protection to a company allows them
9  to be the only ones to develop other things related
10 to it, I think.  That's my understanding at least,
11 not being a patent attorney, but I think that that is
12 probably the case.
13    Q   Do you know when levetiracetam was first
14 disclosed in the literature?
15    A   I feel like 1989 or early '90s.  I don't
16 recall.  Honestly, I don't recall.
17    Q   Do you agree that the mechanism of action
18 for levetiracetam was unknown as of February 2000?
19    A   The details of the mechanism of action were
20 unknown.  However, a POSA would have thought the
21 binding to the LVS was likely to be involved.
22    Q   But to be clear, the POSA did not know;
23 correct?
24        MS. VERSON:  Objection.  Form.
25        THE WITNESS:  The POSA knew that this

298

1  molecule, which is a potent antiepileptic, had a
2  specific satural binding site on the brain, did not
3  seem to have any other specific satural binding sites
4  on the brain; therefore, one would conclude that
5  there's a high likelihood that that's related to its
6  mechanism of action.  But knowing it is different
7  because, in fact, we still don't know it, as Dr.
8  Loescher freely admits in his -- in his reports, that
9  the mechanism of action of none of the antiepileptics
10 is fully known, so...
11 By MR. MAY:
12    Q   If you look at paragraph 16 of your reply
13 report.
14    A   Yep.
15    Q   In the last -- the last sentence that
16 appears on page 4, do you see it says, "For example,
17 gabapentin and pregabalin were not as effective as
18 levetiracetam"?
19        Do you see that?
20    A   Yes.
21    Q   Do you agree that pregabalin was not
22 approved as of February 2000?
23    A   Oh, I don't recall when it was approved.
24 I'm sorry.
25    Q   All right.

299

1     A   I don't -- I can agree if you represent to
2  me that it wasn't, but -- but it may not have been --
3  it may have been in development and there may have
4  been publications about it.  I don't recall when that
5  was, but pregabalin is Lyrica.  It was -- it came out
6  not at a dissimilar time.  I don't remember when it
7  was first being developed.  But as I pointed out
8  before when we were talking about gabapentin,
9  pregabalin and gabapentin are both only modestly
10 effective as antiepileptics, yet they're very
11 effective as neuropathic pain drugs.
12    Q   Would compounds that were in development
13 but not yet FDA approved be considered by a POSA
14 in identifying a lead compound?
15    A   Well, if they were -- if there were
16 publications that showed that they were dramatically
17 effective antiepileptics, they might have been --
18        (Court reporter clarification.)
19        THE WITNESS:  Dramatically effective
20 antiepileptic medications, they might have been.
21 Certainly being approved as a drug is -- is -- is
22 beneficial because then you have more clinical data
23 and also some use in the -- in the literature.  But I
24 presume, in fact, that -- that levetiracetam was the
25 subject of drug development before it was approved

300

1  because I believe that UCB was developing it
2  before -- probably before it was approved.  I would
3  imagine they were probably already developing things.
4        So -- now, they had other information
5  obviously, but I don't think that a POSA reading the
6  paper in -- I think it was 19 -- it was in 1994
7  showing the direct binding -- the high -- the satural
8  bindings, that was Nora's paper, the binding site
9  was -- was novel and saturable, that might have been
10 enough for someone to say, hey, you know, this --
11 this medication soon after that, you knew that the --
12 it worked in photoconvulsive epilepsy in patients as
13 was described by, I think, like in '96 or '97.  And
14 that's actually very significant because
15 photoconvulsive epilepsy is actually a form of
16 generalized convulsive activity that indicates a
17 decent chance that it's going to be very effective in
18 generalized epilepsies.
19        So once that was published, which was
20 published well about before it was approved when it
21 was still UCB L-56 or whatever it was, I don't
22 remember the number, that would have been -- that
23 would made a POSA say, hey, this is one to watch, and
24 if I was going to put some money down, I would put
25 some money down on that one.

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

76 (301 to 304)

301

1 By MR. MAY:
2    Q   Do you consider retigabine to be
3 dramatically effective?
4        MS. VERSON:  Objection.  Form.
5        THE WITNESS:  Honestly, I don't think I've
6 ever prescribed retigabine, and I haven't spent a lot
7 of time looking at retigabine's effectiveness in
8 clinical trials.
9 By MR. MAY:
10    Q   Do you consider lacosamide to be
11 dramatically effective?
12        MS. VERSON:  Same objection.
13        THE WITNESS:  So lacosamide is approved.
14 It was approved when -- I can't remember exactly when
15 it was approved.  It's -- it actually turns out to be
16 fairly effective.  It's not markedly more effective
17 than the other medications, but it is an effective
18 medicine and I do use it a fair amount now, now that
19 it's on formulary and it's also available as an IV
20 form which is useful for treating patients who cannot
21 take oral medications and who -- and sometimes it's
22 used in status epilepticus in the algorithm there,
23 although I don't think it has a dramatic benefit.
24 So, yeah, it's an effective medicine.
25 By MR. MAY:

302

1    Q   Do you -- levetiracetam was not available
2 to prescribe as of February 2000, was it?
3    A   My understanding is it was approved by
4 then, but I'm not sure exactly when it was actually
5 formally released to the market so that it could be
6 prescribed in the U.S.  I just don't recall exactly
7 when that was.  However, there was a lot of buzz
8 about it in meetings and things like that because it
9 was -- it was clearly sort of tracking to be very
10 effective.
11    Q   Did you prescribe levetiracetam prior to
12 February 2000?
13    A   I don't believe so.  I don't see how I
14 would have.  I was not involved in the clinical
15 trials for levetiracetam.  I would have started
16 prescribing it as, you know -- I believe it was
17 available by the middle of that year because I sort
18 of -- I think I do recall starting to prescribe it
19 that year, but I -- but, you know, that's 22 years
20 ago, so I don't recall exactly.
21    Q   If you look at paragraph 16 in your reply
22 report on to page 5 of your reply report, about
23 halfway through paragraph -- the remainder of
24 paragraph 16, it says, "By comparison to these
25 examples, levetiracetam was a well-tolerated, broad

303

1 spectrum drug with essentially no irreversible side
2 effects that a POSA would have considered a
3 preferable choice for a lead compound."
4        Do you see that?
5    A   I do.
6    Q   What do you mean by "essentially no
7 irreversible side effects"?
8    A   I'm not sure there is -- I'm not sure that
9 there is -- that there are any irreversible side
10 effects with Keppra.  I -- I guess in the theoretical
11 sense, someone could commit suicide and that would be
12 irreversible as a direct effect of taking Keppra, but
13 people also commit suicide as a direct effect of
14 taking gabapentin or Dilantin or carbamazepine or
15 lacosamide.  There's a -- I believe there's a warning
16 on all antiepileptics for suicidality risk, and
17 obviously suicide is an irreversible side effect if
18 it's caused by a medication.
19        But unlike as -- as I indicated in the top
20 part of that paragraph, like Stevens-Johnson's
21 Syndrome or liver failure which occur and then if you
22 stop the medication, they don't unoccur; right?  So
23 those would be irreversible side effects.
24        The psychiatric side effects to the extent
25 that they happen with Keppra or sedation or feeling

304

1 sort of spacey or any of those, those are all --
2 those are reversible side effects.  If you stop the
3 medicine, they will revert, reverse themselves.
4        THE VIDEOGRAPHER:  Mr. May?  Sorry.
5 By MR. MAY:
6    Q   Was levetiracetam the only approved
7 antiseizure medication that was a well-tolerated,
8 broad spectrum drug with essentially no irreversible
9 side effects?
10    A   Well, Dilantin and Tegretol both can have
11 irreversible side effects.  So even though they -- so
12 Dilantin can cause long-term cerebellar -- cerebellar
13 degeneration, and -- and -- and Tegretol can cause a
14 bone marrow suppression and skin problems, rashes.
15 Both of those can be -- the rashes can reverse, but
16 you can get kind of what's called a Lupoid reaction,
17 like a Lupus-type reaction from Tegretol, which may
18 not reverse itself if you stop the drug.
19        You can also get a granular cytosis from --
20 meaning loss of -- loss of granular sites, which are
21 white blood cells from -- from -- from Tegretol, and
22 that doesn't necessarily reverse itself.  They're
23 rare, but they're irreversible.  They're effective
24 medicines, but I'm just trying to think of whether --
25 you know, like gabapentin we discussed can have some

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

77 (305 to 308)

305

1 irreversible vision side effects; felbamate, liver
2 toxicity.
3         I mean, you know, it depends I guess to a
4 degree on whether you -- I'm not sure that there
5 were -- now that I think about be it and it's
6 actually a good point in a certain sense. I'm not
7 sure that actually any of the other broad spectrum
8 drugs that were -- that were available at that time
9 that we knew much about had essentially no
10 irreversible side effects like Keppra it turns out,
11 now thinking about it, because, you know, you know,
12 phenobarbital clearly has -- can have irreversible
13 side effects.
14        A lot of the old school antiepileptics,
15 meaning Dilantin, Tegretol, phenobarbital, cause
16 bone -- bone resorption problems which can be
17 problematic as well. Dilantin can cause -- if you
18 give it to kids, can cause changes in the facial
19 features and can cause problems with the gums, which
20 may not reverse themselves. Depakote can cause liver
21 failure in kids particularly, so that's always a
22 scary thing about using Depakote in kids. And there
23 have been case reports of Depakote causing
24 Parkinsonism in adults, although it's really rare.
25        So I'm not -- in thinking about it, sitting

306

1 here right now, I'm not actually sure that there are
2 any others that were -- that had essentially
3 irreversible side effects. Now, I'm not -- are there
4 any irreversible side effects of Keppra? I'm unaware
5 of any, but I suppose it's conceivable that there is
6 one I don't know about.
7     Q   The side effects that you just described,
8 are those all side effects that the POSA would be
9 motivated to fix?
10    A   Some of them might -- well, so -- so -- so
11 okay. So -- so, you know, in this -- in this kind
12 of -- in this kind of thinking, if you're trying to
13 think of one, I'm going to put all my money down on
14 one compound, you might be motivated to try and start
15 with something that has less things that you need to
16 worry about as far as side effects and not with
17 irreversible side effects.
18        But if you -- but I don't know that there's
19 any necessity to come up with one lead compound. I
20 mean, a POSA, given theoretically free range to
21 develop any molecule regardless of patent and
22 unlimited amounts of money, might have multiple
23 compounds that they would be interested in developing
24 as lead compounds. And so -- so, you know, I mean, I
25 think it depends on -- on just setting up some

307

1 priorities as to which one which you want to focus
2 on.
3         I think that you might be challenged to fix
4 some of the irreversible side effects that we don't
5 have any idea why they happen because you would --
6 and they -- and they were not seen in animal models;
7 right? So you might not be able to fix them in
8 preclinical studies, and then you have to go to
9 clinical studies. And it would be kind of
10 unfortunate if you were like, well, I'm going to try
11 and fix the gum overgrowth problems with Dilantin,
12 and the only way I'm going to know if I do is to give
13 it to a bunch people for a couple of years and tell
14 them not to brush their teeth much and see whether
15 they have gum overgrowth. I mean, that doesn't seem
16 like a very sensible approach, so I wouldn't -- I
17 wouldn't be motivated to try to fix that side
18 effect.
19        MS. TORABI: Can we get an accounting of
20 the time on the record, please?
21        THE VIDEOGRAPHER: Yes. Absolutely. Stand
22 by.
23        We are at 6 hours and 54 minutes.
24 By MR. MAY:
25    Q   All right. Dr. Pleasure, if you could

308

1 please turn to page 26 -- excuse me -- paragraph 26
2 of your reply report.
3     A   Reply report number 2 or number 3?
4     Q   Number 3.
5     A   Okay. Sorry. Reply report. Right, right,
6 reply, not rebuttal. 26?
7     Q   Yes.
8     A   Okay.
9     Q   You say, "Ultimately, there are many
10 reasons levetiracetam would have been a particularly
11 appealing drug to select as a lead compound."
12        Do you see that?
13    A   I see that.
14    Q   Are all of those many reasons listed here
15 in your reply report, Pleasure Exhibit 3?
16        MS. TORABI: Objection. Form.
17        THE WITNESS: I think we may have discussed
18 some that are not in my report as we're sitting here
19 actually. You know, we discussed the irreversible
20 side effects, and it actually occurred to me that it
21 might be unique in that way. I'm not sure.
22        I -- I suppose that there may be others
23 that I haven't thought of that I chose not to -- to
24 include here, but I think this is most of them for
25 sure. I was trying to answer that question, so I

Transcript of Samuel Pleasure, M.D., Ph.D.
Conducted on July 15, 2022

78 (309 to 312)

309

1  tried to think of everything I could think of.
2       MR. MAY:  All right.  I think with that, at
3  this time we have no further questions.
4       MS. VERSON:  No further questions on this
5  end either.
6       THE VIDEOGRAPHER:  Stand by, please.
7       This marks the end of disk -- this marks
8  the end of Disk No. 1 in the deposition of Samuel
9  Pleasure.  We are going off the record at 6:15 p.m.
10      (Proceedings concluded.)
11          ---o0o---
12
13
14
15
16
17
18
19
20
21
22
23
24
25

310

1       CERTIFICATE OF STENOGRAPHIC REPORTER
2
3
4       I, BURGUNDY B. RYAN, a Certified Shorthand
5  Reporter, hereby certify that the witness in the
6  foregoing deposition,
7       SAMUEL PLEASURE, M.D., Ph.D.,
8  was by me duly sworn to tell the truth, the whole
9  truth, and nothing but the truth, in the
10 within-entitled cause; that said deposition was taken
11 at the time and place therein named; that the
12 testimony of said witness was stenographically
13 reported by me, a disinterested person, and was
14 thereafter transcribed into typewriting.
15      I further certify that I am not of counsel
16 or attorney for either or any of the parties to said
17 deposition, nor in any way interested in the outcome
18 of the cause named in said caption.
19
20      DATED:  Sunday, July 17, 2022.
21
22      *Burgundy Ryan*
23      Burgundy B. Ryan, CSR No. 11373, RPR
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-987 (CFC) (consol.) |
| v. | ) ) | |
| ANNORA PHARMA PRIVATE LTD. et al., | ) ) ) | |
| Defendants. | | |

**EXHIBIT 15A**
**PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 1 TO
PRECLUDE DEFENDANTS FROM ELICITING TESTIMONY OR
OPINION FROM DR. PLEASURE REGARDING THE SELECTION OF A
LEAD COMPOUND**

Dr. Pleasure did not offer a lead compound opinion or analysis in his Opening Report. As Defendants acknowledge, Dr. Pleasure "did not use the term 'lead compound'" at all in his Opening Report. Opp. at 1. Nor did Dr. Pleasure analyze why a POSA "would have had a reason to select [levetiracetam] *over other compounds in the prior art*," which is Defendants' burden to prove, *Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1354 (Fed. Cir. 2010) (emphasis added).

Defendants do not dispute these facts, instead arguing that Dr. Pleasure's Opening Report "provided ample support for the selection of levetiracetam as a lead compound." Opp. at 1. But Defendants confuse the issue. Plaintiffs do not seek to preclude Dr. Pleasure's discussion of the *properties* of levetiracetam as "Background of the Claimed Invention." *See* Ex. 1 § IX. Rather, Dr. Pleasure's late-disclosed comparative discussion of levetiracetam and other compounds should be excluded, including any opinion that levetiracetam would be the POSA's choice for a lead compound. Indeed, Dr. Pleasure's Opening Report did not discuss compounds other than levetiracetam, except for cursory references in the context of now-withdrawn § 112 opinions. Ex. 1 ¶ 82. It is prejudicial for Dr. Pleasure to provide opinions as to why the POSA would select levetiracetam over other compounds for the first time in his Reply Report, and such opinions should be excluded. *See, e.g.*, *Intell. Ventures I LLC v. AT&T Mobility LLC*, C.A. No. 12-193-LPS, 2017 WL 478565, at *4 (D. Del. Jan. 31, 2017) (excluding reply report with new opinions).

# EXHIBIT 15B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-987 (CFC) (consol). |
| v. | ) ) | |
| ANNORA PHARMA PRIVATE LTD. et al., | ) ) ) | |
| Defendants. | | |

**EXHIBIT 15B**

**PLAINTIFFS' MOTION IN LIMINE NO. 2 TO PRECLUDE RELIANCE ON "OBVIOUS TO TRY" AS A THEORY OF OBVIOUSNESS**

Plaintiffs ask the Court to preclude argument and testimony that the invention of claim 5 of the '461 Patent—brivaracetam and pharmaceutically acceptable salts thereof—is invalid because it would have been "obvious to try" the modifications of the purported lead compound, levetiracetam, that result in brivaracetam. In contrast with their disclosure of an "obvious to try" theory in their invalidity contentions, Defendants have developed no such theory of invalidity during expert discovery, as confirmed by both the expert reports and the deposition testimony of Defendants' chemistry expert, Dr. Salvatore Lepore.

"Obvious to try" is a distinct legal theory of obviousness that looks at whether the prior art "present[s] a finite (and small in the context of the art) number of options easily traversed." *Sanofi-Aventis Deutschland GmbH v. Glenmark Pharms. Inc., USA*, 748 F.3d 1354, 1360 (Fed. Cir. 2014) (internal quotation marks and citations omitted). Importantly, "'[o]bvious to try' is not equivalent to obviousness," which instead looks at "the differences between the claimed subject matter and the prior art." *In re Armodafinil Patent Litig. Inc.*, 939 F. Supp. 2d 456, 487, 501 (D. Del. 2013).

Defendants' expert, Dr. Salvatore Lepore, has not advanced in his expert reports an obvious-to-try theory of invalidity as to Claim 5 of the '461 Patent. Indeed, his experts reports contain no obvious-to-try analysis or legal standard. *Cf.* Ex. 1 (Lepore Op. Rep.) at Table of Contents, ¶¶ 23–39 (containing detailed analysis

1

of and legal standards related to general principles of obviousness); *see also id.* at Section IX. Therefore, pursuant to Federal Rules of Civil Procedure 26(a)(2)(A)(i) and 37(c)(1), Defendants should be precluded from asserting an obvious-to-try theory of invalidity at trial. *See, e.g.*, *Parallel Networks Licensing, LLC v. Int'l Bus. Machines Corp.*, No. 13-2072-KAJ, 2017 WL 1405155, at \*1 (D. Del. Apr. 17, 2017) ("Together, Rules 26 and 37 provide trial courts with discretion to exclude opinions that are not disclosed in expert reports."); *see also Liqwd, Inc. v. L'Oreal USA, Inc.,* C.A. No. 17-14-JFB-SRF, 2019 WL 10252611, at \*1 (D. Del. June 25, 2019) ("The Court will, as it must, limit the expert testimony at trial to that disclosed in the expert reports." (cleaned up)).

Although the phrase "obvious to try" appears in Dr. Lepore's expert report, it is not accompanied by an obvious-to-try analysis. As Dr. Lepore stated, "[c]ounsel for Defendants . . . informed [him] of the . . . legal principles" contained in his reports (principles that do not include the obvious to try standard), and he "relied upon and applied these legal principles in forming [his] opinions." Ex. 1 ¶ 23. As he made clear during his deposition, Dr. Lepore used the words "obvious to try" only "as a scientist" and not in accordance with any "legal definition." Ex. 2 (Lepore Tr.) at 38:13–14, 19–20. As he further explained in his deposition, Dr. Lepore used the words "obvious to try" in his report to mean "it would have been obvious to a POSA, it would have meant in their mind, if they tried it, if they made it and then they tested

2

it, that it would have led to expected results." Ex. 2 at 40:13–16. This testimony accords with the legal standard of ***obviousness*** and with Dr. Lepore's deposition testimony that he was "just trying to use the legal standards that were included in this report," which pertained only to ***obviousness***. *Id.* at 39:13–14. It does not come close to articulating an obvious-to-try analysis.

Lastly, under the *Pennypack* factors, Defendants' failure to advance an obvious-to-try theory of invalidity was not harmless, as Plaintiffs would have, but were unable to, respond to such a theory through their own experts' reports. *See, e.g.*, *TQ Delta, LLC v. ADTRAN, Inc.*, 2019 WL 4346530, at *1 (D. Del. Sept. 12, 2019) ("The determination of whether to exclude evidence is within the discretion of the district court" based on, among other factors, the prejudice or surprise to the party against whom the evidence is sought to be offered).

For these reasons, Plaintiffs ask the Court to preclude argument and testimony it would have been "obvious to try" different modifications to a lead compound to arrive at claim 5 of the '461 Patent.

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | ██████████ |
| | ) | |
| Defendants. | ) | |

**OPENING EXPERT REPORT OF DR. SALVATORE LEPORE
<u>REGARDING INVALIDITY OF U.S. PATENT NO. 6,911,461</u>**

Dated: February 18, 2022

_Salvatore D. Lepore_

_____

████████████

# TABLE OF CONTENTS

**Page**

I.      Introduction ........................................................................................................ 1

II.     Summary of opinions ....................................................................................... 2

III.    Qualifications .................................................................................................. 2

IV.     Prior testimony/Compensation ....................................................................... 4

V.      Materials Considered ...................................................................................... 5

VI.     Legal Principles .............................................................................................. 5

        A.    The Person of Ordinary Skill in the Art ("POSA") ............................. 6

        B.    Obviousness ......................................................................................... 8

        C.    Objective Indicia ............................................................................... 10

VII.    Background .................................................................................................... 11

        A.    The '461 Patent and the Asserted Claims ......................................... 11

              1.    The '461 Patent Specification ................................................. 12

              2.    Asserted Claims ...................................................................... 15

        B.    Technology Tutorial ........................................................................... 16

              1.    Small Molecule Drug Design .................................................. 16

              2.    Lipophilicity was known as an important property for Central Nervous System ("CNS") drugs ................................... 19

              3.    2-oxo-1-pyrrolidine derivatives were known in the art as useful for treating certain CNS disorders including epilepsy .................................... 23

              4.    Levetiracetam was known in the art as an antiepileptic compound ......... 26

              5.    Stereochemistry ...................................................................... 28

VIII.   Scope and Content of Prior Art ...................................................................... 30

        A.    Prior Art Related to Selecting a Lead Compound .............................. 31

              1.    Gobert '639 patent ................................................................. 31

              2.    Patsalos 1994 .......................................................................... 32

              3.    Prous ...................................................................................... 33

              4.    Stables .................................................................................... 34

              5.    Noyer ...................................................................................... 35

              6.    Sharief .................................................................................... 38

              7.    Abou-Khalil ............................................................................ 38

              8.    Löscher ................................................................................... 39

              9.    Shorvon .................................................................................. 40

              10.   Crawford ................................................................................ 41

ii

11. Ben-Menachem ................................................................. 41

12. Perucca ........................................................................... 42

13. Burris .............................................................................. 43

14. Keppra Medical Review ................................................... 44

15. Keppra Label ................................................................... 44

16. Patsalos 2000 .................................................................. 45

B. Prior Art Related to Modifying the Lead Compound .......................... 46

1. Olesen ............................................................................. 46

2. Levin ............................................................................... 47

3. Albert .............................................................................. 47

4. Wong ............................................................................... 48

5. Lolin ............................................................................... 48

6. Gouliaev .......................................................................... 49

7. Appleton .......................................................................... 50

8. Litina .............................................................................. 50

9. Waterbeemd ..................................................................... 51

10. Pardridge ......................................................................... 52

11. GB '692 ........................................................................... 53

12. Glozman .......................................................................... 55

13. Bobkov ............................................................................ 56

14. EP '490 ........................................................................... 56

15. Noyer .............................................................................. 57

16. WO '683 .......................................................................... 57

17. CA '319 ........................................................................... 59

18. FDA Guidance .................................................................. 61

IX. The Asserted Claims Would Have Been Obvious In view of the prior art ...................... 61

A. Levetiracetam Would Have Been an Obvious Choice as a Lead Compound ....... 63

B. A POSA Would Have Been Motivated to Modify Levetiracetam To Arrive at Brivaracetam With a Reasonable Expectation of Success ................................... 68

1. A POSA would have chosen to maintain levetiracetam's 2-oxo-pyrrolidine ring attached in the (S) configuration to position 2 of the butanamide group. ................................................................. 68

2. A POSA would have been motivated, with a reasonable expectation of success, to modify levetiracetam by adding a substituent at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring ................................. 73

3.    Propyl was an obvious substituent from a small number of choices to add to the 4-position f levetiracetam's 2-oxo-pyrrolidine ring ..................... 76

4.    Preparing the (4R) and (4S) diastereoisomers of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide would have been obvious ..................... 82

C.    Objective Indicia ................................................................. 84

D.    Claims 1-5 of the '461 Patent Would Have Been Obvious Over the Prior Art .... 84

1.    Claims 1 and 5 ...................................................... 84

2.    Claim 2 .................................................................. 85

3.    Claims 3 and 4 ...................................................... 88

X.    Supplementation Of Opinions ......................................................... 89

- Bristol-Myers Squibb and Pfizer versus Aurobindo Pharma et al.
  Civil Action No.: 17-cv-374-LPS, D. Del.
  Relating to apixaban

- Pharmacyclics and Janssen Biotech versus Alvogen et al.
  Civil Action No.: 19-cv-434-CFC, 18-cv-192-CFC, D. Del.
  Relating to ibrutinib

- Lundbeck and Takeda versus Apotex
  Civil Action No.: 18-cv-088-LPS, D. Del.
  Relating to vortioxetine

20.     For my work in this litigation, I am being compensated at my customary rate of $350.00 per hour, plus expenses.  No part of my compensation depends on the substance of my opinions, testimony at deposition or trial, or the outcome of this litigation.

## V.       MATERIALS CONSIDERED

21.     In addition to relying on my extensive knowledge, education, and experience in the field, I considered the materials listed in **Exhibit B**, including but not limited to the '461 patent and file history; documents produced by parties to this litigation; relevant prior art to the '461 patent; and the opinions expressed in the Opening Expert Report of Dr. Samuel Pleasure ("the Pleasure Opening Report"), among other information.  The facts and opinions set forth in this report are based upon the information I reviewed and upon my over 23 years of education and experience in the organic and medicinal chemistry fields.

22.     I reserve the right to rely upon any additional information or materials that may be provided to me, that are relied upon by any of Plaintiffs' experts or other witnesses, or that are developed prior to or during trial.

## VI.      LEGAL PRINCIPLES

23.     I am neither an attorney nor an expert in patent law.  Counsel for Defendants have informed me of the following legal principles.  I have relied upon and applied these legal principles in forming my opinions set forth in my report.  The discussion of legal principles set forth below

is not intended to be exhaustive and is merely intended to provide some context for the opinions in my report that follow.

24.     I understand that a patent's claims define the scope of the alleged invention and exclusionary rights claimed by the patent owner.  For a patent claim to be valid, it must inform a person of ordinary skill in the art ("POSA", defined below) about the scope of the invention with reasonable certainty and cover subject matter that is new, useful, and not obvious in light of the prior art, and is adequately described and enabled in the patent specification.  I have been further advised that patents are presumed valid, but can be shown invalid by, among other things, clear and convincing evidence that what is claimed is obvious over the prior art or an obvious variation of earlier known subject matter.  I understand that evidence is sufficiently clear and convincing if it leaves the fact finder with a definite and firm belief in the truth of a fact.

25.     It is my understanding that an invention is patentable only if it would have been novel and nonobvious in view of the information that preceded the invention and was available in the field of the invention at the time of the invention, also known as the "prior art."  I understand that prior art may be, among other things, a patent or patent application publication, a scientific publication, an invention, a public statement, or a product.  I understand that a POSA is presumed to have knowledge of the pertinent prior art to the claimed field of invention.

26.     I understand even if a reference does not constitute prior art, it can be used to show the relevant level of ordinary skill in the art at the time of the invention.

### A.  The Person of Ordinary Skill in the Art ("POSA")

27.     I understand that the Court views and interprets a patent from the perspective of a POSA as of the time of the patent's priority date.  I understand that a POSA is a hypothetical person considered to be a person of ordinary creativity having normal skills and knowledge in the

field to which the Asserted Claims relate at the time of the filing of the earliest patent application. In determining the level of skill in the art, I understand that several factors, including the following, may be relevant: (1) the types of problems encountered in the art; (2) prior art solutions to those problems; (3) the rapidity with which innovations are made in the field; (4) the sophistication of the technology at issue; and (5) the level of education of active workers in the field. I understand that a POSA is presumed to be familiar with all relevant and publicly available prior art as of the priority date.

28.     I have been asked to describe the qualifications of a POSA with respect to the Asserted Claims of the '461 patent as of February 23, 2000, which is the earliest priority date asserted by Plaintiffs. It is my opinion that given the subject matter of the '461 patent, a POSA with respect to the '461 patent would have had, as of the relevant date, a doctorate degree in chemistry, medicinal chemistry, organic or synthetic chemistry, or a related discipline, and around 2-3 years of experience in the synthesis, research and development of medicinal compounds.[1] Alternatively, the POSA may have had a lesser post-graduate degree in one of those fields, with four or more years of experience in the same areas. A POSA would have had knowledge and experience and/or worked with a collaborative team of ordinarily skilled artisans, including a medical doctor, and those with advanced degrees and/or experience in clinical medicine pharmacology, biochemistry, chemistry, medicinal chemistry, organic or synthetic chemistry,

---

[1] I understand that Benedict Lallemand received a master's degree in chemical sciences in 1993, with a focus on organic chemistry during the last year of her studies, and started working at UCB in February 1995 as a research scientist in the medicinal chemistry group; Patrick Pasau received a Ph.D. in organic synthesis in 1992, and after a year of military service, he started working as a team leader in the Central Nervous System department of a pharmaceutical company working on organic synthesis and developing compounds to treat stroke; and Benoit Kenda received a Ph.D. in organic chemistry in 1995, conducted two postdoctoral studies between 1995 and 1998, and joined UCB as a team leader in the medicinal chemistry on March 1, 1998.

related to research and development of drug products and formulations, including preclinical and clinical research.

29.     I am an expert but understand the knowledge and practice of a POSA (on or before February 23, 2000) because I received my Ph.D. in organic chemistry in 1997, and then worked as a POSA for a pharmaceutical company (Eli Lilly) from 1997 to 2000 on the development of blood clot inhibitors.  Given my Ph.D. in organic chemistry and this drug discovery experience, I had the qualifications of a POSA in the years leading up to 2000.  Additionally, in the years following, I interacted with numerous individuals who would have fallen within the definition of a POSA set forth above, particularly through my professional experience, including teaching and research discussed above, as well as from consulting with a number of pharmaceutical and biotechnology companies.  Thus, whenever I state "my opinion" in this report, it is an opinion from the perspective of a POSA.

**B.  Obviousness**

30.     I understand that, even if a single prior art reference does not disclose each and every limitation of the claim, a patent claim may still be invalid as obvious.

31.     I have been informed that in order for a patent claim to have been considered obvious, at the time the invention was made, each and every limitation of the claim must have been present within the prior art, or within the prior art in combination with the general knowledge held by a POSA, and that such a person would have had a reasonable expectation of success in combining these teachings to achieve the claimed invention.  I also understand that the reason to select and combine features, the predictability of the results of doing so, and a reasonable expectation of success of doing so may be found in the teachings of the prior art themselves, in the nature of any need or problem in the field that was addressed by the patent, in the knowledge of a

8

POSA in the field at the time, as well as in common sense or the level of creativity exhibited by a POSA. There need not have been an express or explicit suggestion to combine references. I understand the combination of familiar elements according to known methods is likely to have been obvious when it did no more than yield predictable results.

32.     I understand that an analysis of whether a claim would have been obvious to a POSA at the time of the invention requires an analysis of at least four criteria: (i) the level of ordinary skill in the art, (ii) the scope and content of the art, (iii) any differences between the prior art and the patent claims, and (iv) any objective indicia of non-obviousness. I have been informed that Plaintiffs may rely on objective indicia of non-obviousness, and that I will have an opportunity to rebut any evidence that Plaintiffs puts forward.

33.     I understand that where the patent at issue claims a compound, the analysis of the differences between the claimed invention and the prior art often turns on the structural similarities and differences between the claimed compound and the prior art compounds. Obviousness based on structural similarity thus can be proved by identification of some motivation that would have led a POSA to select and then modify a known compound (i.e., a lead compound) in a particular way to achieve the claimed compound. In this regard, I understand that the motivation need not be an explicit teaching, but it is sufficient to show that the prior art and claimed compounds possess a sufficiently close relationship to create an expectation that the claimed compound will have similar properties to the prior art compound.

34.     I am informed by counsel that inherent disclosure does not require that a POSA recognizes the inherent characteristic in the prior art. I understand from counsel that a prior art reference may inherently disclose properties or features of a compound or composition that cannot

be separated from the compound or composition itself, such that these properties or features are a necessary result of the prior art.

### C. Objective Indicia

35.     I understand that courts may consider several objective indicia (also referred to as secondary considerations), such as whether the claimed invention exhibited unexpected results, solved a problem for which there was a long felt but unresolved need, solved a problem where others had failed, and whether there was skepticism in the industry for the claimed invention.

36.     I am informed that a reference that does not criticize, discredit, or otherwise discourage investigation into the claimed invention does not teach away from the claimed invention.  I also understand that a reference's disclosure of preferred embodiments does not teach away from embodiments not included in the preferred list as it merely expresses a general preference for alternatives but does not criticize, discredit, or otherwise discourage investigation into the embodiments not included in the preferred list.  I further understand that a prior art reference that does not specifically refer to an element of the claimed invention does not, *per se*, teach away from the claimed invention.

37.     I understand that evidence of unexpected results must establish that there is a difference between the results obtained with the claimed invention and those of the closest prior art, and that the difference would not have been expected by a POSA at the time of the invention. I understand that any alleged unexpected results must be reasonably commensurate in scope with the invention as claimed, and that the results must be unexpected in terms of differences in the kind of effect, rather than a difference in the degree of effect.

38.     Counsel has also informed me that any alleged secondary considerations must have a nexus to the claimed invention.  That is, the secondary considerations must be the result of one

or more novel features of the claimed invention.  I further understand that, unless a nexus exists between the alleged secondary considerations and the claimed invention, the alleged secondary consideration will not support any assertion of non-obviousness.

39.    I further understand that the alleged secondary consideration must be commensurate with the scope of each asserted claim.  That is, when the scope of the claim is broad and encompasses many embodiments, evidence of secondary considerations for a single embodiment may not be sufficient to show that the secondary consideration is applicable to the entire range of embodiments covered by the claim.

## VII.    BACKGROUND

### A. The '461 Patent and the Asserted Claims

40.    The '461 patent is entitled "2-oxo-1-pyrrolidine derivatives, processes for preparing them and their uses."  The '461 patent issued on June 28, 2005 from U.S. Application No. 10/693,917 ("the '917 application"), which was filed on October 28, 2003 as a division of U.S. Application No. 10/204,266 ("the '266 application"), issued as U.S. Patent No. 6,784,197 ("the '197 patent").  The '266 application is a National Stage Entry of international application number PCT/EP01/01992, filed on February 21, 2001.  The '266 application claims priority to British Patent Application No. 0004297.8 ("GB '297"), filed on February 23, 2000.  I understand that according to the Orange Book, the '461 patent will expire on February 21, 2026.

41.    The named inventors of the '461 patent are Benoit Kenda, Benedict Lallemand, and Patrick Pasau.  *See, e.g.,* '461 Patent Prosecution History, Petition for Correction of Inventorship, at UCB_BRIV_00001300-03.

42.    I understand that Plaintiffs alleges that the Asserted Claims of the '461 patent are entitled to a priority date of no later than February 23, 2000.  Although I have applied a priority

### *18. FDA Guidance*

226.    FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs ("FDA Guidance"), published in 1992.  Thus, I understand that the FDA Guidance is prior art to the patent-in-suit.  I understand the FDA Guidance was not considered by the patent office during prosecution of the '461 patent.

227.    The FDA Guidance taught: "[d]iastereoisomers and geometric isomers are both chemically distinct and pharmacologically different (unless they are interconverted *in vivo*) and are generally readily separated without chiral techniques. Geometric isomers and diastereoisomers therefore should, with the rare exception of cases where in vivo interconversion occurs, be treated as separate drugs and developed accordingly."  *Id.* at 1.

228.    In addition, the FDA Guidance taught "[a]ppropriate manufacturing and control procedures should be used to assure stereoisomeric composition of a product, with respect to identity, strength, quality and purity."  *Id.* at 2.   The FDA Guidance also taught that "[p]harmacokinetic evaluations that do not use a chiral assay will be misleading if the disposition of the enantiomers is different. Therefore, techniques to quantify individual stereoisomers in pharmacokinetic samples should be available early. If the pharmacokinetics of the enantiomers are demonstrated to be the same or to exist as a fixed ratio in the target population, an achiral assay or an assay that monitors one of the enantiomers may be used, subsequently."  *Id.*

## IX.    THE ASSERTED CLAIMS WOULD HAVE BEEN OBVIOUS IN VIEW OF THE PRIOR ART

229.    I have been asked to consider whether the Asserted Claims of the '461 patent would have been obvious over the prior art.  As set forth in detail below, it is my opinion that each of Asserted Claims of the '461 patent would have been obvious in view of the prior art.  Stated differently, in my opinion, a POSA would have been motivated to combine the prior art disclosures

to make brivaracetam, or a pharmaceutically acceptable salt of brivaracetam, with a reasonable expectation of success in obtaining a compound that would be useful in treating epilepsy.  Further, it would have been obvious to prepare a pharmaceutical composition containing an effective amount of brivaracetam, or a pharmaceutically acceptable salt of brivaracetam, and a pharmaceutically acceptable diluent or carrier.

230.    A POSA would not need to combine every prior art reference discussed in Section VIII above to arrive at brivaracetam.  Rather, it is my opinion that brivaracetam would have been obvious in view of one or more references discussed above in Section VIII.A in combination with one or more references discussed above in Section VIII.B (the "Brivaracetam References").

231.    For example, at least the following combinations of prior art references are exemplary of the combinations of prior art references described above that render the Asserted Claims of the '461 patent obvious:

- Keppra label and/or Noyer in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally further in view of GB '692

- Noyer and/or Abou-Khalil in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of CA '319, and further in view of Bobkov

- Noyer and/or Crawford in view of Bobkov, optionally in further view of Gouliaev, and in further view of Levin

232.    For the reasons explained in further detail below, by February 23, 2000, a POSA would have been motivated to select levetiracetam as a lead compound and modify it by including a propyl substituent at the 4-position of the pyrrolidine ring with a reasonable expectation that the compound obtained would be useful for treating epilepsy.

233.    Therefore, for at least the reasons that follow, it is my opinion that claims 1-5 of the '461 patent would have been invalid as obvious.

### A. Levetiracetam Would Have Been an Obvious Choice as a Lead Compound

234.    It is my opinion that, based on the teachings of the prior art I discussed above, a POSA would have been motivated to select levetiracetam as a lead compound for further development of a compound for treating epilepsy, a disorder of the central nervous system (CNS).

235.    A POSA would have selected levetiracetam as a lead compound for further development because the prior art disclosed numerous advantageous features of the compound. For example, as discussed above in Section VII.B.4, the prior art disclosed that levetiracetam had a "unique profile of action incorporating features in common with a wide range of currently available antiepileptic drugs;" had "minimal adverse effects and a high therapeutic index;" was "rapidly absorbed after oral ingestion;" showing "very encouraging," preliminary results, "with significant efficacy in patients with complex partial seizures."  *See* Patsalos 1994 at 57-58; *see also* Noyer at 137, 138; Patsalos 2000 at 78, 84.

236.    Levetiracetam's safety and efficacy in treating epilepsy, including as an add-on treatment in epileptic patients with partial onset seizures, were well known as demonstrated by several clinical trials the results of which were disclosed in the prior art, as well as its receipt of FDA approval.  *See, e.g.,* Shorvon, Crawford, Perucca, Keppra Label.  *See also* above Section VII.B.4; Pleasure Opening Report, Section IX.C.

237.    I understand that Plaintiffs may argue that a POSA would have selected "the 2-thio-pyrrolidine derivative" of levetiracetam disclosed in Noyer as compound 10, because Noyer disclosed compound 10 "was equiactive to levetiracetam."  *See* Noyer at 142.  I disagree.  A POSA would have decided not to use Noyer compound 10 as a lead compound over levetiracetam, in view of the availability of clinical safety and efficacy data for levetiracetam, which were not

similarly available for compound 10.   *See* above Section VII.B.4; Pleasure Opening Report, Section VII.B.3.

238.    A POSA would have understood that levetiracetam could be further improved.  For example, Perucca explains that while "the introduction of novel antiepileptic drugs brought new hope to the multitude of patients whose seizures are not completely controlled by established anticonvulsants," "none of the new agents is ideal in terms of its pharmacokinetic properties, interaction potential, spectrum of activity and side effect profile.  Therefore, the search for newer drugs with improved efficacy and safety goes on."  *See* Perucca at 515.  Similarly, Litina, discussing the utility of the then available drugs, states in his 1998 paper that "no more than 50% of epileptic patients are controlled by available anticonvulsant drugs."  *See* Litina at 93.

239.    The prior art taught certain properties for an ideal antiepileptic drug, including that it "elicits complete seizure control in all patients;" "is effective against all seizure types;" "does not produce adverse effect;" has "improved therapeutic ratio (i.e., less toxic in proportion to its observed benefit)," and has "simple pharmacokinetics with half-life of 12-24 hours so that once or twice daily administration would be possible."  *See* Patsalos 1994 at 39.  Similarly, Appleton explains that the ideal drug for treating acute seizures "should act rapidly, have a sustained duration of action and be safe."  *See* Appleton at 682.  A POSA would have been motivated to modify levetiracetam to improve one or more of its characteristics, such as improving its target affinity, expanding its therapeutic profile, improving its ability to cross the intestinal membrane or the blood-brain barrier, increasing its partition coefficient (log $P$), or the like.  Indeed, as part of the routine development process in the small molecule drug discovery field, it is common to modify a lead compound in order to obtain a compound with better activity.

240.     It is my opinion that a POSA would have been motivated to enhance the efficacy of levetiracetam by optimizing its lipophilicity, which would in turn improve its ability to cross the blood-brain barrier to access its site of action, the central nervous system.  As I explained above in Section VII.B.2, lipophilicity was known as a particularly important factor for drugs that target the central nervous system.  Indeed, the correlation between a compound's anticonvulsant activity and its lipophilicity (as measured, for example, by the partition coefficient or the distribution coefficient) was known in the art.  *See, e.g.,* Litina at 93; Waterbeemd at 162.  Waterbeemd taught the lipophilicity constraint of $\log D$ in the range of 1-4, where $D$ is the 1-octanol/water distribution coefficient taken at the correct physiological value of pH (pH =7.4 in the case of penetration to the brain).  *See* Waterbeemd at 162; Fig. 7.  A POSA would have known that levetiracetam has no ionizable groups at physiological pHs and concluded that its $\log P$ and $\log D$ would be equivalent. Waterbeemd at 157.

241.     A POSA would have been motivated to improve levetiracetam's lipophilicity given the parameters known in the art.  For example, the $\log P$ value for etiracetam (the racemate containing levetiracetam) was known to be -0.65.  *See* Gouliaev at 186 (Table 2).  Thus, a POSA would have known that the $\log P$ of levetiracetam would also be -0.65 since enantiomers have identical physical properties.[8]   Determining the $\log P$ of levetiracetam would be a routine determination because this value is one of the first things that a POSA would have assessed upon selecting levetiracetam as a lead compound.

---

[8] The $\log D$ (and thus the $\log P$) was also later confirmed for levetiracetam to be -0.64.  *See, e.g.*, Moseley et al., "A review of the drug–drug interactions of the antiepileptic drug brivaracetam," Epilepsy Research, Vol. 163 (2020).  For levetiracetam, the $\log D$ is the same as the $\log P$ because the compound does not ionize at physiological pHs.

242.    Further, while levetiracetam was shown to be rapidly distributed in many tissues after single and repeat administration, the "exchange was slower for CNS."  Burris at 6.  This modest BBB permeation would not have been surprising to a POSA given levetiracetam's negative log $P$.

243.    Therefore, given that levetiracetam was known to be less lipophilic than preferred for brain uptake, a POSA would have reasonably expected that levetiracetam would require higher doses to cross the blood-brain barrier, and would have understood that such elevated doses are generally associated with a greater risk of side effects.  *See, e.g.,* Stables at 239 (explaining that levetiracetam exhibited slight sedation at very high doses).

244.    Indeed, results from levetiracetam's clinical trials showed the frequency of discontinuing treatment due to adverse events, such as sedation, was higher for patients treated with levetiracetam compared with the placebo group.  *See* Keppra Medical Review, at pp. 37, 45; *see also id.* at 46 ("The majority of discontinuations were related to epilepsy (convulsion) or from a known and common side effect of the drug (somnolence)."); *see also id.* at 75 ("The incidence of sedation and asthenia is greater in the levetiracetam treated-patients in all controlled studies (Table 74).").

245.    Thus, a POSA would have been motivated to modify levetiracetam to increase its lipophilicity with a reasonable expectation that increasing the lipophilicity would lead to an improved therapeutic effect by allowing for lower administered doses, in turn reducing the risk of side effects.

246.    Further, a compound's lipophilicity, as measured by the partition coefficient, was known to be an additive property.  *See* above Section VII.B.2.  For example, Wong showed that the log $P$ value increased by approximately 0.53 per $CH_2$ unit for the straight alkyl chain

substituents of barbituric acids and 2-thiobarbituric acids.   *See* Wong at 927-928; Fig. 1. Consistently, Litina taught that adding alkyl groups on lactam rings increased the compounds' lipophilicity as calculated by log *P*.  *See* Litina at 103 (Table VI).  Similarly, Waterbeemd would have motivated a POSA to increase the lipophilicity value (log *D* and thus log *P*) of levetiracetam by adding a small alkyl group.  *See* Waterbeemd at 162; Fig. 7.

247.    Thus, a POSA would have been motivated to add an alkyl side chain of appropriate length to the lactam ring (i.e., the 2-oxo-pyrrolidine ring) of levetiracetam to increase its lipophilicity, and in turn improve its ability to cross the blood-brain barrier (BBB), while maintaining sufficient water solubility.

248.    A POSA would have also been motivated to modify levetiracetam to improve its activity and/or expand its action profile.  For example, levetiracetam was found to be either inactive or poorly active in certain animal models.  Perucca explained that in rodents, levetiracetam is "only weakly active (ED$_{50}$ 97 mg/kg) against DMCM-induced convulsions and it is inactive (>170 mg/kg) against seizures induced by systemically administered NMDA, kainate and AMPA," or that it is inactive or only weakly active in the classical subcutaneous (s.c.) pentylenetetrazole (PTZ) test."  *See* Perucca at 517.  Similarly, Keppra Label disclosed that "[l]evetiracetam did not inhibit single seizures induced by maximal stimulation with electrical current or different chemoconvulsants and showed only minimal activity in submaximal stimulation."  Keppra Label at 5; *see also* Stables at 239.

249.    As explained in more detail below, the prior art taught that adding a substituent, such as an alkyl substituent, at position 4 of the 2-oxo-pyrrolidine ring improved the activity of CNS agents with similar structure to levetiracetam.  Therefore, a POSA would have been

motivated to add an alkyl side chain to the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam to improve its activity and/or to expand its profile of action.

**B.   A POSA Would Have Been Motivated to Modify Levetiracetam To Arrive at Brivaracetam With a Reasonable Expectation of Success**

250.   It is my opinion that, as part of the routine development process in the small molecule drug discovery field, a POSA would have been motivated to add a propyl group to the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that at least one of resulting diastereoisomers would have antiepileptic activity useful for treating epilepsy.

251.   The below schematic shows the structure of levetiracetam and the two 4-propyl diastereoisomers:



Levetiracetam
(*S*)-2-(2-oxo-pyrrolidinyl)butanamide



Brivaracetam
(*2S*)-2-[(*4R*)-2-oxo-4-propylpyrrolidinyl]butanamide



(*2S*)-2-[(*4S*)-2-oxo-4-propylpyrrolidinyl]butanamide

*1.   A POSA would have chosen to maintain levetiracetam's 2-oxo-pyrrolidine ring attached in the (S) configuration to position 2 of the butanamide group.*

252.   A POSA would have found the structure activity relationship data disclosed in Noyer instructive.  *See, e.g.,* Noyer at 141-142, Table 1.  Noyer disclosed the binding affinity of

several levetiracetam derivatives to the levetiracetam binding site (LBS) in the rat CNS membranes. *See* Noyer at Table 1. Noyer disclosed that a comparison of the binding affinities of the tested compounds and their anticonvulsant activities showed "a fairly good correlation ($r^2 =$ 0.84, n =12, P < 0.0001)." *See id.* at 143; Fig. 7. Therefore, a POSA would have understood that the disclosed binding affinities could be used as predictors of *in vivo* activity.

253.   I understand that Plaintiffs may argue that without knowing levetiracetam's mechanism of action, a POSA would not have been able to predict the biological effect of any structural change to levetiracetam. I disagree for several reasons. First, as I explained above, Noyer taught that the LBS binding affinity of levetiracetam and several levetiracetam analogs showed "a fairly good correlation ($r^2 = 0.84$, n =12, P < 0.0001)" with the compounds' anticonvulsant activity *in vivo*. Thus, a POSA would have been able to use the LBS binding assay as a predictor of the *in vivo* activity. This supports my opinion that a POSA would have understood that knowledge of levetiracetam's mechanism of action was not necessary to predict the biological effect of any structural change to levetiracetam.

254.   Further, Plaintiffs' argument is contradicted by the fact that levetiracetam and brivaracetam were both developed, clinically tested, and FDA approved, without knowing their exact mechanism of action. *See, e.g.,* Keppra Label at 5 ("The precise mechanism(s) by which levetiracetam exerts its antiepileptic effect is unknown"); Patsalos 2000 ("Although the mechanism of action is not fully understood, in vitro assays performed on crude membranes suggest that levetiracetam selectively binds to brain cell membranes in the CNS in a reversible, saturable, and stereoselective fashion.") (citing Noyer); UCB_BRIV_00420110 ("Brivaracetam displays a high and selective affinity for synaptic vesicle protein 2A (SV2A) in the brain, which

may contribute to the anticonvulsant effect. However, the precise mechanism of action by which BRIVIACT® exerts its anticonvulsant activity is not known.").

255. The general formula of levetiracetam derivatives tested in Noyer is shown below. *See id.* at Table 1.



256. First, consistent with other prior art teachings, Noyer disclosed that the (R) enantiomer of levetiracetam "displayed about 1000 times less affinity" for the levetiracetam binding site. *Id.* at 141; *see also, e.g.,* Gouliaev at 206; Prous at 112-113; Gobert '639 patent at 1:29-37, Tables I, II. Noyer concluded that the (S) stereoisomer at position 2 of the butanamide group was a structural requirement for significant activity at the LBS. *Id.* at 144. Thus, a POSA would have understood the critical importance of using the (S) configuration at this position.

257. Noyer further disclosed a relationship between binding affinity (measured with Ki or pKi) and the length of the $R_1$ alkyl chain in levetiracetam derivatives. *Id.* at 142. As Noyer explains, piracetam (i.e., when $R_1$ is a hydrogen atom) was the least active (pKi = 4.5± 0.1) and levetiracetam (i.e., when $R_1$ is an ethyl group) was the most active compound (pKi = 6.1 ±0.1). *Id.*; *see also id.* at Table 1. Noyer taught that the "methyl homologue (compound 3) and the homologues with longer alkyl chain displayed intermediate affinities." *Id.* Based on these teachings, a POSA would have decided not to modify the ethyl group in levetiracetam ($R_1$ in the above general formula).

258. Noyer further disclosed that modifying the $R_2$ group from $CO-NH_2$ (a primary amide) in levetiracetam to $CO-NH-CH_3$, $CO-NH-CH_2$-phenyl, $CS-NH_2$, or $CO-OH$ "produced

profound reduction of the affinity." *Id.*; *see also id.* at Table 1. Noyer concluded that the use of the unsubstituted acetamide ($R_2$ = $CO\text{-}NH_2$) is a structural requirement for significant activity at the LBS. *See* Noyer at 144; *see also* Gouliaev at 205-206 (summarizing the structure-activity relationship of the racetams and showing that the pyrrolidone ring and the acetamide moiety are important for activity). Based on these teachings, a POSA would have decided not to modify the primary amide group ($CO\text{-}NH_2$) of levetiracetam.

259. Noyer also taught that changing the 2-pyrrolidinone ring, e.g., by increasing the size of the ring by adding a methylene group to the ring, or by removing a methylene group to open the ring (compounds 11 and 12), "produced profound reduction of the affinity." *Id.*; *see also id.* at Table 1; *see also* Gouliaev at 205. Based on these teachings, a POSA would have decided not to modify the 2-pyrrolidinone ring by changing the size of the ring or by opening the ring.

260. I understand that Plaintiffs may argue that a POSA would have modified levetiracetam to include a thioamide group in some form based on Noyer's disclosure of a 2-thio-pyrrolidine derivative of levetiracetam (compound 10), which "was equiactive to levetiracetam." *See* Noyer at 142. I disagree. In identifying a lead compound, a POSA would have considered potential toxicity. In the case of compound 10, the thioamide group would have raised concerns of potential liver damage caused by the metabolic oxidation of the sulfur group (*S*-oxidation). For example, a POSA would have been aware of the hepatotoxicity of the anti-tuberculosis drug

ethionamide, which is known to undergo *S*-oxidation via flavin-containing mono-oxygenase in rodent models. *See* Ruse[9] at abstract. Furthermore, Hillhouse[10] states:

> There is now substantial evidence linking inactivation of enzymes and tissue damage with reactive metabolites generated during the biotransformation of thioamides to amides. The biological oxidation of thioamides, which may be accomplished principally by FAD-containing monooxygenase (MFMO), seems most likely to proceed at first by generation of the corresponding thioamide *S*-oxide.

*See* Hillhouse at 169.

261.    In view of the above teachings, a POSA would have understood and appreciated that there existed certain constraints on structural modifications that could be made to levetiracetam, while still preserving (or improving) its antiepileptic activity.   In view of these constraints, a POSA would have narrowed potential modifications to levetiracetam to varying the substitutions on positions 3, 4, or 5 of the 2-pyrrolidinone ring.   A POSA would have found modifying this limited number of positions, as discussed further below, at least obvious to try.

262.    Further, a POSA would have reasonably expected that adding certain substituents to positions 3, 4, or 5 of the 2-pyrrolidinone ring of levetiracetam would not substantially alter the therapeutic effect of the compound.   For example, GB '692 taught that compounds in which at least one of the hydrogen atoms on positions 3, 4, or 5 of the 2-oxo-pyrrolidine ring is replaced by an alkyl, alkenyl, or alkynyl radical containing 1 to 6 carbon atoms also had the same pharmacological activities as levetiracetam. *See, e.g.,* GB '692 at 2.

---

[9] Ruse et al., "*The effect of methimazole on thioamide bioactivation and toxicity*," Toxicology Letters, Vol. 58, pp. 37-41 (1991) ("Ruse").

[10] Hillhouse et al., "*Thiono compounds, 7.Oxication of Thioamides in Relation to Adverse Biological Effects*," Phosphorous and Sulfur and the Related Elements, Vol. 26, pp. 169-184 (1986) ("Hillhouse").

> **2. A POSA would have been motivated, with a reasonable expectation of success, to modify levetiracetam by adding a substituent at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring**

263.    Prior art teachings regarding other 2-oxo-pyrrolidine derivatives with CNS activity, including anticonvulsant agents useful for treating disorders such as epilepsy, would have guided a POSA to modify levetiracetam by adding a substituent at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring.  As I explain below, the prior art taught that adding a substituent at the 4-position of the 2-oxo-pyrrolidine ring of piracetam was most compatible with the development of an antiepileptic agent.

264.    For example, Bobkov disclosed a 4-phenyl analog of piracetam that was the most active compound among a few 2-oxo-pyrrolidone derivatives tested for anticonvulsant activity. Bobkov at 464; *see also* Glozman, Tables 1, 2.  Among the several experiments demonstrating the utility of 4-substitution of piracetam was a rat model implanted with cobalt to induce epileptiform activity while the sensomotor cortex, hippocampus, and thalamus were examined.  Bobkov at 466.  It was demonstrated that 4-phenyl piracetam suppressed epileptiform activity in all three regions of the brain examined at a dose of 20 mg/kg (see figure below).  Bobkov at Figure 1.  A POSA would have understood that these data, especially taken together with other prior art (*see, e.g.,* Gouliaev and EP '490), teach a preference for substitution at the 4-position of the piracetam scaffold.  Thus, in seeking to modify levetiracetam to improve lipophilicity without losing antiepileptic activity, a POSA would have initially designed analogs with 4-substitution.



Fig. 1A. Effect of 4-phenylpiracetam on the epileptiform activity in the sensomotor cortex, thalamus, and hippocampus of rats induced by cobalt implantation. (1) Before, (2) after injection of 4-phenylpiracetam in a dose of 20 mg/kg.

265.   EP '490 explained that it was "known that 4-substituted derivatives of 2-oxo-1-pyrrolidine acetamide are valued psychotropic agents that, in animals and man, restore cognitive function that has been damaged as a result of various pathologies."  EP '490 at 2, ll. 6-8.

266.   Further, the extensive review of Gouliaev of 660 piracetam and related nootropics, revealed that the 4-position of the piracetam primary amide scaffold was the overwhelmingly preferred point of substitution of the 2-pyrrolidone ring used to generate nootropic analogs (e.g., structures 3, 19, and 20).  (*see* Gouliaev at 183, 186, 191, 192, and 196.)  The two main piracetam analogs discussed were 4-position analogs: oxiracetam and 4-phenylpiracetam[11].  *See id*. 183 and 191.

267.   A POSA would have found these teachings instructive because of the structural similarities between levetiracetam, piracetam and piracetam derivatives as they all share the 2-oxo-pyrrolidine ring to which an acetamide group is attached.  *See, e.g.,* Perucca at 516 ("[l]evetiracetam (ucb L059) is a piracetam derivative"); Löscher at 474 (explaining that

---

[11] 4-phenylpiracetam, also known as carphedon, was developed in Russia as a stimulant and was used there as a nootropic prescription for various types of neurological diseases.

levetiracetam was "a derivative" of piracetam); Gouliaev at 185, 198 (discussing piracetam and "some of its analogues," including UCB L059, i.e., levetiracetam).  Further, a POSA would have found these teachings instructive because levetiracetam, piracetam and piracetam derivatives were all known to be compounds targeting the central nervous system.

268.    Prior art teachings related to other 2-pyrrolidinone derivatives with CNS activity would have similarly guided a POSA to add a substituent at the 4-position 4 its 2-pyrrolidinone ring.  For example, CA '319 and WO '683 disclosed 2-pyrrolidinone derivatives with at least one substituent (such as a $C_{1-10}$ alkyl) at the 4-position that could be used for the prophylaxis and treatment of disorders of the central nervous system such as epilepsy.  *See* CA '319 at 3, 5; WO '683 at 2, 4.  In particular, CA '319 and WO '683 taught that the substitution at position 4 of the pyrrolidinone ring is "essential," and that it is "necessary for at least one radicals $R^1$ and $R^2$ [which correspond to the 4-position of the pyrrolidinone ring] to be different from hydrogen. One of the radicals $R^1$ and $R^2$ is preferably a hydrogen atom, and other radical is preferably a $C_1$-$C_{10}$ alkyl radical, particularly preferably a $C_1$-$C_6$ alkyl radical."  *See* CA '319 at 5; WO '683 at 4.  This preference is reflected in the claims the applicants included in the WO '683 publication—two dependent claims restricted one of $R_1$ and $R_2$ to hydrogen, with the other a $C_1$–$C_{10}$ alkyl (with even more dependent claims having these limitations in the U.S. equivalent patent).  WO '683 also indicated a preference for the use of no substitutions at the 3 and 5 positions of that ring—the publication included two dependent claims limiting the 3-position ($R^3$ and $R^4$ in the generic Noyer structure) and 5-positions ($R^5$ and $R^6$ in the generic Noyer structure) to hydrogen, while there were no dependent claims directed to any other substituents at those positions.  *See* claims 2, 7.

269.     Based on these teachings, a POSA would have been motivated to add a lower alkyl ($C_1$-$C_6$) at the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that such modification would improve the compound's medicinal properties.

### 3. Propyl was an obvious substituent from a small number of choices to add to the 4-position f levetiracetam's 2-oxo-pyrrolidine ring

270.     As I explained above, it is my opinion that a POSA would have been motivated to add a lower alkyl ($C_1$-$C_6$) substituent at 4-position of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that such modification would improve the compound's medicinal properties.  I also explained above in Section VII.B.2 that lipophilicity was known as an important characteristic for a compound targeting the central nervous system.  Further, I explained above in Section IX.A, a POSA would have been motivated to increase levetiracetam's lipophilicity and would have decided to accomplish this by adding a $C_1$-$C_6$ alkyl unit to the 4-position of the 2-pyrrolidinone ring present in levetiracetam.  *See, e.g.*, WO '683 at 4; claims 2,7.

271.     Based on substantial prior art, a POSA would have considered the 4-position of levetiracetam to be preferred in generating a BBB-permeating analog without negatively impacting its therapeutic activity.  As mentioned previously, the extensive review of Gouliaev revealed that the 4-position of the piracetam primary amide scaffold was the overwhelmingly preferred point of substitution of the 2-pyrrolidone ring.  (*see* Gouliaev at 183, 186, 191, 192, and 196.)

272.     Additionally, the prior art disclosed a levetiracetam analogue with a methyl group at the 4-position of the 2-oxo-pyrrolidine ring as useful for treating disorders, including epilepsy.  *See* GB '692 at 1; *see also id.* at 6 (disclosing 2-(4-methyl-2-oxo-pyrrolidino)-butyramide)).  Given that a levetiracetam analogue with a $C_1$ alkyl substituent (i.e., methyl) at the 4-position of the 2-oxo-pyrrolidine ring was known in the art, the logical next step for a POSA would have been to

prepare and test a levetiracetam analogue with a $C_2$-$C_6$ alkyl substituents (i.e., ethyl, propyl, butyl, pentyl, hexyl) at the 4-position of the 2-pyrrolidine ring.

273.    Further, a POSA would have expected adding an alkyl chain at this location of levetiracetam to increase the molecule's lipophilicity.  Thus, a POSA would have considered the effect of adding an alkyl substitute on both the general oral bioavailability and on BBB permeability.

274.    As I explained above, the prior art disclosed preferred lipophilicity ranges for CNS agents, including anticonvulsants.  *See* Waterbeemd at 162; Fig. 7 (teaching the lipophilicity constraint of log *D* (or log *P* for non-ionizable compounds) in the range of 1 - 4, where D is the 1-octanol/water distribution coefficient taken at the physiological value of pH (pH = 7.4 in the case of penetration to the brain)).  Thus, a POSA would have been motivated to improve levetiracetam's lipophilicity given the parameters known in the art.  *See* Section IX.A.  Based on the prior art teachings, a POSA would have considered adding alkyl groups to improve levetiracetam's hydrophobicity.  *See, e.g.,* Wong.

275.    In prioritizing the size and identity of the 4-substuent to be included in the 2-oxo-pyrrolidine ring of levetiracetam, a POSA would have employed methods developed to predict BBB permeation.  Levin elucidated a relationship between the permeability coefficient (*Pc*) in rat brain capillaries and the octanol/water partition coefficient (*P*) and molecular weight (*M*r); this relationship is expressed in the equation log $Pc = -4.605 + 0.4115$ log $[P(Mr)^{-1/2}]$.  Levin at 684. Using this quantitative approach, a POSA would have calculated representative log *P* values.[12]  A

---

[12] A POSA would have used available tools such as the modeling program known as Cerius2 to calculate log *P* values based on the AlogP98 descriptor.  *See, e.g.,* Egan, "Prediction of Drug Absorption Using Multivariate Statistics," J. Med. Chem., Vol. 43, pp. 3867-3877 (2000), at p. 3871. ChemDoodle (v. 11.3) can be used to calculate the AlogP98 descriptor.

POSA would have been able to predict that the increased lipophilicity afforded by an added propyl group would lead to a 250% increase in the permeability coefficient relative to levetiracetam.

276.    In view of the impact on lipophilicity and subsequent effects, a POSA would not have been motivated to add a hydroxyl, or methyl group at the 4-position of the levetiracetam pyrrolidinone scaffold, as indicated in the figure below.  A 4-hydroxyl substituent is predicted to reduce permeability to less than half that of levetiracetam.  A 4-methyl substitution offers virtually no improvement relative to levetiracetam.  Thus, a POSA would have established an order of lipophilicity for levetiracetam and levetiracetam with 4-propyl, 4-methyl, and 4-hydroxyl substitutions,[13] which would have motivated a POSA to add a propyl group to the 2-oxo-pyrrolidine ring of levetiracetam.  Using similar logic, a POSA would have also considered longer alkyl chains such as butyl or pentyl as 4-substitution analogs to be potentially examined subsequently.

---

[13] This predicted order of lipophilicity compares well with the order of lipophilicity obtained for these compounds when using more recent log $P$ predictors or experimentally determined log $P$ values.

Levin's Equation: $\log P_c = -4.605 + 0.4115 \log [P(M_r)^{-1/2}]$

Levetiracetam

MW = 170
$\log P = -0.13$
$P_c\ (\times 10^{-5}) = 0.77$

poor results →

MW = 186
$\log P = -1.16$
$P_c\ (\times 10^{-5}) = 0.28$

poor results

250% increase in permeability

add 4-propyl group

MW = 184
$\log P = 0.12$
$P_c\ (\times 10^{-5}) = 0.95$

MW = 212
$\log P = 0.90$
$P_c\ (\times 10^{-5}) = 1.93$

propyl significantly improves permeability while remaining a conservative design change

277.    A POSA would have understood that there are two $C_3$ alkyl groups: propyl and isopropyl.  The prior art taught that an approach to increasing lipophilicity (i.e., lipid solubility) is to increase the number of methylene groups present in a drug and to avoid alkyl chain branching, which leads to diminished $\log P$ values.  *See* Pardridge at 1783 and Wong at 928.  A linear $C_3$ alkyl group is known as a propyl group (or more formally as an n-propyl group); this group contains two methylene units capped by a methyl group.  The other $C_3$ alkyl isomer is isopropyl (a branched $C_3$ alkyl group), which contains no methylene units.  Thus, a POSA would have been motivated to prioritize n-propyl for substitution of the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam.

278.    Waterbeemd selected 88 compounds (88) for validation of property-based estimation of BBB uptake (Table II).  Of these 22 had central nervous system (CNS) activity and

the remaining 66 compounds were inactive. Only one out of the 22 CNS-active compounds had a log $D$ less than zero (sulpiride). *See* Waterbeemd at 66. Taken together with insights from the Levin paper, a POSA would have considered the negative log $P$ of levetiracetam to be an undesirable property. By contrast, a POSA would have used readily available modeling programs to determine the log $P$ (and therefore log $D$) of the 4-propyl analog of levetiracetam, which would have been positive and therefore favoring partitioning into an organic phase. In fact, log $D$ and MW of the 4-propyl analog of levetiracetam nearly perfectly coincide with the CNS drug meprobamate, which is one of the compounds included in the CNS-active data set used by Waterbeemd (Table II). *See* Waterbeemd at 156.

279. Based on Waterbeemd, a POSA would have found confirmation in the fact that, although levetiracetam was orally bioavailable, there was much room for improvement of this important drug parameter. On a plot of MW versus log $D$, Waterbeemd identified a region containing CNS-active drugs (see box in the plot below). *See* Waterbeemd at 162. In this plot, levetiracetam would appear near the edge of the box and away from the highest cluster of CNS-active drugs, a non-ideal situation. By including a 4-propyl substituent on levetiracetam, the resulting compound would have a MW and log $D$ that would position it further into the box and closer to other orally available CNS-active drugs (see figure below).



280.   Thus, a POSA would have been motivated to add a propyl group at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring.  At the very least, adding a propyl substituent at this position would have been an obvious choice to try and routinely test from among a small number of options suggested by the prior art.

281.   In my opinion, a POSA would have understood that adding a propyl group at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring involved only one modification to the levetiracetam, which was a small conservative change to the lead compound.  A POSA would have considered such small conservative change a preferred approach for optimizing the lipophilicity

of levetiracetam. For all the reasons discussed, a POSA would have reasonably expected that modifying levetiracetam by adding a propyl group to the 4-position of levetiracetam's 2-oxo-pyrrolidine ring would improve levetiracetam's lipophilicity without undermining levetiracetam's other advantageous properties.

282.    Based on the prior art teachings discussed above, a POSA would have reasonably expected that adding a propyl group to the 4-position of the 2-pyrrolidine ring of levetiracetam would lead to a compound useful for treating CNS disorders such as epilepsy. For example, GB '692 disclosed 2-oxo-pyrrolidino amide compounds with a $C_1$ alkyl (i.e., methyl) group at the 4-position of the 2-oxo-pyrrolidine ring as compounds useful for treating disorders such as epilepsy. *See* GB '692 at 1; *see also id.* at 2 (disclosing (4-methyl-2-oxo-pyrrolidino)-acetamide)); *see also id.* at 6 (disclosing 2-(4-methyl-2-oxo-pyrrolidino)-propionamide and 2-(4-methyl-2-oxo-pyrrolidino)-butyramide)). Additionally, the prior art taught that 2-pyrrolidinone derivatives with $C_1$-$C_6$ alkyl substituent at the 4-position had anticonvulsant properties useful for treating disorders such as epilepsy. *See, e.g.,* CA '319 at 5.

283.    For these reasons, it is my opinion that a propyl substituent at the 4-position of the levetiracetam's 2-oxo-pyrrolidine ring would have been one of the first modifications that a POSA would have considered to improve levetiracetam's ability to cross the blood-brain barrier.

### 4. Preparing the (4R) and (4S) diastereoisomers of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide would have been obvious

284.    A POSA would have known that adding a propyl group to the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam would create a chiral center. A POSA would have invariably prepared and tested each stereoisomer for antiepileptic activity. First, the FDA Guidance taught "[a]ppropriate manufacturing and control procedures should be used to assure stereoisomeric composition of a product, with respect to identity, strength, quality and purity." FDA Guidance at

2.  The FDA Guidance also taught that "[p]harmacokinetic evaluations that do not use a chiral assay will be misleading if the disposition of the enantiomers is different. Therefore, techniques to quantify individual stereoisomers in pharmacokinetic samples should be available early. If the pharmacokinetics of the enantiomers are demonstrated to be the same or to exist as a fixed-ratio in the target population, an achiral assay or an assay that monitors one of the enantiomers may be used, subsequently." *Id*.

285.    Additionally, the preparation of pure enantiomers of chiral compounds was a well-developed process before the earliest priority date, including the use of asymmetric synthesis techniques. *See e.g.,* March at 116.  Prior art textbooks also taught that diastereomers could be separated from one another by using a variety of techniques that take advantage of their different physical properties, such as fractional crystallization and liquid chromatography. *See, e.g.,* March at 121.

286.    Further, it was known that levetiracetam is highly stereoselective.  For example, Gobert '639 patent teaches that the L enantiomer (otherwise known as the S stereoisomer) of levetiracetam has "10 times higher activity against hypoxia (antihypoxia)" and "4 times higher protective activity against ischemia (antiischemia)" than the corresponding racemic form.  *See* Gobert '639 patent at 1:29-37; *see also id.* Tables I, II; *see also* Noyer at 137, 141.  Therefore, a POSA would have been motivated to prepare and test the R and the S diastereoisomers created due to attaching a propyl group to position 4 of the 2-oxo-pyrrolidine ring of levetiracetam.

287.    While a POSA may not have known which of the two diastereoisomers would lead to pharmaceutical activity until they were tested, the results of such testing would not have been unexpected but would simply have been the result of simple, routine experimentation.  Here, a POSA would have had a reasonable expectation of success in testing which diastereoisomers

demonstrated higher activity than the other, as there were only two possible outcomes.  Further, as there were only two possible outcomes, it would be obvious to try both configurations.  And, a POSA would have been able to determine that the (4R) diastereoisomer of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide was preferred using ordinary skill in the art.

### C.  Objective Indicia

288.    I am not aware of any objective indicia of nonobviousness, including commercial success, long-felt but unsolved need, failure of others, unexpected results, or teaching away, that would support the nonobviousness of the Asserted Claims of the '461 patent.  I understand that Plaintiffs may put forth expert opinions regarding objective indicia.  I reserve the right to address any objective indicia raised by Plaintiffs.

### D.  Claims 1-5 of the '461 Patent Would Have Been Obvious Over the Prior Art

#### 1.  Claims 1 and 5

289.    Claim 1 is directed to (4R) and (4S) diastereoisomers of (2S)-2-[2-oxy-4-propylpyrrolidinyl]butanamide, or a pharmaceutically acceptable salt thereof.  Claim 5 recites (2S)-2-[(4R)-2-oxy-4-propylpyrrollidinyl]butanamide  (brivaracetam)  or  a  pharmaceutically acceptable salt thereof.  The structure of brivaracetam is shown below:



Brivaracetam
(*2S*)-2-[(*4R*)-2-oxo-4-propylpyrrolidinyl]butanamide

290.    As I explained above in Section IX.A, POSA would have been motivated to select levetiracetam as a lead compound for further development of a compound for treating epilepsy, a

84

disorder of the central nervous system. I also explained above in Section IX.B that a POSA would have been motivated to add a propyl group to position 4 of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that at least one of the resulting (4R) and (4S) diastereoisomers would have antiepileptic activity useful for treating epilepsy.

291.    I also explained in Section IX.B.4 that a POSA would have invariably prepared and tested each of the resulting (4R) and (4S) diastereoisomers for antiepileptic activity. While a POSA may not have known which of the two diastereoisomers would lead to pharmaceutical activity until they were tested, the results of such testing would not have been unexpected but would simply have been the result of simple, routine experimentation. Here, a POSA would have had a reasonable expectation of success in testing which diastereoisomers demonstrated higher activity than the other, as there were only two possible outcomes. Further, as there were only two possible outcomes, it would be obvious to try both configurations. And, a POSA would have been able to determine that the (4R) diastereoisomer was preferred using ordinary skill in the art.

292.    Therefore, it is my opinion that claims 1 and 5 of the '461 patent would have been obvious in view of the Brivaracetam References.

### 2. Claim 2

293.    Claim 2 of the '461 patent depends from claim 1 and is directed to a pharmaceutical composition comprising "an effective amount" of a compound according to claim 1 and "a pharmaceutically acceptable diluent or carrier." As explained above, it is my opinion that claim 1 would have been obvious in view of the Brivaracetam References.

294.    Further, it would have been obvious to a POSA to prepare a pharmaceutical composition containing brivaracetam and "a pharmaceutically acceptable diluent or carrier". The prior art disclosing related compounds for treating disorders such as epilepsy disclosed

pharmaceutical compositions containing an active pharmaceutical ingredient and "a pharmaceutically acceptable diluent or carrier".  For example, GB '692 disclosed pharmaceutical compositions comprising the compounds of formula (I).  GB '692 taught such compositions "contain, as active constituent, an N-substituted lactam of general formula (I) and solid or liquid pharmaceutical excipients commonly used for the preparation of formulations suitable for oral, parenteral and rectal administration."  *Id.* at 3; *see also id.* at 8 ("[p]harmaceutical compositions, comprising at least one compound of the general formula given in claim 1, in admixture with a solid or liquid pharmaceutical excipient").  A POSA would have understood that pharmaceutical excipients include pharmaceutically acceptable diluents or carriers.  And oral drug formulations are generally formulated using a diluent or carrier.

295.    As another example, Gobert '639 patent taught that levetiracetam can be administered orally, in solid or liquid formulations, or parenterally, and discloses an exemplary capsule formulation containing 100 mg of levetiracetam.  *See* Gobert '639 Patent at 9:13-10:15.  Gobert '639 Patent explained "[p]harmaceutical forms such as solutions or tablets are prepared according to conventional pharmaceutical methods," and that "the solid or liquid pharmaceutical carriers used in these compositions are well known."  *Id.* at 9:18-26.

296.    Similarly, CA '319 and WO '683 disclosed pharmaceutical formulations containing a pharmaceutically acceptable carrier.  *See, e.g.,* CA '319 at 9-10; WO '683 at 8.

297.    As yet another example, Keppra Label disclosed tablets containing 250, 500 and 750 mg levetiracetam and inactive ingredients: colloidal silicon dioxide, corn starch, hydroxypropyl methylcellulose, magnesium stearate, polyethylene glycol 4000, povidone, talc, titanium dioxide and coloring agents, one or more of which are pharmaceutically acceptable diluents or carriers.  *See* Keppra Label at 5.

298.     Indeed, the '461 patent acknowledges that preparing a pharmaceutical composition comprising the disclosed compounds would have required merely conventional techniques and was within the skill of the person of ordinary skill in the art.  *See, e.g., id.* at 22:32-37 ("To prepare a pharmaceutical composition according to the invention, one or more of the compounds of formula I or a pharmaceutically acceptable salt thereof, is intimately admixed with a pharmaceutical diluent or carrier according to conventional pharmaceutical compounding techniques known to the skilled practitioner.").

299.     Additionally, it would have been obvious to a POSA to prepare a pharmaceutical composition containing an effective amount of brivaracetam.  Effective amounts of levetiracetam for treating epilepsy were known in the art.  For example, Sharief disclosed a clinical trial of levetiracetam (ucb L059) administering ascending doses from 500 to 2000 mg per day to patients with epilepsy.  Sharief at 107.  Sharief taught that levetiracetam was "well tolerated," and that treatment with levetiracetam "was associated with a significant reduction in partial seizures as compared with baseline or placebo."  *Id.* at Abstract.  Sharief concluded that "the good tolerability profile and maintained antiepileptic activity of ucb L059 suggests that it is an effective drug in the long-term management of patients with intractable partial epilepsy."  *Id.* at 112.

300.     As another example, Abou-Khalil disclosed results from pooling data from two centers participating in an add-on, open-label, extension trial of ucbL059.  *See* Abou-Khalil. "Patients enrolled in the preceding double-blind, placebo-controlled study had $\geq 4$ partial seizures per month on a stable dose of 1-2 antiepileptic drugs (AEDs).  Following a 12-week single-blind placebo baseline phase, patients were randomized to ucbL059 or placebo. After completion of the double-blind study, patients entered a year-long extension study in which they were blindly titrated over six weeks to ucbL059 1500 mg bid. This titration phase was followed by open-label treatment

during which the same baseline." *Id.* From the disclosed results, Abou-Khalil concluded that "ucbL059 appears to be an effective and well tolerated adjunctive agent in the treatment of refractory partial onset seizures." *Id.; see also, e.g.,* Shorvon, Crawford, Ben-Menachem, Perucca.

301.   Further, levetiracetam was approved in November 1999 as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy, and that "[t]reatment should be initiated with a daily dose of 1000 mg/day, given as twice daily dosing (500 mg BID). Additional dosing increments may be given (1000 mg/day additional every 2 weeks) to a maximum recommended daily dose of 3000 mg." Keppra Label at 21.

302.   Based on the known effective amounts of levetiracetam, it would have been routine for a POSA to determine an effective amount of brivaracetam.

303.   Therefore, it is my opinion that claim 2 of the '461 patent would have been obvious in view of the Brivaracetam References.

### 3. Claims 3 and 4

304.   Claim 3 of the '461 patent recites "[a] method for treating epilepsy, epileptogenesis, seizure disorders, convulsions, bipolar disorders, mania, depression, anxiety, migraine, neuralgia, chronic pain, neuropathic pain, cerebral ischemia, cardiac arrhythmia, myotonia, cocaine abuse, stroke, myoclonus, essential tremor, neonatal cerebral haemorrhage, amyotrophic lateral sclerosis, spasticity, Parkinson's disease, bronchial asthma, asthmatic status and allergic bronchitis, asthmatic syndrome, bronchial hyperreactivity and bronchospastic syndromes as well as allergic and vasomotor rhinitis and rhinoconjunctivitis, in a mammal in need of such treatment, comprising administering a therapeutic dose of at least one compound according to claim 1." Claim 4 depends from claim 3 and further states that "the condition to be treated is epilepsy, neuropathic pain, bipolar disorder or migraine." Thus, both claims 3 and 4 are directed to method of treating various

diseases and disorders including "epilepsy" by administering a therapeutic dose of at least one compound of claim 1.

305.     As I explained above, claim 1 would have been obvious to a POSA.  Further, the prior art discloses levetiracetam was useful for treating epilepsy.  *See* Sections VII.B.4 and IX.A. I also explained above, a POSA would have reasonably expected that modifying levetiracetam by adding a propyl group to position 4 of the 2-oxo-pyrrolidine ring would yield a compound with similar and improved properties for treating patients with epilepsy.  *See* Section IX.B.

306.     Therefore, it is my opinion that claims 3-4 of the '461 patent would have been obvious in view of the Brivaracetam References.

## X.     SUPPLEMENTATION OF OPINIONS

307.     I reserve the right to adjust or supplement my opinions in light of additional information that may be brought to my attention.  I also reserve the right to amend or supplement my analysis in light of any critique of my report or opinions advanced by or on behalf of Plaintiffs or in light of any additional facts.

# EXHIBIT 2

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

1 (1 to 4)

---

**1**

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF DELAWARE
 2
          CASE NO. 20-987 (CFC) (Consolidated)
 3

 4
    UCB, INC., and UCB BIOPHARMA SRL,
 5
                Plaintiffs,
 6
          vs.
 7
    ANNORA PHARMA PRIVATE LIMITED, et
 8  al.,

 9                Defendants.
    ------------------------------------/
10

11

12
          VIDEOTAPED DEPOSITION OF:
13        SALVATORE D. LEPORE, PHD

14

15            Pages 1 to 271

16
          Thursday, May 26, 2022
17        8:56 a.m. - 5:01 p.m.

18

19
          Saul, Ewing, Arnstein & Lehr, LLP
20            200 East Las Olas Boulevard
                  Suite 1000
21            Fort Lauderdale, Florida  33301

22

23        STENOGRAPHICALLY REPORTED BY:
          NANCY E. PAULSEN, CRR, CRC, RPR, FPR, RSA
24

25
```

**2**

```
 1              APPEARANCES:

 2
    On Behalf of the Plaintiffs
 3
        ALEXA R. HANSEN, ESQUIRE
 4      TOBY MA, ESQUIRE
        Covington & Burling, LLP
 5      415 Mission Street
        San Francisco, California  94105-2533
 6      415-591-7035
        Ahansen@cov.com
 7      Tma@cov.com

 8

 9
    On Behalf of the Defendants MSN and Apotex
10
        NOORI TORABI, ESQUIRE
11      Winston & Strawn, LLP
        101 California Street
12      35th Floor
        San Francisco, California  94111
13      415-591-1000
        Ntorabi@winston.com
14

15

16  On Behalf of the Defendant Annora

17      JULIE A. VERNON, ESQUIRE (Via Telephone)
        Carlson Caspers
18      Capella Tower, Suite 4200
        225 South Sixth Street
19      Minneapolis, Minnesota  55402
        612-436-9625
20      Jvernon@carlsoncaspers.com

21

22
    Also Present:
23
        Ashley Taylor, Videographer
24

25
```

**3**

```
 1                I N D E X

 2  Deponent                                    Page

 3  SALVATORE D. LEPORE, PhD

 4  DIRECT EXAMINATION BY MS. HANSEN               6

 5

 6  CERTIFICATE OF REPORTER                      270

 7  CERTIFICATE OF OATH                          271

 8

 9            E X H I B I T S

10  No.     Description                        Page

11  Exhibit 1    Lepore's opening report............  10

12  Exhibit 2    Exhibit A to Lepore's opening     10

13               report (Lepore's CV)..............

14  Exhibit 3    Exhibit B to Lepore's opening     10

15               report (materials considered

16               list).............................

17  Exhibit 4    Lepore's rebuttal report..........  24

18  Exhibit 5    Exhibit A, materials considered   24

19               for rebuttal report..............

20  Exhibit 6    Lepore's reply report.............  33

21  Exhibit 7    Materials considered to Lepore's  33

22               reply report......................

23  Exhibit 8    Silverman article.................  43

24  Exhibit 9    Patsalos 1994.....................  63

25  Exhibit 10   Stables article...................  87
```

**4**

```
 1  Exhibit 11   Keppra label......................  88

 2  Exhibit 12   Perucca 1999......................  95

 3  Exhibit 13   Lehmann article, in Spanish....... 125

 4  Exhibit 14   Lehmann article translated to    125

 5               English...........................

 6  Exhibit 15   Defendant's Amended Invalidity   175

 7               Contentions.......................

 8  Exhibit 16   Waterbeemd article................ 186

 9  Exhibit 17   Noyer paper....................... 198

10  Exhibit 18   GB '692........................... 221

11  Exhibit 19   Patent application CA '319........ 228

12  Exhibit 20   WO '683........................... 228

13  Exhibit 21   Gouliaev reference................ 232

14  Exhibit 22   Bobkov reference.................. 249

15  Exhibit 23   Glozman reference................. 249

16  Exhibit 24   Litina reference.................. 259
```

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

10 (37 to 40)

---

37

1  modified in that article. And -- and so a POSA would
2  have thought, okay, that's -- maybe those need to be
3  examined. And, of course, you -- one doesn't read the
4  Noyer article in a vacuum, it's -- it's in the context
5  of the literature. And -- ad so a POSA would have
6  realized that others had come to conclusions such as
7  that.
8       But again, just in the context of the Noyer
9  article, a POSA would have found it obvious to try to
10  modifying the 3-, 4-, and 5-position, again, just based
11  on that article and its -- and related literature.
12      Again, that's not the totality of my opinions,
13  but just in the context of the -- of this paragraph and
14  the Noyer article.
15      Q.  Are you aware that obvious to try is a legal
16  principle?
17      MS. TORABI:  Objection, calls for a legal
18      conclusion.
19      A.  Again, I'm not aware that it's a legal
20  principle -- or a legal word. I don't -- I'm going to
21  leave that for lawyers to discuss.
22      It would have been an obvious thing to do. We
23  can say try, do. When you say try in the world of
24  science, it means go make the compound, test the
25  compound. And so we say try it, let's try -- in a more

---

38

1  vernacular way, let's try it.
2       But what's meant there is one would have
3  considered synthesizing the compound and testing it
4  biologically. And we say that you are trying that
5  position. So it would have been obvious to try.
6  BY MS. HANSEN:
7       Q.  Okay. So you are not using that phrase
8  "obvious to try" in its legal connotation; is that
9  right?
10      A.  I'm not --
11      MS. TORABI:  Objection, calls for a legal
12      conclusion.
13      A.  Yeah, I'm just using the phrase writing this
14  as an expert, as a scientist, and I'm not writing this
15  as a -- as a -- as an attorney or having any legal
16  training whatsoever.
17  BY MS. HANSEN:
18      Q.  Okay.
19      A.  So if it happens to coincide with the legal
20  definition, which, again, is beyond me, that's great.
21  But -- perhaps. But I'm not causing -- I'm not going to
22  conclude that.
23      Q.  Okay. So you're not offering any opin- -- any
24  leg- -- any opinions under the legal standard of
25  obviousness to try in the context of your report?

---

39

1       MS. TORABI:  Objection, asked and answered,
2       calls for a legal conclusion.
3       A.  That doesn't quite sound right there. I
4  was ex- -- it was explained to me what the legal -- you
5  know, what -- what was the -- the legal standard.
6  BY MS. HANSEN:
7       Q.  Um-hum (affirmative).
8       A.  And I listed those in my report. And to the
9  best of my ability, not being an attorney, not being
10  legally trained, I tried to apply those to the science
11  in coming up with my opinions.
12      So -- but I am not offering any legal
13  opinions. I'm just trying to use the legal standards
14  that were included in this report and that were
15  explained to me and my understanding of them as a
16  non-attorney, a non-legally trained person, to the best
17  of my ability to -- to give an opinion.
18      Q.  Okay. Now, if we turn back to page 8 of your
19  opening report where you set forth the standard for
20  obviousness that you applied, you do not set forth a
21  standard for obvious to try; correct?
22      A.  Well, I mean, to my mind, as a non-legally
23  trained person, I -- I think the idea is here. I
24  don't -- again, I'm not speaking to the legal
25  definition. The idea is when I'm saying something --

---

40

1  when you're having a reasonable expectation of success
2  in the mind of a scientist, it means you're -- if you
3  did make it and you tested it, that it would be
4  successful.
5       Q.  Um-hum (affirmative).
6       A.  So I think that idea includes in it the idea
7  that one would try it, a POSA would try it.
8       I'm not saying that that -- that that's the
9  legal definition of obvious to try. I don't see it
10  written here, I don't remember seeing it written here,
11  and I'm not rendering any legal opinion.
12      But I'm just saying when -- and when I'm
13  saying something is obvious, it would have been obvious
14  to a POSA, it would have meant that in their mind, if
15  they tried it, if they made it and then they tested it,
16  that it would have led to expected results.
17      Q.  Okay.
18      A.  So that -- in that sense.
19      Q.  Understood.
20      We can set -- I mean, you should keep all your
21  reports handy, --
22      A.  Sure.
23      Q.  -- because we'll be going back and forth
24  between them, but let's turn to your reply report, which
25  is Exhibit 6.

---

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

11 (41 to 44)

41

1    A.  Okay.
2    Q.  And if you could turn to paragraph 26, which
3  is on page 8.
4    A.  I'm there.
5    Q.  And this is a discussion of what we started
6  talking about, homologation; right?
7    A.  Correct.
8    Q.  And you assert that the typical approach to
9  drug discovery for a compound like levetiracetam is to
10  use a homologous series of increasingly larger alkyl
11  chains; is that right?
12    A.  That it would have been -- so to make sure I
13  understand what you're saying, that given the low level
14  of lipophilicity of levetiracetam, a POSA would have
15  thought it obvious to increase its lipophilicity using
16  the, you know, Pardridge's -- Pardridge's, you know,
17  methodology, which is to add methylene units to the
18  compound to lipidize it.
19    And so -- so that's what I'm basically saying
20  here, that, of course, as I'm -- in this paragraph, I'm
21  saying that one could go too far, so there is an upper
22  limit, and that's what I'm describing here in this
23  paragraph.
24    Q.  So you are relying on Pardridge for the
25  concept of homologation, not Silverman?

42

1    A.  So the concept of homologation is known in the
2  literature.  I cited Silverman and Pardridge in my
3  various reports.  So I wouldn't say one to the exclusion
4  of the other.  I think the two reinforce each other.
5    Q.  Okay.  Do you intend to use Silverman to
6  support this idea at trial?
7    A.  So, again, not being legally trained, I tend
8  to give my opinions as I've expressed them in my reports
9  at trial.
10    Q.  Um-hum (affirmative).
11    A.  But, you know, I'm not sure what -- you know,
12  what's legally permissible, if it only has to be from
13  this report or that report or -- you know, again, I'm
14  not going to comment on that.
15    But, yes, I do think that the idea of
16  lipidization was -- was well-known in the literature.  I
17  cited a couple of references to that effect.  And they
18  did -- they do -- I think they do support my opinion.
19    Q.  Okay.  Now to clarify, I'm not talking about
20  lipidization, I'm talking about homologation.  Do you
21  intend to use Silverman to support an argument regarding
22  homologation?
23    MS. TORABI:  Objection, asked and answered.
24    A.  I -- I would say Silverman is part of my
25  opinion for the validity, the obviousness of using

43

1  homologation to lipidize a molecule, yeah.
2  BY MS. HANSEN:
3    Q.  Okay.  Now, in particular, in paragraph 26 you
4  cite to Silverman pages 16 and 17.  Do you see that?
5    A.  I do.
6    Q.  Okay.  And just so that you have it handy,
7  let's bring out Silverman.
8    And we'll mark this as Exhibit 8.
9    (Marked Deposition Exhibit 8.)
10  BY MS. HANSEN:
11    Q.  Now, let's take a look first at page 16.
12    A.  I'm there.
13    Q.  Okay.  Now, this is a -- the image, Figure
14  2.1, is an image that you copied into your reply report
15  at page -- at paragraph 55 on page 24?
16    I'm sorry, 20 -- this was in your -- I'm
17  sorry, this is in your rebuttal report.  So this is --
18  apologies.  Rebuttal report is Exhibit 4.
19    Yes, page 24, paragraph 55.
20    A.  Okay, I'm there.
21    Q.  And this chart is agnostic as to type of
22  compound; correct?
23    A.  The -- yeah, the -- the Figure 2.1, that's
24  correct.
25    Q.  And it's agnostic as to potency to what

44

1  biological effect; correct?
2    A.  That's correct.
3    Q.  So this is not particularly intended to focus
4  on 2-pyrrolidone compounds with respect to
5  anticonvulsant activity; correct?
6    MS. TORABI:  Objection, form.
7    A.  But this is a general medicinal chemistry
8  textbook, so this is meant to inform medicinal chemists
9  in applications.  And so in -- so I think a POSA would
10  read this and think, yeah, this would apply to saturated
11  heterocyclic compounds, such as piracetam derivatives,
12  and with the potency and the activity being
13  anticonvulsant activity.
14    So it -- but it doesn't explicitly talk about
15  anticonvulsant activity, but given that it's a textbook,
16  it's meant to serve as important background in forming
17  their own opinions about how to proceed.
18  BY MS. HANSEN:
19    Q.  Now, this chart, this bell curve, if you will,
20  tops out at a chain length of about seven carbons; is
21  that right?
22    A.  I agree it's -- that's correct.
23    Q.  And that aligns with what Silverman says in
24  the paragraph above where he says that "lengthening of
25  saturated carbon side chains from one to five" -- or

No. 449700
Re: Deposition of **Salvatore D. Lepore, Ph.D.**, Date: 5/26/2022
Case: UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Limited, et al.
Return to: transcripts@planetdepos.com

Acknowledgment of Deponent

I Salvatore D. Lepore, Ph.D., do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

Date: June 27, 2022

Salvatore D. Lepore, Ph.D.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 20-987 (CFC) |
| v. | ) | (Consolidated) |
| | ) | |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT 15B**

**DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2**

Plaintiffs' Motion in Limine No. 2 relies on legal labels to argue that Defendants and Dr. Lepore should not be allowed to pursue fully disclosed expert analysis supporting the obviousness of claim 5 of the '461 patent at trial. Plaintiffs' argument fails both legally and factually.

As a legal matter, Plaintiffs misconstrue the purported difference between obviousness generally and the obvious to try doctrine. They argue, without citation, that obvious to try is "a distinct legal theory of obviousness." Mot. at 1. That is incorrect. Obvious to try is one way to prove obviousness under certain circumstances; it is not a separate "theory of invalidity." *Id.* While "obvious to try is not the standard under § 103," the "meaning of this maxim is sometimes lost." *In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988). The Supreme Court explained that an invention may be obvious "[w]hen there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, [and] a person of ordinary skill in the art has good reason to pursue the known options within his or her technical grasp …" *KSR Intern. Co. v. Teleflex Inc.*, 550 U.S. 398, 421 (2007). This is what has become known as obvious to try—one of the numerous objective ways to assess obviousness identified by the *KSR* Court.

Plaintiffs' clipped quote that "'obvious to try' is not equivalent to obviousness" (Mot. at 1 *citing In re Armodafinil*) misses the point. As the *In re Armodafinil* court made clear, "'obvious to try' is not equivalent to obviousness *in*

*every case*" because the mere fact that something is obvious to try does not mean it is necessarily obvious. 939 F. Supp. 2d 456, 501 (D. Del. 2013); *see also KSR*, 550 U.S. at 421 ("the fact that a combination was obvious to try *might*," but does not necessarily, "show that it was obvious under § 103.") (emphasis added).

Dr. Lepore presented (and fully disclosed) his theory that the asserted claim is invalid as obvious. He identified a lead compound and explained why it would have been obvious to modify it to arrive at the claimed invention. In doing so, he has opined (as Plaintiffs' motion concedes at 2) that it would have been obvious and "obvious to try" certain modifications to the lead compound (levetiracetam) to arrive at the claimed invention (brivaracetam). For example, Dr. Lepore opines that "a POSA would have narrowed potential modifications to levetiracetam to varying the substitutions on positions 3, 4, or 5 of the 2-pyrrolidinone ring," and that a "POSA would have found modifying this limited number of positions … at least obvious to try." Ex. A, Lepore Opening ¶ 261. Dr. Lepore further devotes a subsection of his report to explaining that propyl would have been an "obvious substituent from a small number of choices to add to the 4-position of levetiracetam's 2-oxo-pyrrolidine ring" (*id.* at 76 (IX.B.3)) and opines that "[a]t the very least, adding a propyl substituent at this position would have been an obvious choice to try and routinely test from among a small number of options suggested by the prior art." *Id.* ¶ 280. He also opines that it would have been "obvious to try" both the R and S

configurations of the compound once a propyl was added. *Id*. ¶¶ 287, 291.

There is no basis to preclude this expert analysis by Dr. Lepore. And Plaintiffs' protests that Dr. Lepore did not include an obvious to try legal standard are misplaced. A full review of Dr. Lepore's deposition on the issue—which Plaintiffs only selectively quote—confirms that he was opining as a scientific matter that certain substitutions would have been obvious choices among a limited number of options, and that he was not providing legal opinions. Ex. B, Lepore Tr. at 35:23-40:16. Dr. Lepore should be allowed to testify consistent with his disclosed opinions.

Finally, Plaintiffs' complaints that their experts were unable to respond to Dr. Lepore's obvious to try "theory" are unfounded. Mot. at 3. They had Dr. Lepore's analysis and had their own expert respond to it. Indeed, in his rebuttal report, Dr. MacMillan specifically characterizes Dr. Lepore's analysis as involving "obvious to try" opinions. *See, e.g.*, Ex. C, MacMillan Rebuttal at ¶ 312 (citing pertinent sections of the Lepore Report as "*See, e.g.*, Lepore Rep. at ¶¶261-62 (*obvious to try* 3, 4, and 5 substituents); 276-80 (*obvious to try* propyl from among a small number of options suggested by the prior art), 287 (*obvious to try* both the R and S diastereoisomers)."). Plaintiffs also extensively deposed Dr. Lepore on the substance of these opinions. Ex. B, Lepore Tr. at 35:23-40:16, 160:10-162:22, 163:24-170:3, 170:17-175:2, 180:8-181:22, 198:3-219:17, 226:3-227:10, 229:23-232:13, 238:2-248:9, 251:8-252:9. For these reasons, the Court should deny Plaintiffs' MIL No. 2.

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | ██████████████ |
| | ) | |
| | ) | |
| Defendants. | ) | |

**OPENING EXPERT REPORT OF DR. SALVATORE LEPORE**
**REGARDING INVALIDITY OF U.S. PATENT NO. 6,911,461**

Dated: February 18, 2022

_Salvatore D. Lepore_

_____

ethionamide, which is known to undergo *S*-oxidation via flavin-containing mono-oxygenase in rodent models. *See* Ruse[9] at abstract. Furthermore, Hillhouse[10] states:

> There is now substantial evidence linking inactivation of enzymes and tissue damage with reactive metabolites generated during the biotransformation of thioamides to amides. The biological oxidation of thioamides, which may be accomplished principally by FAD-containing monooxygenase (MFMO), seems most likely to proceed at first by generation of the corresponding thioamide *S*-oxide.

*See* Hillhouse at 169.

261. In view of the above teachings, a POSA would have understood and appreciated that there existed certain constraints on structural modifications that could be made to levetiracetam, while still preserving (or improving) its antiepileptic activity. In view of these constraints, a POSA would have narrowed potential modifications to levetiracetam to varying the substitutions on positions 3, 4, or 5 of the 2-pyrrolidinone ring. A POSA would have found modifying this limited number of positions, as discussed further below, at least obvious to try.

262. Further, a POSA would have reasonably expected that adding certain substituents to positions 3, 4, or 5 of the 2-pyrrolidinone ring of levetiracetam would not substantially alter the therapeutic effect of the compound. For example, GB '692 taught that compounds in which at least one of the hydrogen atoms on positions 3, 4, or 5 of the 2-oxo-pyrrolidine ring is replaced by an alkyl, alkenyl, or alkynyl radical containing 1 to 6 carbon atoms also had the same pharmacological activities as levetiracetam. *See, e.g.,* GB '692 at 2.

---

[9] Ruse et al., "*The effect of methimazole on thioamide bioactivation and toxicity*," Toxicology Letters, Vol. 58, pp. 37-41 (1991) ("Ruse").

[10] Hillhouse et al., "*Thiono compounds, 7.Oxication of Thioamides in Relation to Adverse Biological Effects*," Phosphorous and Sulfur and the Related Elements, Vol. 26, pp. 169-184 (1986) ("Hillhouse").

269.    Based on these teachings, a POSA would have been motivated to add a lower alkyl ($C_1$-$C_6$) at the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that such modification would improve the compound's medicinal properties.

### 3. Propyl was an obvious substituent from a small number of choices to add to the 4-position f levetiracetam's 2-oxo-pyrrolidine ring

270.    As I explained above, it is my opinion that a POSA would have been motivated to add a lower alkyl ($C_1$-$C_6$) substituent at 4-position of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that such modification would improve the compound's medicinal properties.  I also explained above in Section VII.B.2 that lipophilicity was known as an important characteristic for a compound targeting the central nervous system.  Further, I explained above in Section IX.A, a POSA would have been motivated to increase levetiracetam's lipophilicity and would have decided to accomplish this by adding a $C_1$-$C_6$ alkyl unit to the 4-position of the 2-pyrrolidinone ring present in levetiracetam.  *See, e.g.*, WO '683 at 4; claims 2,7.

271.    Based on substantial prior art, a POSA would have considered the 4-position of levetiracetam to be preferred in generating a BBB-permeating analog without negatively impacting its therapeutic activity.  As mentioned previously, the extensive review of Gouliaev revealed that the 4-position of the piracetam primary amide scaffold was the overwhelmingly preferred point of substitution of the 2-pyrrolidone ring.  (*see* Gouliaev at 183, 186, 191, 192, and 196.)

272.    Additionally, the prior art disclosed a levetiracetam analogue with a methyl group at the 4-position of the 2-oxo-pyrrolidine ring as useful for treating disorders, including epilepsy.  *See* GB '692 at 1; *see also id.* at 6 (disclosing 2-(4-methyl-2-oxo-pyrrolidino)-butyramide)).  Given that a levetiracetam analogue with a $C_1$ alkyl substituent (i.e., methyl) at the 4-position of the 2-oxo-pyrrolidine ring was known in the art, the logical next step for a POSA would have been to

76



log *D* at pH 7.4
(same as log P for non-ionizable drugs)

280.    Thus, a POSA would have been motivated to add a propyl group at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring.  At the very least, adding a propyl substituent at this position would have been an obvious choice to try and routinely test from among a small number of options suggested by the prior art.

281.    In my opinion, a POSA would have understood that adding a propyl group at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring involved only one modification to the levetiracetam, which was a small conservative change to the lead compound.  A POSA would have considered such small conservative change a preferred approach for optimizing the lipophilicity

81

2.  The FDA Guidance also taught that "[p]harmacokinetic evaluations that do not use a chiral assay will be misleading if the disposition of the enantiomers is different. Therefore, techniques to quantify individual stereoisomers in pharmacokinetic samples should be available early. If the pharmacokinetics of the enantiomers are demonstrated to be the same or to exist as a fixed-ratio in the target population, an achiral assay or an assay that monitors one of the enantiomers may be used, subsequently." *Id.*

285.    Additionally, the preparation of pure enantiomers of chiral compounds was a well-developed process before the earliest priority date, including the use of asymmetric synthesis techniques. *See e.g.,* March at 116.  Prior art textbooks also taught that diastereomers could be separated from one another by using a variety of techniques that take advantage of their different physical properties, such as fractional crystallization and liquid chromatography. *See, e.g.,* March at 121.

286.    Further, it was known that levetiracetam is highly stereoselective.  For example, Gobert '639 patent teaches that the L enantiomer (otherwise known as the S stereoisomer) of levetiracetam has "10 times higher activity against hypoxia (antihypoxia)" and "4 times higher protective activity against ischemia (antiischemia)" than the corresponding racemic form.  *See* Gobert '639 patent at 1:29-37; *see also id.* Tables I, II; *see also* Noyer at 137, 141.  Therefore, a POSA would have been motivated to prepare and test the R and the S diastereoisomers created due to attaching a propyl group to position 4 of the 2-oxo-pyrrolidine ring of levetiracetam.

287.    While a POSA may not have known which of the two diastereoisomers would lead to pharmaceutical activity until they were tested, the results of such testing would not have been unexpected but would simply have been the result of simple, routine experimentation.  Here, a POSA would have had a reasonable expectation of success in testing which diastereoisomers

demonstrated higher activity than the other, as there were only two possible outcomes. Further, as there were only two possible outcomes, it would be obvious to try both configurations. And, a POSA would have been able to determine that the (4R) diastereoisomer of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide was preferred using ordinary skill in the art.

### C.  Objective Indicia

288.    I am not aware of any objective indicia of nonobviousness, including commercial success, long-felt but unsolved need, failure of others, unexpected results, or teaching away, that would support the nonobviousness of the Asserted Claims of the '461 patent. I understand that Plaintiffs may put forth expert opinions regarding objective indicia. I reserve the right to address any objective indicia raised by Plaintiffs.

### D.  Claims 1-5 of the '461 Patent Would Have Been Obvious Over the Prior Art

#### 1.  Claims 1 and 5

289.    Claim 1 is directed to (4R) and (4S) diastereoisomers of (2S)-2-[2-oxy-4-propylpyrrolidinyl]butanamide, or a pharmaceutically acceptable salt thereof. Claim 5 recites (2S)-2-[(4R)-2-oxy-4-propylpyrrollidinyl]butanamide (brivaracetam) or a pharmaceutically acceptable salt thereof. The structure of brivaracetam is shown below:



**Brivaracetam**
(*2S*)-2-[(*4R*)-2-oxo-4-propylpyrrolidinyl]butanamide

290.    As I explained above in Section IX.A, POSA would have been motivated to select levetiracetam as a lead compound for further development of a compound for treating epilepsy, a

84

disorder of the central nervous system. I also explained above in Section IX.B that a POSA would have been motivated to add a propyl group to position 4 of the 2-oxo-pyrrolidine ring of levetiracetam, with a reasonable expectation that at least one of the resulting (4R) and (4S) diastereoisomers would have antiepileptic activity useful for treating epilepsy.

291.    I also explained in Section IX.B.4 that a POSA would have invariably prepared and tested each of the resulting (4R) and (4S) diastereoisomers for antiepileptic activity. While a POSA may not have known which of the two diastereoisomers would lead to pharmaceutical activity until they were tested, the results of such testing would not have been unexpected but would simply have been the result of simple, routine experimentation. Here, a POSA would have had a reasonable expectation of success in testing which diastereoisomers demonstrated higher activity than the other, as there were only two possible outcomes. Further, as there were only two possible outcomes, it would be obvious to try both configurations. And, a POSA would have been able to determine that the (4R) diastereoisomer was preferred using ordinary skill in the art.

292.    Therefore, it is my opinion that claims 1 and 5 of the '461 patent would have been obvious in view of the Brivaracetam References.

### 2.    Claim 2

293.    Claim 2 of the '461 patent depends from claim 1 and is directed to a pharmaceutical composition comprising "an effective amount" of a compound according to claim 1 and "a pharmaceutically acceptable diluent or carrier." As explained above, it is my opinion that claim 1 would have been obvious in view of the Brivaracetam References.

294.    Further, it would have been obvious to a POSA to prepare a pharmaceutical composition containing brivaracetam and "a pharmaceutically acceptable diluent or carrier". The prior art disclosing related compounds for treating disorders such as epilepsy disclosed

# EXHIBIT B



# Transcript of Salvatore D. Lepore, PhD

**Date:** May 26, 2022
**Case:** UCB, Inc. and UCB Biopharma SRL -v- Annora Pharma Private Limited

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

33

1    (Marked Deposition Exhibit 6.)
2    MS. HANSEN:  And Exhibit 7.
3    (Marked Deposition Exhibit 7.)
4    THE WITNESS:  Thank you.
5    BY MS. HANSEN:
6    Q.  Now, Dr. Lepore, you've been handed Exhibit 6
7    and 7.  And these constitute your reply report and your
8    materials considered to your reply report respectively;
9    is that right?
10   **A.  Yes, that's correct.**
11   Q.  And that's your signature on the first page of
12   your reply report?
13   **A.  That's correct.**
14   Q.  And this was prepared around May 13th, 2022?
15   **A.  Correct.**
16   Q.  And these reports and their accompanying
17   exhibits, Exhibits 1 through 7 that we've walked
18   through, these are the three reports that you've
19   submitted in this case?
20   **A.  That -- that's correct.**
21   Q.  And these three reports comprise the universe
22   of the opinions you intend to offer in this case?
23   **A.  I think I reserve the right to present**
24   **illustrative materials at trial, background material,**
25   **but the substance, I -- is in these three reports.**

34

1    Q.  Okay.
2    **A.  The actual substance of the case.**
3    Q.  What additional background information do you
4    intend to present at trial?
5    **A.  Again, I think it's -- there's some statement**
6    **here that said that in order to explain information in a**
7    **way that's understandable, but no different concepts,**
8    **just perhaps use different schemes or figures or**
9    **pictures or -- to present the same ideas.**
10   **But I, again, reserve the right to do that so**
11   **that it's understandable.  But no new concepts.**
12   Q.  Okay.  Now, let's turn back to Exhibit 1,
13   which is your opening report.  And I would like to turn
14   to the legal principles that you outlined starting on
15   page 5.
16   **A.  Okay, I'm there.**
17   Q.  Okay.  Now, your first sentence says this, but
18   I just want to confirm.  You don't consider yourself to
19   be an expert in patent law; correct?
20   **A.  That's correct.**
21   Q.  And so these legal principles were provided to
22   you by counsel?
23   **A.  Provided and explained to me, yes.**
24   Q.  Okay.  And did you seek any additional
25   explanation of these principles as you were -- strike

35

1    that.  We'll ask a different question.
2    Turning to page 8, there is a subsection
3    entitled "Obviousness."  Do you see that?
4    **A.  I'm there, yes.**
5    Q.  And this sets forth the principles that you
6    applied while -- in rendering your opinions in this case
7    with respect to obviousness?
8    **A.  That's correct.**
9    Q.  Paragraph 34 talks about inherent disclosure.
10   Do you see that?
11   **A.  I do see it.**
12   Q.  How did inherent disclosure factor into your
13   analysis of your obviousness opinion?
14   **A.  Well, I gave a lot of opinions, so I would**
15   **have to really give that some thought.  You know, this**
16   **is certainly in the back of my mind as I'm giving**
17   **opinions, as I'm considering the matter.**
18   **So I understand the principle.  I don't recall**
19   **what example it would be applied to at this moment.**
20   Q.  Okay.  Now, if we could turn to paragraph 261
21   of your opening report, which is on page 72.
22   **A.  I'm there.**
23   Q.  Okay.  The final sentence of that paragraph
24   reads "A POSA would have found modifying this limited
25   number of positions, as discussed further below, at

36

1    least obvious to try."
2    Do you see that?
3    **A.  I see that.**
4    Q.  What is your understanding of the phrase
5    "obvious to try"?
6    **A.  Excuse me.**
7    **Okay, so this phrase is in the context of a**
8    **discussion of the -- I'll say Noyer, I realize it's --**
9    **the French, it's pronounced differently, but we've all**
10   **been saying Noyer, so the Noyer article.**
11   Q.  I -- to be fair, I've spoken with someone who
12   knows him, and it is Noyer.
13   **A.  It is Noyer?**
14   Q.  Yes.
15   **A.  Okay.  So in all -- in all -- with all respect**
16   **to Noyer, but I'm going to say Noyer since we mostly say**
17   **it that way.**
18   **So the Noyer article, as we're doing this, I**
19   **made that phrase in the context of my discussion of the**
20   **Noyer article and a POSA, being a medicinal chemist,**
21   **would have understood that there were certain -- that**
22   **the article pointed to certain areas of the scaffold**
23   **that really shouldn't be changed because it led to poor**
24   **activity.**
25   **And then there were other areas that were not**

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

---

37

1 modified in that article. And -- and so a POSA would
2 have thought, okay, that's -- maybe those need to be
3 examined. And, of course, you -- one doesn't read the
4 Noyer article in a vacuum, it's -- it's in the context
5 of the literature. And -- ad so a POSA would have
6 realized that others had come to conclusions such as
7 that.
8        But again, just in the context of the Noyer
9 article, a POSA would have found it obvious to try to
10 modifying the 3-, 4-, and 5-position, again, just based
11 on that article and its -- and related literature.
12       Again, that's not the totality of my opinions,
13 but just in the context of the -- of this paragraph and
14 the Noyer article.
15    Q.  Are you aware that obvious to try is a legal
16 principle?
17       MS. TORABI:  Objection, calls for a legal
18    conclusion.
19    A.  Again, I'm not aware that it's a legal
20 principle -- or a legal word. I don't -- I'm going to
21 leave that for lawyers to discuss.
22       It would have been an obvious thing to do. We
23 can say try, do. When you say try in the world of
24 science, it means go make the compound, test the
25 compound. And so we say try it, let's try -- in a more

38

1 vernacular way, let's try it.
2        But what's meant there is one would have
3 considered synthesizing the compound and testing it
4 biologically. And we say that you are trying that
5 position. So it would have been obvious to try.
6 BY MS. HANSEN:
7    Q.  Okay. So you are not using that phrase
8 "obvious to try" in its legal connotation; is that
9 right?
10    A.  I'm not --
11       MS. TORABI:  Objection, calls for a legal
12    conclusion.
13    A.  Yeah, I'm just using the phrase writing this
14 as an expert, as a scientist, and I'm not writing this
15 as a -- as a -- as an attorney or having any legal
16 training whatsoever.
17 BY MS. HANSEN:
18    Q.  Okay.
19    A.  So if it happens to coincide with the legal
20 definition, which, again, is beyond me, that's great.
21 But -- perhaps. But I'm not causing -- I'm not going to
22 conclude that.
23    Q.  Okay. So you're not offering any opin- -- any
24 leg- -- any opinions under the legal standard of
25 obviousness to try in the context of your report?

39

1       MS. TORABI:  Objection, asked and answered,
2    calls for a legal conclusion.
3    A.  That doesn't quite sound right there. I
4 was ex- -- it was explained to me what the legal -- you
5 know, what -- what was the -- the legal standard.
6 BY MS. HANSEN:
7    Q.  Um-hum (affirmative).
8    A.  And I listed those in my report. And to the
9 best of my ability, not being an attorney, not being
10 legally trained, I tried to apply those to the science
11 in coming up with my opinions.
12       So -- but I am not offering any legal
13 opinions. I'm just trying to use the legal standards
14 that were included in this report and that were
15 explained to me and my understanding of them as a
16 non-attorney, a non-legally trained person, to the best
17 of my ability to -- to give an opinion.
18    Q.  Okay. Now, if we turn back to page 8 of your
19 opening report where you set forth the standard for
20 obviousness that you applied, you do not set forth a
21 standard for obvious to try; correct?
22    A.  Well, I mean, to my mind, as a non-legally
23 trained person, I -- I think the idea is here. I
24 don't -- again, I'm not speaking to the legal
25 definition. The idea is when I'm saying something --

40

1 when you're having a reasonable expectation of success
2 in the mind of a scientist, it means you're -- if you
3 did make it and you tested it, that it would be
4 successful.
5    Q.  Um-hum (affirmative).
6    A.  So I think that idea includes in it the idea
7 that one would try it, a POSA would try it.
8       I'm not saying that that -- that that's the
9 legal definition of obvious to try. I don't see it
10 written here, I don't remember seeing it written here,
11 and I'm not rendering any legal opinion.
12       But I'm just saying when -- and when I'm
13 saying something is obvious, it would have been obvious
14 to a POSA, it would have meant that in their mind, if
15 they tried it, if they made it and then they tested it,
16 that it would have led to expected results.
17    Q.  Okay.
18    A.  So that -- in that sense.
19    Q.  Understood.
20       We can set -- I mean, you should keep all your
21 reports handy, --
22    A.  Sure.
23    Q.  -- because we'll be going back and forth
24 between them, but let's turn to your reply report, which
25 is Exhibit 6.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

40 (157 to 160)

157

1 improved therapeutic effect, allowing for a lower
2 administered dose, which in turn reduces the risk of
3 side effects?
4        MS. TORABI: Objection, form.
5    A. A POSA would at least have expected that such
6 would have occurred. Yes, a POSA would have expected
7 that that would have occurred --
8 BY MS. HANSEN:
9    Q. Okay.
10   A. -- and would have reasonable expectation that
11 that -- that that would happen.
12       MS. TORABI: Alexa, we've been going for more
13 than an hour. Is this a good time to take a break?
14       MS. HANSEN: Sure.
15       THE VIDEOGRAPHER: This ends Media Unit 2. We
16 are going off the record. The time is 12:57 p.m.
17       (Recess taken.)
18       THE VIDEOGRAPHER: This begins Media Unit 3.
19 We are back on the record. The time is 1:30 p.m.
20 BY MS. HANSEN:
21   Q. Dr. Lepore, if we could turn to your reply
22 report, paragraph 51.
23   A. Sure.
24   Q. Now, as I understand your opinion, succ- --
25 the POSA would consider a reasonable expectation

158

1 of succ- -- or in assessing whether or not they had a
2 reasonable expectation of success, that success is a
3 compound that maintains activity as compared to lev?
4        MS. TORABI: Objection, form,
5 mischaracterizes.
6    A. So to answer the question, I would say that a
7 POSA would have had a reasonable expectation that the
8 compound would not be less potent, less efficacious.
9        To do better than that would be -- would be
10 good, but I'm just saying here that based on the
11 teachings, a POSA would have reasonable expectation that it
12 would have been no less than levetiracetam; perhaps
13 better, but no less.
14       That's kind of the -- I think the gist of what
15 I'm saying here.
16 BY MS. HANSEN:
17   Q. Okay. And later on in that same paragraph,
18 you talk about toxicity. Would I be correct in
19 understanding that success is a compound that would be
20 unlikely to change levetiracetam's known toxicity
21 profile?
22       MS. TORABI: Objection, form,
23 mischaracterizes.
24   A. So here -- so toxicity can come in by a
25 variety of different mechanisms. The one we discussed

159

1 before the break was relying -- relaying to -- excuse
2 me, relying on there being a higher concentration. A
3 lot of times that leads to more toxicity.
4        And by making a compound more lipophilic, the
5 concen- -- one needs less of it in order to achieve
6 perhaps the same result, and in that way would tend to
7 lessen toxicity issues. But that's one form.
8        Here I'm talking about adding a n-alkyl chain
9 who's -- that's unlikely to be metabolically oxidized
10 and lead to the formation of another compound that would
11 have a toxicity issue.
12       So that's -- so that's what I'm kind of --
13 that's what I'm really stating in the context of this
14 paragraph.
15 BY MS. HANSEN:
16   Q. Okay.
17   A. A POSA would not have expected the toxicity
18 profile to change when -- when -- just by -- by the
19 event of putting on an n-alkyl substituent.
20   Q. Okay. And the known toxicity profile means
21 the metabolic profile?
22   A. In this context, that's what I'm referring to.
23   Q. Okay. Now, if we turn to paragraph 94 in your
24 reply report.
25   A. I'm there.

160

1    Q. Just where you -- same report.
2        Now, here, and I just -- I just want to
3 clarify, here you're responding to something
4 Dr. MacMillan says, where he asserts that "A skilled
5 artisan would not have expected increased lipophilicity
6 to provide a compound with activity in the MES and PTZ
7 models, let alone a compound that would show improved
8 activity at the LBS."
9        And you say you disagree.
10       So am I correct in understanding that your
11 opinion is that the POSA would have expected increased
12 lipophilicity to provide a compound with activity in the
13 MES and PTZ models and a compound that would show
14 improved activity at the LBS?
15   A. No, I disagree about the expectation.
16       In other words -- in other words, it's
17 possible that a compound would have improved activity at
18 the LBS. So it's just an expectation. In other words,
19 if the POSA -- the POSA, by making the modification in
20 order to improve lipophilicity, would have understood
21 that it's possible that making that change would lead to
22 a compound that shows improved activity at the LBS.
23       It's possible.
24   Q. But it's not expected?
25   A. Well, a POSA would have understood that

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

41 (161 to 164)

161

1  putting a substituent at the 4-position was tolerated.
2  So a POSA would not have been surprised that there were
3  better activity because other systems, for example, the
4  Bobkov example, showed that there was improved activity
5  by putting a 4-substituent.
6        So a POSA wouldn't have been surprised that
7  there were improved activity.
8        As far as expected, a POSA would have expected
9  that increasing lipophilicity would improve brain --
10 brain penetration.  But the POSA would not have been
11 surprised if it turns out that by doing so, there were
12 other positive outcomes.
13    Q.  What other positive outcomes would not have
14 been surprising to the POSA as a result of increasing
15 lipophilicity?
16    A.  Okay, I'm sorry, could you repeat that
17 question, please?
18    Q.  So you said earlier that the POSA would not
19 have been surprised if it turns out that by doing so,
20 meaning increasing of lipophilicity, there were other
21 positive outcomes.
22        And my question was what other positive
23 outcomes would not have been surprising to the POSA as a
24 result of increasing lipophilicity?
25    A.  It was argued previously, increasing

162

1  lipophilicity means you probably need less of the
2  compound in order to reach the brain, which means that
3  less is generally understood to be better, and it's
4  better in the sense that it could reduce toxicity.
5        So a POSA would not have been surprised if
6  there were less toxicity, for example, because of the
7  lipidizing of strategy used to -- to -- on leve- -- you
8  know, due to the lipidizing strategy used on
9  levetiracetam.
10    Q.  Anything else?
11    A.  Again, a POSA would not have been surprised --
12 excuse me -- would not have been surprised that by
13 substituting something at the 4-position, that it would
14 lead to the same or potentially better activity, as I've
15 mentioned here in my report, would not have been
16 surprising.
17        Again, that's not -- that wasn't -- wouldn't
18 have been -- would not have been the goal of a POSA.
19 The goal is to put a com- -- put a alkyl group in a
20 position that was known to be favorable in order that
21 the result would be lipophilic and for better brain
22 presen- -- penetration.
23    Q.  Okay.  Now, if we could look at paragraph 136
24 of your reply report.
25    A.  I'm there.

163

1    Q.  Okay.  And I'm looking in the -- at the last
2  sentence, which is actually on page 59 to the next page.
3        And I just want to confirm, and I think we've
4  probably covered this, but you say that the POSA would
5  have had "the expectation that an n-propyl moiety would
6  have had advantageous results."
7        And I just want to confirm that the
8  advantageous results that you are referring to there are
9  the ones that we've already discussed, the improved
10 lipophilicity, improved brain penetration, potentially
11 lower dose, and the same or better activity.
12    A.  Those are the ones I can think of now.  But,
13 yes, I agree with those.  It could be that I may have
14 mentioned others as well, but those are -- I think
15 that's a fair -- a fair statement.
16    Q.  Okay.  How does lipophilicity compare to
17 hydrophilicity?
18    A.  Most people use them interchangeably.
19    Q.  Do you?
20    A.  Excuse me.
21        Yes, I do.  I'm trying to think of where I
22 do -- would use them differently.  I use them
23 interchangeably for most -- nearly all the time.
24    Q.  What kind of substituents will increase the
25 lipophilicity of a compound?

164

1    A.  Excuse me.  Sorry about that.
2        What kinds of lipo- -- substituents will
3  increase --
4    Q.  What kinds of substituents will increase the
5  lipophilicity of a compound?
6    A.  Well, Pardridge teaches the homologation, so
7  using n-alkyl groups, increasing the number of
8  methylenes, this will increase lipophilicity.  We saw
9  that in -- also in Silverman.
10        So these -- these are what I would call
11 precedented and even encouraged and taught in the
12 literature as the way to lipidize.
13        But generally, alkyl -- one could add a lot of
14 different hydrocarbon type things to a molecule without
15 any regard for medicinal chemistry protocols or policies
16 or precedence or -- one could add these things and
17 potentially add lipophilicity to a molecule.
18    Q.  And some of those other compounds would be,
19 for example, alkenal groups would increase the
20 lipophilicity of a molecule?
21    A.  You know, alkenal groups, depending on the
22 group, depending on where it's going on in the molecule,
23 it's possible.  It's possible that it could.  And it's
24 not -- you don't think of an alkenal group, which is a
25 functional group, as the sort of thing you add to a

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

42 (165 to 168)

165

1    molecule on purpose just to increase lipophilicity.
2         It's just -- that's not -- to my knowledge,
3    I -- that's not a routine practice. It would. It
4    could.
5         Q.   Okay. And you mentioned that it would depend
6    on the position at which you added the alkenal group.
7    What do you mean by that?
8         A.   So suppose that you have a large macrocyclic
9    compound and you would install an alkenal and it gets
10   somehow -- it's in a part of the molecule that's not
11   even solvent exposed. It could be that that alkenal
12   group doesn't really do much to add to the
13   lipophilicity.
14        So it -- you know, position does matter in
15   some cases.
16        But, you know, but also position, as I
17   mentioned, is al- -- has to do with activity. And one
18   doesn't just put an alkenal group, certainly not an
19   alkenal group, but even an alkenal be anywhere. You
20   know, you have to put it in a place that would not
21   detract from bioactivity.
22        Q.   And adding an alkynyl group would also
23   increase lipophilicity?
24        A.   It could. It could. Depends on the alkynyl.
25   But like the alkenes, it depends. I mean, it's not

166

1    something you would add, it's just not something that's
2    done, but it could. It could.
3         I think the only thing you shouldn't be adding
4    are things that form hydrogen bonds and donate hydrogen
5    bonds and, you know -- but, you know, I think Pardridge
6    teaches methylene, Silverman teaches methylene, yeah,
7    these are the things one normally does.
8         Q.   And the compounds that would -- would form
9    hydrogen bonds are things with oxygen and nitrogen?
10        A.   Or heteroatoms, sulfur even perhaps, you know,
11   phosphorous.
12        Q.   Okay. And a branched alkyl group would
13   increase lipophilicity of a compound?
14        A.   To a lesser extent than an alkyl, in a normal,
15   so-called straight chain, to a lesser extent. But it
16   could. It also changes other -- it changes the size in
17   a way that's less predictable than, say, the n-alkyl
18   groups. But it could increase lipophilicity.
19        Q.   And a branched alkenal could also increase
20   lipophilicity?
21        A.   It could, yes.
22        Q.   And a branched alkynyl could increase
23   lipophilicity?
24        A.   I mean, one doesn't add those to do that, but
25   it could.

167

1         Q.   And an aryl group could increase
2    lipophilicity?
3         A.   An aryl. It could, yes.
4         Q.   And a phenyl group in particular would
5    increase lipophilicity; is that correct?
6              MS. TORABI: Objection, form.
7         A.   Yeah, the -- no, go back to the aryl for a
8    second.
9         It depends on the substitution pattern. It's
10   possible that it might -- it may -- it may not increase
11   it so much because of -- depending on how -- if it's a
12   heteroaromatic, it's possible that it doesn't really.
13   So phenyl, it could. Phenyl, it could. It's
14   a hydrocarbon, they tend to be better at increasing
15   lipophilicity.
16   BY MS. HANSEN:
17        Q.   So non-heteroaromatic aryl groups would
18   increase lipophilicity?
19        A.   Yeah, I'm hesitant to make these
20   generalizations, partly because we'd have to look at
21   specific cases. You know, we're going through a list of
22   a lot of things that could. And I keep saying could
23   because generally a medicinal chemist thinks in terms of
24   structure, or thinks of a scaffold.
25        Like I said, there are some molecules that

168

1    take certain shapes and have internal hydrogen bonding.
2    And so maybe that generalization doesn't work for those
3    molecules. So you have to look at individual cases, you
4    know, to make a determination.
5         So all of these things that we just talked
6    about, yes, they could, in some instances, sure, I could
7    see that.
8         Q.   Okay. Now, in your opening report at -- and
9    if we can turn to that, at paragraph 246, you cite an
10   example from Wong where adding a methylene group
11   increases the log P value by .53.
12        A.   I'm there, yeah.
13        Q.   In the -- the barbi- --- barbituric acid and
14   2-thiobarbituric acid compounds; is that correct?
15        A.   That's what I wrote there, yes.
16        Q.   And is that generally applicable -- is that
17   .53 value generally applicable to all compounds, not
18   just the barbituric acid and 2-thiobarbituric acids?
19        A.   I wouldn't -- I wouldn't want to make that
20   generalization, but it's kind of remarkable how --
21   how -- how these things -- how you -- how you tend to
22   see similar results in similar molecules.
23        But I wouldn't say that for everything, no.
24   This was just as an illustration to show that, you know,
25   the -- the -- the additive property, each methylene you

169

1 add, you add, you know, a half a unit, half a log unit,
2 which is — you know, to show that it's predictable and
3 one can use it in design.
4    Q.   And — but you would agree, I mean, even
5 despite what the value is, that adding a methylene group
6 will increase the — all else being equal, adding a
7 methylene group will increase the log P of a compound?
8    A.   Pardridge teaches that — that adding
9 methylenes is a way to lipidize.  So I could stand
10 behind what he's saying.  But even there, I would want
11 to be just a little careful to look at examples.  You
12 know, I think making generalizations in organic is —
13 can be — can sometimes lead — lead to false
14 conclusions.
15       So it's possible — it's possible that adding
16 a methylene in some cases really doesn't result in as
17 much of an increase in lipophilicity as, say, that we
18 saw here because of the way it's positioned and the
19 starting point of the molecule.
20       So that's why, in my case and in the — I
21 showed what a POSA would have done, what is calculated a
22 log P —
23    Q.   Um-hum (affirmative).
24    A.   — to — you know, to not just rely on the .53
25 or something like that.  This — this would have been in

170

1 the person's mind, but they would have calculated it
2 just to — to use the — what was in the state of the
3 art at the time.
4    Q.   And you actually calculated, as you just said,
5 a number of log P values.  And that's in your opening
6 report on page 79?
7    A.   Yes.
8       THE VIDEOGRAPHER:  Can we go off the video for
9 just one second?
10       MS. HANSEN:  Sure.
11       THE VIDEOGRAPHER:  We're going off the record.
12 The time is 1:49 p.m.
13       (Discussion off the record.)
14       THE VIDEOGRAPHER:  We are back on the record.
15 The time is 1:51 p.m.
16 BY MS. HANSEN:
17    Q.   Now, Dr. Lepore, the — in the upper left-hand
18 corner of page 79, you calculated the log P for
19 levetiracetam at negative .13; is that correct?
20    A.   That's correct.
21    Q.   And that's different from the negative .65
22 value we talked about earlier that had been reported in
23 the literature; correct?
24    A.   Yes, this — this made it a little more
25 lipophilic than it really was, that's correct.

171

1    Q.   And you also calculated what a compound with
2 a — a compound with a — that looks like levetiracetam
3 but that adds a methyl, and that's in the lower
4 right-hand corner; correct?
5    A.   That's correct.
6    Q.   And the lipophilic- — the log P for that
7 compound you calculated at .12?
8    A.   That's correct.
9    Q.   And that's a positive value?
10    A.   That's correct.
11    Q.   And in the lower left-hand corner, you also
12 calculated a log P for a compound with a propyl group on
13 the pyrrolidine ring; is that right?
14    A.   That's correct.
15    Q.   And that value is .9?
16    A.   Correct.
17    Q.   And that's also less than 1?
18    A.   That's. — yeah, it's just under 1, yeah.
19    Q.   Okay.  And I note you didn't calculate a log P
20 for a value with an ethyl group on the pyrrolidine ring,
21 but it would be somewhere between .12 and .9?
22    A.   Correct.
23    Q.   And so also a positive value?
24    A.   It would be a positive value, yeah.  Yes.
25    Q.   And you would expect that the log P for a

172

1 longer alkyl chain would increase by some amount for
2 each methylene group that you added to the alkyl chain;
3 is that correct?
4    A.   Correct.
5    Q.   And so —
6    A.   In this system it's correct.
7    Q.   Okay.
8    A.   We've kind of shown the trend.  So here I
9 think that's true.
10    Q.   Okay.  And so, for example, it seems likely
11 that adding an n-butyl group to the pyrrolidine — or,
12 sorry, pyrrolidone ring would have a log P value over 1?
13    A.   It — it — yeah, it likely — I would agree,
14 it would be greater than .9, probably greater than 1.
15    Q.   Okay.  And approximately how many methylene
16 groups would you need to add in order to get a log P of
17 about 2?
18    A.   I would have to go back and calculate that.
19 You know, I — as you could see here even in the figure,
20 I'm talking about a conservative design change.
21       So a POSA I don't think would have gone on and
22 on getting that log P up to a super high number knowing
23 that, you know, Bobkov teaches that a phenyl in that
24 position is tolerated, that to go much further into
25 space beyond the space, the link, link or length of a

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

173

1  phenyl, you know, I don't think a POSA would have
2  considered that a good idea.
3       That's why I use the word "conservative." So
4  that's where it comes from.
5       Q.  Okay.  And what actually constitutes a
6  conservative design change?
7       A.  Well, we're starting with a fairly good lead
8  compound.  It has good -- good activity.  It's an
9  FDA-approved drug.
10      So it's the balancing between adding a little
11 more lipophilicity so that it's better brain
12 penetrating, but not changing it to the point where one
13 loses the -- the good qualities that you started with.
14      And so a POSA would have looked at Bobkov and
15 said we know what's been put there, that seems to work,
16 and what's roughly in that same length.
17      Again, Pardridge teaches use methylene.  So
18 we're not putting a phenyl there, because Pardridge
19 doesn't teach that, and Silverman doesn't teach that,
20 so -- but a phenyl does tell us something, it tells us
21 how far into space the group can go and that seem --
22 that is still seemingly tolerated.
23      So a POSA would have considered a propyl, at
24 least as one of the first and maybe a small list of
25 compounds.  Maybe butyl would be next.

174

1       And you mentioned how -- how far would it be
2  to get over to -- I didn't do that calculation, but, you
3  know, maybe you go to pentyl, maybe that would take you
4  there.  And maybe a pentyl would be tolerated.  But a
5  POSA would have thought a propyl seems more in keeping
6  with Bobkov.
7       Q.  Would a methyl be a conservative change?
8       A.  So we're -- and we're talking about the
9  parabolic curve.  So --
10      THE COURT REPORTER:  Excuse me, about the --
11      THE WITNESS:  Parabolic curve.
12      THE COURT REPORTER:  Thank you.
13      A.  And where are we on that parabolic curve.  I
14 think a POSA would have thought the propyl.  Butyl would
15 be nearer -- nearer the top of that curve than a methyl
16 because methyl is -- we're talking about just barely
17 over 1, over -- over zero, it's .1.  So we want to go a
18 little farther up.
19      But it's an optimization thing.  I'm just
20 saying it's a curve, it's obvious, it's routine.
21 Silverman teaches it.
22      I think propyl, a POSA would have thought a
23 propyl would be conservative and still get -- get the --
24 a good degree of lipophilicity brain permeation.
25      But I don't think a methyl would -- in the

175

1  scheme of things, would have been as attractive as a
2  propyl.
3  BY MS. HANSEN:
4       Q.  Now, another log P that you calculated was for
5  a hydroxy group on the pyrrolidone ring; is that right?
6       A.  Yes.
7       Q.  And that decreased lipophilicity, at least
8  based on your calculation, by a full log unit, that's
9  negative 1.16; is that right?
10      A.  Correct.
11      Q.  In the course of preparing your reports, did
12 you review defendant's invalidity contentions?
13      A.  I -- I'm not sure what I'm allowed to say, but
14 I was consulted about those contentions, consulted as an
15 expert.
16      Q.  Okay.
17      MS. HANSEN:  If we can bring out the
18 invalidity contentions.
19      We'll mark this as Exhibit 15.
20      (Marked Deposition Exhibit 15.)
21      THE WITNESS:  Thank you.
22 BY MS. HANSEN:
23      Q.  Now, Dr. Lepore, these are Defendant's Amended
24 Invalidity Contentions?
25      A.  I see that.

176

1       Q.  Okay.  Now, if you could turn to page 103.
2       And these values align very closely with the
3  values that you included in your report; is that right?
4       A.  Yes.
5       Q.  And is that because you calculated these
6  values as well?
7       A.  Yeah, as I said, I was consulted.  I'll be
8  clear, this is not my report.  I'm not signing off on
9  this.  They asked me for technical advice.  I was
10 consulted.  Yeah, I did calculate these values, yes.
11      Q.  And the log P that you calculated for a
12 compound with the phenyl group was 1.26; is that right?
13      A.  Yeah, I see that, yes.
14      Q.  Okay.  And you -- that -- that's the result of
15 your calculation?
16      A.  That's correct.
17      Q.  Okay.  You can put that aside.
18      You also calculated the result for the
19 compound seletracetam.  Do you recall that?
20      A.  That's correct.
21      Q.  Okay.  And that's in your rebuttal -- no,
22 sorry, that's in your -- that's in your rebuttal report.
23      Paragraph 91.
24      A.  90 -- 91, right?
25      Q.  And the log P value that you calculated for

177

1    seletracetam is 0.446; is that correct?
2    **A. That -- that's correct, yeah.**
3    Q. Seletracetam has a difluorovinyl group on the
4    pyrrolidone ring; is that right?
5    **A. That's correct. That's correct.**
6    Q. And a vinyl group is a alkene?
7    **A. It's an alkene.**
8    Q. In your reply report, at paragraph 82, you
9    mentioned that between 1988 and 2000, programs to
10   calculate log P had improved considerably; is that
11   correct?
12   **A. The paragraph again? I'm sorry.**
13   Q. Paragraph 82.
14   **A. Excuse me.**
15   **Paragraph 82. Yeah.**
16   **That's -- that's correct, I wrote that.**
17   Q. Okay. And after 2000, did programs to
18   calculate log P further improve?
19   **A. I haven't done the analysis, but just based on**
20   **my experience as an academic, I believe they're --**
21   **they're better. Certainly computational methods in**
22   **general have gotten better, right.**
23   Q. And in any event, a post-2000 log P
24   calculating software would still be able to show general
25   trends. So, for example, a compound with a methyl is

178

1    less lipophilic than a compound with an ethyl is less
2    lipophilic than a compound with a propyl, for example?
3    **A. I think it's possible that it could lead to**
4    **the wrong conclusions.**
5    Q. What do you mean by that?
6    **A. For example, you said a trend, and I --**
7    **it's -- it's reasonable to think that it might show the**
8    **same trend as software pre 2000, but it might show more**
9    **extreme differences, less extreme differences. It just**
10   **may -- it's not the same. It could lead one to come to**
11   **incorrect conclusions.**
12   Q. Well, when you say extreme differences, it may
13   mean that the difference between a methyl group and an
14   ethyl group may be larger or smaller, not that the ethyl
15   group would be more lipophilic than the methyl group; is
16   that right?
17   **A. Maybe in the ethyl/methyl comparison, it could**
18   **be, that's a reasonable thing to say, but just when**
19   **you're doing a computational analysis, a -- a POSA**
20   **factors in magnitude and relative order to some -- you**
21   **know, the magnitude does come in to some degree.**
22   **And -- and again, I think -- this is why I**
23   **limited myself to, you know, the ghost, you know,**
24   **AlogP98 descriptor, because it was pre 2000, and it --**
25   **and that's what a POSA would have had access to.**

179

1    Q. Now, you calculated a value of .13, and the
2    literature -- or, sorry.
3    You calculated a value of negative .13 for
4    lev. And the literature had a value of negative .65 for
5    lev. Which one is right?
6    MS. TORABI: Objection, form.
7    **A. So a POSA would have looked at the negative .6**
8    **and come to the conclusion that this is pretty**
9    **non-lipophilic or water-soluble compound and would have**
10   **used that when taking into account statements made by**
11   **the Waterbeemds and the Levins and the others.**
12   **But for purposes of analysis, you have to try**
13   **to get everybody on the same footing.**
14   BY MS. HANSEN:
15   Q. Um-hum (affirmative).
16   **A. Because if I used some experimental values and**
17   **some computational values, it could be that one comes to**
18   **the wrong conclusion.**
19   **So a POSA, talking about the compounds that**
20   **are not yet in existence, has to use a computational**
21   **approach. And so to compare levetiracetam's**
22   **experimental value against a computational value is**
23   **probably not a good idea.**
24   **So you use the computational value even though**
25   **a POSA would have known it wasn't quite -- quite the**

180

1    **same, but you have the tool that you have. It's the**
2    **pre-2000 tool.**
3    **I know Dr. MacMillan's calculation was much**
4    **closer because it's a better tool, it's post 2000,**
5    **probably 20-- in the 2020s. So I'm not surprised that**
6    **it's a little -- it's better.**
7    **But the POSA had what they had.**
8    Q. So at the end of the day, the POSA had what
9    they had and they would just -- as long as it was in the
10   same footing, it allows them to make comparative
11   analyses as to what the relative lipophilicity would be
12   of a prospective compound; is that right?
13   **A. Again, I would say for the design purposes,**
14   **the use of the AlogP98 descriptor --**
15   Q. Um-hum (affirmative).
16   **A. -- was useful. By no means the only thing one**
17   **should rely on.**
18   **But for drawing conclusions about where there**
19   **was room for improvement of levetiracetam, a POSA would**
20   **have looked at its known experimental value.**
21   **Excuse me.**
22   Q. Okay. And you didn't calculate the
23   lipophilicity of a compound with any branched alkyls on
24   the ring; correct?
25   **A. I, again -- correct. I followed Pardridge's**

181

1 teaching that methylenes are the way to go, and so I did
2 not look at what could have been a lot of different
3 variations, where do you put the branching, which
4 particular branch compound.
5      No, I didn't follow up on that. I didn't
6 think it was -- I don't think a POSA would have found
7 that to be productive if the goal was lipidization.
8      Q. And in terms of your calculations, would it
9 have mattered whether or not the alkyl group was on the
10 3- or the 5-position instead of the 4-position?
11      A. I would have to do that analysis. I don't
12 think it would make a big difference, but I have not
13 done that analysis, so I would be hesitant to -- to give
14 a yay or nay on that.
15      Q. Okay. But you don't think it would make a big
16 difference?
17      A. I would have to do the analysis.
18      Q. And you did not do that for purposes of this
19 report? Of your reports?
20      A. Correct. I focused on the 4 due to the -- you
21 know, what the literature teaches about ideal
22 substitution points.
23      Q. Now, let's, if we could, go back to your
24 opening report, paragraph 192.
25      A. I'm there.

182

1      Q. The final sentence says "Waterbeemd explained
2 that the lipophilicity constraint of log D in the range
3 of 1 to 4 is 'necessary,' but is not automatically
4 'sufficient.'"
5      Do you see that?
6      A. Yes.
7      Q. Do you agree with that conclusion?
8      A. I believe that Waterbeemd stated that. But,
9 again, Waterbeemd is talking about lipophilicity. A
10 medicinal chemist has to take into account other
11 factors.
12      So this would have -- a medicinal chemist
13 would have taken in this idea that the 1 -- the 1 to 4
14 range, I think in this publication, he also mentions a 1
15 to 3 range, but nevertheless, 1 to 4 range, 1 to 3
16 range, was an ideal range.
17      So again, if I quoted them, that means he used
18 them. I think that that's true in the context of his
19 publication, but speaking holistically, in terms of drug
20 design, a POSA would not just have looked at a range
21 solely. It would have been a factor.
22      Q. Okay. So in your reply report at paragraph
23 57, you stepped back a little bit from that and suggest
24 that what really matters is moving from a negative to a
25 positive value.

183

1      Is that more accurate?
2      MS. TORABI: Objection, mischaracterizes.
3      A. Where did I say that?
4 BY MS. HANSEN:
5      Q. You talk about, at the bottom of -- of 23,
6 paraphrasing here, that the teachings of Waterbeemd
7 confirmed the general expectation of a skilled artisan
8 is that increasing levetram's -- levetiracetam's
9 lipophilicity from a negative value to a positive value
10 would have been desirable.
11      Do you see that?
12      A. I thought you said page 23. Oh, I see.
13      Q. Page 23, paragraph 57.
14      A. Okay, so that statement, of course, you have
15 to put into context.
16      So Waterbeemd has a couple of compounds that
17 were CNS active that were negative. And I think
18 Dr. MacMillan mentions one of them here, the
19 meprobamate, I believe. Anyway, he mentions one, maybe
20 not in this sentence or in this paragraph.
21      But generally, Waterbeemd, in almost every
22 other case, is talking about log P values that are in
23 the positive range. So we can't just look at outliers.
24 I think that's the -- that's really what I'm saying
25 here.

184

1      Q. Okay.
2      A. It's -- it's generally, at a minimum, a POSA
3 would have understood a negative value of log P for
4 levetiracetam was not at all what Waterbeemd was
5 teaching. Because he showed almost all of the compounds
6 in his box and in his list and -- to be positive.
7      Now, he did give a range. I'm not -- I'm not
8 backing off from that range. I'm just saying that range
9 is a consideration when trying to optimize a lead
10 compound. You know, to improve upon a lead compound, I
11 should say.
12      Q. So the compound that Dr. MacMillan was talking
13 about is meprobamate, which reports a log D of .7. Do
14 you see that?
15      A. I see it.
16      Q. And that's the compound that you're calling an
17 outlier?
18      A. No. That's not true. I didn't say it.
19      Q. So the sentence reads "Dr. MacMillan asserts
20 that one of the drugs listed in Waterbeemd, meprobamate,
21 does not have a 'desirable' log P value because
22 Waterbeemd reports a log D of .7. But such outliers do
23 not rebut the teaching of Waterbeemd."
24      When you say "such outliers," what are you
25 referring to if not Water- --- meprobamate and its log D

197

1  above 1?
2      A. I didn't do that analysis. This is transport
3  properties of CNS drugs. And we're not really referring
4  to their bioactivity. In this paper, it was not
5  referred to. Because I think it would not have been the
6  key for Waterbeemd to come up with his -- come up with
7  his conclusions.
8      He's mainly looking at transport properties.
9      Q. You would agree that Waterbeemd does not
10 specifically mention adding alkyl groups to compounds in
11 this paper; is that right?
12     A. Waterbeemd does not give design conclusions
13 such as that, no.
14     Q. Now, one of the references that we've sort of
15 skirted around for much of the day is the Noyer
16 reference. And I would like to turn to that now.
17     MS. TORABI: We've been going for about an
18 hour. If you want to mark a new exhibit, do you
19 want to take a break now or --
20     MS. HANSEN: Sure.
21     THE VIDEOGRAPHER: We're going off the record.
22 The time is 2:36 p.m.
23     (Recess taken.)
24     (Marked Deposition Exhibit 17.)
25     THE VIDEOGRAPHER: We are back on the record.

198

1      The time is 2:41 p.m.
2  BY MS. HANSEN:
3      Q. Now, Dr. Lepore, I put in front of you
4  Exhibit 17, which is the Noyer paper that you discuss in
5  your report; is that right?
6      A. That's correct.
7      Q. Now, this is the only paper you cite that
8  compares other compounds directly to lev in terms of LBS
9  binding data; correct?
10     A. To my knowledge, that's got the only -- this
11 is the only paper I cite, that's correct.
12     Q. And this is also the only paper that compares
13 compounds to levetiracetam in terms of audiogenic mouse
14 model data?
15     A. I -- yeah, that's correct.
16     Q. And you agree that the POSA in February of
17 2000 would understand that levetiracetam's
18 anticonvulsant activity was related to its interaction
19 with the LBS?
20     A. I think a POSA, certainly reading this paper,
21 would have understood that there was result to support a
22 possible role of that binding site and the
23 anticonvulsant activity. I think that was one of the
24 stated goals of this paper, to try to establish that.
25     But I -- from this paper, I would say that it

199

1  was -- that -- that there was a conclusion that there is
2  a possible role of LBS in the anticonvulsant activity.
3      Q. Okay. Now, let's take a look at Table 1,
4  which is on page 141 of Noyer.
5      A. I'm there.
6      Q. Now Table 1 includes about 25 compounds?
7      A. That's correct.
8      Q. And in your opinion, these 25 compounds
9  constitute a scaffold and substituents that have been
10 thoroughly studied?
11     A. I would say that these -- this dataset gives
12 some very useful conclusions. Could a little more study
13 have been done for academic reasons? Perhaps. But some
14 very useful conclusions were reached. This is a good
15 dataset.
16     Q. The majority of the compounds concern
17 modifications off of the pyrrolidone nitrogen ring; is
18 that accurate?
19     Reflected in the R1, R2 of the structure at
20 the top of the chart?
21     MS. TORABI: Objection, form.
22     A. Well, a larger number, a slight majority,
23 yeah. Yeah. Because you look at the bottom half of the
24 table, there were modifications made on the cyclic
25 portion. So I would say the slight majority, yes.

200

1  BY MS. HANSEN:
2      Q. And there are no compounds with an acetamide
3  side chain that have substituents on the pyrrolidone
4  ring itself; correct?
5      A. That's correct.
6      Q. So no substitutions at the 3-, 4-, or
7  5-position?
8      A. Correct.
9      Q. HA 966 does have a substitution at the
10 5-position or 3- -- 3-position. I think it's the
11 3-position. Is that right?
12     A. Well, of hydroxy pyrrolidone. Again, this is
13 not a piracetam derivative. But, yes, this unrelated
14 compound to the dataset, yes, does have a substituent at
15 the 5-position.
16     Q. And it's the second-most-potent compound in
17 the audiogenic mouse model in this chart? After lev?
18     A. Yes, this compound, not really related to
19 levetiracetam in any way, yes, has -- has potent
20 activity. I guess it's the third -- third-most potent,
21 I think.
22     Q. And there is one compound that expands the
23 pyrrolidone ring structure from five atoms to six atoms,
24 compound 11; is that right?
25     A. That's correct.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

51 (201 to 204)

201

1      Q.  And there is one compound that opens the
2  pyrrolidone ring, compound 12; is that correct?
3      A.  That's correct.
4      Q.  And there is one compound that substitutes the
5  carbonyl on the lactam group with the thial group,
6  compound 10; is that right?
7      A.  Correct.
8      Q.  There are six -- I'm sorry, actually there are
9  closer to about 12 compounds with a modified primary
10  adi- -- or amide indicated with an R1; is that right?
11      A.  That's correct.
12      Q.  And the chain lengths at R1 contain no more
13  than six carbons?
14      A.  That's correct.
15      Q.  And there are two compounds on this chart
16  which have substituted amides with the substitution
17  occurring at the nitrogen of the amide group; is that
18  right?
19      A.  So once again the question, please?
20      Q.  There are two compounds in this chart that
21  have substituted amides with the substitution happening
22  at the nitrogen of the amide; correct?
23      A.  I think I misunderstood your question.  Almost
24  all of these have substitution on the nitrogen at the
25  amide.

202

1      Q.  Of the acetamide group?
2          I'm distinguishing between the lactam and the
3  side chain.
4      A.  Okay.  Okay.  The acetamide group.  Fair
5  enough.
6      Q.  Compounds --
7      A.  So there is one, two --
8      Q.  -- 8 and 20?
9      A.  Yeah.  8.
10          Okay, I agree.
11      Q.  And none of these compounds have a pKi that is
12  tenfold higher than lev; correct?
13          MS. TORABI:  Objection, form.
14      A.  Have a -- you mean two log units?  Or did you
15  mean literally ten times the number of 6.1 unit?  I'm
16  still trying to understand.
17  BY MS. HANSEN:
18      Q.  So by tenfold -- so pKi is a logarithmic
19  value?
20      A.  Yes.
21      Q.  So tenfold over lev would be 7.1 or greater?
22      A.  Okay.  I just want to make sure.
23          None -- none of these compounds have a 7.1 or
24  greater, correct.
25      Q.  And, in fact, all but one of the compounds

203

1  have a pKi that is lower than lev; is that right?
2      A.  That's correct.
3      Q.  And none of these compounds have a potency, an
4  ED50 value in the audiogenic mouse model that is ten
5  times higher than lev; is that right?
6      A.  That's correct.
7      Q.  In fact, all of these compounds are either
8  about equipotent or less potent than lev; is that right?
9      A.  With one exception.  Because this is --
10      Q.  Which compound is more potent than lev?
11      A.  You know, the thial derivative is a little
12  more potent.
13      Q.  Okay, so, yes, a little bit more potent.  But
14  it's .05 compared to .043?
15      A.  Correct.
16      Q.  Okay.  Starting from piracetam, which is the
17  first compound in this chart, the homologation of the
18  acetamide chain peaks at two carbons; is that right?
19      A.  That's -- that's right.
20      Q.  And compound 17, which has six carbons in the
21  acetamide chain, has higher audiogenic mouse model
22  activity than the butyl compound, compound 6; is that
23  right?
24      A.  Sure, the -- yes, the more lipophilic compound
25  has a higher ED50 value, sure.

204

1      Q.  Has a higher ED50 value, meaning that it is --
2      A.  Yes, excuse me.  It has a higher activity,
3  more potent activity, but a lower ED50 value.  So it's
4  more potent, but it has a lower ED50 value.
5          So you're comparing 17, there it is, it's
6  going to be 6 through 7 and -- and 6, is that -- you are
7  comparing --
8      Q.  17 and 6.
9      A.  17 and 6.
10      Q.  Well, actually --
11      A.  7 --
12      Q.  -- we should -- we should compare like to
13  like.
14      A.  Yeah, so 7 and 6?
15      Q.  Well, 17 actually has -- is pretty potent when
16  it's in the R configuration.  Right?
17          MS. TORABI:  Objection, form.
18      A.  It's --
19  BY MS. HANSEN:
20      Q.  As between compound 7 and 17, the R enantiomer
21  is more potent than the S enantiomer?
22      A.  Sure.  But that's not the conclusion that
23  Noyer reaches.
24          THE COURT REPORTER:  Excuse me.
25      A.  Yeah, it's not the conclusion that Noyer

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

52 (205 to 208)

205

1    reaches that generally the S is the more potent.  But
2    yeah, it looks like there is one exception there.  I can
3    see it.
4    BY MS. HANSEN:
5        Q.   Okay.
6        A.   But, you know, Noyer goes on to very
7    deliberately plot their -- all their S compounds to show
8    that, you know, S is important, and they deliberately
9    choose those in order to find their correlation on, you
10   know, Figure 7.  So they are very careful to point that
11   the S is, I guess generally, the more potent
12   configuration.
13       But I think we just, you know -- if I -- to
14   answer your question now, you're comparing 7 and 17 or
15   7 --
16       Q.   I'll -- I'll withdraw that question.
17       A.   Okay.
18       Q.   Now, if we take a look at Table 1,
19   levetiracetam has an ethyl group at the acetamide
20   position; correct?
21       Or, sorry, has an ethyl side group on the
22   acetamide chain; is that right?
23       A.   Okay.  Yes.
24       Q.   And that has two carbons?
25       A.   Yes.

206

1        Q.   And it has a binding of 6.1 and an ED50 of
2    .05?
3        A.   Um-hum (affirmative).  Yes.
4        Q.   And compound 3 has a methyl group at -- on the
5    acetamide side chain; correct?
6        A.   That's correct.
7        Q.   And so it's less lipophilic than
8    levetiracetam?
9        A.   That's correct.
10       Q.   And it has a lower pKi of 5.5; is that right?
11   Than levetiracetam?
12       A.   Correct.
13       Q.   And it also has a less potent ED50 than
14   levetiracetam, of .1; is that right?
15       A.   That's correct.
16       Q.   That's about a twofold difference?
17       A.   That's correct.
18       Q.   Now, compound 4 has a side chain of -- I tell
19   you, let's actually go to compound 6 has a butyl side
20   chain on the acetamide group; is that right?
21       A.   Correct.
22       Q.   And so that's more lipophilic than lev?
23       A.   I haven't done the calculation, but it -- it
24   would be reasonable to assume that it would be somewhat
25   more lipophilic.  You know, certainly difference between

207

1    methyl and ethyl is very small.  But methyl and -- or
2    ethyl and butyl, probably a bigger difference.
3        But I have not opined on that and given any
4    numbers, but it's probably more lipophilic, yes.
5        Q.   And it add -- has two more methylene groups
6    than lev has; correct?
7        A.   That's correct.
8        Q.   Would you consider the addition of two
9    methylene groups in a straight chain be a conservative
10   change to this molecule?
11       MS. TORABI:  Objection to form.
12       A.   So the conservative/inconservative change
13   depends on what does -- you know, what does the
14   literature teach.  You know, and I think in the past,
15   when I said propyl was conservative, the literature
16   taught that a phenyl was a moiety that was tolerated at
17   the 4-position.
18       Here, I think, and I do believe Noyer, what
19   they're doing here is essentially very much the
20   parabolic analysis.  They're making a hydrogen, and a
21   methyl, and an ethyl, and a -- you know, a propyl and a
22   butyl, and they're going to find what the peak of that
23   curve is.
24       And in light of that system, maybe butyl is
25   not conservative, so.

208

1    BY MS. HANSEN:
2        Q.   Now, just to follow this out, the compound,
3    compound 6, is more than tenfold less active in its
4    binding to LBS than lev?
5        A.   That's -- that's correct.
6        Q.   And it shows more than threefold drop-off in
7    audiogenic mouse model ED50 values?
8        A.   And as I mentioned before, you know, it's more
9    lipophilic, and maybe that's counterbalancing that.
10   It's possible.  That -- so that it gets -- it gets
11   through even though it's not as potent.  It's possible
12   that that's why you're not seeing a 10 -- 10 in both
13   cases.
14       But, yeah, I see that it's .18 instead of .05.
15   It's about a threefold difference.
16       Q.   So the more lipophilic compound is less
17   active?
18       A.   Well, it was tenfold less of a binder to LBS
19   and it is only threefold less active.  I don't think a
20   POSA would have been surprised by that given that
21   it's -- it passes the -- the blood-brain barrier more
22   easily.
23       It's possible.  You know, I'm just saying
24   it's -- I would be a little careful at drawing
25   conclusions about lipophilicity here since the authors

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

53 (209 to 212)

209

1  didn't -- didn't do that, and I don't think they did
2  that kind of an analysis, to my knowledge.
3     So, but anyway, yes, it's a bit less active
4  than levetiracetam, about threefold less active.
5     Q.  Okay.  And I'm a little confused.  What do you
6  mean about whether or not the authors drew conclusions?
7  What conclusions would the authors need to have drawn in
8  order to make this have meaning?
9     A.  I'm trying to understand the question first
10 that you asked me.  Is it less active in the audiogenic
11 mouse model?  And I'm saying I -- I could see that it
12 is.
13     Is it less active than the binding model?
14 Yes, it is.
15     Are they both less active to the same degree?
16 No, they're not.
17     I don't think the authors commented on that.
18    Q.  Okay.  My question really has more to do with
19 this is a more lipophilic compound than lev, but it is
20 less active in the audiogenic mouse model than lev.  And
21 you agree with that?
22    A.  And I would agree that that's not a
23 conservative change in this system.  Clearly you can see
24 the result of that.
25    Q.  Okay.  So in this system, an addition of two

210

1  methylene groups is not a conservative change?
2     MS. TORABI:  Objection, asked and answered.
3     A.  So we're referring to -- let me just make sure
4  I -- we're talking about the butyl, is this 15?  Or, no,
5  it's the 6?
6  BY MS. HANSEN:
7     Q.  No, the butyl is --
8     A.  Or is this number -- which one was it?
9     Q.  Is 6.
10    A.  You're referring to 7?
11    Which one were you referring to?
12    Q.  To lev.
13    A.  And, no, I mean the -- the compound you asked
14 me a question on originally, I thought it was the 6
15 member -- the 6.
16    Which one -- which one are we comparing which
17 to.
18    Q.  Well, I was comparing -- and the question that
19 I was asking you was lev to compound 6.
20    A.  Okay.  Now I -- yes, in this context, I
21 believe if you do a parabolic analysis, two carbons
22 would be optimal, four not so optimal.  And so I think a
23 POSA would have come to that conclusion that four
24 carbons is not as good as two, four is not as
25 conservative.

211

1     Q.  Right.  But the difference between lev and
2  compound 6 is the addition of two methylene groups; is
3  that right?
4     A.  Well, we're starting off with a hydrogen, then
5  you put in methyl, then you put in ethyl, then you put
6  in propyl, and then a butyl, and pentyl, and hexyl.  So
7  in that system, and you do a parabolic analysis, N is
8  equal to 2, according to this is -- this is optimal.
9     Two carbons over to that, it seems the
10 activity goes down.  So that all makes sense, it's a
11 parabolic system.  You start with, you know, nothing, 1,
12 2, 3.  And so that's what I'm talking about.
13    You're talking about the difference between
14 the 2 and the 4.  I'm looking at the whole -- the whole
15 para -- you know -- you know, parabola.  And I'm saying
16 that in that -- in this parabola, 2 is best, 4 is not so
17 good.
18    So it's the downside of the parabola.
19    Q.  Okay.  And again, just my question, however,
20 is that the distinction between levetiracetam and
21 compound 6 is a difference of two methylene groups?
22    MS. TORABI:  Objection, asked and answered.
23    A.  It's a difference of two.
24 BY MS. HANSEN:
25    Q.  Thank you.

212

1     A.  In a parabolic system where you have up to six
2  carbons being discussed.
3     Q.  And all of the side chains that are longer
4  than the -- than the ethyl group and levetiracetam would
5  be more lipophilic than levetiracetam?
6     A.  I see -- it looks like a primary amine -- or
7  primary amide containing group for 18.  So that's
8  probably not more lipophilic.
9     Q.  Okay, let me -- let me rephrase.
10    You agree that all of the alkyl side chains
11 longer than the ethyl group with levetiracetam would
12 be more -- I'm sorry, let me rephrase.
13    And you agree that the compounds with alkyl
14 side chains longer than the ethyl group of levetiracetam
15 would be more lipophilic than levetiracetam?
16    A.  I think in theory they would be.  I have not
17 done the calculations to establish that.  But in theory,
18 probably that's true.  The degree that -- to which they
19 are, the difference between 2 and 3 and 4, yeah, you
20 know, I have not done that analysis.
21    Q.  Compound 15 also has a butyl substitution on
22 the acetamide group; is that right?
23    A.  That's correct.
24    Q.  Same as compound 6?
25    A.  Correct.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

54 (213 to 216)

213

1   Q.  And so those two compounds have the same
2  lipophilicity?
3       A.  Correct.
4       Q.  And those two compounds, however, have very
5  different pKi values?
6       A.  Correct.
7       Q.  And very different ED50 values?
8       A.  Well, by a factor, two -- two ends have
9  changed, you know.  Not that different.  Right?  Talking
10  .18 and .41.  Not that different.  Maybe a factor of 2,
11  2 1/4.
12      Q.  Compound 15 is eightfold less active in the
13  audiogenic mouse model than levetiracetam?
14      A.  So you said it was eightfold?  Or 80-fold?
15      Q.  Eight.
16      A.  So 15 versus levetiracetam?
17      Q.  Yes.
18      A.  The one that's 3.0?
19      Q.  I'm talking about the ED50 value.
20      A.  Oh.  Okay, I'm sorry.  .5.
21          Yeah, it's eightfold, yes, less -- less
22  potent.
23      Q.  Now, we talked a little bit about how, in your
24  opinion, the POSA would be mindful to only make small,
25  conservative changes in their effort to increase

214

1  lipophilicity of the levetiracetam analog; right?
2       A.  Correct.
3       Q.  Is the addition of a phenyl group a
4  conservative change?
5       A.  It -- according to Pardridge and Silverman,
6  it's not the protocol, not the way to go.  I would say
7  probably not the best thing to add to a compound, add to
8  a scaffold, if the goal was to lipidize it.
9          So in -- in that context, it's not
10  conservative.
11      Q.  And so the reason that it's not conservative
12  is merely that it's not the protocol?
13          MS. TORABI:  Objection, form,
14  mischaracterizes.
15      A.  Well, so there are these established medicinal
16  chemistry rules of thumb, as it were, ways to go about
17  lipidizing, and none of them are really saying add a
18  phenyl group.  Not that I've seen.
19          So -- so a POSA would have felt that they were
20  going off into new territory, and that's a bit of a
21  risk, and would have thought that it was less
22  conservative.
23  BY MS. HANSEN:
24      Q.  Even though there was the Bobkov reference
25  that taught a 4-phenyl group?

215

1       A.  It could have been plan C.  Maybe would have
2  been done.  It could, possible.  It -- you know, phenyl
3  is a -- it's an aromatic ring.  These things undergo
4  oxidation metabolically.  It could -- you know, the --
5  you know, I didn't -- I have not done that analysis.
6          But I'm not saying that that wouldn't have
7  been potential, a potentiality, someone may have thought
8  of it.  But it's not really in line with the teachings,
9  and because of that, a POSA would have thought that was
10  a little risky.
11      Q.  Now, you also opined that the POSA would
12  prioritize a straight alkyl group over a branched alkyl
13  group because a straight alkyl group is a more
14  conservative change?
15      A.  The teachings were that you add, methylenes
16  which mean n-alkyls.  The conservative part was how long
17  you would make that thing.
18          But the idea to put an n-alkyl comes from
19  Silverman, comes from Pardridge.  The teachings are that
20  the branch tends to look for size issues, and the
21  n-alkyl is lipid- -- you know, lipidation --
22  lipidization.
23          And so the conservative part is really how
24  long should this be.  And Bobkov teaches phenyl is
25  tolerated there.  And so that would have been factored

216

1  in.
2       Q.  Okay.  And the length of a tert-butyl is two
3  carbons?  So that's below an n-propyl group?
4          MS. TORABI:  Objection, form.
5       A.  I haven't done that analysis, but it's --
6  yeah, it's an ethyl with two methyls at the -- at the
7  middle carbon.  So, yeah, it's probably roughly the
8  length of an ethyl group.
9          I mean it's a very bulky different group.  And
10  tert-butyl is used in organic chemistry often when you
11  want to explore bulk, a steric bulk.  But, yeah, perhaps
12  it reaches out into space as much as two carbons.
13  BY MS. HANSEN:
14      Q.  And a tert-butyl group is as bulky as a phenyl
15  group?
16          MS. TORABI:  Objection, form.
17      A.  So phenyl is an aromatic planar structure.
18  Tert-butyl is not.  I don't -- it depends on the
19  context.  You know, depends on the context.
20  BY MS. HANSEN:
21      Q.  You agree that a straight alkyl chain can have
22  numerous three-dimensional conformations; correct?
23      A.  It generally sits in its exact pattern to --
24  that's the conformational preference.  But it could be
25  that some solvents, depends on if the molecule binds a

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

55 (217 to 220)

217

1 certain way, and maybe it might distort the shape a
2 little. It's possible. But most chemists understand
3 for it to be in the so-called zigzag pattern.
4    Q. And would you agree that an alkyl group is
5 floppy?
6       MS. TORABI: Objection, form.
7    A. In -- in what context?
8 BY MS. HANSEN:
9    Q. In the context of its three-dimensional
10 structure, given that it has freedom to move in all
11 possible directions.
12      MS. TORABI: Same objection, incomplete
13 hypothetical.
14   A. According to Silverman, it's -- it has the
15 same spacer-type distance as a phenyl. So it must be
16 that it maintains that zigzag shape enough so that it
17 holds two things in a similar space as a less floppy
18 group perhaps, so.
19      But, you know, but floppy is a relative term.
20 And what solvent, and what -- how much temperature, or
21 what's around it.
22 BY MS. HANSEN:
23   Q. Well, and you just mentioned the spacer. But
24 the spacer would have things at both ends of it; right?
25 It's not a methyl-capped alkyl group?

218

1    A. But, I mean, technically it is capped with a
2 hydrogen. Technically, right?
3       But the point is is that --
4    Q. Would the medicinal chemist consider a group
5 capped with a hydrogen to be a spacer group?
6    A. Would -- it would -- a medicinal chemist would
7 understand that the spacer means that it bridges a
8 certain number of angstroms, it reaches out a certain
9 number of angstroms in space. What's at the other end
10 is really not important to that conclusion.
11      The fact is it reaches out into space a
12 certain number of angstroms, as does a 1,4-substituted
13 phenyl. And that is a conclusion that I think a
14 reasonable organic chemist or POSA would have reached.
15   Q. Would you agree that the thing at the other
16 end of the spacer would have influence on the
17 conformational structure of the spacer?
18      MS. TORABI: Objection, form.
19   A. You're talking hypotheticals. It depends
20 what's there and what's solvent. It depends. What's --
21 what's on the other side.
22 BY MS. HANSEN:
23   Q. So just so that I understand, you're saying
24 that a spacer propylene group and a chained propylene
25 group -- or propyl group are the same?

219

1       MS. TORABI: Objection, mischaracterizes.
2    A. So -- and once again, I'm saying that,
3 bioisosterically, it's taught that the -- that the three
4 carbon group, the propyl group, reaches out into space a
5 certain distance.
6       And a POSA would have no reason to believe
7 that an unsubstituted on the third position propyl group
8 would not reach out in that same way. There is just no
9 reason that I could think, in terms of chemical
10 principles, why that would be the case.
11 BY MS. HANSEN:
12   Q. So you agree that a spacer group and the
13 chained propyl group are not the same thing?
14   A. I believe from the standpoint of space and
15 distance, that -- that it's reasonable to conclude that
16 they both have similar capacity to reach out a certain
17 distance in a space.
18   Q. Okay. Now, looking at your reply report in
19 paragraph 20 -- that should be -- reply report should be
20 Exhibit --
21   A. Oh, yeah. Right here.
22      I have it at paragraph 20.
23   Q. -- 6, paragraph 20.
24   A. Um-hum (affirmative).
25   Q. You talk about the piracetam scaffold.

220

1    A. Yes.
2    Q. What is the piracetam scaffold?
3    A. The piracetam scaffold is substitutions made
4 on piracetam. So to that basic structure, I would call
5 that -- Gouliaev uses piracetam derivatives. But what's
6 being derivatized, it's the piracetam molecule.
7       A lot of times, that's referred to as a
8 scaffold. Because other features of the scaffold
9 usually don't change, just things are added to it,
10 substitutions are made on it.
11   Q. Okay. And the piracetam scaffold has an
12 acetamide group off of the lactam ring?
13   A. Correct.
14   Q. It's not substituted?
15   A. It's with a scaffold, so the scaffold itself
16 is -- that's the template.
17   Q. Um-hum (affirmative).
18   A. So then certain substitutions are made to it.
19      So, yeah, no, I would -- I would say
20 2-pyrrolidone, and on the nitrogen you have the
21 acetamide, and that -- that thing is called piracetam.
22 In the jargon, they call it a scaffold. And when you
23 derivatize the scaffold, you come up with piracetam
24 derivatives or piracetam analogs.
25   Q. Okay. Let's turn to GB '692.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

57 (225 to 228)

225

1    Q.   Okay.  And the other thing to note about this
2  compound is that it permits for a substituted --
3  substitutions on the nitrogen of the acetamide group; is
4  that right?
5    A.   Correct.
6    Q.   And, in fact, claims 22 through 33 claim
7  sub- -- compounds with substitutions on the acetamide
8  moiety -- I'm sorry, the nitrogen of the acetamide
9  moiety; is that right?
10   A.   Right.  That's correct.
11   Q.   Now, the -- compounds 26 and 27 claim both a
12 n-propyl and an isopropyl group at the acetamide
13 moiety -- at the acetamide moiety; correct?
14   A.   I see that, yes.
15   Q.   And so the compounds permitted by this general
16 structure would include both straight and branched alkyl
17 groups?
18   A.   Sure.  The -- you know, the compounds that
19 were possible that were enumerated here, yes.  Yes.
20 It's not saying that they're necessarily bioactive in
21 any way, but, yes, they are permitted, that's correct.
22   Q.   And compounds 22 and 28 contain an allyl
23 group; is that correct?
24   A.   That's correct.
25   Q.   And so the compounds of this invention have

226

1  examples of alkenyls?
2    A.   Correct.
3    Q.   Now, let's take a look at that spinal fixation
4  data, which is on page 2.  Of the three compounds
5  provided here, the most potent compound is the
6  (3,5,5-trimethyl-2-oxo-pyrrolidino)-acetamide; correct?
7    A.   That's correct.
8    Q.   So that's a compound that has a methyl group
9  at the 3-position and two methyl groups at the
10 5-position?
11   A.   Correct.
12   Q.   And there is no substitution at the
13 4-position?
14   A.   For spinal fixation time data, that's correct.
15   Q.   And, in fact, the compound that's the
16 (4-methyl-2-oxo-pyrrolidino)-acetamide compound is three
17 times less active; is that accurate?
18   A.   In this assay, that's correct.
19   Q.   And you agree that the '692 presents no
20 audiogenic seizure data suggesting that any of alkyls,
21 alkenyl, or alkynyls would be more favorable than other
22 alkyls, alkenyls, or alkynyls for anticonvulsant
23 activity; correct?
24   A.   Well, a POSA would have understood that the
25 three examples that they did show, none of them had

227

1  alkenyls or alkynyls or other hydrocarbons.  So clearly,
2  just hydrocarbons were considered, 4-methyl, other
3  methyl substitutions.
4         The POSA would have understood that modifying
5  the 3-, 4-, and 5-position was -- was -- was something
6  that was worth trying.  But, again, in keeping with the
7  rest of the literature, we don't read these in
8  isolation.  You have to take that in -- in -- into
9  account with articles such as Bobkov, for example, or
10 the Gouliaev article, this sort of thing.
11   Q.   There is no toxicity data in GB '692; correct?
12   A.   No.
13        THE VIDEOGRAPHER:  Can we go off for me to
14 change?
15        MS. HANSEN:  Sure.  Well, there is a
16 question -- oh, you said no?  Okay.  Yes.
17        THE VIDEOGRAPHER:  This ends Media 3.  We are
18 going off the record.  The time is 3:32 p.m.
19        (Off the record discussion.)
20        THE VIDEOGRAPHER:  This begins Media 4.  We
21 are back on the record.  The time is 3:32 p.m.
22 BY MS. HANSEN:
23   Q.   Now, sticking with GB '692, there is no data
24 on side effects in GB '692; correct?
25   A.   I don't -- I don't -- I haven't opined on

228

1  that.  I don't see it here right off the bat.  I would
2  have to give a little more thought to the nystagmus
3  test -- nystagmus test.  But I haven't done that
4  analysis.
5    Q.   And there is no LBS binding data in GB '692?
6    A.   No.
7         MS. HANSEN:  Okay.  I am handing the court
8  reporter what we'll mark as 19.
9         (Marked Deposition Exhibit 19.)
10 BY MS. HANSEN:
11   Q.   And this is the patent application CA '319
12 that you rely on in your report?
13   A.   That's correct.
14   Q.   I am also going to hand you -- or hand the
15 court reporter what we'll mark as Exhibit 20.
16        (Marked Deposition Exhibit 20.)
17        THE WITNESS:  Thank you.
18 BY MS. HANSEN:
19   Q.   And this is WO '683 which you cite in your
20 report?
21   A.   Okay.  Yes.
22   Q.   Now, WO '683 is written in German; right?
23   A.   Correct.
24   Q.   And it, if translated, would have the same
25 information as what's in CA '319; right?

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

58 (229 to 232)

229

1      A.   Correct.
2      Q.   Now -- so I'm just going to talk about
3 CA '319.
4           You agree that CA '319 is directed towards
5 reducing extracellular glutamate levels; correct?
6      A.   That's correct.
7      Q.   And you agree that as of February of 2000,
8 although the POSA didn't understand precisely by what
9 mechanism lev operated, they would understand it doesn't
10 act by reducing extracellulite -- extracellular
11 glutamate levels?
12     A.   The -- if you don't know the exact mechanism,
13 you know, it's possible that -- that this may have been
14 one of the mechanistic pathways taken by levetiracetam.
15 But more importantly, even though in this publication
16 they talk about extracellular glutamate levels doesn't
17 mean that the compounds may not be acting by another
18 mechanism, even if they didn't explicitly mention it.
19          So I don't think a POSA would have dismissed
20 these compounds and what they teach out of hand just
21 because in the title it's mentioned extracellular
22 glutamate level reduction.
23     Q.   Well, let's take a look at the claims, which
24 is probably easier.  This is on page 15.
25          Now, the substitution on the lactam at the

230

1 nitrogen would be represented by R7; is that right?
2      A.   Correct.
3      Q.   And R7 is permitted to be a hydrogen atom or a
4 C1 to C10 alkyl radical or a C1 to C10 acyl radical.  Do
5 you see that?
6      A.   Yes.
7      Q.   None of that is a amid group; correct?
8      A.   Correct.
9      Q.   So the molecules of these -- of CA '319 are
10 not piracetam scaffolds?
11     A.   They are not -- they are not piracetam
12 scaffolds, that's correct.
13     Q.   Now, still looking at claim 1, claim 1 of
14 the -- permits substitution at each of positions 3, 4,
15 and 5, and provides optional substituents for each
16 position?
17     A.   Correct.
18     Q.   And R1 and R2 are at the 4-position; is that
19 right?
20     A.   Correct.
21     Q.   And the options at each of 3, 4, and 5 would
22 include C1 to C10 alkyl radicals; is that right?
23     A.   Correct.
24     Q.   And would also include C1 to C10 alkoxy
25 radicals?

231

1      A.   Correct.
2      Q.   And would also include C1 to C10 alkylamino
3 radicals?
4      A.   Correct.
5      Q.   And -- and R -- the substitutions for R3 and
6 R6 can also include C1 to C10 aryl radicals?
7      A.   Correct.
8      Q.   And an aryl group is an aromatic group?
9      A.   Right, so R6 on the 5-position as they've
10 shown it here, right.
11     Q.   R3 to R6.  Each of R3 and R6 can also be a C1
12 to C10 acyl radical?
13     A.   Correct.  Yeah.
14     Q.   And an R1 and R2 can also be 5- to 10-membered
15 saturated or unsaturated rings?
16     A.   Correct.
17     Q.   And those rings can contain heteroatoms?
18     A.   Correct.
19     Q.   And those rings can also be substituted?
20     A.   Correct.
21     Q.   And you agree that claim that the only
22 specific compound referenced in this paper is
23 unsubstituted on the lactam nitrogen?
24          It's claim 5 if you want to take a look at it.
25     A.   That's correct.

232

1      Q.   And it has a cyclohexane at the 4-position?
2      A.   Correct.
3      Q.   Would adding a cyclohexane to a 2-pyrrolidone
4 increase lipophilicity?
5      A.   I haven't done that analysis, but it seems
6 reasonable to think that it would.
7      Q.   And is a cyclohexane longer than a phenyl
8 group?
9      A.   Well, these are -- these are spiro compounds,
10 I believe it's -- so I would have to model that.  It's
11 really not a teaching in -- in a bioisosteric setting,
12 it's not a teaching if that's the case.  But I would
13 have to model that.
14     Q.   Now --
15          MS. HANSEN:  Oh, wait, do we have it already?
16          No.  Yeah.
17          Now, I'm handing the court reporter what I
18 believe will be Exhibit --
19          THE COURT REPORTER:  21.
20          MS. HANSEN:  -- 21.  Wow, we're getting up
21 there.
22          (Marked Deposition Exhibit 21.)
23 BY MS. HANSEN:
24     Q.   Dr. Lepore, this is the Gouliaev reference
25 that you rely on in your report?

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

60 (237 to 240)

237

1  activity in some other context, I don't -- not sure how
2  that makes it a better antiepileptic agent.
3      Q.  Okay.
4      A.  It's just better at something else.
5      Q.  So this general discussion here that's talking
6  about structure activity relationships is talking about
7  in some other assay than antiepileptic?
8          MS. TORABI:  Objection, mischaracterizes.
9      A.  Again, I -- let's talk about specific
10  sentences and context.
11  BY MS. HANSEN:
12     Q.  Um-hum (affirmative).
13     A.  But when you read, this has better activity,
14  and not -- and you they don't state what the activity
15  is, then I don't think one can draw a conclusion nearly
16  as well as you can from, say, Noyer or Bobkov, which
17  actually talks about the exact activity you're looking
18  at and how structure relates to it.
19     Q.  Okay.  So references that talk about the exact
20  activity that you're looking for are more useful?
21     A.  They -- they provide context for reading of an
22  extensive review article such as Gouliaev, which still
23  has useful information.
24     Q.  Now, Gouliaev is a review of 660 compounds; is
25  that right?

238

1      A.  Correct.
2      Q.  And you assert that, in paragraph 266 of your
3  opening report, that Gouliaev conducted an extensive
4  review and revealed that the 4-position was the
5  overwhelmingly preferred point of substitution; correct?
6      A.  Paragraph 66, you said?
7      Q.  266.
8      A.  266.
9          So he revealed that the 4-position of the
10  piracetam primary amide scaffold was the overwhelmingly
11  preferred point of substitution of the 2-pyrrolidone
12  ring.
13     Q.  And is your analysis based on a review of all
14  of the compounds discussed in Gouliaev?  Or just the
15  ones for which structures were provided?
16     A.  I believe that I scanned through and looked up
17  structures that weren't provided, but I focused my
18  evaluation on ones that were in keeping with the rest of
19  the literature that talked about the antiepileptic
20  activity of piracetam compounds, and those generated --
21  those were generally primary -- in fact, they were all
22  primary amides, the ones that were considered to be
23  potent, so I tended to focus more on those.
24     Q.  Okay.  So you cite in paragraph 266 the
25  compound 3, which is on page 183.

239

1      A.  I'm there, yes.
2      Q.  And that's oxiracetam?
3      A.  Will you repeat that again, please?
4      Q.  That's oxiracetam, compound 3?
5      A.  That's correct.
6      Q.  Oxiracetam has a hydroxy at the 4-position?
7      A.  That's correct.
8      Q.  But oxiracetam has been tried in patients
9  from -- suffering from epilepsy without convincing
10  success; right?
11     A.  A POSA would have had an understanding
12  about -- if that's the case, I would have to see that
13  data, but, you know, this is a fairly aqueous-soluble
14  compound, so it would have suffer from lipophilicity
15  issues.
16          Nevertheless, the substitution occurred at the
17  4-position.
18     Q.  Sure.  But if we take a look at page 194, it
19  says "The use of oxiracetam in patients suffering from
20  Alzheimer's, dementia, epilepsy, or long-term exposure
21  to organic solvents has not been met with convincing
22  success."
23     Q.  Where on page 94 -- 194?
24     Q.  The second full paragraph under "clinical
25  findings."

240

1      A.  Okay.
2          I -- I see that.
3      Q.  But right underneath, it talks about the many
4  areas in which oxiracetam has shown beneficial effects,
5  including logical performance, attention/concentration,
6  memory and orientation after chronic use.
7          Do you see that?
8      A.  I do.
9      Q.  And it also shows activity in dementia
10  patients; is that right?
11     A.  I see that.
12     Q.  And all of those are CNS-modulated diseases or
13  activities?
14          MS. TORABI:  Objection, outside scope.
15     A.  Yeah, that would be something for a clinician
16  to opine on.  But I'd just keep noting here, the word
17  "oxiracetam," sometimes one lose sites of the fact that
18  it's a 4-substituent.  It's a 4-hydroxy, not 3, not 5,
19  it's a 4.  And it's having all this activity.  A POSA
20  would have found it to be interesting in light of
21  Bobkov.
22          I'm not saying that the hydroxy group is the
23  best thing to put there, but.
24  BY MS. HANSEN:
25     Q.  And funny you should mention 3-hydroxy

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

61 (241 to 244)

241

1  analogs. It we turn to page 197, it says "N-substituted
2  3-hydroxy, 3,4-dihydroxy, O-alkyl and O-acyl derivative"
3  -- "derivatives of 2-oxopyrrolidineacetamide have been
4  prepared and shown to be effective in improving
5  performance in passive avoidance."
6         Do you see that?
7     A.  So -- so N-substituted?  So that's an
8  N-substituted acetamide?
9         That's not what Noyer teaches; right?
10  N-substituted?
11    Q.  So these are substitutions on the acetamide
12  and not on the pyrrolidine ring?
13    A.  But -- I mean, the pyrrolidine ring is
14  occupied with the acetamide.
15        That pyrrolidine ring, nitrogen --
16    Q.  Pyrrolidine appears on the nitrogen.
17    A.  -- has acetamide on it.
18    Q.  Um-hum (affirmative).
19    A.  So the only thing left to substitute is the
20  primary amide, nitrogen.
21    Q.  So they're creating NOH compounds?
22    A.  No, the -- the 3-hydroxies on the pyrrolidine
23  ring.
24    Q.  The 3-hydroxies on the pyrrolidine ring,
25  right.

242

1     A.  Right.
2     Q.  I agree.
3     A.  And the N-substitution -- I think a POSA would
4  have understood that meant the acetamide is substituted.
5     Q.  The acetamide is also substituted?
6     A.  Well, N means, you know, nitrogen
7  substitution.
8     Q.  Um-hum (affirmative).
9     A.  And the only thing you can put a nitrogen on
10  in that system is the acetamide primary nitrogen.
11    Q.  Okay.  So these --
12    A.  Not the amide.
13    Q.  But these are compounds that also have a -- a
14  hydroxy at the 3-position?
15    A.  Agreed.  But they're N-substitute.  Which, you
16  know, as I said earlier, you know, you take a piracetam
17  and you substitute it a certain way and you get one --
18  go in one direction, and then if you substitute it
19  another way, apparently they're going in another
20  direction.
21    Q.  Okay.  Now, you also cited in paragraph 266 of
22  your opening report compounds 19 and 20; correct?
23    A.  19 and 20.
24    Q.  And these are on page 196.
25    A.  Thank you.

243

1         Okay, I'm there.
2     Q.  Okay.  And both of these compounds, 19 and 20,
3  are both esters or ethers at the 4-position?
4     A.  That's correct.
5     Q.  So they all have oxygen at the 4-position in
6  some form; is that right?
7     A.  Correct.  At the 4-position, yes.
8     Q.  Okay.  Now, compound 19, if we turn to page
9  196, they discuss the activity of these two compounds.
10    A.  196 you say?
11    Q.  Um-hum (affirmative).
12        Now 19 is discussed at the bottom column on
13  the left-hand side where it talks about whether or not
14  they "have been investigated for effects on protein
15  synthesis and phospholipid synthesis in brain slices
16  from rats pretreated with the compound to be tested."
17        Do you see that?
18    A.  It's on the right-hand side.
19    Q.  Oh, I'm sorry, on the left-hand side.
20    A.  Oh, I'm sorry.
21    Q.  I'm terrible with my left and my right.
22    A.  That's okay.
23        So -- oh, okay, okay, this --
24    Q.  The bottom on the left-hand side.  It's "A
25  number of GABOB analogs" --

244

1     A.  I see it.  I see it.  I see it.  Okay.  I'm
2  there.
3     Q.  -- "have been investigated for effects on
4  protein synthesis and phospholipid synthesis, and of
5  those, only oxiracetam and
6  4-acetoxy-2-oxopyrrolidine-acetamide [sic] were able to
7  increase phospholipid synthesis significantly."
8     A.  I see that.
9     Q.  And that's unrelated to antiepileptic
10  activity; correct?
11    A.  Of course.  Yeah.  This compound may have had
12  multiple activities, maybe this was one of them, yeah.
13        But I agree, I don't think that's related to
14  epileptic, you know, disease mechanisms.  But again, I'm
15  not a clinician.  But I don't -- you know, but speaking
16  as a chemist, it doesn't seem to be that that's related.
17    Q.  Okay.  And actually, going back to page 186,
18  the compound 20 -- I'm sorry.  Okay, never mind.
19        Sorry.  And then going back to 196, compound
20  20 is discussed underneath "analogs of oxiracetam"?
21    A.  I see that.
22    Q.  And it says that derivatives of these analogs,
23  of these nootropics, 20, have been subjected to
24  nootropic tests.  Do you see that?
25    A.  Yes.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

62 (245 to 248)

245

1    Q.  And there is a citation to 13.
2         And the title of 13 is "Activity on learning
3    and memory"?
4    **A.  I see that.**
5    Q.  So these are compounds that are active in
6    learning and memory?
7    **A.  It appears that way.**
8    Q.  And that's not antiepileptic activity?
9    **A.  You know, once again, I'm not a -- I'm not a**
10   **medical expert.  It's possible that -- that this may be**
11   **using a similar mechanism to retard epileptic seizures.**
12   **And maybe at low doses, it does something else.**
13   **You know, I don't -- I can't rule out that**
14   **this has nothing to do with epileptic activity.  I would**
15   **really want an expert to -- to make -- and I would have**
16   **to read that paper and look at the doses and consult**
17   **with an expert.**
18   **I really can't make that conclusion.**
19   Q.  But you have no data that a compound with an
20   oxygen at the 4-position produces compounds with
21   activity in epilepsy models?
22   **A.  Well, there is no data saying that it doesn't.**
23   **You know, again, as I mentioned, it could be that it**
24   **somehow acts on mechanisms of -- that have a lot to do**
25   **with epileptic seizures.**

246

1    **My point is is that when you look at the**
2    **primary amides, only the 4-substitution seems to be**
3    **appearing, only 4-substituted piracetam seemed to be**
4    **covered in this really very extensive review article.**
5    **So in light of what was known, by Noyer and**
6    **Bobkov and others, a POSA would have found that**
7    **significant, to be significant.**
8    Q.  Did you do an analysis as to how many of the
9    660 comp- -- compounds have only primary acetamide
10   groups?
11   **A.  I -- I did some of that, yes.**
12   Q.  Um-hum (affirmative).
13        And how many did you identify?
14   **A.  I don't have those numbers.  But I did.  I did**
15   **it.  And I -- I -- there are not a huge number of**
16   **compounds that are primary acetamides.**
17   **But, you know, this is reviewed in the context**
18   **of the literature.  And primary acetamides are very**
19   **important, according to Noyer, that's the way to go for**
20   **antiepileptic design.**
21   **So the fact that there may be a small number**
22   **of them in this paper means very little.  The fact is**
23   **that when you find a primary acetamide that's**
24   **biologically active, according to Gouliaev, it was**
25   **substituted at the 4-position, if anything.**

247

1    Q.  Okay.  And you actually said that there is --
2    Gouliaev shows two types of 4-substituted compounds:
3    Compounds with oxygen at the 4-position and compounds
4    with phenyl at the 4-position; is that right?
5    **A.  Right.**
6    Q.  Okay.
7    **A.  Correct.**
8    Q.  So you talked about the oxygen-containing
9    compounds.  Let's talk about the phenyl-containing
10   compounds.
11        Now, if we take a look at page 191 of
12   Gouliaev, that's where they talk about the 4-phenyl
13   compounds?
14        And it's the third paragraph under
15   "Substituted 2-oxopyrrolidineacetamides."
16   **A.  I'm there.**
17   Q.  Okay.  Now, "4-Phenyl substitution of
18   piracetam leads to a compound with psychostimulatory
19   activity at low doses and then behavior inhibitory
20   activity at high doses," citing 24.
21        Do you see that?
22   **A.  I do.**
23   Q.  And reference 24 is Bobkov?
24        It's either Bobkov or Glozman.
25        Bobkov.

248

1    **A.  Okay.**
2    Q.  And there is a second citation in the next
3    paragraph -- or next sentence which says "4-Phenyl
4    piracetam has a higher potency than its hydrazide,"
5    citing reference 101.
6         Do you see that?
7    **A.  101, yes.**
8    Q.  And 101 is Glozman?
9    **A.  Okay.**
10   Q.  So Gouliaev isn't actually providing any new
11   information, it's just citing information from Bobkov
12   and Glozman; correct?
13        MS. TORABI:  Objection, mischaracterizes.
14   **A.  It's a review article, and he's reviewing the**
15   **literature, and so this is a secondary reference.  He's**
16   **citing what's been discussed in the literature.  The**
17   **fact that he thought it was significant to put it here**
18   **is -- I think is itself significant.**
19   **But, yeah, he's not producing new data,**
20   **bringing forth new data, I agree.**
21   Q.  Okay.  Let's mark Bobkov --
22        MS. TORABI:  Sorry.  We've been going for more
23   than an hour.  Would this be a good time to take
24   another break?
25        MS. HANSEN:  Sure.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

63 (249 to 252)

249

1    THE VIDEOGRAPHER: We're going off the record.
2    The time is 4:06 p.m.
3    (Recess taken.)
4    (Marked Deposition Exhibits 22 and 23.)
5    THE VIDEOGRAPHER: We are back on record. The
6    time is 4:13 p.m.
7    BY MS. HANSEN:
8    Q. Dr. Lepore, you've been handed Exhibits 22 and
9    23, which are the Bobkov and Glozman references
10   respectively. And these are the two references that you
11   rely on in your report?
12   **A. That's correct.**
13   Q. And these are two articles that come -- are
14   from the 1980s?
15   **A. That's correct.**
16   Q. And they come out of the same group?
17   **A. I -- I think they -- there is some -- there is**
18   **some overlapping authors. I -- I presume they're the**
19   **same group.**
20   Q. Okay. In fact, the authors of Glozman are
21   entirely subsumed in the authors of Bobkov; correct?
22   **A. Sure. It's possible that there is some**
23   **outside author that's another group and -- so I'm not**
24   **for sure that it's the same group, you know.**
25   Q. Okay. Neither article has audiogenic mouse

250

1    model data; correct?
2    **A. That's correct.**
3    Q. And neither article has LBS data?
4    **A. That's correct.**
5    Q. Now, looking at Glozman, which is Exhibit 23,
6    and in particular looking at the chart that's on page
7    778, so compound 1a is a 4-phenylpiracetam; is that
8    right?
9    **A. Correct.**
10   Q. And the second compound is a
11   4-phenylpyrrolidone; is that correct?
12   **A. That's correct.**
13   Q. So the two compounds differ by an ace- -- the
14   second compound lacks an acetamide group, the lactam
15   nitrogen; is that right?
16   **A. Correct, it's not a piracetam derivative,**
17   **correct. Correct.**
18   Q. And the compound that lacked that -- or the
19   4-phenylpyrrolidone compound is more potent than the
20   pentylenetetrazole test; is that right?
21   **A. Correct.**
22   Q. And a pentylenetetrazole test is associated
23   with anticonvulsant activity?
24   **A. That's correct.**
25   Q. Now, the evaluation of the compounds in

251

1    Glozman was looking at substitutions on the acetamide
2    functionality; is that right?
3    So if you take a look at compounds at the
4    first page of Glozman, 776, it's -- provides that
5    compounds 1a, 1b, 1c, 1d, 1e are all substituted at the
6    acetamide nitrogen; correct?
7    **A. Correct.**
8    Q. So the only substitution at the 4-position
9    displayed in Glozman is a phenyl group; is that right?
10   **A. Yeah.**
11   Q. So Glozman didn't try to do a substituted
12   phenyl group?
13   **A. Correct. He simply substituted the 4-position**
14   **with a phenyl group, correct.**
15   Q. And he didn't try a heteroaromatic group at
16   the 4-position?
17   **A. It seems that -- that's correct, just the**
18   **phenyl led to such big differences between that and**
19   **piracetam.**
20   Q. So it's possible that a larger compound than
21   phenyl would have been tolerated at the 4-position,
22   Glozman just didn't try it out?
23   **A. It's -- yeah, that's a -- hypothetically, it's**
24   **possible. A POSA would have understood that that's --**
25   **you're going out into, you know, hypothesis territory.**

252

1    **At minimum, a POSA would have known if phenyl is**
2    **tolerated there in terms of its space-filling**
3    **properties. So a POSA would have known that.**
4    Q. Now, Glozman similarly did not look at any
5    compound that was substituted at the 3- or the
6    5-position; correct? They're all unsubstituted in these
7    examples?
8    **A. I -- that is correct. We are referring,**
9    **again, to -- to the Glozman paper; correct?**
10   Q. Correct.
11   **A. To Exhibit 23? Okay.**
12   Q. Yeah.
13   And now let's take a look at Bobkov. Now,
14   Bobkov actually only talks about four compounds in
15   total; right?
16   **A. Correct. Four -- these are the -- exactly.**
17   **These are compounds he -- he chose -- their team**
18   **chose this, that is correct.**
19   Q. And these are all compounds that were
20   previously discussed in Glozman? So the
21   4-phenylpiracetam, piracetam, the
22   4-phenylpyrrolidinone -- pyrrolidone and morpholep?
23   **A. These are four of the several that -- not all**
24   **of the compounds -- as I think you've noted, not all of**
25   **the compounds in Glozman are found in -- in Bobkov, just**

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) (Consolidated) |
| | ) | |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | ██████████ |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**REBUTTAL EXPERT REPORT OF DAVID MACMILLAN, Ph.D.
REGARDING VALIDITY OF U.S. PATENT NO. 6,911,461**

**Dated: April 8, 2022**

_David MacMillan_
**David MacMillan, Ph.D.**

275.     Another problem facing the POSA in attempting to increase the lipophilicity is that a substance that is too lipophilic may face challenges in ultimately reaching the brain. These challenges would prevent the POSA from reasonably expecting that increased lipophilicity would increase brain uptake. The concerns about reaching the brain are multifaceted: compounds that are more lipophilic exhibit (1) lowered blood concentration due to peripheral cell uptake; (2) decreased ability to partition into the cerebrospinal fluid and reach the LBS; (3) lowered blood concentration due to increased plasma binding; (4) increased metabolism, reducing availability of the compound, and (5) increased potential for efflux due to lipid-ejecting transfer proteins. I discuss each below.

276.     First, although lipophilicity can increase a drug's ability to cross cell membranes, this can lead to the drug penetrating other cells and limiting the amount of drug reaching the brain. *See* I. Tamai and A. Tsuji, *Drug Delivery Through the Blood-Brain Barrier*, 19 Advanced Drug Delivery Reviews 401, 402 (1996) ("Tamai") (noting that although increasing lipophilicity can enhance permeation across the blood-brain barrier, it "would also increase the permeation into tissues other than the brain"); *see also* Banks at 2 ("Lipid solubility also favors uptake by the peripheral tissues; this, in turn, lowers the concentration of the drug in blood.").

277.     Second, as Levin acknowledges, high lipophilicity can result in the drug "penetrat[ing] and distribut[ing] into but not through brain capillary endothelia." Levin at 684; *see also* Banks at 2 ("However, a drug taken up by the membranes that form the BBB must then partition into the aqueous environment of the brain's interstitial fluid to exert an effect. As a result, a substance that is too lipid soluble can be sequestered by the capillary bed and not reach the cells behind the BBB."). This reduces the overall amount of the drug available to reach the target.

278.     Third, increasing the lipophilicity of the molecule also may have led to an increase in plasma protein binding. *See* Láznícek, M., & Láznícková, A., *The effect of lipophilicity on the*

*protein binding and blood cell uptake of some acidic drugs*, Journal of Pharmaceutical and Biomedical Analysis, 13(7), 823–28 (1995). The POSA would have known that there was a direct correlation between increased lipophilicity and increased protein-bound drug, such that the free amount of the drug would decrease.

279.    Fourth, increasing lipophilicity could also adversely affect the metabolism of the compound. Adding a lone, unprotected carbon chain (as Dr. Lepore suggests would have been obvious) would likely result in carbon hydroxylation of the addition (i.e., a form of metabolism). This would then reduce the quantity of the compound that was available to cross the BBB, as the compound would be degraded before it could reach the brain.

280.    Finally, as I previously discussed, certain proteins such as P-glycoprotein and multidrug resistance-associated proteins in the BBB actively eject lipophilic compounds. Löscher (2002) at 11. A number of lipid-soluble AEDs are substrates for these proteins, including gabapentin, topiramate, lamotrigine, and more. *Id.* at 10 (Table 1B), 11. P-glycoprotein was understood to be a potential issue for lipophilic drugs based on previous observations that "several anticancer drugs" had exhibited "lower accumulation in the brain than would be expected from their lipophilic properties." *See* Tamai at 415.

281.    Thus, given all of the significant risks highlighted in this section, the POSA would not have had a reasonable expectation that increasing levetiracetam's lipophilicity would successfully increase brain uptake of the resulting compound.

> c)    **No Reasonable Expectation That Increasing Lipophilicity Would Improve Levetiracetam's Side Effect Profile or Dosage Amount**

282.    In my opinion, the POSA would not reasonably expect that increasing lipophilicity of levetiracetam would lead to a reduced dose, or an improved side effect profile.

does not draw any correlation between the amount of levetiracetam prescribed to a patient and the frequency or severity of adverse events. *See* Lepore Rep. ¶ 244 (citing Keppra Medical Review). Thus, the POSA would not believe that being able to reduce the amount of compound would resolve or lessen the incidence of any other adverse events associated with levetiracetam.

287. This conclusion is further bolstered by the fact that sedation (somnolence) is a CNS-modulated effect, as I noted above, meaning that a compound with increased lipophilicity—and thus, a compound that may have a higher concentration in the brain—may in fact ***increase*** the incidence of somnolence.

288. Furthermore, Dr. Lepore ignores the possibility that levetiracetam could become more toxic if modified to increase its lipophilicity, which could lead to new side effects or exacerbate existing ones. As I have discussed, medicinal chemistry is unpredictable. The POSA would have been aware that small modifications to a compound could result in extreme changes to the activity, toxicity, and tolerability of the compound. Additionally, because so little was known about off-target activity for 2-pyrrolidones (other than that levetiracetam is remarkably devoid of serious adverse effects), it would be close to impossible to predict whether a change in the molecule would adversely impact toxicity and tolerability, or have no effect.

289. Also, as previously discussed, increasing lipophilicity can increase unwanted metabolism. In addition to decreasing the quantity of drug reaching the brain, increased metabolization of the compound would raise concerns for the POSA with respect to toxicity. For example, increased metabolism could lead to a spike in toxic metabolites that previously appeared at acceptable concentrations. In addition, the modified compound could be metabolized into different, potentially toxic metabolites. This potential for increased toxicity would only be exacerbated if the drug was more brain-penetrative.

- First, that the butanamide side chain of levetiracetam could not be modified. *See, e.g.*, Lepore Rep. ¶ 258.

- Second, that the core structure of the 2-pyrrolidone ring of levetiracetam could not be modified. *See, e.g.*, Lepore Rep. ¶ 259.

- Third, that the 3, 4, and 5 positions on the pyrrolidone ring could be modified without harming activity. *See, e.g.*, Lepore Rep. ¶¶ 261–62.

- Fourth, despite this potential availability of three positions for modification, that the only substitution that would be acceptable around the 2-pyrrolidone ring would be at the 4 position. *See, e.g.*, Lepore Rep. ¶ 263.

- And finally, that the only acceptable substitution at the 4 position of the 2-pyrrolidone ring would be an alkyl chain of one to six carbons. *See, e.g.*, Lepore Rep. ¶ 270.

Once each and every one of these conclusions are accepted, according to Dr. Lepore, the POSA would be faced with a small enough set of defined and finite options for modification of levetiracetam such that an n-propyl at the 4 position would be obvious to try. Upon arriving at a compound that has an n-propyl at the 4 position, Dr. Lepore further concludes that the POSA would take an additional step, and "would have invariably prepared and tested each stereoisomer for antiepileptic activity." *See, e.g.*, Lepore Rep. ¶ 284.

312.    I disagree that the POSA would reach each of Dr. Lepore's conclusions set forth in the paragraph directly above. In my opinion, Dr. Lepore is unable to identify a small, predictable group of substituents that the POSA would have explored in order to increase the lipophilicity of levetiracetam, while reasonably expecting such a modification to result in an AED with good activity, lack of toxicity, and tolerability. *See, e.g.*, Lepore Rep. ¶¶ 261–62 (obvious to try 3, 4, and 5 substitutions), 276-80 (obvious to try propyl from among a small number of options suggested by the prior art), 287 (obvious to try both the R and S diastereoisomers). Indeed, none of his cited references actually teach an n-propyl substitution at the 4 position of the 2-pyrrolidone ring. And, further, none teach focusing on a compound which has the R configuration at the 4 position.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 20-987 (CFC) (consol). |
| v. | ) | |
| | ) | |
| ANNORA PHARMA PRIVATE LTD. et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**EXHIBIT 15B**
**PLAINTIFFS' REPLY IN SUPPORT OF**
**MOTION IN LIMINE NO. 2 TO PRECLUDE RELIANCE ON**
**"OBVIOUS TO TRY" AS A THEORY OF OBVIOUSNESS**

Defendants misstate Plaintiffs' Motion. The parties seem to agree that Dr. Lepore has opined that brivaracetam is obvious and that "obvious to try" is a unique means of proving obviousness. *See* Opp. at 1; *see also In re Cyclobenzaprine*, 676 F.3d 1063, 1072 (Fed. Cir. 2012) (recognizing "obvious to try" as specific theory of obviousness). The parties diverge on whether Dr. Lepore opined that brivaracetam is obvious under the specific theory of "obvious to try." He did not.

Here, Dr. Lepore has offered an obviousness opinion where the POSA encounters many, successive decision points to move from Defendants' asserted lead compound—levetiracetam—to claim 5 of the '461 Patent—brivaracetam, and asserts that there were a small number of choices available to the POSA at each of those decision points (Plaintiffs disagree with these assertions). *See, e.g.*, Ex. 1 at ¶¶ 261–62, 280, 287, 290–91. But Dr. Lepore's opinion on the choices available to the POSA at certain decision points is in contrast with the opinion that Dr. Lepore did *not* offer, namely that brivaracetam (as a whole) would have been one of a "finite number of identified, predictable solutions" to be tried if there were a desire to modify levetiracetam, *see KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 421 (2007). Dr. Lepore thus has not opined in his expert reports that brivaracetam would have been obvious to try. *See* Ex. 1 at Table of Contents, ¶¶ 23–29. His deposition confirmed that he was not offering any such opinion, *see* Mot. 2–3; Ex. 2 at 38:13–20, 40:13–16, and he should not be permitted to provide trial testimony to that effect.

1

# EXHIBIT 15C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 20-987 (CFC) |
| | ) (Consolidated) |
| | ) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**EXHIBIT 15C**

**PLAINTIFFS' MOTION *IN LIMINE* NO. 3 TO PRECLUDE DR. LEPORE FROM USING CERTAIN REFERENCES IN HIS OBVIOUSNESS COMBINATIONS**

Plaintiffs ask the Court to preclude Dr. Lepore from using the Lehmann and Silverman references (Exs. 1 and 2, respectively) as prior art that purportedly renders claim 5 of the '461 patent obvious. Defendants failed to disclose the Lehmann reference in their Amended Invalidity Contentions, and Dr. Lepore failed to include either reference in his Opening Report.

Defendants' failure to disclose Lehmann in their invalidity contentions is alone grounds for its exclusion as a prior art reference. *See* D.I. 99 ¶ 6(a) (contentions must include "[t]he identity of ***each item of prior art*** that the party alleges . . . renders the claim obvious.") (emphasis added); *see also Gavrieli Brands LLC v. Soto Massini (USA) Corp.*, C.A. No. 18-462 (MN), 2019 WL 10248462, at *2 (D. Del. Apr. 18, 2019) (explaining "invalidity contentions must disclose the prior art that a party intends to use in presenting its invalidity defenses" and precluding reliance on prior art that was not cited in invalidity contentions); *Bridgestone Sports Co. v. Acushnet Co.*, C.A. No. 05-132 JJF, 2007 WL 521894, at *4–5 (D. Del. Feb. 15, 2007) (applying the *Pennypack* factors and excluding prior art references that had been untimely disclosed). Any amendment to Defendants' contentions required an "order of the Court upon a timely showing of good cause." D.I. 99 ¶ 8. When necessary, Defendants followed the proper procedure to amend their contentions— but ***never*** introduced Lehmann. *See* D.I. 116; Docket Note Sept. 9, 2021; Ex. 3 (Defs.' Am. Invalidity Contentions) at 24–67 (describing alleged prior art).

Moreover, Dr. Lepore neither cited nor relied upon Lehmann or Silverman in in forming the opinions contained in his Opening Report regarding invalidity. *See* Ex. 4 (Lepore Op. Rep.) at Materials Considered; Ex. 5 (Lepore Tr.) at 22:24–24:3. In particular, Dr. Lepore did not include Lehmann or Silverman in the combinations he provided in his Opening Report. *See, e.g.*, Ex. 4 at Table of Contents, ¶¶ 230–31 (describing scope of cited prior art and obviousness combinations). Thus, Dr. Lepore should be precluded from asserting that Lehmann and Silverman are purportedly invalidating references. *See, e.g.*, *Parallel Networks Licensing, LLC v. Int'l Bus. Machines Corp.*, C.A. No. 13-2072-KAJ, 2017 WL 1405155, at *1 (D. Del. Apr. 17, 2017) ("Together, [Fed. R. Civ. P.] 26 and 37 provide trial courts with discretion to exclude opinions that are not disclosed in expert reports."); *see, also e.g.*, *ViiV Healthcare UK Ltd. v. Lupin Ltd.*, C.A. No. 11-576-RGA, D.I. 183, slip op. at 1–2 (D. Del. June 19, 2013) (precluding defense witnesses from testifying at trial about "obviousness combinations that ha[d] not been disclosed in their reports").

Dr. Lepore first cited Lehmann and Silverman in his Rebuttal Report—purportedly in response to Plaintiffs' experts' opinions on objective indicia—and then again in his Reply Report—purportedly in response to Plaintiffs' Rebuttal Reports. Thus, Dr. Lepore's reliance on Lehmann or Silverman would be untimely and outside the scope of his reports, as Dr. Lepore *himself* recognized. *See* Ex. 5 (Lepore Tr.) at 26:13–16 ("But since I did not cite [Lehmann] in my opening report,

2

my understanding is . . . *I could not use it as a combination* or whatever." (emphasis added)). Because Dr. Lepore only relied on Lehmann or Silverman for objective indicia until introducing those references into his opinions in his Reply Report, Plaintiffs' expert was prejudicially deprived of an opportunity to respond to his opinions regarding Lehmann and Silverman as purportedly invalidating references.

Defendants' disclosure of Silverman in their Amended Invalidity Contentions does not remedy Dr. Lepore's failure to disclose that reference in his Opening Report; if anything, it exacerbates the prejudice to Plaintiffs, who understood Defendants to be abandoning any theory of invalidity based on Silverman. In light of Dr. Lepore's apparent disavowal of Silverman, Plaintiffs' expert provided a rebuttal report under the premise that Defendants were not asserting Silverman as an invalidating reference. *Cf. Vehicle IP, LLC v. Werner Enterprises, Inc.*, C.A. No. 10-503-SLR, 2013 WL 4786119, at *2–3 (D. Del. Sept. 9, 2013) (precluding invalidity theory based on reference disclosed in initial invalidity contentions but removed from final invalidity contentions); *Gavrieli*, 2019 WL 10248462, at *2, n.2 (explaining that previously disclosed prior art that was removed from contentions was properly excluded under the *Pennypack* factors).

For the foregoing reasons, Plaintiffs respectfully request that the Court preclude Dr. Lepore from using the Lehmann or Silverman references as prior art that purportedly renders claim 5 of the '461 patent obvious.

3

# EXHIBIT 1

# Anticonvulsivos.1. Influencia de la Lipofilicidad Sobre Potencia Anticonvulsiva y Neurotoxicidad*

*Pedro A. Lehmann F.   Departamento de Farmacología y Toxicología*
*Centro de Investigación y Estudios Avanzados.*

## RESUMEN

Una publicación reciente consigna evaluaciones cuantitativas de la efectividad y neurotoxicidad de 13 agentes anticonvulsivos comunes. Estas fueron sometidas a un análisis tipo Hansch. Se encontró que existen buenas correlaciones entre lipofilicidad y potencia relativa para las tres pruebas empleadas (protección contra convulsiones producidas por electrochoque, idem por el pentiléntetrazol y ataxia). Los resultados sugieren que anticonvulsivos de alta lipofilicidad tendrán mayor margen terapéutico.

## INTRODUCCION

El diseño total de un fármaco nuevo es aún imposible[1]. Sin embargo, dentro de una serie de análogos estructurales con la misma farmacción, frecuentemente se observan correlaciones entre la potencia relativa y parámetros fisicoquímicos. Hansch y sus alumnos[2] han establecido la validez de la fórmula general.

$$ABR = \log \frac{1}{C} = pC = a\log P + b\sigma + cE_s + d \qquad (1)$$

en donde la actividad biológica relativa (ABR), tomada como el logaritmo de la recíproca de la concentración isoactiva (C), es la suma linear de contribuciones debidas a las características lipófilas (log P), electrónicas ($\sigma$) y estéricas ($E_s$). Por análisis de regresión múltiple es posible calcular el coeficiente de cada término y establecer su importancia. Por lo tanto, una correlación de este tipo constituye una generalización importante que permite predecir la ABR de una serie de fármacos. Esta a su vez permite el diseño racional de nuevos análogos, los cuales tendrán alta probabilidad de poseer las características deseadas.

Una publicación reciente[3] consigna evaluaciones cuantitativas de la efectividad y neurotoxicidad de 13 anticonvulsivos (AC) autorizados en los E.U.A. Estos datos, obtenidos bajo condiciones iguales para todos ellos, pueden considerarse más confiables que los publicados anteriormente[4]. Además, como algunas de las nuevas evaluaciones difieren grandemente de aquellas (de 1/2X a 5X), se justifica someterlas a un análisis de regresión siguiendo los lineamientos establecidos por Lien[5].

## METODOS

Las estructuras de los AC estudiados se muestran en el Cuadro 1 junto conlas siglas que los identifican. La Tabla 1 los enumera y presenta su lipofilicidad así como sus potencias relativas según la ref. 3.

1 *Lipofilicidad.-* Según los estudios de Hansch[6] el coeficiente de partición de un fármaco entre $\eta$-octanol y agua es una medida accesible de su lipofilicidad y adecuada para los fines mencionados. Estos se han determinado experimentalmente sólo para dos de los AC de

| | | TABLA 1.- ANTICONVULSIVOS: LIPOFILICIDAD Y POTENCIAS RELATIVAS | | |
|---|---|---|---|---|
| AC[a] | log P[b] | pE₅₀[c] MES[d] (m/kg) | pE₅₀[c] MET[e] (m/kg) | pE₅₀[c] NET[f] (m/kg) |
| MMO | -0.37 | 2.358 | 2.678 | 2.242 |
| MEO | 0.13 | 2.821 | 3.397 | 2.732 |
| ETS | 0.21 | (<2.149)[g] | 3.035 | 2.505 |
| PAM | 0.57 | 3.310 | 3.187 | 2.626 |
| EMB | 1.21 | 3.187 | 4.297 | 3.469 |
| PRI | 1.30 | 4.301 | 3.571 | (<2.56)[g] |
| PMS | 1.40 | 3.229 | 3.575 | 2.911 |
| PEB | 1.42 | 4.046 | 4.245 | 3.438 |
| ETH | 1.53 | 3.377 | 3.628 | 3.077 |
| MES | 1.90 | 3.420 | 3.473 | 3.033 |
| MEB | 1.98 | 3.854 | 4.018 | 3.101 |
| MBH | 2.09 | 3.553 | 3.856 | 3.151 |
| DPH | 2.47 | 4.398 | -- | 3.586 |

a   Siglas asignadas en el Cuadro 1.
b   Logaritmo del coeficiente de partición $\eta$ - octanol: agua (medido o calculado).
c   Logaritmo negativo de la dosis efectiva media en m/kg.
d   En la prueba del electrochoque.
e   En la prueba del metiléntetrazol.
f   En la prueba de neurotoxicidad.
g   Los valores entre paréntesis fueron incluídos en las regresiones.

*Presentado en el II Congreso Nacional de Farmacología, Guadalajara, Jal., 8 a 11 de marzo de 1978; resumen p. 39.

BRIV-DEFS_0001360

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 831 of 993 PageID #: 4065

la Tabla 1 (DPH y PEB). Alguns valores (MEH, MEB, MMO, MEO y PAU) fueron calculados por Lien (1970) y los demás fueron estimados en base a la naturaleza aditiva-constitutiva[6] de log P. Se usaron los siguientes valores de las constantes de sustitución lipofílica ($\pi$): hidantoína - 1.4, succinimida — 1.29, ácido barbitúrico —1.35, oxazolidindiona — 1.93, fenilo 1.77, C-metilo 0.50, N-metilo 0.56 y C-etilo 1.00. Por ejemplo, del log P medido del ácido 5-etil, 5-fenilbarbitúrico (1.42) se restan 2.77 correspondientes a los dos sustituyentes para obtener -1.35 para el ácido barbitúrico mismo. Para la estimación de log P de EMB se añade a este valor 2.56 (1.00 + 1.00 + 0.56) para obtener 1.21.

*2 Potencias relativas.* Estas fueron determinadas[3] por métodos aceptados, como sigue:

En la prueba MES se estima la dosis efectiva media ($DE_{50}$ en mg/kg) del AC requerida para proteger a ratones de las convulsiones producidas por electrochoque al aplicar una corriente (60 Hz, 50 mA, 0.2 seg) a través de electrodos en la córnea. En la prueba MET se estima la $DE_{50}$ requerida para protegerlos contra las convulsiones producidas por una inyección subcutánea de pentiléntetrazol (85 mg/kg). Finalmente, en una prueba diseñada para detectar un déficit neurológico se determina la $DE_{50}$ para la producción de ataxia, un signo de neurotoxicidad (NET). La ataxia se define como la inhabilidad de un ratón de mantenerse sobre un cilindro (diám. 1") que rota a 6 rpm.

Las dosis, después de conversión a moles/kg se expresaron recíprocamente y logarítmicamente para obtener una medida de su potencia relativa

$$pE_2 = \log \frac{1}{DE_{50} \ m/kg} \qquad (2)$$

*3. Métodos estadísticos.-* Los análisis de regresión se efectuaron en una calculadora SR-52 usando un programa que incorpora los siguientes algoritmos en donde $X = \log P$, $Y = pE_2$ y n es el número de pares incluidos en la regresión:

$$\overline{X} = \frac{\Sigma X}{n}, \ \overline{Y} = \frac{\Sigma Y}{n}, \ y = Y - \overline{Y} \qquad (3)$$

$$\Sigma y^2 = SS = \Sigma Y^2 - \frac{(\Sigma Y)^2}{n}; \ s_o = (SS_o/n - 2)^{1/2} \qquad (4)$$

$$\overline{Y} = a + b\overline{X} \qquad (5)$$

$$b = \left(\frac{\Sigma Y \Sigma X}{n} - \Sigma XY\right) \div \left(\frac{(\Sigma X)^2}{n} - \Sigma X^2\right) \qquad (6)$$

$$a = (\Sigma X - b \ \Sigma X) \div n \qquad (7)$$

$$r^2 = -b \left(\frac{\Sigma X \Sigma Y}{n} - \Sigma XY\right) \div \Sigma y^2 \qquad (8)$$

$$SS_1 = SS_o (1 - r^2); \ s_1 = (SS_1/n - 2)^{1/2} \qquad (9)$$

$$F = \left(\frac{SS_o - SS_1}{SS_1}\right) \cdot (n - 2) \qquad (10)$$

$$s_a = (s_1) \left[\frac{\Sigma X^2}{n \ \Sigma X^2 - (\Sigma X)^2}\right]^{1/2} \qquad (11)$$

$$s_b = (s_1) \left[\frac{1}{(\Sigma X^2 - \frac{(\Sigma X)^2}{n})^{1/2}}\right]$$

Los subíndices 0 y 1 se refieren respectivamente a los parámetros antes y después de la regresión.

## RESULTADOS

El análisis de regresión de los datos disponibles arrojó los siguientes resultados:

MES: $pE_2 = 2.8 \ (\pm 0.2) + 0.54 \ (\pm 0.14) \ \log P$
n= 12, $r^2 = 0.59$, $s_1 = 0.40$, F = 14,4  P < 0.01   (13)

MET: $pE_2 = 3.1 \ (\pm 0.2) + 0.44 \ (\pm 0.13) \ \log P$
n = 12, $r^2 = 0.53$, $s_1 = 0.34$,   F = 11.5, P < 0.01   (14)

NET: $pE_2 = 2.5 \ (\pm 0.1) + 0.38 \ (\pm 0.08) \ \log P$
n = 12, $r^2 = 0.68$, $s_1 = 0.24$,  F = 21.4, P < 0.01   (15)

Para todas las correlaciones la prueba F indicó que la probabilidad de que la regresión se deba al azar es menor de 0.01.



Estructuras de los agentes anticonvulsivos estudiados.

BRIV-DEFS_0001361

Estas tres correlaciones se muestran en la Fig. 1. Claramente las tres farmacciones muestran una fuerte dependencia de la lipofilicidad. Para la prueba MES hay datos disponibles (Lien, 1970) para 7 AC adicionales. Su inclusión (Fig. 1), parte superior, círculos claros) en la regresión dió la siguiente correlación:

$$\text{MES: } pE_2 = 2.7\ (\pm 0.2) + 0.56\ (\pm 0.01)\ \log P \quad (16)$$
$$n = 19,\ r^2 = 0.65,\ s_1 = 0.32,\ F = 30.9,\ P < < 0.01$$

Las cuatro correlaciones anteriores sugieren que la potencia relativa de estos AC está determinada principalmente por su lipofilicidad en acuerdo con las conclusiones de Lien[5]. La alta potencia relativa en la prueba MES de la primidona (PRI), del fenobarbital (PEB) y de la difenilhidantoína (DPH) indica que estos AC posiblemente tengan además un componente estructuralmente específico en su farmacción[7], o sea metabolizados a compuestos también activos[8].

En la Fig. 2 se han graficado juntas las correlaciones de las ecuaciones 13, 14 y 15. Además, para cada una se muestran los límites obtenidos para pendientes más y menos una desviación estándar (b ± sb), usando como punto de pivote de lipofilicidad promedio de cada grupo. Puede apreciarse claramente que las pendientes para los efectos MES y MET son mayores que para el efecto NET (0.54, 0.44 y 0.38 respectivamente). Como consecuencia, para compuestos de baja lipofilicidad (log P < 1) una dosis efectiva tenderá también a ser tóxica, o sea, la dosis efectiva media será mayor y tenderá hacia la dosis tóxica, pero no necesariamente será tóxica. Para anticon-

vulsivos lipofílicos (log P > 1) una dosis efectiva en la acción deseada será inefectiva en el efecto indeseado. En otras palabras, estos datos sugieren que AC de alta lipofilicidad tendrán mayor potencia, mayor margen terapéutico y que AC potenciales han de buscarse entre sustancias con esta propiedad. ∎

REFERENCIAS

1. Arïens, E. J., Ed. (1971-1977), Drug Design, vols. 1-7, (Nueva York, Academic Press).

2. Hansch, C. (1973) Quantitative approaches to pharmacological structure-activity relationships: en Structure-activity relation ships. International Encyclopedia of Pharmacology and Therapeutics, Sección V, vol. 1 (Oxford, Pergamon Press).

3. U.S. Department of Health, Education, and Welfare (1978), Anticonvulsant screening program and antiepileptic development program, Publication No. N. I. H. 78-1093 (Bethesda, Md., DHEW).

4. Vida, J.A. (1977) Anticonvulsants (Nueva York, Academic Press).

5. Lien, E. J. (1970) Structure-activity correlations for anticonvulsant drugs. J. Med Chem 13: 1189-1191.

6. Hansch, C. (1971) Quantitative structure-activity relation-Ships in drug design en Arïens, E. J., Ed., Drug design., vol. 1, pp. 271-342 (Nueva York, Academic Press).

7. Lehmann, F., P.A. (1975) Factores estructurales en la farmacción, Memorias del III Curso Latinoamericano de Toxicología (México, Secretaría de Salubridad y Asistencia).

8. Vida, J. A. (1977) Anticonvulsants (Nueva York, Academic Press) p. 129.



FIGURA 1



FIGURA 2

Fig. 1. Dependencia de la potencia anticonvulsiva contra electrochoque (MES), contra pentilëntetrazol (MET) y neurotoxicidad (NET) de la lipofilicidad. Las siglas de los anticonvulsivos se explican en el Cuadro 1. Los puntos entre paréntesis no fueron incluidos en las regresiones. Fig. 2.- Gráfica conjunta de las correlaciones 13 — 15. Para cada una se muestra además las pendientes más y menos una desviación estándar (b ± sb) tomando como punto de pivote el promedio de sus lipofilicidades.

BRIV-DEFS_0001362

# EXHIBIT 2

# The Organic Chemistry of Drug Design and Drug Action

**Richard B. Silverman**
Department of Chemistry
Northwestern University
Evanston, Illinois



**Academic Press, Inc.**
Harcourt Brace Jovanovich, Publishers
San Diego   New York   Boston   London   Sydney   Tokyo   Toronto

BRIV-DEFS_0000617

This book is printed on acid-free paper. 

Copyright © 1992 by ACADEMIC PRESS, INC.

All Rights Reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
*A Division of Harcourt Brace & Company*
525 B Street, Suite 1900, San Diego, California 92101-4495
*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Silverman, Richard B.
  The organic chemistry of drug design and drug action / Richard B. Silverman.
  p.   cm.
  Includes index.
  ISBN 0-12-643730-0 (hardcover)
  1. Pharmaceutical chemistry.   2. Bioorganic chemistry.
3. Molecular pharmacology.   4. Drugs--Design.   I. Title.
  [DNLM: 1. Chemistry, Organic.   2. Chemistry, Pharmaceutical.
3. Drug Design. 4. Pharmacokinetics.   QV 744 S587o]
  RS403.S55  1992
  615'.19--dc20
  DNLM/DLC
  for Library of Congress                                    91-47041
                                                                 CIP

PRINTED IN THE UNITED STATES OF AMERICA
  95  96  97  MM  9  8  7  6  5  4  3

BRIV-DEFS_0000618

relieving a patient who suffered from car sickness; a further study proved its effectiveness in the treatment of seasickness[9] and airsickness.[10] It is now the most widely used drug for the treatment of all forms of motion sickness.

An antibacterial agent, carbutamide (**2.12**, R = NH₂), was found to have an antidiabetic side effect. However, it could not be used as an antidiabetic drug because of its antibacterial activity. Carbutamide, then, was a lead for the discovery of tolbutamide (**2.12**, R = CH₃), an antidiabetic drug without antibacterial activity.

Copyright Elsevier 2020 This book belongs to Salvatore Lepore



**2.11**                                                         **2.12**

## 5. Rational Approaches to Lead Discovery

None of the above approaches to lead discovery involves a major rational component. The lead is just found by screening techniques, as a by-product of drug metabolism studies, or from whole animal investigations. Is it possible to design a compound having a particular activity? Rational approaches to drug design have now become the major routes to lead discovery. The first step is to identify the cause for the disease state. Most diseases, or at least the symptoms of diseases, arise from an imbalance of particular chemicals in the body, from the invasion of a foreign organism, or from aberrant cell growth. As discussed in later chapters, the effects of the imbalance can be corrected by antagonism or agonism of a receptor (see Chapter 3) or by inhibition of a particular enzyme (see Chapter 5). Foreign organism enzyme inhibition and interference with DNA biosynthesis or function (see Chapter 6) are also important approaches to treat diseases arising from microorganisms and aberrant cell growth.

Once the relevant biochemical system is identified, lead compounds then become the natural receptor agonists or enzyme substrates. For example, lead compounds for the contraceptives (+)-norgestrel (**2.13**) and 17α-ethynylestradiol (**2.14**) were the steroidal hormones progesterone (**2.15**) and 17β-estradiol



**2.13**                                                         **2.14**

(**2.16**). Whereas the steroid hormones **2.15** and **2.16** show weak and short-lasting effects, the oral contraceptives **2.13** and **2.14** exert strong progestational activity of long duration.



**2.15**                                              **2.16**

At Merck it was believed that serotonin (**2.17**) was a possible mediator of inflammation. Consequently, serotonin was used as a lead for anti-inflammatory agents, and from this lead the anti-inflammatory drug indomethacin (**2.18**) was developed.[11]



**2.17**                                              **2.18**

The rational approaches are directed at lead discovery. It is not possible, with much accuracy, to foretell toxicity and side effects, anticipate transport characteristics, or predict the metabolic fate of a drug. Once a lead is identified, its structure can be modified until an effective drug is prepared.

## II. Drug Development: Lead Modification

Once your lead compound is in hand, how do you know what to modify in order to improve the desired pharmacological properties?

### A. Identification of the Active Part: The Pharmacophore

Interactions of drugs with receptors are very specific (see Chapter 3). Therefore, only a small part of the lead compound may be involved in the appropriate interactions. The relevant groups on a molecule that interact with a recep-

Copyright Elsevier 2020 This book belongs to Salvatore Lepore

tor and are responsible for the activity are collectively known as the *pharmacophore*. If the lead compound has additional groups, they may interfere with the appropriate interactions. One approach to lead modification is to cut away sections of the molecule in order to determine what parts are essential and which are superfluous.

As an example of how a molecule can be trimmed and still result in increased potency or modified activity, consider the addictive analgetics morphine (**2.19**, R = R′ = H), codeine (**2.19**, R = CH$_3$, R′ = H), and heroin (R = R′ = COCH$_3$). The pharmacophore is darkened. If the dihydrofuran oxygen is excised, morphinan (**2.20**, R = H)[12] results; the hydroxy analog levorphanol[13] (**2.20**, R = OH) is 3 to 4 times more potent than morphine as an analgetic, but it retains the addictive properties. Removal of half of the cyclohexene ring, leaving only methyl substituents, gives benzomorphan (**2.21**, R = CH$_3$).[14] This compound shows some separation of analgetic and addictive effects; cyclazocine (**2.21**, R = CH$_2$—◁ ) and pentazocine [**2.21**, R = CH$_2$CH=C(CH$_3$)$_2$] are analogs with much lower addiction liabilities. Cutting away the cyclohexane fused ring (**2.22**) also has little effect on the analgetic activity in animal tests. Removal of all fused rings, for example, in the case of meperidine (**2.23**, Demerol®), gives an analgetic still possessing 10–12% of the overall potency of morphine.[15] Even acyclic analogs are active. Dextropropoxyphene (**2.24**, Darvon®) is one-half to two-thirds as potent as codeine; its activity can be ascribed to the fact that it can assume a conformation related to that of the morphine pharmacophore. Another acyclic analog is methadone (**2.25**) which is as potent an analgetic as morphine; the (−)-isomer is used in the treatment of opioid abstinence syndromes in heroin abusers.

Copyright Elsevier 2020 This book belongs to Salvatore Lepore

2.19          2.20          2.21          2.22



2.23          2.24          2.25

In some cases an increase in structural complexity and/or rigidity can lead to increased potency. For example, an oripavine derivative such as etorphine (**2.26**, R = CH$_3$, R' = C$_3$H$_7$), which has a two-carbon bridge and a substituent not in morphine, is about 1000 times more potent than morphine[16] and, therefore, is used in veterinary medicine to immobilize large animals. The related analog, buprenorphine (**2.26**, R = CH$_2$—◁, R' = *tert*-Bu, double bond reduced) is 10–20 times more potent than morphine and has a very low level of dependence liability. Apparently, the additional rigidity of the oripavine derivatives increases the appropriate receptor interactions (see Chapter 3).

Once the pharmacophore is identified, manipulation of functional groups becomes consequential.



**2.26**

### B. Functional Group Modification

The importance of functional group modification was seen in Section I,B,4; the amino group of carbutamide (**2.12**, R = NH$_2$) was replaced by a methyl group to give tolbutamide (**2.12**, R = CH$_3$), and in so doing the antibacterial activity was separated away from the antidiabetic activity. In some cases an experienced medicinal chemist knows what functional group will elicit a particular effect. Chlorothiazide (**2.27**) is an antihypertensive agent that has a strong diuretic (increased urine excretion) effect as well. It was known from sulfanilamide work that the sulfonamide side chain can give diuretic activity (see Section II,C). Consequently, diazoxide (**2.28**) was prepared as an antihypertensive drug without diuretic activity.

There, obviously, is a relationship between the molecular structure of a compound and its activity. This phenomenon was first realized over 120 years ago.



**2.27**          **2.28**

Copyright Elsevier 2020 This book belongs to Salvatore Lepore

### C. Structure–Activity Relationships

In 1868 Crum-Brown and Fraser,[17] suspecting that the quaternary ammonium character of curare may be responsible for its muscular paralytic properties, examined the neuromuscular blocking effects of a variety of simple quaternary ammonium salts and quaternized alkaloids in animals. From these studies they concluded that the physiological action of a molecule was a function of its chemical constitution. Shortly thereafter, Richardson[18] noted that the hypnotic activity of aliphatic alcohols was a function of their molecular weight. These observations are the basis for future structure–activity relationships (SAR).

Drugs can be classified as being structurally specific or structurally nonspecific. *Structurally specific drugs*, which most drugs are, act at specific sites, such as a receptor or an enzyme. Their activity and potency are very susceptible to small changes in chemical structure; molecules with similar biological activities tend to have common structural features. *Structurally nonspecific drugs* have no specific site of action and usually have lower potency. Similar biological activities may occur with a variety of structures. Examples of these drugs are gaseous anesthetics, sedatives and hypnotics, and many antiseptics and disinfectants.

Even though only a part of the molecule may be associated with the activity, there are a multitude of molecular modifications that could be made. Early SAR studies (prior to the 1960s) simply involved the syntheses of as many analogs as possible of the lead and their testing to determine the effect of structure on activity (or potency). Once enough analogs were prepared and sufficient data accumulated, conclusions could be made regarding structure–activity relationships.

An excellent example of this approach came from the development of the sulfonamide antibacterial agents (sulfa drugs). After a number of analogs of the lead compound sulfanilamide (**2.1**, R = H) were prepared, it was found that compounds of this general structure exhibited diuretic and antidiabetic activities as well as antimicrobial activity. Compounds with each type of activity eventually were shown to possess certain structural features in common. On the basis of the biological results of greater than 10,000 compounds, several SAR generalizations have been made.[19] Antimicrobial agents have structure **2.29** (R = $SO_2NHR'$ or $SO_3H$) where (1) the amino and sulfonyl groups on the benzene ring should be para; (2) the anilino amino group may be unsubstituted (as shown) or may have a substituent that is removed *in vivo*; (3) replacement of the benzene ring by other ring systems, or the introduction of

$NH_2$——⟨benzene ring⟩——R

**2.29**

Copyright Elsevier 2020 This book belongs to Salvatore Lepore

additional substituents on it, decreases the potency or abolishes the activity; (4) R may be



but the potency is reduced in most cases; (5) N'-monosubstitution (R = $SO_2NHR'$) results in more potent compounds, and the potency increases with heteroaromatic substitution; and (6) N'-disubstitution (R = $SO_2NR_2'$), in general, leads to inactive compounds.

Antidiabetic agents are compounds with structure **2.30**, where X may be O, S, or N incorporated into a heteroaromatic structure such as a thiadiazole or a pyrimidine or in an acyclic structure such as a urea or thiourea. In the case of ureas, the $N^2$ should carry as a substituent a chain of at least two carbon atoms.[20]



**2.30**

Sulfonamide diuretics are of two general structural types, hydrochlorothiazides (**2.31**) and the high ceiling type (**2.32**). The former compounds have 1,3-disulfamyl groups on the benzene ring, and $R^2$ is an electronegative group such as Cl, $CF_3$, or NHR. The high ceiling compounds contain 1-sulfamyl-3-carboxy groups. Substituent $R^2$ is Cl, Ph, or PhZ, where Z may be O, S, CO, or NH, and X can be at position 2 or 3 and is normally NHR, OR, or SR.[21]

The sulfonamide example is strong evidence to support the notion that a correlation does exist between structure and activity, but how do you know what molecular modifications to make in order to fine-tune the lead compound?



**2.31**                                    **2.32**

## D. Structure Modifications to Increase Potency and Therapeutic Index

In the preceding section it was made clear that structure modifications were the keys to activity and potency manipulations. After years of structure-activity relationship studies, various standard molecular modification ap-

Copyright Elsevier 2020 This book belongs to Salvatore Lepore

Copyright Elsevier 2020 This book belongs to Salvatore Lepore

proaches have been developed for the systematic improvement of the *therapeutic index* (also called the *therapeutic ratio*), which is a measure of the ratio of undesirable to desirable drug effects. For *in vivo* systems the therapeutic index could be the ratio of the $LD_{50}$ (the lethal dose for 50% of the test animals) to the $ED_{50}$ (the effective dose that produces the maximum therapeutic effect in 50% of the test animals). The larger the therapeutic index, the greater the margin of safety of the compound. A number of these structural modification methodologies follow.

## 1. Homologation

A *homologous series* is a group of compounds that differ by a constant unit, generally a $CH_2$ group. As will become more apparent in Section II,E, biological properties of homologous compounds show regularities of increase and decrease. For many series of compounds, lengthening of a saturated carbon side chain from one (methyl) to five to nine atoms (pentyl to nonyl) produces an increase in pharmacological effects; further lengthening results in a sudden decrease in potency (Fig. 2.1). In Section II,E,2,b it will be shown that this phenomenon corresponds to increased lipophilicity of the molecule, which permits penetration into cell membranes' until its lowered water solubility becomes problematic in its transport through aqueous media. In the case of aliphatic amines another problem is micelle formation, which begins at about $C_{12}$. This effectively removes the compound from potential interaction with the appropriate receptors. One of, if not the, earliest example of this potency versus chain length phenomenon was reported by Richardson,[18] who was



**Figure 2.1.** General effect of carbon chain length on drug potency.

BRIV-DEFS_0000625

**Table 2.1**  Effect of Chain Length on Potency: Antibacterial Activity of
4-$n$-Alkylresorcinols[22a] and Spasmolytic Activity of Mandelate Esters[22b]

| R | Phenol coefficient | % Spasmolytic activity[a] |
|---|---|---|
| methyl | — | 0.3 |
| ethyl | — | 0.7 |
| $n$-propyl | 5 | 2.4 |
| $n$-butyl | 22 | 9.8 |
| $n$-pentyl | 33 | 28 |
| $n$-hexyl | 51 | 35 |
| $n$-heptyl | 30 | 51 |
| $n$-octyl | 0 | 130 |
| $n$-nonyl | 0 | 190 |
| $n$-decyl | 0 | 37 |
| $n$-undecyl | 0 | 22 |
| $i$-propyl | — | 0.9 |
| $i$-butyl | 15.2 | 8.3 |
| $i$-amyl | 23.8 | 28 |
| $i$-hexyl | 27 | — |

[a] Relative to 3,3,5-trimethylcyclohexanol, set at 100%.

investigating the hypnotic activity of alcohols. The maximum effect occurred for 1-hexanol to 1-octanol; then the potency declined upon chain lengthening until no activity was observed for hexadecanol.

A study by Dohme *et al.*[22a] on 4-alkyl-substituted resorcinol derivatives showed that the peak antibacterial activity occurred with 4-$n$-hexylresorcinol (see Table 2.1), a compound now used as a topical anesthetic in a variety of throat lozenges. Funcke *et al.*[22b] found that the peak spasmolytic activity of a series of mandelate esters occurred with the $n$-nonyl ester (see Table 2.1).

Copyright Elsevier 2020 This book belongs to Salvatore Lepore

## 2. Chain Branching

When a simple lipophilic relationship is important as described above, then *chain branching* lowers the potency of a compound. This phenomenon is exemplified by the lower potency of the compounds having isoalkyl chains in Table 2.1. Chain branching also can interfere with receptor binding. For example, phenethylamine ($PhCH_2CH_2NH_2$) is an excellent substrate for monoamine oxidase [amine oxidase (flavin-containing)], but $\alpha$-methylphenethylamine (amphetamine) is a poor substrate. Primary amines often are more potent than secondary amines which are more potent than tertiary amines. For example, the antimalarial drug primaquine (**2.33**) is much more potent than its secondary or tertiary amine homologs.

Major pharmacological changes can occur with chain branching and homologation. Consider the 10-aminoalkylphenothiazines (**2.34**, X = H). When R is $CH_2CH(CH_3)N(CH_3)_2$ (promethazine) or $CH_2CH_2N(CH_3)_2$ (diethazine), antispasmodic and antihistaminic activities predominate. However, the homolog **2.34** with R being $CH_2CH_2CH_2N(CH_3)_2$ (promazine) has greatly reduced antispasmodic and antihistaminic activities, but sedative and tranquilizing activities are greatly enhanced. In the case of the branched chain analog **2.34** with R equal to $CH_2CH(CH_3)CH_2N(CH_3)_2$ (trimeprazine), the tranquilizing activity is reduced and antipruritic (anti-itch) activity increases.

Copyright Elsevier 2020 This book belongs to Salvatore Lepore



**2.33**                    **2.34**

## 3. Ring–Chain Transformations

Another modification that can be made is the transformation of alkyl substituents into cyclic analogs. Consider the promazines again (**2.34**). Chlorpromazine [**2.34**, X = Cl, R = $CH_2CH_2CH_2N(CH_3)_2$] and **2.34** (X = Cl, R =

 are equivalent as tranquilizers in animal tests.

Trimeprazine [**2.34**, X = H, R = $CH_2CH(CH_3)CH_2N(CH_3)_2$] and methdilazine [**2.34**, X = H, R = $CH_2$—CH—$CH_2$



have similar antipruritic activity in man.

Case 1:20-cv-00807-CFC-JLH   Document 212-1   Filed 10/18/22   Page 846 of 993 PageID #: 4079

Different activities can result from a ring–chain transformation as well. For example, if the dimethylamino group of chlorpromazine is substituted by a methylpiperazine ring (**2.34**, X = Cl, R = $CH_2CH_2CH_2N$⟨ ⟩$NCH_3$; prochlorperazine), the antiemetic (prevents nausea and vomiting) activity is greatly enhanced. In this case, however, an additional amino group is added.

## 4. Bioisosterism

*Bioisosteres* are substituents or groups that have chemical or physical similarities, and which produce broadly similar biological properties.[23] Bioisosterism is a lead modification approach that has been shown to be useful to attenuate toxicity or to modify the activity of a lead, and it may have a significant role in the alteration of metabolism of a lead. There are classical isosteres[24,25] and nonclassical isosteres.[23,26] In 1925 Grimm[27] formulated the *hydride displacement law* to describe similarities between groups that have the same number of valence electrons but may have a different number of atoms. Erlenmeyer[28] later redefined isosteres as atoms, ions, or molecules in which the peripheral layers of electrons can be considered to be identical. These two definitions describe *classical isosteres*; examples are shown in Table 2.2. *Nonclassical*

**Table 2.2  Classical Isosteres[24,25]**

1. Univalent atoms and groups
   a. $CH_3$   $NH_2$   OH   F   Cl
   b. Cl   $PH_2$   SH
   c. Br   *i*-Pr
   d. I   *t*-Bu
2. Bivalent atoms and groups
   a. $-CH_2-$   $-NH-$   $-O-$   $-S-$   $-Se-$
   b. $-COCH_2R$   $-CONHR$   $-CO_2R$   $-COSR$
3. Trivalent atoms and groups
   a. $-CH=$   $-N=$
   b. $-P=$   $-As=$
4. Tetravalent atoms
   a. $-\overset{|}{\underset{|}{C}}-$   $-\overset{|}{\underset{|}{Si}}-$
   b. $=C=$   $=\overset{+}{N}=$   $=\overset{+}{P}=$
5. Ring equivalents
   a. $-CH=CH-$   $-S-$   (e.g., benzene, thiophene)
   b. $-CH=$   $-N=$   (e.g., benzene, pyridine)
   c. $-O-$   $-S-$   $-CH_2-$   $-NH-$   (e.g., tetrahydrofuran, tetrahydrothiophene, cyclopentane, pyrrolidine)

BRIV-DEFS_0000628

### Table 2.3   Nonclassical Bioisosteres[23]

1.   **Carbonyl group**




2.   **Carboxylic acid group**



3.   **Hydroxy group**




4.   **Catechol**



X = O, NR

5.   **Halogen**

X   CF₃   CN   N(CN)₂   C(CN)₃

6.   **Thioether**



7.   **Thiourea**

8.   **Azomethine**

9.   **Pyridine**

10.   **Spacer group**

11.   **Hydrogen**

H   F

BRIV-DEFS  0000629

*bioisosteres* do not have the same number of atoms and do not fit the steric and electronic rules of the classical isosteres, but they do produce a similarity in biological activity. Examples of these are shown in Table 2.3.

Ring–chain transformations also can be considered to be isosteric interchanges. There are hundreds of examples of compounds that differ by a bioisosteric interchange[23,26]; some examples are shown in Table 2.4. Bioisosterism also can lead to changes in activity. If the sulfur atom of the phenothiazine neuroleptic drugs (**2.34**) is replaced by the —CH=CH— or —CH$_2$CH$_2$— bioisosteres, then dibenzazepine antidepressant drugs (**2.35**) result.

**2.35**

It is, actually, quite surprising that bioisosterism should be such a successful approach to lead modification. Perusal of Table 2.2, and especially of Table 2.3, makes it clear that in making a bioisosteric replacement, one or more of the following parameters will change: size, shape, electronic distribution, lipid solubility, water solubility, $pK_a$, chemical reactivity, and hydrogen bonding. Because a drug must get to the site of action, then interact with it (see Chapter 3), modifications made to a molecule may have one or more of the following effects:

1. Structural. If the moiety that is replaced by a bioisostere has a structural role in holding other functionalities in a particular geometry, then size, shape, and hydrogen bonding will be important.
2. Receptor interactions. If the moiety replaced is involved in a specific interaction with a receptor or enzyme, then all of the parameters except lipid and water solubility will be important.
3. Pharmacokinetics. If the moiety replaced is necessary for absorption, transport, and excretion (collectively, with metabolism, termed *pharmacokinetics*) of the compound, then lipophilicity, hydrophilicity, $pK_a$, and hydrogen bonding will be important.
4. Metabolism. If the moiety replaced is involved in blocking or aiding metabolism, then the chemical reactivity will be important.

It is because of these subtle changes that bioisosterism is effective. This approach allows the medicinal chemist to tinker with only some of the parameters in order to augment the potency, selectivity, and duration of action and to reduce toxicity. Multiple alterations may be necessary to counterbalance effects. For example, if modification of a functionality involved in binding also decreases the lipophilicity of the molecule, thereby reducing its ability to



Case 1:20-cv-00837-CFC-JLH   Document 219-1   Filed 10/18/22   Page 848 of 993 PageID #: 4082

**Table 2.4** Examples of Bioisosteric Analogs[23,26]

1.     **Neuroleptics   (antipsycnotics)**



$X =$  (ketone)  or  CHCN

2.     **Anti-inflammatory   agents**

$X = OH$ (indomethacin)

$= NHOH$

$=$ (tetrazole)

$Y = CH_3O$   $Z = Cl$

$Y = F$       $Z = SCH_3$ (sulindac)

3.     **Antihistamines**

$R — X — (CH_2)_n — Y$     $X = NH, O, CH_2$

$Y = N(CH_3)_2$   $(n = 2)$

(imidazoline)   $(n = 1)$

(imidazole) $(n = 1, 2)$

BRIV-DEFS_0000631

penetrate cell walls and cross other membranes, the molecule can be substituted with additional lipophilic groups at sites distant from that involved with binding. Modifications of this sort may change the overall molecular shape and result in another activity.

Up to this point we have been discussing more or less random molecular modifications to make qualitative differences in a lead. In 1868 Crum-Brown and Fraser[17] predicted that some day a mathematical relationship between structure and activity would be expressed. It was not until almost 100 years later that this prediction began to be realized and a new era in drug design was born. In 1962 Corwin Hansch attempted to quantify the effects of particular substituent modifications, and from this quantitative structure–activity relationship (QSAR) studies developed.[29]

### E. Quantitative Structure–Activity Relationships

#### 1. Historical

The concept of quantitative drug design is based on the fact that the biological properties of a compound are a function of its *physicochemical parameters*, that is, physical properties, such as solubility, lipophilicity, electronic effects, ionization, and stereochemistry, that have a profound influence on the chemistry of the compounds. The first attempt to relate a physicochemical parameter to a pharmacological effect was reported in 1893 by Richet.[30] He observed that the narcotic action of a group of organic compounds was inversely related to their water solubility (Richet's rule). Overton[31] and Meyer[32] related tadpole narcosis induced by a series of nonionized compounds added to the water in which the tadpoles were swimming to the ability of the compounds to partition between oil and water. These early observations regarding the depressant action of structurally nonspecific drugs were rationalized by Ferguson.[33] He reasoned that, for a state of equilibrium, simple thermodynamic principles could be applied to drug activities, and that the important parameter for correlation of narcotic activities was the relative saturation (termed *thermodynamic activity* by Ferguson) of the drug in the external phase or extracellular fluids. This is known as *Ferguson's principle*, which is useful for the classification of the general mode of action of a drug and for predicting the degree of its biological effect. The numerical range of the thermodynamic activity for structurally nonspecific drugs is 0.01 to 1.0, indicating that they are active only at relatively high concentrations. Structurally specific drugs have thermodynamic activities considerably less than 0.01 and normally below 0.001.

In 1951 Hansch et al.[34] noted a correlation between the plant growth activity of phenoxyacetic acid derivatives and the electron density at the ortho position (lower electron density gave increased activity). They made an at-

BRIV-DEFS 0000632


Case 1:20-cv-00613-LPS-JLH Document 719-1 Filed 10/18/21 Page 850 of 993 PageID #: 40184

4. Abraham, E. P., Chain, E., Fletcher, C. M., Gardner, A. D., Heatley, N. G., Jennings, M. A., and Florey, H. W. 1941. *Lancet 2*, 177.
5. Florey, H. W., Chain, E., Heatley, N. G., Jennings, M. A., Sanders, A. G., Abraham, E. P., and Florey, M. E. 1949. "Antibiotics," Vol. 2. Oxford Univ. Press, London.
6. Moyer, A. J., and Coghill, R. D. 1946. *J. Bacteriol.* **51**, 79.
7. Sternbach, L. H. 1979. *J. Med. Chem.* **22**, 1.
8. Shen, T. Y. 1976. *In* "Clinoril in the Treatment of Rheumatic Disorders" (Huskisson, E. C., and Franchimont, P., eds.), Raven, New York.
9. Gay, L. N., and Carliner, P. E. 1949. *Science* **109**, 359.
10. Strickland, B. A., Jr., and Hahn, G. L. 1949. *Science* **109**, 359.
11. Shen, T. Y., and Winter, C. A. 1977. *Adv. Drug Res.* **12**, 89.
12. Grewe, R. 1946. *Naturwissenschaften* **33**, 333.
13. Schnider, O., and Grüssner, A. 1949. *Helv. Chim. Acta* **32**, 821.
14. May, E. L., and Murphy, J. G. 1955. *J. Org. Chem.* **20**, 257.
15. Schaumann, O. 1940. *Naunyn-Schmiedeberg's Arch. Pharmacol. Exp. Pathol.* **196**, 109.
16. Bentley, K. W., and Hardy, D. G. 1967. *J. Am. Chem. Soc.* **89**, 3267; Bentley, K. W., Hardy, D. G., and Meek, B. 1967. *J. Am. Chem. Soc.* **89**, 3273.
17. Crum-Brown, A., and Fraser, T. R. 1868–1869. *Trans. R. Soc. Edinburgh* **25**, 151 and 693; Crum-Brown, A., and Fraser, T. R. 1869. *Proc. R. Soc. Edinburgh* **6**, 556; Crum-Brown, A., and Fraser, T. R. 1872. *Proc. R. Soc. Edinburgh* **7**, 663.
18. Richardson, B. W. 1869. *Med. Times Gaz.* **18**, 703.
19. Northey, E. H. 1948. "The Sulfonamides and Allied Compounds." American Chemical Society Monograph Series, Reinhold, New York.
20. Loubatieres, A. 1969. *In* "Oral Hypoglycemic Agents" (Campbell, G. D., ed.). Academic Press, New York.
21. Sprague, J. M. 1968. *In* "Topics in Medicinal Chemistry" (Robinowitz, J. L., and Myerson, R. M., eds.), Vol. 2. Wiley, New York.
22a. Dohme, A. R. L., Cox, E. H., and Miller, E. 1926. *J. Am. Chem. Soc.* **48**, 1688.
22b. Funcke, A. B. H., Ernsting, M. J. E., Rekker, R. F., and Nauta, W. T. 1953. *Arzneim.-Forsch.* **3**, 503.
23. Thornber, C. W. 1979. *Chem. Soc. Rev.* **8**, 563.
24. Burger, A. 1970. *In* "Medicinal Chemistry" (Burger, A., ed.), 3rd Ed., Wiley, New York.
25. Korolkovas, A. 1970. "Essentials of Molecular Pharmacology: Background for Drug Design," p. 54. Wiley, New York.
26. Lipinski, C. A. 1986. *Annu. Rep. Med. Chem.* **21**, 283.
27. Grimm, H. G. 1925. *Z. Elektrochem.* **31**, 474; Grimm, H. G. 1928. *Z. Elektrochem.* **34**, 430.
28. Erlenmeyer, H. 1948. *Bull. Soc. Chim. Biol.* **30**, 792.
29. Hansch, C., Maloney, P. P., Fujita, T., and Muir, R. M. 1962. *Nature* (*London*) **194**, 178.
30. Richet, M. C. 1893. *C. R. Seances Soc. Biol. Ses Fil.* **45**, 775.
31. Overton, E. 1897. *Z. Phys. Chem.* **22**, 189.
32. Meyer, H. 1899. *Arch. Exp. Pathol. Pharmacol.* **42**, 109.
33. Ferguson, J. 1939. *Proc. R. Soc. London, Ser. B* **127**, 387.
34. Hansch, C., Muir, R. M., and Metzenberg, R. L., Jr. 1951. *Plant Physiol.* **26**, 812.
35. Hammett, L. P. 1940. "Physical Organic Chemistry." McGraw-Hill, New York.
36. Roberts, J. D., and Caserio, M. C. 1977. "Basic Principles of Organic Chemistry," 2nd Ed., p. 1331. Benjamin, Menlo Park, California.
37. Hansch, C., and Fujita, T. 1964. *J. Am. Chem. Soc.* **86**, 1616.
38. Singer, S. J., and Nicolson, G. L. 1972. *Science* **175**, 720.
39. Fujita, T., Iwasa, J., and Hansch, C. 1964. *J. Am. Chem. Soc.* **86**, 5175.
40. Collander, R. 1954. *Physiol. Plant* **7**, 420; Collander, R. 1951. *Acta Chem. Scand.* **5**, 774.
41. Hansch, C., Steward, A. R., Anderson, S. M., and Bentley, D. 1968. *J. Med. Chem.* **11**, 1.

42. Hansch, C., and Leo, A. 1979. "S and Biology." Wiley, New York.
43. Leo, A., Hansch, C., and Elkins
44. Iwasa, J., Fujita, T., and Hansch
45. Chou, J. T., and Jurs, P. C. 197 Medicinal Chemistry Project; see *Sci.* **76**, 663.
46. Bodor, N., Gabanyi, Z., and Wo
47. Gobas, F. A. P. C., Lahittete, J. *Pharm. Sci.* **77**, 265.
48. Seiler, P. 1974. *Eur. J. Med. Che*
49. Taft, R. W. 1956. *In* "Steric Effe Wiley, New York.
50. Unger, S. H., and Hansch, C. 19
51. Hancock, C. K., Meyers, E. A.,
52. Hansch, C., Leo, A., Unger, S. H *Chem.* **16**, 1207.
53. Verloop, A., Hoogenstraaten, W ed.), Vol. 7, p. 165. Academic Pr
54. Daniel, C., and Wood, F. S. 1971 N. R., and Smith, H. 1966. "Ap G. W., and Cochran, W. G. 1967 Iowa.
55. Deardon, J. C. 1987. *In* "Trends i E., eds.), p. 109. VCH, Weinhein
56a. Martin, Y. C. 1978. "Quantitativ New York.
56b. Tute, M. S. 1980. *In* "Physical C A. A., and Valvani, S. C., eds.),
57. Unger, S. H. 1984. *In* "QSAR in l Prous, Barcelona; Hopfinger, A. J Design: Fact or Fantasy?" (Jolles Press, London.
58. Free, S. M., Jr., and Wilson, J. W
59. Blankley, C. J. 1983. *In* "Quantita J. G., ed.), Chap. 1. Academic Pr
60. Fujita, T., and Ban, T. 1971. *J. M*
61. Bocek, K., Kopecký, J., Krivuco pecký, J., Bocek, K., and Vlacho
62. Fried, J., and Borman, A. 1958. *V*
63. Topliss, J. G. 1972. *J. Med. Chem*
64. Granito, C. E., Becker, G. T., Rol *Chem. Soc.* **11**, 106.
65. Goodford, P. J. 1973. *Adv. Pharm*
66. Craig, P. N. 1971. *J. Med. Chem* Chemistry" (Wolff, M. E., ed.), 4!
67. Bustard, T. M. 1974. *J. Med. Chem* *Chem.* **18**, 959; Deming, S. N. 197
68. Darvas, F. 1974. *J. Med. Chem.* 1'
69. Topliss, J. G. 1977. *J. Med. Chem*
70. Hansch, C., Unger, S. H., and Fo

BRIV-DEFS_0000633

6. DNA

)13.

V., Stubbe, J., Kappen, L. S.,
en, L. S., and Goldberg, I. H.
. H., Frank, B. L., Worth, L.,
*Biochemistry* **30**, 2034.
k, J., and Doyle, T. W. 1989.

:. *Natl. Acad. Sci. U.S.A.* **87**,



tson, J. D. 1989. ''Molecular

*iol.* JRL Press, Oxford.

er-Verlag, New York.
Neiner, A. M. 1987. ''Molecu-
ings Publ., Menlo Park, Cali-



y: Principles and Practice.''

Cancer Drug Action.'' Verlag

,'' Oxford Univ. Press, New

:.
Blackie, Glasgow.



s. 1 and 2. CRC Press, Boca

sistance in Neoplastic Cells.''

CHAPTER 7

# Drug Metabolism

I. Introduction     277
II. Synthesis of Radioactive Compounds     279
III. Analytical Methods in Drug Metabolism     284
   A. Isolation     284
   B. Separation     285
   C. Identification     285
   D. Quantification     286
IV. Pathways for Drug Deactivation and Elimination     287
   A. Introduction     287
   B. Phase I Transformations     289
      1. Oxidative Reactions, 289 • 2. Reductive Reactions, 319 • 3. Hydrolytic Reactions, 325
   C. Phase II Transformations: Conjugation Reactions     327
      1. Introduction, 327 • 2. Glucuronic Acid Conjugation, 329 • 3. Sulfate Conjugation, 332 • 4. Amino Acid Conjugation, 333 • 5. Glutathione Conjugation, 336 • 6. Water Conjugation, 338 • 7. Acetyl Conjugation, 339 • 8. Methyl Conjugation, 340
   D. Hard and Soft Drugs     342

References     343
General References     350

## I. Introduction

When a foreign organism enters the body, the immune system produces antibodies to interact with and destroy it. Small molecules, however, generally do not stimulate an antibody response. So how has the human body evolved to protect itself against low molecular weight environmental toxins? The principal mechanism is the use of nonspecific enzymes that transform the toxins (often highly nonpolar molecules) into polar molecules which are excreted by the normal bodily processes. Although this prophylactic mechanism to rid the body of *xenobiotics* is highly desirable, especially when one considers all of the toxic materials to which we are exposed every day, it can cause problems when the toxin is a drug that we want to enter and be retained in the body long enough for it to be effective. The enzymatic biotransformations of drugs are

**277**

BRIV-DEFS_0000634

known as *drug metabolism*. Since many drugs have structures similar to those of endogenous compounds, drugs may be metabolized by specific enzymes for the related natural substrates as well as by nonspecific enzymes.

The principal site of drug metabolism is the liver, but the kidneys, lungs, and gastrointestinal (GI) tract also are important metabolic sites. When a drug is taken orally (the most common and desirable method of administration), it is absorbed through the mucous membrane of the small intestine or from the stomach. Once out of the GI tract it is generally carried via the bloodstream to the liver, where it is usually first metabolized. This drug metabolism by liver enzymes is called the presystemic or *first-pass effect*, which can completely deactivate the drug. If only a fraction of the drug molecules is metabolized, then larger or multiple doses of the drug will be required to get the desired effect. Another significant undesirable effect of drug metabolism is that the metabolites of a drug may be toxic, even though the drug is not.

The first-pass effect can be avoided by changing the route of drug administration. The *sublingual route* (the drug is placed under the tongue) bypasses the liver. After absorption through the buccal cavity, the drug enters the bloodstream directly. This route is used with nitroglycerin (**7.1**; glyceryl trinitrate) for angina pectoris. The *rectal route*, in the form of a solid suppository or in solution as an enema, leads to absorption through the colon mucosa. Ergotamine (**7.2**), a drug used for migraine headaches, is administered this way (who would have guessed?). *Intravenous* (i.v.) *injection* introduces the drug directly into the systemic circulation and is used when a rapid therapeutic response is desired. The effects are almost immediate when drugs are administered by this route because the total blood circulation time in man is about 15 sec. *Intramuscular* (i.m.) *injection* is used when large volumes of drugs need to be administered or if slow absorption is desirable. A *subcutaneous* (s.c.) *injection* delivers the drug through the loose connective tissue of the subcutaneous layer of the skin. Another method of administration, particularly for gaseous or highly volatile drugs such as anesthetics, is by *pulmonary absorption* through the respiratory tract. The asthma drug, isoproterenol (**7.3**), is metabolized in the intestines and liver, but administration by aerosol inhalation is effective at getting the drug directly to the lungs. *Topical application* of the drug to the skin or mucous membrane is used for local effects, because few drugs readily penetrate the intact skin.



7.1         7.2         7.3

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 853 of 993 PageID #: 4087

s have structures similar to those
abolized by specific enzymes for
onspecific enzymes.

he liver, but the kidneys, lungs,
ant metabolic sites. When a drug
ble method of administration), it
f the small intestine or from the
ly carried via the bloodstream to
l. This drug metabolism by liver
*ss effect*, which can completely
drug molecules is metabolized,
l be required to get the desired
t of drug metabolism is that the
ough the drug is not.

nging the route of drug adminis-
ced under the tongue) bypasses
cal cavity, the drug enters the
nitroglycerin (**7.1**; glyceryl trini-
a the form of a solid suppository
tion through the colon mucosa.
headaches, is administered this
*us (i.v.) injection* introduces the
d is used when a rapid therapeu-
ost immediate when drugs are
blood circulation time in man is
is used when large volumes of
rption is desirable. A *subcutane-
he loose connective tissue of the
thod of administration, particu-
as anesthetics, is by *pulmonary*
he asthma drug, isoproterenol
r, but administration by aerosol
ly to the lungs. *Topical applica-
brane is used for local effects,
t skin.

   Not all drugs can be administered by the alternate routes, so their structures may have to be altered in order to minimize the first-pass effect or to permit them to be administered by one of the alternate routes. These structural modification approaches in drug design to avoid the first-pass effect are discussed in Chapter 8. Even if the first-pass effect is avoided, there are many enzymes outside of the liver that are capable of catalyzing drug metabolism reactions. Once a drug has reached its site of action and elicited the desired response, it usually is desirable for the drug to be metabolized and eliminated. Otherwise, it may remain in the body and produce the effect longer than desired or become toxic to the cells.

   Drug metabolism studies are essential for the determination of the safety of potential drugs. Consequently, prior to approval of a drug for human use the metabolites produced from the drug must be isolated and shown to be nontoxic. These studies also can be a useful lead modification approach. Once the metabolic products are known, it is possible to design a compound that is inactive when administered, but which utilizes the metabolic enzymes to convert it to the active form. These compounds are known as *prodrugs*, and are discussed in Chapter 8. In this chapter we consider the various reactions that are involved in the biotransformations of drugs. Because only very small quantities of drugs generally are required to elicit the appropriate response, it may be difficult to detect all of the metabolic products. In order to increase the sensitivity of the detection process, the drug candidates are radioactively labeled. In the next two sections we look briefly at how radiolabeling is carried out, how metabolites are detected, and how their structures are elucidated.

## II. Synthesis of Radioactive Compounds

Because of the sensitivity of detection of particles of radioactive decay, the most common approach used for detection of metabolites in whole animal studies is the incorporation of a radioactive label (usually a weak $\beta$-emitter such as $^{14}C$ or $^{3}H$) into the drug molecule. When this approach is used, it does not matter how few metabolites or how small the quantities of metabolites are produced, even in the presence of a large number of endogenous compounds. Only the radioactively labeled compounds are isolated from the urine and the feces of the animals, and the structures of these metabolites are elucidated (see Section III).

   To incorporate a radioactive label into a compound a synthesis must be designed so that a commercially available radioactively labeled compound or reagent can be used in one of the steps, preferably a step at or near the end of the synthesis. Often the radioactive synthesis is quite different from or longer

**7.3**

BRIV-DEFS_0000636

Case 1:20-cv-00987-CFC-JLH Document 219-1 Filed 10/18/22 Page 854 of 993 PageID #: 4069

The rate and pathway of drug metabolism are affected by species, strain, sex, age, hormones, pregnancy, and liver diseases such as cirrhosis, hepatitis, porphyria, and hepatoma. Drug metabolism can have a variety of profound effects on drugs. It principally causes pharmacological deactivation of a drug by altering its structure so that it no longer interacts appropriately with the target receptor and becomes more susceptible to excretion. Drug metabolism, however, also can activate a drug, as in the case of prodrugs (see Chapter 8). The pharmacological response of a drug may be altered if a metabolite has a new activity; in some cases, the metabolite has the same activity and a similar potency as the drug. A change in drug absorption and drug distribution (i.e., the tissues or organs in which it is concentrated) also can result when it is converted to a much more polar species.

The majority of drug-metabolizing enzymes also catalyze reactions of endogenous compounds. Consequently, the real function of these enzymes may be endogenous metabolism, and it may be fortuitous that they also metabolize drugs and other xenobiotics. The greater affinity of the endogenous substrate over drugs in many cases seems to support this notion; however, many of these enzymes are very broad in specificity, so it is not clear whether at least some of these enzymes have evolved to protect the organism from undesirable substances.

As was discussed in Chapter 3 (Section III,F) and Chapter 4 (Section I,B,1), the interaction of a chiral molecule with a receptor or enzyme produces a diastereomeric complex. Therefore, it is not surprising that drug metabolism also is stereoselective, if not stereospecific.[24b] *Stereoselectivity* can occur with enantiomers of drugs, in which case one enantiomer may be metabolized by one pathway and the other enantiomer by another pathway to give two different metabolites. Another type of stereoselectivity is the conversion of an achiral drug to a chiral metabolite. In both of these cases it may be a rate difference that leads to unequal amounts of metabolites rather than exclusively to one metabolite. In many cases, however, a racemic drug acts as if it were two different xenobiotics, each displaying its own pharmacokinetic and pharmacodynamic profile. In fact, it was concluded by Hignite *et al.*[25] that "warfarin enantiomers should be treated as two drugs," and Silber *et al.*[26] concluded that "$S$-($-$)- and $R$-($+$)-propranolol are essentially two distinct entities pharmacologically." These are just two of many examples of drugs whose enantiomers are metabolized by different routes. In some cases the inactive enantiomer can produce toxic metabolites which could be avoided by the administration of only the active enantiomer.[27] In other cases, the inactive isomer may inhibit the metabolism of the active isomer.

The metabolism of enantiomers may depend on the route of administration. For example, the antiarrhythmic drug verapamil (**7.13**) is 16 times more potent when administered intravenously than when taken orally because of extensive hepatic presystemic elimination that occurs with oral administration (the first-

BRIV-DEFS 0000637

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 855 of 993 PageID #: 4089

...sm are affected by species, strain,
...liseases such as cirrhosis, hepatitis,
...sm can have a variety of profound
...rmacological deactivation of a drug
...er interacts appropriately with the
...ble to excretion. Drug metabolism,
...e case of prodrugs (see Chapter 8).
...nay be altered if a metabolite has a
... has the same activity and a similar
...orption and drug distribution (i.e.,
...ntrated) also can result when it is

...mes also catalyze reactions of en-
...eal function of these enzymes may
...ortuitous that they also metabolize
...ffinity of the endogenous substrate
...rt this notion; however, many of
..., so it is not clear whether at least
...rotect the organism from undesir-

...n III,F) and Chapter 4 (Section
... with a receptor or enzyme pro-
...e, it is not surprising that drug
...tereospecific.[24b] *Stereoselectivity*
...hich case one enantiomer may be
...nantiomer by another pathway to
...e of stereoselectivity is the con-
...lite. In both of these cases it may
...nounts of metabolites rather than
..., however, a racemic drug acts as
...playing its own pharmacokinetic
...concluded by Hignite *et al.*[25] that
...; two drugs,'' and Silber *et al.*[26]
...olol are essentially two distinct
...two of many examples of drugs
...erent routes. In some cases the
...olites which could be avoided by
...ner.[27] In other cases, the inactive
...tive isomer.

...d on the route of administration.
...nil (**7.13**) is 16 times more potent
...aken orally because of extensive
...rith oral administration (the first-

pass effect; see Section I).[28] The (−)-isomer, which is 10 times more active
than the (+)-isomer, is preferentially metabolized during hepatic metabolism,
and, therefore, there is much more of the less active (+)-isomer available by
the oral route than by the intravenous route.



**7.13**

In some cases one enantiomer of a drug can be metabolized to the other
enantiomer. The therapeutically inactive isomer of the analgesic ibuprofen
(**7.14**) is metabolized in the body to the active ($S$)-isomer.[29] If a racemic
mixture is administered, a 70:30 mixture of $S:R$ is excreted; if a 6:94 mixture
of $S:R$ is administered, an 80:20 mixture of $S:R$ is excreted.



**7.14**

In the next two sections the various types of metabolic transformations are
described. Some examples are included to show the effect of stereochemistry
on drug metabolism. It should be kept in mind, however, that when a racemic
mixture is administered, drug metabolism may be altered from that observed
when a pure isomer is utilized.

### B. Phase I Transformations

#### 1. Oxidative Reactions

As noted above, Mueller and Miller[23] showed that the *in vivo* metabolism of
4-dimethylaminoazobenzene could be studied *in vitro* using rat liver homoge-
nates. It was demonstrated that the *in vitro* system was functional only if
nicotinamide adenine dinucleotide phosphate (NADP$^+$), molecular oxygen,
and both the microsomal and soluble fractions from the liver homogenates
were included. Later, Brodie and co-workers[30] found that the oxidative activ-
ity was in the microsomal fraction and that the soluble fraction could be
replaced by either NADPH or a NADPH-generating system. This system was
active toward a broad spectrum of structurally diverse compounds. Because it
required both $O_2$ and a reducing system, it was classified as a *mixed function
oxidase*,[31] that is, one atom of the $O_2$ is transferred to the substrate and the

BRIV-DEFS_0000638

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 856 of 993 PageID #: 4090

other undergoes a two-electron reduction and is converted to water. This classification was confirmed when it was shown[32a] that aromatic hydroxylation of acetanilide by liver microsomes in the presence of $^{18}O_2$ resulted in incorporation of one atom of $^{18}O$ into the product, and that a heme protein was an essential component for this reaction.[32b,c] When the heme protein was reduced and exposed to carbon monoxide, a strong absorption in the visible spectrum at 450 nm resulted. Because of this observation, these microsomal oxidases were named cytochrome P-450.

Cytochrome P-450 now represents a family of closely related enzymes that catalyze the same reaction on different substrates, in this case, the oxidation of steroids, fatty acids, and xenobiotics. These related cytochrome P-450 enzymes are referred to as *isozymes*; however, strictly speaking, isozymes are related enzymes that catalyze the same reaction with the same substrate. The primary site for these enzymes is the liver, but they also are present in lung, kidney, gut, adrenal cortex, skin, brain, aorta, and other epithelial tissues. The heme is noncovalently bound to the apoprotein. Cytochrome P-450 is associated with another enzyme, NADPH–cytochrome P-450 reductase, a flavoenzyme that contains one molecule each of flavin adenine dinucleotide (FAD) and flavin mononucleotide (FMN).[33] Heme-dependent oxidation reactions were discussed in Chapter 4 (Section III,D). As shown in Scheme 4.35, the NADPH–cytochrome P-450 reductase reduces the flavin which, in turn, transfers an electron to the heme–oxygen complex of cytochrome P-450. Actually, there is evidence to suggest that the FAD accepts electrons from the NADPH, the FADH⁻ then transfers electrons to the FMN, and the FMNH⁻ donates the electron to the heme or heme–oxygen complex of cytochrome P-450.[33]

In general, cytochrome P-450 catalyzes either hydroxylation or epoxidation of various substrates (Table 7.1) and is believed to operate via radical intermediates (see Scheme 4.36). When the concentrations of cytochrome P-450 and other drug-metabolizing enzymes are modified, drug metabolism becomes altered. Many drugs and environmental chemicals induce either their own metabolism or the metabolism of other drugs in man as a result of their activation of cytochrome P-450 and NADPH-cytochrome P-450 reductase. Different chemicals induce different isozymes of cytochrome P-450. A contrasting problem sometimes arises when multiple drugs are administered and one of the drugs inhibits drug metabolism as a result of its inhibition of cytochrome P-450 or other enzymes.

Another important enzyme involved in drug oxidation is the microsomal flavin monooxygenase[34] (see Section III,C of Chapter 4), whose mechanism of oxidation was described in Schemes 4.33 and 4.34. According to these schemes, the flavin peroxide intermediate is an electrophilic species, indicating that the substrates for this enzyme are nucleophiles such as amines and thiols (Table 7.2). The enzyme contains one FAD molecule per subunit and,

BRIV-DEFS_0000639

is converted to water. This
[...] that aromatic hydroxyl-
presence of $^{18}O_2$ resulted in
and that a heme protein was
When the heme protein was
ong absorption in the visible
servation, these microsomal

closely related enzymes that
s, in this case, the oxidation
e related cytochrome P-450
strictly speaking, isozymes
ion with the same substrate.
but they also are present in
orta, and other epithelial tis-
oprotein. Cytochrome P-450
ochrome P-450 reductase, a
f flavin adenine dinucleotide
e-dependent oxidation reac-
. As shown in Scheme 4.35,
es the flavin which, in turn,
plex of cytochrome P-450.
D accepts electrons from the
the FMN, and the FMNH⁻
n complex of cytochrome P-

hydroxylation or epoxidation
o operate via radical interme-
ns of cytochrome P-450 and
drug metabolism becomes
als induce either their own
in man as a result of their
ytochrome P-450 reductase.
f cytochrome P-450. A con-
drugs are administered and
sult of its inhibition of cyto-

oxidation is the microsomal
pter 4), whose mechanism of
l 4.34. According to these
lectrophilic species, indicat-
eophiles such as amines and
D molecule per subunit and,

**Table 7.1** Classes of Substrates for Cytochrome P-450



| Functional group | Product |
|---|---|
| R—⟨benzene ring⟩ | R—⟨benzene ring⟩—OH |
| R—C=C—R' / R' (alkene) | epoxide: R, R' / O / R' |
| ArCH₂R | ArCHR / OH |
| R—C=C—CH₂R' (allylic) | R—C=C—CHR' / OH |
| R—C(=O)—CH₂R' | R—C(=O)—CHR' / OH |
| RCH₂R' | RCHR' / OH |
| RCH₂-X-R' (X = N, O, S, halogen) | [ RCH-XR' / OH ]  RCHO + R'XH |
| R-X-R' (X = NR″, S) | R-X-R' / O |

as in the case of cytochrome P-450, requires NADPH to reduce the flavin. It
has been found that nucleophilic compounds containing an anionic group are
excluded from the active site of this enzyme. As most endogenous nu-
cleophiles contain negatively charged groups, this may be a way that Mother
Nature prevents normal cellular components from being oxidized by this en-
zyme.

Other enzymes involved in oxidative drug metabolism include prostaglan-
din H synthase (see Section IV,B,1,e), alcohol dehydrogenase, aldehyde de-
hydrogenase (see Section IV,B,1,i), xanthine oxidase, monoamine oxidase,
and aromatase. These enzymes, however, are involved, for the most part, in
endogenous compound metabolism.

BRIV-DEFS_0000640

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 858 of 993 PageID #: 4092

**Table 7.2**  Classes of Substrates for Flavin Monooxygenase

| Functional group | Product |
|---|---|
| $R-NR'_2$ | $R-\overset{O}{\overset{\uparrow}{N}}R'_2$ |
| $R-NHR'$ | $R-\overset{OH}{\underset{\|}{N}}R'$ |
| $R-\overset{OH}{\underset{\|}{N}}R'$ | $R=\overset{O}{\overset{\uparrow}{N}}R'$ |
| (allyl)=NH | (allyl)—NHOH |
| $R-\overset{R'}{\underset{\|}{N}}-NH_2$ | $R-\overset{O}{\underset{\underset{R'}{\|}}{N}}-NH_2$ |
| $R-\overset{S}{\overset{\|}{C}}NH_2$ | $R-\overset{S\rightarrow O}{\overset{\|}{C}}NH_2$ |
| $\overset{RNH}{\underset{\overset{R'N^+}{H}}{C}}-SH$ | $\overset{RNH}{\underset{\overset{R'N^+}{H}}{C}}-SO_2^-$ |
| $2RSH$ | $RSSR$ |
| $RSSR$ | $2\,RSO_2^-$ |

**a. Aromatic Hydroxylation.** In 1950 Boyland[35] hypothesized that aromatic compounds were metabolized initially to the corresponding epoxides (arene oxides). This postulate was confirmed in 1968 by a group at the National Institutes of Health (NIH), who isolated naphthalene 1,2-oxide from the microsomal oxidation of naphthalene[36a,b] (Scheme 7.3). Kinetic isotope effect studies,[36c] however, now indicate that a direct arene epoxidation is a highly unlikely process. Instead, an activated heme iron–oxo species may add to the aromatic ring (Scheme 7.3a), similar to the mechanism described for the addition of the corresponding heme iron–oxo species to alkenes as was discussed in Chapter 4 (Section III,D; Scheme 4.36). This mechanism produces a tetrahedral intermediate that can rearrange via the epoxide (pathway a) or a ketone

BRIV-DEFS_0000641

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 859 of 993 PageID #: 4093

(pathway b) intermediate to give, ultimately, an arenol. Usually, the arene oxides can undergo rearrangements to arenols, hydration (catalyzed by epoxide hydrolase) to the corresponding *trans*-diol, reaction with glutathione (catalyzed by glutathione *S*-transferase) to the $\beta$-hydroxy sulfide, and reactions with various macromolecular nucleophiles (Scheme 7.4).



**Scheme 7.3.**   Cytochrome *P*-450 oxidation of naphthalene.



**Scheme 7.3a.**   Addition–rearrangement mechanism for arene oxide formation.

The rearrangement of an arene oxide to an arenol is known as the *NIH shift* because a research group at the NIH proposed the mechanism (Scheme 7.5).[37] Ring opening occurs in the direction that gives the more stable carbocation (ortho- or para-hydroxylation when R is electron donating). Also, because of an isotope effect on cleavage of the C—D bond, the proton is preferentially removed, leaving the migrated deuterium. Although there is an isotope effect on the cleavage of the C—D versus the C—H bond, this step is not the rate-determining step in the overall reaction; consequently, there is no overall isotope effect on this oxidation pathway when deuterium is incorporated into the substrate.

In competition with 1,2-hydride (deuteride) shift is deprotonation (de-deuteronation) (Scheme 7.6). The percentage of each pathway depends on the degree of stabilization of the intermediate carbocation by R; the more stabilization, the less need for the hydride shift, and the more deprotonation (de-deuteronation) occurs.[38] For example, when R is $NH_2$, OH, $NHCOCF_3$, or $NHCOCH_3$, only 0–30% of the product phenols retain deuterium (NIH shift),

---

land[35] hypothesized that aro-
o the corresponding epoxides
in 1968 by a group at the Na-
naphthalene 1,2-oxide from the
ne 7.3). Kinetic isotope effect
arene epoxidation is a highly
on–oxo species may add to the
hanism described for the addi-
es to alkenes as was discussed
s mechanism produces a tetra-
oxide (pathway a) or a ketone

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 860 of 993 PageID #: 4094

**Scheme 7.4.** Possible fates of arene oxides.



**Scheme 7.5.** Rearrangement of arene oxides to arenols (NIH shift).



**Scheme 7.6.** Competing pathway for the NIH shift.

BRIV-DEFS_0000643

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 861 of 993 PageID #: 4095

but when R is Br, CONH$_2$, F, CN, or Cl, 40–54% deuterium retention is observed.

The NIH shift also occurs with substituents as well as with hydrogen. For example, rat liver metabolizes *p*-chloroamphetamine[39] (**7.15**) to 3-chloro-4-hydroxyamphetamine[39] (Scheme 7.7). A related substituent NIH shift was observed in the metabolic oxidation of the antiprotozoal agent tinidazole[40] (**7.16**, Scheme 7.8).



**Scheme 7.7.** NIH shift of chloride ions.



**Scheme 7.8.** NIH shift of nitro groups.

As in the case of electrophilic aromatic substitution reactions, it appears that the more electron rich the aromatic ring (R is electron donating), the faster the microsomal hydroxylation will be.[41] Aniline (electron rich), for

BRIV-DEFS_0000644

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 862 of 993 PageID #: 4096

example, undergoes extensive ortho- and para-hydroxylation,[42] whereas the strongly electron-poor uricosuric drug probenecid (**7.17**) undergoes no detectable aromatic hydroxylation.[43] In the case of drugs with two aromatic rings, the more electron-rich one, generally, is hydroxylated. The antipsychotic drug chlorpromazine (**7.18**, R = H), for example, undergoes 7-hydroxylation (**7.18**, R = OH).[44] Other factors, such as binding orientation at the active site of the hydroxylases, may play a role in the rate of hydroxylation at different positions on the aromatic ring.

HOOC—⟨ ⟩—SO$_2$N(CH$_2$CH$_2$CH$_3$)$_2$

R—[phenothiazine ring]—Cl
|
CH$_2$CH$_2$CH$_2$NMe$_2$

**7.17**                                **7.18**

Aromatic hydroxylation, as is the case for all metabolic reactions, is species specific. In man, para-hydroxylation is a major route of metabolism for many phenyl-containing drugs. The site and stereospecificity of hydroxylation depend on the animal studied. In man, the antiepilepsy drug phenytoin (**7.19**, R$^1$ = R$^2$ = R$^3$ = H) is para-hydroxylated at the pro-($S$) phenyl ring (**7.19**, R$^1$ = OH, R$^2$ = R$^3$ = H) 10 times more often than is the pro-($R$) ring (**7.19**, R$^3$ = OH, R$^1$ = R$^2$ = H). In dogs, however, meta-hydroxylation of the pro-($R$) phenyl ring (**7.19**, R$^2$ = OH, R$^1$ = R$^3$ = H) is the major pathway. The overall ratio of R$^2$:R$^1$:R$^3$ hydroxylation in dogs is 18:2:1.[45] Meta-hydroxylation may be catalyzed by an isozyme of cytochrome $P$-450 which operates by a mechanism different from arene oxide formation.[46] For example, an important metabolite of chlorobenzene is 3-chlorophenol, but it was shown that neither 3- nor 4-chlorophenol oxide gave 3-chlorophenol in the presence of rat liver microsomes, suggesting that a direct oxygen insertion mechanism may be operative in this case. This mechanism also is consistent with the observation of a kinetic isotope effect ($k_\mathrm{H}/k_\mathrm{D}$ = 1.3–1.75) on the *in vivo* 3-hydroxylation.[47]

R$_3$
R$_2$
[hydantoin ring structure with phenyl groups]
HN
O   N   O
H
R$_1$

**7.19**

Because of the reactivity of arene oxides, they can undergo rapid reactions with nucleophiles. If cellular nucleophiles react with these compounds, toxicity can result. Consequently, there are enzymes that catalyze deactivation

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 863 of 993 PageID #: 4097

ortho- and para-hydroxylation,[42] whereas the drug probenecid (**7.17**) undergoes no detect[able] In the case of drugs with two aromatic rings [gen]erally, is hydroxylated. The antipsychotic [H), for example, undergoes 7-hydroxylation such as binding orientation at the active site role in the rate of hydroxylation at different

R
CH₂CH₃)₂

**7.18**

[t]he case for all metabolic reactions, is species[ation is a major route of metabolism for many [t]e and stereospecificity of hydroxylation de[an], the antiepilepsy drug phenytoin (**7.19**, R[ylated] at the pro-(S) phenyl ring (**7.19**, R¹ = [re] often than is the pro-(R) ring (**7.19**, R³ = [owever], meta-hydroxylation of the pro-(R) = R³ = H) is the major pathway. The overall [n] dogs is 18:2:1.[45] Meta-hydroxylation may [tochrome] *P*-450 which operates by a mecha[formation.[46] For example, an important me][lorophenol], but it was shown that neither 3-[3-chlorophenol] in the presence of rat liver [direct] oxygen insertion mechanism may be [anism] also is consistent with the observation [= 1.3–1.75) on the *in vivo* 3-hydroxylation.[47]

R₃
R₂
R₁
N
H
O

**7.19**

[r]ene oxides, they can undergo rapid reactions [eophiles] react with these compounds, toxic [re] are enzymes that catalyze deactivation

reactions on these reactive species (see Scheme 7.4). Epoxide hydrolase (also called epoxide hydratase or epoxide hydrase) catalyzes the hydration of highly electrophilic arene oxides to give *trans*-dihydrodiols. The mechanism of this reaction is a general base-catalyzed nucleophilic attack of water on one of the two electrophilic carbons of the epoxide ring. As in the case of the corresponding nonenzymatic reaction of hydroxide with epoxides, trans ste- reochemistry results,[48] and attack occurs predominantly at the less sterically hindered side.[49] The *trans*-dihydrodiol product can be oxidized further to give catechols (Scheme 7.9); catechols also are generated by hydroxylation of arenols (Scheme 7.9). Because of the instability of catechols to oxidation, they may be converted to either *ortho*-quinones or semiquinones (see Scheme 7.9).



**Scheme 7.9.** Metabolic formation and oxidation of catechols.

Glutathione *S*-transferase is another enzyme that protects the cell from the electrophilic arene oxide metabolites. Glutathione adducts also are known to undergo rearrangement upon dehydration (Scheme 7.10). Other reactions cat- alyzed by glutathione *S*-transferases are discussed in Section IV,C,5.

When the arene oxide escapes enzymatic destruction, toxicity can result. An important example of this is the metabolism of benzo[*a*]pyrene (**7.20**; Scheme 7.11), a potent carcinogen found in soot and charcoal. The relation- ship between soot and cancer was noted by Sir Percival Scott, a British surgeon, in 1775 when he observed that chimney sweeps (people who clean out chimneys) frequently developed skin cancer. Metabolic activation of polyaromatic hydrocarbons can lead to the formation of covalent adducts with RNA, DNA, and proteins.[50] Covalent binding of the metabolites to DNA is the initial event that is responsible for malignant cellular transformation.[51] The key reactive intermediate responsible for alkylation of nucleic acids is (+)-(7R,8S)-dihydroxy-(9R,10R)-oxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene (**7.21**; Scheme 7.11). This reactive metabolite reacts with RNA to form a

BRIV-DEFS_0000646

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 864 of 993 PageID #: 4098

**Scheme 7.10.** Dehydration and rearrangement of glutathione adducts.



**7.20**



**7.22**

**7.21**

**Scheme 7.11.** DNA adduct formation with benzo[a]pyrene metabolites.

BRIV-DEFS_0000647

covalent adduct between the C-2 amino group of a guanosine and C-10 of the hydrocarbon[52] (**7.22**). The reactive metabolite (**7.21**) also causes nicks in superhelical DNA of *E. coli*; an adduct between the C-2 amino group of deoxyguanosine and the C-10 position of the diol epoxide was isolated.[53]

*b. Alkene Epoxidation.* Because alkenes are more reactive than aromatic $\pi$ bonds, it is not surprising that alkenes also are metabolically epoxidized. An example of a drug that is metabolized by alkene epoxidation is the anticonvulsant agent, carbamazepine (**7.23**, Scheme 7.12).[54] Carbamazepine-10,11-epoxide (**7.24**) has been found to be an anticonvulsant agent as well, and this metabolite may actually be responsible for the anticonvulsant activity of carbamazepine.[55] The epoxide is converted stereoselectively to the corresponding (10$S$,11$S$)-diol (**7.25**) by epoxide hydrolase, and this metabolite is stereoselectively conjugated to the glucuronide (**7.26**) with UDP-glucuronosyltransferase.



**Scheme 7.12.** Metabolism of carbamazepine.

Metabolic epoxidation of an alkene also can lead to the formation of toxic products. The hepatocarcinogen aflatoxin B$_1$ (**7.27**), for example, becomes covalently bound to cellular DNA (Scheme 7.13). With the use of radiolabeled **7.27**,[56] and model studies,[57] it was shown that a covalent bond forms between C-8 of aflatoxin B$_1$ and the N-7 of a guanine residue in DNA (**7.29**). The most likely precursor is the epoxide **7.28**, which has been synthesized and shown to undergo the expected reaction with a guanine-containing oligonucleotide.[57]

BRIV-DEFS_0000648

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 866 of 993 PageID #: 4100

**Scheme 7.13.** Metabolic reactions of aflatoxin $B_1$.

### c. Oxidations of Carbons Adjacent to $sp^2$ Centers.

Carbons adjacent to aromatic, olefinic, and carbonyl or imine groups undergo metabolic oxidations. The oxidation mechanism is not clearly understood, but as the ease of oxidation parallels the C—H bond dissociation energies, it is likely that a typical cytochrome $P$-450 oxidation is responsible.

Examples of benzylic oxidation are the metabolism of the antidepressent drug amitriptyline (**7.30**, R = R′ = H) which is oxidized to **7.30** (R = H, R′ = OH and R = OH, R′ = H)[58] and the $\beta_1$-adrenoreceptor antagonist ($\beta$-blocker) antihypertensive drug metoprolol (**7.31**).[59] In the case of metoprolol both enantiomers [(1′R) and (1′S)] of the hydroxylated drug are formed, but (1′R)-hydroxylation occurs to a greater extent. Furthermore, the ratio of the (1′R)- to (1′S)-isomers depends on the stereochemistry at the 2 position. (2R)-Metoprolol gives a ratio of (1′R,2R)/(1′S,2R) metabolites of 9.4, whereas (2S)-metoprolol gives a ratio of (1′R,2S)/(1′S,2S) of 26. Therefore, the stereochemistry in the methoxyethyl side chain is influenced by the ste-



**7.30**

**7.31**

BRIV-DEFS 0000649

chemistry in the para side chain. Hydroxylations generally are highly stereoselective, if not stereospecific.

The cytochrome $P$-450–catalyzed metabolism of the antiarrhythmic drug quinidine (**7.32**, R = H) leads to allylic oxidation (**7.32**, R = OH).[60] The psychoactive constituent of marijuana ($\Delta^9$-tetrahydrocannabinol) (**7.33**, R = H, R' = H) is extensively metabolized to all stereoisomers of **7.33** (R = H, R' = OH; R = OH, R' = H; and R = R' = OH).[61] The sedative–hypnotic (±)-glutethimide (**7.34**, R = R' = H) is converted to 5-hydroxyglutethimide (**7.34**, R = OH, R' = H).[62] This metabolite is pharmacologically active and may contribute to the comatose state of individuals who have taken toxic overdoses of the parent drug. The (−)-isomer is enantioselectively hydroxylated at the ethyl group to give **7.34** (R = H, R' = OH).



**7.32**        **7.33**        **7.34**

*d. Oxidation at Aliphatic and Alicyclic Carbon Atoms.*   Metabolic oxidation at the terminal methyl group of an aliphatic side chain is referred to as $\omega$-oxidation, and oxidation at the penultimate carbon is $\omega - 1$ oxidation. Because $\omega$-oxidation is a chemically unfavorable process, the active site of the enzyme must be favorably disposed for this particular regiochemistry to proceed. In the case described above of (−)-glutethimide (**7.34**, R = R' = H), $\omega - 1$ oxidation occurred. The anticonvulsant drug ethosuximide (**7.35**) undergoes both $\omega$- and $\omega$-1 oxidations.[63] The coronary vasodilator perhexiline (**7.36**, R = H) is metabolized to the alicyclic alcohol **7.36** (R = OH).[64]



**7.35**        **7.36**

---

**7.28**



**7.29**

**Scheme 7.13.**   Metabolic reactions of aflatoxin B₁.

*Carbons Adjacent to sp² Centers.*   Carbons adjacent to a carbonyl or imine groups undergo metabolic oxidation. The mechanism is not clearly understood, but as the easier C—H bond dissociation energies, it is likely that $P$-450 oxidation is responsible.

...ic oxidation are the metabolism of the antidepressant ... **7.30**, R = R' = H) which is oxidized to **7.30** (R = ... R' = H)[58] and the $\beta_1$-adrenoreceptor antagonist ...ive drug metoprolol (**7.31**).[59] In the case of metoprolol ...) and (1'S)] of the hydroxylated drug are formed, ...ccurs to a greater extent. Furthermore, the ratio of ... depends on the stereochemistry at the 2 position ... a ratio of (1'R,2R)/(1'S,2R) metabolites of ...ol gives a ratio of (1'R,2S)/(1'S,2S) of 26. Therefore ...he methoxyethyl side chain is influenced by the ...



**7.31**

BRIV-DEFS_0000650

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 868 of 993 PageID #: 4102

**Table 7.3**  Oxidative Reactions of Primary Amines and Amides

$$RCHNH_2 \longrightarrow RC\overset{O}{\underset{R'}{\diagup}} + NH_4^+$$
$$\underset{R'}{|}$$

$$\underset{R'}{\overset{|}{R}CHNH_2} \longrightarrow \underset{R'}{\overset{|}{R}CHNHOH} \overset{-H_2O}{\longrightarrow} \underset{R'}{\overset{|}{R}CH{=}NH} \longrightarrow \underset{R'}{\overset{|}{R}CH{=}NOH} \longrightarrow \underset{R'}{\overset{|}{R}CHNO_2}$$

$$ArNH_2 \longrightarrow ArNHOH \longrightarrow ArN{=}O \longrightarrow ArNO_2$$

$$\underset{O}{\overset{\|}{R}C{-}NH_2} \longrightarrow \underset{O}{\overset{\|}{R}C{-}NHOH}$$

*e. Oxidations of Carbon–Nitrogen Systems.*   The metabolism of organic nitrogen compounds is very complex. Two general classes of oxidation reactions will be considered for primary, secondary, and tertiary amines, namely, carbon- and nitrogen-oxidation reactions that lead to C—N bond cleavage and N-oxidation reactions that do not lead to C—N bond cleavage.

Primary amines and/or amides are metabolized by the oxidation reactions shown in Table 7.3. Primary aliphatic and arylalkyl amines having at least one $\alpha$-carbon–hydrogen bond undergo cytochrome $P$-450–catalyzed hydroxylation at the $\alpha$-carbon (see Scheme 4.37 in Chapter 4 for the mechanism) to give the carbinolamine (**7.37**) which generally breaks down to the aldehyde or ketone and ammonia (Scheme 7.14). This process of oxidative cleavage of ammonia from the primary amine is known as *oxidative deamination*. As is predicted by this mechanism, primary aromatic amines and $\alpha,\alpha$-disubstituted aliphatic amines cannot undergo oxidative deamination. A variety of endogenous arylalkyl amines, such as the neurotransmitters dopamine, norepinephrine, and serotonin, are oxidized by monoamine oxidase by an electron transfer mechanism (see Scheme 4.32 for the mechanism). This enzyme also may be involved in drug metabolism of arylalkyl amines with no $\alpha$-substituents. An example of cytochrome $P$-450–catalyzed primary amine oxidative deamination is the metabolism of amphetamine (**7.38**) to give 1-phenyl-2-propanone and ammonia.[65]

$$R{\overset{NH_2}{\underset{R'}{\diagdown}}} \xrightarrow[P\text{-}450]{\text{cytochrome}} R{\overset{HO}{\underset{R'}{\diagdown}}NH_3^+} \longrightarrow R{\overset{O}{\underset{R'}{\diagup}}} + NH_4^+$$

**7.37**

**Scheme 7.14.**  Oxidative deamination of primary amines.

BRIV-DEFS_0000651

of Primary Amines and Amides



**7.38**

Another important oxidative pathway for primary amines is *N-oxidation* (hydroxylation of the nitrogen atom) to the corresponding hydroxylamine,[66] catalyzed by flavin monooxygenases (see Schemes 4.33 and 4.34 for mechanisms). It has been suggested[67] that the basic amines ($pK_a$ 8–11) are oxidized by the flavoenzymes, nonbasic nitrogen compounds such as amides are oxidized by cytochrome *P*-450 enzymes, and compounds with intermediate basicity, such as aromatic amines, are oxidized by both enzymes. Cytochrome *P*-450 enzymes, however, tend not to catalyze N-oxidation reactions when there are α-protons available. Amphetamine undergoes N-oxidation to the corresponding hydroxylamine (**7.39**, Scheme 7.15), the oxime (**7.40**), and the nitro compound (**7.41**). It could be argued that the 1-phenyl-2-propanone noted above as the product of oxidative deamination could be derived from hydrolysis of the oxime **7.40** (see Scheme 7.15). However, metabolism of *N*-hydroxyamphetamine (**7.39**) to the oxime occurs only to a small extent, and

**on–Nitrogen Systems.**  The metabolism of org ry complex. Two general classes of oxidation r or primary, secondary, and tertiary amines, nam ation reactions that lead to C—N bond cleavage t do not lead to C—N bond cleavage.

amides are metabolized by the oxidation reacti ry aliphatic and arylalkyl amines having at least l undergo cytochrome *P*-450–catalyzed hydro e Scheme 4.37 in Chapter 4 for the mechanism 37) which generally breaks down to the aldehyd heme 7.14). This process of oxidative cleavage ry amine is known as *oxidative deamination*. A sm, primary aromatic amines and α,α-disubstit undergo oxidative deamination. A variety of end such as the neurotransmitters dopamine, n , are oxidized by monoamine oxidase by an elect Scheme 4.32 for the mechanism). This enzyme a metabolism of arylalkyl amines with no α-sub ochrome *P*-450–catalyzed primary amine oxidat olism of amphetamine (**7.38**) to give 1-pheny



**Scheme 7.15.** Potential alternative oxidation pathway of amphetamine to 1-phenyl-2-propanone.



**7.37**

Oxidative deamination of primary amines.

BRIV-DEFS_0000652

Case 1:20-cv-00967-CFC-JLH   Document 210-1   Filed 10/18/22   Page 870 of 993 PageID #: 4104

the oxime is not hydrolyzed to the ketone *in vitro*.[68] Also, *in vitro* metabolism of amphetamine in $^{18}O_2$ leads to substantial enrichment of 1-phenyl-2-propanone with $^{18}O$, indicating the relevance of a cytochrome *P*-450–catalyzed oxidative deamination pathway to the ketone. The amphetamine oxime is derived both from hydroxylation of **7.39** (pathway a) and from dehydration of **7.39** (pathway b) followed by hydroxylation of the imine (see Scheme 7.15). The imine also could be derived from dehydration of the carbinolamine (Scheme 7.16). Hydrolysis of the imine could lead to 1-phenyl-2-propanone.

Secondary aliphatic amines are metabolized by oxidative N-dealkylation, oxidative deamination, and N-oxidation (Table 7.4). When a small alkyl substituent is cleaved from a secondary amine (or tertiary amine; see below) to give a primary amine (or, in the case of a tertiary amine, to give a secondary amine), the process is known as *oxidative N-dealkylation* (Scheme 7.17). On the basis of the reactions shown in Schemes 7.14 and 7.17, it is apparent that oxidative deamination and oxidative N-dealkylation are really the same reaction. The metabolic difference between the two is that the former oxidizes primary and some secondary amines to the aldehyde or ketone and ammonia (from primary amines) or to the aldehyde or ketone and a primary amine (from a secondary amine); the latter converts tertiary and secondary amines to secondary amines (from tertiary amines) and primary amines (from secondary amines). It is mostly a matter of semantics, but oxidative N-dealkylation is a process that cleaves a small alkyl group from the main amine compound, whereas oxidative deamination oxidizes the main amine compound by chopping off ammonia (in the case of a primary amine) or a small primary amine fragment (from a more complex secondary amine). It is not clear if the precise mechanisms of the two processes are the same, but from a reaction standpoint they are the same except viewed from the two sides of the nitrogen atom.



**Scheme 7.16.**  Amphetamine imine formation via the carbinolamine.



**Scheme 7.17.**  Oxidative N-dealkylation of secondary and tertiary amines ($R^3$ = H or alkyl).

The secondary amine β-blocker propranolol (**7.42**) is metabolized both by oxidative N-dealkylation (pathway a, Scheme 7.18) and by oxidative deamination (pathway b, Scheme 7.18).[69] Aldehydic metabolites often are oxidized by soluble aldehyde oxidases or dehydrogenases to the corresponding carbox-

BRIV-DEFS_0000653

to the ketone *in vitro*.[68] Also, *in vitro* metabolism
ads to substantial enrichment of 1-phenyl-2-pro
the relevance of a cytochrome *P*-450–catalyzed
way to the ketone. The amphetamine oxime is
ation of **7.39** (pathway a) and from dehydration o
by hydroxylation of the imine (see Scheme 7.15)
derived from dehydration of the carbinolamin
of the imine could lead to 1-phenyl-2-propanone
nes are metabolized by oxidative N-dealkylation
N-oxidation (Table 7.4). When a small alkyl sub
secondary amine (or tertiary amine; see below) to
the case of a tertiary amine, to give a secondary
n as *oxidative N-dealkylation* (Scheme 7.17). O
own in Schemes 7.14 and 7.17, it is apparent tha
oxidative N-dealkylation are really the same reac
ce between the two is that the former oxidizes
y amines to the aldehyde or ketone and ammoni
the aldehyde or ketone and a primary amine (fron
tter converts tertiary and secondary amines to
iary amines) and primary amines (from secondary
er of semantics, but oxidative N-dealkylation is
all alkyl group from the main amine compound
tion oxidizes the main amine compound by chop
se of a primary amine) or a small primary amin
lex secondary amine). It is not clear if the precis
esses are the same, but from a reaction standpoin
ewed from the two sides of the nitrogen atom.

**Table 7.4** Oxidative Reactions of Secondary Amines and Amides



lic acids (see pathway b). N-Oxidation of secondary amines leads to a vari-
ty of N-oxygenated products. Secondary hydroxylamine formation is com-
mon, but these metabolites are susceptible to further oxidation to give
nitrones. An example of this is the metabolism of the anorectic drug
enfluramine (**7.43**, Scheme 7.19).



tamine imine formation via the carbinolamine.



lation of secondary and tertiary amines (R³ = H or alkyl

locker propranolol (**7.42**) is metabolized by b
athway a, Scheme 7.18) and by oxidative deami
7.18).[69] Aldehydic metabolites often are oxidize
s or dehydrogenases to the corresponding carbox

**7.42**



**Scheme 7.18.** Oxidative metabolism of propranolol.

BRIV-DEFS_0000654

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 872 of 993 PageID #: 4106

**Scheme 7.19.** N-Oxidation of fenfluramine.

Tertiary aliphatic amines generally undergo oxidative N-dealkylation and N-oxidation reactions (Table 7.5). Oxidative N-dealkylation (see Scheme 7.17) leads to the formation of secondary amines. In general, this occurs more rapidly than further oxidative N-dealkylation of the secondary amine metabolite to the primary amine. The tricyclic antidepressant drug imipramine (**7.44**, R = CH$_3$), for example, is metabolized to the corresponding secondary amine, desmethylimipramine (desipramine; **7.44**, R = H), which also is an antidepressant drug.[70] Very little oxidative N-demethylation of **7.44** (R = H) occurs. Enantioselective oxidative N-dealkylation can occur with chiral tertiary amines. The $(2S,3R)$-(+)-enantiomer of propoxyphene (**7.45**), a narcotic analgesic drug, is N-demethylated more slowly than the (−)-enantiomer.[71]



**7.44**

**7.45**

Monoamine oxidase (MAO; see Section III,C of Chapter 4) also catalyzes the metabolic oxidation of certain tertiary amine drugs. The $(S)$-(+)-isomer of the antiparkinsonian drug deprenyl (**7.46**, Scheme 7.20) is only a weak inhibi-

**Table 7.5** Oxidative Reactions of Tertiary Amines and Amides

Case 1:20-cv-00967-CFC-JLH   Document 219-1   Filed 10/18/22   Page 873 of 993 PageID #: 4107

tor of monoamine oxidase B and is therefore therapeutically ineffective. It is metabolized to $(S)$-$(+)$-metamphetamine (**7.47**) which is converted to $(S)$-$(+)$-amphetamine, both of which strongly contribute to the undesirable CNS stimulant side effect. $(R)$-$(-)$-Deprenyl, however, is a potent MAO B inactivator and is metabolized to $(R)$-$(-)$-metamphetamine and $(R)$-$(-)$-amphetamine, which have only weak CNS stimulant side effects.[72] Because of this, only the $(-)$-enantiomer is utilized in the treatment of Parkinson's disease.



**Scheme 7.20.** Metabolism of deprenyl.

When an alicyclic tertiary amine undergoes oxidation of the alicyclic carbon atoms attached to the nitrogen, a variety of oxidation products can result. Nicotine (**7.48**, Scheme 7.21) is α-hydroxylated both in the pyrrolidine ring (pathway a) and at the methyl carbon (pathway b). The carbinolamine **7.49** is oxidized further to the major metabolite, cotinine (**7.50**). Cotinine also can undergo hydroxylation, leading to a minor metabolite, γ-(3-pyridyl)-γ-oxo-*N*-methylbutyramide (**7.51**).[73] Carbinolamine **7.49** is in equilibrium with the immonium ion **7.52**, which has been trapped with cyanide ion *in vitro* to give **7.53**.[74] The immonium ion is very electrophilic and may be a cause for the toxicity of nicotine. Oxidative *N*-demethylation of **7.48** to **7.54** is also observed as a metabolic pathway for nicotine. Further evidence for metabolic immonium ion intermediates generated during tertiary amine oxidation is the isolation of the imidazolidinone **7.56** from the metabolism of the local anesthetic lidocaine[75] (**7.55**, Scheme 7.22).

*N*-Oxidation of tertiary amines gives chemically stable tertiary amine *N*-oxides which, in contrast to *N*-oxidation of primary and secondary amines, do not undergo further oxidation. The antihypertensive drug guanethidine (**7.57**) is oxidized at the tertiary cyclic amine atom to give the *N*-oxide **7.58**.[76] The pyrrolidine nitrogen of nicotine (**7.48**) also is *N*-oxidized to $(1'R,2'S)$- and $(1'S,2'S)$-nicotine 1'-*N*-oxide. One of the major metabolites of the antihistamine cyproheptadine (**7.59**) in dogs is the α-*N*-oxide **7.60**; no β-*N*-oxide was detected.[77] Hydrogen peroxide oxidation of **7.59**, however, gives both α- and β-*N*-oxides.[78] *N*-Oxides are susceptible to bioreduction, which regenerates the parent amine.

Aromatic amine oxidation is similar to that for aliphatic amines. *N*-Oxidation of aromatic amines appears to be an important contributor to the carcinogenic and cytotoxic properties of aromatic amines.[79] There are two enzyme systems responsible for *N*-oxidation of tertiary aromatic amines, a flavopro-

BRIV-DEFS_0000656

**Scheme 7.21.**   Oxidative metabolism of nicotine leading to C—N bond cleavage.

tein monooxygenase and cytochrome *P*-450. The mechanism for the flavin-dependent reaction was discussed in Section III,C of Chapter 4 (see Schemes 4.33 and 4.34). Cytochrome *P*-450–catalyzed N-oxidation occurs by an electron transfer reaction followed by oxygen rebound (Scheme 7.23). N-Oxidation by cytochrome *P*-450 appears to occur only if there are no α-hydrogens available for abstraction, if the iminium radical is stabilized by electron donation, or if Bredt's rule (i.e., that a double bond cannot be generated at a bridgehead carbon of a bicyclic system which does not contain at least one ring having eight or more atoms) prevents α-hydrogen abstraction.[80a]

BRIV-DEFS  0000657

**7.51**



**7.54**

Metabolism of nicotine leading to C—N bond cleavage.



**Scheme 7.22.** Oxidation of lidocaine.



**7.57**    **7.58**



**7.59**    **7.60**



**Scheme 7.23.** Mechanism for cytochrome *P*-450–catalyzed N-oxidation.

cytochrome *P*-450. The mechanism for the flavin discussed in Section III,C of Chapter 4 (see Scheme ... *P*-450–catalyzed N-oxidation occurs by an elec... by oxygen rebound (Scheme 7.23). N-Oxida... pears to occur only if there are no α-hydrogen... e iminium radical is stabilized by electron don... that a double bond cannot be generated at t... lic system which does not contain at least on... ms) prevents α-hydrogen abstraction.[80a]

The mechanism for oxidation of primary arylamines may be different from that of secondary and tertiary arylamines. Although purified flavin monooxy- genases are inactive toward most primary arylamines, they readily N-oxygen- ate secondary and tertiary arylamines. Ziegler *et al.*[80b] showed that primary arylamines could be N-methylated by *S*-adenosylmethionine-dependent amine *N*-methyltransferases, and that the secondary arylamines produced

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 876 of 993 PageID #: 4110

were substrates for flavin monooxygenases (Scheme 7.23a). The secondary hydroxylamine products of this N-oxygenation reaction are then further oxidized to the nitrones which, upon hydrolysis, give the primary hydroxylamines and formaldehyde.



**Scheme 7.23a.**  Possible mechanism for N-oxidation of primary arylamines.

N-Demethylation of tertiary aromatic amines is believed to proceed by two mechanisms[81] (Scheme 7.24), one that involves intermediate carbinolamine formation (pathway a) and one that produces the N-oxide which rearranges to the carbinolamine (pathway b). Evidence to support carbinolamine formation is provided by the isolation of the carbinolamine (**7.61**, R = OH) during cytochrome P-450–catalyzed oxidation of N-methylcarbazole[82] (**7.61**, R = H). Intrinsic isotope effects on the cytochrome P-450–catalyzed oxidation of tertiary aromatic amines were found to be small.[83] Intrinsic isotope effects associated with deprotonation of aminium radicals are of low magnitude ($k_H/k_D < 3.6$), but those associated with direct hydrogen atom abstraction are large; this suggests that the mechanism for carbinolamine formation involves electron transfer and proton transfer (Scheme 7.25).



**7.61**



**Scheme 7.24.**  Two pathways to N-demethylation of tertiary aromatic amines.

N-Oxidation of primary and secondary aromatic amines leads to the generation of reactive electrophilic species that form covalent bonds to cellular macromolecules (Scheme 7.26).[79,84] The $X^+$ in Scheme 7.26 represents acety-

BRIV-DEFS_0000659

es (Scheme 7.23a). The secondary
...tion reaction are then further oxi-
lysis, give the primary hydroxyl-



oxidation of primary arylamines.

...lines is believed to proceed by two
...volves intermediate carbinolamine
...es the *N*-oxide which rearranges to
...o support carbinolamine formation
...mine (**7.61**, R = OH) during cyto-
...ethylcarbazole[82] (**7.61**, R = H). In-
...*P*-450–catalyzed oxidation of ter-
...small.[83] Intrinsic isotope effects
...radicals are of low magnitude ($k_H$/
...ct hydrogen atom abstraction are
... carbinolamine formation involves
...me 7.25).



-CH₂O
   →   Ar—NHCH₃

H

tertiary aromatic amines.

...omatic amines leads to the genera-
... form covalent bonds to cellular
... in Scheme 7.26 represents acety-



**Scheme 7.25.** Mechanism of carbinolamine formation during oxidation of tertiary aromatic amines.



**Scheme 7.26.** Metabolic activation of primary and secondary aromatic amines.

lation or sulfation of the hydroxylamine to give a good leaving group (OX⁻). Attachment of aromatic amines to proteins, DNA, and RNA is known.[85] Although C—N bond cleavage of heterocyclic aromatic nitrogen-containing compounds does not occur, N-oxidation to the aromatic N-oxide is prevalent.

Amides also are metabolized both by oxidative N-dealkylation and N-oxidation (see Tables 7.3–7.5). The sedative diazepam (**7.62**, R = CH₃) undergoes extensive oxidative N-demethylation to **7.62** (R = H). As in the case of primary and secondary aromatic amines, which are activated to cytotoxic and carcinogenic metabolites, N-oxidation of aromatic amides also leads to electrophilic intermediates. The carcinogenic agent 2-acetylaminofluorene (**7.63**, R = H) undergoes cytochrome *P*-450–catalyzed oxidation to the N-hydroxy

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 878 of 993 PageID #: 4112

analog (**7.63**, R = OH). Activation of the hydroxyl group as in Scheme 7.26 leads to an electrophilic species capable of undergoing attack by cellular nucleophiles.



**7.62**                    **7.63**

Liver arylhydroxamic acid *N*,*O*-acyltransferase has been shown to catalyze the rearrangement of **7.63** (R = OH) to the corresponding *O*-acetyl hydroxylamine (**7.64**) which is activated for nucleophilic attack by the acyltransferase or by other cellular macromolecules (Scheme 7.27).[86] When covalent bond formation occurs to arylhydroxamic acid *N*,*O*-acyltransferase (prior to release of the activated species), then it is known as mechanism-based enzyme inactivation (see Section V,C of Chapter 5). Release of **7.64** into the cell can lead to covalent bond formation with other cellular macromolecules, resulting in cytotoxicity and carcinogenicity.



**Scheme 7.27.**  Arylhydroxamic acid *N*,*O*-acyltransferase-catalyzed activation of *N*-hydroxy-2-acetylaminoarenes.

The analgesic agent acetaminophen (**7.65**, Scheme 7.28) is relatively nontoxic at therapeutic doses, but in large doses it causes severe liver necrosis.[87] The hepatotoxicity arises from the depletion of liver glutathione levels as a result of the reaction of glutathione with an electrophilic metabolite of acetaminophen. When the glutathione levels drop by 80% or greater, then hepatic

BRIV-DEFS_0000661

macromolecules react with the electrophilic metabolite, leading to the observed liver necrosis.[87] The original proposal for the mechanism of formation of the electrophilic metabolite (7.66) involves N-oxidation of the drug (Scheme 7.28, pathway a).[87] The $X^-$ in Scheme 7.28 represents either glutathione or a cellular macromolecular nucleophile. No evidence, however, for the formation of N-hydroxyacetaminophen could be found.[88] Another mechanism for the formation of the electrophilic metabolite 7.66 would involve acetaminophen epoxidation (Scheme 7.28, pathway b). If this were correct, incubation of acetaminophen in the presence of $^{18}O_2$ should result in the incorporation of $^{18}O$ into metabolites; however, none was incorporated.[89]



**Scheme 7.28.** Early proposals for bioactivation of acetaminophen.

A third mechanistic possibility is a one-electron transfer mechanism via the acetaminophen radical (7.67, Scheme 7.29).[90] The acceptor Y could be $O_2$ or oxygen bound to the heme of cytochrome P-450. Electron paramagnetic resonance (EPR) evidence was obtained[91] for the formation of acetaminophen radicals, which in the presence of $O_2$ produced superoxide. Because ethanol induces a cytochrome P-450, the hepatotoxicity of acetaminophen in ethanol-fed animals was compared with normal animals. It was found that the alco-

BRIV-DEFS 0000662

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 880 of 993 PageID #: 4114

holic animals had increased hepatotoxicity and that radical scavengers protected the animals. These results support a mechanism that involves cytochrome $P$-450–dependent acetaminophen radical formation followed by second electron transfer to oxygen (Scheme 7.29) as a mechanism for the generation of the electrophilic metabolite responsible for acetaminophen hepatotoxicity. Because of its reactivity, it was suggested that **7.67** may be responsible for the hepatotoxicity[92]; however, the benzoquinone imine (**7.66**) has been detected as a metabolite of the oxidation of acetaminophen by purified cytochrome $P$-450[93] and by microsomes, NADPH, and $O_2$.[94] Furthermore, **7.66** reacts rapidly with glutathione *in vitro* to give the same conjugate as that found *in vivo*.[93,94]



**7.67**

**Scheme 7.29.** Bioactivation of acetaminophen.

High doses of acetaminophen also cause renal damage in humans;[87] however, cytochrome $P$-450 activity is low in the kidneys, and, therefore, it may not be the major enzyme responsible for acetaminophen toxicity there. Prostaglandin H synthase (also called prostaglandin synthetase or cyclooxygenase), the enzyme that catalyzes the cyclooxygenation of arachidonic acid to prostaglandin $G_2$ ($PGG_2$) followed by the reduction of $PGG_2$ to $PGH_2$ (see Scheme 5.14 in Section V,B,2,b of Chapter 5), is present in high concentrations in the kidneys, and it may be important in promoting acetaminophen toxicity in that organ. During the reduction of $PGG_2$ to $PGH_2$, prostaglandin H synthase can simultaneously cooxidize a variety of substrates including certain drugs. Acetaminophen is metabolized to an intermediate that reacts with glutathione to form the glutathione conjugate.[95] By comparison of one- and two-electron reactions in the presence and absence of glutathione, it was found that prostaglandin H synthase also can catalyze the bioactivation of acetaminophen by one- and two-electron mechanisms[96] (Scheme 7.30). Prostaglandin H synthase may be another important drug-metabolizing enzyme in tissues that are rich in this enzyme and low in the concentration of cytochrome $P$-450.

### f. Oxidations of Carbon–Oxygen Systems. *Oxidative O-dealkylation* is a common biotransformation which, as in the case of oxidative N-dealkylation (see Section IV,B,1,e), is catalyzed by microsomal mixed function oxidases.

BRIV-DEFS 0000663

d that radical scavengers pro-
a mechanism that involves
radical formation followed by
7.29) as a mechanism for the
onsible for acetaminophen hep-
suggested that **7.67** may be re-
the benzoquinone imine (**7.66**)
tion of acetaminophen by puri-
, NADPH, and $O_2$.[94] Further-
*itro* to give the same conjugate





etaminophen.

nal damage in humans;[87] how-
kidneys, and, therefore, it may
taminophen toxicity there. Pro-
ndin synthetase or cyclooxy-
xygenation of arachidonic acid
duction of $PGG_2$ to $PGH_2$ (see
, is present in high concentra-
in promoting acetaminophen
$PGG_2$ to $PGH_2$, prostaglandin
ariety of substrates including
to an intermediate that reacts
gate.[95] By comparison of one-
absence of glutathione, it was
catalyze the bioactivation of
anisms[96] (Scheme 7.30). Pro-
t drug-metabolizing enzyme in
in the concentration of cyto-

*Oxidative O-dealkylation* is a
e of oxidative N-dealkylation
mal mixed function oxidases.

**Scheme 7.30.** Proposed bioactivation of acetaminophen by prostaglandin H synthase.

The mechanism appears to be the same as for oxidative N-dealkylation (see
Scheme 7.17) and involves hydroxylation on the carbon attached to the oxy-
gen followed by C—O bond cleavage to give the alcohol and the aldehyde or
ketone. Although O-demethylation is rapid, dealkylation of longer chain *n*-
alkyl substituents is slow, and often $\omega$-1 hydroxylation (see Section IV,B,1,d)
competes with O-dealkylation.

A major metabolite of the anti-inflammatory drug indomethacin (**7.68**, R =
$CH_3$) is the O-demethylated compound (**7.68**, R = H).[97] Sometimes O-dealky-
lated metabolites also are pharmacologically active, as in the case of the
narcotic analgesic codeine (**7.69**, R = $CH_3$) which is O-demethylated to mor-



**7.68**



**7.69**

BRIV-DEFS_0000664

Case 1:20-cv-00987-CFC-JLH   Document 219-1   Filed 10/18/22   Page 882 of 993 PageID #: 4116

phine (**7.69**, R = H).[98] Nonequivalent methyl groups in drugs can be regiose-lectively O-demethylated; the blood pressure maintenance drug methoxamine (**7.70**, R = CH$_3$) gives exclusive 2′-O-demethylation (**7.70**, R = H) in dogs.[99] Stereoselective O-dealkylation can occur in the metabolism of chiral ethers.



**7.70**

**g. Oxidations of Carbon–Sulfur Systems.** Fewer drugs contain sulfur than oxygen or nitrogen. The three principal types of biotransformations of car-bon–sulfur systems are oxidative S-dealkylation, desulfuration, and S-oxida-tion. *Oxidative S-dealkylation* is not nearly as prevalent as the corresponding oxidative N- or O-dealkylations discussed above. The sedative methithural (**7.71**, R = CH$_3$) is metabolized by S-demethylation to **7.71** (R = H).[100]



**7.71**

*Desulfuration* is the conversion of a carbon-sulfur double bond (C=S) to a carbon–oxygen double bond (C=O). The anesthetic thiopental (**7.72**, X = S) undergoes desulfuration to pentobarbital (**7.72**, X = O).[101]



**7.72**

*S-Oxidation* of sulfur-containing drugs to the corresponding sulfoxide is a common metabolic transformation which is catalyzed both by flavin mo-nooxygenase and by cytochrome *P*-450.[102] Flavin monooxygenase produces exclusively the sulfoxide by a mechanism discussed in Chapter 4 (see Scheme 4.33 or 4.34), but cytochrome *P*-450 metabolizes sulfides to S-dealkylation products and to sulfoxides.[103] The common intermediate for these two metab-olites is probably the sulfenium cation radical (**7.73**, Scheme 7.31); the mecha-

ethyl groups in drugs can be regiose-
ssure maintenance drug methoxamine
emethylation (**7.70**, R = H) in dogs.[99]
ur in the metabolism of chiral ethers,

[structure: OH, CH₃, NH₂]

**ms.** Fewer drugs contain sulfur than
l types of biotransformations of car-
kylation, desulfuration, and S-oxida-
rly as prevalent as the corresponding
sed above. The sedative methitural
methylation to **7.71** (R = H).[100]

[structure with SR]

rbon-sulfur double bond (C=S) to a
e anesthetic thiopental (**7.72**, X = S)
(**7.72**, X = O).[101]

[structure with CH₃, H]

to the corresponding sulfoxide is a
h is catalyzed both by flavin mo-
[102] Flavin monooxygenase produces
discussed in Chapter 4 (see Scheme
tabolizes sulfides to S-dealkylation
n intermediate for these two metab-
ical (**7.73**, Scheme 7.31); the mecha-



**Scheme 7.31.** *Cytochrome P-450–catalyzed oxidation of sulfides.*

nism for S-dealkylation may be related to that discussed in Chapter 4 for cytochrome P-450–catalyzed amine oxidations (see Scheme 4.37). The relative contribution of these two pathways was examined for the S-oxidation of the anthelmintic agent albendazole (**7.74**).[104] Another example of S-oxidation is the oxidation of the antipsychotic drug thioridazine (**7.75**, R = SCH₃), in which case both sulfur atoms in the drug are metabolized to the corresponding sulfoxides.[105] The metabolite with only the methylthio substituent converted to the sulfoxide [**7.75**, R = S(O)CH₃] is twice as potent as thioridazine and also is used as an antipsychotic drug (mesoridazine). Further oxidation of sulfoxides to sulfones also occurs; for example, the immunosuppressive drug oxisuran (**7.76**) is metabolized to the corresponding sulfone.[106]

[structures 7.74, 7.75, 7.76]

**7.74**            **7.75**            **7.76**

**h. Other Oxidative Reactions.** Oxidative dehalogenation, oxidative aromatization, and oxidation of arenols to quinones are other important drug metabolism pathways that are catalyzed by cytochrome P-450 enzymes. *Oxidative dehalogenation* occurs with the volatile anesthetic halothane (**7.77**, Scheme 7.32) which is metabolized to trifluoroacetic acid.[107] The acid chloride

may be responsible for the covalent binding of halothane to liver microsomes. This oxidation mechanism is the same as that for the mechanism-based inactivation of cytochrome *P*-450 by the antibacterial drug chloramphenicol (see Section V,C,3,i in Chapter 5). *Oxidative aromatization* of the A ring in the antifertility drug norgestrel (**7.78**, R = Et) by a cytochrome *P*-450 isozyme gives the corresponding phenol (**7.79**, R = Et).[108] Catechols may be converted enzymatically to electrophilic *ortho*-quinones. Morphine, for example, is metabolized to its 2,3-catechol (**7.80**), which is oxidized to the *ortho*-quinone (**7.81**).[109]



**Scheme 7.32.** Oxidative dehalogenation of halothane.



**7.78**

**7.79**

**7.80**

**7.81**

### *i. Alcohol and Aldehyde Oxidations.*

The oxidation of alcohols to aldehydes and of aldehydes to carboxylic acids, in general, is catalyzed by alcohol dehydrogenase and aldehyde dehydrogenase, respectively, soluble enzymes that require $NAD^+$ or $NADP^+$ as the cofactor (see Section III,B of Chapter 4). They are found in highest concentrations in the liver but are also present in virtually every other organ. There also is a flavin-dependent aldehyde oxidase that is involved in aldehyde oxidation. The reaction catalyzed by alcohol dehydrogenase is the oxidation of primary alcohols to the aldehyde as well as the reverse reaction (Scheme 7.33). As is apparent from this equation, the equilibrium is pH dependent. The oxidation of alcohols is favored at higher pH (~pH 10), and the reduction of aldehydes is favored at lower pH (~pH 7). Therefore, it would be predicted that at physiological pH reduction would be

of halothane to liver microsomes,
t for the mechanism-based inacti-
terial drug chloramphenicol (see
*romatization* of the A ring in the
by a cytochrome *P*-450 isozyme
t).[108] Catechols may be converted
s. Morphine, for example, is me-
s oxidized to the *ortho*-quinone

F$_3$C—CO—Cl $\xrightarrow{\text{H}_2\text{O}}$ F$_3$CCOOH

nation of halothane.

favored. However, this is not observed because further oxidation of the alde-
hyde to the carboxylic acid (catalyzed by aldehyde dehydrogenase) is a lower
energy pathway. Aldehydes are almost always metabolized to the acid; only a
few examples of aldehyde reduction *in vivo* are known.

$$\text{RCH}_2\text{OH} + \text{NAD}^+ \rightleftharpoons \text{RCHO} + \text{NADH} + \text{H}^+$$

**Scheme 7.33.**   Reaction catalyzed by alcohol dehydrogenase.

Actually, very few drugs contain an aldehyde group. The main exposure to
aldehydes (which generally are toxic) is through ingestion of the metabolic
precursors such as primary alcohols or various amines (see Section IV,B,1,e).
Aromatic methyl groups also are oxidized to primary alcohols (see Section
V,B,1,c), which then are metabolized to the aldehyde and the carboxylic acid.
The anti-inflammatory and analgesic drug mefenamic acid (**7.82**, R = CH$_3$) is
metabolized to the corresponding carboxylic acid (**7.82**, R = COOH).

**7.82**

### 2. Reductive Reactions

Oxidative processes are, by far, the major pathways of drug metabolism, but
reductive reactions are important for the biotransformations of the functional
groups listed in Table 7.6. Reductive reactions are important for the formation
of hydroxyl and amino groups that render the drug more hydrophilic and set it
up for Phase II conjugation (see Section IV,C).

*a. Carbonyl Reduction.*   Carbonyl reduction typically is catalyzed by
aldo–keto reductases that require NADPH or NADH as the coenzyme. As
described in the previous section, alcohol dehydrogenase catalyzes the reduc-
tion of aldehydes as well as the oxidation of alcohols. It is rare, however, to
observe reduction of aldehydes to alcohols. A large variety of aliphatic and
aromatic ketones also are reduced to alcohols by NADPH-dependent ketone
reductases.[110] As discussed in Section III,B of Chapter 4, the NADPH car-
bonyl reductases are stereospecific with regard to the pyridine nucleotide
cofactor. In general, the aldehyde reductases exhibit A-(pro-4*R*)-hydrogen
specificity, and ketone reductases exhibit B-(pro-4*S*)-hydrogen specificity.[111]
Stereoselectivity for enantiomer substrates as well as stereospecific reduction
of the ketone carbonyl also are typical.

**7.79**

**7.81**

e oxidation of alcohols to alde-
n general, is catalyzed by alcohol
, respectively, soluble enzymes
(see Section III,B of Chapter 4).
the liver but are also present in
vin-dependent aldehyde oxidase
reaction catalyzed by alcohol
ohols to the aldehyde as well as
pparent from this equation, the
of alcohols is favored at higher
is favored at lower pH (~pH 7).
ological pH reduction would be

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 20-987 (CFC) |
| ANNORA PHARMA PRIVATE LIMITED, APOTEX INC., APOTEX CORP., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., LUPIN LTD., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LTD. and ZYDUS PHARMACEUTICALS (USA) INC., | ) ) ) ) ) ) ) ) ) ) | (Consolidated) |
| Defendants. | ) | |
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 20-1343 (CFC) |
| SUNSHINE LAKE PHARMA CO., LTD., | ) ) ) | |
| Defendant. | | |

**DEFENDANTS' AMENDED INVALIDITY CONTENTIONS
REGARDING U.S. PATENT NO. 6,911,461**

- U.S. Patent No. 5,776,959 to Covey, et al., titled "*Anticonvulsant and anxiolytic lactam and thiolactam derivatives*," issued on July 7, 1998 ("Covey '959 patent");

- Canadian Patent Application No. 2,310,319, the Canadian application of international application No. PCT/EP/98/07383, titled "*2-pyrrolidinone derivatives substituted at position 4 for reducing the extracellular glutamate level*," published on May 27, 1999 ("CA '319");

- International application No. PCT/EP98/07383 published on May 27, 1999 as WO 99/25683 ("WO '683");

- White, "*Clinical Significance of Animal Seizure Models and Mechanism of Action Studies of Potential Antiepileptic Drugs*," Epilepsia, Vol. 38 (Suppl. 1), pp. S9-S-17 (1997) ("White");

- FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs (1992) ("FDA Guidance").

### B.     Scope and Content of the Prior Art

#### 1.     GB '692

GB 1,309,692 ("GB '692") to Honore et al., filed on February 13, 1970, and published on March 14, 1973.  Thus, GB '692 was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, GB '692 is at least § 102(b) prior art to the patent-in-suit.  GB '692 was cited in an information disclosure statement during prosecution but was not relied on by the examiner during the prosecution of the '461 patent.

GB '692 discloses N-substituted lactams of the general formula (I) shown below,



(I)

wherein X is a hydrogen atom or an alkyl, alkenyl or alkynyl radical containing 1 to 6 carbon atoms, *p* is a whole number of from 1 to 6, Y is a hydrogen atom or an alkyl, alkenyl or alkynyl radical containing 1 to 6 carbon atoms or a cycloalkyl radical and R' and R'', which may be the

same or different, are hydrogen atoms or alkyl, alkenyl, alkynyl, cycloalkyl or aryl radicals, or R' and R'', together with the nitrogen atom to which they are attached, form a heterocyclic radical which may contain further heteroatoms, with the proviso that at least one of the symbols X and Y is other than a hydrogen atom. *Id.* at 2. GB '692 teaches methods for preparing the disclosed compounds. *Id.* at 2-3.

GB '692 teaches that the disclosed compounds of formula (I) can be used for therapeutic purposes, for example, for the treatment of motion sickness, hyperkinesia, hypertonia and epilepsy. *Id.* at 1-2. GB '692 also teaches that "the compounds of the present invention bring about a decrease in cerebral excitability, as demonstrated by the audiogenic seizure test in mice." *Id.* at 2. GB '692 teaches the disclosed compounds "are active in the tonic phase of the audiogenic seizure at an intraperitoneally administered dose of about 200 mg/kg body weight." *Id.*

Further, GB '692 discloses pharmaceutical compositions comprising the compounds of formula (I). For example, GB '692 teaches such compositions "contain, as active constituent, an N-substituted lactam of general formula (I) and solid or liquid pharmaceutical excipients commonly used for the preparation of formulations suitable for oral, parenteral and rectal administration." *Id.* at 3; *see also id.* at 8 ("[p]harmaceutical compositions, comprising at least one compound of the general formula given in claim 1, in admixture with a solid or liquid pharmaceutical excipient").

GB '692 discloses and claims 2-(2-oxo-pyrrolidino)-butyramide (m.p. 122 °C), also known as α-ethyl-2-oxo-1-pyrrolidine acetamide, the structure of which is shown below. *See id.* at Example 5, claim 14.

*α-ethyl-2-oxo-1-pyrrolidine acetamide*

GB '692 contains several examples of compounds with substitutions at the 3, 4, and 5 positions of the pyrrolidone ring.  *See, e.g., id.* at Examples 1-5.  GB '692 teaches possible substitutions at these carbon atoms as being alkyls, alkenyls and alkynyls having up to six carbon atoms.  *Id.* at 2.  For example, GB '692 discloses exemplary butyramide compounds having substitutions at position 4 of the pyrrolidine ring, including at Example 5 ("2-(4-methyl-2-oxo-pyrrolidino)-butyramide; m.p. 126ºC. (recrystallised from ethanol-hexane)" and claim 19 ("2-(4-methyl-2-oxo-pyrrolidino)-butyramide").  *Id.* at 6, 7.  Thus, GB '692 teaches that similar to 2-(2-oxo-pyrrolidino)-butyramide, N-substituted lactams of the general formula (I) in which at least one of the hydrogen atoms in the cyclic methylene groups is replaced by an alkyl, alkenyl, or alkynyl radical containing 1 to 6 carbon atoms, are useful for treating certain disorders such as motion sickness, hyperkinesia, hypertonia and epilepsy.

### 2.    Glozman

Glozman, *et al.*, "*The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides*," Translated from KHIMIKO-FARMATSEVTICHESKII ZHURNAL, Vol. 14, No. 11, pp. 43-48 ("Glozman"), published in 1980.  Thus, Glozman was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Glozman is at least § 102(b) prior art to the patent-in-suit.  Glozman was cited in an information disclosure statement during prosecution but was not relied on by the examiner during the prosecution of the '461 patent.

Glozman reported that 4-phenylpiracetam (designated as compound 'Ia') demonstrated antispasmodic activity (Table 1 at 777) and also acted as an antagonist to convulsants (Table 2 at 778), while piracetam (which lacked the 4-phenyl group on pyrrolidone ring) was inactive.

### 3.    Levin

Levin, "*Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability*," Journal of Medicinal Chemistry, Vol. 23, No. 6, 682-684 (1980) ("Levin"), published in 1980.  Thus, Levin was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Levin is at least § 102(b) prior art to the patent-in-suit.  Levin was not considered by the patent office during prosecution of the '461 patent.

Levin discloses "[i]t is generally believed that the blood-brain barrier (BBB) is restrictive for small molecules at capillary endothelial cells and for large molecules at the interendothelial tight junctions."  *Id*. at 682.  Levin states that previously "a limited amount of information that correlates lipophilicity, molecular size, and the ability to cross the BBB has been published."  *Id*.  Levin determined the brain capillary permeability coefficient (*Pc*) in ether-anesthetized rats for 27 compounds for which the octanol/water partition coefficients were known.  *Id*.  Levin teaches that below a molecular weight of 400, increasing lipophilicity will improve *Pc*.  *Id*. at 684.  Levin teaches that the equation log $Pc = -4.605 + 0.4115$ log $[P(Mr)^{-1/2}]$ best fits the permeability data that correlates *Pc* to the octanol/water partition coefficient (*P*) of a compound and its molecular weight (*M*r). *See id.*  Levin discloses that an understanding of physical transport factors that affect brain capillary permeability, such as molecular size and lipophilicity, will be important to develop better therapy and new therapeutic agents.  *Id*.

### 4.    Itil

Itil et al., "*The Effects of Oxiracetam (ISF 2522) in Patients With Organic Brain Syndrome (A Double-Blind Controlled Study With Piracetam)*," Drug Development Research, Vol. 2, pp.

447-461 ("Itil"), published in 1982.  Thus, Itil was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Itil is at least § 102(b) prior art to the patent-in-suit.  Itil was not considered by the patent office during prosecution of the '461 patent.

Itil teaches that piracetam "is the first compound reported to be effective on the symptoms of chronic brain syndrome without having the 'typical' pharmacological profile of well-known psychotropic drugs or ergot alkaloids or cerebral vasodilators. It has faciliatory effects in several learning models, protection from various disturbances caused in those learning models, facilitation of inter- and intrahemispheric transfer, and increased cortical control over subcortical structures." *Id.* at 458.  According to Itil, it was suggested that "piracetam has selective effects on the 'noetic' functions," and that "piracetam represents a new group of centrally effective compounds, nootropics (noos = mind, tropic =toward)." *Id.*  Oxiracetam, a GABA-GABOB derivative, "may be classed as nootropic drugs (Fig. 1)." *Id.* at 448.

28



Fig. 1.   Chemical structures of piracetam and ISF-2522 (oxiracetam).

Itil teaches that oxiracetam "exhibits pharmacological effects qualitatively similar to piracetam.  However, a given dosage of oxiracetam is more potent than the same dosage of piracetam." *Id.* at 458; *see also id.* at 449 ("[c]ompared with piracetam, oxiracetam is two to three times more active, depending on the type of test.").

### 5.    Bobkov

Bobkov, et al., "*Pharmacological characteristics of 4-Phenylpiracetam – A new phenyl analog of Piracetam*," Translated from BYULLETEN EKSPERIMENTAL'NOI BIOLOGII I MEDITSINY, Vol. 95, No. 4, 50-53 ("Bobkov"), published in 1983.  Thus, Bobkov was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Bobkov is at least

§ 102(b) prior art to the patent-in-suit.  Bobkov was not considered by the patent office during prosecution of the '461 patent.

Bobkov discloses that anticonvulsant activity of a few pyrrolidone derivatives had previously been reported and that the most active of the compounds studied was found to be the amide of 4-phenylpyrrolidone-2-acetic acid, known as 4-phenylpiracetam.  *Id.* at 464.  Bobkov discloses that the addition of a phenyl group at the fourth carbon in the pyrrolidine ring of piracetam results in a compound with more anticonvulsant activity than other pyrrolidone derivatives. *Id.* at Fig. 1; 466.  Bobkov further discloses that 4-phenylpiracetam possesses a unique spectrum of action that involves the unique combination of the neurotropic action of stimulant and anticonvulsant properties.  *Id.* at 467.

Bobkov also discloses that injection of 20 mg/kg of 4-phenylpiracetam in rat brain tissues reduced seizure discharges and injection of 100 mg/kg "caused almost total suppression of epileptiform activity in the cortex and thalmus." *Id.* at 466.  Bobkov also disclosed that the effects lasted 5 hours or longer.  *Id.*

### 6.      Banfi

Banfi et al., "*Experimental behavioral studies with oxiracetam on different types of chronic cerebral impairment*," Clinical Neuropharmacology, Vol. 7, Suppl. 1, S 414, pp. 768-769 ("Banfi"), published in 1984.  Thus, Banfi was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Banfi is at least § 102(b) prior art to the patent-in-suit.  Banfi was not considered by the patent office during prosecution of the '461 patent.

Banfi teaches that "[o]xiracetam (4-hydroxy-2-oxo-1-pyrrolidineacetamide) is 2-5 times more effective than piracetam in improving learning and memory in animals as well in animals with cerebral deficiencies acutely induced by a variety of noxious stimuli. Moreover, oxiracetam

is characterized by a negligible toxicity and by absence of any other pharmacodynamic effect detectable with the routinely employed pharmacological tests." *Id.* at 768.

### 7.   Weber '364 Patent

U.S. Patent No. 4,581,364 to Weber et al. ("Weber '364 patent") issued on April 8, 1986. Thus, Weber '364 patent was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Weber '364 patent is at least § 102(b) prior art to the patent-in-suit.  Weber '364 patent was not considered by the patent office during prosecution of the '461 patent.

Weber '364 patent discloses 1-substituted-4-hydroxymethyl-pyrrolidin-2-one derivatives and methods of using these compounds "as nootropics, that is, to alleviate or cure conditions of impaired functional capacity of the brain.  *See id.* at 1:5-15.  Weber '364 patent teaches the pyrrolidinone derivatives disclosed "were compared in their activity with pyrrolidinones of different structures which are already used as drugs in human medicine (pira[c]etam) or are at present undergoing clinical trials (anria[c]etam) with regard to cerebral insufficiency or organic brain psychodrome, post-traumatic and alcoholic brain damage, etc.", showing that the disclosed "compounds are clearly superior to the above-mentioned known substances both in their effective dosage and also in the improvement in performance obtained in the animal experiments." *Id.* at 9:11-22.

### 8.   EP '490

EP 0154490 B1 ("EP '490") published on August 10, 1988.  Thus, EP '490 was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, EP '490 is at least § 102(b) prior art to the patent-in-suit.  EP '490 was not considered by the patent office during prosecution of the '461 patent.

EP '490 discloses a process for preparing 2-oxo-1-pyrrolidineacetamide derivatives. *Id.* at 1, ll. 3-5. As EP '490 teaches, it was "known that 4-substituted derivatives of 2-oxo-1-pyrrolidineacetamide are valued psychotropic agents that, in animals and man, restore cognitive function that has been damaged as a result of various pathologies." *Id.* at 2, ll. 6-8.

### 9. Maina

Maina et al., "*Oxiracetam in the Treatment of Primary Degenerative and Multi-Infarct Dementia: A Double-Blind, Placebo-Controlled Study,*" Neuropsychobiology, Vol. 21, pp. 141-145 ("Maina"), published in 1989. Thus, Maina was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Maina is at least § 102(b) prior art to the patent-in-suit. Maina was not considered by the patent office during prosecution of the '461 patent.

Maina discloses that oxiracetam is "structurally related to piracetam. It is virtually nontoxic and improves learning and memory performances in normal animals, as well as in animals with cerebral impairment related to aging or noxious stimuli." *Id.* at 141. Maina teaches that "controlled trials have shown that oxiracetam is superior to placebo, and piracetam in elderly patients with organic brain syndrome and more effective than placebo in patients with primary degenerative dementia." *Id.* at 141-142.

### 10. Gobert '639 Patent

U.S. Patent No. 4,943,639 to Gobert et al. ("Gobert '639 patent") issued on July 24, 1990.[2] Thus, Gobert '639 patent was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Gobert '639 patent is at least § 102(b) prior art to the patent-

---

[2] Other patents in this family, U.S. Patent Nos. 4,837,223 and 4,696,943, have similar disclosures compared to Gobert '639 Patent, and Defendants reserve the right to rely on these references for the same teachings discussed herein with respect to the Gobert '639 Patent.

in-suit.  Gobert '639 patent was cited in an information disclosure statement during prosecution but was not relied on by the examiner during the prosecution of the '461 patent.

Gobert '639 patent states that GB '692 "describes the compound α-ethyl-2-oxo-1-pyrrolidine acetamide (melting point 122 °C) and states that the compounds of this type can be used for therapeutic purposes, for example for treatment of motion sickness, hyperkinesia, hypertonia and epilepsy."  *See id.* at 1:15-20.  Gobert '639 patent states that α-ethyl-2-oxo-1-pyrrolidine acetamide was known to have "protective activity against aggressions of the central nervous system cause by hypoxia, cerebral ischemia, etc."  *Id.* at 1:24-28.

Gobert '639 patent discloses and claims the levorotatory ("l", or "S") enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide.  *See, e.g., id.* at Abstract; claim 1.  The structure of this compound, which is also known as levetiracetam, is shown below.



*(S)-α-ethyl-2-oxo-1-pyrrolidine acetamide or levetiracetam*

Gobert '639 patent teaches a method for preparing the S enantiomer.  *Id.* at 1:60-2:68; Example 4.  Gobert '639 patent teaches that the S enantiomer of α-ethyl-2-oxo-1-pyrrolidine acetamide has "10 times higher activity against hypoxia (antihypoxia)" and "4 times higher protective activity against ischemia (antiischemia)" than the corresponding racemic form.  *See id.* at 1:29-37; *see also id.* Tables I, II.  Gobert '639 patent teaches that the S enantiomer, similar to the racemic form, has "very low toxicity and the toxic dose is well above the active dose."  *Id.* at Table III; *id.* at 9:8-12.  Gobert '639 patent teaches that the S enantiomer "is more suitable for the

treatment and prevention of hypoxic and ischemic type aggressions of the central nervous system." *Id.* at 1:38-42.

Gobert '639 patent teaches that the S enantiomer can be administered orally, in solid or liquid formulations, or parenterally, and discloses an exemplary capsule formulation containing 100 mg of the S enantiomer of alpha-ethyl-2-oxo-1-pyrrolidineacetamide. *See id.* at 9:13-10:15. In particular, Gobert '639 Patent explains "[p]harmaceutical forms such as solutions or tablets are prepared according to conventional pharmaceutical methods," and that "the solid or liquid pharmaceutical carriers used in these compositions are well known." *Id.* at 9:18-26. Gobert '639 lists a number of solid pharmaceutical excipients for the preparation of tablets or capsules as including, for example, starch, talc, calcium carbonate, lactose, sucrose and magnesium stearate. *Id.* at 9:27-10:2.

### 11. Semba

Semba et al., "*Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: milacemide*," Br. J. Pharmacol., 108, pp. 1117-1124 ("Semba"), published in 1993. Thus, Semba was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Semba is at least § 102(b) prior art to the patent-in-suit. Semba was not considered by the patent office during prosecution of the '461 patent.

Semba discloses that "[p]harmacokinetic considerations are important for the design of dosage regimens in clinical pharmacotherapy, including therapeutic drug monitoring which is performed routinely for several antiepileptic drugs." *Id.* at 1122. Semba teaches that "[a]fter intraperitoneal administration, milacemide rapidly appeared in both serum ($T_{max}$<0.25 h) and CSF (mean $T_{max}$ 0.5 h; range 0.2-1.0 h)." *Id.* Semba explains that these fairly comparable values between the serum and the CSF suggest ready penetration of the blood-brain-barrier. *See id.*

34

### 12.    Lolin

Lolin et al., "*Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: phenytoin*," Epilepsy Research, 19, pp. 99-110 ("Lolin"), published in 1994.  Thus, Lolin was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Lolin is at least § 102(b) prior art to the patent-in-suit.  Lolin was not considered by the patent office during prosecution of the '461 patent.

Lolin teaches that pharmacokinetic considerations are pivotal in therapeutic drug monitoring which is performed routinely for a variety of drugs, including several antiepileptic drugs.  *Id.* at 99.  Lolin explains that "[a]fter administration, phenytoin rapidly appeared in both serum ($T_{max}$ mean range 0.15-0.38 h) and CSF ($T_{max}$ mean range 0.9-1.4 h)."  *Id.* at Abstract.  Lolin further explains that this is indicative of ready penetration of the blood-brain barrier.  *See id*.

### 13.    Patsalos 1994

Patsalos et al., "*Newer Epileptic Drugs Towards an Improved Risk-Benefit Ratio*," Drug Safety, Vol. 11, No. 1, pp. 37-67 ("Patsalos 1994"), published in 1994.  Thus, Patsalos 1994 was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Patsalos 1994 is at least § 102(b) prior art to the patent-in-suit.  Patsalos 1994 was not considered by the patent office during prosecution of the '461 patent.

Patsalos 1994 teaches certain properties for an ideal antiepileptic drug including that it "elicits complete seizure control in all patients;" "is effective against all seizure types;" "does not produce adverse effect;" has "improved therapeutic ratio (i.e., less toxic in proportion to its observed benefit)," and "has simple pharmacokinetics with half-life of 12-24 hours so that once or twice daily administration would be possible."  *Id.*  at 39.  Patsalos 1994 discloses that levetiracetam had a "unique profile of action incorporating features in common with a wide range

of currently available antiepileptic drugs;" "minimal adverse effects and a high therapeutic index;" was "rapidly absorbed after oral ingestion;" "and that its "preliminary efficacy results are very encouraging, with significant efficacy in patients with complex partial seizures." *Id.* at 57-58.

### 14. Prous

Prous et al., "*Levetiracetam*," Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111-113 (1994), published in 1994. Thus, Prous was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Prous is at least § 102(b) prior art to the patent-in-suit. Prous was cited in an information disclosure statement during prosecution but was not relied on by the examiner during the prosecution of the '461 patent.

Prous discloses that UCB-L059 or Levetiracetam is a close structural analog of piracetam. *Id.* at 111. Prous explains that piracetam has been reported to exert anticonvulsant effects in different animal models and improve seizure protection in epileptic patients receiving carbamazepine. *Id.* Prous explains that Levetiracetam was shown to be considerably more active than piracetam in a scopolamine-induced amnesia model in mice. *Id.* at 112. Prous discloses that Levetiracetam "was shown to exert potent anticonvulsant effects and was selected for further evaluation as an antiepileptic drug." *Id.* Prous explains that the anticonvulsant profile and neurotoxicity of Levetiracetam has been evaluated in a number of rodent models. *Id.* Prous further explains that in the audiogenic seizure assay in mice Levetiracetam protected against both tonic and clonic convulsions in a dose dependent manner and that higher doses were required to prevent wild running. *Id.* Prous discloses that "[t]he anticonvulsant activity was found to be stereospecific, the R-enantiomer, UBC-L060, showing low intrinsic activity in these models." *Id.* at 112-113. Prous discloses that "UCB-L059 is in phase II trials in Europe, where is it being developed for the treatment of both epilepsy and anxiety." *Id.* at 113. Prous also discloses that Levetiracetam "is

being developed and copromoted by SIBIA as SIB-S1 in the USA and Canada for the treatment of epilepsy, and the FDA has granted approval for clinical trials." *Id.*

### 15. Stables

Stables et al., "*Progress report on new antiepileptic drugs – a summary of the Second Eilat Conference*," Epilepsy Research, Vol. 22, pp. 235-246 ("Stables"), published in 1995. Thus, Stables was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Stables is at least § 102(b) prior art to the patent-in-suit. Stables was not considered by the patent office during prosecution of the '461 patent.

Stables provides a summary of the presentations at the Second Eilat Conference for antiepileptic drugs in development and newly marketed drugs. *Id.* at Abstract. Stables teaches that levetiracetam, also known as UCB L059, "is the active, water-soluble (S) active enantiomer of a racemic pyrrolidine acetamide. It was first evaluated clinically for its effect on cognitive function. Its anticonvulsant properties are under ongoing clinical evaluation." *Id.* at 239. Regarding levetiracetam's anticonvulsant profile in animal seizure models, Stables explains

> It is quite active against audiogenic seizures and in bicuculline- and picrotoxin-induced seizures. In models of pentylenetetrazole kindling as well as amygdala and corneal kindling, ucb L[0]59 is highly active. Activity has also been shown in models of absence epilepsy (spontaneous spike wave discharges, pentylenetetrazole-induced discharges). Its activity in the standard version of the maximal electroshock test, however, does not reflect its good activity in the other models.

*Id.*

Stables further teaches "[a]nimal safety studies show no cardiovascular, carcinogenic, or reproductive toxicities. Signs of limited neurotoxicity occur in the form of slight sedation at very high doses. Otherwise, the compound is well tolerated." *Id.* Stables further explains "[e]arly open Phase 2 studies suggest that ucb L059 is active in resistant patients with a variety of seizure types.

In a single blind trial including highly refractory patients, ucb L059 produced a significant reduction in seizure frequency." *Id.*

### 16.   Noyer

Noyer, et al., "*The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*," European Journal of Pharmacology, Vol. 286, pp. 137-146 ("Noyer"), published in 1995. Thus, Noyer was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Noyer is at least § 102(b) prior art to the patent-in-suit. Noyer is cited in the specification of the '461 patent, but was not relied on by the examiner during the prosecution of the '461 patent.

Noyer's teachings relate to (S)-α-ethyl-2-oxo-pyrrolidine acetamide, a compound called "levetiracetam," also known as "ucb L059." *See id.* at Abstract. This is the same compound disclosed and claimed in Gobert '639 patent.

Noyer states that levetiracetam, which was in phase II clinical trial at the time for treating epileptic patients, was known to have "highly stereoselective" anticonvulsant activity. *Id.* at Abstract; *see also id.* at 137. Consistent with Gobert '639 patent's teachings, Noyer teaches that the (R) enantiomer of levetiracetam "displayed about 1000 times less affinity for these sites." *Id.*; *see also id.* at 141.

Noyer further teaches that levetiracetam is a "broad-spectrum anticonvulsant agent, with potential antiepileptogenic and antiabsence activity and a unique safety profile." *Id.* at 137. In particular, Noyer teaches that the available data showed "the anticonvulsant profile of levetiracetam is unique as it displays a broad spectrum of action, incorporating features in common with several different types of antiepileptic drugs;" that unlike "all standard antiepileptic drugs," "it displays a particularly high therapeutic index;" and "in contrast to most clinically established antiepileptic drugs, levetiracetam appears to be free of adverse cognitive effect." *Id.* at 138. Noyer

further states that their disclosed data were "in agreement with the unique pharmacological profile of levetiracetam, and particularly with the lack of its neurotoxic effect at high doses of the drug." *Id*. at 145.

Binding assays disclosed in Noyer showed the existence of a reversible, saturable and stereoselective specific binding site in crude membrane of rat central nervous system (CNS). *Id.* at Abstract. Studies reported in Noyer also provide evidence that the levetiracetam binding site (LBS) is protein in nature. *Id*. at 141-142. A separate experiment confirmed that levetiracetam binds to membranes found in the rat brain (hippocampus, cortex and cerebellum) but not to membranes found in any peripheral tissues, such as liver, lung, kidney, spleen, pancreas, heart, and adrenals). *Id*.at 142.

Noyer discloses results for a number of different molecules, including levetiracetam homologs, in two different tests. *See, e.g., id.* at Table 1.[3] The first test was an in vitro study of the binding of the compound to the LBS in rat CNS membranes. The second test was an *in vivo* study of anticonvulsant activity in audiogenic mice. Noyer teaches that a comparison of the binding affinities of the tested compounds and their *in vivo* anticonvulsant activities showed "a fairly good correlation ($r^2 = 0.84$, n =12, P < 0.0001)." *See id.* at 143; Fig. 7.

Noyer's structure-activity relationship results show a relationship between binding affinity (measured with Ki or pKi) and the length of the alkyl chain in the (S)-α-alkyl-2-oxo-pyrrolidine acetamide homologues of levetiracetam. *Id.* at 142, 144. As Noyer explains, piracetam (with a H group at this position) was the least active (pKi = 4.5± 0.1) and levetiracetam (with an ethyl group

---

[3] In the table, the column labeled "pKi" presents means ± S.D. from at least three separate experiments using 8 nM [$^3$H] levetiracetam and rat hippocampal membranes at 4 °C. The audiogenic mouse tests show the $ED_{50}$ values for protection against the tonic convulsions with means having 95% confidence limits. The "#" indicates inactivity at the dose indicated.

at this position) was the most active compound (pKi = 6.1 ±0.1).  *Id.*; *see also id.* at Table 1.  Noyer teaches that the "methyl homologue (compound 3) and the homologues with longer alkyl chain displayed intermediate affinities."  *Id.*  Noyer further teaches that modifying the amide moiety from $CO-NH_2$ to $CO-NH-CH_3$, $CO-NH-CH_2$-phenyl, $CS-NH_2$, or CO-OH "produced profound reduction of the affinity."  *Id.*; *see also id.* at Table 1, 144 ("Binding to the levetiracetam binding site is most sensitive to levetiracetam itself and to close homologues. Unsubstituted acetamide and (S)-alkyl pyrrolidinone moieties are two structural requirements for a significant activity at the [3H]levetiracetam binding site. These structural features are more important than the chain length of the alkyl substituent at the α carbon. For the levetiracetam homologues, the absolute (S) configuration is also required for good anticonvulsant properties in the audiogenic mice model."). Noyer also teaches that changing the pyrrolidinone ring, i.e., by adding a methylene group to the ring, or by removing a methylene group to open the ring (compounds 11 and 12), "produced profound reduction of the affinity."  *Id.*; *see also id.* at Table 1.

### 17.   Sharief

Sharief et al., "*Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy,*" Journal of Epilepsy, Vol. 9, PP. 106-112 ("Sharief"), published in 1996.  Thus, Sharief was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Sharief is at least § 102(b) prior art to the patent-in-suit.  Sharief was not considered by the patent office during prosecution of the '461 patent.

Sharief teaches that ucb L059, levetiracetam, is an orally active substance with antiepileptic activity in a wide range of animal models, and that its activity "has been reported to be undiminished after chronic administration."  *Id.* at 106.  Sharief further teaches that clinical studies of healthy volunteers showed that ucb L059 is well tolerated in a single dose of 5,000 mg and

repeated doses as high as 1,500 mg/day with no adverse neuropharmacological or cardiovascular effects. *Id.*

Sharief discloses a clinical trial of levetiracetam (ucb L059) administering ascending doses from 500 to 2000 mg per day to patients with epilepsy. *Id.* at 107. Sharief teaches that levetiracetam was "well tolerated," and that treatment with levetiracetam "was associated with a significant reduction in partial seizures as compared with baseline or placebo." *Id.* at Abstract. Sharief concludes that "the good tolerability profile and maintained antiepileptic activity of ucb L059 suggests that it is an effective drug in the long-term management of patients with intractable partial epilepsy." *Id.* at 112. Sharief further teaches that their results "suggest that oral ucb L059 may be useful in the treatment of refractory partial epilepsy." *Id.* at Abstract.

### 18. Abou-Khalil

Abou-Khalil et al., "*Efficacy and safety of ucbL059 as an adjunctive treatment in refractory partial epilepsy: results of open-label treatment at two centers,*" Epilepsia, Vol. 37 (Suppl. 5), 169, Abstract No. 6.71 ("Abou-Khalil"), published in 1996. Thus, Abou-Khalil was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Abou-Khalil is at least § 102(b) prior art to the patent-in-suit. Abou-Khalil was not considered by the patent office during prosecution of the '461 patent.

Abou-Khalil discloses results from pooling data from two centers participating in an add-on, open-label, extension trial of ucbL059. *Id.* "Patients enrolled in the preceding double-blind, placebo-controlled study had ≥ 4 partial seizures per month on a stable dose of 1-2 antiepileptic drugs (AEDs). Following a 12-week single-blind placebo baseline phase, patients were randomized to ucbL059 or placebo. After completion of the double-blind study, patients entered a year-long extension study in which they were blindly titrated over six weeks to ucbL059 1500 mg bid. This titration phase was followed by open-label treatment during which the same baseline."

*Id.* From the disclosed results, Abou-Khalil concludes that "ucbL059 appears to be an effective and well tolerated adjunctive agent in the treatment of refractory partial onset seizures." *Id.*

### 19. Pardridge

Pardridge, "*CNS Drug Design Based in Principles of Blood-Brain Barrier Transport,*" Journal of Neurochemistry, Vol. 70, No. 5, pp. 1781-1792 (1998) ("Pardridge"), published in 1998, Thus, Pardridge was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Pardridge is at least § 102(b) prior art to the patent-in-suit. Pardridge was not considered by the patent office during prosecution of the '461 patent.

Pardridge discloses that "[d]rugs may be altered chemically to increase lipid solubility of the compound." *Id.* at 1785. Pardridge explains that, provided the molecular mass of the drug does not exceed a threshold of 400-600 Da, the BBB transport of the drug may be increased in direct proportion to its lipid solubility. *Id.* at 1785-1786. Pardridge further explains that "the benefits from lipidizing a drug and increasing BBB permeability may be offset by the unfavorable effects of lipidization on plasma pharmacokinetics and the area under the plasma concentration curve (AUC) of the drug." *Id.* at 1786.

### 20. Loscher

Loscher, et al., "*Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy,*" Journal of Pharmacy and Experimental Therapeutics, vol. 284, No. 2, pp. 474-479 ("Loscher"), published in 1998. Thus, Loscher was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Loscher is at least § 102(b) prior art to the patent-in-suit. Loscher was not considered by the patent office during prosecution of the '461 patent.

Loscher explains that levetiracetam was "a derivative of the nootropic piracetam with a wide spectrum of anticonvulsant effects in animal models of different types of epileptic seizures,"

that appeared to be effective and well-tolerated in treating refractory partial epilepsy in clinical trials. *Id.* at 474-475.

Loscher explains that levetiracetam had been known to have "potent anticonvulsant activity," leading to its recognition as an "interesting" drug for symptomatic treatment of epilepsy. *Id.* at Abstract. Loscher explains that the data they obtained showed that levetiracetam did not "simply mask[] the expression of kindled seizures through an anticonvulsant action, but exerted a true antiepileptogenic effect." *Id.* Loscher explains that these results suggested that levetiracetam might be suitable "for pharmacological prevention of [epilepsy] in patients with a high prospective risk of the development of epilepsy." *Id.* Loscher discloses that no adverse effects were observed at any dose of levetiracetam tested in kindled rats. *Id.; see also id.* at 478. Loscher further explains that the antiepileptogenic activity shown in their study extended the previously known "favorable profile of levetiracetam. *Id.* at 479. As Loscher explained, given that many epileptic patients have memory disturbances, the antiamnesic effect of levetiracetam observed in animal experiments could be "an added advantage of this compound." *Id.*

### 21. Doheny

Doheny et al., "*Blood and cerebrospinal fluid pharmacokinetics of the novel anticonvulsant levetiracetam (ucb L059) in the rat*," Epilepsy Research, 34, pp. 161-168 ("Doheny"), published in April 1999. Thus, Doheny was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Doheny is at least § 102(b) prior art to the patent-in-suit. Doheny was not considered by the patent office during prosecution of the '461 patent.

Doheny describes the "central pharmacokinetics of levetiracetam and … the temporal inter-relationship of levetiracetam dose and serum and CSF pharmacokinetics in the rat." *Id.* at 165. Doheny explains that "[a]fter intraperitoneal administration, levetiracetam rapidly appeared in serum (mean $T_{max}$ 0.25–0.50 h), suggesting ready penetration from the peritoneal cavity. *Id.* at

43

166.  Doheny further explains that "[a]s might be expected, $T_{max}$ values for the CSF compartment are somewhat larger (mean $T_{max}$ 1.33–1.92 h) and represent the time of levetiracetam penetration from serum to brain and, finally, the CSF compartment."  *Id.*

### 22.  Shorvon

Shorvon et al., "*Efficacy and Tolerability of Levetiracetam (LEV) as Add-on Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial,*" Epilepsia, Vol. 40 (Suppl. 2), 248-249 ("Shorvon"), published on September 13, 1999.  Thus, Crawford was published more than one year before February 21, 2001, the U.S filing date for the patent-in-suit.  Therefore, Crawford is at least § 102(b) prior art to the patent-in-suit.[4] .  Shorvon was not considered by the patent office during prosecution of the '461 patent.

Shorvon discloses clinical data regarding efficacy and tolerability of levetiracetam as add-on treatment in refractory epileptic patients with partial onset seizures.  Shorvon explains "[a]fter the first period of the trial, patients went into a transition period during which they were up-titrated or down-titrated from their previous dose. Two doses of LEV, i.e., 500 mg b.i.d. and 1 g b.i.d., were evaluated against placebo."  *Id.* at 248.  "The crossover analysis of this placebo-controlled trial confirmed the results of the parallel group analysis. The results showed a significant superiority of both doses of LEV over placebo in reducing the weekly seizure frequency. Both doses appeared to be well tolerated."  *Id.* at 249.

---

[4] "[A]n application subject to examination under pre-AIA first to invent laws (rather than the first inventor to file provisions of the AIA) would still be subject to the 12-month statutory time periods in pre-AIA 35 U.S.C. 102(b) and (d) which are measured from the U.S. filing date."  *See* MPEP § 213; *see also* MPEP §§ 2139.01, 2133 ("The 1-year time bar is measured from the U.S. filing date.").

### 23.   Crawford

Crawford et al., "*Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period,*" Epilepsia, Vol. 40 (Suppl. 2), 248 ("Crawford"), published on September 13, 1999.  Thus, Crawford was published more than one year before February 21, 2001, the U.S. filing date for the patent-in-suit.  Therefore, Crawford is at least § 102(b) prior art to the patent-in-suit.  Crawford was not considered by the patent office during prosecution of the '461 patent.

Crawford explains "LEV has been successfully used in several trials including patients with partial seizures. In these trials 2-weeks up-titration steps have been used. The aim of this study was to investigate the tolerability of LEV when given without up-titration and to confirm its efficacy."  The study compared two oral doses (2 g and 4 g) of levetiracetam with placebo in patients with refractory epilepsy in the 24-week double-blind phase, followed by 24 weeks of open label treatment using 4 g levetiracetam.  *Id.*  Based on the disclosed data, Crawford concludes that "LEV can be given at an effective dose without any up-titration period," supporting "other studies demonstrating the efficacy of LEV as add-on treatment for refractory partial epilepsy and shows a tendency towards efficacy for refractory generalized epilepsy."  *Id.*

### 24.   Ben-Menachem

Ben-Menachem et al., "*Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures,*" Epilepsia, Vol. 40 (Suppl. 2), 249 ("Ben-Menachem"), published on September 13, 1999.  Thus, Ben-Menachem was published more than one year before February 21, 2001, the U.S. filing date for the patent-in-suit. Therefore, Ben-Menachem is at least § 102(b) prior art to the patent-in-suit.  Ben-Menachem was not considered by the patent office during prosecution of the '461 patent.

Ben-Menachem explains "LEV has demonstrated efficacy and tolerability in several add-on trials for patients with refractory partial onset seizures. The aim of this trial was to demonstrate the same for patients with complex partial seizures and to evaluate the efficacy and tolerability of LEV monotherapy in those patients having experienced improved seizure control under add-on treatment."  The study included two parts.  During part I, the efficacy and tolerability of levetiracetam was evaluated as add-on treatment in patients taking at most one other AED.  *Id.* During part II, responders from part I were withdrawn from their concomitant AED and evaluated on monotherapy with 1500 mg levetiracetam b.i.d.  *Id.*  According to Ben-Menachem, "[t]he results of this trial were consistent with other studies during the add-on treatment period. The efficacy of LEV was maintained during the monotherapy period. The safety profile was similar to placebo." *Id.*

### 25. Perucca

Perucca, "*Drugs Under Clinical Trial*," *in*: Eadie M.J., Vajda F.J.E. (eds), Antiepileptic Drugs Pharmacology and Therapeutics, Handbook of Experimental Pharmacology, Vol 138. Springer, Berlin, Heidelberg ("Perucca"), published in 1999.  Thus, Perucca was published more than one year before February 21, 2001, the U.S. filing date for the patent-in-suit.  Therefore, Perucca is at least § 102(b) prior art to the patent-in-suit.  Perucca was not considered by the patent office during prosecution of the '461 patent.

Perucca explains while "the introduction of novel antiepileptic drugs brought new hope to the multitude of patients whose seizures are not completely controlled by established anticonvulsants," "none of the new agents is ideal in terms of its pharmacokinetic properties, interaction potential, spectrum of activity and side effect profile. Therefore, the search for newer drugs with improved efficacy and safety goes on." *Id.* at 515.

Perucca explains "[l]evetiracetam (ucb L059) is a piracetam derivative," which showed anticonvulsant activity in a few epilepsy models, including tonic and clonic audiogenic seizures in mice and tonic audiogenic seizures in rats, but did not show anticonvulsant activity in maximal electroshock (MES) or pentylenetetrazole (PTZ) tests.  *Id.* at 516; *see also id.* at 517 ("the drug is inactive or only weakly active in the classical subcutaneous (s.c.) pentylenetetrazole (PTZ) test, but it potently inhibits seizures induced by submaximal pentylenetetrazole doses in mice as well as spike-and-wave EEG discharges after low-dose pentylenetetrazole in rats.")  Perucca explains "[i]n rodents, levetiracetam is remarkably potent ($ED_{50}$ 7 mg/kg) against seizures induced by pilocarpine, but it is only weakly active ($ED_{50}$ 97 mg/kg) against DMCM-induced convulsions and it is inactive (>170 mg/kg) against seizures induced by systemically administered NMDA, kainate and AMPA."  *Id.* at 517.

Perucca discloses that levetiracetam was at the time under evaluation for use in epilepsy and anxiety.  *Id.*  Results from clinical trials also corroborated the preclinical results.

> A *significant reduction* in the frequency of refractory partial onset seizures has been demonstrated in two separate multicentre parallel-group placebo-controlled add-on trials in Europe and the United States … In the European trial, the proportions of patients achieving a greater than 50% seizure reduction during treatment with levetiracetam 1000 and 2000 mg/day were 23% ($n$ = 101) and 31% ($n$ = 98) respectively, compared with 11% ($n$ = 107) among patients given placebo … In the United States trial a 50% reduction in seizure frequency occurred in 39% of 101 patients given 3000 mg daily, in 32% of 98 patients given 1000 mg daily and in 10% of 95 patients given placebo … *Remarkably*, 8% of patients assigned to the 3000mg group were *completely free from seizures* over the entire 14-week evaluation period, while none of the patients taking placebo was seizure-free.

*Id.* at 519 (emphasis added).

### 26.   **Burris**

J.A. Burris, Review and evaluation of pharmacology/toxicology data for levetiracetam, ("Burris") is dated October 28, 1999.  Thus, Burris was published more than one year before February 21, 2001, the U.S. filing date for the patent-in-suit.  Therefore, Burris is at least § 102(b)

prior art to the patent-in-suit.  Burris was not considered by the patent office during prosecution of the '461 patent.

Burris explains that levetiracetam is "chemically related to piracetam, a compound used in Europe for over 25 years for the treatment of various cognitive disorders."  *Id.* at 1.  Burris further explains that "[l]evetiracetam was rapidly distributed and tissue concentrations were close to those in blood after both single and repeat administration, with the exception of lower levels in the adipose tissue," and that "[t]he exchange was slower for the CNS."  *Id.* at 6.

### 27.   Keppra Medical Review

FDA Division of Neuropharmacological Drug Products, Clinical Review of NDA Submission for Kep[p]ra ("Keppra Medical Review") is dated November 18, 1999.  Thus, Keppra Medical Review was published more than one year before February 21, 2001, the U.S. filing date for the patent-in-suit.  Therefore, Keppra Medical Review is at least § 102(b) prior art to the patent-in-suit.  Keppra Medical Review was not considered by the patent office during prosecution of the '461 patent.

Keppra Medical Review discloses results from levetiracetam's clinical trials, which showed the frequency of discontinuing treatment due to adverse events, such as sedation, was higher for patients treated with levetiracetam compared with the placebo group.  *See* Keppra Medical Review, at pp. 37, 45.  As another example, Keppra Medical Review discloses that "[t]he majority of discontinuations were related to epilepsy (convulsion) or from a known and common side effect of the drug (somnolence)."  *See id.* at 46; *see also id.* at 75 ("The incidence of sedation and asthenia is greater in the levetiracetam treated-patients in all controlled studies (Table 74).").

### 28.   Keppra Label

The 1999 product insert for KEPPRA™ (levetiracetam) ("Keppra Label") issued on November 30, 1999.  Thus, Keppra Label was published more than one year before February 21,

2001, the U.S. filing date for the patent-in-suit.  Therefore, Keppra Label is at least § 102(b) prior art to the patent-in-suit.  Keppra Label was not considered by the patent office during prosecution of the '461 patent.

Keppra Label discloses that "Keppra$^{TM}$ (levetiracetam) is an antiepileptic drug available as 250 mg (blue), 500 mg (yellow) and 750 mg (orange) tablets for oral administration."  *Id.* at 5. Keppra Label discloses that "[t]he antiepileptic activity of levetiracetam was assessed in a number of animal models of epileptic seizures."  *Id*. at 5.  Levetiracetam protected "against secondarily generalized activity from focal seizures induced by pilocarpine and kainic acid," and "displayed inhibitory properties in the kindling model in rats, another model of human complex partial seizures, both during kindling development and in the fully kindled state."  *Id*. at 5-6.  Keppra Label disclosed that "[l]evetiracetam did not inhibit single seizures induced by maximal stimulation with electrical current or different chemoconvulsants and showed only minimal activity in submaximal stimulation."  *Id.* at 5.

Keppra Label further discloses that "[t]he effectiveness of Keppra as adjunctive therapy (added to other antiepileptic drugs) in adults was established in three multicenter, randomized, double-blind, placebo-controlled clinical studies in patients who had refractory partial onset seizures with or without secondary generalization."  *Id*. at 9.  Based on those studies "Keppra (levetiracetam) is indicated as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy."  *Id*. at 12.  Keppra Label disclosed that daily doses of 1000 mg, 2000 mg, and 3000 mg, given as twice a day dosing, were shown to be effective in clinical trials, and that Treatment should be initiated with a daily dose of 1000 mg/day, given as twice daily dosing (500 mg BID). Additional dosing increments may be given (1000 mg/day additional every 2 weeks) to a maximum recommended daily dose of 3000 mg.  *Id.* at 21.

49

### 29. Patsalos 2000

Patsalos, "*Pharmacokinetic profile of levetiracetam: toward ideal characteristics*," Pharmacology & Therapeutics, Vol. 85, pp. 77-85 ("Patsalos 2000"), was published on February 2, 2000. Thus, Patsalos 2000 was published more than one year before February 21, 2001, the U.S. filing date for the patent-in-suit. Therefore, Patsalos 2000 is at least § 102(b) prior art to the patent-in-suit. Patsalos 2000 was not considered by the patent office during prosecution of the '461 patent.

Patsalos 2000 discloses that there were numerous difficulties with prior antiepileptic drugs, and that "the development of safer and more effective antiepileptic therapies with more favorable adverse effect profiles, better pharmacokinetic characteristics, and the ability to improve the prognosis of epilepsy [was] needed." *Id.* at 78. Patsalos 2000 teaches "the pharmacokinetic characteristics of the ideal antiepileptic drug include rapid absorption after oral ingestion, good bioavailability with rapid achievement of steady-state concentrations, linear kinetics, minimal or no protein binding, a half-life offering once- or twice-daily dosing, absence of drug-drug interactions, and no metabolism." *Id.* at 78.

Patsalos 2000 discloses that "[l]evetiracetam is a novel orally active antiepileptic drug," and that it "closely approximates the ideal characteristics expected of an antiepileptic drug." *Id.* at 77. "Levetiracetam has a wide margin of safety and patient-friendly pharmacokinetics that distinguish it from other currently available antiepileptic drugs." *Id.*

Patsalos 2000 discloses that "levetiracetam exhibits potent antiepileptic effects against a variety of seizure types in animal models of chronic epilepsy." *Id.* at 78. "Results of preclinical and clinical trials indicate that levetiracetam has efficacy in partial-onset and generalized seizures." *Id.* Patsalos 2000 concludes that "[t]he patient-friendly pharmacokinetics of levetiracetam offer a safe therapeutic strategy for the clinical management of patients with epilepsy." *Id.* at 84.

### 30.   Olesen

Olesen *et al.*, "*Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man,*" Stroke, Vol. 9, No. 4, pp. 344-349 ("Olesen"), published in 1978.  Thus, Olesen was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Olesen is at least § 102(b) prior art to the patent-in-suit.  Olesen was not considered by the patent office during prosecution of the '461 patent.

Olesen studied the ability of isoproterenol and propranolol to cross the blood-brain barrier. *Id.* at 344.  Olesen explains, given the hydrophilic nature of isoproterenol, its diffusion across the blood-brain barrier was expected "to be very slow".  *Id.* at 347.  The experimental data showed 3.8% of the drug crossed the blood-brain barrier, which was found to "correspond[] to that of sodium or other hydrophilic molecules." *Id.*  "The lipophilic nature of the propranolol molecule indicates that it should easily pass the blood-brain barrier. [14]C-propranolol has been found in significant amounts in the brain a few minutes after an intravenous injection," and "[a]bout 2/3 of propranolol in the blood crosses the blood-brain barrier in a, single passage through the brain." *Id.*

### 31.   Albert

Adrien Albert, "*Selective Toxicity, the physico-chemical basis of therapy,*" 7th ed. ("Albert"), published in 1985.  Thus, Albert was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Albert is at least § 102(b) prior art to the patent-in-suit.  Albert was not considered by the patent office during prosecution of the '461 patent.

Albert discloses an example showing the impact of lipophilicity, as measured by partition coefficient, on biological activity.  *See* Albert at 477 (Table 11.9).  In particular, Albert teaches "the insertion of an extra ring-nitrogen into oxine to give 3-aza-oxine (8-hydroxyquinazoline) makes the molecule much more hydrophilic and it lowers the oil/water partition coefficient from 67 to 5 (see Table 11.9)." *Id.* at 489. This change reduced the biological activity by several orders

of magnitude. *Id.* at 477 (Table 11.9). "The addition of a side-chain of only three carbon atoms (the propyl group) restores the partition coefficient," and in turn the compound's biological activity. *Id.* at 489, 477 (Table 11.9).

### 32. Dearden

Dearden, "*Partitioning and Lipophilicity in Quantitative Structure-Activity Relationships*," Environmental Health Perspectives, Vol. 61, pp. 203-228 ("Dearden"), published in 1985. Thus, Dearden was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Dearden is at least § 102(b) prior art to the patent-in-suit. Dearden was not considered by the patent office during prosecution of the '461 patent.

Dearden teaches "[t]here is no more important parameter than lipophilicity in the quantitation of biological response, as a multiplicity of published QSARs attests." *Id.* at 224. Dearden reviews "[t]he history of the relationship of biological activity to partition coefficient and related properties." *Id.* at Abstract.

Dearden explains that the relationship between a compound's lipophilicity and its biological activity was first suggested by Meyer and Overton in late 1890s. *See id.* at 203. For example, Dearden explains "[t]he work of Meyer and Overton implied that the more lipophilic a compound, the better could it penetrate lipid membranes and reach an appropriate receptor site." *Id.* Further, it was known that "one could not increase potency *ad infinitum* by simply increasing lipophilicity," in light of "aqueous solubility limitations." *Id.* at 204. Dearden teaches the known relationship between lipophilicity, aqueous solubility and biological activity underlies the famous saying in medicinal chemistry: "methyl, ethyl, butyl, futile." *Id.*

Dearden teaches that partition coefficient is, "the most widely used measure of lipophilicity," "in practical terms, the ratio of concentrations at equilibrium of a solute distributed between two immiscible phases; the concentration in the more lipophilic phase is, by convention,

the numerator." *Id.* at 203, 224.   Dearden explains that partition coefficient is "an additive/constitutive property," which allows "the calculation of partition coefficient with reasonable accuracy in many cases, albeit with the aid of various correction factors." *Id.* at 224.

### 33.   Wong

Wong et al., "*Substituent Effects on Partition Coefficient of Barbituric Acids,*" Journal of Pharmaceutical Science, Vol. 77, No. 11, pp. 926-932 ("Wong"), published in 1988.  Thus, Wong was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Wong is at least § 102(b) prior art to the patent-in-suit.  Wong was not considered by the patent office during prosecution of the '461 patent.

As Wong explains, was shown that "the partition coefficient of a compound is dependent on the additive constitutive property of its substituent." *Id.* at 926.  Wong describes substituent effects on partition coefficients of barbituric acids.  *Id.*  By plotting the $\log P_{exp}$ values against the number of carbon atoms of the straight alkyl chain substituents of barbituric acids and 2-thiobarbituric acids, Wong calculates that the increment of the $\log P$ value, per $CH_2$ unit, is 0.53. *Id.* at 927-928; Fig. 1.

### 34.   Silverman

Richard B. Silverman, "*The Organic Chemistry of Drug Design and Drug Action*" ("Silverman"), published in 1992.  Thus, Silverman was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Silverman is at least § 102(b) prior art to the patent-in-suit.  Silverman was not considered by the patent office during prosecution of the '461 patent.

Silverman discloses that "[r]ational approaches to drug design have now become the major routes to lead discovery."  *Id.* at 10.  Once one has identified a lead compound from which to develop new compounds with improved pharmacological properties, Silverman discloses that one

must first identify the active part: the pharmacophore.  *Id*. at 11.  Having done so, one can then modify the compound to develop new compounds.  *Id*.

Silverman teaches that "[a]fter years of structure-activity relationship studies, various standard molecular modification approaches have been developed for the systematic improvement of the therapeutic index."  *Id*. at 15-16.  Silverman teaches one such approach is creating a "homologous series," or "a group of compounds that differ by a constant unit, generally a CH$_2$ group."  *Id*. at 16.  Silverman further teaches that "biological properties of homologous compounds show regularities of increase and decrease. For many series of compounds, lengthening of a saturated carbon side chain from one (methyl) to five to nine atoms (pentyl to nonyl) produces an increase in pharmacological effects; further lengthening results in a sudden decrease in potency".  *Id*.  As Silverman explains, "this phenomenon corresponds to increased lipophilicity of the molecule, which permits penetration into cell membranes until its lowered water solubility becomes problematic in its transport through aqueous media."  *Id*.  Silverman also teaches "[w]hen a simple lipophilic relationship is important as described above, then chain branching lowers the potency of a compound."  *Id*. at 18.

Silverman further discloses Bioisosterism as another standard molecular modification approach.  Silverman explains:

> *Bioisosteres* are substituents or groups that have chemical or physical similarities, and which produce broadly similar biological properties.  Bioisosterism is a lead modification approach that has been shown to be useful to attenuate toxicity or to modify the activity of a lead, and it may have a significant role in the alteration of metabolism of a lead.

*Id*. at 19.  Silverman discloses that "[n]onclassical *bioisosteres* do not have the same number of atoms . . ., but they do produce a similarity in biological activity."  *Id*. at 19, 21.  One such group of nonclassical bioisosteres is propyl groups and phenyl groups.  *Id*. at 20.

### 35.   Gouliaev

Gouliaev and Senning, "*Piracetam and other structurally related nootropics*," Brain Research Reviews, Vol. 19, pp. 180-222 ("Gouliaev"), published in 1994.  Thus, Gouliaev was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Gouliaev is at least § 102(b) prior art to the patent-in-suit.  Gouliaev was not considered by the patent office during prosecution of the '461 patent.

Gouliaev is a review article that "covers clinical, pharmacokinetic, biochemical and behavioural results presented in the literature from 1965 through 1992 (407 references) of piracetam, oxiracetam, pramiracetam, etiracetam, nefiracetam, aniracetam and rolziracetam and their structural analogues." *Id.* at Abstract.  Gouliaev teaches that "[t]he piracetam-like nootropics are capable of achieving reversal of amnesia induced by, e.g., scopolamine, electroconvulsive shock and hypoxia." *Id.*   Gouliaev further teaches that these 2-oxopyrrolidineacetamide nootropics, also referred to as the "racetams" "possess a very low toxicity and lack serious side effects." *Id.*  Gouliaev teaches that possible beneficial effects of the racetams include beneficial effects "in patients with mild to moderate dementia," and in "epilepsy" "in co-treatment with other drugs." *See id.* at 209.

Gouliaev summarizes the structure-activity relationship of the racetam as showing that the pyrrolidone ring and the acetamide moiety are important for the nootropic activity.  *See id.* at 205-206.

Etiracetam is the racemic form of α-ethyl-2-oxo-1-pyrrolidineacetamide.  *See id.* at 183, 198.  The (S)-form of etiracetam was known as UCB L059 or levetiracetam.  *See id.* at 198. Gouliaev teaches that the (S)-form shows "significantly higher activity" at clinically relevant concentrations compared to the (R)-form.  *Id.* at 206.

55

Gouliaev discloses the calculated n-octanol/water distribution coefficient for the racetams, including piracetam (log $P$ = -1.49) and etiracetam (log $P$ = -0.65).  *See id.* at 186 (Table 2). Gouliaev explains that piracetam "crosses the brain-barrier slowly because of its high hydrophilicity."  *See id.* at 188.

### 36.    Seelig

Seelig *et al.*, "*A method to determine the ability of drugs to diffuse through the blood-brain barrier*," Proc. Natl. Acad. Sci. Vol. 91, pp. 68-72 ("Seelig"), published in 1994.  Thus, Seelig was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Seelig is at least § 102(b) prior art to the patent-in-suit.  Seelig was not considered by the patent office during prosecution of the '461 patent.

Seelig explains that "[t]he tight endothelium of brain capillaries constitutes the permeability barrier for the passive diffusion of substances from the blood stream into the central nervous system (CNS). To reach the brain, a molecule has first to be absorbed from the blood into the endothelial cell, where it is then released into the brain. A prerequisite for a substance to diffuse through the blood-brain barrier (BBB) is therefore a certain degree of lipid solubility."  *Id.* at 68. Seelig explains an *in vitro* method to determine a drug's ability to cross the BBB is by measuring "the partition equilibrium of a drug between an aqueous phase and an immiscible organic phase (e.g., octanol)."  "A weak partitioning into the organic phase means low lipophilicity and is assumed to correlate with a low CNS penetration power; a high affinity for the organic phase is translated into a good CNS availability."  *Id.*  Seelig then discloses another approach for determining a drug's ability to cross the BBB, which "takes advantage of the surface activity of the molecule of interest."  *Id.*  One of the properties of a drug molecule suggested to determine its ability to cross the BBB includes the molecule's "number of lipophilic groups."

56

### 37. Shek

Shek, "*Chemical delivery systems and prodrugs of anticonvulsive drugs*," Adv. Drug Delivery Rev., Vol 14, pp. 227-241 ("Shek"), published in 1994. Thus, Shek was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Shek is at least § 102(b) prior art to the patent-in-suit. Shek was not considered by the patent office during prosecution of the '461 patent.

Shek teaches that "to exert its anticonvulsant therapeutic effect, the drug must reach its receptors in the central nervous system (CNS). Yet, many of the drugs exhibit physicochemical and protein-binding properties that would not permit crossing the blood-brain barrier (BBB). Therefore, it is not surprising that extensive research has been devoted to improve the physicochemical and pharmacokinetic properties of existing drugs by modifying their chemical structures." *Id.* at 228.

### 38. Litina

Hadjipavlou-Litina, "*Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants*," Med. Res. Rev., Vol. 18, No. 2, pp. 91-119 ("Litina"), published in 1998. Thus, Litina was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Litina is at least § 102(b) prior art to the patent-in-suit. Litina was not considered by the patent office during prosecution of the '461 patent.

Litina teaches that for drugs acting in the CNS, "hydrophobicity is an important property." *Id.* at 99; *see also id.* ("the most important parameter in the isolated receptor interactions as well as in the whole animal, is lipophilicity."). Litina summarizes the results of a previous QSAR study correlating the anticonvulsant activities ($ED_{50}$ for anti-electroshock MES and anti-PTZ activities in mice) with the physicochemical parameters of various anticonvulsants. Litina at 93. "The most important finding" of that study was that "the log $P_o$ for a variety of antiepileptics fell in the range

of 1.4 to 2.7." *Id.* Litina further teaches that compounds having a log $P_o$ value of 2 can be considered as "the ideal lipophilic character to design into a neutral molecule for passive penetration into the CNS." *See id.* at 116; *see also id.* at 117 ("The results support the older idea that lipophilicity as well as log $P_o$ of roughly 2 can be helpful in the design of potent anticonvulsants.")

Litina teaches that substituting alkyl groups on lactam rings increased the compounds' lipophilicity. *See id.* at 103 (Table VI).

### 39.   Waterbeemd

van de Waterbeemd et al., "*Estimation of blood-brain barrier crossing of drugs using molecular size and shape, and H-bonding descriptors*," J. Drug Targeting, Vol. 6, pp. 151-165 ("Waterbeemd"), published in 1998. Thus, Waterbeemd was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Waterbeemd is at least § 102(b) prior art to the patent-in-suit. Waterbeemd was not considered by the patent office during prosecution of the '461 patent.

Waterbeemd reports "[t]he influence of physicochemical properties, including lipophilicity, H-bonding capacity and molecular size and shape descriptors on brain uptake" in "a selection of marketed CNS and CNS-inactive drugs." *Id.* at Abstract. Waterbeemd explains that the "blood-brain barrier (BBB)" is "an important biological membrane and absorption barrier." *Id.* at 152. Waterbeemd teaches that "the structural and physicochemical properties of the compounds are important determinants for brain uptake." *Id.* Thus, compounds with receptors in the central nervous system (CNS) should readily permeate across the BBB. *Id.*

Waterbeemd teaches that there is a strong correlation between the total number of potential H-bonds in fully ionized molecule ($HT_i$) or total number of H-bonds in a neutral molecule ($HT_n$) and the polar surface area (SP) of a compound. *Id.* at 160. Waterbeemd explains "[a] numerical

comparison of the H-bond scale reveals that 10-11 potential H-bonds correspond to ca 100 Å$^2$ of polar surface area". *Id.*; Fig. 1 (below).



FIGURE 1   Numerical comparison of H-bonding scales. SP: polar part of molecular surface area; HT$_i$: total number of potential H-bonds in fully ionized molecule; HT$_n$: total number of H-bonds in neutral molecule; $C_{ad}$ total H-bond factor from the HYBOT approach.

Waterbeemd concludes that three characteristics were important in determining brain penetration of a drug, namely: $1 < \log D < 4$; molecular weight $< 450$; and SP $< 90$ Å$^2$, where D is the 1-octanol/water distribution coefficient taken at the correct physiological value of pH (pH =7.4 in the case of penetration to the brain), and SP is the polar surface area of the compound. *See id.* at 162; Fig. 7.   Waterbeemd explains that the lipophilicity constraint of log D in the range of 1-4 is "necessary," but it is not automatically "sufficient."  *Id.*  In particular, molecular weight higher than 450 and polar surface area larger than 90 Å$^2$ "are not favorable."  *Id.*

**40.   Waser[5]**

Waser et al., "*The development of new antiepileptic drugs, IV. Anticonvulsive activity of 1-(p-sulfamoyl-phenyl)-pyrrolidine-2-on Derivative*," Arzneim Forsch. Vol. 28(6), pp. 952-956 ("Waser"), published in 1978.  Thus, Waser was published more than one year before the earliest

---

[5] Waser published in German.  Citations in these contentions are to the translation of Waser produced by Defendants.

possible priority date for the patent-in-suit. Therefore, Waser is at least § 102(b) prior art to the patent-in-suit. Waser was not considered by the patent office during prosecution of the '461 patent.

Waser discusses testing a series of derivatives of 1-(p-sulfamoyl-phenyl)-pyrrolidine-2-on for anticonvulsant activities in rats and mice against seizures induced by electroshock or pentylenetetrazol. *Id.* at Summary; *see also id.* at Table 1a, Table 1b. The general formula of the 2-pyrrolidinone derivatives tested is shown below.



Waser teaches that a 4-phenyl derivative was found to have potent anticonvulsant activities. *Id.* at Summary. Waser further teaches that the phenyl substituent has to be in position 4, otherwise the activity of the compound is weakened. *Id.; see also id.* at 953 ("The anticonvulsive effect is favourably influenced mainly by the groups in 4 positions.") More particularly, Waser teaches:

> Like for the substances in Tab. 1a and b, we found the best anticonvulsive effect for the substances with the phenyl group in 4 positions (1725). The substance 1718 with this group in 3 positions seems to be somewhat less effective. The substance 1718 with the phenyl group in 5 positions has the least amount of anticonvulsive effect. 1725 also has more advantage in its effect against chemically induced seizures over both the substances.

*Id.* at 954.

### 41.   Covey '959 Patent

U.S. Patent No. 5,776,959 to Covey, et al. ("Covey '959 patent") issued on July 7, 1998. Thus, Covey '959 patent was published more than one year before the earliest possible priority date for the patent-in-suit. Therefore, Covey '959 patent is at least § 102(b) prior art to the patent-

in-suit.  Covey '959 patent was not considered by the patent office during prosecution of the '461 patent.

Covey '959 patent discloses lactam and thiolactam derivatives with anticonvulsant and anxiolytic activity with relatively low toxicity and low sedative activity.  *See id.* at Abstract; *see also id.* at 2:64-3:4; 4:30-33.  Covey '959 patent discloses compounds having the general formula (II):



where n is 0 or 1; Z is an oxygen or a sulfur atom; $R_4$, $R_5$. and $R_3$, independently of one another, are selected from the group consisting of a hydrogen, an optionally substituted alkyl or alkenyl group, and an optionally substituted phenylmethyl group; with the exceptions that: $R_4$ and $R_5$ cannot both be a hydrogen; and when one of $R_4$ and $R_5$ is a hydrogen or a methyl group, the other of $R_4$ or $R_5$ cannot be a methyl or ethyl group.  *See id.* at 4:54-5:6.  In particular, Covey '959 patent teaches anticonvulsant agents including 4-mono and 4,4-di substituted 2-pyrrolidinones.  *See id.* at 9:2-11.  Further, Covey '959 patent teaches that "[p]referred anticonvulsant and/or anxiolytic compounds of formula II are those in which $R_4$ and $R_5$ are selected from the group consisting of a hydrogen, an alkyl or alkenyl having two to four carbon atoms and a phenyl methyl group.  *See id.* at 9:36-39.

Covey '959 patent discloses activity of compounds in blocking seizures in mice.  *See id.* at 12:16-24; *see also id.* at Table 2.  Based on these results, Covey '959 patent teaches that lactams

of formula (II) where $R_4$ and $R_5$ are both hydrogen or methyl groups; or where one of $R_4$ or $R_5$ is a hydrogen and the other of $R_4$ or $R_5$ is an alkyl group having less than three carbon atom; and 2-pyrrolidinones of formula (II) where one of $R_4$ or $R_5$ is a methyl group and the other of $R_4$ or $R_5$ is an alkyl group having less than three carbon atoms will at most have weak anticonvulsant activity not useful for therapeutic applications in mammals.  *See id.* at 13:1-10.

### 42.    CA '319

Canadian Patent Application No. 2,310,319 ("CA '319") is the Canadian application of international application No. PCT/EP/98/07383 published as WO 99/25683.  CA '319 published on May 27, 1999.  Thus, CA '319 was published more than one year before February 21, 2001, the U.S. filing date for the patent-in-suit.  Therefore, CA '319 is at least § 102(b) prior art to the patent-in-suit.  .  CA '319 was not considered by the patent office during prosecution of the '461 patent.

CA '319 explains that several 1-, 3-, and 5-substituted derivatives of 2-pyrrolidinone were known as having anticonvulsant activity and/or possibly influencing glutamatergic transmission. *See id.* at 2.  CA '319 then discloses 2-pyrrolidinone derivative of the general formula shown below:



CA '319 discloses 2-pyrrolidinone compounds in which $R^3$, $R^4$, $R^5$ and $R^6$ are hydrogen atoms.  *See id.* at claim 2.  Further, CA '319 teaches these 4-substituted 2-pyrrolidinone derivatives are useful for treating several disorders, including epilepsy by reducing the extracellular glutamate

levels.  *See id.* at 3.  CA '319 further teaches that 2-pyrrolidinone derivatives which have in position 4 at least one substituent (such as a $C_{1-10}$ alkyl) can be used for the prophylaxis and treatment of disorders of the central nervous system such as epilepsy.  *See id.* at 5.  In particular, CA '319 teaches that "2-pyrrolidinone derivatives which have in position 4 at least one substituent as defined above have an excellent effect in reducing the extracellular glutamate level and can therefore be used for the prophylaxis and treatment of disorders of the central nervous system such as stroke, hypoglycemia, hypoxia, trauma and epilepsy."  *Id*. at 5.  CA '319 also teaches that "[s]ubstitution of the 2-pyrrolidinone derivatives according to the invention in positions 3 and 5 of the pyrrolidinone ring is ***substantially uncritical*** as long as substitution in position 4 of the pyrrolidinone ring is ensured."  *Id.* (emphasis added).  CA '319 teaches that the substitution at position 4 of the pyrrolidinone ring is "essential," and that it is "necessary for at least one radicals $R^1$ and $R^2$ to be different from hydrogen. One of the radicals $R^1$ and $R^2$ is preferably a hydrogen atom, and other radical is preferably a $C_1$-$C_{10}$ alkyl radical, particularly preferably a $C_1$-$C_6$ alkyl radical."  *Id.* at 5.  This selection of substituents at the $R^1$ and $R^2$ positions was sufficiently important that the inventors of CA '319 included two dependent claims that required one of $R^1$ and $R^2$ to being hydrogen, while the other a $C_1$-$C_{10}$ alkyl radical.  *See* CA '319, claims 3 and 8.

CA '319 also discloses the pure R, pure S, and the racemic mixtures of 2-pyrrolidinone derivatives in which the $R^1$ and $R^2$ radicals are different, "as in the particularly preferred embodiment of the invention described above."  *Id.* at 6.

43.    **WO '683**[6]

International application No. PCT/EP98/07383 published as WO 99/25683 ("WO '683")

on May 27, 1999.  Thus, WO '683 was published more than one year before February 21, 2001,

the U.S. filing date for the patent-in-suit.  Therefore, WO '683 is at least § 102(b) prior art to the

patent-in-suit.  WO '683 was not considered by the patent office during prosecution of the '461

patent.

WO '683 teaches that glutamate (Glu) is the essential excitatory transmitter in the central

nervous system and that high extracellular concentrations of Glu in the extracellular space can lead

to excitotoxic damage.  *Id.* at 1. Disorders of the central nervous system in which excitotoxicity is

involved include, *inter alia,* epilepsy.  *Id.*

WO '683 explains that several 1-, 3-, and 5-substituted derivatives of 2-pyrrolidinone were

known as having anticonvulsant activity and/or possibly influencing glutamatergic transmission.

*See id.* at 2.  WO '683 then discloses 2-pyrrolidinone derivative of the general formula shown

below:



WO '683 discloses 2-pyrrolidinone compounds in which $R^3$, $R^4$, $R^5$ and $R^6$ are hydrogen

atoms.  *See id.* at claims 2, 7.  Further, WO '683 teaches these 4-substituted 2-pyrrolidinone

---

[6] WO '683 published in German.  Citations in these contentions are to the certified translation of WO '683 produced by Defendants.

derivatives are useful for treating several disorders, including epilepsy by reducing the extracellular glutamate levels. *See id.* at 2. WO '683 teaches that 2-pyrrolidinone derivatives which have in position 4 at least one substituent (such as a $C_{1-10}$ alkyl) can be used for the prophylaxis and treatment of disorders of the central nervous system such as epilepsy. *See id.* at 4. In particular, WO '683 teaches that "2-pyrrolidinone derivatives that have at least one of the substitutes defined above in position 4 exhibit excellent effects in lowering extracellular glutamate levels, and can therefore be used for the prevention and treatment of disorders of the central nervous system, e.g.[,] cerebral apoplexy, hypoglycemia, hypoxia, trauma and epilepsy". *Id.* at 4. WO '683 also teaches that "substitution of the 2-pyrrolidinone derivative according to the invention in positions 3 and 5 of the pyrrolidinone ring is not substantially critical, as long as the substitution in position 4 of the pyrrolidinone ring is ensured." *Id.* (emphasis added). The inventors indicated a preference for the absence of substitutions at the 3 and 5 positions as they included two dependent claims limiting those positions to hydrogen, while there were no dependent claims directed to any other substituents at those positions.

WO '683 also teaches that the substitution at position 4 of the pyrrolidinone ring is "essential," and that it is "necessary for at least one radicals $R^1$ and $R^2$ to be different from hydrogen. One of the radicals $R^1$ and $R^2$ is preferably a hydrogen atom, and other radical is preferably a $C_1$-$C_{10}$ alkyl radical, particularly preferably a $C_1$-$C_6$ alkyl radical." *Id.* at 4. This selection of substituents at the $R^1$ and $R^2$ positions was sufficiently important that the inventors of WO '683 included two dependent claims that required one of $R^1$ and $R^2$ to being hydrogen, while the other a $C_1$-$C_{10}$ alkyl radical. *See* WO '683, claims 3 and 8.

65

WO '683 also discloses the pure R, pure S, and the racemic mixtures of 2-pyrrolidinone derivatives in which the $R^1$ and $R^2$ radicals are different, "as in the particularly preferred embodiment of the invention described above." *Id.* at 5.

### 44.  Appleton

Appleton et al., "*Lorazepam versus diazepam in the acute treatment of epileptic seizures and status epilecticus*," Developmental Medicine and Child Neurology, Vol. 37, pp. 682-688 ("Appleton"), published in 1995.  Thus, Appleton was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, Appleton is at least § 102(b) prior art to the patent-in-suit.  Appleton was not considered by the patent office during prosecution of the '461 patent.

Appleton teaches that the ideal drug for treating acute seizures "should act rapidly, have a sustained duration of action and be safe." *Id.* at 682.

### 45.  White

White, "*Clinical Significance of Animal Seizure Models and Mechanism of Action Studies of Potential Antiepileptic Drugs*," Epilepsia, Vol. 38 (Suppl. 1), pp. S9-S-17 ("White"), published in 1997.  Thus, White was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, White is at least § 102(b) prior art to the patent-in-suit.  White was not considered by the patent office during prosecution of the '461 patent.

White explains the "growing understanding of anticonvulsant mechanisms and the relevance of preclinical animal studies to clinical antiepileptic activity have already contributed to the design of several new AEDs [antiepileptic drugs] and should be increasingly beneficial to further efforts at drug development." *Id.* at Summary.  White discloses the preclinical models that skilled artisans most commonly used to search for effective antiepileptic drugs.  *Id.* at S10.  In particular, White teaches that "[t]he maximal electroshock (MES) test, the subcutaneous

pentylenetetrazol (scPTZ) test, and the electrical kindling model represent the in vivo systems most commonly employed in the search for effective AEDs." *Id.*

### 46.    FDA Guidance

FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs ("FDA Guidance"), Published in 1992.  Thus, the FDA Guidance was published more than one year before the earliest possible priority date for the patent-in-suit.  Therefore, the FDA Guidance is at least § 102(b) prior art to the patent-in-suit.  The FDA Guidance was not considered by the patent office during prosecution of the '461 patent.

The FDA Guidance teaches: "[d]iastereoisomers and geometric isomers are both chemically distinct and pharmacologically different (unless they are interconverted *in vivo*) and are generally readily separated without chiral techniques. Geometric isomers and diastereoisomers therefore should, with the rare exception of cases where in vivo interconversion occurs, be treated as separate drugs and developed accordingly." *Id.* at 1.  In addition, the FDA Guidance teaches "[a]ppropriate manufacturing and control procedures should be used to assure stereoisomeric composition of a product, with respect to identity, strength, quality and purity." *Id.* at 2.  The FDA Guidance also teaches that "[p]harmacokinetic evaluations that do not use a chiral assay will be misleading if the disposition of the enantiomers is different. Therefore, techniques to quantify individual stereoisomers in pharmacokinetic samples should be available early. If the pharmacokinetics of the enantiomers are demonstrated to be the same or to exist as a fixed ratio in the target population, an achiral assay or an assay that monitors one of the enantiomers may be used, subsequently." *Id.*

*OF COUNSEL:*

CARLSON, CASPERS, VANDENBURGH
& LINDQUIST, P.A.
Todd S. Werner
Saukshmya Trichi
225 South Sixth Street, Suite 4200
Minneapolis, Mn 55402
Phone: (612) 436-9600
twerner@carlsoncaspers.com
strichi@carlsoncaspers.com

  /s/      Kenneth L. Dorsney
 MORRIS JAMES LLP
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant*
*Annora Pharma Private Limited*

*OF COUNSEL:*

WINSTON & STRAWN LLP
George C. Lombardi
Kevin E. Warner
Bryce A. Cooper
Christopher Parker
35 W. Wacker Drive,
Chicago, Illinois 60601
(312) 558-5600
GLombard@winston.com
KWarner@winston.com
BCooper@winston.com
CParker@winston.com

WINSTON & STRAWN LLP
Noorossadat Torabi
101 California Street
San Francisco, CA 94111
(415) 591-1000
NTorabi@winston.com

  /s/      Dominick T. Gattuso
 HEYMAN, ENERIO GATTUSO &
 HIRZEL LLP
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Apotex Inc. and*
*Apotex Corp., MSN Laboratories Private*
*Limited and MSN Pharmaceuticals, Inc.*

OF COUNSEL:

WITHERS BERGMAN LLP
Steven J. Moore
James E. Nealon
1700 East Putnam Avenue, Suite 400
Greenwich, Connecticut 06870-1366
Phone: (203) 302-4100
Fax: (203) 302-6611
steven.moore@withersworldwide.com
james.nealon@withersworldwide.com

 /s/    Kenneth L. Dorsney
MORRIS JAMES LLP
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendants*
*Aurobindo Pharma USA Inc., and*
*Aurobindo Pharma Ltd.*


OF COUNSEL:

KNOBBE MARTENS OLSON & BEAR
LLP
William R. Zimmerman
Carol Pitzel Cruz
Jeremiah S. Helm
1717 Pennsylvania Ave. N.W., Suite 900
Washington, D.C. 20006
(202) 640-6400
bill.zimmerman@knobbe.com
carol.pitzel.cruz@knobbe.com
jeremiah.helm@knobbe.com

 /s/    Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Lupin Ltd.*

/s/    *Eve H. Ormerod*
SMITH, KATZENSTEIN & JENKINS LLP
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*OF COUNSEL*

WINDELS MARX LANE &
MITTENDORF LLP
Andrew J. Miller
H. Howard Wang
One Giralda Farms
Madison, NJ 07940
(973) 966-3200
amiller@windelsmarx.com
hwang@windelsmarx.com

*Attorneys for Defendant*
*Sunshine Lake Pharma Co. Ltd.*


 /s/    *Beth A. Swadley*
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Pilar G. Kraman (No. 5199)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
bswadley@ycst.com

*OF COUNSEL*

LOCKE LORD LLP
Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jonathan B. Turpin
Smitha B. Uthaman
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

*Attorneys for Defendant Zydus*
*Pharmaceuticals (USA) Inc.*


Dated:  July 28, 2021

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | ▆▆▆▆▆▆▆▆ |
| | ) | |
| Defendants. | ) | |

**OPENING EXPERT REPORT OF DR. SALVATORE LEPORE
<u>REGARDING INVALIDITY OF U.S. PATENT NO. 6,911,461</u>**

Dated: February 18, 2022

_Salvatore D. Lepore_

_____

# TABLE OF CONTENTS

**Page**

I. Introduction ........................................................................................................ 1

II. Summary of opinions ......................................................................................... 2

III. Qualifications .................................................................................................... 2

IV. Prior testimony/Compensation ......................................................................... 4

V. Materials Considered ......................................................................................... 5

VI. Legal Principles ................................................................................................. 5

    A. The Person of Ordinary Skill in the Art ("POSA") ................................. 6

    B. Obviousness ............................................................................................. 8

    C. Objective Indicia ................................................................................... 10

VII. Background ...................................................................................................... 11

    A. The '461 Patent and the Asserted Claims ............................................. 11

        1. The '461 Patent Specification .................................................... 12

        2. Asserted Claims ......................................................................... 15

    B. Technology Tutorial ............................................................................... 16

        1. Small Molecule Drug Design ..................................................... 16

        2. Lipophilicity was known as an important property for Central Nervous System ("CNS") drugs .............................. 19

        3. 2-oxo-1-pyrrolidine derivatives were known in the art as useful for treating certain CNS disorders including epilepsy .................................... 23

        4. Levetiracetam was known in the art as an antiepileptic compound ......... 26

        5. Stereochemistry ......................................................................... 28

VIII. Scope and Content of Prior Art ....................................................................... 30

    A. Prior Art Related to Selecting a Lead Compound ................................. 31

        1. Gobert '639 patent ..................................................................... 31

        2. Patsalos 1994 ............................................................................. 32

        3. Prous ........................................................................................... 33

        4. Stables ......................................................................................... 34

        5. Noyer ........................................................................................... 35

        6. Sharief ......................................................................................... 38

        7. Abou-Khalil ............................................................................... 38

        8. Löscher ....................................................................................... 39

        9. Shorvon ....................................................................................... 40

        10. Crawford .................................................................................... 41

11.      Ben-Menachem ............................................................. 41

12.      Perucca .......................................................................... 42

13.      Burris ............................................................................. 43

14.      Keppra Medical Review ............................................... 44

15.      Keppra Label ................................................................. 44

16.      Patsalos 2000 ................................................................ 45

B.    Prior Art Related to Modifying the Lead Compound ........................................... 46

1.      Olesen ............................................................................ 46

2.      Levin .............................................................................. 47

3.      Albert ............................................................................. 47

4.      Wong .............................................................................. 48

5.      Lolin ............................................................................... 48

6.      Gouliaev ........................................................................ 49

7.      Appleton ........................................................................ 50

8.      Litina ............................................................................. 50

9.      Waterbeemd .................................................................. 51

10.      Pardridge ....................................................................... 52

11.      GB '692 ......................................................................... 53

12.      Glozman ........................................................................ 55

13.      Bobkov .......................................................................... 56

14.      EP '490 .......................................................................... 56

15.      Noyer ............................................................................. 57

16.      WO '683 ........................................................................ 57

17.      CA '319 ......................................................................... 59

18.      FDA Guidance .............................................................. 61

IX.    The Asserted Claims Would Have Been Obvious In view of the prior art ...................... 61

A.    Levetiracetam Would Have Been an Obvious Choice as a Lead Compound ....... 63

B.    A POSA Would Have Been Motivated to Modify Levetiracetam To Arrive at Brivaracetam With a Reasonable Expectation of Success .................................... 68

1.      A POSA would have chosen to maintain levetiracetam's 2-oxo-pyrrolidine ring attached in the (S) configuration to position 2 of the butanamide group. ........................................................................ 68

2.      A POSA would have been motivated, with a reasonable expectation of success, to modify levetiracetam by adding a substituent at the 4-position of levetiracetam's 2-oxo-pyrrolidine ring ................................................. 73

3.  Propyl was an obvious substituent from a small number of choices to add to the 4-position f levetiracetam's 2-oxo-pyrrolidine ring .......................... 76

4.  Preparing the (4R) and (4S) diastereoisomers of (2S)-2-[2-oxy-4-propylpyrrollidinyl]butanamide would have been obvious ....................... 82

C.  Objective Indicia ............................................................................. 84

D.  Claims 1-5 of the '461 Patent Would Have Been Obvious Over the Prior Art .... 84

1.  Claims 1 and 5 ............................................................................. 84

2.  Claim 2 ......................................................................................... 85

3.  Claims 3 and 4 ............................................................................. 88

X.  Supplementation Of Opinions ............................................................................. 89

to make brivaracetam, or a pharmaceutically acceptable salt of brivaracetam, with a reasonable expectation of success in obtaining a compound that would be useful in treating epilepsy.  Further, it would have been obvious to prepare a pharmaceutical composition containing an effective amount of brivaracetam, or a pharmaceutically acceptable salt of brivaracetam, and a pharmaceutically acceptable diluent or carrier.

230.    A POSA would not need to combine every prior art reference discussed in Section VIII above to arrive at brivaracetam.  Rather, it is my opinion that brivaracetam would have been obvious in view of one or more references discussed above in Section VIII.A in combination with one or more references discussed above in Section VIII.B (the "Brivaracetam References").

231.    For example, at least the following combinations of prior art references are exemplary of the combinations of prior art references described above that render the Asserted Claims of the '461 patent obvious:

- Keppra label and/or Noyer in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally further in view of GB '692

- Noyer and/or Abou-Khalil in view of one or more of Gouliaev, Litina, and Waterbeemd, optionally in further view of CA '319, and further in view of Bobkov

- Noyer and/or Crawford in view of Bobkov, optionally in further view of Gouliaev, and in further in view of Levin

232.    For the reasons explained in further detail below, by February 23, 2000, a POSA would have been motivated to select levetiracetam as a lead compound and modify it by including a propyl substituent at the 4-position of the pyrrolidine ring with a reasonable expectation that the compound obtained would be useful for treating epilepsy.

233.    Therefore, for at least the reasons that follow, it is my opinion that claims 1-5 of the '461 patent would have been invalid as obvious.

# OPENING EXPERT REPORT OF DR. SALVATORE LEPORE
## MATERIALS CONSIDERED

**Case Documents**
Opening Report of Samuel Pleasure, M.D., Ph.D.

**Asserted Patent and File History**
U.S. Patent No. 6,911,461 (UCB_BRIV_00000053 – UCB_BRIV_00000099)

File History of U.S. Patent No. 6,911,461 (UCB_BRIV_00001136 – UCB_BRIV_00001506)

**Other Patents and Publications**
CA 2,310,319A1 ("CA '319") (BRIV-DEFS_0000067 – BRIV-DEFS_0000086)

EP 0154490 (EP '490") (BRIV-DEFS_0000144 – BRIV-DEFS_0000160)

GB 1,309,692 ("GB '692") (BRIV-DEFS_0000169 – BRIV-DEFS_0000176)

U.S. Patent No. 4,943,639 ("Gobert '639 patent") (BRIV-DEFS_0000182 – BRIV-DEFS_0000190)

WO 99/256683 ("WO '683") (BRIV-DEFS_0000738 – BRIV-DEFS_0000764-Original; BRIV-DEFS_0000765 – BRIV-DEFS_0000779-English Translation; BRIV-DEFS_0000780-Certification of Translation)

GB 00004297.8 ("GB '297") (UCB_BRIV_00000585 – UCB_BRIV_00000619)

**Books, Articles, and Other Publications**
B. Abou-Khalil, et al., *Efficacy and Safety of ucbL059 as an Adjunctive Treatment in Refractory Partial Epilepsy: Results of Open-Label Treatment at Two Centers*, Epilepsia, 37(Suppl 5), 169, Abstract No. 6.71 (1996) ("Abou-Khalil") (BRIV-DEFS_0000002)

A. Albert, *Selective Toxicity, The physico-chemical basis of therapy*, Chapman and Hall, Seventh Edition (1985) ("Albert") (BRIV-DEFS_0000003 – BRIV-DEFS_0000017)

R. Appleton, et al., *Lorazepam Versus Diazepam in the Acute Treatment of Epileptic Seizures and Status Epilepticus*, Developmental Medicine and Child Neurology, 37, 682-688 (1995) ("Appleton") (BRIV-DEFS_0000018 – BRIV-DEFS_0000024)

E. Ben-Menachem, et al., *Evaluation of the Efficacy and Tolerability of Levetiracetam (LEV) Monotherapy in Epileptic Patients with Complex Partial Onset Seizures,* Epilepsia, Vol. 40, Suppl. 2, 249 (1999) ("Ben-Menachem") (BRIV-DEFS_0000108)

Yu. G. Bobkov, et al., *Pharmacological Characteristics of 4-Phenylpiracetam-A New Phenyl Analog of Piracetam,* Pharmacology, Translated from Byulleten Eksperimental'noi Biologii i Meditsiny, Vol. 95, No. 4, pp. 50-53 (1983) ("Bobkov") (BRIV-DEF_0000027 – BRIV-DEF_0000030)

2

J.A. Burris, Review and Evaluation of Pharmacology/Toxicology Data: NDA number 21-035 (October 28, 1999) ("Burris") (BRIV-DEFS_0000031 – BRIV-DEFS_0000066)

P. Crawford, et al., *Levetiracetam (LEV) for the Treatment of Refractory Epilepsy: Tolerability and Efficacy as Add-On Treatment without Up-Titration Period*, Epilepsia, Vol. 40, Suppl. 2, 248 (1999) ("Crawford") (BRIV-DEFS_0000107)

FDA Division of Neuropharmacological Drug Products Clinical Review of NDA Submission (November 18, 1999) ("Keppra Medical Review") (BRIV-DEFS_0000267 – BRIV-DEFS_0000375)

FDA Guidance (Drugs) - Development of New Stereoisomeric Drugs, https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm (1992) ("FDA Guidance") (BRIV-DEFS_0000161 – BRIV-DEFS_0000168)

W. Egan, et al., *Prediction of Drug Absorption Using Multivariate Statistics*, J. Med. Chem., 43, 3867-3877 (2000) (BRIV-DEFS_0000788 – BRIV-DEFS_0000798)

O.M. Glozman, et al., *The Synthesis and Antispasmodic Activity of 4-Phenylpyrrolidone-2-Acetamides*, Institute of Pharmacology, Academy of Medical Science of the USSR, Moscow, Vol. 14, No. 11, pp. 43-48 (1980) ("Glozman") (BRIV-DEFS_0000177 – BRIV-DEFS_0000181)

A. Gouliaev, et al., *Piracetam and other structurally related nootropics*, Brian Research Review 19, 180-222 (1994) ("Gouliaev") (BRIV-DEFS_0000191 – BRIV-DEFS_0000233)

J. Hillhouse, et al., *Thiono Compounds, 7. Oxidation of Thioamides in Relation to Adverse Biological Effects*, Phosphorus and Sulfur, Vol. 26, pp. 169-184 (1986) (BRIV-DEFS_0000975 – BRIV-DEFS_0000991)

Keppra (levetiracetam) Label (BRIV-DEFS_0000249-BRIV-DEFS_0000266)

V. Levin, *Relationship of Octanol/Water Partition Coefficient and Molecular Weight to Rat Brain Capillary Permeability*, J. Med. Chem. 23, 682-684 (1980) ("Levin") (BRIV-DEFS_0000376 – BRIV-DEFS_0000378)

D. Hadjipavlou-Litina, *Review, Reevaluation, and New Results in Quantitative Structure-Activity Studies of Anticonvulsants*, John Wiley & Sons. Inc., 91-119 (1998) ("Litina") (BRIV-DEFS_0000379 – BRIV-DEFS_0000407)

Y. Lolin, et al., *Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: Phenytoin*, Epilepsy Research 19, 99-110 (1994) ("Lolin") (BRIV-DEFS_0000408 – BRIV-DEFS_0000419)

W. Löscher, et al., *Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy*, The Journal of Pharmacology and Experimental Therapeutics, Vol. 284, No. 2, 474-479 (1998) ("Löscher") (BRIV-DEFS_0000420 – BRIV-DEFS_0000425)

J. March, Advanced Organic Chemistry, Reactions, Mechanisms, and Structures, Fourth Edition, Chapter 4, pp. 94-127 (1992) ("March") ") (BRIV-DEFS_0000913 – BRIV-DEFS_0000958)

Y. C. Martin et al. (Editors), Modern Drug Research-Paths to Better and Safer Drugs, Chapter 3, pp. 77-160 (1989) ("Martin") (BRIV-DEFS_0001055 – BRIV-DEFS_0001146)

Moseley et al., *A review of the drug−drug interactions of the antiepileptic drug brivaracetam*, Epilepsy Research, Vol. 163 (2020) (BRIV-DEFS_0000799 – BRIV-DEFS_0000806)

M. Noyer, et al., *The novel antiepileptic drug levetiracetam (ucb L059) appears to act via a specific binding site in CNS membranes*, European Journal of Pharmacology 286 137-146 (1995) ("Noyer") (BRIV-DEFS_0000431 – BRIV-DEFS_0000441)

J. Olesen, et al., *Isoproterenol and Propranolol: Ability to Cross the Blood-Brain Barrier and Effects on Cerebral Circulation in Man*, Stroke, vol 9, No 4 344-349 (1978) ("Olesen") (BRIV-DEFS_0000442 – BRIV-DEFS_0000447)

W. Pardridge, *CNS Drug Design Based on Principles of Blood-Brain Barrier Transport*, J. Neurochemistry, Vol. 70, No. 5 1781-1792 (1998) ("Pardridge") (BRIV-DEFS_0000448 – BRIV-DEFS_0000459)

P. Patsalos et al., *Newer Antiepileptic Drugs-Towards an Improved Risk-Benefit Ratio*, Drug Safety 11(1) 37-67 (1994) ("Patsalos 1994") (BRIV-DEFS_0000460 –BRIV-DEFS_0000490)

P. Patsalos, *Pharmacokinetic profile of levetiracetam: toward ideal characteristics*, Pharmacology & Therapeutics, Volume 85, Issue 2, Pages 77-85 (2000) ("Patsalos 2000") (BRIV-DEFS_0000491 – BRIV-DEFS_0000503)

E. Perucca, *Drugs Under Clinical Trial*, Handbook of Experimental Pharmacology, Volume 138, Chapter 21, 515-551 (1999) ("Perucca") (BRIV-DEFS_0000504 – BRIV-DEFS_0000578)

J. Prous, et al., *Levetiracetam*, Drugs of the Future, 19(2) 111-113 (1994) ("Prous") (BRIV-DEFS_0000579 – BRIV-DEFS_0000581)

M.J. Ruse, et al., *The effect of methimazole on thioamide bioactivation and toxicity*, Toxicology Letters, 58, 37-41 (1991) (BRIV-DEFS_0001196 – BRIV-DEFS_0001200)

M.K. Sharief, et al., *Efficacy and Tolerability Study of ucb L059 in Patients with Refractory Epilepsy*, J. Epilepsy, 9:106-112 (1996) ("Sharief") (BRIV-DEFS_0000595 – BRIV-DEFS_0000601)

S. Shorvon, et al., *Efficacy and Tolerability of Levetiracetam (LEV) as Add-On Treatment in Refractory Epileptic Patients with Partial Onset Seizures: Analysis of the Crossover Part of the European Trial*, Epilepsia, Vol. 40, Suppl. 2, 248-249 (1999) ("Shorvon") (BRIV-DEFS_0000107-BRIV – DEFS_0000108)

4

T.W. Graham Solomon, *Organic Chemistry*, 4th Edition, Chapter 4, pp. 149-191 (1988) ("Solomon") (BRIV-DEFS_0001201 – BRIV DEFS_0001245)

J. Stables, et al., *Progress report on new antiepileptic drugs-A summary of the Second Eilat Conference,* Epilepsy Research 22, 235-246 (1995) ("Stables") (BRIV-DEFS_0000669 – BRIV DEFS_0000680)

H. van de Waterbeemd, et al., *Estimation of Blood-Brain Barrier Crossing of Drugs Using Molecular Size and Shape, and H-Bonding Descriptors*, Journal of Drug Targeting, Vol. 6, No. 2, pp. 151-165 (1998) ("Waterbeemd") (BRIV-DEFS_0000706 – BRIV-DEFS_0000720)

O. Wong, et al., *Substituent Effects on Partition Coefficients of Barbituric Acids*, Journal of Pharmaceutical Sciences, Vol. 77, No. 11, 926-932 (1988) ("Wong") (BRIV-DEFS_0000781 – BRIV-DEFS_0000787)

**Other Documents**
UCB_BRIV_00420109 – UCB_BRIV_00420113

All documents cited in my report and exhibits thereto

# EXHIBIT 5

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
 2
        CASE NO. 20-987 (CFC) (Consolidated)
 3

 4
    UCB, INC., and UCB BIOPHARMA SRL,
 5
                 Plaintiffs,
 6
         vs.
 7
    ANNORA PHARMA PRIVATE LIMITED, et
 8   al.,

 9              Defendants.
    --------------------------------/
10

11

12
           VIDEOTAPED DEPOSITION OF:
13          SALVATORE D. LEPORE, PHD

14

15            Pages 1 to 271

16
           Thursday, May 26, 2022
17          8:56 a.m. - 5:01 p.m.

18

19
        Saul, Ewing, Arnstein & Lehr, LLP
20        200 East Las Olas Boulevard
                 Suite 1000
21        Fort Lauderdale, Florida  33301

22

23      STENOGRAPHICALLY REPORTED BY:
       NANCY E. PAULSEN, CRR, CRC, RPR, FPR, RSA
24

25
```

**Page 2**

```
 1            APPEARANCES:

 2
    On Behalf of the Plaintiffs
 3
        ALEXA R. HANSEN, ESQUIRE
 4      TOBY MA, ESQUIRE
        Covington & Burling, LLP
 5      415 Mission Street
        San Francisco, California  94105-2533
 6      415-591-7035
        Ahansen@cov.com
 7      Tma@cov.com

 8

 9
    On Behalf of the Defendants MSN and Apotex
10
        NOORI TORABI, ESQUIRE
11      Winston & Strawn, LLP
        101 California Street
12      35th Floor
        San Francisco, California  94111
13      415-591-1000
        Ntorabi@winston.com
14

15

16  On Behalf of the Defendant Annora

17      JULIE A. VERNON, ESQUIRE (Via Telephone)
        Carlson Caspers
18      Capella Tower, Suite 4200
        225 South Sixth Street
19      Minneapolis, Minnesota  55402
        612-436-9625
20      Jvernon@carlsoncaspers.com

21

22
    Also Present:
23
        Ashley Taylor, Videographer
24

25
```

**Page 3**

```
 1              I N D E X

 2  Deponent                               Page

 3  SALVATORE D. LEPORE, PhD

 4  DIRECT EXAMINATION BY MS. HANSEN         6

 5

 6  CERTIFICATE OF REPORTER                 270

 7  CERTIFICATE OF OATH                     271

 8

 9           E X H I B I T S

10  No.     Description                     Page

11  Exhibit 1    Lepore's opening report............  10

12  Exhibit 2    Exhibit A to Lepore's opening   10

13               report (Lepore's CV)...............

14  Exhibit 3    Exhibit B to Lepore's opening   10

15               report (materials considered

16               list)..............................

17  Exhibit 4    Lepore's rebuttal report...........  24

18  Exhibit 5    Exhibit A, materials considered  24

19               for rebuttal report...............

20  Exhibit 6    Lepore's reply report..............  33

21  Exhibit 7    Materials considered to Lepore's  33

22               reply report.......................

23  Exhibit 8    Silverman article..................  43

24  Exhibit 9    Patsalos 1994......................  63

25  Exhibit 10   Stables article....................  87
```

**Page 4**

```
 1  Exhibit 11   Keppra label.......................   88

 2  Exhibit 12   Perucca 1999.......................   95

 3  Exhibit 13   Lehmann article, in Spanish........  125

 4  Exhibit 14   Lehmann article translated to     125

 5               English............................

 6  Exhibit 15   Defendant's Amended Invalidity    175

 7               Contentions........................

 8  Exhibit 16   Waterbeemd article.................  186

 9  Exhibit 17   Noyer paper........................  198

10  Exhibit 18   GB '692............................  221

11  Exhibit 19   Patent application CA '319.........  228

12  Exhibit 20   WO '683............................  228

13  Exhibit 21   Gouliaev reference.................  232

14  Exhibit 22   Bobkov reference...................  249

15  Exhibit 23   Glozman reference..................  249

16  Exhibit 24   Litina reference...................  259

17

18

19

20

21

22

23

24

25
```

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

6 (21 to 24)

---

**21**

1  identified?
2      A.  Yeah, I don't recall.  Yeah.  I just want to
3  be clear that most -- you know, I found quite a few
4  references rather quickly on my own.  A lot of them I do
5  recall them being similar to the few that they showed
6  me, I just don't remember exactly which ones they showed
7  me and which ones I found --
8      Q.  Um-hum (affirmative).
9      A.  -- on my own.
10     Q.  Can you --
11     A.  Things kind of run together.
12     Q.  Sure.
13         So of the -- of the references that are
14 included in Exhibit 3, can you identify any ones that
15 you specifically recall independently identifying?
16     A.  Oh, independently identi- -- that I
17 identified.
18     Q.  That you identified, correct.
19     A.  Okay.  You know, I certainly remember finding
20 the Levin.  I certainly remember the -- you know, the --
21 the -- what is it there, the other -- the Bobkov, I
22 found that one.
23     Q.  Um-hum (affirmative).
24     A.  The -- the one you see, the paper, what is
25 that, the -- the Noyer, I found the Noyer.  I remember

---

**22**

1  that because it's -- you know, it just kind of pops
2  right up when you are looking at piracetam-related
3  compounds, yeah, so.
4      Q.  So Noyer was an article that you independently
5  identified separate from counsel?  Counsel did not
6  provide it to you?
7      A.  That I can't say for sure, but I definitely
8  found it.  I remember.  Yeah.
9      Q.  Okay.
10     A.  And Jerry March, you know, the textbook.
11 Solomons.  Yeah.  I think the Waterbeemd's article.
12 Yeah.  I do remember finding these, you know, right
13 off -- right off the bat, but not -- I don't remember
14 exactly which ones were provided of the few that they
15 provided and which ones I found.
16     Q.  Now, you said you were provided a few
17 references.  Do you recall about how many?  Was it, for
18 example, less than five?
19     A.  I just -- I want to be as accurate as
20 possible.  I don't.  I don't.  I do remember finding
21 everything on my own through my own research and some of
22 those being redundant with the ones that were shared
23 with me at the start of the case.
24     Q.  Are you familiar with a reference book by
25 Silverman?

---

**23**

1      A.  Yes.
2      Q.  And you don't cite that in your materials
3  considered; right?
4      A.  Right, for the opening report.  I think it's
5  cited in one of my other reports.  But, yes, I don't.
6         I relied on March and Solomon [sic] for -- for
7  background, yeah.
8      Q.  Okay.  So Silverman was not a reference that
9  you relied on in forming the opinions in your opening
10 report; is that right?
11     A.  Right.  If it's not in this -- in this list,
12 it wasn't.  It's, you know, background -- you know,
13 background information.  A medicinal organic chemist
14 would know Silverman or the concepts in Silverman.  But
15 I -- I did not cite it in my opening report and, you
16 know, I did not consult it.  Yeah.
17     Q.  Are you familiar with a reference with first
18 named author Lehmann?  It's a Spanish reference.
19     A.  Yes.
20     Q.  And that reference is also not listed in your
21 materials considered Exhibit 3; correct?
22     A.  That's correct, from my opening report, that's
23 right.
24     Q.  And that means that you did not consider it in
25 forming the opinions that are prepared in your opening

---

**24**

1  report?
2      A.  I did not specifically consider, that's right,
3  Lehmann, that's right.
4      Q.  Okay.
5      A.  Lehmann was in response to criticisms by the
6  other experts, and I found it in that sense, yes.
7      Q.  And you cite Lehmann actually for the first
8  time in your rebuttal report; correct?
9      A.  One of my reply reports, I'm not sure if it's
10 rebuttal or reply, I would have to check.
11     Q.  Okay.  Well, why don't we move on and I
12 will -- let's do this as Exhibit -- the next exhibit,
13 Exhibit 4.
14         (Marked Deposition Exhibit 4.)
15         THE WITNESS:  Thank you.
16         MS. HANSEN:  And for completeness, this will
17     be Exhibit 5.
18         (Marked Deposition Exhibit 5.)
19         THE WITNESS:  Thank you.
20 BY MS. HANSEN:
21     Q.  Now, Dr. Lepore, Exhibits 4 and 5 are your
22 rebuttal report and Exhibit A, which is the materials
23 considered for your rebuttal report; correct?
24     A.  That's correct.
25     Q.  And that's your signature on the first page of

---

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

25

1  Exhibit 4?
2      **A. Correct.**
3      Q. And this was prepared around April 2022?
4      **A. It was -- I think the final form, yeah, was**
5  **April, April 8th, but -- yeah, in that -- in that time**
6  **frame, yes.**
7      Q. And this concerns your rebuttal regarding
8  objective indicia of non-obviousness?
9      **A. That's correct.**
10     Q. And this is the report where you first cite
11 Lehmann; correct?
12         If you want to take a look at Exhibit 5 at the
13 bottom of page 1.
14     **A. It's there, yeah, I see it.**
15     Q. Okay. And do you intend to use Lehmann as
16 part of your, for lack of better word, prima facie
17 obviousness case?
18         MS. TORABI: Objection, form, calls for legal
19     conclusion.
20     **A. I -- I used it in my re- -- in my rebuttal**
21 **report and not in my opening report, so I -- I don't**
22 **know what -- other than the legal -- I don't know what**
23 **that legally means, but I used it in my rebuttal report**
24 **in response to some concerns on the part of the other**
25 **experts.**

26

1  BY MS. HANSEN:
2      Q. And this is in a rebuttal to objective
3  indicia; correct?
4      **A. That's correct, to objective indicia, yeah.**
5      Q. Okay. And do you plan on using the Lehmann
6  reference to support your obviousness analysis?
7          MS. TORABI: Objection, asked and answered.
8      **A. So let me be clear, the Lehmann reference, it**
9  **was cited in my rebuttal report. The ideas that under**
10 **occurred the Lehmann, the QSAR, the connection of**
11 **lipophilicity within MES activity, you know, that's**
12 **something that was known in the -- in the field.**
13         **But since I did not cite it in my opening**
14 **report, my understanding is, again, not as an attorney,**
15 **that, you know, I'm not use -- I could not use it as a**
16 **combination or whatever.**
17         **So, but -- and I'm not an attorney. I cited**
18 **it in my rebuttal report. I relied on it for my**
19 **opinions in my rebuttal report. I did not cite it in my**
20 **opening report.**
21         **But I just want to note that Lehmann is part**
22 **of the literature of the period that discusses the**
23 **importance of QSAR and lipophilicity, and so those ideas**
24 **certainly were discussed in my opening report.**
25         **But the specific paper, I did not cite it in**

27

1  my opening report.
2      Q. Now, about how many hours did you spend
3  preparing Exhibit 4, your rebuttal report?
4      **A. I believe this -- if I can refresh my memory.**
5  **I think this one also replied to some of the Löscher**
6  **arguments. So it was both -- it was both MacMillan and**
7  **Löscher.**
8          **It took me a while to read their reports.**
9  **They were -- especially, trust me, MacMillan's was**
10 **rather long. You know, in the tens of hours. I -- I --**
11 **I don't remember. Tens of hours. I don't know, 20, 30**
12 **hours to read his and then come up with my own opinions**
13 **and then write the report, yeah.**
14         **The report itself is not very long, so it**
15 **didn't take me a lot of time to write it, but -- so it's**
16 **in tens of hours.**
17     Q. Okay. And the Lehmann reference that we've
18 been discussing, do you recall if you independently
19 identified that reference?
20     **A. I did independently identify that, yes.**
21     Q. And what led you to identify that reference in
22 the context of your rebuttal report, but not your
23 opening report?
24         MS. TORABI: Objection, form.
25     **A. I could speak -- I'll need to kind of review a**

28

1  little bit here, but just speaking generally, there was
2  this seeming doubt that there was a connection between
3  lipophilicity and brain penetration or any connection to
4  MES activity.
5          I, of course, did not agree with that. And I
6  thought I had made my case pretty clear in my opening
7  report. And it just took a couple of seconds to come up
8  to find Lehmann to show that that's not true, that the
9  literature does connect lipophilicity with MES activity.
10 So that's in general.
11         I can't remember exact questions or exact
12 statements made by Dr. MacMillan. But probably what I
13 could do is find where I cited Lehmann and then I
14 probably restated Dr. MacMillan's -- you know, his own
15 opinion, and then I could see where -- I could see where
16 it would -- in what context the Lehmann reference came
17 up.
18         You know, for example, paragraph 25,
19 Dr. MacMillan talks about his view of SAR. And I guess
20 he also means QSAR. And I cited Lehmann to show that
21 chemists of the period, medicinal chemists of the period
22 don't agree that SAR and QSAR doesn't have some
23 predictive power.
24         So that's -- there's one example of where
25 Lehmann was cited in a particular context.

29

1    Q.  Okay.  So you're -- you're using Lehmann
2  merely to show that QSAR can have predictive power?
3       MS. TORABI:  Objection, form.
4    A.  No, just that's one, one example.  And as I
5  mentioned earlier, Lehmann establishes that MES activity
6  and lipophilicity are correlated, --
7  BY MS. HANSEN:
8    Q.  Um-hum (affirmative).
9    A.  -- especially with partially saturated
10  heterocyclic compounds.
11       So I'm also using Lehmann to show that
12  piracetam scaffold compounds, piracetam derivatives
13  would also be impartially saturated heterocyclic
14  compounds according to Lehmann.  And using Lehmann's
15  findings, a POSA would have seen that lipophilicity in
16  that system was also likely to be correlated with MES
17  activity.
18       So I'm using Lehmann in that context as well.
19  And others.  I could go through and cite them all if you
20  want.
21    Q.  No, we'll get through --
22    A.  Okay.
23    Q.  Trust me, we'll talk about Lehmann.
24    A.  Okay.  Sure, sure.
25    Q.  Don't worry.

30

1    A.  Sure, sure.
2    Q.  So you --
3       MS. HANSEN:  Okay, my -- this is not working,
4  but we'll fix that at the next break.
5  BY MS. HANSEN:
6    Q.  So that I understand, so you are use -- you
7  intend to use Lehmann to show that what the person of
8  ordinary skill in the art would reasonably expect about
9  increasing lipophilicity on a piracetam scaffold?
10    A.  Would -- would -- would understand the
11  relationship between MES activity and lipophilicity, for
12  example with partially saturated heterocyclic scaffold,
13  of which piracetam is a subset.
14    Q.  Okay.  Now, you also cite in your rebuttal
15  reports the Silverman reference; is that right?
16    A.  Yes.
17    Q.  And you cite the Silverman reference in the
18  context of homo- -- homolog- -- I do know how to say
19  this word.
20    A.  Homologation.
21    Q.  Homologation --
22    A.  Um-hum (affirmative).
23    Q.  -- is a routine step in lead compound
24  optimization, as you say in paragraph 55 of your
25  rebuttal report?

31

1    A.  That's correct.
2    Q.  And you intend to use Silverman to demonstrate
3  that the person of ordinary skill in the art would
4  reasonably expect that homologation would lead to an
5  optimized compound?
6       MS. TORABI:  Objection, form.
7    A.  I -- let me respond in a way that I think is a
8  little closer to what I said here.  A -- that the
9  biological properties of compounds when you're just
10  changing them one methylene at a time showed regular
11  increases and decreases.  We tend to refer to that as a
12  parabolic relationship.
13       And I -- I'm arguing here that that was pretty
14  well-known and -- and routine.
15  BY MS. HANSEN:
16    Q.  And so you are not using Silverman with
17  respect to the POSA's reasonable expectation of success
18  with adding methylene units to a compound; is that
19  right?
20       MS. TORABI:  Objection, form.
21    A.  No, that's not correct.  I'm just saying that
22  if one were to homologate a compound, there would be
23  reason to believe that its activity would follow
24  parabolic curve.
25       And, yes, on that parabolic curve, in every

32

1  system, there is going to be a different optimum.  And I
2  think a POSA would have expected that to be routine and
3  expectable, if that's a word.
4       Yeah, so that -- I think we're saying the same
5  thing, but I just want to make sure I couch it in
6  Silverman's terms and in the way that I -- I -- I've
7  explained it in my report.  I think it's the same thing.
8  BY MS. HANSEN:
9    Q.  Okay.  So just to clarify, you're using
10  Silverman to support your -- your assertions regarding a
11  reasonable expectation of success?
12    A.  Yeah, I would say that it's part of the
13  background information.  Yes, it would have allowed a
14  POSA to believe that by homologating a compound, one
15  would increase lipophilicity, and lipophilicity was
16  important in, for example, MES activity, brain
17  penetration.  And -- and so this is something that could
18  have been routinely changed and one could have found an
19  optimum, yes.
20       So I would say a POSA would have expected that
21  to be reasonable.
22    Q.  Okay.
23       Now, let's complete our housekeeping.  And I'm
24  going to hand you what we'll mark as Exhibit 6 and 7.
25       MS. HANSEN:  This is Exhibit 6.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

---

**33**

1   (Marked Deposition Exhibit 6.)
2   MS. HANSEN:  And Exhibit 7.
3   (Marked Deposition Exhibit 7.)
4   THE WITNESS:  Thank you.
5   BY MS. HANSEN:
6   Q.   Now, Dr. Lepore, you've been handed Exhibit 6
7   and 7.  And these constitute your reply report and your
8   materials considered to your reply report respectively;
9   is that right?
10   A.   Yes, that's correct.
11   Q.   And that's your signature on the first page of
12   your reply report?
13   A.   That's correct.
14   Q.   And this was prepared around May 13th, 2022?
15   A.   Correct.
16   Q.   And these reports and their accompanying
17   exhibits, Exhibits 1 through 7 that we've walked
18   through, these are the three reports that you've
19   submitted in this case?
20   A.   That -- that's correct.
21   Q.   And these three reports comprise the universe
22   of the opinions you intend to offer in this case?
23   A.   I think I reserve the right to present
24   illustrative materials at trial, background material,
25   but the substance, I -- is in these three reports.

**34**

1   Q.   Okay.
2   A.   The actual substance of the case.
3   Q.   What additional background information do you
4   intend to present at trial?
5   A.   Again, I think it's -- there's some statement
6   here that said that in order to explain information in a
7   way that's understandable, but no different concepts,
8   just perhaps use different schemes or figures or
9   pictures or -- to present the same ideas.
10   But I, again, reserve the right to do that so
11   that it's understandable.  But no new concepts.
12   Q.   Okay.  Now, let's turn back to Exhibit 1,
13   which is your opening report.  And I would like to turn
14   to the legal principles that you outlined starting on
15   page 5.
16   A.   Okay, I'm there.
17   Q.   Okay.  Now, your first sentence says this, but
18   I just want to confirm.  You don't consider yourself to
19   be an expert in patent law; correct?
20   A.   That's correct.
21   Q.   And so these legal principles were provided to
22   you by counsel?
23   A.   Provided and explained to me, yes.
24   Q.   Okay.  And did you seek any additional
25   explanation of these principles as you were -- strike

**35**

1   that.  We'll ask a different question.
2   Turning to page 8, there is a subsection
3   entitled "Obviousness."  Do you see that?
4   A.   I'm there, yes.
5   Q.   And this sets forth the principles that you
6   applied while -- in rendering your opinions in this case
7   with respect to obviousness?
8   A.   That's correct.
9   Q.   Paragraph 34 talks about inherent disclosure.
10   Do you see that?
11   A.   I do see it.
12   Q.   How did inherent disclosure factor into your
13   analysis of your obviousness opinion?
14   A.   Well, I gave a lot of opinions, so I would
15   have to really give that some thought.  You know, this
16   is certainly in the back of my mind as I'm giving
17   opinions, as I'm considering the matter.
18   So I understand the principle.  I don't recall
19   what example it would be applied to at this moment.
20   Q.   Okay.  Now, if we could turn to paragraph 261
21   of your opening report, which is on page 72.
22   A.   I'm there.
23   Q.   Okay.  The final sentence of that paragraph
24   reads "A POSA would have found modifying this limited
25   number of positions, as discussed further below, at

**36**

1   least obvious to try."
2   Do you see that?
3   A.   I see that.
4   Q.   What is your understanding of the phrase
5   "obvious to try"?
6   A.   Excuse me.
7   Okay, so this phrase is in the context of a
8   discussion of the -- I'll say Noyer, I realize it's --
9   the French, it's pronounced differently, but we've all
10   been saying Noyer, so the Noyer article.
11   Q.   I -- to be fair, I've spoken with someone who
12   knows him, and it is Noyer.
13   A.   It is Noyer?
14   Q.   Yes.
15   A.   Okay.  So in all -- in all -- with all respect
16   to Noyer, but I'm going to say Noyer since we mostly say
17   it that way.
18   So the Noyer article, as we're doing this, I
19   made that phrase in the context of my discussion of the
20   Noyer article and a POSA, being a medicinal chemist,
21   would have understood that there were certain -- that
22   the article pointed to certain areas of the scaffold
23   that really shouldn't be changed because it led to poor
24   activity.
25   And then there were other areas that were not

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

11 (41 to 44)

**41**

1    A.  Okay.
2    Q.  And if you could turn to paragraph 26, which
3  is on page 8.
4    A.  I'm there.
5    Q.  And this is a discussion of what we started
6  talking about, homologation; right?
7    A.  Correct.
8    Q.  And you assert that the typical approach to
9  drug discovery for a compound like levetiracetam is to
10 use a homologous series of increasingly larger alkyl
11 chains; is that right?
12   **A.  That it would have been -- so to make sure I**
13 **understand what you're saying, that given the low level**
14 **of lipophilicity of levetiracetam, a POSA would have**
15 **thought it obvious to increase its lipophilicity using**
16 **the, you know, Pardridge's -- Pardridge's, you know,**
17 **methodology, which is to add methylene units to the**
18 **compound to lipidize it.**
19   **And so -- so that's what I'm basically saying**
20 **here, that, of course, as I'm -- in this paragraph, I'm**
21 **saying that one could go too far, so there is an upper**
22 **limit, and that's what I'm describing here in this**
23 **paragraph.**
24   Q.  So you are relying on Pardridge for the
25 concept of homologation, not Silverman?

**42**

1    **A.  So the concept of homologation is known in the**
2  **literature.  I cited Silverman and Pardridge in my**
3  **various reports.  So I wouldn't say one to the exclusion**
4  **of the other.  I think the two reinforce each other.**
5    Q.  Okay.  Do you intend to use Silverman to
6  support this idea at trial?
7    **A.  So, again, not being legally trained, I tend**
8  **to give my opinions as I've expressed them in my reports**
9  **at trial.**
10   Q.  Um-hum (affirmative).
11   **A.  But, you know, I'm not sure what -- you know,**
12 **what's legally permissible, if it only has to be from**
13 **this report or that report or -- you know, again, I'm**
14 **not going to comment on that.**
15   **But, yes, I do think that the idea of**
16 **lipidization was -- was well-known in the literature.  I**
17 **cited a couple of references to that effect.  And they**
18 **did -- they do -- I think they do support my opinion.**
19   ==Q.  Okay.  Now to clarify, I'm not talking about==
20 ==lipidization, I'm talking about homologation.  Do you==
21 ==intend to use Silverman to support an argument regarding==
22 ==homologation?==
23   ==MS. TORABI:  Objection, asked and answered.==
24   ==A.  I -- I would say Silverman is part of my==
25 ==opinion for the validity, the obviousness of using==

**43**

1  ==homologation to lipidize a molecule, yeah.==
2  BY MS. HANSEN:
3    Q.  Okay.  Now, in particular, in paragraph 26 you
4  cite to Silverman pages 16 and 17.  Do you see that?
5    A.  I do.
6    Q.  Okay.  And just so that you have it handy,
7  let's bring out Silverman.
8      And we'll mark this as Exhibit 8.
9      (Marked Deposition Exhibit 8.)
10 BY MS. HANSEN:
11   Q.  Now, let's take a look first at page 16.
12   **A.  I'm there.**
13   Q.  Okay.  Now, this is a -- the image, Figure
14 2.1, is an image that you copied into your reply report
15 at page -- at paragraph 55 on page 24?
16     I'm sorry, 20 -- this was in your -- I'm
17 sorry, this is in your rebuttal report.  So this is --
18 apologies.  Rebuttal report is Exhibit 4.
19     Yes, page 24, paragraph 55.
20   **A.  Okay, I'm there.**
21   Q.  And this chart is agnostic as to type of
22 compound; correct?
23   **A.  The -- yeah, the -- the Figure 2.1, that's**
24 **correct.**
25   Q.  And it's agnostic as to potency to what

**44**

1  biological effect; correct?
2    A.  That's correct.
3    Q.  So this is not particularly intended to focus
4  on 2-pyrrolidone compounds with respect to
5  anticonvulsant activity; correct?
6      MS. TORABI:  Objection, form.
7    **A.  But this is a general medicinal chemistry**
8  **textbook, so this is meant to inform medicinal chemists**
9  **in applications.  And so in -- so I think a POSA would**
10 **read this and think, yeah, this would apply to saturated**
11 **heterocyclic compounds, such as piracetam derivatives,**
12 **and with the potency and the activity being**
13 **anticonvulsant activity.**
14   **So it -- but it doesn't explicitly talk about**
15 **anticonvulsant activity, but given that it's a textbook,**
16 **it's meant to serve as important background in forming**
17 **their own opinions about how to proceed.**
18 BY MS. HANSEN:
19   Q.  Now, this chart, this bell curve, if you will,
20 tops out at a chain length of about seven carbons; is
21 that right?
22   **A.  I agree it's -- that's correct.**
23   Q.  And that aligns with what Silverman says in
24 the paragraph above where he says that "lengthening of
25 saturated carbon side chains from one to five" -- or

No. 449700
Re: Deposition of **Salvatore D. Lepore, Ph.D.**, Date: 5/26/2022
Case: UCB, Inc. and UCB Biopharma SRL v. Annora Pharma Private Limited, et al.
Return to: transcripts@planetdepos.com

Acknowledgment of Deponent

I Salvatore D. Lepore, Ph.D., do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

Date: June 27, 2022

Salvatore D. Lepore, Ph.D.

# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | |
| Plaintiffs, | C.A. No. 20-987 (CFC) |
| v. | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | |
| Defendants. | |

**REPLY EXPERT REPORT OF DR. SALVATORE LEPORE**
**REGARDING INVALIDITY OF**
**U.S. PATENT NO. 6,911,461**

Dated: May 13, 2022

_____

108.    Dr. MacMillan also argues that Gouliaev does not "distinctly point[] out a 4-n-propyl [derivative] as even a possibility."  MacMillan Rebuttal Report ¶335.  But, as I explained in my opening report, Gouliaev does identify the 4-position as a site amenable to modification based on the reported 4-phenyl piracetam analog.  Gouliaev at 191; *see also, e.g.,* Lepore Opening Report ¶¶263-271.  A skilled artisan seeking to optimize levetiracetam by increasing lipophilicity would thus have found it obvious use an alkyl moiety at levetiracetam's 4-position, instead of disturbing the established butanamide side chain taught by Noyer.  Indeed, as disclosed in Silverman, a propyl and phenyl moiety were known to have a bioisosteric relationship as spacers, suggesting their lengths are similar.  Silverman at 18-19.

109.    I thus disagree with Dr. MacMillan that "[n]either Noyer nor Gouliaev would have motivated the POSA to retain the butanamide side chain from levetiracetam."  MacMillan Rebuttal Report ¶336.  As discussed above, a skilled artisan would have recognized that Noyer already characterized the important features of the butanamide side chain, including the peak activity, and thus would not have disturbed this functionality.

110.    I cited other references in my opening report that further supported the conclusion that a skilled artisan would not have altered levetiracetam's butanamide moiety.  *See, e.g.,* Lepore Opening Report ¶¶250-262.  Dr. MacMillan once again disagrees.  MacMillan Rebuttal Report ¶¶337-339.  But Dr. MacMillan again reads each reference in isolation, and not in the context of Noyer's disclosure, which demonstrated the importance of levetiracetam's specific moiety in activity.  Thus, these additional references–CA '319/WO '683, Glozman, and GB '692 – confirm the importance of maintaining levetiracetam's amide functionality, with Noyer teaching that the particular butanamide functionality provided the best activity.

46

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-987 (CFC) |
| v. | ) ) | (Consolidated) |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) ) ) | |
| Defendants. | | |

**EXHIBIT 15C**

**DEFENDANTS' BRIEF IN OPPOSITION TO
PLAINTIFFS' MOTION IN LIMINE NO. 3**

Plaintiffs' Motion in Limine No. 3 seeks to preclude Dr. Lepore from using the Silverman and Lehmann prior art as "invalidating references" for his "obviousness combinations." Defendants do not intend to do so, but Defendants do want to ensure that Dr. Lepore may refer to these references as (1) *background information* and/or (2) to *respond to arguments made by Plaintiffs' experts*, as he articulated and properly disclosed in his reply report.[1]

Experts are permitted to use references that are not identified as being part of a specific combination of prior art that will be relied upon to demonstrate obviousness but are instead "use[d] as background for [their] invalidity theory." *TQ Delta, LLC v. ADTRAN, Inc.*, 2019 WL 4346530, at *3 (D. Del. Sep. 12, 2019). Further, "[r]eply reports may cite new evidence and data so long as the new evidence and data is offered to directly contradict or rebut the opposing party's expert." *Helios Software, LLC v. SpectorSoft Corp.*, 2014 WL 4796111, at *3 (D. Del. Sep. 18, 2014); *see also Pers. Audio, LLC v. Google LLC*, No. 17-1751-CFC-CJB, 2021 WL 765763, at *4 (D. Del. Feb. 19, 2021) (same, holding plaintiff was not prejudiced by disclosure of new references). An expert is not required to predict and address in his opening report every possible argument that the opposing expert

---

[1] There is no dispute that Dr. Lepore may rely on these references to rebut Plaintiffs' secondary considerations evidence, as disclosed in his rebuttal report.

will make. *See Crowley v. Chait*, 322 F. Supp. 2d 530, 551 (D.N.J. March 16, 2004). That would eviscerate the point of reply reports.

Here, Dr. Lepore's reply report cites Silverman and Lehmann as background references, and in response to arguments set forth by Plaintiffs' experts in their rebuttal reports. Indeed, it was Plaintiffs' expert Dr. MacMillan who cited Silverman first in responding to Dr. Lepore's opening report. Dr. MacMillan suggested that the Silverman reference stood for the proposition that a POSA would not rely upon quantitative structure-activity relationships (QSARs) to predict a drug's biological response. *See*, *e.g.*, Ex. A, MacMillan Rebuttal ¶¶149, 406. In reply, Dr. Lepore disagreed. He explained how Dr. MacMillan misinterpreted the full teachings of Silverman and further why the reference actually supported Dr. Lepore's opinions. *See*, *e.g.*, Ex. B, Lepore Reply ¶¶23-24, 30-31, 81.

Similarly, Dr. MacMillan opined in his rebuttal report that there is no relationship between a drug's lipophilicity and anticonvulsant activity. Ex. A, MacMillan Rebuttal ¶¶242-243. Dr. Lepore responded to this argument by explaining that there is "a considerable body of work that uses qualitative structural activity relationship (QSAR) analyses to correlate anticonvulsant activity with lipophilicity," and identified Lehmann as one such reference. Ex. B, Lepore Reply ¶64. Dr. Lepore specifically explained during his deposition that "Lehmann was

[cited] in response to criticisms by the other experts, and I found it in that sense." Ex. C, Lepore Tr. at 23:17-24:6.

There is no question that Plaintiffs were able to fully explore Dr. Lepore's opinions regarding these references during his deposition. They introduced each as an exhibit and questioned him at length on their teachings. *See, e.g.*, *id.* at 30:14-32:21, 41:24-59:6, 173:5-175:2 (Silverman); 26:5-29:20, 125:10-20, 135:13-137:5, 140:7-18, 143:13-146:4, 264:17-269:1 (Lehmann). And Dr. Lepore also confirmed that he was not relying upon them as "purportedly invalidating references," Mot. at 3, but because they provide background on what was known in the field. *See, e.g.*, *id.* at 26:9-12 (the "ideas" disclosed in Lehmann, "the QSAR, the connection of lipophilicity within MES activity, you know, that's something that was in the – in the field."); *id.* at 32:12-21 (Silverman "[is] part of the background information. Yes, it would have allowed a POSA to believe that by homologating a compound, one would increase lipophilicity, and lipophilicity was important in, for example, MES activity, brain penetration.").

For these reasons, Dr. Lepore should be permitted to refer to the Silverman and Lehmann references at trial consistent with the opinions he disclosed in his expert reports, including his reply expert report, and deposition testimony.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) (Consolidated) |
| | ) | |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | ███████████ |
| | ) | |
| Defendants. | ) | |
| | ) | |

**REBUTTAL EXPERT REPORT OF DAVID MACMILLAN, Ph.D.
REGARDING VALIDITY OF U.S. PATENT NO. 6,911,461**

**Dated: April 8, 2022**

_David MacMillan_

**David MacMillan, Ph.D.**

and affinity for CNS receptors." *Id.* at 93. To the extent log *P* would be considered important by the POSA, Litina does not set any threshold requirements for log *P*, instead seeking to "optim[ize]" log *P* for the compound and pay attention to that number **in conjunction with** the affinity of the compound for CNS receptors. *See id.* Litina was also published before levetiracetam was approved and does not appear to discuss levetiracetam.

149.    In addition, Litina is a review of published quantitative structure-activity relationships (QSARs). Litina at 91. The POSA would have understood that, although QSARs can be valuable, they rely on "several assumptions" and can "frequently lead to false predictions." *See* R.B. Silverman, *Drug Discovery, Design, and Development* in: *The Organic Chemistry of Drug Design and Drug Action*, 4, 35–36 (1992) ("Silverman").[8]

**S.    Lolin**

150.    *Antiepileptic drug pharmacokinetics and neuropharmacokinetics in individual rats by repetitive withdrawal of blood and cerebrospinal fluid: Phenytoin* ("Lolin") is an article written by Yvette I. Lolin and others and published in Epilepsy Research in 1994. Lolin discusses "[t]he temporal pharmacokinetic (blood) and neuropharmacokinetic (cerebrospinal fluid, CSF) interrelationship of phenytoin . . . after acute and during acute (up to 5 days) intraperitoneal administration . . . using a new freely behaving rat model." Lolin at 99 (Abstract). Lolin explains that "[i]n order that the therapeutic potential of a drug can be optimally realised it is essential to devise a rational dosing regimen based on its pharmacokinetics," which "are pivotal in therapeutic drug monitoring which is performed routinely for a variety of drugs, including several antiepileptic

---

[8] I have been informed that Defendants previously relied on Silverman in their invalidity contentions. Although Dr. Lepore does not cite or rely on Silverman for his opinions, Silverman is a reference that would have been available and known to a POSA.

241.     That there is no correlation between lipophilicity and anticonvulsant activity is further confirmed by UCB's own work. Many years into the B011/B051 project (which I discussed extensively in my opening report), UCB itself confirmed that lipophilicity was not correlated with LBS affinity or anticonvulsant activity. *See* UCB_BRIV_00407506 at -507 (noting that "[a]ttempts to correlate directly the pKi or $ED_{50}$ values with any descriptor of lipophilicity failed").

242.     Litina does not change my opinion that there was no known correlation between levetiracetam's lipophilicity and its anticonvulsant activity. Although Dr. Lepore cites Litina as showing that "[t]he correlation between a compound's anticonvulsant activity and its partition coefficient was known in the art", *see* Lepore Rep. ¶ 76 (citing Litina at 93), Dr. Lepore ignores important context. Litina specifically references findings that lipophilicity was purportedly correlated with activity in the MES and PTZ tests, *see* Litina at 93—two tests in which levetiracetam is generally inactive, *see* Löscher 1993 at 152–53; *see also* Klitgaard at 539. Litina does not offer a broader conclusion about anticonvulsant effect in ***other*** anticonvulsant screening models.

243.     Therefore, because there was no relevant correlation between lipophilicity and levetiracetam's anticonvulsant activity disclosed in the prior art and no indication that levetiracetam's lack of anticonvulsant activity in certain models was an issue, the POSA would not prioritize increasing levetiracetam's lipophilicity in an effort to improve upon levetiracetam's anticonvulsant activity.

**2.     Even Assuming Modification of Dr. Lepore's Identified Properties Were Appropriate, Each of These Properties Could Be Modified Using Alternative Methods Other than Lipophilicity**

244.     Even if the POSA were motivated to increase levetiracetam's ability to cross the blood-brain barrier to reduce its administered dose and/or reduce side effects, as Dr. Lepore argues, there are several alternative methods for doing so that the POSA would consider that more

403.     First, I have explained above why Waterbeemd would not motivate a POSA to increase lipophilicity of levetiracetam for any of the reasons given by Dr. Lepore. *See* Section XI.A.1. I likewise disagree that Waterbeemd would provide a motivation to increase lipophilicity of levetiracetam by adding a small alkyl group. Waterbeemd does not discuss alkyl substituents on any compounds, much less 2-pyrrolidones, nor disclose any impact of their addition on a compound's lipophilicity.

404.     Second, Dr. Lepore's reliance on CA '319/WO '683 and GB '692 ignores the teachings of Gouliaev, Bobkov, Glozman, and EP '490. Each of these references would have led the POSA away from a $C_1$-$C_6$ alkyl. For example, Gouliaev emphasized 4-phenyl compounds or compounds involving oxygen at the 4 position—not to 4-alkyl compounds. Bobkov, Glozman, and EP '490 are to similar effect. Bobkov and Glozman focus exclusively on 4-phenyl-piracetam, and EP '490 focuses on oxiracetam (4-hydroxy-piracetam) and 4-acetoxy-piracetam.

405.     Even if viewed through the lens of a desire solely to increase lipophilicity, I disagree with Dr. Lepore's assertion that the prior art would have motivated the POSA to "add a lower alkyl ($C_1$-$C_6$) at the 4-position of the 2-oxo-pyrrolidine ring of levetiracetam." Lepore Rep. ¶¶ 269, 272. Dr. Lepore fails to discuss non-alkyl lipophilic substituents disclosed in both the references that he cites as well as other substituents known at the time.

406.     First, Dr. Lepore fails to explain why the POSA would not have been led to a 4-phenyl substitution of levetiracetam, as discussed in Gouliaev, Bobkov and Glozman. A 4-phenyl group was known to increase lipophilicity and have a higher bond dissociation energy (and therefore higher metabolic stability) than a 4-alkyl group. *See* Silverman at 33 (noting that the log *P* for benzene is 2.13); D.F. McMillen & D.M. Golden, *Hydrocarbon Bond Dissociation Energies*, 33 Annual Review Physical Chemistry 493, 509 (Table 2, Column 3), 512 (Table 3, Column 3)

(1982); *see also* J.Y. Liu et al., *Substituted Phenyl Groups Improve the Pharmacokinetic Profile and Anti-Inflammatory Effect of Urea-Based Soluble Epoxide Hydrolase Inhibitors in Murine Models*, 48(4-5) European J. Pharmaceutical Sciences 619, 619–20 (2005). As depicted further below, I have calculated the log $P$ value for a compound with a 4-phenyl group, and the value is higher than that calculated for a compound with a 4-n-propyl group. *See* Table 3.

407.   Second, Dr. Lepore's other references teach a plethora of non-alkyl hydrophobic groups that could be substituted at the 4 position of the 2-pyrrolidone ring if a POSA were inclined to increase lipophilicity. For example, Waterbeemd discloses various compounds with log $P$ values between 1 and 4 with many other substitutions on a core structure such as halogens (e.g., clonidine, haloperidol), halogen-substituted alkyls (e.g., fluoxetine), heteroaromatic compounds (e.g., naltrexone), and aminos (e.g., desipramine). *See* Waterbeemd at 155 (Table 1).



clonidine                    haloperidol

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

UCB, INC. and UCB BIOPHARMA SRL,

Plaintiffs,

v.

ANNORA PHARMA PRIVATE LIMITED, et al.,

Defendants.

**C.A. No. 20-987 (CFC)**

**(Consolidated)**

**REPLY EXPERT REPORT OF DR. SALVATORE LEPORE**
**REGARDING INVALIDITY OF**
**U.S. PATENT NO. 6,911,461**

Dated: May 13, 2022

23.     Dr. MacMillan also asserts, based on Silverman, that QSAR studies "rely on 'several assumptions' and can 'frequently lead to false predictions.'" MacMillan Rebuttal Report ¶149 (quoting Silverman at 35-36).  The next sentence in Silverman confirms, however, that despite limitations, QSAR "is used widely, and several successes in drug design attributable to [QSAR] analysis have been reported." Silverman at 36.

24.     Dr. MacMillan suggests that Noyer's disclosures "are quite limited" because "there are only six alkyl substitutions at R1 (methyl, propyl, isopropyl, butyl, isobutyl, and hexyl), [and] six substitutions at R2 (compounds 8, 9, 19, 20, 21, and aniracetam)."  MacMillan Report ¶157. Typically, however, a skilled artisan would have approached substitution through a homologous series similar to that in Noyer.  Silverman at 16-17.  Noyer's series was sufficient to identify the peak and trend for the modifications.  Noyer Table 1.  Dr. MacMillan also asserts "[t]here is a corresponding lack of examples with respect to other positions on the 2-pyrrolidone ring." MacMillan Rebuttal Report ¶158.  It is not unusual to focus SAR studies at particular locations, and Noyer's silence regarding modifications at the 4-position would not have been meaningful to a skilled artisan in view of the prior art's disclosure regarding modifications at the 4-position of piracetam.

25.     Dr. MacMillan highlights teachings in Pardridge regarding the possibility of increasing diffusion across the blood-brain barrier by blocking hydrogen bonding moieties. MacMillan Rebuttal Report ¶¶162-163.  Dr. MacMillan does not explain, however, how a skilled artisan might have applied those teachings to levetiracetam, where both hydrogen bonding moieties were demonstrated to be necessary for activity.  Dr. MacMillan also quotes a statement in Pardridge that "it has not been demonstrated whether [an] increase in lipid solubility translates into proportionate increases in BBB permeability." MacMillan Rebuttal Report ¶164.  Pardridge's

*D* values below 1.  MacMillan Rebuttal Report ¶183.  Waterbeemd recognizes these are outliers and concludes that the optimal log *D* values "should be in the range of 1-4."  Waterbeemd at 162.

## VI.   THE ASSERTED CLAIM WOULD HAVE BEEN OBVIOUS IN VIEW OF THE PRIOR ART

### A.   A skilled artisan would have selected levetiracetam as a lead compound

28.    As I explained in my opening report, a skilled artisan would have recognized levetiracetam as a lead compound with properties suitable for further development.  Lepore Opening Report ¶¶234-249.

29.    Dr. Löscher argues, however, that a skilled artisan would not have selected levetiracetam as a lead compound for further development.  Dr. Löscher first describes what he asserts was the "Anti-Seizure Drug Development Landscape."  Löscher Rebuttal Report Section V.A.  Dr. Löscher asserts that the development of "new ASDs has largely been driven by three strategies:  (1) random screening of new compounds, (2) structural variation of known ASDs, and (3) rational drug design."  Löscher Rebuttal Report ¶6.  Dr. Löscher characterizes the "first two of those methods [as] essentially 'irrational drug design,'" which he contrasts with what he terms "rational" drug design.  Löscher Rebuttal Report ¶6.

30.    I disagree with Dr. Löscher that a skilled artisan would have necessarily distinguished the structural variation of a known compound as an "irrational drug design."  As I explained in my Rebuttal Report, there are a number of well-understood techniques that a skilled artisan would have applied to drug design, particularly for a lead compound that already had FDA approval.  *See, e.g.,* Lepore Rebuttal Report ¶¶18-24, 64; *see also* Wermuth at 82-83, Patrick at 192-193; Silverman at 16-17.   For example, Silverman explains that "[o]nce a lead is identified, its structure can be modified until an effective drug is prepared."  Silverman at 11.  Silverman then sets forth rules governing "what to modify in order to improve the desired pharmacological

properties." Silverman at 11. This is a rational approach based on the basic medicinal chemistry understanding that some portions of a molecule are needed for activity while some portions of a molecule can typically be altered. Silverman at 11-12. As I explained in my opening report, and further in this report, there were a number of studies in the prior art that established the portions of levetiracetam that were needed for activity, as well as the portions of the molecule that were amenable to modification (e.g., a structure activity relationship or "SAR").

31.    Silverman likewise discusses the types of functional group modifications that could be routinely applied to a lead compound and describes "standard molecular modification approaches" that were well known and used "for the systematic improvement" of a drug's properties. Silverman at 15-16. Of particular relevance in this case is the routine step of homologation, in which a series of "compounds that differ by a constant unit, generally a $CH_2$ group" are added to a lead compound. Silverman at 16-17. Silverman explains that the predictable result of homologation "corresponds to increased lipophilicity of the molecule, which permits penetration into cell membranes," with an eventual decrease resulting from problems related to "its transport through aqueous media" or "micelle formation" that "effectively removes the compound from potential interaction with the appropriate receptors." Silverman at 16. The well-understood result of sequential homologation, as I explained in my rebuttal report, is a bell-shaped curve of increased potency. Silverman at 16; Fig. 2.1.

32.    Dr. Löscher reviews the development of certain drugs, for example tiagabine and vigabatrin, which he asserts are the product of "rational design efforts." Löscher Rebuttal Report ¶¶7-8. For example, Dr. Löscher asserts that the addition of a lipophilic moiety successfully increased the ability of a drug to pass the blood-brain barrier. Löscher Rebuttal Report ¶8. Dr. Löscher, however, argues that most AEDs were not the product of what he terms a rational design.

that a skilled artisan "would not find inactivity in certain models to be problematic, especially when levetiracetam had shown promise in others."  MacMillan Rebuttal Report ¶237.  Dr. MacMillan argues that a "POSA might even consider such activity in the MES and PTZ tests to be a positive."  MacMillan Rebuttal Report ¶238, *see also* ¶239.  I disagree with Dr. MacMillan: levetiracetam's demonstrated activity is why it would have been selected as a lead compound, but a skilled artisan would still have been motivated to improve that spectrum of activity when there were known gaps.

64.     Dr. MacMillan also asserts that there is no relationship between anticonvulsant activity and optimal lipophilicity.  MacMillan Rebuttal Report ¶240.  This opinion ignores a considerable body of work that uses qualitative structural activity relationship (QSAR) analyses to correlate anticonvulsant activity with lipophilicity.  *See, e.g.*, Lepore Rebuttal Report ¶90 (citing Lehmann).  Discussing anticonvulsants, Lehmann states:  "these data suggest that highly lipophilic ACs will have a greater potency, a greater therapeutic margin, and that potential ACs should be sought from among substances with this property."  Lehmann at 96.  Dr. MacMillan specifically cites valproic acid as evidence that lipophilicity does not impact activity.  MacMillan Rebuttal Report ¶240.  Unlike levetiracetam, valproic acid was known to be actively transported across the cell membrane.  Shen at Abstract, 81-82.  A skilled artisan would thus have concluded that valproic acid does not inform the benefits of increased lipophilicity on passive diffusion across the blood-brain barrier.

65.     Dr. MacMillan also cites "UCB's own work."  MacMillan Rebuttal Report ¶241.  But that work would not have been known to an artisan at the time and is thus irrelevant to a skilled artisan's understanding.  Regardless, however, an artisan's expectation that the ability of routinely optimized lipophilicity to improve passive diffusion is not impacted by the cited UCB results.

### 3.    Dr. MacMillan's repeated arguments are unavailing

80.    Dr. MacMillan next repeats the same arguments about bioavailability and scope of activity discussed above.  MacMillan Rebuttal Report ¶¶265-266.  I disagree with Dr. MacMillan for the same reasons already discussed.

81.    Dr. MacMillan also asserts that "even small structural changes could cause [levetiracetam] to lose its activity" in animal models.  MacMillan Rebuttal Report ¶267.  Dr. MacMillan compares the activity of a butyl group with an isobutyl group.  MacMillan Rebuttal Report ¶267 (citing Noyer at 141, compound 6 and 16).  As I explained in my Rebuttal Report (e.g. ¶55), such a comparison is not informative because a skilled artisan would not have compared an n-alkyl and iso-alkyl derivative in the same homologation pattern.  Indeed, the Noyer result is further support for the well-known and routine homologation strategy of making methyl, ethyl, propyl substitutions.  *See, e.g.* Silverman at 16-17; Lepore Rebuttal Report ¶¶22, 55-59.  Applying the correct analysis, a skilled artisan would have understood that homologation at the R1 position would result in a bell-shaped curve, whereas bulkier branched substituents (which would introduce different steric issues) unsurprisingly give different results compared to the n-alkyl series.

### D.    A skilled artisan would have reasonably expected that increasing lipophilicity would improve access to the brain

82.    Dr. MacMillan asserts that Wong, which was published in 1988, warns against relying exclusively on calculated log $P$ values.  MacMillan Rebuttal Report ¶268 (citing Wong at 926).  Between 1988 and the date of the invention, calculations had improved considerably, and a skilled artisan would have viewed calculated log $P$ values as a routine and reliable approach to predicting lipophilicity.  Moreover, a POSA would have expected that introducing 4-n-propyl group would increase lipophilicity as a general matter.  Silverman at 16.

# EXHIBIT C



Planet Depos®
We Make It *Happen*™

**Confidential**

# Transcript of Salvatore D. Lepore, PhD

**Date:** May 26, 2022
**Case:** UCB, Inc. and UCB Biopharma SRL -v- Annora Pharma Private Limited

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Confidential
Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

6 (21 to 24)

---

**21**

1   identified?
2       A.   Yeah, I don't recall.   Yeah.   I just want to
3   be clear that most -- you know, I found quite a few
4   references rather quickly on my own.   A lot of them I do
5   recall them being similar to the few that they showed
6   me, I just don't remember exactly which ones they showed
7   me and which ones I found --
8       Q.   Um-hum (affirmative).
9       A.   -- on my own.
10      Q.   Can you --
11      A.   Things kind of run together.
12      Q.   Sure.
13          So of the -- of the references that are
14  included in Exhibit 3, can you identify any ones that
15  you specifically recall independently identifying?
16      A.   Oh, independently identi- -- that I
17  identified.
18      Q.   That you identified, correct.
19      A.   Okay.   You know, I certainly remember finding
20  the Levin.   I certainly remember the -- you know, the --
21  the -- what is it there, the other -- the Bobkov, I
22  found that one.
23      Q.   Um-hum (affirmative).
24      A.   The -- the one you see, the paper, what is
25  that, the -- the Noyer, I found the Noyer.   I remember

**22**

1   that because it's -- you know, it just kind of pops
2   right up when you are looking at piracetam-related
3   compounds, yeah, so.
4       Q.   So Noyer was an article that you independently
5   identified separate from counsel?   Counsel did not
6   provide it to you?
7       A.   That I can't say for sure, but I definitely
8   found it.   I remember.   Yeah.
9       Q.   Okay.
10      A.   And Jerry March, you know, the textbook.
11  Solomons.   Yeah.   I think the Waterbeemd's article.
12  Yeah.   I do remember finding these, you know, right
13  off -- right off the bat, but not -- I don't remember
14  exactly which ones were provided of the few that they
15  provided and which ones I found.
16      Q.   Now, you said you were provided a few
17  references.   Do you recall about how many?   Was it, for
18  example, less than five?
19      A.   I just -- I want to be as accurate as
20  possible.   I don't.   I don't.   I do remember finding
21  everything on my own through my own research and some of
22  those being redundant with the ones that were shared
23  with me at the start of the case.
24      Q.   Are you familiar with a reference book by
25  Silverman?

**23**

1       A.   Yes.
2       Q.   And you don't cite that in your materials
3   considered; right?
4       A.   Right, for the opening report.   I think it's
5   cited in one of my other reports.   But, yes, I don't.
6          I relied on March and Solomon [sic] for -- for
7   background, yeah.
8       Q.   Okay.   So Silverman was not a reference that
9   you relied on in forming the opinions in your opening
10  report; is that right?
11      A.   Right.   If it's not in this -- in this list,
12  it wasn't.   It's, you know, background -- you know,
13  background information.   A medicinal organic chemist
14  would know Silverman or the concepts in Silverman.   But
15  I -- I did not cite it in my opening report and, you
16  know, I did not consult it.   Yeah.
17      Q.   Are you familiar with a reference with first
18  named author Lehmann?   It's a Spanish reference.
19      A.   Yes.
20      Q.   And that reference is also not listed in your
21  materials considered Exhibit 3; correct?
22      A.   That's correct, from my opening report, that's
23  right.
24      Q.   And that means that you did not consider it in
25  forming the opinions that are prepared in your opening

**24**

1   report?
2       A.   I did not specifically consider, that's right,
3   Lehmann, that's right.
4       Q.   Okay.
5       A.   Lehmann was in response to criticisms by the
6   other experts, and I found it in that sense, yes.
7       Q.   And you cite Lehmann actually for the first
8   time in your rebuttal report; correct?
9       A.   One of my reply reports, I'm not sure if it's
10  rebuttal or reply, I would have to check.
11      Q.   Okay.   Well, why don't we move on and I
12  will -- let's do this as Exhibit -- the next exhibit,
13  Exhibit 4.
14          (Marked Deposition Exhibit 4.)
15          THE WITNESS:   Thank you.
16          MS. HANSEN:   And for completeness, this will
17      be Exhibit 5.
18          (Marked Deposition Exhibit 5.)
19          THE WITNESS:   Thank you.
20  BY MS. HANSEN:
21      Q.   Now, Dr. Lepore, Exhibits 4 and 5 are your
22  rebuttal report and Exhibit A, which is the materials
23  considered for your rebuttal report; correct?
24      A.   That's correct.
25          And that's your signature on the first page of

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

25

1  Exhibit 4?
2      **A.  Correct.**
3      Q.  And this was prepared around April 2022?
4      **A.  It was -- I think the final form, yeah, was**
5  **April, April 8th, but -- yeah, in that -- in that time**
6  **frame, yes.**
7      Q.  And this concerns your rebuttal regarding
8  objective indicia of non-obviousness?
9      **A.  That's correct.**
10     Q.  And this is the report where you first cite
11 Lehmann; correct?
12         If you want to take a look at Exhibit 5 at the
13 bottom of page 1.
14     **A.  It's there, yeah, I see it.**
15     Q.  Okay.  And do you intend to use Lehmann as
16 part of your, for lack of better word, prima facie
17 obviousness case?
18         MS. TORABI:  Objection, form, calls for legal
19     conclusion.
20     **A.  I -- I used it in my re- -- in my rebuttal**
21 **report and not in my opening report, so I -- I don't**
22 **know what -- other than the legal -- I don't know what**
23 **that legally means, but I used it in my rebuttal report**
24 **in response to some concerns on the part of the other**
25 **experts.**

26

1  BY MS. HANSEN:
2      Q.  And this is in a rebuttal to objective
3  indicia; correct?
4      **A.  That's correct, to objective indicia, yeah.**
5      Q.  Okay.  And do you plan on using the Lehmann
6  reference to support your obviousness analysis?
7         MS. TORABI:  Objection, asked and answered.
8      **A.  So let me be clear, the Lehmann reference, it**
9  **was cited in my rebuttal report.  The ideas that under**
10 **occurred the Lehmann, the QSAR, the connection of**
11 **lipophilicity within MES activity, you know, that's**
12 **something that was known in the -- in the field.**
13         **But since I did not cite it in my opening**
14 **report, my understanding is, again, not as an attorney,**
15 **that, you know, I'm not use -- I could not use it as a**
16 **combination or whatever.**
17         **So, but -- and I'm not an attorney.  I cited**
18 **it in my rebuttal report.  I relied on it for my**
19 **opinions in my rebuttal report.  I did not cite it in my**
20 **opening report.**
21         **But I just want to note that Lehmann is part**
22 **of the literature of the period that discusses the**
23 **importance of QSAR and lipophilicity, and so those ideas**
24 **certainly were discussed in my opening report.**
25         **But the specific paper, I did not cite it in**

27

1      **my opening report.**
2      Q.  Now, about how many hours did you spend
3  preparing Exhibit 4, your rebuttal report?
4      **A.  I believe this -- if I can refresh my memory.**
5  **I think this one also replied to some of the Löscher**
6  **arguments.  So it was both -- it was both MacMillan and**
7  **Löscher.**
8          **It took me a while to read their reports.**
9  **They were -- especially, trust me, MacMillan's was**
10 **rather long.  You know, in the tens of hours.  I -- I --**
11 **I don't remember.  Tens of hours.  I don't know, 20, 30**
12 **hours to read his and then come up with my own opinions**
13 **and then write the report, yeah.**
14         **The report itself is not very long, so it**
15 **didn't take me a lot of time to write it, but -- so it's**
16 **in tens of hours.**
17     Q.  Okay.  And the Lehmann reference that we've
18 been discussing, do you recall if you independently
19 identified that reference?
20     **A.  I did independently identify that, yes.**
21     Q.  And what led you to identify that reference in
22 the context of your rebuttal report, but not your
23 opening report?
24         MS. TORABI:  Objection, form.
25     **A.  I could speak -- I'll need to kind of review a**

28

1      **little bit here, but just speaking generally, there was**
2  **this seeming doubt that there was a connection between**
3  **lipophilicity and brain penetration or any connection to**
4  **MES activity.**
5          **I, of course, did not agree with that.  And I**
6  **thought I had made my case pretty clear in my opening**
7  **report.  And it just took a couple of seconds to come up**
8  **to find Lehmann to show that that's not true, that the**
9  **literature does connect lipophilicity with MES activity.**
10 **So that's in general.**
11         **I can't remember exact questions or exact**
12 **statements made by Dr. MacMillan.  But probably what I**
13 **could do is find where I cited Lehmann and then I**
14 **probably restated Dr. MacMillan's -- you know, his own**
15 **opinion, and then I could see where -- I could see where**
16 **it would -- in what context the Lehmann reference came**
17 **up.**
18         **You know, for example, paragraph 25,**
19 **Dr. MacMillan talks about his view of SAR.  And I guess**
20 **he also means QSAR.  And I cited Lehmann to show that**
21 **chemists of the period, medicinal chemists of the period**
22 **don't agree that SAR and QSAR doesn't have some**
23 **predictive power.**
24         **So that's -- there's one example of where**
25 **Lehmann was cited in a particular context.**

Confidential
Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

8 (29 to 32)

---

29

1    Q.  Okay.  So you're -- you're using Lehmann
2  merely to show that QSAR can have predictive power?
3        MS. TORABI:  Objection, form.
4     A.  No, just that's one, one example.  And as I
5  mentioned earlier, Lehmann establishes that MES activity
6  and lipophilicity are correlated, --
7  BY MS. HANSEN:
8    Q.  Um-hum (affirmative).
9     A.  -- especially with partially saturated
10  heterocyclic compounds.
11       So I'm also using Lehmann to show that
12  piracetam scaffold compounds, piracetam derivatives
13  would also be impartially saturated heterocyclic
14  compounds according to Lehmann.  And using Lehmann's
15  findings, a POSA would have seen that lipophilicity in
16  that system was also likely to be correlated with MES
17  activity.
18       So I'm using Lehmann in that context as well.
19  And others.  I could go through and cite them all if you
20  want.
21    Q.  No, we'll get through --
22    A.  Okay.
23    Q.  Trust me, we'll talk about Lehmann.
24    A.  Okay.  Sure, sure.
25    Q.  Don't worry.

---

30

1     A.  Sure, sure.
2     Q.  So you --
3        MS. HANSEN:  Okay, my -- this is not working,
4  but we'll fix that at the next break.
5  BY MS. HANSEN:
6     Q.  So that I understand, so you are use -- you
7  intend to use Lehmann to show that what the person of
8  ordinary skill in the art would reasonably expect about
9  increasing lipophilicity on a piracetam scaffold?
10     A.  Would -- would -- would understand the
11  relationship between MES activity and lipophilicity, for
12  example with partially saturated heterocyclic scaffold,
13  of which piracetam is a subset.
14     Q.  Okay.  Now, you also cite in your rebuttal
15  reports the Silverman reference; is that right?
16     A.  Yes.
17     Q.  And you cite the Silverman reference in the
18  context of homo- -- homolog- -- I do know how to say
19  this word.
20     A.  Homologation.
21     Q.  Homologation --
22     A.  Um-hum (affirmative).
23     Q.  -- is a routine step in lead compound
24  optimization, as you say in paragraph 55 of your
25  rebuttal report?

---

31

1     A.  That's correct.
2     Q.  And you intend to use Silverman to demonstrate
3  that the person of ordinary skill in the art would
4  reasonably expect that homologation would lead to an
5  optimized compound?
6        MS. TORABI:  Objection, form.
7     A.  I -- let me respond in a way that I think is a
8  little closer to what I said here.  A -- that the
9  biological properties of compounds when you're just
10  changing them one methylene at a time showed regular
11  increases and decreases.  We tend to refer to that as a
12  parabolic relationship.
13     And I -- I'm arguing here that that was pretty
14  well-known and -- and routine.
15  BY MS. HANSEN:
16     Q.  And so you are not using Silverman with
17  respect to the POSA's reasonable expectation of success
18  with adding methylene units to a compound; is that
19  right?
20        MS. TORABI:  Objection, form.
21     A.  No, that's not correct.  I'm just saying that
22  if one were to homologate a compound, there would be
23  reason to believe that its activity would follow
24  parabolic curve.
25     And, yes, on that parabolic curve, in every

---

32

1  system, there is going to be a different optimum.  And I
2  think a POSA would have expected that to be routine and
3  expectable, if that's a word.
4     Yeah, so that -- I think we're saying the same
5  thing, but I just want to make sure I couch it in
6  Silverman's terms and in the way that I -- I -- I've
7  explained it in my report.  I think it's the same thing.
8  BY MS. HANSEN:
9     Q.  Okay.  So just to clarify, you're using
10  Silverman to support your -- your assertions regarding a
11  reasonable expectation of success?
12     A.  Yeah, I would say that it's part of the
13  background information.  Yes, it would have allowed a
14  POSA to believe that by homologating a compound, one
15  would increase lipophilicity, and lipophilicity was
16  important in, for example, MES activity, brain
17  penetration.  And -- and so this is something that could
18  have been routinely changed and one could have found an
19  optimum, yes.
20     So I would say a POSA would have expected that
21  to be reasonable.
22     Q.  Okay.
23     Now, let's complete our housekeeping.  And I'm
24  going to hand you what we'll mark as Exhibit 6 and 7.
25        MS. HANSEN:  This is Exhibit 6.

---

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

41

1    A.  Okay.
2    Q.  And if you could turn to paragraph 26, which
3  is on page 8.
4    A.  I'm there.
5    Q.  And this is a discussion of what we started
6  talking about, homologation; right?
7    A.  Correct.
8    Q.  And you assert that the typical approach to
9  drug discovery for a compound like levetiracetam is to
10  use a homologous series of increasingly larger alkyl
11  chains; is that right?
12    **A.  That it would have been -- so to make sure I**
13  **understand what you're saying, that given the low level**
14  **of lipophilicity of levetiracetam, a POSA would have**
15  **thought it obvious to increase its lipophilicity using**
16  **the, you know, Pardridge's -- Pardridge's, you know,**
17  **methodology, which is to add methylene units to the**
18  **compound to lipidize it.**
19    **And so -- so that's what I'm basically saying**
20  **here, that, of course, as I'm -- in this paragraph, I'm**
21  **saying that one could go too far, so there is an upper**
22  **limit, and that's what I'm describing here in this**
23  **paragraph.**
24    Q.  So you are relying on Pardridge for the
25  concept of homologation, not Silverman?

42

1    **A.  So the concept of homologation is known in the**
2  **literature.  I cited Silverman and Pardridge in my**
3  **various reports.  So I wouldn't say one to the exclusion**
4  **of the other.  I think the two reinforce each other.**
5    Q.  Okay.  Do you intend to use Silverman to
6  support this idea at trial?
7    **A.  So, again, not being legally trained, I tend**
8  **to give my opinions as I've expressed them in my reports**
9  **at trial.**
10    Q.  Um-hum (affirmative).
11    **A.  But, you know, I'm not sure what -- you know,**
12  **what's legally permissible, if it only has to be from**
13  **this report or that report or -- you know, again, I'm**
14  **not going to comment on that.**
15    **But, yes, I do think that the idea of**
16  **lipidization was -- was well-known in the literature.  I**
17  **cited a couple of references to that effect.  And they**
18  **did -- they do -- I think they do support my opinion.**
19    Q.  Okay.  Now to clarify, I'm not talking about
20  lipidization, I'm talking about homologation.  Do you
21  intend to use Silverman to support an argument regarding
22  homologation?
23    MS. TORABI:  Objection, asked and answered.
24    **A.  I -- I would say Silverman is part of my**
25  **opinion for the validity, the obviousness of using**

43

1  homologation to lipidize a molecule, yeah.
2    BY MS. HANSEN:
3    Q.  Okay.  Now, in particular, in paragraph 26 you
4  cite to Silverman pages 16 and 17.  Do you see that?
5    A.  I do.
6    Q.  Okay.  And just so that you have it handy,
7  let's bring out Silverman.
8    And we'll mark this as Exhibit 8.
9    (Marked Deposition Exhibit 8.)
10  BY MS. HANSEN:
11    Q.  Now, let's take a look first at page 16.
12    A.  I'm there.
13    Q.  Okay.  Now, this is a -- the image, Figure
14  2.1, is an image that you copied into your reply report
15  at page -- at paragraph 55 on page 24?
16    I'm sorry, 20 -- this was in your -- I'm
17  sorry, this is in your rebuttal report.  So this is --
18  apologies.  Rebuttal report is Exhibit 4.
19    Yes, page 24, paragraph 55.
20    A.  Okay, I'm there.
21    Q.  And this chart is agnostic as to type of
22  compound; correct?
23    **A.  The -- yeah, the -- the Figure 2.1, that's**
24  **correct.**
25    Q.  And it's agnostic as to potency to what

44

1  biological effect; correct?
2    A.  That's correct.
3    Q.  So this is not particularly intended to focus
4  on 2-pyrrolidone compounds with respect to
5  anticonvulsant activity; correct?
6    MS. TORABI:  Objection, form.
7    **A.  But this is a general medicinal chemistry**
8  **textbook, so this is meant to inform medicinal chemists**
9  **in applications.  And so in -- so I think a POSA would**
10  **read this and think, yeah, this would apply to saturated**
11  **heterocyclic compounds, such as piracetam derivatives,**
12  **and with the potency and the activity being**
13  **anticonvulsant activity.**
14    **So it -- but it doesn't explicitly talk about**
15  **anticonvulsant activity, but given that it's a textbook,**
16  **it's meant to serve as important background in forming**
17  **their own opinions about how to proceed.**
18  BY MS. HANSEN:
19    Q.  Now, this chart, this bell curve, if you will,
20  tops out at a chain length of about seven carbons; is
21  that right?
22    **A.  I agree it's -- that's correct.**
23    Q.  And that aligns with what Silverman says in
24  the paragraph above where he says that "lengthening of
25  saturated carbon side chains from one to five" -- or

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

---

45

1  not -- "to nine atoms produces an increase in
2  pharmacological effects."
3      Do you see that?
4      **A. I see that, yes.**
5      Q. And do you agree with that?
6      **A. Of course, this is speaking in -- in a very**
7  **general way. As we had just discussed, this is not**
8  **referring to any particular compound class, it's just**
9  **discussing trends that a medicinal chemist would see.**
10     **So, yes, in this particular hypothetical chart**
11 **that was meant for illustrative purposes only, yes, you**
12 **increase going -- I do see that, it says that there is**
13 **an increase going from one to five, I do see that.**
14     Q. So you -- the POSA would expect that the
15 height of potency would occur somewhere between five and
16 nine atoms?
17     **A. In this, I'll say, hypothetical but still**
18 **important teaching text, yes.**
19     Q. Well, Silverman ties it to the actual
20 compounds; right?
21     The sentence begins "For many series of
22 compounds, lengthening of a saturated carbon side chain
23 from one to five nine atoms produces an increase in
24 pharmacological effects"; right?
25     MS. TORABI: Objection to form.

---

46

1      **A. So you said he ties it to a specific compound?**
2  **Or -- I see plural here, meaning to me hypothetical.**
3      **I would agree that he's probably talking about**
4  **small molecule compounds, probably, given that this is**
5  **medicinal chemistry of small molecules. But other than**
6  **that, I don't -- I don't believe he's talking about any**
7  **one class or even two classes.**
8      **It looks like he's talking about, in a very**
9  **general sense, compounds.**
10 BY MS. HANSEN:
11     Q. But he's -- would you agree that he is drawing
12 this conclusion based on evidence of classes of
13 compounds that he has seen before?
14     **A. Yeah, it's a little bit speculative on my**
15 **part. He's a medicinal chemist, he has -- he is**
16 **renowned, so he probably has read many publications and**
17 **he probably has read a lot and from that has gleaned**
18 **this general understanding.**
19     **But I -- I can't verify that. To me, as a**
20 **POSA -- of a POSA reading this, they would just take**
21 **this as -- at face value and begin to apply this**
22 **combined with their own skill and other art that they**
23 **encounter as medicinal chemists.**
24     **But I don't know what was going on in his**
25 **mind.**

---

47

1      Q. Okay. But you would agree that he likely
2  would not have made this conclusion without relying on
3  some kind of evidence?
4      MS. TORABI: Objection, asked and answered.
5      **A. Yeah, so my previous answer I think was -- I**
6  **think answered that.**
7      **He wrote this textbook probably after a**
8  **lifetime of considering lots and lots of publications**
9  **and he saw conclusions, he saw trends. And, yes, the**
10 **trends being in the literature there was evidence, yeah.**
11 **So I would -- I think we're saying the same thing, yeah.**
12 BY MS. HANSEN:
13     Q. Okay. Now, let's turn to page 17 of
14 Silverman.
15     Now, page 17 of Silverman has a chart in it.
16 Do you see that?
17     **A. I do.**
18     Q. And that's the same chart that you put into
19 your rebuttal report in a augmented form at page 57?
20     **A. Is that -- is that a question? Or do you want**
21 **me to confirm that?**
22     Q. I'm sorry, it's actually paragraph 58 on page
23 26, is that right, in your rebuttal report?
24     **A. So I just want to amend that --**
25     Q. Uh-huh (affirmative).

---

48

1      **A. -- adjective.**
2      **It's -- I annotated it. It's not augmented**
3  **the chart. It's every bit of information that was**
4  **present was copied and pasted, I simply annotated it.**
5      Q. Right. You drew a red line and -- well, at
6  least --
7      **A. Yes.**
8      Q. -- in my copy it's a red line, in -- on the
9  chart; is that right?
10     **A. Right. To -- to -- correct. I'll say**
11 **annotated. It's a little more descriptive of what**
12 **happened there.**
13     Q. Okay. Now, this chart shows the effect of
14 chain length for two different classes of compounds; is
15 that right?
16     **A. That's correct.**
17     Q. Neither is a 2-pyrrolidone?
18     **A. That's correct.**
19     Q. Neither is a partially saturated heterocyclic
20 scaffold?
21     **A. That's correct.**
22     Q. And the 4-alkylresorcinols are used as
23 antibacterials?
24     **A. That's correct.**
25     Q. Not as anticonvulsants?

---

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

13 (49 to 52)

49

1    A.  That's correct.
2    Q.  Now, as I understand this chart, the compound
3  with the highest potency is the compound with an
4  n-heptyl chain, is that right, of the alkylresorcinols?
5    A.  In this system, again, we're talking about the
6  phenol -- the resorcinols -- yeah, I think the -- you
7  said n-hexyl?  Is that what you said?
8    Q.  No, the n-heptyl -- or, I'm sorry, the
9  n-hexyl, yes.
10    A.  Okay.
11    Q.  So it's a six carbon chains.
12    A.  That's correct.
13    Q.  Or six carbon chain.
14    A.  Okay.  Correct.
15       Yes, in this system, the optimum happened to
16  be n-hexyl, that's correct.
17    Q.  Okay.  Now, at the bottom of the chart, there
18  are a few branched alkyl chains; is that right?
19    A.  That's correct.
20    Q.  And the -- of the available data, the phenol
21  coefficient is increasing up through what's provided,
22  which is the isohexal compound; is that right?
23       MS. TORABI:  Objection, incomplete
24  hypothetical.
25    A.  I think your question kind of had the answer

50

1  in it, you said of the available data.  It -- at the
2  moment, it seems that it's going in an increasing
3  trajectory, but it's hard to draw a conclusion based on
4  three points.
5       I mean, if you have to, perhaps.  But I would
6  say -- I would agree it seems to be going up.  But I
7  probably would want to see a point or two more to get
8  that bell curve potentially.
9  BY MS. HANSEN:
10    Q.  And that -- that was actually my question, is
11  that in order -- you haven't actually -- or you may not
12  have seen the top of the branched alkyl groups based on
13  this data; is that right?
14    A.  On the branch data.  But again, you know, to
15  be clear, Silverman is talking about homologation, which
16  usually means adding methyl groups.  And so I can see
17  why he may have focused on the n-alkyl chains and just
18  threw in a few branched for -- to make a later point
19  perhaps.
20       But -- but, yes, normally a medicinal chemist
21  in the n-alkyl series looks for an optimal curve.  In
22  the branched series, that's not what Silverman is
23  saying.
24    Q.  Okay.  Now, the other compound here are
25  mandelate esters?

51

1    A.  That's correct.
2    Q.  And they're used as muscle relaxants?
3    A.  The name of the title, says, you know,
4  spasmolytic activity, but, yeah, normally muscle
5  relaxants achieve that.
6       But let me -- just to be careful here, let
7  me -- let me -- let me see if they used the word "muscle
8  relaxants" here.
9       And if you see it, you know, point me to it,
10  but...
11       So let's -- I would prefer to say, you know,
12  activity, you know, antispasmolytic activity.  I know
13  that in other cases, muscle relaxants achieve that, but
14  to be accurate, Silverman only mentions spasmolytic
15  activity.  So I'll use that.
16    Q.  Okay.  But that's different from
17  anticonvulsant activity; correct?
18    A.  Speaking as a nonmedically trained,
19  non-clinician, I think -- I do believe they're
20  different, yeah.
21    Q.  Okay.  But spasmolytic activity is a
22  brain-modulated activity?  Meaning that the compound
23  would need to penetrate into the brain in order to cause
24  the effect?
25       MS. TORABI:  Objection, outside the scope.

52

1    A.  So I want to be very accurate here.  I have
2  not looked into that, I have not opined on that.
3  BY MS. HANSEN:
4    Q.  Okay.
5    A.  So I'm going to -- I would need to look into
6  that.
7    Q.  Okay.  Now, of the compounds that are listed
8  here, peak percentage spasmolytic activity occurs with a
9  alkyl chain of nine carbons.  Is that accurate?
10    A.  That's correct, in Table 2.1, for the
11  spasmolytic activity, he had the nonyl, the nine carbon
12  chain, leads to the highest percentage, yes.
13    Q.  And again, looking at the branch compounds of
14  the data available, that it's showing an increase in
15  percent spasmolytic activity from isopropyl to isobutyl
16  to isoamyl; is that correct?
17    A.  From the limited data shown, there does appear
18  to be an increase, yes.
19    Q.  Now, isoamyl is a compound -- is a branch
20  compound with five carbons; correct?
21    A.  That's correct.
22    Q.  And an n-pentyl substituent is a straight
23  chain with five carbons?
24    A.  Yeah, it's a straight chain with five carbons.
25    Q.  And if we take a look at the mandelate esters,

53

1  both the n-pentyl and isoamyl compounds show spasmolytic
2  activity of 28 percent; correct?
3      **A.  That's -- it happens to be, yeah, the two**
4  **five-carbon-containing ester groups, yeah, it happens to**
5  **be that they have the same activity, yes.**
6      Q.  Okay.  Now, I just want to try to wrap up
7  Silverman and so I'm going to direct you now to your
8  reply report, which is Exhibit 6.  And I would like to
9  take a look at paragraph 108.
10     And the final sentence of paragraph 108 reads:
11  "Indeed, as disclosed in Silverman, a propyl and phenyl
12  moiety were known to have a bioisosteric relationship as
13  spacers, suggesting their lengths are similar."
14     Do you see that?
15     **A.  I do.**
16     Q.  First, what are spacers?
17     **A.  So when you have a molecule that has two**
18  **moieties and you want to connect them, a spacer can be**
19  **used to connect those two moieties.**
20     Q.  So a propyl spacer does not have a terminal
21  methyl group; correct?
22     **A.  A propyl spacer, it's a spacer.  So it could**
23  **have -- again, just to be clear, a spacer meaning you're**
24  **creating a space between two molecules of a certain**
25  **distance.**

54

1      Q.  Um-hum (affirmative).
2      **A.  That's why we call it space, makes the space.**
3  **So a propyl space and in a phenyl space link the two**
4  **units with a certain distance between those units.**
5      **A propyl as a spacer does not have a methyl on**
6  **the other side of it.  It could.  I guess it could.  I**
7  **guess if you want to call a propyl spacer between a**
8  **methyl and some other moiety, theoretically you could.**
9  **And often one puts other things, but one could put a --**
10  **could put a methyl there.**
11     Q.  Now, the way Silverman describes it, it
12  doesn't have a terminal -- or a methyl group; correct?
13  If we take a look at Silverman page 20, I believe?
14     **A.  Okay, I'm there.  Could you repeat that**
15  **question, please?**
16     Q.  Sure.
17     So the way Silverman describes the propyl
18  spacer, it does not have a terminal methyl group;
19  correct?
20     **A.  It does not have any terminal group, it's just**
21  **discussing them for their length qualities inasmuch as**
22  **they are spacers.**
23     Q.  Okay.  Now a propyl group is an aliphatic
24  group?
25     **A.  A propyl is an aliphatic group.**

55

1      Q.  It's not an aromatic group?
2      **A.  Correct, it's not -- it may have the same**
3  **length as a 1,4 disubstituted aromatic group, but it's**
4  **not an aromatic group.**
5      Q.  And if we're -- and I realize this is
6  chemistry, talking about length and width is sort of a
7  strange concept, but if it has the length of a phenyl
8  group, it wouldn't have the width of a phenyl group; is
9  that right?
10     **A.  It -- it -- you know, I haven't -- I haven't**
11  **opined on that, about width issues, but I can say that**
12  **according to Silverman, he considers them to have a**
13  **bioisosteric relationship.  And he did call it a spacer**
14  **group, and a POSA would understand what spacer means.**
15  **It's a length thing.**
16     **He did not talk about width.  But presumably**
17  **width came into play when -- or came into his mind when**
18  **he was making this teaching table.  And nonetheless,**
19  **even if there may have been or may not have been width**
20  **differences, he's still calling them nonclassical**
21  **bioisosteres.**
22     Q.  A phenyl group is aromatic?
23     **A.  Correct.**
24     Q.  And it's planar?
25     **A.  Correct.**

56

1      Q.  And it's cyclic?
2      **A.  It's -- that's correct, it's cyclic.**
3      Q.  Would you consider a phenyl group to have
4  steric bulk?
5      **A.  So all substituents have circle --**
6      Q.  Fair enough.  Let me -- I'll withdraw the
7  question and ask a better one.
8      Would you consider a phenyl group to be
9  sterically more bulky than a propyl spacer group?
10     **A.  It would depend on the context.**
11     Q.  What context would you need?
12     **A.  Well, perhaps the nature of a binding site if**
13  **one knew it.  Depending on the solvent, perhaps these**
14  **alkyl groups are not going to be in the classic zigzag**
15  **perhaps.**
16     **This is the reason why they are called**
17  **bioisosteres, is that they have been demonstrated in the**
18  **literature to act as interchangeable groups, despite**
19  **what seems like apparent differences or non-differences**
20  **between their bulk and their width and other things,**
21  **which I have not opined on and I'd have to consider more**
22  **carefully.**
23     **But I will say that we are talking about a**
24  **bioisostere, not an isostere.  So we're talking about**
25  **things that could seem to be different, but in a bio --**

Confidential
Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

15 (57 to 60)

57

1  you know, a medicinal setting, a medicinal chemistry
2  setting, biological setting, they seem to act similarly.
3      Q.  And again, this is in terms of putting space
4  between two molecules is how they act similarly;
5  correct?
6      A.  The spacer means they have a certain length.
7  What you decide to do with that spacer, of course, it
8  depends on your design.
9      Q.  Okay.
10     A.  It means they have a certain length.
11     Q.  Would you consider a phenyl group to be more
12 sterically bulky than, for example, a tert-butyl group?
13     A.  So, you know, the word "sterically bulky"
14 usually has to come with a context.  I mean, maybe in a
15 sophomore class when you teach folks that have no
16 understanding of medicinal chemistry or more advanced
17 chemistry, maybe the word "steric bulk" is talked about
18 in an absolute sense, but we're talking about it in a
19 medicinal chemistry context.
20         When you say sterically more bulky, what's the
21 context?
22         I will say tert-butyl is more bulky than, say,
23 a methyl.
24     Q.  Um-hum (affirmative).
25     A.  Okay.  Probably in most contexts, that's true.

58

1      Q.  Um-hum (affirmative).
2      A.  Yeah.  Tert-butyl and an aryl, a phenyl ring?
3  What's the context?
4      Q.  And the context that you would need is the
5  receptor to which they were potentially binding?  That
6  would be an example of a context?
7      A.  Right.  So -- okay, that's a context.  But the
8  context of this table is bioisosteres.
9      Q.  Um-hum (affirmative).
10     A.  And so if you look at almost all of what's
11 being considered bioisosterically, there may be steric
12 bulk differences in many different contexts for the
13 structures shown in the table, and yet Silverman is
14 saying they're interchangeable.
15     Q.  As spacers.
16     A.  In this case as spacers, but in many of the
17 categories we see interchangeability even though there
18 is significant -- seemingly significant difference in
19 shape and size and bulk potentially.
20     Q.  And electronics?
21     A.  Probably in many -- potentially in many
22 contexts.
23         So that's why they are called bioisosteres.
24 It could that the electronics are different, but they're
25 still considered to act in a similar way in a biological

59

1  context.
2         Yeah, because there is bioisostere, meaning
3  that in a biological application, a phenyl, 14-phenyl
4  and a propyl appear to act the same way or in similar
5  ways in terms of their -- you're saying spacer group, so
6  in terms of their length.
7      Q.  Okay.
8         MS. HANSEN:  Why don't we take a break.  We've
9  been going for a little bit more than an hour.
10        THE WITNESS:  That's good.
11        THE VIDEOGRAPHER:  We're going off the record.
12 The time is 10:09 a.m.
13        (Recess taken.)
14        THE VIDEOGRAPHER:  We are back on the record.
15 The time is 10:20 a.m.
16 BY MS. HANSEN:
17     Q.  Dr. Lepore, you identified levetiracetam as
18 your lead compound in this case; correct?
19     A.  That's correct.
20     Q.  And in identifying -- and do you mind if I
21 call it lev just to be shorthand?
22     A.  Sure.
23     Q.  Okay.
24     A.  Sure.
25     Q.  And is it fair to say that in identifying lev,

60

1  you were looking for an FDA-approved compound to
2  identify as a lead?
3         MS. TORABI:  Objection, form.
4      A.  So, first of all, I want to be clear that in
5  part, I, you know, relied on my opinions in this case,
6  you know, on the opinion of a clinician with experience
7  in this field, and so that -- so that -- that a POSA is
8  looking for the best lead possible.
9         And FDA-approved compounds have been a pathway
10 in the past for other drug discovery operations to --
11 for them to result in -- in other approved drugs.  So a
12 POSA would have seen an FDA-approved compound as a -- as
13 promising.
14        I wouldn't say that that was the only way one
15 does lead compounds analysis or one does lead compound
16 selection, but it is a promising characteristic.
17 BY MS. HANSEN:
18     Q.  Did you consider any compounds in late-stage
19 clinical development as part of your lead-compound
20 analysis?
21     A.  So the -- a POSA, for example, reading Noyer
22 would have saw -- would have seen in that publication
23 that we saw -- I think it was a phase two, the compound
24 that they were evaluating was phase two.  That turned
25 out that compound ultimately a little bit later was FDA

Confidential

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

125

1    MR. MA:  I'll pull both.
2    MS. HANSEN:  Sure.
3    Okay, this is 13?
4    (Marked Deposition Exhibit 13.)
5    MS. HANSEN:  And we'll make the translation
6    14.
7    (Marked Deposition Exhibit 14.)
8    THE WITNESS:  Thank you.
9  BY MS. HANSEN:
10    Q.  Now, Dr. Lepore, just to confirm, the Lehmann
11  in the original Spanish is Exhibit 13 and the
12  translation provided by counsel is Exhibit 14; is that
13  right?
14    A.  That's correct.
15    Q.  Okay.  And the question in particular here is
16  the MES mouse model and the audiogenic mouse model are
17  not the same animal models; correct?
18    A.  Yeah, I do not see mention of an audiogenic
19  mouse model in Lehmann, so I -- the answer to your
20  question would be correct.
21    Q.  Okay.  Are you aware of a correlation between
22  lipophilicity and sedation?
23    A.  I'm -- I didn't opine on it, but I believe I
24  recall seeing something along those lines in my general
25  reading in medicinal chemistry, you know, that --

126

1    Q.  That more lipophilic compounds lead to higher
2  sedation?
3    A.  I'm not sure if they're positively correlated,
4  this is a good -- good question.  I would have to
5  consider that.
6    Q.  But you didn't opine that lipophilicity and
7  sedation are positively correlated; correct?
8    A.  I didn't opine on either, on the role on
9  lipophilicity and sedation one way or the other, no.
10    Q.  And you also didn't opine on the role of
11  lipophilicity and somn- -- somnolence; correct?
12    A.  That's correct, I did not opine on -- to my
13  knowledge, I did not discuss somnolence in the light of
14  lipophilicity.
15    Q.  And you also did not opine on the role of
16  lipophilicity and asthenia; correct?
17    A.  Correct.
18    Q.  Now, another motivation that you identify,
19  which is, as I understand it, a corollary of improving
20  lipophilicity, which improves brain penetration, which
21  reduces dose is to also reduce side effects; is that
22  right?
23    A.  I believe I said reduced toxicity, but --
24  that's the wording I used.  Did I state -- did I say
25  side effects somewhere also?

127

1    Q.  Sure.  Reply report, paragraph 60.
2    A.  Okay, I did -- I did mention here in paragraph
3  60 to reduce the sedation side effect.
4    Yes, "this" -- I said "this side effect."
5  Not -- I didn't say all side effects, but here I am
6  talking about the sedation.
7    Q.  Okay.  So when you say in the first sentence
8  "a skilled artisan would have been motivated to improve
9  levetiracetam's side effect profile," you're just
10  referring to sedation?
11    A.  In this paragraph, at the end of the
12  sentence -- or the end of the last sentence, I was
13  referring to sedation.  But it's always a good thing to
14  improve a side effect profile.  And in general, the less
15  compound you have to use, the less that's floating
16  around in your blood serum, the less chances there are
17  for potential side effects.
18    So in a general sense, yes, a POSA would
19  always, a skilled artisan would always want to reduce
20  side effects, if possible.  But the main goal here is to
21  improve its brain penetration.
22    Q.  Okay.  Now, increasing lipophilicity will also
23  increase the amount of compound that is absorbed into
24  non-brain tissue as well; correct?
25    A.  At a high level of lipophilicity, that's more

128

1  true.  But I think at this very low level, I -- I
2  don't -- I haven't seen compelling evidence to -- to
3  indicate that that would be a concern.
4    Q.  Are there any other side effects of
5  levetiracetam that the POSA would be motivated to
6  improve other than sedation?
7    A.  I would defer to, you know, Dr. Pleasure about
8  specifics about side effects.
9    In general, I can -- I have stated that less
10  compound is always better.  In terms of clinically, you
11  know, I would, you know, rely on his opinion on that.
12    I have not discussed side effects, I don't
13  believe, outside of the somnolence that was brought out
14  by Stables.
15    Q.  Now, other than Stables saying that high doses
16  of levetiracetam induced sedation, are you aware of any
17  other correlation between dosage amount and a side
18  effect of levetiracetam?
19    A.  As a -- again, as a -- as a chemist, a
20  medicinal chemist, I would not be very familiar with
21  clinical applications.  This would be Dr. Pleasure's
22  domain.  I have only opined upon somnolence, and so I --
23  I'm going to limit my opinion at this to that.
24    Q.  So the -- the motivation to improve the side
25  effect profile, in your opinion, is based entirely on

Confidential
Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

34 (133 to 136)

133

1 get it there and to do a therapeutic effect. And a POSA
2 would have been -- you know, would have thought that
3 levetiracetam could do better in that regard.
4        All compounds eventually get ejected from the
5 body, small-molecule drugs, yes.
6 BY MS. HANSEN:
7    Q. Okay. But the POSA would not know how
8 increasing lipophilicity would affect its ejection from
9 the brain; correct?
10   A. Well, that's where Levin comes in. Levin
11 teaches us that CNS drugs that are apparently -- that
12 form this training set is -- you know, he considers them
13 to be successful CNS drugs, had certain characteristics,
14 and he correlated them. So -- and so a POSA would have
15 taken that into account.
16      So, yeah, every drug eventually gets expelled,
17 and it's all involving, you know, metabolic breakdown
18 and other -- other mechanisms, but a POSA is looking at
19 what -- what's the general trend. And Levin teaches us
20 that trend. Waterbeemd teaches us a trend.
21      And so POSA, of course, takes that into
22 consideration.
23   Q. Now, increasing the concentration of a
24 compound in the brain means that there would be more
25 compound to interact with all of the receptors in the

134

1 brain; correct?
2    A. It -- in theory, a compound is going to have
3 more affinity for a receptor that -- than another,
4 depends -- depending on its shape. And this is why, you
5 know, levetiracetam known -- is known to have a fair
6 degree of bioactivity.
7      A POSA would have understood it probably binds
8 somewhere. And I believe Levin is saying it binds to
9 the -- the LBS. And so it would probably prefer to bind
10 there than other biological targets that did not have as
11 good of a fit.
12     So it -- so it's -- yes, compounds bump into a
13 lot of different biological targets, but some of them
14 they bump into and actually have a binding interaction
15 with because of a better fit.
16   Q. My question, however, was increasing the
17 concentration of a compound in the brain simply means
18 that there is more compound to interact with all of the
19 receptors in the brain?
20   A. Including one --
21     MS. TORABI: Objection, asked and answered.
22   A. Including the one that you want to interact
23 with, which has been found in medicinal chemistry, the
24 world of medicinal chemistry, to be a good thing.
25     You know, that's what Levin is talking about,

135

1 more compound penetrating into the brain is a good
2 thing.
3      I don't recall reading anything in Levin or
4 Waterbeemd saying that that's a bad thing. You know,
5 you want to have more -- more get into the brain, and
6 provided it's bioactive, that's good, you're achieving
7 something good.
8 BY MS. HANSEN:
9    Q. Now, let's turn to your opening report at
10 paragraph 248.
11   A. 248.
12     I'm there.
13   Q. Okay. Now, another motivation that you
14 identify is that the "POSA would have been motivated to
15 modify levetiracetam to improve its activity and/or
16 expand its action profile."
17     Do you see that?
18   A. Yes.
19   Q. So to be clear, is the POSA's goal to improve
20 upon lev's activity? Or simply not to lose
21 antiepileptic activity?
22   A. If -- I think, you know, reading -- reading in
23 this section here, if activity is correlated to low
24 lipophilicity, then increasing the lipophilicity would
25 improve that activity. And I'm referring to the MES

136

1 activity.
2    Q. Okay.
3    A. So in that sense, if the problem is a lack of
4 lipophilicity, then a POSA would have wanted to fix that
5 problem by increasing lipophilicity, bring to the
6 molecule, for example, MES activity, again, following
7 Lehmann's guidance on that.
8    Q. So the discussion about improving activity is
9 entirely based on, for example, the Lehmann connection
10 between lipophilicity and MES activity?
11     MS. TORABI: Objection, form.
12   A. I mentioned Lehmann, but, you know, Waterbeemd
13 tells us that certain level of lipophilicities is what's
14 come to -- to be considered ideal in CNS-active drugs.
15 You know, Levin teaches us that there is a certain level
16 of permeability that's desirable.
17     So, you know, activity -- you have to get the
18 compound to where it needs to go in order to have the
19 activity. If that's the problem, then a POSA would have
20 been solving that by improving lipophilicity. And so in
21 that sense.
22     It's not just based on Lehmann. Lehmann
23 provides a very specific correlation for MES activity.
24 I think that a POSA would have seen that and not been
25 surprised in light of the Waterbeemd work and the Levin

137

1    work and -- and others.
2        But multiple sources teach that lipophilicity
3    is important for -- to allow a compound to achieve its
4    potential, as it were, to be able to reach the site and
5    do its therapeutic activity.
6    BY MS. HANSEN:
7        Q.  And if reaching the site is not the problem,
8    then improving lipophilicity will do nothing to improve
9    activity; is that right?
10       MS. TORABI:  Objection, incomplete
11   hypothetical.
12       A.  Excuse me.  Excuse me.
13       When we say "the problem," you know, I'm
14   pointing out here that a POSA would not doubt that
15   levetiracetam is reaching brain cells.  The question is
16   is it doing so optimally.  And Levin and Waterbeemd
17   suggest otherwise.
18   BY MS. HANSEN:
19       Q.  And the reason that you say they subject --
20   suggest otherwise is simply because the lipophilicity of
21   levetiracetam is below the lipophilicity of other
22   CNS-active drugs?
23       MS. TORABI:  Objection to form.
24       A.  That's -- that is one conclusion that I don't
25   disagree with.  But, you know, Levin does also talk

138

1    about there is a dependence a little bit on molecular
2    weight.  So it's a combination of molecular weight and
3    lipophilicity.
4        But, yeah, lipophilicity is very important.
5    And Waterbeemd generally is focusing on lipophilicity.
6    BY MS. HANSEN:
7        Q.  Is there any concern that levetiracetam's
8    molecular weight is a problem?
9        A.  Levin teaches that a slightly higher molecular
10   weight when put on the equation and a higher
11   lipophilicity leads to a better permeability constant.
12   So at least according to Levin, the two seem to lead to
13   a better result.
14       Waterbeemd is not telling us about molecular
15   weight, but when you do increase it by adding more
16   lipophilic units, like methylene units, you increase
17   lipophilicity.  And so indirectly -- Waterbeemd is
18   referring to that indirectly.
19       In other words, in order to add a group to
20   make the molecule more lipophilic, you are adding atoms,
21   which means you are increasing molecular weight.  And so
22   indirectly, a POSA would have understood that, even
23   without seeing the molecular weight in the equation.
24       Q.  Okay.  So, so I understand it, the concern
25   about whether or not levetiracetam is optimally reaching

139

1    the brain is based on the fact that it doesn't have the
2    lipophilicity and/or molecular weight of other
3    CNS-active compounds?
4        A.  I'll take out the --
5        MS. TORABI:  Objection, mischaracterizes.
6        A.  Yeah, if you take out the molecular weight, I
7    would agree.
8        The molecular weight, I just mention it
9    because if you look at the Levin's equation, he does in-
10   -- he does include the molecular weight in it, but it's
11   because one needs to add a little weight to the molecule
12   in order to make it more lipophilic.
13       That addition, of course, has to be of a
14   lipophilic unit, which, you know, Pardridge teaches
15   should be methylene units.  So -- and Silverman as well.
16   But the point here is that most correlations discuss
17   lipophilicity.
18   BY MS. HANSEN:
19       Q.  Okay.  So --
20       A.  And lipophilicity is added by adding a unit,
21   and adding a unit adds molecular weight.  So that there
22   is a little bit of both are involved.
23       The point here is, though, it's not molecular
24   weight.  Because if you add molecular weight of the
25   wrong functional group or something that's hydrophilic,

140

1    then you would not have achieved an overall improvement
2    of the lipophilicity of the compound, you know, as
3    Waterbeemd teaches.
4        So I may be careful about that in the use of
5    the word "molecular weight" in that statement that you
6    made.
7        Q.  So the concern about whether or not
8    levetiracetam is optimally reaching the brain is based
9    on the fact that it doesn't have a lipophilicity of
10   other CNS-active compounds?
11       A.  And brain penetration of other CNS-active
12   compounds, right, according to Levin.
13       Q.  Okay.
14       A.  And that the -- and that was correlated to
15   activity, according to Lehmann.
16       Q.  And that was correlated to MES activity?
17       A.  To MES activity and MES anticonvulsant
18   activity, according to Lehmann.
19       Q.  Is there other MES activity?
20       A.  I just wanted to make sure that when we say
21   MES, for the record, we are talking about anticonvulsant
22   activity.
23       Q.  Are you aware of any other MES activity that's
24   not anticonvulsant?
25       A.  I am not.  I just want to be clear that we are

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022                    36 (141 to 144)

141
1   still talking about anticonvulsant activity.
2       Q.  Okay.  Now, in your opening report, we can
3   also turn to paragraph 269.
4       A.  Sure.
5           I'm there.
6       Q.  Actually, let's -- let's hold off on that and
7   let's go back, excuse me, to your reply report, --
8       A.  Sure.
9       Q.  -- paragraph 24.
10      A.  I'm there.  Reply report.  And which -- which
11  paragraph?
12      Q.  Paragraph 24.
13      A.  24.
14          I'm there.
15      Q.  Apologies, just give me a second.
16          I apologize, typo on my part.  Paragraph 20.
17      A.  Sure.
18      Q.  Now, you cite another motivation here where
19  you cite that a skilled artisan would be seeking to
20  improve upon levetiracetam as a lead compound.  Do you
21  see that?
22      A.  Of the reply report, 20?
23      Q.  Of the reply report, 20.
24      A.  Paragraph 20.
25      Q.  Um-hum (affirmative).

142
1           Second sentence, "However, a skilled artisan
2   in seeking to improve upon levetiracetam as a lead
3   compound."
4           My question is what about levetiracetam, other
5   than what we've already discussed, would the skilled
6   artisan be seeking to improve?
7       A.  So again, levetiracetam was not as lipophilic
8   as a POSA would have expected for a CNS drug.  And so a
9   POSA would have sought to improve this physical
10  property, that is, the lipophilicity of levetiracetam,
11  but not in any old random way, which is what I'm saying
12  here in this paragraph, there is a way to go about it.
13      Q.  Okay.  Now, if we could turn to your opening
14  report.
15          Paragraph 7.
16          This is the summary of the opinions that
17  you're offering in this opening report.
18      A.  I'm there.
19      Q.  And the first sentence reads, "It's my opinion
20  that each of claims 1 through 5 of the '461 patent would
21  have been obvious in view of the prior art as of the
22  earliest possible priority date of the '461 patent
23  because the prior art collectively would have taught and
24  motivated a POSA to select levetiracetam as a lead
25  compound and modify it to prepare brivaracetam with a

143
1   reasonable expectation of success in obtaining a
2   therapeutically useful agent for the treatment of
3   epilepsy."
4           Do you see that?
5       A.  Yes.
6       Q.  Is my understanding correct that here you've
7   defined success as a compound that is a therapeutically
8   useful agent for the treatment of epilepsy?
9       A.  Yes, to obtain a therapeutically useful agent,
10  a POSA would have thought that modifying levetiracetam,
11  he or she could achieve that and do so with an
12  expectation of success.
13      Q.  Okay.  What property should a compound have to
14  be a therapeutically useful agent for the treatment of
15  epilepsy?
16      A.  Well, as we discussed at length today, it
17  needs to be in keeping with the teachings that I've
18  discussed, that the Levin, Waterbeemd, Silverman, others
19  talk about -- and Lehmann, excuse me, Lehmann, talk
20  about a certain level of lipophilicity in order to
21  making a -- make it a good CNS drug.  So a compound
22  should have that type of physical property.
23          So that's one.  Of course, the compound itself
24  has to have bioactivity to start with.  And
25  levetiracetam, indeed, did.  So it's not just taking any

144
1   old compound and make it lipophilic and you're going to
2   have a CNS drug.  Of course, it has to have known
3   activity, and that's where lead compound selection comes
4   in.
5           But, anyway, so to answer your question, a
6   compound needs to -- to behave like a CNS drug, and the
7   literature teaches about what those -- what that
8   behavior is like, what are those properties like.
9       Q.  And so one property of a therapeutically
10  useful agent for the treatment of epilepsy is that it's
11  effective to treat epilepsy in humans?
12          MS. TORABI:  Objection, form, outside scope.
13      A.  We -- we want it to be as effective as it can
14  be, you know, reasonably effective.  I'm not saying it
15  needs -- that it's absolutely necessary to have the most
16  effective compound ever.
17          But if you can improve upon an existing
18  compound and make it more effective, I think that would
19  have -- a POSA would have had a reasonable expectation
20  of achieving that.
21  BY MS. HANSEN:
22      Q.  So in your opinion, the POSA also would, based
23  on the modifications that you've proposed the POSA would
24  make, the POSA would reasonably expect to achieve a
25  compound that is more effective than lev?

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

145

1    A.  In the sense that it would be more likely to
2 achieve brain penetration and, therefore, less would be
3 needed, and generally less is better when it comes to
4 medicine.
5        So in that sense, in that sense, it would have
6 been certainly no less effective, but the expectation
7 would be that it would be -- it would be a better
8 brain-penetrating agent and that would -- according to
9 the literature, that is a desirable thing.
10    Q.  And it would -- would a therapeutically useful
11 agent for the treatment of epilepsy also be more potent
12 in animal models than levetiracetam?
13    A.  Would you repeat that question again?
14    Q.  And would a therapeutically useful agent for
15 the treatment of epilepsy, what you've defined as the
16 definition of success, also have the characteristic that
17 it is more potent in animal models than levetiracetam?
18    A.  I think the answer to that, it would be, at a
19 minimum, no less potent than levetiracetam. But in
20 animal models, you know, vary one from the other. And
21 it could be that there is a standout, an exception.
22        That -- that doesn't necessarily mean that the
23 Levin and Waterbeemd and Lehmann conclusions are wrong,
24 it just could mean that some animal models, the
25 compounds may behave differently than one might -- one

146

1 might expect.
2        But I think in general, a POSA would expect a
3 better brain penetration, and that would have been
4 considered desirable.
5    Q.  And would the POSA have expected -- and so
6 to -- to identify what -- whether or not a compound is
7 therapeutically useful for the treatment of epilepsy,
8 does that require that the compound have better binding
9 to the LBS than levetiracetam?
10    MS. TORABI:  Objection, form.
11    A.  The POSA would have been concerned with brain
12 penetration, and that's not really being tested by
13 binding affinity models. So I think a POSA would have
14 paid a little bit more attention to the things that more
15 directly measure whether or not these compounds are
16 getting in -- into the brain.
17        And so perhaps animal models, human studies,
18 these sorts of things, would have made more sense
19 because it would have accounted for what was thought to
20 be one of the shortcomings of levetiracetam, which was
21 brain penetration.
22 BY MS. HANSEN:
23    Q.  Okay.  So -- but in your report, you say that
24 success is a therapeutically useful agent for the
25 treatment of epilepsy. That requires more than just

147

1 brain penetration; correct?
2    MS. TORABI:  Objection, form,
3 mischaracterizes.
4    A.  Yeah, so we're -- we're -- we're modifying a
5 bioactive compound that's FDA approved. So it's
6 understood here that we're not modifying anything and
7 just simply making it more lipophilic. We're actually
8 modifying -- a POSA would be modifying a known
9 antiepileptic agent.
10        So it was kind of understood, if it's not, I'm
11 going to state it, it's understood that, yes, you want
12 it to have the ability to penetrate into the brain and
13 to also have antiepileptic properties.
14 BY MS. HANSEN:
15    Q.  And you would also want the compound to be
16 relatively safe; correct?
17        A therapeutically useful agent for the
18 treatment of epilepsy also needs to be safe?
19    MS. TORABI:  Objection, form.
20    A.  A POSA would, of course, want to make sure
21 that they're not adding groups that would lead to some
22 toxicity problem and things like that.
23        So, yes, one has to account for that in
24 deciding how to modify a molecule.  In this case, we're
25 talking about putting methylenes, which are not

148

1 metabolically so problematic.
2        But in theory, you can't just put any old
3 group on a compound in order to achieve bioactivity, you
4 know, you have to consider metabolic issues, toxicity
5 issues.  So again, we want a compound to be relatively
6 safe, yes.
7 BY MS. HANSEN:
8    Q.  And you would also want a compound to have
9 relatively few side effects; correct?
10        Well, let me ask a different question.
11        A therapeutically useful agent for the
12 treatment of epilepsy also should have relatively few
13 side effects?
14    MS. TORABI:  Objection, form.
15    A.  I think we kind of covered that in the last
16 question in the sense that when you say safe or less
17 than -- less toxic or nontoxic, usually toxicity, often
18 that's the cause of the side effect. So I think the two
19 are connected.
20        Sure, a POSA wants to minimize -- wants to
21 optimize the drug properties, and among those is less
22 toxicity.  And, of course, there are rules of thumb for
23 that when designing compounds to -- to -- to have a --
24 to have the expectation of success in adding this or
25 that group to minimize toxicity, which minimizes,

Transcript of Salvatore D. Lepore, PhD                    44 (173 to 176)
Conducted on May 26, 2022

173

1   phenyl, you know, I don't think a POSA would have
2   considered that a good idea.
3        That's why I use the word "conservative." So
4   that's where it comes from.
5        Q.  Okay.  And what actually constitutes a
6   conservative design change?
7        A.  Well, we're starting with a fairly good lead
8   compound.  It has good -- good activity.  It's an
9   FDA-approved drug.
10       So it's the balancing between adding a little
11  more lipophilicity so that it's better brain
12  penetrating, but not changing it to the point where one
13  loses the -- the good qualities that you started with.
14       And so a POSA would have looked at Bobkov and
15  said we know what's been put there, that seems to work,
16  and what's roughly in that same length.
17       Again, Pardridge teaches use methylene.  So
18  we're not putting a phenyl there, because Pardridge
19  doesn't teach that, and Silverman doesn't teach that,
20  so -- but a phenyl does tell us something, it tells us
21  how far into space the group can go and that seem --
22  that is still seemingly tolerated.
23       So a POSA would have considered a propyl, at
24  least as one of the first and maybe a small list of
25  compounds.  Maybe butyl would be next.

174

1        And you mentioned how -- how far would it be
2   to get over to -- I didn't do that calculation, but, you
3   know, maybe you go to pentyl, maybe that would take you
4   there.  And maybe a pentyl would be tolerated.  But a
5   POSA would have thought a propyl seems more in keeping
6   with Bobkov.
7        Q.  Would a methyl be a conservative change?
8        A.  So we're -- and we're talking about the
9   parabolic curve.  So --
10       THE COURT REPORTER:  Excuse me, about the --
11       THE WITNESS:  Parabolic curve.
12       THE COURT REPORTER:  Thank you.
13       A.  And where are we on that parabolic curve.  I
14  think a POSA would have thought the propyl.  Butyl would
15  be nearer -- nearer the top of that curve than a methyl
16  because methyl is -- we're talking about just barely
17  over 1, over -- over zero, it's .1.  So we want to go a
18  little farther up.
19       But it's an optimization thing.  I'm just
20  saying it's a curve, it's obvious, it's routine.
21  Silverman teaches it.
22       I think propyl, a POSA would have thought a
23  propyl would be conservative and still get -- get the --
24  a good degree of lipophilicity brain permeation.
25       But I don't think a methyl would -- in the

175

1   scheme of things, would have been as attractive as a
2   propyl.
3   BY MS. HANSEN:
4        Q.  Now, another log P that you calculated was for
5   a hydroxy group on the pyrrolidone ring; is that right?
6        A.  Yes.
7        Q.  And that decreased lipophilicity, at least
8   based on your calculation, by a full log unit, that's
9   negative 1.16; is that right?
10       A.  Correct.
11       Q.  In the course of preparing your reports, did
12  you review defendant's invalidity contentions?
13       A.  I -- I'm not sure what I'm allowed to say, but
14  I was consulted about those contentions, consulted as an
15  expert.
16       Q.  Okay.
17       MS. HANSEN:  If we can bring out the
18  invalidity contentions.
19       We'll mark this as Exhibit 15.
20       (Marked Deposition Exhibit 15.)
21       THE WITNESS:  Thank you.
22  BY MS. HANSEN:
23       Q.  Now, Dr. Lepore, these are Defendant's Amended
24  Invalidity Contentions?
25       A.  I see that.

176

1        Q.  Okay.  Now, if you could turn to page 103.
2        And these values align very closely with the
3   values that you included in your report; is that right?
4        A.  Yes.
5        Q.  And is that because you calculated these
6   values as well?
7        A.  Yeah, as I said, I was consulted.  I'll be
8   clear, this is not my report.  I'm not signing off on
9   this.  They asked me for technical advice.  I was
10  consulted.  Yeah, I did calculate these values, yes.
11       Q.  And the log P that you calculated for a
12  compound with the phenyl group was 1.26; is that right?
13       A.  Yeah, I see that, yes.
14       Q.  Okay.  And you -- that -- that's the result of
15  your calculation?
16       A.  That's correct.
17       Q.  Okay.  You can put that aside.
18       You also calculated the result for the
19  compound seletracetam.  Do you recall that?
20       A.  That's correct.
21       Q.  Okay.  And that's in your rebuttal -- no,
22  sorry, that's in your -- that's in your rebuttal report.
23       Paragraph 91.
24       A.  90 -- 91, right?
25       Q.  And the log P value that you calculated for

261

1 proposition that n-alkyl groups are uniquely resistant
2 to undergo metabolic oxidation?
3    A.  Well, not in my opening report, I didn't, but
4 in response to Dr. MacMillan's assertion that n-alkyl
5 groups undergo oxidation readily, it's a Yuroshita [sic]
6 1970s or something where he showed a drug that had an
7 alkyl group and an aryl group and a, you know, pyrrol
8 ring.  And the alkyl is the least oxidized of the three.
9    Q.  Now, if we turn to page 93, Litina starts with
10 an analysis of earlier hunch correlations, for lack of a
11 better word.  And in the middle of the paragraph, it
12 says, "The most important finding in their analysis,"
13 this earlier analysis, "was that the log P for a variety
14 of antiepileptics fell in the range of 1.4 to 2.7."
15    Do you see that?
16    MS. TORABI:  Objection, form,
17 mischaracterizes.
18    A.  Yeah, I see that -- I see that written there,
19 yes.
20 BY MS. HANSEN:
21    Q.  Okay.  And if you take a look actually at the
22 abstract of this paper on the first page, page 91, the
23 final sentence reads, "Log P of" -- "Log P of 2 was
24 found to be ideal for passive penetrations of these
25 agents into the CNS."

262

1    Do you see that?
2    A.  Sure.  This is -- if you look at the range of
3 1 to 3 from -- from the Waterbeemd reference, yeah, 2
4 falls in the middle of that.
5    So I see that written there.  But again,
6 Waterbeemd discussed this more directly and much more in
7 the context of -- of -- of the lipophilicity
8 considerations.
9    But, yes, I see that the log 2 is listed
10 there, yes.
11    Q.  And this is a paper that focuses in particular
12 on anticonvulsants?
13    A.  Yeah, this is a publication that looks at
14 relationship of the anticonvulsant activity to a variety
15 of physical properties, yes.
16    Q.  And this was --
17    A.  Electronics, you know, amides constant.  You
18 know, so it looks at a variety of things.
19    And I don't think the conclusions reached here
20 necessarily -- in fact, I don't believe that they do
21 contradict the Waterbeemd conclusions, I think that the
22 two corroborate each other.
23    Q.  And this article is from 1998?
24    A.  That's correct.
25    Q.  So it postdates Waterbeemd?

263

1    A.  Well, yeah, it does.  It does.  But it's
2 referring to work that probably Waterbeemd -- would have
3 informed Waterbeemd's analysis as well.
4    Q.  Now, nowhere in Litina does it talk
5 specifically about adding alkyls to 2-pyrrolidine
6 groups; correct?
7    A.  Correct.  This looks at a variety of different
8 scaffolds and shows the importance of lipophilicity in
9 those scaffolds.  So there is a lot of teaching going on
10 about the importance of lipophilicity, but yet no
11 scaffold -- there was no pira- -- you know, piracetam
12 scaffold here.
13    Q.  Now, Litina does actually discuss two -- two
14 2-pyrrolidone compounds; right?
15    A.  Yeah, non-piracetam scaffolds, but, yes, yes,
16 that --
17    Q.  These are compounds 13 and 14 in Table VI on
18 page 103?
19    A.  Table -- Table VI or V?
20    Q.  Table VI.
21    A.  On page 103?
22    So you're referring to the five -- right?
23    Q.  I'm referring to the star and two star.  First
24 star says 3-(phenylmethyl)-2-pyrrolidinone.
25    A.  I see.  At the bottom, okay.

264

1    Yeah, I see those, the two asterisks there.  I
2 see that.
3    Q.  And those 2-pyrrolidinone compounds are both
4 substituted at the 3-position?
5    A.  Sure, of this non-piracetam scaffold system,
6 sure.  At the 3-position.
7    Q.  Okay.
8    MS. HANSEN:  Why don't we take a break.  Let
9 me see if I can wrap up.
10    MS. TORABI:  Sounds good.
11    THE VIDEOGRAPHER:  We're going off the record.
12 The time is 4:40 p.m.
13    (Recess taken.)
14    THE VIDEOGRAPHER:  We are back on the record.
15 The time is 4:53 p.m.
16 BY MS. HANSEN:
17    Q.  Dr. Lepore, let's turn to Exhibit 14, which is
18 the Lehmann reference in translation.
19    A.  Okay, I have it.
20    Q.  Now, the Lehmann equation equating log P and
21 MES data is based on 19 compounds; is that right?
22    A.  That's correct.
23    Q.  And one of those compounds is an acyclic
24 compound?
25    A.  That's correct.

Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

265

1    Q.  And that equation does not include
2  ethosuximide; is that right?
3    A.  Yes.
4    Q.  And ethosuximide was excluded because it has
5  a -- no activity in the MES test?
6       CONFERENCE RECORDING:  Julie Vernon.
7  Left.
8       CONFERENCE RECORDING:  Julie Vernon.
9  Joined.
10    A.  You know, just a -- I -- I know that a data
11  point was excluded.  I believe it was ethosuximide.  But
12  I -- and I think I see that from the --
13       MS. HANSEN:  Julie, you're not on mute.
14    A.  So to answer your question, I -- I do -- I
15  realize that there is one that was excluded, but -- and
16  I think it was ethosuximide, but I'm -- I guess I should
17  consult my --
18  BY MS. HANSEN:
19    Q.  You want to take a look at Exhibit 13, which
20  is the untranslated version with better graphics.
21    A.  Yeah.  But even then --
22    Q.  Take a look at Tabla 1, the third compound
23  down is ETS?
24    A.  Yeah, I see that, but --
25    Q.  And that's ethosuximide?

266

1    A.  But I don't -- can you -- I -- if my --
2  50-year-old eyes are not making out that spot there.  Is
3  that --
4    Q.  It's on the first page.
5       Really on the first page.  In the table.
6    A.  Okay, there's the -- okay.  All right.  Okay.
7  I see that, thank you.
8       I think it's also in the graph here, but I
9  just -- yeah.  Okay.  I see that.  And it wasn't -- it
10  wasn't excluded -- it was not included, I see that.
11    Q.  Right.
12       And that's because the pE2 value is greater
13  than 2.149; is that right?
14    A.  I -- I see that, yes.
15    Q.  And greater than 2.149 suggests there is --
16    A.  Or less than, actually.
17    Q.  Right.  Less than -- less than 2.149 suggests
18  that there was a ED50 val- -- established for that
19  compound?
20    A.  Did I -- did it state that in the paper?  I've
21  got to refresh my memory, I don't...
22       I see that it said that it was excluded, but I
23  don't recall where it said it in the paper.
24    Q.  I don't believe it does.
25    A.  Okay.  Okay.

267

1    Q.  I'm just asking if that's your understanding.
2    A.  Well, you know, it might have considered it an
3  outlier for a variety of reasons.  I think the compound
4  ethosuximide is -- it may be one that is easily ionized.
5  You know, I would have to refresh my memory.  But it
6  could be it's one that is easily ionized.
7       So that's what ethosuximide is...
8    Q.  Now, you --
9    A.  Yeah.
10    Q.  Okay.  So moving on, ETS, ethosuximide, has a
11  log P value of .21?
12    A.  That's correct.
13       But I just want to be a little bit careful
14  here that, --
15    Q.  Um-hum (affirmative).
16    A.  -- you know, when a -- when a data specialist
17  excludes a compound, they generally follow pretty
18  specific rules.  In a peer-reviewed publication, you
19  can't just throw out any data.
20    Q.  Um-hum (affirmative).
21    A.  You know, it could be that he had evidence --
22  and it's stated here, but he may have evidence to show
23  that there was something that happened to this compound,
24  it became ionized, hydrolyzed, something, that would
25  mean that it just wouldn't be fair to include that in

268

1  the analysis.
2       So he didn't state it.
3    Q.  Um-hum (affirmative).
4    A.  Maybe it's in some supporting information.
5  But, you know, I just want to be careful about talking
6  about what their thought process might have been, yeah.
7    Q.  Have you examined whether or not ethosuximide
8  is, in fact, active in the MES test?
9    A.  I may have looked that up.  But, you know, I
10  don't -- I don't recall right now, but --
11    Q.  Okay.
12    A.  -- off the top of my head if it is.
13    Q.  Now, on -- again, I'm looking at the
14  untranslated version because the graphics are better.
15    A.  Sure.
16    Q.  But of the structures that are examined, none
17  of them are on the piracetam scaffold?
18    A.  So again, for -- that's correct, none of them
19  are strictly -- right, they are not the piracetam
20  scaffold.  They are just partially saturated
21  heterocycles.
22    Q.  And none of them are 2-pyrrolidones?
23    A.  Well, they're -- right.  There is two
24  5-pyrrolidones, but no.  One of them -- none of them
25  have strictly the 2-pyrrolidone scaffold -- ring, I

Confidential
Transcript of Salvatore D. Lepore, PhD
Conducted on May 26, 2022

68 (269 to 272)

269

1  should say.
2      Q.  Okay.  Over the course of today's testimony,
3  during any of your breaks, did you talk to your counsel
4  about the content of your testimony?
5      A.  I have not.
6          MS. HANSEN:  I would like to mark the record
7  as confidential.  And unless your counsel has
8  further questions, I am done for the day.
9          MS. TORABI:  No questions from -- from me.
10         MS. HANSEN:  Okay.  Thank you very much for
11 your time.
12         THE VIDEOGRAPHER:  This concludes today's
13 deposition.  We are going off the record.  The time
14 is 5:01 p.m.
15 (This deposition was concluded at 5:01 p.m.)
16
17
18
19
20
21
22
23
24
25

270

1              CERTIFICATE OF REPORTER
2
3      STATE OF FLORIDA            )
4      COUNTY OF SARASOTA          )
5
6      I, Nancy E. Paulsen, CRR, CRC, RPR, FPR, RSA
7  certify that I was authorized to and did
8  stenographically report the deposition of SALVATORE D.
9  LEPORE, PhD, and that the foregoing pages are a true and
10 complete record of my stenographic notes taken during
11 said deposition.
12
13     I further certify that I am not a relative,
14 employee, attorney, or counsel of any of the parties,
15 nor am I a relative or employee of any of the parties'
16 attorneys or counsel connected with the action, nor am I
17 financially interested in the action.
18
19     Dated this 29th day of May, 2022.
20
21
22
23     _____
            Nancy E. Paulsen, CRR, CRC, RPR, FPR
24
25

271

1              CERTIFICATE OF OATH
2
3      STATE OF FLORIDA            )
4      COUNTY OF SARASOTA          )
5
6      I, the undersigned authority, certify that
7  SALVATORE D. LEPORE, PhD appeared via videoconference
8  before me on May 26, 2022, produced a Florida driver's
9  license for identification, and was duly sworn.
10
11     WITNESS my hand and official seal this 29th day of
12 May, 2022.
13
14
15
16
17
18
19
20     _____
            Nancy E. Paulsen, CRR, CRC, RPR, FPR
21     Notary Public
       State of Florida at Large
22     My Commission Number:  GG364118
       Expires:  September 17, 2023
23
24
25

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | C.A. No. 20-987 (CFC) |
| v. | ) | (Consolidated) |
| | ) | |
| ANNORA PHARMA PRIVATE LIMITED, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT 15C**
**PLAINTIFFS' REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 3 TO PRECLUDE DR. LEPORE FROM USING CERTAIN REFERENCES IN HIS OBVIOUSNESS COMBINATIONS**

Dr. Lepore's use of Lehmann and Silverman should be strictly curtailed.[1] If these references constitute "background" to Dr. Lepore's obviousness opinions, as Defendants assert, Dr. Lepore should have raised them in his Opening Report—not his Reply Report. Defendants' citation to *TQ Delta* is inapposite, as *TQ Delta* addressed the inclusion of new references disclosed "in the parties' *opening* expert reports." *See TQ Delta, LLC v. ADTRAN, Inc.*, C.A. No. 14-954-RGA, 2019 WL 4346530, at *1 (D. Del. Sept. 12, 2019) (emphasis added).

Defendants assert that Dr. Lepore's use of these references constitutes proper rebuttal. *See* Opp. at 2–3. Plaintiffs are not seeking to completely exclude the use of these references, but rather their use to support new invalidity theories raised on reply. *See, e.g.*, Ex. 5 (Lepore Tr.) at 31:16–32:21, 42:19–43:1 (confirming use of Silverman as invalidity reference); Ex. 6 (Lepore Reply Rep.) ¶ 108 (providing new reason why POSA would expect brivaracetam to be active at binding site). Such testimony is improper on rebuttal and should be excluded. *Withrow v. Spears*, 967 F. Supp. 2d 982, 1002 (D. Del. 2013) (expert reports that "do not directly contradict or rebut" opposing report are not proper rebuttal); *see also* Opp. at 1 (stating that Defendants do not intend to use Lehmann and Silverman as invalidating references).

---

[1] Plaintiffs do not dispute Dr. Lepore's ability to rely on Lehmann and Silverman to address Plaintiffs' evidence of objective indicia of unexpected results and skepticism, but he should not be permitted to use this rebuttal as an attempt to introduce new invalidity arguments.

1