IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UCB, INC. and UCB BIOPHARMA SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-987 (CFC) |
| | ) | **CONSOLIDATED** |
| ANNORA PHARMA PRIVATE | ) | |
| LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF LODGING OF PLAINTIFFS' TRIAL
DEMONSTRATIVES**

PLEASE TAKE NOTICE that Plaintiffs UCB, Inc. and UCB Biopharma SRL

(collectively, "UCB") hereby lodge copies of Plaintiffs' demonstrative exhibits used

at trial in this action held from November 14 through November 17, 2022.

Exhibit 1: Plaintiffs' Opening Statement (PDX-1-44);

Exhibit 2: Cross Examination of Salvatore Lepore, Ph.D. (PDX-2-1-10);

Exhibit 3: Direct Examination of Tristan T. Sands, M.D., Ph.D. (PDX-3-1-15);

Exhibit 4: Direct Examination of Professor Wolfgang Löscher, D.V.M., Ph.D. (PDX-4-1-50);

Exhibit 5: Direct Examination of David W. MacMillan (PDX-5-1-78); and

Exhibit 6: Plaintiffs' Closing Statement (PDX-6-1-43).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs UCB, Inc. and
UCB Biopharma SRL*

OF COUNSEL:

George F. Pappas
Erica N. Andersen
Philip S. May
Cody J. Reeves
Connor J. Kelley
Tobias Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
(202) 662-6000

Alexa R. Hansen
Khala James
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2544
(415) 591-6000

December 15, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 15, 2022, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                         *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendant Annora*
*Pharma Private Limited*

Saukshmya Trichi, Esquire                           *VIA ELECTRONIC MAIL*
Julie Vernon, Esquire
CARLSON CASPERS LLP
Capella Tower, Suite 4200
225 South Sixth Street
Minneapolis, MN  55402
*Attorneys for Defendant Annora*
*Pharma Private Limited*

Todd S. Werner, Esquire                             *VIA ELECTRONIC MAIL*
William Woodford, Esquire
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN  55402
*Attorneys for Defendant Annora*
*Pharma Private Limited*

Dominick T. Gattuso, Esquire  
HEYMAN ENERIO GATTUSO & HIRZEL LLP  
300 Delaware Avenue, Suite 200  
Wilmington, DE  19801  
*Attorneys for Defendants Apotex Inc.*  
*and Apotex Corp.*

*VIA ELECTRONIC MAIL*

George C. Lombardi, Esquire  
Bryce A. Cooper, Esquire  
Kurt A. Mathas, Esquire  
Reid Smith, Esquire  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, IL  60601-9703  
*Attorneys for Defendants Apotex Inc.*  
*and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Sharon Lin, Esquire  
WINSTON & STRAWN LLP  
1901 L Street NW  
Washington, D.C.  20036  
*Attorneys for Defendants Apotex Inc.*  
*and Apotex Corp.*

*VIA ELECTRONIC MAIL*

Dominick T. Gattuso, Esquire  
HEYMAN ENERIO GATTUSO & HIRZEL LLP  
300 Delaware Avenue, Suite 200  
Wilmington, DE  19801  
*Attorneys for Defendants MSN*  
*Pharmaceuticals Inc. and MSN Laboratories*  
*Private Ltd.*

*VIA ELECTRONIC MAIL*

George C. Lombardi, Esquire                          *VIA ELECTRONIC MAIL*
Bryce A. Cooper, Esquire
Kurt A. Mathas, Esquire
Reid Smith, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants MSN*
*Pharmaceuticals Inc. and MSN Laboratories*
*Private Ltd.*

Sharon Lin, Esquire                                  *VIA ELECTRONIC MAIL*
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C.  20036
*Attorneys for Defendants MSN*
*Pharmaceuticals Inc. and MSN Laboratories*
*Private Ltd.*

                                        */s/ Megan E. Dellinger*

                                        Megan E. Dellinger (#5739)