EXHIBIT 1

# UCB, Inc., et al.
# v.
# Annora Pharma Private Limited, et al.

## C.A. No. 20-987 (CFC) (JLH)

## Plaintiffs' Opening

November 14, 2022

PDX-1-1

# BRIVIACT®



**BRIVIACT. (brivaracetam) Ⓒ**

**Briviact Label**




## HIGHLIGHTS OF PRESCRIBING INFORMATION

These highlights do not include all the information needed to use BRIVIACT® safely and effectively. See full prescribing information for BRIVIACT.

BRIVIACT® (brivaracetam) tablets, for oral use, CV
BRIVIACT® (brivaracetam) oral solution, CV
BRIVIACT® (brivaracetam) injection, for intravenous use, CV
Initial U.S. Approval: 2016

------------------------------RECENT MAJOR CHANGES----------------------------

| | |
|---|---|
| Indications and Usage (1) | 8/2021 |
| Dosage and Administration (2.1, 2.5) | 8/2021 |

------------------------------INDICATIONS AND USAGE-------------------------------

BRIVIACT is indicated for the treatment of partial-onset seizures in patients 1 month of age and older. (1)

------------------------------DOSAGE AND ADMINISTRATION------------------------------

- *Adults (16 Years and Older):* The recommended starting dosage for monotherapy or adjunctive therapy is 50 mg twice daily (100 mg per day). Based on individual patient tolerability and therapeutic response, the dosage may be adjusted down to 25 mg twice daily (50 mg per day) or up to 100 mg twice daily (200 mg per day). (2.1)
- *Pediatric Patients (1 Month to less than 16 Years):* The recommended dosage is based on body weight and is administered orally twice daily (2.1)
- *Injection:* for intravenous use only when oral administration is temporarily not feasible; dosing is the same as oral regimen. (2.1, 2.3)
- *Hepatic Impairment:* Dose adjustment is recommended for all stages of hepatic impairment. (2.5)

------------------------------DOSAGE FORMS AND STRENGTHS------------------------------

- Tablets: 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg (3)
- Oral solution: 10 mg/mL (3)
- Injection: 50 mg/5 mL single-dose vial (3)

JTX-20066-001

# Epilepsy Is a Heterogeneous Disorder



**Many Different Types of Seizures**

**Partial Onset**
– Simple partial
– Complex partial
– Secondary generalized

**Generalized Onset**
– Absence
– Tonic-Clonic
– Myoclonic
– Atonic

**Many Different Manifestations**

– Blinking
– Foaming at the mouth
– Chewing
– Tachycardia
– Loss in body tone
– Repeated words

– Grunts
– Loss of consciousness
– Limb jerking
– Dystonic posturing
– Apnea

PDX-1-3

# Plaintiffs' Clinical Expert



*Tristan Sands, M.D., Ph.D.*

## ▪ Education

- M.D., Ph.D., Columbia University College of Physicians and Surgeons (2010, 2008)

- Pediatrics Residency, University of California San Francisco (2010-2012)

- Child Neurology Residency, University of California San Francisco (2012-2015)

- Neurophysiology Fellowship, Columbia University Irving Medical Center (2015-2016)

- Epilepsy Fellowship, Columbia University Irving Medical Center (2016-2017)

## ▪ Professional Experience

- Assistant Professor of Neurology & Practicing Neurologist, Columbia University Irving Medical Center (2017-Present)

  - Focuses on treating pediatric and neo-natal patients with epilepsy

  - Conducts clinical epilepsy research



**MANAGING EPILEPSY & SEIZURES**
Facts to Help Keep You Safe

# Make your HOME SAFER

## ✓ In the kitchen:

 Cook with a partner

 Use the microwave for most cooking

 Use non-breakable dishes

 Use caution with hot foods and liquids

## ✓ In the bathroom:

 Take a shower instead of a bath

 Install a rubber mat or non-skid strips on the tub or shower floor

SUDEP happens most often while the person is sleeping

Bathtub drowning is the most common cause of accidental death for people with epilepsy and seizures

## ✓ In the bedroom:

 Consider using a seizure alert monitor or sharing a room so others can hear if a seizure happens

 Move your bed away from walls, night tables and other sharp or hard objects

## ✓ Around the house:

 Pad hard edges of tables and other furniture

Keep walkways and floors clear of cords, tools and toys

 Don't use kitchen appliances or power tools when you're alone

PTX-193-002

# Treatment With Anti-Seizure Drugs



# Briviact Has Been Praised by Others in the Field



**Asadi-Pooya**

prior AEDs Therefore, BRV was efficacious for the treatment of focal epilepsies even in patients who had been previously exposed to and failed other commonly prescribed AEDs. This is an important finding and offers promise for patients with multidrug-resistant epileptic seizures.

JTX-20040-005

**Hirsch**

This patient cohort suggests that switching patients pretreated with LEV directly to BRV may improve seizure control and decrease the incidence of psychiatric side effects in a substantial percentage of patients. Correspondingly, for patients with a history of a failed treatment with LEV BRV constitutes a promising treatment option.

JTX-20046-003

**Rogawski**

55 mg kg⁻¹, respectively: Matagne *et al.*, 2008). A recent phase II clinical trial in 208 patients demonstrated that brivaracetam (5–50 mg daily) produced a dose-dependent reduction in the frequency of seizures in adults with refractory partial seizures (French *et al.*, 2007). Remarkably, brivaracetam had an adverse event profile indistinguishable from placebo.

JTX-20036-003

PDX-1-7



**5.** (2S)-2-[(4R)-2-oxo-4-propylpyrrolidinyl]butanamide or a pharmaceutically acceptable salt thereof.



JTX-20001-046

# Plaintiffs' Pharmacology Expert



*Wolfgang Löscher,*
*D.V.M., Ph.D.*

- **Education**
  - D.V.M., Ph.D., Free University of Berlin, Germany (1969-75)
  - Post-Doctoral Studies
    - Free University of Berlin, Germany: Pharmacology (1975-78)
    - LEO Pharmaceuticals, Copenhagen, Denmark: Pharmacology (1978)
    - National Institutes of Health (NIH), Bethesda, MD: Pharmacology (1979)

- **Professional Experience**
  - Department of Pharmacology and Toxicology, Free University of Berlin, Germany (1975-86)
  - Department of Neuropsychopharmacology, Schering, Germany (1986-87)
  - Department of Pharmacology, Toxicology, and Pharmacy, School of Veterinary Medicine, Germany (1987-present)
  - Head of Center for Systems Neuroscience, Germany (2002-present)

# UCB Synthesized Over 12,000 Compounds



Levetiracetam

Brivaracetam

PTX-003, PTX-004, PTX-204, PTX-246

Case 1:20-cv-00697-CFC-JLH   Document 234-1   Filed 12/15/22   Page 12 of 245 PageID #: 5910



# Chemistry of Brivaracetam



**2-pyrrolidone ring**

# Chemistry of Brivaracetam



**2-pyrrolidone ring**

**butanamide/butyramide chain**



# Chemistry of Brivaracetam

**2-pyrrolidone ring**

**butanamide/butyramide chain**
**acetamide group**

# Chemistry of Brivaracetam



**2-pyrrolidone ring**

**butanamide/butyramide chain**
**acetamide group**
**ethyl side chain**

# Chemistry of Brivaracetam



**2-pyrrolidone ring**
**2-carbonyl**

**butanamide/butyramide chain**
**acetamide group**
**ethyl side chain**



**4-n-Propyl**

**2-pyrrolidone ring**
  **2-carbonyl**

**butanamide/butyramide chain**
  **acetamide group**
  **ethyl side chain**

# Methylene Groups



# Chemistry of Brivaracetam



**4-n-Propyl**

**2-pyrrolidone ring**
   **2-carbonyl**
   ***chiral carbon**

**butanamide/butyramide chain**
   **acetamide group**
   **ethyl side chain**
   ***chiral carbon**

# Non-Obviousness: Legal Standards





"A party seeking to invalidate a patent based on obviousness must demonstrate by clear and convincing evidence that a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success in doing so."

*Procter & Gamble Co. v. Teva Pharms. USA, Inc.*, 566 F.3d 989, 994 (Fed. Cir. 2009) (cleaned up)

"Throughout this Court's engagement with the question of obviousness, our cases have set forth an expansive and flexible approach. . . ."

*KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 415 (2007)

"A factfinder should be aware, of course, of the distortion caused by hindsight bias and must be cautious of arguments reliant upon *ex post* reasoning."

*KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 421 (2007)

# The Drug Discovery Process



# Non-Obviousness: Lead Compound, Modification, and Expectation



"Our case law demonstrates that whether a new chemical compound would have been *prima facie* obvious over particular prior art compounds ordinarily follows a two-part inquiry.

First, the court determines whether a chemist of ordinary skill would have selected the asserted prior art compounds as lead compounds, or starting points, for further development efforts. . . .

The second inquiry in the analysis is whether the prior art would have supplied one of ordinary skill in the art with a reason or motivation to modify a lead compound to make the claimed compound with a reasonable expectation of success."

*Otsuka Pharm. Co. v. Sandoz, Inc.*, 678 F.3d 1280, 1291-92 (Fed. Cir. 2012)
(emphasis added)

# Non-Obviousness: Lead Compound, Modification, and Expectation



"Proof of obviousness based on structural similarity requires ***clear and convincing evidence*** that a medicinal chemist of ordinary skill would have been motivated to select and then to modify a prior art compound (*e.g.*, a lead compound) to arrive at a claimed compound with a ***reasonable expectation that the new compound would have similar or improved properties compared with the old*.**"

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1352 (Fed. Cir. 2010) (emphases added)

# Decision Steps for the POSA to Develop a More Lipophilic, Yet Therapeutically Useful ASD



# Chemical Structure Impacts Relevant Properties in Drug Discovery



Case 1:20-cv-00985-GFC-JLH Document 23A-1 Filed 12/15/22 Page 27 of 245 PageID #: 5925



"While the lead compound analysis must, in keeping with *KSR*, not rigidly focus on the selection of a single, best lead compound . . . the analysis still requires the challenger to demonstrate by clear and convincing evidence that one of ordinary skill in the art would have had a reason to select a proposed lead compound or compounds ***over other compounds*** in the prior art."

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1354 (Fed. Cir. 2010) (internal citation omitted) (emphasis added)

# Non-Obviousness: Selecting a Lead Compound



"A lead compound . . . is a compound in the prior art that would be ***most promising*** to modify in order to improve upon its activity and obtain a compound with better activity."

*Otsuka Pharm. Co. v. Sandoz, Inc.*, 678 F.3d 1280, 1291 (Fed. Cir. 2012) (cleaned up) (emphasis added)

# Potential Leads: Approved ASDs as of February 2000



PTX-069

# A POSA Would Not Have Selected Levetiracetam as a Lead Compound

There was **little clinical experience** with levetiracetam as of February 2000

Levetiracetam's **mechanism of action** was unknown in February 2000

Preclinical data suggested that patients would develop a **tolerance** to levetiracetam

# Plaintiffs' Medicinal Chemistry Expert



*David W. MacMillan, Ph.D.*

- **Education**
  - Ph.D., University of California Irvine (1996)

- **Professional Experience**
  - James S. McDonnell Distinguished Professor of Chemistry, Princeton University (2006-present)
  - Honors and Awards
    - Inducted as a Fellow of the Royal Society (2012)
    - Elected to the National Academy of Sciences (2018)
    - Nobel Prize in Chemistry (2021)

# What Is Lipophilicity?

## Less Lipophilic

 **Lower** log P/log D

 Dissolves in **water**

## More Lipophilic

 **Higher** log P/log D

 Dissolves in **oil, fat**

# No Motivation to Increase Lipophilicity or Reasonable Expectation of Success

Case 1:25-cv-00382-CFC-SRF Document 456 Filed 12/13/23 Page 33 of 245 PageID #: []

## Sufficient amounts of levetiracetam were reaching the brain



## Levetiracetam's known side effects were occurring in the brain



## Compounds with increased lipophilicity have downsides



Ejected from brain

Metabolized

Absorbed by other cells

# Noyer Shows Increasing Lipophilicity Decreases Affinity and Activity



UCB v. Amera, et. al.
DTX-10068

DTX-10068.0005



**Levetiracetam**

$ED_{50}$ = 0.05 mmol/kg
$pK_i$ = 6.1



**Compound 4**

+CH$_2$

$ED_{50}$ = 0.13 mmol/kg
$pK_i$ = 5.3



**Compound 6**

+CH$_2$

$ED_{50}$ = 0.18 mmol/kg
$pK_i$ = 5.0

## Affinity and activity decrease

# Defendants' Theory is Driven by Hindsight



Levetiracetam







Brivaracetam

# Many Potential Substituents Would Increase Lipophilicity



Case 1:20-cv-00987-CFC-JLH Document 314-1 Filed 12/15/22 Page 37 of 245 PageID #: 5938





modify butanamide side chain

Case 1:20-cv-00987-CFC-JLH Document 314-1 Filed 12/15/22 Page 39 of 245 PageID #: 5931



change ring size
or open ring

modify butanamide side chain



change ring size
or open ring

change carbonyl

modify butanamide side chain

# A POSA Had Many Options to Modify

add substituent at
3, 4, and/or 5 position



change ring size
or open ring

change carbonyl

modify butanamide side chain

# Bobkov Does Not Address Levetiracetam, Its Affinity, or Its Activity



DTX-10073.0001



DTX-10068.0005



|  | **Bobkov** | **Noyer** | **Levetiracetam** |
|---|:---:|:---:|:---:|
| LBS Affinity | ✗ | ✓ | ✓ |
| Audiogenic Mouse Model | ✗ | ✓ | ✓ |
| MES Model | ✓ | ✗ | ✗ |
| PTZ Model | ✓ | ✗ | ✗ |

# Bobkov Would Not Have Led the POSA to a 4-n-Propyl



levetiracetam

4-phenyl-piracetam

brivaracetam

# Prior Art Lipophilicity Teachings Led Away from n-Propyl Group



**Waterbeemd**

Optimal log *D* values for brain uptake should be in the range of 1−4. These plots demonstrate clearly that this lipophilicity constraint is a necessary, but not automatically a sufficient one. Namely, in

DTX-10067.0012



**Litina**

This was the first consideration in terms of QSAR. The most important finding in their analysis was that log $P_0$ for a variety of antiepileptics fell in the range of 1.4 to 2.7.

DTX-10075.0003

Log $P_0$ of 2 was found to be ideal for passive penetration of these agents into the CNS.

DTX-10075.0001

**Brivaracetam's log P according to Dr. Lepore: 0.90**



# Noyer Teaches Activity Is Sensitive to Structural Change



DTX-10068.0005

PDX-1-44

EXHIBIT 2



Estructuras de los agentes anticonvulsivos estudiados.

| HIDANTO-INAS | SUCCINI-MIDAS | BARBITU-RATOS | OXAZOLIDIN-DIONAS |
|---|---|---|---|
| DPH : 5φ , 5φ | ETS : 3Me , 3Et | PEB : 5Et , 5φ | MMO : 3Me , 5Me , 5Me |
| MEH : 3Me , 5Et , 5φ | MES : 1Me , 3Me , 3φ | MEB : 1Me , 5Et , 5φ | MEO : 3Me , 5Me , 5Et |
| ETH : 5Et , 5φ | PMS : 1Me , 3φ | EMB : 1Me , 5Et , 5Et | |
| NIH : 5Et , 5φ | MPS : 3Me , 3φ | EEB : 5Et , 5Et | |
| PHH : 5φ | EPS : 3Et , 3φ | | |
| | PPS : 3φ , 3φ | OTROS | |
| | PES : 3φ | PAU | PRI |

# Compounds of Bobkov

TABLE 1.   Central Neurotropic Depressant Action of the Compounds Tested (in $ED_{50}$ mg/kg with confidence interval at $P < 0.05$)

| Test | 4-Phenyl-piracetam | Pirace-tam | 4-Phenyl-pyrrolidone | Morpholep |
|---|---|---|---|---|
| Climbing on the netting (investigative behavior) | 382 (344—420) | Not det. | 64 (57—71) | 50 (20—80) |
| Rotating rod | 455 (396—514) | » | 124 (92—156) | 270 (263—287) |
| Maximal electric shock | 50 (30—70) | » | 127 (105—149) | 55 (48—63) |
| Antagonism with convulsant action of metrazol | 300 (113—487) | » | 168 (132—204) | 65 (42—88) |
| Suppression of evoked aggressiveness | 366 (210—522) | » | 88 (52—124) | 120 (97—143) |
| Acute 24-hourly toxicity ($LD_{50}$ in mg/kg by intraperitoneal injection) | 1100 (850—1430) | >10 000 | 352 (280—442) | 480 (472—488) |

Legend. Limits of variations shown in parentheses.



4-phenylpiracetam



piracetam



4-phenylpyrrolidone



Morpholep
(morsuximide)

# Compounds from DDX(Lepore) 29-32 compared to Levetiracetam



Phensuximide



Methsuximide



Levetiracetam



Trimethadione



Paramethadione

PDX-2-3

# Compounds from DDX(Lepore) 29-32 compared to Morpholep

Case 1:15-cv-02887-CFC-JLH Document 334-1 Filed 12/15/23 Page 50 of 245 PageID #: 5138



Phensuximide



Methsuximide



Morpholep
(morsuximide)



Trimethadione



Paramethadione

# Compounds from Noyer





| Levetiracetam | |
|---|---|
| Molecular Weight | 170 g/mol |
| $ED_{50}$ (mmol/kg) | 0.05 |
| $ED_{50}$ (mg/kg) | 8.5 |

| Noyer: Compound 7 | |
|---|---|
| Molecular Weight | 226 g/mol |
| $ED_{50}$ (mmol/kg) | 0.24 |
| $ED_{50}$ (mg/kg) | 54.24 |

$$ED_{50}\left(\frac{mg}{kg}\right) = ED_{50}\left(\frac{mmol}{kg}\right) \times \frac{1\ mol}{1,000\ mmol} \times Molecular\ Weight\left(\frac{g}{mol}\right) \times \frac{1,000\ mg}{g}$$

# GB '692 Claimed Compounds: 4-Substituted

2. (5-methyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
3. (3-methyl-2-oxo-pyrrolidino)-acetamide.
4. 2-(2-oxo-pyrrolidino)-propionamide.
5. 2-(5-methyl-2-oxo-pyrrolidino)-butyramide.
6. 2-(5-methyl-2-oxo-pyrrolidino)-propionamide.
7. (4-methyl-2-oxo-pyrrolidino)-acetamide.
8. (5-methyl-2-oxo-pyrrolidino)-acetamide.
9. (3,3-dimethyl-2-oxo-pyrrolidino)-acetamide.
10. (3,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
11. (4,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
12. (5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
13. (3,5,5-trimethyl-2-oxo-pyrrolidino)-acetamide.
14. 2-(2-oxo-pyrrolidino)-butyramide.
15. 2-(2-oxo-pyrrolidino)-3-methyl-butyramide.
16. (5-ethyl-2-oxo-pyrrolidino)-acetamide.
17. (4,5-dimethyl-2-oxo-pyrrolidino)-N,N-dimethylacetamide.
18. (5,5-dimethyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
19. 2-(4-methyl-2-oxo-pyrrolidino)-butyramide.
20. 2-(4-methyl-2-oxo-pyrrolidino)-propionamide.
21. 2-(4,5-dimethyl-2-oxo-pyrrolidino)-propionamide.
22. N-allyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
23. N-n-butyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
24. (3,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
25. (4,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
26. N-n-propyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
27. N-isopropyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
28. N-allyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
29. N-propargyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
30. N-n-butyl-2-(5,5-dimethyl-2-oxo-pyrrolidino)-butyramide.
31. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-pyrrolidine.
32. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-piperidine.
33. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-morpholine.


Claim 7


Claim 19


Claim 20

PDX-2-6

# GB '692 Claimed Compounds: Unsubstituted Butyramides

2. (5-methyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
3. (3-methyl-2-oxo-pyrrolidino)-acetamide.
4. 2-(2-oxo-pyrrolidino)-propionamide.
5. 2-(5-methyl-2-oxo-pyrrolidino)-butyramide.
6. 2-(5-methyl-2-oxo-pyrrolidino)-propionamide.
7. (4-methyl-2-oxo-pyrrolidino)-acetamide.
8. (5-methyl-2-oxo-pyrrolidino)-acetamide.
9. (3,3-dimethyl-2-oxo-pyrrolidino)-acetamide.
10. (3,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
11. (4,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
12. (5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
13. (3,5,5-trimethyl-2-oxo-pyrrolidino)-acetamide.
14. 2-(2-oxo-pyrrolidino)-butyramide.
15. 2-(2-oxo-pyrrolidino)-3-methyl-butyramide.
16. (5-ethyl-2-oxo-pyrrolidino)-acetamide.
17. (4,5-dimethyl-2-oxo-pyrrolidino)-N,N-dimethylacetamide.
18. (5,5-dimethyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
19. 2-(4-methyl-2-oxo-pyrrolidino)-butyramide.
20. 2-(4-methyl-2-oxo-pyrrolidino)-propionamide.
21. 2-(4,5-dimethyl-2-oxo-pyrrolidino)-propionamide.
22. N-allyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
23. N-n-butyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
24. (3,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
25. (4,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
26. N-n-propyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
27. N-isopropyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
28. N-allyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
29. N-propargyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
30. N-n-butyl-2-(5,5-dimethyl-2-oxo-pyrrolidino)-butyramide.
31. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-pyrrolidine.
32. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-piperidine.
33. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-morpholine.



Claim 5



Claim 14



Claim 19

# GB '692 Claimed Compounds: Di/Tri-Substituted



2. (5-methyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
3. (3-methyl-2-oxo-pyrrolidino)-acetamide.
4. 2-(2-oxo-pyrrolidino)-propionamide.
5. 2-(5-methyl-2-oxo-pyrrolidino)-butyramide.
6. 2-(5-methyl-2-oxo-pyrrolidino)-propionamide.
7. (4-methyl-2-oxo-pyrrolidino)-acetamide.
8. (5-methyl-2-oxo-pyrrolidino)-acetamide.
9. (3,3-dimethyl-2-oxo-pyrrolidino)-acetamide.
10. (3,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
11. (4,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
12. (5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
13. (3,5,5-trimethyl-2-oxo-pyrrolidino)-acetamide.
14. 2-(2-oxo-pyrrolidino)-butyramide.
15. 2-(2-oxo-pyrrolidino)-3-methyl-butyramide.
16. (5-ethyl-2-oxo-pyrrolidino)-acetamide.
17. (4,5-dimethyl-2-oxo-pyrrolidino)-N,N-dimethylacetamide.
18. (5,5-dimethyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
19. 2-(4-methyl-2-oxo-pyrrolidino)-butyramide.
20. 2-(4-methyl-2-oxo-pyrrolidino)-propionamide.
21. 2-(4,5-dimethyl-2-oxo-pyrrolidino)-propionamide.
22. N-allyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
23. N-n-butyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
24. (3,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
25. (4,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
26. N-n-propyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
27. N-isopropyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
28. N-allyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
29. N-propargyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
30. N-n-butyl-2-(5,5-dimethyl-2-oxo-pyrrolidino)-butyramide.
31. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-pyrrolidine.
32. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-piperidine.
33. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-morpholine.

Claim 9   Claim 10   Claim 11   Claim 12   Claim 13   Claim 17
Claim 18   Claim 21   Claim 24   Claim 25   Claim 26
Claim 27   Claim 28   Claim 29   Claim 30
Claim 31   Claim 32   Claim 33

# GB '692 Claimed Compounds: 5,5 Di-Substituted



2. (5-methyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
3. (3-methyl-2-oxo-pyrrolidino)-acetamide.
4. 2-(2-oxo-pyrrolidino)-propionamide.
5. 2-(5-methyl-2-oxo-pyrrolidino)-butyramide.
6. 2-(5-methyl-2-oxo-pyrrolidino)-propionamide.
7. (4-methyl-2-oxo-pyrrolidino)-acetamide.
8. (5-methyl-2-oxo-pyrrolidino)-acetamide.
9. (3,3-dimethyl-2-oxo-pyrrolidino)-acetamide.
10. (3,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
11. (4,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
12. (5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
13. (3,5,5-trimethyl-2-oxo-pyrrolidino)-acetamide.
14. 2-(2-oxo-pyrrolidino)-butyramide.
15. 2-(2-oxo-pyrrolidino)-3-methyl-butyramide.
16. (5-ethyl-2-oxo-pyrrolidino)-acetamide.
17. (4,5-dimethyl-2-oxo-pyrrolidino)-N,N-dimethylacetamide.
18. (5,5-dimethyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
19. 2-(4-methyl-2-oxo-pyrrolidino)-butyramide.
20. 2-(4-methyl-2-oxo-pyrrolidino)-propionamide.
21. 2-(4,5-dimethyl-2-oxo-pyrrolidino)-propionamide.
22. N-allyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
23. N-n-butyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
24. (3,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
25. (4,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
26. N-n-propyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
27. N-isopropyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
28. N-allyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
29. N-propargyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
30. N-n-butyl-2-(5,5-dimethyl-2-oxo-pyrrolidino)-butyramide.
31. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-pyrrolidine.
32. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-piperidine.
33. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-morpholine.

Claim 12   Claim 13   Claim 18   Claim 26

Claim 27   Claim 28   Claim 29

Claim 30   Claim 31   Claim 32   Claim 33

# GB '692 Claimed Compounds: Substituted Amides



2. (5-methyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
3. (3-methyl-2-oxo-pyrrolidino)-acetamide.
4. 2-(2-oxo-pyrrolidino)-propionamide.
5. 2-(5-methyl-2-oxo-pyrrolidino)-butyramide.
6. 2-(5-methyl-2-oxo-pyrrolidino)-propionamide.
7. (4-methyl-2-oxo-pyrrolidino)-acetamide.
8. (5-methyl-2-oxo-pyrrolidino)-acetamide.
9. (3,3-dimethyl-2-oxo-pyrrolidino)-acetamide.
10. (3,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
11. (4,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
12. (5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
13. (3,5,5-trimethyl-2-oxo-pyrrolidino)-acetamide.
14. 2-(2-oxo-pyrrolidino)-butyramide.
15. 2-(2-oxo-pyrrolidino)-3-methyl-butyramide.
16. (5-ethyl-2-oxo-pyrrolidino)-acetamide.
17. (4,5-dimethyl-2-oxo-pyrrolidino)-N,N-dimethylacetamide.
18. (5,5-dimethyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
19. 2-(4-methyl-2-oxo-pyrrolidino)-butyramide.
20. 2-(4-methyl-2-oxo-pyrrolidino)-propionamide.
21. 2-(4,5-dimethyl-2-oxo-pyrrolidino)-propionamide.
22. N-allyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
23. N-n-butyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
24. (3,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
25. (4,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
26. N-n-propyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
27. N-isopropyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
28. N-allyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
29. N-propargyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
30. N-n-butyl-2-(5,5-dimethyl-2-oxo-pyrrolidino)-butyramide.
31. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-pyrrolidine.
32. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-piperidine.
33. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-morpholine.



Claim 2      Claim 17      Claim 18      Claim 26

Claim 27      Claim 28      Claim 29

Claim 30      Claim 31      Claim 32      Claim 33

EXHIBIT 3

# UCB, Inc., et al.
# v.
# Annora Pharma Private Limited, et al.

## C.A. No. 20-987 (CFC) (JLH)

## Tristan T. Sands, M.D., Ph.D.
### Direct Examination Demonstratives

November 15, 2022

# Selected Credentials

- **Education**

  – Ph.D., Columbia University College of Physicians and Surgeons (2008)

  – M.D., Columbia University College of Physicians and Surgeons (2010)

  – Pediatrics & Child Neurology Residencies, University of California San Francisco (2010-2015)

  – Neurophysiology & Epilepsy Fellowships, Columbia University Irving Medical Center (2015-2017)

- **Professional Experience**

  – Assistant Professor of Neurology & Practicing Neurologist, Columbia University Irving Medical Center (2017-Present)

  – American Board of Psychiatry and Neurology Certifications in Epilepsy, Clinical Neurophysiology, and Neurology with Special Qualification in Child Neurology






JTX-20109

# Summary of Opinions

- Briviact as an ASD

- Background on Epilepsy

- Objective Indicia of Non-Obviousness of the '461 Patent

  – Briviact satisfies for some patients two long-felt but unmet needs for improved ASDs

  – Briviact's significantly milder psychiatric and behavioral side effect profile as compared to levetiracetam was unexpected

  – Briviact's clinical profile has been praised in the medical literature

PDX-3-3

# Summary of Opinions

- **Briviact as an ASD**

- Background on Epilepsy

- Objective Indicia of Non-Obviousness of the '461 Patent

  – Briviact satisfies for some patients two long-felt but unmet needs for improved ASDs

  – Briviact's significantly milder psychiatric and behavioral side effect profile as compared to levetiracetam was unexpected

  – Briviact's clinical profile has been praised in the medical literature

# BRIVIACT®



**Briviact Label**

## HIGHLIGHTS OF PRESCRIBING INFORMATION

These highlights do not include all the information needed to use BRIVIACT® safely and effectively. See full prescribing information for BRIVIACT.

BRIVIACT® (brivaracetam) tablets, for oral use, CV
BRIVIACT® (brivaracetam) oral solution, CV
BRIVIACT® (brivaracetam) injection, for intravenous use, CV
Initial U.S. Approval: 2016

----------------------------RECENT MAJOR CHANGES----------------------------

Indications and Usage (1) ............................ 8/2021
Dosage and Administration (2.1, 2.5) .............. 8/2021

----------------------------INDICATIONS AND USAGE----------------------------

BRIVIACT is indicated for the treatment of partial-onset seizures in patients 1 month of age and older. (1)

----------------------------DOSAGE AND ADMINISTRATION----------------------------

- *Adults (16 Years and Older):* The recommended starting dosage for monotherapy or adjunctive therapy is 50 mg twice daily (100 mg per day). Based on individual patient tolerability and therapeutic response, the dosage may be adjusted down to 25 mg twice daily (50 mg per day) or up to 100 mg twice daily (200 mg per day). (2.1)
- *Pediatric Patients (1 Month to less than 16 Years):* The recommended dosage is based on body weight and is administered orally twice daily (2.1)
- *Injection:* for intravenous use only when oral administration is temporarily not feasible; dosing is the same as oral regimen. (2.1, 2.3)
- *Hepatic Impairment:* Dose adjustment is recommended for all stages of hepatic impairment. (2.5)

----------------------------DOSAGE FORMS AND STRENGTHS----------------------------

- Tablets: 10 mg, 25 mg, 50 mg, 75 mg, and 100 mg (3)
- Oral solution: 10 mg/mL (3)
- Injection: 50 mg/5 mL single-dose vial (3)





JTX-20066-001

# Summary of Opinions

- Briviact as an ASD

- **Background on Epilepsy**

- Objective Indicia of Non-Obviousness of the '461 Patent

  - Briviact satisfies for some patients two long-felt but unmet needs for improved ASDs

  - Briviact's significantly milder psychiatric and behavioral side effect profile as compared to levetiracetam was unexpected

  - Briviact's clinical profile has been praised in the medical literature

PDX-3-6

# What is Epilepsy?



- Heterogeneous condition characterized by recurrent unprovoked seizures
  - Presents differently in every patient
  - Manifests in behavioral changes caused by abnormal electrical activity in the brain

- Clinically diagnosed under any one of the following three conditions:
  - Two or more seizures occurring more than 24 hours apart
  - One seizure and a 60% or greater probability of a second seizure over the next 10 years
  - Diagnosis of epilepsy syndrome

- Affects 3.4 million Americans (1.2% of the population) and 65 million people worldwide

# Effects of Epilepsy on Patients

## Focal Onset



## Generalized Onset



# Treatment of Epilepsy: Treatment Options

**Anti-Seizure Drugs**



**Resective Surgery**



**Invasive Neurostimulation**



**Ketogenic Diet**



# Treatment of Epilepsy: Treatment Goals

- **Full Efficacy**
  (prevent or control all seizures)



- **Complete Tolerability**
  (no unacceptable side effects)



# Summary of Opinions

- Briviact as an ASD

- Background on Epilepsy

- Objective Indicia of Non-Obviousness of the '461 Patent

  – **Briviact satisfies for some patients two long-felt but unmet needs for improved ASDs**

  – Briviact's significantly milder psychiatric and behavioral side effect profile as compared to levetiracetam was unexpected

  – Briviact's clinical profile has been praised in the medical literature

# Long-Felt But Unmet Needs for Improved ASDs in 2000

- ASDs effective in reducing or eliminating seizures in patients with refractory epilepsy

  - Elimination: No seizures or "seizure freedom"

  - Reduction: Meaningfully lower seizure frequency



- ASDs with improved side effect profiles

  - Side effect profile: Set of adverse events that a patient may experience when taking an ASD



PDX-3-12

# Briviact Meets the Long-Felt But Unmet Needs for Some Patients

- Briviact reduces or eliminates seizures for some patients who previously tried other ASDs



- Briviact has an overall milder side effect profile



# Summary of Opinions

- Briviact as an ASD

- Background on Epilepsy

- Objective Indicia of Non-Obviousness of the '461 Patent

  - Briviact satisfies for some patients two long-felt but unmet needs for improved ASDs

  - **Briviact's significantly milder psychiatric and behavioral side effect profile as compared to levetiracetam was unexpected**

  - Briviact's clinical profile has been praised in the medical literature

PDX-3-14

# Summary of Opinions

- Briviact as an ASD

- Background on Epilepsy

- Objective Indicia of Non-Obviousness of the '461 Patent

  – Briviact satisfies for some patients two long-felt but unmet needs for improved ASDs

  – Briviact's significantly milder psychiatric and behavioral side effect profile as compared to levetiracetam was unexpected

  – **Briviact's clinical profile has been praised in the medical literature**

EXHIBIT 4

# UCB, Inc., et al.
# v.
# Annora Pharma Private Limited, et al.

C.A. No. 20-987 (CFC) (JLH)

## Professor Wolfgang Löscher, D.V.M., Ph.D.

Direct Examination Demonstratives

November 14, 2022

PDX-4-1

# Education & Experience



*Dr. Wolfgang Löscher*

- **EDUCATION**
  - D.V.M., Ph.D., Free University of Berlin, Germany (1969-75)
  - Post-Doctoral Studies
    - Free University of Berlin, Germany: Pharmacology (1975-78)
    - LEO Pharmaceuticals, Copenhagen, Denmark: Pharmacology (1978)
    - National Institutes of Health (NIH), Bethesda, MD: Pharmacology (1979)

- **PROFESSIONAL EXPERIENCE**
  - Department of Pharmacology and Toxicology, Free University of Berlin, Germany (1975-86)
  - Department of Neuropsychopharmacology, Schering, Germany (1986-87)
  - Department of Pharmacology, Toxicology, and Pharmacy, School of Veterinary Medicine, Germany
    - Professor and Chair (1987-2019)
    - Research Professor (2019-2022)
    - Emeritus Professor (2022-present)
  - Head of Center for Systems Neuroscience, Germany (2002-present)

# Publications & Editorial Experience

- **Publications**
  - Over 700
  - ~80% related to epilepsy

- **Editorial Boards and Positions**
  - Epilepsia
  - Epilepsy & Behavior
  - Neurobiology of Disease
  - Frontiers in Molecular Neuroscience
  - Annals of Neurology
  - Neuropharmacology
  - European Journal of Pharmacology
  - Pharmaceutics










# Honors

 Lifetime Accelerator Award (2018)

 Ambassador for Epilepsy Award (2011)

 Epilepsy Research Recognition Award (2006)

Case 1:21-cv-00987-CFC-LH Document 234-1 Filed 12/15/23 Page 78 of 245 PageID #: 8023

# Experience Developing Anti-Seizure Drugs

**30+** companies

**60+** preclinical ASDs

**7** approved ASDs

- levetiracetam
- lacosamide
- brivaracetam
- topiramate
- vigabatrin
- retigabine
- gabapentin













# Summary of Opinions

## Lead Compound

- A POSA would not have selected levetiracetam as a lead compound in February 2000

## Objective Indicia

- Brivaracetam has demonstrated unexpected results over levetiracetam:
  - Higher affinity for LBS
  - Different potencies in animal models
  - Different mechanistic profile
- Others have tried and failed to develop ASDs for treating epilepsy in humans

# Testing Compounds for Anti-Seizure Properties



## In-Vitro Assay

- Test compound for affinity to a particular molecular target in an artificial setting

Observe effect on affinity



## In-Vivo Model

- Test compound for efficacy against artificially induced seizures in an animal

Observe effect on seizures

# Animal Models of Seizures



# Legal Standard for Lead Compound Selection



- In analyzing whether a compound claimed by a patent is obvious, a court will employ a "lead compound analysis." The first step of this inquiry is determining which, if any, compound or group of compounds a POSA would have selected as a starting point (or "lead compound") for further development.

- A lead compound is one that is known in the prior art and that a POSA would view as most promising to modify to obtain better activity.

- An accused infringer must prove by clear and convincing evidence that a POSA would have had a reason to select any particular lead compound from all of the other known compounds in the prior art.

# Selecting a Lead Compound







# Selecting a Lead Compound from Potential Candidates



# A POSA Would Not Have Selected Levetiracetam as a Lead Compound

Levetiracetam's **mechanism of action** was unknown in February 2000

Preclinical data suggested that patients would develop a **tolerance** to levetiracetam

There was **little clinical experience** with levetiracetam as of February 2000

# A POSA Would Not Have Selected Levetiracetam as a Lead Compound

Levetiracetam's **mechanism of action** was unknown in February 2000

Preclinical data suggested that patients would develop a **tolerance** to levetiracetam

There was **little clinical experience** with levetiracetam as of February 2000

PDX-4-13

# Known Classes of Mechanisms of Action

**Ion Channel Modulators**

**GABA Modulators**

**Glutamate Modulators**

JTX-20023 (Löscher 1998)

# Structure and Function of Ion Channels Was Known

- Function was generally understood:

> The voltage-gated sodium, calcium, and potassium channels are responsible for the generation of conducted electrical signals in neurons and other excitable cells. The permeability increase resulting from activation of these channels is

PTX-107-002

- Structure was generally understood:



PTX-107-001



PTX-107-007

PDX-4-15

# Structure and Function of GABA and Glutamate Were Well-Understood

Case 1:20-cv-09962-CFC-JLH Document 284-4 Filed 12/15/22 Page 89 of 245 PageID #: Case

**Meldrum 1997**

### Identification and Preclinical Testing of Novel Antiepileptic Compounds

Brian S. Meldrum

*Department of Clinical Neuroscience, Institute of Psychiatry, University of London, London, England*

**Summary:** Procedures for identifying novel antiepileptic drugs (AEDs) are changing and need to change more. Widespread reliance on two primary screens has led in the identification of novel compounds that resemble either phenytoin (suppressing high-frequency repetitive firing in cultured neurons and prolonging inactivation of voltage-dependent sodium channels identified by the maximal electroshock test) or benzodiazepines (potentiating the inhibitory effect of γ-aminobutyric acid (GABA), identified by the threshold pentylenetetrazol test). Advances in molecular neurobiology have identified specific molecular targets (subunits of ion channels, neurotransmitter receptors, and transporters) and have made them available in a form permitting high-throughput screening. AEDs can be designed to interact with specific sites on the target molecules. Alternatively, the molecular screens can be used to identify active components in natural products, including folk remedies. Preclinical in vivo screens can be improved by using animals with genetic or acquired epilepsies that have similar modifications in the properties of the target molecules as do human epilepsy syndromes. Future work is likely to define molecular targets for AEDs that will block or reverse chronic epileptogenesis. **Key Words:** Antiepileptic drugs—Neurotransmitters—Ion channels—Transporters—Receptors—Epileptogenesis—GABA—Glutamate—Drug screening.

There is still a need for novel antiepileptic drugs (AEDs) to treat the minority of patients whose seizures are inadequately controlled by existing drugs, including adults with complex partial seizures and children with a variety of syndromes. Two of the novel AEDs recently introduced (vigabatrin (VGB) and tiagabine (TGB)) can claim to be the product of rational drug design. The others arose either from irrational drug design or screening. The foremost screening models have been the maximal electroshock (tonic extension) test and the threshold pentylenetetrazol (PTZ) test (1,2). The former tends to identify compounds that share phenytoin's capacity to block sustained, rapid repetitive firing in isolated neurons, dependent on prolonging inactivation of voltage-dependent sodium channels. The latter tends to identify benzodiazepine (BZD)-like compounds that potentiate the action of γ-aminobutyric acid (GABA) at GABAₐ receptors.

This situation is likely to change rapidly. Recent developments in molecular biology have transformed the search for novel therapeutic agents in all areas of pharmaceutical research, and our understanding of genetic

and acquired forms of epilepsy has also improved. It is important to remember that the ultimate goal of epilepsy research is prevention, which may include the development of AEDs or treatments that block or reverse the process of chronic epileptogenesis. Progress in understanding the mechanisms that control the many changes in the expression and function of different proteins will help to identify the relevant targets.

General strategies in AED development have been reviewed by Löscher and Schmidt (3), Rogawski (4), and Meldrum (5).

## MOLECULAR TARGETS FOR AEDs

Advances in understanding the genetics and molecular biology of genetic and acquired models of epilepsy have added a substantial number of molecular targets to those previously identified by the mechanism of action of known AEDs. Therefore, at present we recognize ion channels, neurotransmitter receptors, neurotransmitter transporters, ion exchangers, and a range of enzymes involved in transmitter metabolism or in protein phosphorylation (Table 1).

### Ion channels

Sodium, potassium, and calcium channels (and also nonspecific cationic channels) provide both candidate

Address correspondence and reprint requests to Dr. B. S. Meldrum at Institute of Psychiatry, Department of Clinical Neuroscience, University of London, De Crespigny Park, Denmark Hill, London SE5 8AF, England.

57



PTX-123

UCB_BRIV_0042870
PTX-123-001

## Neurotransmitter receptors

The GABAₐ receptor is the target for many known AEDs. Separate sites appear to be involved for BZDs, barbiturates, chlormethiazole, neurosteroids (such as ganaxolone and alphaxolone), loreclezole, felbamate (FBM), and butyrolactones (23–27). The receptor is

PTX-123-002

Glutamate receptors show similar diversity. The *N*-methyl-D-aspartate (NMDA) receptors have multiple sites at which their function can be reduced: a glutamate, a glycine/D-serine recognition site, an open-channel site, a polyamine site, a $Zn^{2+}$ site, and a proton site (36). The subunit composition alters the pharmacology of the receptor. $NMDAR_1/NMDA_{2B}$ forms exhibit high sensitivity to eliprodil and haloperidol (37,38). Action at any of these sites can yield anticonvulsant activity (39,40). The

PTX-123-003

Case 1:20-cv-00987-CFC-JLH   Document 234-1   Filed 12/15/22   Page 90 of 245 PageID #: 5985

# Known Classes of Mechanisms of Action

Levetiracetam's primary mechanism?

Ion Channel Modulators 

GABA Modulators 

Glutamate Modulators 

# Levetiracetam's Mechanism of Action Was Unknown



**Noyer 1995**

Levetiracetam ((S)-α-ethyl-2-oxo-pyrrolidine acetamide, ucb L059) is a novel potential antiepileptic agent presently in clinical development with unknown mechanism of action. The finding that its anticonvulsant activity is highly stereoselective (Gower et al., 1992) led us to investigate the presence of specific binding sites for [³H]levetiracetam in rat central nervous system (CNS). Binding assays, performed on crude membranes, revealed the existence of a reversible, saturable and stereoselective specific binding site. Results obtained in hippocampal membranes suggest that [³H]levetiracetam labels a single class of binding sites

DTX-10068.0001

**Dooley 2000**

**Table I.** Summary of the pharmacodynamic properties of levetiracetam

**Mechanism of action**
Undetermined to date but may involve:
- changes in γ-aminobutyric acid (GABA) metabolism and turnover via post-synaptic effects[21]
- inhibition of depolarising ion currents[9]
- calcium-dependent effects[17]
- direct dopaminergic activation[10]

Binds to a specific site in the brain which occurs predominantly in the membranes of the CNS *in vitro*[8]

Binding is reversible, saturable and stereoselective *in vitro*[8]

PTX-110-006

**Levetiracetam's mechanism of action was still unknown as of the priority date**

PDX-4-18

# Structure and Function of the LBS Were Unknown in 2000



Lynch 2004

PTX-073-001



Madeo 2014

PTX-121-001

Here, we show that the synaptic vesicle protein SV2A is the brain binding site of levetiracetam (LEV), a new antiepileptic drug with a unique activity profile in animal models of seizure and epilepsy.

PNAS | June 29, 2004 | vol. 101 | no. 26 | 9861–9866

neurotransmitter release Although the exact function of SV2A still remains elusive, it was identified as the specific binding site for levetiracetam, a second generation antiepileptic drug. Our sequence analysis demonstrates that SV2A has significant homology with several yeast transport proteins belonging to the major facilitator superfamily (MFS). Many of these transporters are involved in sugar transport into yeast cells. Here we present evidence showing, for the first time, that SV2A is a galactose transporter. We expressed human SV2A in hexose transport-

THE JOURNAL OF BIOLOGICAL CHEMISTRY  VOL. 289, NO. 48, pp. 33066–33071, November 28, 2014

# ASDs Approved in Same Known Mechanistic Classes (2000-2020)


**2002**


**2004**


**2004**


**2008**


**2009**


**2012**


**2019**


**2019**


**2020**

# A POSA Would Not Have Selected Levetiracetam as a Lead Compound

Levetiracetam's **mechanism of action** was unknown in February 2000

Preclinical data suggested that patients would develop a **tolerance** to levetiracetam

There was **little clinical experience** with levetiracetam as of February 2000

PDX-4-21

# Levetiracetam Exhibited Signs of Tolerance

**Löscher 1998**

Antiepileptogenic Effects of the Novel Anticonvulsant Levetiracetam (ucb L059) in the Kindling Model of Temporal Lobe Epilepsy[1]

WOLFGANG LÖSCHER, DAGMAR HÖNACK and CHRIS RUNDFELDT[†]

Department of Pharmacology, Toxicology, and Pharmacy, School of Veterinary Medicine, Hannover, Germany
Accepted for publication October 9, 1997     This paper is available online at http://www.jpet.org

Before discontinuation of levetiracetam dosing in the experiments with the 27- and 54-mg/kg dose, the seizure score was increasing (see fig. 2), which might indicate that some tolerance to levetiracetam was developing during chronic treatment. Experiments with daily administration of levetiracetam in fully kindled rats for 3 wk indeed indicated a loss of anticonvulsant efficacy that was not related to an increased drug elimination, thus suggesting development of pharmacodynamic tolerance to the anticonvulsant effect of levetiracetam in this model (W Löscher, D Hönack and C Rundfeldt, unpublished data).

DTX-10136.0005 (Löscher 1998)

UCB v. Annora, et. al.
**DTX-10136**
C.A. No. 20-00987-CFC

BRIV-DEFS_0000420

DTX-10136.0001

PDX-4-22

# A POSA Would Not Have Selected Levetiracetam as a Lead Compound

Levetiracetam's **mechanism of action** was unknown in February 2000

Preclinical data suggested that patients would develop a **tolerance** to levetiracetam

There was **little clinical experience** with levetiracetam as of February 2000

# Lack of Clinical Experience with Levetiracetam at Priority Date

- The only clinical experience with levetiracetam as of February 2000 was in the context of clinical trials, but only abstracts from those trials had been published



DTX-10128.0002 Abstract     DTX-10130.0003 Abstract     DTX-10145.0002-3 Abstract

- Levetiracetam was not available to physicians to prescribe outside of clinical trials until April 2000

PTX-106 (Boschi 2005)

PDX-4-24

# Approved ASDs as of February 2000



PTX-069 (Löscher 2017)

# Standard ASDs as of February 2000

**Phenobarbital** 

**Mephobarbital**

**Metharbital** 

**Primidone**

**Paramethadione** 

**Trimethadione**

**Phenytoin** 

**Ethotoin** 

**Phensuximide** 

**Methsuximide** 

**Ethosuximide** 

**Diazepam** 

**Clonazepam**

**Lorazepam** 

**Clorazepate** 

**Clobazam** 

**Carbamazepine** 

**Oxcarbazepine** 

**Valproate** 

**Vigabatrin** 

**Zonisamide** 

**Lamotrigine**

**Felbamate**

**Gabapentin**

**Topiramate** 

**Tiagabine**

**Levetiracetam**

PDX-4-26

# ASDs Primarily Acting on Ion Channels, GABA, or Glutamate

Case 1:09-cv-00987-GBC-JLH Document 234-1 Filed 12/15/23 Page 100 of 245 PageID#: 8998



# ASDs That Had Been Prescribed to Patients Outside of Clinical Trials



# ASDs with Known CNS Side Effects



# No One Except UCB Selected Levetiracetam as a Lead Compound



As far as is publicly known, only UCB has developed new compounds based on levetiracetam

# Summary of Opinions

## Lead Compound

- A POSA would not have selected levetiracetam as a lead compound in February 2000

## Objective Indicia

- Brivaracetam has demonstrated unexpected results over levetiracetam:
  - Higher affinity for LBS
  - Different potencies in animal models
  - Different mechanistic profile
- Others have tried and failed to develop ASDs for treating epilepsy in humans

Case 1:20-cv-00087-CFC-JLH   Document 284-1   Filed 12/15/21   Page 105 of 245 PageID #: 6023

# Brivaracetam Has Demonstrated Unexpected Results

Affinity for LBS Compared to Levetiracetam

Potency in Animal Models Compared to Levetiracetam

Mechanistic Differences from Levetiracetam

# Brivaracetam Has Demonstrated Unexpected Results

**Affinity for LBS Compared to Levetiracetam**

**Potency in Animal Models Compared to Levetiracetam**

**Mechanistic Differences from Levetiracetam**

# Noyer Shows That Modifying Levetiracetam Lowers Affinity



DTX-10068.0005 (Noyer 1995)

# Brivaracetam Has 10-Fold Higher Affinity Than Levetiracetam

Case 1:20-cv-11893-CFC-JLH Document 384-15 Filed 12/15/22 Page 108 of 245 PageID #: 60,001



DTX-10068.0005 (Noyer 1995)

# Brivaracetam Has Demonstrated Unexpected Results

Affinity for LBS Compared to Levetiracetam

Potency in Animal Models Compared to Levetiracetam

Mechanistic Differences from Levetiracetam

PDX-4-36

# Noyer Shows that Modifying Levetiracetam Lowers Potency



DTX-10068.0005 (Noyer 1995)

# Brivaracetam Has 10-Fold Higher Potency in Audiogenic Mouse Than Levetiracetam



Relative Anti-Seizure Potency

DTX-10068.0005 (Noyer 1995)

PDX-4-38

# Brivaracetam Demonstrates Unexpected Potency Differences Over Levetiracetam



PTX-042 (UCB Meeting Minutes)

PTX-295 (Klitgaard 2016 Supp. Info.)

| Test | Brivaracetam | Levetiracetam | Factor Difference |
|------|--------------|---------------|-------------------|
| Audiogenic Mouse (ED$_{50}$) | 2.4 mg/kg | 30 mg/kg | 10x |
| MES (ED$_{50}$) | 105.2 mg/kg | >1702 mg/kg | LEV inactive, BRV active |
| PTZ (ED$_{50}$) | 136.4 mg/kg | >1702 mg/kg | LEV inactive, BRV active |
| Pilocarpine (ED$_{50}$) | >212 mg/kg | 7.2 mg/kg | LEV active, BRV inactive |
| DMCM (ED$_{50}$) | 32.9 mg/kg | 97.0 mg/kg | 3x |
| Corneal-Kindled Mice (ED$_{50}$) | 1.2 mg/kg | 7.3 mg/kg | 6x |
| Amygdala Kindled Rats (MAD) | 21.2 mg/kg | 170.0 mg/kg | 8x |
| Hippocampal-Kindled Mice (ED$_{50}$) | 0.2 mg/kg | 54.0 mg/kg | 270x |

# A POSA Could Not Have Predicted Brivaracetam's Potency Based on Lipophilicity



PTX-149 (Löscher 2021) and JTX-20027 (Odi 2020)

# Brivaracetam Has Demonstrated Unexpected Results

Affinity for LBS Compared to Levetiracetam

Potency in Animal Models Compared to Levetiracetam

Mechanistic Differences from Levetiracetam

# Potency Data Indicates Unexpected Differences in Mechanism of Action

| Test | Brivaracetam | Levetiracetam | Factor Difference | |
|------|--------------|---------------|-------------------|---|
| Audiogenic Mouse ($ED_{50}$) | 2.4 mg/kg | 30 mg/kg | 10x | |
| MES ($ED_{50}$) | 105.2 mg/kg | >1702 mg/kg | LEV inactive, BRV active | |
| PTZ ($ED_{50}$) | 136.4 mg/kg | >1702 mg/kg | LEV inactive, BRV active | |
| Pilocarpine ($ED_{50}$) | >212 mg/kg | 7.2 mg/kg | LEV active, BRV inactive | **Mechanistic Differences Between Levetiracetam and Brivaracetam** |
| DMCM ($ED_{50}$) | 32.9 mg/kg | 97.0 mg/kg | 3x | |
| Corneal-Kindled Mice ($ED_{50}$) | 1.2 mg/kg | 7.3 mg/kg | 6x | |
| Amygdala Kindled Rats (MAD) | 21.2 mg/kg | 170.0 mg/kg | 8x | |
| Hippocampal-Kindled Mice ($ED_{50}$) | 0.2 mg/kg | 54.0 mg/kg | 270x | |

PTX-042 (UCB Meeting Minutes)     PTX-295 (Klitgaard 2016 Supp. Info.)

# Summary of Opinions

## Lead Compound

- A POSA would not have selected levetiracetam as a lead compound in February 2000

## Objective Indicia

- Brivaracetam has demonstrated unexpected results over levetiracetam:
  - Higher affinity for LBS
  - Different potencies in animal models
  - Different mechanistic profile
- **Others have tried and failed to develop ASDs for treating epilepsy in humans**

PDX-4-43

# Failure of Compounds in Preclinical and Clinical Development

- Determining whether an ASD has failed can be difficult
  - Rarely announced
  - More commonly, development is quietly stopped

- Determining why an ASD has failed can also be difficult
  - Even more rarely announced
  - Often due to a failed clinical trial or unfavorable preclinical data
  - Most failures are due to scientific problems with the drug rather than economic reasons

# Failures of Others: NIH ETSP



- National Institutes of Health Epilepsy Therapy Screening Program (ETSP)
  - Formerly known as Anticonvulsant Screening Project (ASP)

- Started in 1975 to bring more ASDs to market

- Free screening of compounds for researchers and industry

# Failures of Others: NIH ETSP



JTX-20032 (Stables 2002)
JTX-20029 (Porter 2017)
JTX-20031 (Stables 1997)

# Failures of Others: Compounds in Development Around February 2000

| Compound | Positive Preclinical Data? | Entered Clinical Trials? | Approved? | Evidence of Failure | Exhibits |
|---|---|---|---|---|---|
| Carabersat | ✔ | ✔ | ✖ | Additional clinical trials started in 2002, but never published | PTX-048 (Bialer 2002) PTX-088 (Upton 1997) PTX-052 (Duncan 2002) |
| Irampanel | ✔ | ✔ | ✖ | Development switched to stroke, then stopped entirely | PTX-051 (De Sarro 2005) |
| Talampanel | ✔ | ✔ | ✖ | Discontinued due to poor kinetic, tolerability profiles | PTX-047 (Bialer 2001) PTX-058 (Howes 2007) PTX-090 (Zaccara 2013) |
| Isovaleramide | ✔ | ✔ | ✖ | Phase II clinical trials never started | PTX-053 (Eadie 2004) PTX-047 (Bialer 2001) |
| Valrocemide | ✔ | ✔ | ✖ | Phase II clinical trials started, but results never published | PTX-086 (Trojnar 2004) PTX-049 (Bialer 2007) PTX-056 (Gerlach 2010) |
| Remacemide | ✔ | ✔ | ✖ | Meta-analysis of clinical trials showed poor tolerability | PTX-080 (Schachter 2000) PTX-062 (Leach 2002) PTX-047 (Bialer 2001) |
| Fluorofelbamate | ✔ | ✔ | ✖ | Phase II clinical trials never started | JTX-20030 (Roecklein 2007) |

Case 1:20-cv-00987-RGA-JLH Document 284-1 Filed 12/15/23 Page 121 of 245 PageID #: 8033



# Seletracetam Failed to Progress to Phase III Clinical Trials

## Two Phase II Clinical Trials Completed, Not Published:



PTX-100-001



PTX-099-001

## Two Phase III Clinical Trials Withdrawn:



PTX-093-001



PTX-098-001

# Padsevonil Failed Phase IIb Trial

**UCB provides an update on Phase 2b padsevonil safety and efficacy study in epilepsy (ARISE)**

· ARISE did not reach statistical significance for either of the two primary endpoints · UCB will further analyse data to better understand results and their implications

**BRUSSELS, BELGIUM (13 March 2020, 7am CET) – regulated information - Inside Information -** UCB, a global biopharmaceutical company, today announced top-line results from ARISE (NCT03373383), the first of two adequate and well-controlled studies, investigating the efficacy and safety of padsevonil for the treatment of observable focal-onset seizures in adults with drug-resistant epilepsy.

PTX-077-001



This randomized, double-blind, placebo-controlled Phase 2b study did not reach statistical significance for either of the primary endpoints, change from Baseline in observable focal-onset seizure frequency and 75 percent responder rate for padsevonil compared with placebo over the 12-week maintenance period.

PTX-077-001

PDX-4-50

# EXHIBIT 5

# UCB, Inc. et al.
# v.
# Annora Pharma Private Limited et al.

## C.A. No. 20-987 (CFC) (JLH)

## Dr. David W. MacMillan

### Direct Examination Demonstratives

November 14, 2022

PDX-5-1

# Selected Credentials



*Dr. David W. MacMillan*

- ▪ Current Position
  - – James S. McDonnell Distinguished Professor of Chemistry, Princeton University (2006-Present)

- ▪ Honors and Awards
  - – Inducted as a Fellow of the Royal Society (2012)
  - – Elected to the National Academy of Sciences (2018)
  - – Nobel Prize in Chemistry (2021)

# Drug Development Experience

*Dr. David W. MacMillan*

- **Scientific Consultant for Over 20 Years**
  - Consultant for global pharmaceutical companies on all facets of drug discovery
  - Companies include AbbVie, Amgen, Gilead, Merck, Pfizer, and more

- **Co-Founder of Chiromics LLC**
  - Founded 2009
  - Focus on research and development of drug molecules targeting neurological receptors

# Summary of Opinions

## Non-Obviousness

- Claim 5 of the '461 Patent was not obvious

# Legal Standards: Obviousness

- An alleged infringer may establish that a patent claim is invalid by proving, by clear and convincing evidence, that the claimed invention would have been obvious to a person of ordinary skill in the art ("POSA") at the time of the invention

  - Factors: **1)** the level of ordinary skill in the field of the invention, **2)** the scope and content of the prior art, **3)** any differences between the prior art and the claimed invention, and **4)** objective evidence

- Lead compound analysis:

  - **Step one**: Determine whether the POSA would have selected a prior art compound (or compounds) as a starting point (what can be referred to as a "lead compound") for further development

  - **Step two**: Determine whether the POSA would have been motivated to modify that compound to make the claimed compound with a reasonable expectation of success

# Technical Background

# Chemistry of Brivaracetam



**2-pyrrolidone ring**

# Chemistry of Brivaracetam



**2-pyrrolidone ring**

# Chemistry of Brivaracetam



**2-pyrrolidone ring**

**butanamide/butyramide chain**

# Chemistry of Brivaracetam



**2-pyrrolidone ring**

**butanamide/butyramide chain**

**ethyl side chain**

# Chemistry of Brivaracetam



**2-pyrrolidone ring**

**butanamide/butyramide chain**
  **ethyl side chain**
  **acetamide moiety**

Case 1:20-cv-00007-SEC-JLH   Document 234-1   Filed 12/15/22   Page 136 of 245 PageID #: 6034



**2-pyrrolidone ring**

**butanamide/butyramide chain**
**ethyl side chain**
**acetamide moiety**

# Chemistry of Brivaracetam



**4-n-Propyl**

**2-pyrrolidone ring**

**butanamide/butyramide chain**
    **ethyl side chain**
    **acetamide moiety**

# Chemistry of Brivaracetam



**4-n-Propyl**
   chiral carbon with R stereochemistry

**2-pyrrolidone ring**

**butanamide/butyramide chain**
   ethyl side chain
   acetamide moiety
   chiral carbon with S stereochemistry

PDX-5-14

# Chirality

mirror




left hand

right hand

**Chirality**: non-superimposable mirror images

# Chirality



mirror

=

left hand

right hand

mirror images

Right hand does not fit in left glove

# Chirality



mirror

(R)-carvone

(S)-carvone

mirror images



(R)-carvone

(S)-carvone



*chiral HPLC*
*cost: $50,000+*



(R) (S)

# Chirality: Distinguishing Between Enantiomers

Case 1:20-cv-00987-CFC-JLH   Document 234-1   Filed 12/15/22   Page 143 of 245 PageID #: 6243



(R)-carvone

(S)-carvone



*"a whiff"*



(R) smells like spearmint

(S) smells like caraway

# Chirality: Distinguishing Between Enantiomers

Case 1:20-cv-00987-CFC-JLH Document 234-1 Filed 12/15/22 Page 144 of 245 PageID #: 6042



**amino acids**



**nucleic acids**



*Molecules of life are one mirror image* and not the other



**carbohydrates**

**hormones**

# Medicine: Stereochemistry Can Make or Break a Drug



**Inderal®**
Cardiovascular Disease



*undesirable*



**Vimpat®**
CNS and Anticonvulsant



*undesirable*



**Januvia®**
Diabetes

*undesirable*



**Keppra®**
CNS and Anticonvulsant



*undesirable*

PDX-5-21

# Drug Discovery: Trial and Error



# Drug Discovery: Trial and Error



# Drug Discovery: Trial and Error



# Drug Discovery: Trial and Error



# Relevant Properties in Drug Discovery



Case 1:20-cv-00987-CFC-JLH  Document 334-1  Filed 12/15/22  Page 151 of 245 PageID #: 6049





# Affinity: Well-Characterized Binding Site

Case 1:20-cv-00987-CFC-JLH   Document 334-1   Filed 12/15/22   Page 152 of 245 PageID #: 6090



**Target Receptor**

**Drug**

**Drug**

**Target Receptor**

# Affinity: Well-Characterized Binding Site

Case 1:20-cv-00987-CFC-JLH   Document 334-1   Filed 12/15/22   Page 153 of 245 PageID #: 6001



# Affinity: Poorly Characterized Binding Site



**Target Receptor**

**Drug**

**Drug**     **Target Receptor**

# Affinity: Poorly Characterized Binding Site



# Activity: Black Box



Scientist can only know what goes in **(the compound)**

and what comes out **(biological outcome)**

Many potential factors, e.g., receptor interaction, ADME

Sufficient anticonvulsant activity

**OR**

Insufficient anticonvulsant activity

# Toxicity: Black Box

Scientist can only know what goes in **(the compound)**

and what comes out **(biological outcome)**

Many potential causes, e.g., off-target binding, toxic metabolites

Displays toxicity

**OR**

Does not display toxicity





# Relevant Properties in Drug Discovery: ADME Factors

Case 1:20-cv-00987-CFC-JLH   Document 234-1   Filed 12/15/22   Page 159 of 245 PageID #: 7096

- Absorption



# Relevant Properties in Drug Discovery: ADME Factors

Case 1:20-cv-00987-CFC-JLH Document 334-1 Filed 12/15/22 Page 159 of 245 PageID #:
3795

- Absorption

- Distribution



# Relevant Properties in Drug Discovery: ADME Factors

Case 1:20-cv-00987-CFC-JLH   Document 334-1   Filed 12/15/22   Page 160 of 245 PageID #: 9088

- Absorption

- Distribution

- Metabolism



Breakdown
of drug
compound

# Relevant Properties in Drug Discovery: ADME Factors

Case 1:20-cv-00987-CFC-JLH Document 234-1 Filed 12/15/22 Page 161 of 245 PageID #: 9759

- Absorption

- Distribution

- Metabolism

- Excretion



Pathways out
(urine, sweat,
breathing, etc.)

PDX-5-37

# Brain Uptake





Brain Neuron Receptor Tissues

Brain tissue

Interstitial fluid

Blood brain barrier

Bloodstream

# Brain Uptake





Brain Neuron Receptor Tissues

Passive diffusion

— Brain tissue

— Interstitial fluid

— Blood brain barrier

— Bloodstream

# Brain Uptake





Brain Neuron Receptor Tissues

Active transport

Passive diffusion

Transport carrier

Brain tissue

Interstitial fluid

Blood brain barrier

Bloodstream

PDX-5-40

# Brain Uptake





# Timeline of UCB's B011/B051 Project



**Early 1990s**
- UCB initiates project to explore levetiracetam derivatives
- Screening in audiogenic mouse model

**1995**
- UCB discovers the LBS
- Screening in LBS in vitro assay
- Screening in audiogenic mouse model

**July 1998**
- First synthesis of brivaracetam

**2016
Brivaracetam is approved as BRIVIACT®**

BRIVIACT.
(brivaracetam)©

1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016

**~2,000 compounds synthesized**

**~12,000 compounds synthesized total**

PTX-004, PTX-041, PTX-061

PDX-5-42

# UCB Synthesized and Tested Thousands of Compounds for Years



PTX-003 and JTX-20075

# UCB Synthesized and Tested Thousands of Compounds for Years



PTX-003 and JTX-20075

# Claim 5 Is Not Obvious

# Summary of Non-Obviousness Opinions

 **NO** motivation to improve on the existing properties of levetiracetam

 **NO** motivation to use lipophilicity as a principle to guide structural modification of levetiracetam

 **NO** motivation to modify levetiracetam's structure by specifically substituting an R-n-propyl group at the 4-position

 **NO** reasonable expectation that a compound with a 4R-n-propyl group would be a therapeutically useful ASD

 Objective indicia confirms non-obviousness

**US 6,911,461**

US006911461B2

(12) **United States Patent**
Differding et al.

(10) Patent No.: **US 6,911,461 B2**
(45) Date of Patent:

(54) 2-OXO-1-PYRROLIDINE DERIVATIVES, PROCESSES FOR PREPARING THEM AND THEIR USES

(75) Inventors: Edmond Differding, Louvain-la Neuve (BE); Benoît Kenda, Erninos (BE); Bénédicte Lallemand, Waimes (BE); Alain Matagne, Gerplines (BE); Philippe Michel, Beernel (BE); Patrick Pasau, Chastre (BE); Patrice Taluga, Waterssael-Boitsfort (BE)

(73) Assignee: UCB, S.A., Brussels (BE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/493,917

(22) Filed: Oct. 28, 2003

(65) **Prior Publication Data**
US 2004/0101697 A1 Jun. 17, 2004

**Related U.S. Application Data**

(62) Division of application No. 10/234,266, filed as application No. PCT/EP01/01992 on Feb. 21, 2001, now Pat. No. 6,784,197.

(30) **Foreign Application Priority Data**
Feb. 23, 2000 (GB) .................. 0004297

(51) Int. Cl.⁷ .......... A61K 31/426, A61P 25/00; C07D 277/20
(52) U.S. Cl. ............ 514/365; 514/381; 548/400; 548/517; 548/527
(58) Field of Search ............. 514/365, 381; 548/202, 527, 517, 400

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,836,599 A    5/1958 Frankel et al.
4,943,639 A    7/1990 Gobert et al.
6,784,197 B2 *  8/2004 Differding et al. ...... 514/365

FOREIGN PATENT DOCUMENTS

GB    1306692    3/1973
WO    99/13911   3/1999

OTHER PUBLICATIONS

Pirson: Drugs of the Future, ES, Barcelona, vol. 19, No. 2, pp. 111–113 (1994).
Fischer et al.: Pharmazie, vol. 46, pp. 359–360 (1991).
Chemical Abstracts, vol. 95, No. 7, p. 661, Abstract No. 24693e (1981).
Gloxman et al.: Khim.-Farm. Zll., vol. 14, No. 11, pp. 43–48 (1980).
Burdi et al.: Farmaco, Ec. Sci., vol. 39, No. 1, pp. 16–22 (1984).

Pellegata et al.: Far...
845–855 (1981)
Pinus et al.: Farmaco...
(1978).
Pifferi et al.: Farmaco...
(1977).
Sugawara et al.: At...
Edisio Cantor, Aulen...
(1994).
Vettinger et al.: Lieb...
(1990).
Elliott et al.: Journal...
11, pp. 1562–1568 (1...
Lehmann et al.: Henri...
(1999).
Almeida et al.: Tetrahedron: Asymmetry, vol. 3, No. 11, pp. 1431–1440 (1992).
Chemical Abstracts, vol. 52, No. 10, Abstract No. 2007i (1958).
Koelsch et al.,J. Org. Chem., vol. 21, pp. 1211–1213 (1956).
Database Beilstein Online1, Beilstein Institute for Organic Chemistry, Database accession No. 13551.
Sugawara: Chem. Zentralbl., vol. 98, No. II, p. 932 (1927).
Thenoch et al., Journal of Medicinal Chemistry, vol. 29, No. 2, pp. 251–260 (1986).
Database Beilstein Online1, Beilstein Institute for Organic Chemistry, Database accession No. 6922620.
Kessenkothen et al.: J. Chem. Soc. Perkin Trans1, vol. 17, pp. 2485–2492 (1994).
Thuostrionga et al., Journal of Medicinal Chemistry, vol. 31, No. 7, pp. 1369–1376 (1988).
Gloxman et al., 1981, CAS:95:24693.
Kometani et al., 1991, CAS:115:126869.

* cited by examiner

Primary Examiner—Rita Desai
Assistant Examiner—Robert Shiao
(74) Attorney, Agent, or Firm—Wenderoth, Lind & Ponack, L.L.P.

(57)          **ABSTRACT**

The invention concerns 2-oxo-1-pyrrolidine derivatives of formula I,

(1)

wherein the substituents are as defined in the specification, as well as their use as pharmaceuticals.

The compounds of the invention are particularly suited for treating neurological disorders such as epilepsy.

**5 Claims, No Drawings**

> **5.** (2S)-2-[(4R)-2-oxo-4-propylpyrrolidinyl]butanamide or a pharmaceutically acceptable salt thereof.



# Brain Uptake Alone is Insufficient for Activity

Case 1:20-cv-00987-CFC-JLH Document 232-1 Filed 12/08/22 Page 172 of 245 PageID #: 9709

Waterbeemd

Journal of Drug Targeting, 1998, Vol. 6, No. 2, pp. 151–165
Reprints available directly from the publisher
Photocopying permitted by license only

© 1998 OPA (Overseas Publishers Association) N.V.
Published by license under
the Harwood Academic Publishers imprint,
part of The Gordon and Breach Publishing Group.
Printed in Malaysia

## Estimation of Blood–Brain Barrier Crossing of Drugs Using Molecular Size and Shape, and H-Bonding Descriptors

HAN VAN DE WATERBEEMD*, GIAN CAMENISCH¹, GERD FOLKERS¹, JACQUES R. CHRÉTIEN² and OLEG A. RAEVSKY³

*F. Hoffmann-La Roche Ltd, Pharma Research – Molecular Drugs and Bioinformatics, CH-4070 Basel, Switzerland; ¹ETHZ, Department Pharmacy, Winterthurerstrasse 190, CH-8057 Zürich, Switzerland; ²University of Orléans Laboratory of Chemometrics, F-45067 Orléans, France; ³The Institute of Physiologically Active Compounds of the Russian Academy of Sciences, 142432 Chernogolovka, Moscow Region, Russia

(Received 6 November 1997)

The influence of physicochemical properties, including lipophilicity, H-bonding capacity and molecular size and shape descriptors on brain uptake has been investigated using a selection of marketed CNS and CNS-inactive drugs. It is demonstrated that the polar surface area of a drug can be used as a suitable descriptor for drug H-bonding potential. A combination of a H-bonding and a molecular size descriptor, i.e. the main components of lipophilicity and permeability, avoiding knowledge of distribution coefficients, is proposed to estimate brain penetration potential of new drug candidates. Previously reported experimental surface data appear to be strongly correlated to molecular size of the drug compounds. Present analysis offers a modern basis for property-based design and targeting of CNS drugs.

Keywords: BBB uptake estimation, Brain drug delivery, Lipophilicity, Molecular shape, Molecular weight, Partition coefficients

### INTRODUCTION

**Oral Absorption**

Understanding physicochemical reasons for poor oral bioavailability of drugs has been improved considerably in recent years, as witnessed e.g. at the 4th International Conference on Drug Absorption

in Edinburgh. Thus, it is generally accepted now that physicochemical properties of a drug, such as size, charge, hydrogen bonding potential and lipophilicity, are important determinants for crossing the gastrointestinal epithelium (Pauletti et al., 1997). Current research is directed to understand the constraints each of these properties is putting on cellular or membrane permeability, as well as

*Corresponding author: Pfizer Central Research, Department of Drug Metabolism, Sandwich, Kent CT13 9NJ, U.K. Tel.: +44 1304 646179. Fax: +44 1304 650423. E-mail: han_waterbeemd@sandwich.pfizer.com.

151




**Exhibit 16**
**S. Lepore dep**

UCB v. Annora, et. al.
**DTX-10067**
C.A. No. 20-00987-CFC

BRIV-DEFS_0000706

DTX-10067.0001

---

> activity. Therefore correlations between such "permeation" data and physicochemical properties of drugs or drug candidates will mainly unravel trends and do not produce hard relationships. **CNS activity depends of course upon dose, receptor affinity, receptor concentration, protein binding in the periphery and metabolism.** However, in the present

Waterbeemd (DTX-10067.0003)

PDX-5-48

# No Motivation to Use Lipophilicity As a Guiding Principle to Increase Activity

Case 1:20-cv-00987-SEB-DLP   Document 234-1   Filed 12/15/22   Page 173 of 245 PageID #: 8675



**Levetiracetam**

**LBS**

Types of anticonvulsant activity animal models

**Audiogenic Mouse Model**

**Noyer shows lack of correlation between lipophilicity and audiogenic mouse activity**

**MES Mouse Model**

**Levetiracetam's lack of activity in MES model makes purported correlations with lipophilicity inapplicable**

# Noyer Confirms No Correlation Between Lipophilicity and Activity

| Compound | Structure | Number of Methylenes vs. LEV | pKi | Reduction in Binding Affinity vs. LEV | ED$_{50}$ (mmol/kg) | Reduction in Activity vs. LEV |
|---|---|---|---|---|---|---|
| LEV | | N/A | 6.1 | N/A | 0.05 | N/A |
| 3 | | -1 | 5.5 | 4x | 0.10 | 2x |
| 4 | | +1 | 5.3 | 6x | 0.13 | ~ 2.5x |
| 6 | | +2 | 5.0 | 12x | 0.18 | ~ 3.5x |
| 7 | | +4 | 5.3 | 6x | 0.24 | ~ 5x |

DTX-10068

# Compounds with Wide Range of Log P Have MES Activity

Case 1:23-cv-00097-CFC-JLH   Document 234-1   Filed 12/15/23   Page 175 of 245 PageID #: 5079

| Compound | Log P | pED |
|---|---|---|
| Phenobarbital | 1.4 | 4.0 |
| Phenytoin | 2.1 | 4.4 |
| Diazepam | 2.8 | 4.2 |
| Clonazepam | 2.2 | 4.2 |
| Carbamazepine | 2.9 | 4.4 |
| Oxcarbazepine | 1.6 | 4.1 |
| Valproate | 2.8 | 2.7 |
| Topiramate | 0.2 | 3.8 |
| Lamotrigine | 2.5 | 5.0 |
| Felbamate | 0.8 | 3.8 |
| Ethosuximide | 0.7 | Inactive |
| Vigabatrin | -0.1 | Inactive |
| Gabapentin | 0.9 | Inactive |



JTX-20023, PTX-225, PTX-149, and PTX-239

# Levetiracetam Had a Lack of Neurotoxic Effects at High Doses



In conclusion, the data presented in this report establish the lack of affinity of the novel anticonvulsant levetiracetam for a variety of binding sites related to convulsions. These results are in agreement with the unique pharmacological profile of levetiracetam, and particularly with the lack of its neurotoxic effect at high doses of the drug. This report also describes the

Noyer (DTX-10068.0009)



A remarkable feature of levetiracetam is its low neurotoxicity (GOWER et al. 1992; LÖSCHER and HÖNACK 1993; KLITGAARD et al, 1997). In the rotarod test, open field exploration and an Irwin-type observation test, only mild sedation and a slight increase in locomotor activity were observed at doses 50–100 times higher than the anticonvulsant doses (GOWER et al. 1992). After intraperitoneal administration, the $TD_{50}$ value in the chimney test is about 1700 mg/kg in rats and 1170 mg/kg in mice. In both species, the $TD_{50}$ value in the rotarod test is >1700 mg/kg.

Perucca (DTX-10063.0042)

# Levetiracetam Is a Safe and Effective FDA-approved Treatment for Epilepsy

- Levetiracetam is a safe and effective FDA-approved treatment for epilepsy
  - It is reaching its target receptors in the brain
  - It is efficacious
  - It has a well-tolerated side effect profile





# The POSA Would Not Have Been Motivated by Lipophilicity to Make Structural Changes

Case 1:29-cv-00987-CFC-JLH - Document 884-1 - Filed 12/15/23 - Page 178 of 245 PageID # 679

- Lipophilicity would not motivate a POSA to make structural changes to levetiracetam
  - Compounds with all ranges of Log P are able to reach the brain
  - No relevant correlation between lipophilicity and anticonvulsant activity
  - Increasing brain uptake would not solve levetiracetam's CNS side effects

*Increasing lipophilicity requires a structural change, which will have unpredictable effects on the new compound's properties*

Case 1:20-cv-00987-CFC-JLH Document 330-1 Filed 12/15/22 Page 179 of 245 PageID #:

- No motivation to select an R-*n*-propyl group at the 4 position

  – The POSA would have considered modifying every position with any number of potential substituents

  – The POSA would have been concerned that an alkyl substituent would be prone to unwanted metabolism

  – Adding an *n*-propyl group would not lead to a compound within the "necessary" log P range

# Decision Steps for the POSA to Develop a More Lipophilic, yet Therapeutically Useful ASD





# The POSA Would Have Been Motivated to Try a Wide Universe of Substituents

Case 1:20-cv-00087-CFC-JLH Document 234-1 Filed 12/15/22 Page 181 of 245 PageID #: 6074



# The Compounds of Bobkov Are Structurally Different From Levetiracetam



4-phenyl piracetam



4-phenyl pyrrolidone



Levetiracetam



piracetam



Morpholep (morsuximide)

DTX-10073

# Litina and Waterbeemd Teach Log P Greater than 1.0, "Ideal" of 2.0

Case 1:20-cv-00967-CFC-JLH Document 234-1 Filed 12/15/22 Page 183 of 245 PageID #: ...



**Waterbeemd**

respectively. In Fig. 7 these three descriptors relevant for BBB uptake are plotted for the combined compound set. This figure illustrates and quantifies the basic principles for BBB uptake. Optimal log $D$ values for brain uptake should be in the range of 1−4. These plots demonstrate clearly that this lipophilicity constraint is a necessary, but not automatically a sufficient one. Namely, in

(DTX-10067.0012)

Dr. Lepore's
Calculated Log P: **0.9**

**Litina**

This was the first consideration in terms of QSAR. The most important finding in their analysis was that the log $P_o$ for a variety of antiepileptics fell in the range of 1.4 to 2.7.[11a,b] One must bear in mind

Litina (DTX-10075.0003)

eties (e.g., an amide group) are the primary binding groups. The study shows that log $P$, as calculated by the Clog $P$ program, is suitable for this form of QSAR study. Log $P_o$ of 2 was found to be ideal for passive penetration of these agents into the CNS. © 1998 John Wiley & Sons, Inc., Med Res Rev, 18, No. 2, 91–119, 1998.

Litina (DTX-10075.0001)

**A POSA Would Be Able to Calculate that Other Hydrocarbon Groups Would Result in Compounds Closer to Log P of 2 than a Compound with 4-*n*-Propyl**

Due to Conclusion that a Lower Hydrocarbon Content is Good

Figure 7 of Waterbeemd (DTX-10067)



Levetiracetam

# A POSA Would Be Able to Calculate that Other Hydrocarbon Groups Would Result in Compounds Closer to Log P of 2 than a Compound with 4-*n*-Propyl

Due to solubilities maximized by an acarbon groups



Figure 7 of Waterbeemd (DTX-10067)

4-n-propyl

Levetiracetam



Figure 7 of Waterbeemd (DTX-10067)

4-n-phenyl

4-n-propyl

Levetiracetam

# A POSA Would Be Able to Calculate that Other Hydrocarbon Groups Would Result in Compounds Closer to Log P of 2 than a Compound with 4-*n*-Propyl



Figure 7 of Waterbeemd (DTX-10067)

4-n-butyl

4-n-phenyl

4-n-propyl

Levetiracetam

Figure 7 of Waterbeemd (DTX-10067)



4-n-pentyl

4-n-butyl

4-n-phenyl

4-n-propyl

Levetiracetam

# A POSA Would Be Able to Calculate that Other Hydrocarbon Groups Would Result in Compounds Closer to Log P of 2 than a Compound with 4-*n*-Propyl

4-n-hexyl

4-n-pentyl

4-n-butyl

4-n-phenyl

4-n-propyl

Levetiracetam

Figure 7 of Waterbeemd (DTX-10067)



PDX-5-66



Figure 7 of Waterbeemd (DTX-10067)

# Risk of Metabolism Would Dissuade POSA from Selecting an *n*-Propyl

Case 1:20-cv-00987-CFC-JLH   Document 230-1   Filed 12/15/22   Page 191 of 245 PageID #: 5769



Alkyl chains are targets
for metabolism

# The POSA Would Not Have Selected an R-*n*-Propyl Group at the 4-Position

- No reasonable expectation that adding an R-*n*-propyl group at the 4-position would lead to a useful ASD

  – Adding a 4-*n*-propyl would lead to unpredictable effects on brain penetration

  – Structural changes would lead to unpredictable effects on anticonvulsant activity due to the known sensitivity of the LBS

  – Adding an R-4-*n*-propyl is not a conservative change

# Potential Consequences of Increased Lipophilicity on Brain Uptake

## In the Body

- Increased peripheral cell uptake

- Increased plasma protein binding

- Increased metabolism

## In the Brain

- Decreased ability to partition into the interstitial fluid

- Increased efflux out of the brain



blood stream

liver
spleen
stomach
intestines

JTX-20092, JTX-20077, JTX-20072, DTX-10115, DTX-10067

PDX-5-70

# Potential Consequences of Increased Lipophilicity on Brain Uptake

## In the Body

- Increased peripheral cell uptake
- Increased plasma protein binding
- Increased metabolism

## In the Brain

- Decreased ability to partition into the interstitial fluid
- Increased efflux out of the brain



blood stream

JTX-20092, JTX-20077, JTX-20072, DTX-10115, DTX-10067

# Potential Consequences of Increased Lipophilicity on Brain Uptake



**In the Body**

- Increased peripheral cell uptake

- Increased plasma protein binding

- Increased metabolism

**In the Brain**

- Decreased ability to partition into the interstitial fluid

- Increased efflux out of the brain

liver

Breakdown of drug compound

JTX-20092, JTX-20077, JTX-20072, DTX-10115, DTX-10067

PDX-5-72

# Potential Consequences of Increased Lipophilicity on Brain Uptake

## In the Body

- Increased peripheral cell uptake
- Increased plasma protein binding
- Increased metabolism

## In the Brain

- Decreased ability to partition into the interstitial fluid
- Increased efflux out of the brain



JTX-20092, JTX-20077, JTX-20072, DTX-10115, DTX-10067

# Potential Consequences of Increased Lipophilicity on Brain Uptake

## In the Body

- Increased peripheral cell uptake

- Increased plasma protein binding

- Increased metabolism

## In the Brain

- Decreased ability to partition into the interstitial fluid

- Increased efflux out of the brain



JTX-20092, JTX-20077, JTX-20072, DTX-10115, DTX-10067

# Noyer Confirms LBS Is Sensitive to Structural Changes



Compound 11
pKi = 5.2
ED$_{50}$ = 0.42 mmol/kg

Compound 6
pKi = 5.0
ED$_{50}$ = 0.18 mmol/kg

Compound 8
pKi = 4.9
ED$_{50}$ = 0.4 mmol/kg

UCB L060
pKi < 3.0
ED$_{50}$ = > 1.0 mmol/kg

| Compound | *Reduction* in Binding Affinity vs. LEV | *Reduction* in Activity vs. LEV |
|---|---|---|
| LEV | N/A | N/A |
| L060 | > 1,250x | > 20x |
| 6 | 12x | ~ 3.5x |
| 8 | 16x | ~8x |
| 11 | 8x | ~8.4x |

DTX-10068

PDX-5-75

# Chirality at the 4 Position Introduces Additional Complexity



**Keppra®**
CNS and Anticonvulsant

*undesirable*

?    ?

- No reasonable expectation that n-propyl substituent would lead to a useful ASD

- Addition of new chiral center at 4-position introduces additional complexity, which may affect: affinity to the LBS, activity and/or toxicity

# Defendants' Combination 1



DTX-10068.0001



DTX-10073.0001



DTX-10067.0001



DTX-10115.0001

- Noyer and Bobkov have data on different animal models; Bobkov lacks LBS binding affinity data

- Levin and Waterbeemd are general reference texts that are not specific to the same structures or animal models in either Noyer or Bobkov

# Defendants' Combination 2



DTX-10068.0001



DTX-10073.0001



DTX-10067.0001



DTX-10115.0001



DTX-10069.0001



DTX-10112.0001

- Noyer and Bobkov have data on different animal models; Bobkov lacks LBS binding affinity data

- Levin, Pardridge, and Waterbeemd are general reference texts that are not specific to the same structures or animal activity models in Noyer or Bobkov

- GB '692 is a 1970s patent with numerous substitutions at all positions and no compound-specific audiogenic mouse model data or LBS affinity data

PDX-5-78

# EXHIBIT 6

# UCB, Inc., et al.
# v.
# Annora Pharma Private Limited, et al.

## C.A. No. 20-987 (CFC) (JLH)

### Plaintiffs' Closing

November 17, 2022

PDX-6-1

# Non-Obviousness: Legal Standard



"Proof of obviousness based on structural similarity requires ***clear and convincing evidence*** that a medicinal chemist of ordinary skill would have been motivated to select and then to modify a prior art compound (*e.g.*, a lead compound) to arrive at a claimed compound with a reasonable expectation that the new compound would have similar or improved properties compared with the old."

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1352 (Fed. Cir. 2010)
(emphasis added)

"***Clear and convincing evidence*** places in the fact finder an ***abiding conviction*** that the truth of the factual contentions are ***highly probable***."

*Procter & Gamble Co. v. Teva Pharms. USA, Inc.*, 566 F.3d 989, 994 (Fed. Cir. 2009)
(cleaned up) (emphases added)

# Defendants' Chosen Path Requires Several Successive Steps

**Defendants must prove:**

- That the POSA would choose levetiracetam as a lead compound

- That levetiracetam's negative log P was a problem to be solved

- That the POSA would have been guided by lipophilicity to make modifications in an effort to increase activity and decrease side effects

- That the POSA would have chosen the 4-position for modification

- That the POSA would have chosen an *n*-propyl group out of all of the potential options

- That the POSA would reasonably expect that the resulting compound would be similar or better than the FDA-approved levetiracetam

# Non-Obviousness: Analysis



"Proof of obviousness based on structural similarity requires *clear and convincing evidence* that a medicinal chemist of ordinary skill

would have been motivated to select [a lead compound]

and then to modify a prior art compound
(*e.g.*, a lead compound) to arrive at a claimed compound

with a reasonable expectation that the new compound would have similar or improved properties compared with the old."

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1352 (Fed. Cir. 2010)
(emphasis added)

# Non-Obviousness: Lead Compound



"Proof of obviousness based on structural similarity requires *clear and convincing evidence* that a medicinal chemist of ordinary skill

would have been motivated to select [a lead compound]

and then to modify a prior art compound
(*e.g.*, a lead compound) to arrive at a claimed compound

with a reasonable expectation that the new compound would have similar or improved properties compared with the old."

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1352 (Fed. Cir. 2010)
(emphasis added)

PDX-6-5

# Non-Obviousness: Selecting a Lead Compound



"While the lead compound analysis must, in keeping with *KSR*, not rigidly focus on the selection of a single, best lead compound . . . the analysis still requires the challenger to demonstrate by clear and convincing evidence that one of ordinary skill in the art would have had a reason *to select a proposed lead compound or compounds over other compounds in the prior art.*"

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1354 (Fed. Cir. 2010) (internal citation omitted) (emphasis added)

# Dr. Pleasure Did Not Conduct a Lead Compound Analysis



**Q.** ==And in your lead compound analysis, you didn't explicitly compare levetiracetam to any other approved compound.== Is that fair?

**A.** ==I don't think I did a formal lead compound analysis.== I was asked whether, and I as I testified, I was asked whether there were attractive features to a neuroscientist for choosing levetiracetam. ==So I'm a little bit concerned when you use the term "lead compound analysis" because there -- that's not what I was asked to do.==

**Q.** ==And you didn't compare the profile, for example, of levetiracetam specifically to any other approved ASD in your direct testimony, correct?==

**A.** In my testimony today?

**Q.** Yes.

**A.** ==That is correct.==

Day 2 Tr. at 82:20–83:10 (Pleasure)

# Many ASDs Were Newly Approved in the 1990s

Case 1:20-cv-00887-SEG-JLH Document 2341 Filed 12/15/21 Page 210 of 245 PageID #: 8108



THE COURT: And in the 1990s and early the 2000s, I mean, how often was the FDA approving epilepsy-related drugs?

THE WITNESS: So as the plaintiffs' attorney said, you know, there were several drugs that were approved at that time.

And to a certain extent, my residency period of time, from '94 to 97 was, to a degree, actually, in some ways, the earliest -- the sort of beginning of what was being called the -- sort of, the new generation of drugs.

So there was gabapentin, tiagabine, which were mentioned, neither of which are great antiepileptics. There was -- but are used very much for neuropathic pain to this today. There was lamotrigine, which became available, and topiramate, which became available. Both of those are used pretty widely in epilepsy, but they're also used in psychiatric disease.

So that -- all of these medications were coming at that time. It was an exciting time for people taking care of epilepsy patients, because there was a lot of hope that these were going to take care of the problem. Unfortunately, the percentage of patients who still have refractory epilepsy, sort of, remain the same.

Day 2 Tr. at 88:12–89:9 (Pleasure)

# ASDs That Had Been Prescribed to Patients Outside of Clinical Trials



Day 2 Tr. at 78:2–5, 12–14, 15–22 (Pleasure)
Day 2 Tr. at 252:13–15; 255:3–5 (Löscher)

# Key Prior Art References Were Created by UCB



**Noyer**

Michel Noyer *, Michel Gillard, Alain Matagne, Jean-Pierre Hénichart, Ernst Wülfert

*UCB Pharmaceutical Sector, Chemin du Foriest, 1420 Braine-l'Alleud, Belgium*

DTX-10068.001

**GB '692**



(71) We, UCB, a Sociéte Anonyme (formerly known as UCB (Union Chimique-Chemische Bedrijven) Société Anonyme), of 4, Chaussée de Charleroi, Saint-Gilles-lez-Bruxelles, Belgium, a Body Corporate organised under the laws of Belgium, do hereby declare the invention, for which we pray that patent may be granted to us, and the method by which it is to be performed, to be particularly described in and by the following statement:—



DTX-10069.001

PDX-6-10

# Non-Obviousness: Modification



"Proof of obviousness based on structural similarity requires *clear and convincing evidence* that a medicinal chemist of ordinary skill

would have been motivated to select [a lead compound]

and then to modify a prior art compound (*e.g.*, a lead compound) to arrive at a claimed compound

with a reasonable expectation that the new compound would have similar or improved properties compared with the old."

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1352 (Fed. Cir. 2010)
(emphasis added)

PDX-6-11

# No Criticism of Levetiracetam's Lipophilicity



**THE COURT:** Looking solely as of November 1999 --

**THE WITNESS:** Yes.

**THE COURT:** -- date of the approval of levetiracetam -- and February 23, 2000, can you point to anything in writing where someone questioned the -- the blood-brain barrier permeability or the lipophilicity of levetiracetam?

Looking solely as of November 1999 --

**THE WITNESS:** Of that molecule in particular? No, I don't -- I can't think of anything in that time frame or that was challenged or discussed or criticized.

**THE COURT:** All right. Okay. You wanted to ask a question, Ms. Hansen?

**MS. HANSEN:** I did. And if we could pull up DDX-Lepore-54.

**THE COURT:** -- Actually, before you do, I wanted to ask a follow-up. I asked you the last question. I said, anything in writing? Do you have any oral evidence that anybody expressed any criticism or negative thoughts or questions about the blood-brain permeability or lipophilicity of levetiracetam between November 1999 and February 23, 2000?

**THE WITNESS:** Personally? Do I personally have any --

**THE COURT:** Well, either way. I mean, somebody you heard or somebody told you somebody expressed it orally?

**THE WITNESS:** I don't.

Day 2 Tr. at 31:16–32:19 (Lepore)

PDX-6-12

# The Experts Agree That Levetiracetam Entered the Brain



**Q.** So what would the fact that lev was the only one of these drugs that binds to this LBS, why would that have been significant to a person of skill?

**A.** So a -- well, to a neurologist or neuroscientist at the time, what they would certainly conclude is that it appears that levetiracetam is likely to be acting through a distinct binding site that is a protein that in the -- present in the brain and would have, you know, quickly come to that potential hypothesis that that might be an important interaction for understanding levetiracetam mechanism.

Day 2 Tr. at 66:22–67:7 (Pleasure)



**Q.** Now, Dr. Lepore, what does Noyer teach about the mechanism of action for levetiracetam?

**A.** So it's a compound that they have demonstrated acts at a specific binding site, a unique binding site, for antiepileptic compounds. And that this binding site, although they know its identity, had not been characterized.

＊          ＊          ＊

**THE COURT:** So is this binding site in the rat's brain?

**THE WITNESS:** Yes. These are binding sites that are in the brain of the rats. That's right.

Day 1 Tr. at 112:23–113:16 (Lepore)



**Q.** And so in 2000 to a POSA, what would they have known about whether levetiracetam crossed the blood-brain barrier?

**A.** A POSA would have known that the levetiracetam was crossing the blood-brain barrier.

Day 3 Tr. at 48:21–25 (Löscher)



**Q.** What would the POSA have understood -- and this, again, just high-level summary -- about lev as of February 2000?

**A.** February 2000, the POSA would have understood it was safe and effective and just approved by the FDA. He would know it's reaching its target receptors in the brain. It's a drug that's FDA approved. It's efficacious. And he'd also believe it's a well-tolerated side-effect profile.

Day 3 Tr. at 119:11–19 (MacMillan)

# The Experts Agree That Levetiracetam Was an Effective CNS Drug



**Q.** What is that issue?

**A.** So levetiracetam was a new, effective, and unique antiepileptic compound as of February 2000.

Day 2 Tr. at 44:22–24 (Pleasure)



**Q.** So lev was both safe and effective to treat epilepsy?

**A.** That's correct.

Day 1 Tr. at 172:5–6 (Lepore)



**Q.** And how do you know that it was known to cross the blood-brain barrier as of 2000?

**A.** Because it was effective in different animal models of seizures, and that's only possible if the compound goes into the brain.

Day 3 Tr. at 48:9–13 (Löscher)



**Q.** What would the POSA have understood -- and this, again, just high-level summary -- about lev as of February 2000?

**A.** February 2000, the POSA would have understood it was safe and effective and just approved by the FDA. He would know it's reaching its target receptors in the brain. It's a drug that's FDA approved. It's efficacious. And he'd also believe it's a well-tolerated side-effect profile.

Day 3 Tr. at 119:11–19 (MacMillan)

PDX-6-14

# The Experts Agree That Levetiracetam Had a Mild Side Effect Profile



**Q.** By contrast, I think I heard you on direct, you believe that levetiracetam had minimal side effects?

**A.** At that time and to this day, in the overwhelming majority of patients, levetiracetam has very few side effects.

Day 2 Tr. at 81:19–23 (Pleasure)



**Q.** And what does Perruca report about the clinical effectiveness of levetiracetam?

**A.** So this is a compound that is generally reducing the seizure frequency, as we've seen here, in 39 percent of the patients compared to the placebo. It's a drug that was generally well tolerated.

Day 2 Tr. at 110:6–11 (Lepore)



**Q.** And he says that "The data on levetiracetam suggests that it may constitute a very effective broad spectrum approach to treatment of both partial and generalized epileptic seizures in patients with a minimum of adverse effects." Correct?

**A.** Correct.

Day 3 Tr. at 24:10–15 (Löscher)



**Q.** What would the POSA have understood -- and this, again, just high-level summary -- about lev as of February 2000?

**A.** February 2000, the POSA would have understood it was safe and effective and just approved by the FDA. He would know it's reaching its target receptors in the brain. It's a drug that's FDA approved. It's efficacious. And he'd also believe it's a well-tolerated side-effect profile.

Day 3 Tr. at 119:11–19 (MacMillan)

PDX-6-15

# Defendants Failed to Carry Their Burden with Dr. Lepore's Testimony



> **Q.** So to sum up, Dr. Lepore, in your opinion, would a POSA have been motivated to improve any of the properties of levetiracetam as a lead compound?
>
> **A.** Yes. It was taught in a theoretical way in the literature that in relationships between lipophilicity and antiblood-brain activity were known, it was exemplified, known FDA-approved drugs. A POSA would have seen this as a reasonable strategy to improve a drug's medicinal properties, this lipidization strategy.

Day 1 Tr. at 127:18–128:1 (Lepore)

PDX-6-16

# Animal Models of Seizures



Day 2 Tr. 50:19–24 (Pleasure)
Day 2 Tr. 233:25–234:2 (Löscher)

# Log P Does Not Predict MES Activity



DTX-10067.0012



# Noyer Confirms No Relevant Correlation Between Lipophilicity and Activity

| Compound | Structure | Number of Methylenes vs. LEV | Reduction in Binding Affinity vs. LEV | Reduction in Audiogenic Mouse Activity vs. LEV |
|---|---|---|---|---|
| LEV | | N/A | N/A | N/A |
| 3 | | -1 | 4x | 2x |
| 4 | | +1 | 6x | ~ 2.5x |
| 6 | | +2 | 12x | ~ 3.5x |
| 7 | | +4 | 6x | ~ 5x |



**Q.** Are there any examples from Noyer that illustrate the affect of lipophilicity on activity of compounds with the lev scaffold?

**A.** Yes.

**Q.** What are they?

**A.** So first of all -- so there's lev at the top. And this Compound 3, you can see it's missing the tail of this part, which means it has one less carbon. That means it's less lipophilic. And you can see -- you see a reduction in both LBS and the audiogenic mouse model. In contrast, is if you now start adding carbons here, here, and here -- you add one, two, four -- this is proportionally an increase in the lipophilicity. And when you do that, you also see a decrease in the LBS-binding model as well as audiogenic mouse model. So what a person of ordinary skill can see from this data is, there's no correlation between lipophilicity and LBS-binding audiogenic mouse results.

Day 3 Tr. at 108:22–109:14 (MacMillan)

# Defendants Failed to Carry Their Burden with Dr. Lepore's Testimony



**Q.** So is it your opinion that a propyl substitution at the 4-position, one that the POSA would have reasonably made?

**A.** Yes. A POSA would have considered this a reasonable design change, and one that was supported by the literature.

Day 1 Tr. at 154:10–15 (Lepore)

# Defendants' Motivation Evidence "Teaches" an Ideal Log P of 2



**Waterbeemd**

respectively. In Fig. 7 these three descriptors relevant for BBB uptake are plotted for the combined compound set. This figure illustrates and quantifies the basic principles for BBB uptake. Optimal log $D$ values for brain uptake should be in the range of 1–4. These plots demonstrate clearly that this lipophilicity constraint is a necessary, but not automatically a sufficient one. Namely, in

DTX-10067.0012

Dr. Lepore's
Calculated Log P: **0.9**



**Litina**

This was the first consideration in terms of QSAR. The most important finding in their analysis was that the log $P_o$ for a variety of antiepileptics fell in the range of 1.4 to 2.7.[11a,b] One must bear in mind

DTX-10075.0003

cties (e.g., an amide group) are the primary binding groups. The study shows that log $P$, as calculated by the Clog $P$ program, is suitable for this form of QSAR study. Log $P_o$ of 2 was found to be ideal for passive penetration of these agents into the CNS. © 1998 John Wiley & Sons, Inc., Med Res Rev, 18, No. 2, 91–119, 1998.

DTX-10075.0001

# Dr. Lepore Selectively Relies on GB '692



**A POSA Would Have Had a Reasonable Expectation of Success**

GB '692

**Claimed compounds:**

"the activity of these compounds on the central nervous system is considerably greater than expected"

"can be used for therapeutic purposes, for example, for … epilepsy"

"bring about a decrease in cerebral excitability"

"active in the tonic phase of the audiogenic seizure"

DTX-10069.0001, 0002, 0007



Claim 19

2-(4-methyl-2-oxo-pyrrolidino)-butyramide

DDX(Opening)-47



**Q.** This structure, was that structure shown in the opening slide by Mr. Mathas? Is that what you're referring to?
**A.** Yes, that's correct.
**Q.** So how would a POSA have considered this GB '692 prior art in regards to his or her expectation of success for preparing a levetiracetam analogue with a carbon unit substitution at the 4-position?
**A.** A POSA would have considered and understood that UCB themselves made alkyl -- forced alkyl substitution to their levetiracetam racemic compound. And that that compound, they're claiming, has seizure – antiseizure activity in their audiogenic model. A POSA would have expected that making other alkyl substitutions at the 4-position, very similar to this but just two-carbon fragments longer, a POSA would have thought that they would have reasonable success with that other modification. Very conservative.

Day 1 Tr. at 159:24–160:16  (Lepore)

# Dr. Lepore Selectively Relies on GB '692



2. (5-methyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
3. (3-methyl-2-oxo-pyrrolidino)-acetamide.
4. 2-(2-oxo-pyrrolidino)-propionamide.
5. 2-(5-methyl-2-oxo-pyrrolidino)-butyramide.
6. (5-methyl-2-oxo-pyrrolidino)-propionamide.
7. (4-methyl-2-oxo-pyrrolidino)-acetamide.
8. (5-methyl-2-oxo-pyrrolidino)-acetamide.
9. (3,3-dimethyl-2-oxo-pyrrolidino)-acetamide.
10. (3,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
11. (4,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
12. (5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
13. (3,5,5-trimethyl-2-oxo-pyrrolidino)-acetamide.
14. 2-(2-oxo-pyrrolidino)-butyramide.
15. 2-(2-oxo-pyrrolidino)-3-methyl-butyramide.
16. (5-ethyl-2-oxo-pyrrolidino)-acetamide.
17. (4,5-dimethyl-2-oxo-pyrrolidino)-N,N-dimethylacetamide.
18. (5,5-dimethyl-2-oxo-pyrrolidino)-N,N-diethylacetamide.
19. 2-(4-methyl-2-oxo-pyrrolidino)-butyramide.
20. 2-(4-methyl-2-oxo-pyrrolidino)-propionamide.
21. 2-(4,5-dimethyl-2-oxo-pyrrolidino)-propionamide.
22. N-allyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
23. N-n-butyl-(3-methyl-2-oxo-pyrrolidino)-acetamide.
24. (3,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
25. (4,4-dimethyl-2-oxo-pyrrolidino)-acetamide.
26. N-n-propyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
27. N-isopropyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
28. N-allyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
29. N-propargyl-(5,5-dimethyl-2-oxo-pyrrolidino)-acetamide.
30. N-n-butyl-(5,5-dimethyl-2-oxo-pyrrolidino)-butyramide.
31. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-pyrrolidine.
32. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-piperidine.
33. N-[(5,5-dimethyl-2-oxo-pyrrolidino)-acetyl]-morpholine.



Claim 9   Claim 10   Claim 11   Claim 12   Claim 13   Claim 17
Claim 18   Claim 21   Claim 24   Claim 25   Claim 26
Claim 27   Claim 28   Claim 29   Claim 30
Claim 31   Claim 32   Claim 33

Day 1 Tr. at
229:6–13 (Lepore)

PDX-6-23

# Defendants: Bobkov Teaches a Phenyl is "Tolerated"



**Bobkov**

DTX-10073



**Q.** Well, why wouldn't a POSA in this position keep going on and make compounds with five, six, ten, 20 carbon units added at the 4-position?

**A.** Well, for starters, Bobkov taught that a <mark>phenyl ring is tolerated</mark> at the 4-position. So there's some expectation that putting a <mark>propyl would be tolerated</mark>, but going into four, five, six, seven, now you're -- we don't know what the outcome will be. So a POSA would have understood that start with what you know and what you have a reasonable expectation would work, see how those pan out in terms of their experiments, and then go from there.

Day 1 Tr. at 153:24–154:9 (Lepore)

## Where is a phenyl "tolerated"?

**Q.** And [Bobkov] also predates the disclosure of lev[etiracetam]?

**A.** Correct.

**Q.** And it also predates the disclosure of the LBS.

**A.** Correct.

Day 1 Tr. at 187:22–25 (Lepore)

## In what model is a phenyl "tolerated"?

**Q.** And there is no audiogenic mouse model activity data provided for in [Bobkov] whatsoever, correct?

**A.** I'm -- correct.

Day 1 Tr. at 188:1–2 (Lepore)

# The Experts Agree Many Substituents Increase Lipophilicity



# Silverman: Several Ways to Increase Lipophilicity

Case 1:20-cv-00987-CFC-JLH Document 234-1 Filed 12/15/22 Page 228 of 245 PageID #: 8326



Silverman

DTX-10059

**1. Homologation**
DTX-10059.0029

**2. Chain Branching**
DTX-10059.0031

**3. Ring–Chain Transformations**
DTX-10059.0031

**4. Bioisosterism**
DTX-10059.0032



**Q.** Now according to Silverman, would all of these techniques result, or potentially result, in a compound with improved lipophilicity?

**A.** No. In terms of adding a lipophilic group you mean?

**Q.** Correct. I mean, could you add lipophilic groups through any of --

**A.** Oh, if you wanted to increase lipophilicity through that, yeah, you could. But it's not -- you don't know that if you don't know what the group is you are adding.

**Q.** Understood. And according to Silverman, which of any of these techniques is preferred over others?

**A.** None of those techniques are prioritized over the other ones.

Day 3 Tr. at 144:19–145:7 (MacMillan)

PDX-6-26

# 4-Phenyl and 4-*n*-Propyl Are Not Spacers



**Propyl spacer group**

**Phenyl spacer group**



**Q.** Now, the substituents that Dr. Lepore drew on the bottom half of the slide, are these groups functioning as spacers?

**A.** They are not functioning as spacers here. They are being shown as being actual groups, actual substituents, which are going to be in the active site. And, again, you don't think of a benzene ring and all the different aspects of why it will bend. You don't think of that as being something like this floppy sort of propyl group.

**Q.** Now, Dr. Lepore referred to the structure on the upper right-hand part of the screen in the green box as a 1, 4-substituted benzene. Did you hear that testimony?

**A.** I did.

**Q.** And how does that compare to, for example, using a phenyl group as a terminal substituent?

**A.** So this is being suggested that this is a linker, this is a spacer. It's holding two things at a certain distance away from each other. It's not, as a suggestion, as it's shown here, it's been a terminal group. And it's the same thing here because this is actually three CH2s. This isn't even three CH2s. It is two with a methyl group. This is actually a propylene which is being used to hold two things at a certain distance away from each other. It is not a propyl group.

Day 3 Tr. at 148:11–149:10 (MacMillan)

# 4-Phenyl and 4-*n*-Propyl Do Not Have the Same Properties



DDX(Lepore)-51



**Q.** Now, comparing a propyl group and a phenyl group, how, if at all, would the properties of those two groups matter in a biological system?

**A.** Well, as I mentioned already, there are so many -- their properties are very different from each other. The benzene ring has a -- it's called a [pi] cloud. It's basically these -- it's an electronic cloud that floats above it that allows it to interact with the backbones of receptors. The propyl group. doesn't have that. It has what's called potentially dispersion portions, which benzene rings don't have. And that's before you even think about the size, shape, basically volume, all of these things are very, very different from each other. So they are not similar.

Day 3 Tr. at 149:11–24  (MacMillan)

# The Risk of Metabolism for an *n*-Propyl Was Well Known

### Risk of Metabolism Would Dissuade POSA from Selecting an *n*-Propyl



PDX-5-68



**Q.** Right. And there's no prior art source cited in this particular slide, right?

**A.** There appears not to be, that's correct.

Day 3 Tr. at 222:20–22  (MacMillan)

**Q.** Now, with respect to the commentary with your lack of a source on the concept of metabolism of alkyl chains, would you consider this to be a concept that is widely known among medicinal chemists?

**A.** Absolutely widely known. It's one of the fundamental parts that a medicinal chemist understands when you introduce methylenes and alkyl groups they are prone to metabolism.

Day 3 Tr. at 247:19–248:1  (MacMillan)

# Waterbeemd Teaches "Optimal" and "Necessary" Log P = 1-4



DTX-10067.0012



# Litina Teaches "ideal" Log P = 2



DTX-10067.0012



DTX-10075.0026



Figure 7 of Waterbeemd (DTX-10067)

# Adding 4-*n*-Propyl Fails to Achieve "Optimal," "Necessary," or "Ideal" Log P

Case 1:20-cv-00087-CFC-JLH Document 234-1 Filed 12/18/22 Page 234 of 245 PageID #: 6192



Waterbeemd

DTX-10067.0012



Litina

DTX-10075.0026



Figure 7 of Waterbeemd (DTX-10067)

# Non-Obviousness: Reasonable Expectation of Success



"Proof of obviousness based on structural similarity requires ***clear and convincing evidence*** that a medicinal chemist of ordinary skill

would have been motivated to select [a lead compound]

and then to modify a prior art compound
(e.g., a lead compound) to arrive at a claimed compound

with a reasonable expectation that the new compound would have similar or improved properties compared with the old."

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1352 (Fed. Cir. 2010)
(emphasis added)

# Dr. Lepore: Levin Equation Depends on Two Variables

Case 1:20-cv-00967-CFC-JLH Document 332-1 Filed 12/15/22 Page 236 of 245 PageID 5..24

$$\log P_c = -4.605 + 0.4115 \log[P(M_r)^{-1/2}]$$

DTX-10115.0003



**Q.** Right. And so let's actually take a look at that equation, Levin's equation, which is at Page 3. Now, this equation has two variables, right?

**A.** Correct.

**Q.** One of them is the partition coefficient?

**A.** No. The variables are the log P and the molecular weight.

Day 1 Tr. at 199:19–25 (Lepore)

# Noyer Indicates LBS is Sensitive to Structural Changes



Compound 11
pKi = 5.2
ED$_{50}$ = 0.42 mmol/kg

Compound 6
pKi = 5.0
ED$_{50}$ = 0.18 mmol/kg

Compound 8
pKi = 4.9
ED$_{50}$ = 0.4 mmol/kg

UCB L060
pKi < 3.0
ED$_{50}$ = > 1.0 mmol/kg

Day 3 Tr. at 156:20–158:19

| Compound | *Reduction* in Binding Affinity vs. LEV | *Reduction* in Audiogenic Mouse Activity vs. LEV |
|---|---|---|
| LEV | N/A | N/A |
| L060 | > 1,250x | > 20x |
| 6 | 12x | ~ 3.5x |
| 8 | 16x | ~8x |
| 11 | 8x | ~8.4x |

DTX-10068

# Activity in GB '692 vs. Activity in Keyer



Claim 19



| GB '692: 32 Claimed Compounds | |
|---|---|
| ED$_{50}$ (mg/kg) | 200 |

| Levetiracetam | |
|---|---|
| ED$_{50}$ (mg/kg) | 8.5 |



**Q.** And 8.5 is over twentyfold less potent than the 200 mgs per kg level reported in GB '692.

**A.** They are saying about, but yes, correct.

Day 1 Tr. at 225:18–20 (Lepore)

# Selection of Lead Compound is Analyzed as of Priority Date



"[T]he proper analysis [for identifying a lead compound] requires a *form of amnesia that forgets the invention* and analyzes the prior art and understanding of the problem at the *date of invention*."

*Mintz v. Dietz & Watson, Inc.*, 679 F.3d 1372, 1379 (Fed. Cir. 2012) (cleaned up) (emphases added)

# Unexpected Results Requires Analysis of Closest Prior Art



"[W]hen unexpected results are used as evidence of nonobviousness, the results must be shown to be unexpected *compared with the closest prior art.*"

*Millennium Pharms., Inc. v. Sandoz Inc.*, 862 F.3d 1356, 1368 (Fed. Cir. 2017)
(quoting *Kao Corp. v. Unilever U.S., Inc.*, 441 F.3d 963, 970 (Fed. Cir. 2006))

"Mylan argues that because the '902 ARBs are undisputedly the closest prior art, that should have been dispositive of the lead compound issue. *That argument runs contrary to our case law.*"

*Daiichi Sankyo Co. v. Matrix Labs., Ltd.*, 619 F.3d 1346, 1354 (Fed. Cir. 2010)

PDX-6-38

# Lead Compound and Objective Indicia As Viewed from Different Points in Time



## Lead Compound

**February 2000**

**Present**

Approved ASDs as of February 2000

Brivaracetam

Levetiracetam

## Objective Indicia

# Briviact's Psychiatric and Behavioral Side Effect Profile Was Unexpected



**Q.** Dr. Sands, in your opinion, has Briviact demonstrated unexpected results as compared to levetiracetam?

**A.** Yes. Briviact's side-effect profile as regards ==psychiatric and behavioral side effects is unexpectedly milder== than levetiracetam.

**Q.** And why was it unexpected that it was milder, gave a milder psychiatric and behavioral side-effect profile than levetiracetam?

**A.** Sharing putative mechanism of action with levetiracetam, one would think that the side-effect profile -- one would expect the side-effect profile to be the same, if not more severe, given the increased affinity for its target.

Day 2 Tr. at 179:3–15 (Sands)





to a preselection of patients not tolerating LEV well. For the patient subgroup switched directly to LEV, however, ==a remarkable reduction in the prevalence of psychiatric adverse effects== was noted. The high rates

JTX-20046-004

PDX-6-40

# Brivaracetam Has 10-Fold Higher Potency in Audiogenic Mouse Than Levetiracetam

Case 1:20-cv-00087-CFC-JLH Document 224-1 Filed 12/15/22 Page 243 of 245 PageID #: 6121



Day 2 Tr. 256:13–257:15 (Löscher)     DTX-10068.0005 (Noyer 1995)

# Failures of Others: Compounds in Development Around February 2000

| Compound | Positive Preclinical Data? | Entered Clinical Trials? | Approved? | Evidence of Failure |
|---|---|---|---|---|
| Carabersat | ✔ | ✔ | ✘ | Additional clinical trials started in 2002, but never published |
| Irampanel | ✔ | ✔ | ✘ | Development switched to stroke, then stopped entirely |
| Talampanel | ✔ | ✔ | ✘ | Discontinued due to poor kinetic, tolerability profiles |
| Isovaleramide | ✔ | ✔ | ✘ | Phase II clinical trials never started |
| Valrocemide | ✔ | ✔ | ✘ | Phase II clinical trials started, but results never published |
| Remacemide | ✔ | ✔ | ✘ | Meta-analysis of clinical trials showed poor tolerability |
| Fluorofelbamate | ✔ | ✔ | ✘ | Phase II clinical trials never started |

Day 2 Tr. at 271:13–275:7 (Löscher)

# Others in the Field Have Praised Briviact



**Asadi-Pooya**

Therefore, BRV was efficacious for the treatment of focal epilepsies even in patients who had been previously exposed to and failed other commonly prescribed AEDs. This is an important finding and offers promise for patients with multidrug-resistant epileptic seizures.

JTX-20040-005

**Hirsch**

This patient cohort suggests that switching patients pretreated with LEV directly to BRV may improve seizure control and decrease the incidence of psychiatric side effects in a substantial percentage of patients. Correspondingly, for patients with a history of a failed treatment with LEV BRV constitutes a promising treatment option.

JTX-20046-003

**Rogawski**

Brivaracetam: a rational drug... story

...ingly ', respectively. Matagne *et al.*, 2008). A recent phase II clinical trial in 208 patients demonstrated that brivaracetam (5–50 mg daily) produced a dose-dependent reduction in the frequency of seizures in adults with refractory partial seizures (French *et al.*, 2007). Remarkably, brivaracetam had an adverse event profile indistinguishable from placebo.

JTX-20036-003

Day 2 Tr. at 187:9–17 (Sands)
Day 2 Tr. at 189:2–10 (Sands)
Day 2 Tr. at 188:2–6 (Sands)